IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC MEDICAL DEVICE LIMITED, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 25-1035 (JLH) |
| | ) | **DEMAND FOR JURY TRIAL** |
| v. | ) ) | |
| ATRAVERSE MEDICAL, INC., | ) ) | |
| Defendant. | ) ) | |

**DEFENDANT ATRAVERSE MEDICAL, INC.'S
ANSWER TO THE AMENDED COMPLAINT AND COUNTERCLAIMS**

**Volume 2, Exhibits 11-25**

|  |  |
|---|---|
| OF COUNSEL: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP Karen Jacobs (#2881) Jeremy A. Tigan (#5239) |
| W. Chad Shear (#5711) Geoffrey D. Biegler (*pro hac vice*) Reem Gerais (*pro hac vice*) Annie Beveridge (*pro hac vice*) COOLEY LLP 10265 Science Center Drive San Diego, CA 92121 (858) 490-6000 cshear@cooley.com gbiegler@cooley.com rgerais@cooley.com abeveridge@cooley.com | Cameron P. Clark (#6647) 1201 North Market Street P.O. Box 1347 Wilmington, DE  19899 (302) 658-9200 kjacobs@morrisnichols.com jtigan@morrisnichols.com cclark@morrisnichols.com *Attorneys for Defendant Atraverse Medical, Inc.* |

Elizabeth M. Flanagan (#5891)
COOLEY LLP
30 S. 9th Street, 7th Floor
Minneapolis, MN 55402
bflanagan@cooley.com

November 10, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 10, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Douglas Edward McCann<br>AnnaMartina Tyreus Hufnal<br>Nitika Gupta Fiorella<br>FISH & RICHARDSON, P.C.<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Todd Miller<br>Tyler Train<br>FISH & RICHARDSON P.C.<br>12860 El Camino Real, Suite 400<br>San Diego, CA 92130<br>Attorneys for Plaintiffs | *VIA ELECTRONIC MAIL* |
| Sarah Jack<br>Alexander Rafferty<br>FISH & RICHARDSON P.C.<br>60 South 6th Street, Suite 3200<br>Minneapolis, MN 55402<br>Attorneys for Plaintiffs | *VIA ELECTRONIC MAIL* |
| Meghan Thadani<br>FISH & RICHARDSON P.C.<br>7 Times Square, 20th Floor<br>New York, NY 10036<br>Attorneys for Plaintiffs | *VIA ELECTRONIC MAIL* |

*/s/ Karen Jacobs*

Karen Jacobs (#2881)

2