# EXHIBIT 11

PTO/AIA/82A (07-13)
Approved for use through 01/31/2018. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FOR POWER OF ATTORNEY TO ONE OR MORE REGISTERED PRACTITIONERS

NOTE: This form is to be submitted with the Power of Attorney by Applicant form (PTO/AIA/82B) to identify the application to which the Power of Attorney is directed, in accordance with 37 CFR 1.5, unless the application number and filing date are identified in the Power of Attorney by Applicant form. If neither form PTO/AIA/82A nor form PTO/AIA82B identifies the application to which the Power of Attorney is directed, the Power of Attorney will not be recognized in the application.

| | |
|---|---|
| Application Number | 17606592 |
| Filing Date | 26-October-2021 |
| First Named Inventor | Wesley Robert Pedersen |
| Title | TRANSSEPTAL SYSTEMS, DEVICES AND METHODS |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | TPS002USNPE01 |

## SIGNATURE of Applicant or Patent Practitioner

| Signature | /Vincent Man/ | Date (Optional) | |
|---|---|---|---|
| Name | Vincent Man | Registration Number | 72144 |
| Title (if Applicant is a juristic entity) | | | |
| Applicant Name (if Applicant is a juristic entity) | | | |

**NOTE:** This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications. If more than one applicant, use multiple forms.

☐ *Total of _____ forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

Doc Code: PA..
Document Description: Power of Attorney

PTO/AIA/82B (07-13)
Approved for use through 01/31/2018. OMB 0651-0035
U.S. Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

# POWER OF ATTORNEY BY APPLICANT

I hereby revoke all previous powers of attorney given in the application identified in <u>either</u> the attached transmittal letter or the boxes below.

| Application Number | Filing Date |
|---|---|
| | |

(Note: The boxes above may be left blank if information is provided on form PTO/AIA/82A.)

[ ] I hereby appoint the Patent Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above:

OR

[✓] I hereby appoint Practitioner(s) named in the attached list (form PTO/AIA/82C) as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the patent application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above. (Note: Complete form PTO/AIA/82C.)

Please recognize or change the correspondence address for the application identified in the attached transmittal letter or the boxes above to:

[ ] The address associated with the above-mentioned Customer Number

OR

[✓] The address associated with Customer Number: 48497

OR

| [ ] Firm or Individual Name | |
|---|---|
| Address | |
| City | State | Zip |
| Country | |
| Telephone | Email |

I am the Applicant (if the Applicant is a juristic entity, list the Applicant name in the box):

## Baylis Medical Company Inc.

[ ] Inventor or Joint Inventor (title not required below)

[ ] Legal Representative of a Deceased or Legally Incapacitated Inventor (title not required below)

[✓] Assignee or Person to Whom the Inventor is Under an Obligation to Assign (provide signer's title if applicant is a juristic entity)

[ ] Person Who Otherwise Shows Sufficient Proprietary Interest (e.g., a petition under 37 CFR 1.46(b)(2) was granted in the application or is concurrently being filed with this document) (provide signer's title if applicant is a juristic entity)

### SIGNATURE of Applicant for Patent

The undersigned (whose title is supplied below) is authorized to act on behalf of the applicant (e.g., where the applicant is a juristic entity).

| Signature | | Date (Optional) |
|---|---|---|
| Name | Kris Shah | |
| Title | President, Baylis Medical Company Inc. | |

<u>NOTE</u>: Signature - This form must be signed by the applicant in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. If more than one applicant, use multiple forms.

[ ] Total of _____ forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/AIA/82C (07-13)
Approved for use through 01/31/2018. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

# POWER OF ATTORNEY BY APPLICANT

No more than ten (10) patent practitioners total may be appointed as set forth below by name and registration number. This page need not be submitted if appointing the Patent Practitioner(s) associated with a Customer Number (see form PTO/AIA/82B):

| Name | Registration Number |
|---|---|
| Nir Lifshitz | 62427 |
| Glenn Arnold | 65997 |
| Vincent Man | 72144 |
| Samuel Tekie | 56839 |
| | |
| | |
| | |
| | |
| | |
| | |

## Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

## Electronic Acknowledgement Receipt

| | |
|---|---|
| EFS ID: | 44126063 |
| Application Number: | 17606592 |
| International Application Number: | |
| Confirmation Number: | 2153 |
| Title of Invention: | TRANSSEPTAL SYSTEMS, DEVICES AND METHODS |
| First Named Inventor/Applicant Name: | Wesley Robert Pedersen |
| Customer Number: | 48497 |
| Filer: | Nir Lifshitz/Sabrina Mohess |
| Filer Authorized By: | Nir Lifshitz |
| Attorney Docket Number: | TPS002USNPE01 |
| Receipt Date: | 26-OCT-2021 |
| Filing Date: | |
| Time Stamp: | 14:50:20 |
| Application Type: | U.S. National Stage under 35 USC 371 |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Power of Attorney | TPS002USNPE01_POA_signed. pdf | 306214<br>80c8d2e1599d62835a4338933888e0c3497 0f9f2e | no | 4 |

Warnings:

| Information: | | |
|---|---|---|
| | Total Files Size (in bytes): | 306214 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO-1390 (10-20)
Approved for use through 10/31/2022. OMB 0651-0021
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| TRANSMITTAL LETTER TO THE UNITED STATES DESIGNATED/ELECTED OFFICE (DO/EO/US) CONCERNING A SUBMISSION UNDER 35 U.S.C. 371 | Attorney Docket No. TPS002USNPE01 |
|---|---|
| | U.S. Application No. (if known, see 37 CFR 1.5) |

| International Application No. PCT/US2020/030264 | International Filing Date 2020-04-28 | Priority Date Claimed 2019-04-29 |
|---|---|---|

Title of Invention
**TRANSSEPTAL SYSTEMS, DEVICES AND METHODS**

First Named Inventor
Wesley Robert Pedersen

**Applicant herewith submits to the United States Designated/Elected Office (DO/EO/US) the following items and other information.**

1. ☑ This is an express request to begin national examination procedures (35 U.S.C. 371(f)). NOTE: The express request under 35 U.S.C. 371(f) will not be effective unless the requirements under 35 U.S.C. 371(c)(1), (2), and (4) for payment of the basic national fee, copy of the International Application and English translation thereof (if required), and the oath or declaration of the inventor(s) have been received.

2. ☐ A copy of the International Application (35 U.S.C. 371(c)(2)) is attached hereto (not required if the International Application was previously communicated by the International Bureau or was filed in the United States Receiving Office (RO/US)).

3. An English language translation of the International Application (35 U.S.C. 371(c)(2))

   a. ☐ is attached hereto.

   b. ☐ has been previously submitted under 35 U.S.C. 154(d)(4).

4. An oath or declaration of the inventor(s) (35 U.S.C. 371(c)(4))

   a. ☑ is attached.

   b. ☐ was previously filed in the international phase under PCT Rule 4.17(iv).

**Items 5 to 8 below concern amendments made in the international phase.**

PCT Article 19 and 34 amendments

5. ☐ Amendments to the claims under PCT Article 19 are attached (not required if communicated by the International Bureau) (35 U.S.C. 371(c)(3)).

6. ☐ English translation of the PCT Article 19 amendment is attached (35 U.S.C. 371(c)(3)).

7. ☐ English translation of annexes (Article 19 and/or 34 amendments only) of the International Preliminary Examination Report is attached (35 U.S.C. 371(c)(5)).

Cancellation of amendments made in the international phase

8a. ☐ Do not enter the amendment made in the international phase under PCT Article 19.

8b. ☐ Do not enter the amendment made in the international phase under PCT Article 34.

NOTE: A proper amendment made in English under Article 19 or 34 will be entered in the U.S. national phase application absent a clear instruction from applicant not to enter the amendment(s).

**The following items 9 to 17 concern a document(s) or information included.**

9. ☐ An Information Disclosure Statement under 37 CFR 1.97 and 1.98.

10. ☐ A preliminary amendment.

11. ☑ An Application Data Sheet under 37 CFR 1.76.

12. ☐ A substitute specification. NOTE: A substitute specification cannot include claims. See 37 CFR 1.125(b)

13. ☐ A power of attorney and/or change of address letter.

14. ☐ A computer-readable form of the sequence listing in accordance with PCT Rule 13ter.3 and 37 CFR 1.821-1.825 (not required if sequence listing in text format was indicated on the PCT Request as part of the International Application and the sequence listing was published as part of the international application).

15. ☐ Assignment papers (cover sheet and document(s)). Name of Assignee: _____

16. ☐ 37 CFR 3.73(c) Statement (when there is an Assignee).

This collection of information is required by 37 CFR 1.414 and 1.491-1.492. The information is required to obtain or retain a benefit by the public, which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 15 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Mail Stop PCT, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

PTO-1390 (10-20)
Approved for use through 10/31/2022. OMB 0651-0021
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| U.S. APPLN. No. (if known – see 37 CFR 1.5) | INTERNATIONAL APPLICATION No. PCT/US2020/030264 | ATTORNEY DOCKET No. TPS002USNPE01 |
|---|---|---|

17. ☐ Other items or information:

(1) A copy of PCT, Form IB308, indicating that a copy of the IA has been communicated to DO/US
(2) A copy of the International Search Report and the Written Opinion

| The following fees have been submitted. | CALCULATIONS |
|---|---|
| 18. ☒ Basic national fee (37 CFR 1.492(a)) ........................................................................... $320 | $ 320 |
| 19. ☒ Examination fee (37 CFR 1.492(c)) <br> • If the written opinion prepared by ISA/US or the international preliminary examination report prepared by IPEA/US indicates all claims satisfy provisions of PCT Article 33(1)-(4).............. $0 <br> • All other situations ............................................................................................... $800 | $ 800 |
| 20. ☒ Search fee (37 CFR 1.492(b)) <br> • If the written opinion prepared by ISA/US or the international preliminary examination report prepared by IPEA/US indicates all claims satisfy provisions of PCT Article 33(1)-(4).............. $0 <br> • Search fee (37 CFR 1.445(a)(2)) has been paid on the international application to the USPTO as an International Searching Authority .................................................... $140 <br> • International Search Report prepared by an ISA other than the US and provided to the Office or previously communicated to the US by the IB.................................................. $540 <br> • All other situations .................................................................................... $700 | $ 540 |
| TOTAL OF 18, 19, and 20 = | $ 1660 |

| Additional fee for specification and drawings filed in paper over 100 sheets (excluding sequence listing in compliance with 37 CFR 1.821(c) or (e) in an electronic medium or computer program listing in an electronic medium) (37 CFR 1.492(j)). <br><br> Fee for each additional 50 sheets of paper or fraction thereof ...................................... $420 | $ |

| Total Sheets | Extra Sheets | Number of each additional 50 or fraction thereof (round **up** to a whole number) | RATE |
|---|---|---|---|
| – 100 = | / 50 = | | x $420 |

| Surcharge for furnishing any of the search fee, examination fee, or the oath or declaration after the date of commencement of the national stage (37 CFR 1.492(h)).................................................. $160 | $ |

| CLAIMS | NUMBER FILED | NUMBER EXTRA | RATE | |
|---|---|---|---|---|
| Total claims | – 20 = | | x $100 | $ |
| Independent claims | – 3 = | | x $480 | $ |
| MULTIPLE DEPENDENT CLAIM(S) (if applicable) | | | + $860 | $ |

| Fee for submission of Sequence Listing text file of 300 MB to 800 MB (37 CFR 1.21(o)(1))................... $1,060 | $ |
| Fee for submission of Sequence Listing text file of more than 800 MB (37 CFR 1.21(o)(2))...................$10,500 | $ |
| Processing fee for furnishing the English translation later than 30 months from the earliest claimed priority date (37 CFR 1.492(i))........................................................................................................$140 + | $ |
| TOTAL OF ABOVE CALCULATIONS = | $ 1660 |

| ☐ **Applicant asserts small entity status.** See 37 CFR 1.27. Fees above are reduced by ½. | |
| ☐ **Applicant certifies micro entity status.** See 37 CFR 1.29. Fees above are reduced by ¾. <br> Applicant must attach form PTO/SB/15A or B or equivalent. | |
| TOTAL NATIONAL FEE = | $ 1660 |
| Fee for recording the enclosed assignment (37 CFR 1.21(h)). The assignment must be accompanied by an appropriate cover sheet (37 CFR 3.28, 3.31)............................................................ $50.00 per property + | $ |
| TOTAL FEES ENCLOSED = | $ 1660 |

PTO-1390 (10-20)
Approved for use through 10/31/2022. OMB 0651-0021
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

a. ☐ A check in the amount of $_____ to cover the above fees is enclosed.

b. ☐ Please charge my Deposit Account No. _____ in the amount of $_____ to cover the above fees.

c. ☐ The Director is hereby authorized to charge additional fees which may be required, or credit any overpayment, to Deposit Account No. _____ as follows:

   i. ☐ any required fee.

   ii. ☐ any required fee except for excess claims fees required under 37 CFR 1.492(d) and (e) and multiple dependent claim fee required under 37 CFR 1.492(f).

d. ☐ Fees are to be charged to a credit card. **WARNING:** Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038. The PTO-2038 should only be mailed or faxed to the USPTO. However, when paying the basic national fee, the PTO-2038 may NOT be faxed to the USPTO.

   **ADVISORY:** If filing by EFS-Web, do **NOT** attach the PTO-2038 form as a PDF along with your EFS-Web submission. Please be advised that this is **not** recommended and by doing so your **credit card information may be displayed via PAIR**. To protect your information, it is recommended to pay fees online by using the electronic payment method.

NOTE: Where an appropriate time limit under 37 CFR 1.495 has not been met, a petition to revive (37 CFR 1.137(a) or (b)) must be filed and granted to restore the International Application to pending status.

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications**

☐ This application (1) claims priority to or the benefit of an application filed before March 16, 2013, and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.

NOTE 1: By providing this statement under 37 CFR 1.55 or 1.78, **this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.**

NOTE 2: A U.S. national stage application may not claim priority to the international application of which it is the national phase. The filing date of a U.S. national stage application is the international filing date. See 35 U.S.C. 363.

**Correspondence Address**

☒ The address associated with Customer Number: 48497    OR   ☐ Correspondence address below

| Name | |
|---|---|
| Address | |

| City | | State | | Zip Code | |
|---|---|---|---|---|---|

| Country | | Telephone | |
|---|---|---|---|

| Email | |
|---|---|

| Signature | /Vincent Man/ | Date | 2021-10-26 |
|---|---|---|---|
| Name (Print/Type) | Vincent Man | Registration No. (Attorney/Agent) | 72144 |

[Page 3 of 3]

Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.  The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2.  A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3.  A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4.  A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5.  A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6.  A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7.  A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8.  A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9.  A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

**PATENT COOPERATION TREATY**

WO 2020/223230
PCT/US2020/030264

From the INTERNATIONAL BUREAU

# PCT

SECOND AND SUPPLEMENTARY NOTICE
INFORMING THE APPLICANT OF THE
COMMUNICATION OF THE INTERNATIONAL
APPLICATION (TO DESIGNATED OFFICES
WHICH APPLY THE 30 MONTH TIME
LIMIT UNDER ARTICLE 22(1))
(PCT Rule 47.1(c))

To:

SMOCK, Gregory W.
TELEFLEX INCORPORATED
Intellectual Property Department
6464 Sycamore Court North
MINNEAPOLIS, Minnesota 55369
ÉTATS-UNIS D'AMÉRIQUE

| Date of mailing *(day/month/year)* 02 September 2021 (02.09.2021) | |
| --- | --- |
| Applicant's or agent's file reference TEL-2004-WO01 | **IMPORTANT NOTICE** |

| International application No. PCT/US2020/030264 | International filing date *(day/month/year)* 28 April 2020 (28.04.2020) | Priority date *(day/month/year)* 29 April 2019 (29.04.2019) |
| --- | --- | --- |

| Applicant | PEDERSEN, Wesley Robert et al |
| --- | --- |

1. **ATTENTION**: For any designated Office(s), for which the time limit under Article 22(1), as in force from 1 April 2002 (30 months from the priority date), **does not apply**, please see Form PCT/IB/308(First Notice) issued previously.

2. Notice is hereby given that the following designated Office(s), for which the time limit under Article 22(1), as in force from 1 April 2002, **does apply**, has/have requested that the communication of the international application, as provided for in Article 20, be effected under Rule 93*bis*.1. The International Bureau has effected that communication on the date indicated below: 05 November 2020 (05.11.2020)

   CN, EP, KP, KR, MK, MZ, NA, NG, PG, TM

   In accordance with Rule 47.1(c-*bis*)(i), those Offices will accept the present notice as conclusive evidence that the communication of the international application has duly taken place on the date of mailing indicated above and no copy of the international application is required to be furnished by the applicant to the designated Office(s).

3. The following designated Offices, for which the time limit under Article 22(1), as in force from 1 April 2002, **does apply**, have not requested, as at the time of mailing of the present notice, that the communication of the international application be effected under Rule 93*bis*.1 :

   AE, AG, AL, AM, AO, AP, AT, AU, AZ, BA, BB, BG, BH, BN, BR, BW, BY, BZ, CA, CH, CL, CO, CR, CU, CZ, DE, DJ, DK, DM, DO, DZ, EA, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, GT, HN, HR, HU, ID, IL, IN, IR, IS, JO, JP, KE, KG, KH, KN, KW, KZ, LA, LC, LK, LR, LS, LY, MA, MD, ME, MG, MN, MW, MX, MY, NI, NO, NZ, OA, OM, PA, PE, PH, PL, PT, QA, RO, RS, RU, RW, SA, SC, SD, SE, SG, SK, SL, ST, SV, SY, TH, TJ, TN, TR, TT, UA, UG, US, UZ, VC, VN, WS, ZA, ZM, ZW

   In accordance with Rule 47.1(c-*bis*)(ii), those Offices accept the present notice as conclusive evidence that the Contracting State for which that Office acts as a designated Office does not require the furnishing, under Article 22, by the applicant of a copy of the international application.

4. **TIME LIMITS for entry into the national phase**

   For the designated or elected Office(s) listed above, the applicable time limit for entering the national phase will, **subject to what is said in the following paragraph,** be 30 MONTHS from the priority date.

   In practice, **time limits other than the 30-month time limit** will continue to apply, for various periods of time, in respect of certain of the designated or elected Office(s) listed above. For **regular updates on the applicable time limits** (30 or 31 months, or other time limit), Office by Office, refer to the *PCT Gazette*, the *PCT Newsletter* and the *PCT Applicant's Guide*, National Chapters, all available from WIPO's Internet site, at http://www.wipo.int/pct/en/guide/index.html.

   It is the applicant's **sole responsibility** to monitor all these time limits.

| The International Bureau of WIPO 34, chemin des Colombettes 1211 Geneva 20, Switzerland | Authorized officer Simin Baharlou e-mail pct.team9@wipo.int Telephone No. +41 22 338 74 09 |
| --- | --- |

Form PCT/IB/308(Second and Supplementary Notice) (revised January 2020)

## PATENT COOPERATION TREATY

From the INTERNATIONAL SEARCHING AUTHORITY

To: GREGORY W. SMOCK
TELEFLEX INCORPORATED
INTELLECTUAL PROPERTY DEPARTMENT
6464 SYCAMORE COURT NORTH
MINNEAPOLIS, MN 55369

# PCT

NOTIFICATION OF TRANSMITTAL OF
THE INTERNATIONAL SEARCH REPORT AND
THE WRITTEN OPINION OF THE INTERNATIONAL
SEARCHING AUTHORITY, OR THE DECLARATION

(PCT Rule 44.1)

| Date of mailing *(day/month/year)* | **27 AUG 2020** |
|---|---|

| Applicant's or agent's file reference | FOR FURTHER ACTION    See paragraphs 1 and 4 below |
|---|---|
| TEL-2004-WO01 | |

| International application No. | International filing date *(day/month/year)* |
|---|---|
| PCT/US2020/030264 | 28 April 2020 |

Applicant PEDERSEN, WESLEY ROBERT

1. ☒ The applicant is hereby notified that the international search report and the written opinion of the International Searching Authority have been established and are transmitted herewith.

    **Filing of amendments and statement under Article 19:**
    The applicant is entitled, if he so wishes, to amend the claims of the international application (see Rule 46):

    **When?**    The time limit for filing such amendments is normally two months from the date of transmittal of the international search report.

    **How?**    Directly to the International Bureau preferably through ePCT, or on paper to:
    The International Bureau of WIPO, 34, chemin des Colombettes, 1211 Geneva 20, Switzerland
    (Facsimile No.: +41 22 338 82 70)

    **For more detailed instructions,** see the *PCT Applicant's Guide*, International Phase, paragraphs 9.004 – 9.011.

2. ☐ The applicant is hereby notified that no international search report will be established and that the declaration under Article 17(2)(a) to that effect and the written opinion of the International Searching Authority are transmitted herewith.

3. ☐ **With regard to any protest** against payment of (an) additional fee(s) under Rule 40.2, the applicant is notified that:

    ☐ the protest together with the decision thereon has been transmitted to the International Bureau together with any request to forward the texts of both the protest and the decision thereon to the designated Offices.

    ☐ no decision has been made yet on the protest; the applicant will be notified as soon as a decision is made.

4. **Reminders**

    The applicant may submit comments on an informal basis on the written opinion of the International Searching Authority to the International Bureau. These comments will be made available to the public after international publication. The International Bureau will send a copy of such comments to all designated Offices unless an international preliminary examination report has been or is to be established.

    Shortly after the expiration of **18 months from the priority date,** the international application will be published by the International Bureau. If the applicant wishes to avoid or postpone publication, a notice of withdrawal of the international application, or of the priority claim, must reach the International Bureau before the completion of the technical preparations for international publication (Rules 90*bis*.1 and 90*bis*.3).

    Within **19 months** from the priority date, but only in respect of some designated Offices, a demand for international preliminary examination must be filed if the applicant wishes to postpone the entry into the national phase **until 30 months** from the priority date (in some Offices even later); otherwise, the applicant must, **within 20 months** from the priority date, perform the prescribed acts **for entry into the national phase** before those designated Offices. In respect of other designated Offices, the time limit of **30 months** (or later) will apply even if no demand is filed within 19 months. For details about the applicable time limits, Office by Office, see www.wipo.int/pct/en/texts/time_limits.html and the *PCT Applicant's Guide,* National Chapters.

    Within **22 months** from the priority date, the applicant may request that a supplementary international search be carried out by a different International Searching Authority that offers this service (Rule 45*bis*.1). The procedure for requesting supplementary international search is described in the *PCT Applicant's Guide*, International Phase, paragraphs 8.006-8.032.

| Name and mailing address of the ISA/US | Authorized officer |
|---|---|
| Mail Stop PCT, Attn: ISA/US<br>Commissioner for Patents<br>P.O. Box 1450, Alexandria, VA 22313-1450<br>Facsimile No. 571-273-8300 | Blaine R. Copenheaver<br><br>Telephone No. PCT Helpdesk: 571-272-4300 |

Form PCT/ISA/220 (revised January 2019)

PATENT COOPERATION TREATY

# PCT

## INTERNATIONAL SEARCH REPORT

(PCT Article 18 and Rules 43 and 44)

| Applicant's or agent's file reference | | FOR FURTHER ACTION |
|---|---|---|
| TEL-2004-WO01 | | see Form PCT/ISA/220 as well as, where applicable, item 5 below. |

| International application No. | International filing date *(day/month/year)* | (Earliest) Priority Date *(day/month/year)* |
|---|---|---|
| PCT/US2020/030264 | 28 April 2020 | 29 April 2019 |

Applicant

PEDERSEN, WESLEY ROBERT

---

This international search report has been prepared by this International Searching Authority and is transmitted to the applicant according to Article 18. A copy is being transmitted to the International Bureau.

This international search report consists of a total of  **4**  sheets.

☐ It is also accompanied by a copy of each prior art document cited in this report.

1. **Basis of the report**

    a. With regard to the language, the international search was carried out on the basis of:

    ☒ the international application in the language in which it was filed.

    ☐ a translation of the international application into _____ which is the language of a translation furnished for the purposes of international search (Rules 12.3(a) and 23.1(b)).

    b. ☐ This international search report has been established taking into account the **rectification of an obvious mistake** authorized by or notified to this Authority under Rule 91 (Rule 43.6*bis*(a)).

    c. ☐ With regard to any **nucleotide and/or amino acid sequence** disclosed in the international application, see Box No. I.

2. ☐ **Certain claims were found unsearchable** (see Box No. II)

3. ☒ **Unity of invention is lacking** (see Box No. III).

4. With regard to the **title**,

    ☒ the text is approved as submitted by the applicant.

    ☐ the text has been established by this Authority to read as follows:

5. With regard to the **abstract**,

    ☒ the text is approved as submitted by the applicant.

    ☐ the text has been established, according to Rule 38.2, by this Authority as it appears in Box No. IV. The applicant may, within one month from the date of mailing of this international search report, submit comments to this Authority.

6. With regard to the **drawings**,

    a. the figure of the drawings to be published with the abstract is Figure No. ____**15**____

    ☒ as suggested by the applicant.

    ☐ as selected by this Authority, because the applicant failed to suggest a figure.

    ☐ as selected by this Authority, because this figure better characterizes the invention.

    b. ☐ none of the figures is to be published with the abstract.

Form PCT/ISA/210 (first sheet) (July 2019)

## INTERNATIONAL SEARCH REPORT

| | International application No. |
|---|---|
| | PCT/US2020/030264 |

| **Box No. II    Observations where certain claims were found unsearchable (Continuation of item 2 of first sheet)** |
|---|

This international search report has not been established in respect of certain claims under Article 17(2)(a) for the following reasons:

1. ☐ Claims Nos.:
because they relate to subject matter not required to be searched by this Authority, namely

2. ☐ Claims Nos.:
because they relate to parts of the international application that do not comply with the prescribed requirements to such an extent that no meaningful international search can be carried out, specifically:

3. ☐ Claims Nos.:
because they are dependent claims and are not drafted in accordance with the second and third sentences of Rule 6.4(a).

| **Box No. III    Observations where unity of invention is lacking (Continuation of item 3 of first sheet)** |
|---|

This International Searching Authority found multiple inventions in this international application, as follows:

See extra sheet(s).

1. ☒ As all required additional search fees were timely paid by the applicant, this international search report covers all searchable claims.

2. ☐ As all searchable claims could be searched without effort justifying additional fees, this Authority did not invite payment of additional fees.

3. ☐ As only some of the required additional search fees were timely paid by the applicant, this international search report covers only those claims for which fees were paid, specifically claims Nos.:

4. ☐ No required additional search fees were timely paid by the applicant. Consequently, this international search report is restricted to the invention first mentioned in the claims; it is covered by claims Nos.:

**Remark on Protest**
☐ The additional search fees were accompanied by the applicant's protest and, where applicable, the payment of a protest fee.
☐ The additional search fees were accompanied by the applicant's protest but the applicable protest fee was not paid within the time limit specified in the invitation.
☒ No protest accompanied the payment of additional search fees.

Form PCT/ISA/210 (continuation of first sheet (2)) (July 2019)

## INTERNATIONAL SEARCH REPORT

| | International application No. |
| | PCT/US2020/030264 |

**A. CLASSIFICATION OF SUBJECT MATTER**

IPC(8) - A61M 25/09; A61B 17/00; A61B 17/34; A61M 25/01; A61M 29/00 (2020.01)
CPC - A61M 25/09041; A61B 17/00; A61B 2017/00247; A61B 17/34; A61B 17/3417; A61B 17/3468; A61B 17/3478; A61M 25/01; A61M 25/09; A61M 29/00 (2020.08)

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)
see Search History document

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched
see Search History document

Electronic data base consulted during the international search (name of data base and, where practicable, search terms used)
see Search History document

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X --- Y | US 2019/0015644 A1 (BAYLIS MEDICAL COMPANY INC.) 17 January 2019 (17.01.2019) entire document | 14-25, 33, 34 --- 26-31 |
| Y | US 2017/0296781 A1 (TRANSSEPTAL SOLUTIONS LTD.) 19 October 2017 (19.10.2017) entire document | 1-13 |
| Y | US 2016/0175009 A1 (BAYLIS MEDICAL COMPANY INC.) 23 June 2016 (23.06.2016) entire document | 1-13 |
| Y | US 2014/0188108 A1 (MITRALIGN, INC.) 03 July 2014 (03.07.2014) entire document | 26-29 |
| Y | US 2014/0371676 A1 (CLPH, LLC) 18 December 2014 (18.12.2014) entire document | 30, 31 |
| A | US 2008/0125802 A1 (CARROLL) 29 May 2008 (29.05.2008) entire document | 1-34 |
| A | US 2015/0173794 A1 (PRESSURE PRODUCTS MEDICAL SUPPLIES INC.) 25 June 2015 (25.06.2015) entire document | 1-34 |
| A | US 2016/0022962 A1 (TELEFLEX MEDICAL INCORPORATED) 28 January 2016 (28.01.2016) entire document | 1-34 |

☐ Further documents are listed in the continuation of Box C.  ☐ See patent family annex.

| * | Special categories of cited documents: | "T" | later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention |
|---|---|---|---|
| "A" | document defining the general state of the art which is not considered to be of particular relevance | | |
| "D" | document cited by the applicant in the international application | "X" | document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone |
| "E" | earlier application or patent but published on or after the international filing date | | |
| "L" | document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified) | "Y" | document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art |
| "O" | document referring to an oral disclosure, use, exhibition or other means | | |
| "P" | document published prior to the international filing date but later than the priority date claimed | "&" | document member of the same patent family |

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 10 August 2020 | **27 AUG 2020** |

| Name and mailing address of the ISA/US | Authorized officer |
|---|---|
| Mail Stop PCT, Attn: ISA/US, Commissioner for Patents P.O. Box 1450, Alexandria, VA 22313-1450 | Blaine R. Copenheaver |
| Facsimile No. 571-273-8300 | Telephone No. PCT Helpdesk: 571-272-4300 |

Form PCT/ISA/210 (second sheet) (July 2019)

## INTERNATIONAL SEARCH REPORT

| International application No. |
|---|
| PCT/US2020/030264 |

Continued from Box No. III Observations where unity of invention is lacking

This application contains the following inventions or groups of inventions which are not so linked as to form a single general inventive concept under PCT Rule 13.1. In order for all inventions to be examined, the appropriate additional examination fees must be paid.

Group I, claims 1-13, are drawn to a method of treating a patient, comprising: advancing a dilator located in a lumen of a sheath distally relative to the sheath.

Group II, claims 14-34, are drawn to an anatomical wall crossing system, comprising: a dilator extending from a proximal end portion to a distal end portion and including a lumen therethrough, the distal end portion including a dilator nose.

The inventions listed as Groups I-II do not relate to a single general inventive concept under PCT Rule 13.1 because, under PCT Rule 13.2, they lack the same or corresponding special technical features for the following reasons: the special technical feature of the Group I invention: advancing a dilator located in a lumen of a sheath distally relative to the sheath, including applying a tenting force to a septal wall associated with the fossa ovalis of a heart using a dilator nose located at a distal end portion of the dilator; advancing a tip of a needle attached to a guidewire and located in a lumen of the dilator distally relative to the dilator, including puncturing across the septal wall associated with the fossa ovalis; advancing the dilator distally over the guidewire while maintaining the guidewire and the sheath in a fixed position, including extending a distal end of the dilator nose beyond the septal wall associated with the fossa ovalis by a distance equal to or greater than a length of the needle; and advancing the guidewire distally through the dilator nose, including allowing deployment of the needle in a central region of the left atrium of the heart as claimed therein is not present in the invention of Group II. The special technical feature of the Group II invention: a dilator extending from a proximal end portion to a distal end portion and including a lumen therethrough, the distal end portion including a dilator nose and a dilator beveled segment, the dilator nose having a first outer diameter and a length of about 5-18mm, inclusive, and the dilator beveled segment extending proximally of the dilator nose and tapering from a second outer diameter, greater than the first outer diameter, to the first outer diameter as claimed therein is not present in the invention of Group I.

Groups I and II lack unity of invention because even though the inventions of these groups require the technical feature of a dilator nose located at a distal end portion of a dilator, this technical feature is not a special technical feature as it does not make a contribution over the prior art.

Specifically, US 2016/0022962 A1 to Teleflex Medical Incorporated teaches a dilator nose located at a distal end portion of a dilator (The dilator nose, that is, distal dilator tip, is tapered for easy mold release and tight fit into sheath internal diameter (ID) feature. The nose helps lead into sheath internal diameter (ID), para.0180).

Since none of the special technical features of the Group I or II inventions are found in more than one of the inventions, unity of invention is lacking.

## PATENT COOPERATION TREATY

From the
INTERNATIONAL SEARCHING AUTHORITY

To: GREGORY W. SMOCK
TELEFLEX INCORPORATED
INTELLECTUAL PROPERTY DEPARTMENT
6464 SYCAMORE COURT NORTH
MINNEAPOLIS, MN 55369

# PCT

WRITTEN OPINION OF THE
INTERNATIONAL SEARCHING AUTHORITY

(PCT Rule 43*bis*.1)

| Date of mailing *(day/month/year)* | **27 AUG 2020** |
|---|---|

| Applicant's or agent's file reference | FOR FURTHER ACTION |
|---|---|
| TEL-2004-WO01 | See paragraph 2 below |

| International application No. | International filing date *(day/month/year)* | Priority date *(day/month/year)* |
|---|---|---|
| PCT/US2020/030264 | 28 April 2020 | 29 April 2019 |

International Patent Classification (IPC) or both national classification and IPC
IPC(8) - A61M 25/09; A61B 17/00; A61B 17/34; A61M 25/01; A61M 29/00 (2020.01)
CPC - A61M 25/09041; A61B 17/00; A61B 2017/00247; A61B 17/34; A61B 17/3417; A61B 17/3468; A61B 17/3478; A61M 25/01; A61M 25/09; A61M 29/00 (2020.08)

Applicant   PEDERSEN, WESLEY ROBERT

1. This opinion contains indications relating to the following items:

☒ Box No. I    Basis of the opinion

☐ Box No. II   Priority

☐ Box No. III  Non-establishment of opinion with regard to novelty, inventive step and industrial applicability

☒ Box No. IV   Lack of unity of invention

☒ Box No. V    Reasoned statement under Rule 43*bis*.1(a)(i) with regard to novelty, inventive step and industrial applicability; citations and explanations supporting such statement

☐ Box No. VI   Certain documents cited

☐ Box No. VII  Certain defects in the international application

☒ Box No. VIII Certain observations on the international application

2. **FURTHER ACTION**

If a demand for international preliminary examination is made, this opinion will be considered to be a written opinion of the International Preliminary Examining Authority ("IPEA") except that this does not apply where the applicant chooses an Authority other than this one to be the IPEA and the chosen IPEA has notified the International Bureau under Rule 66.1*bis*(b) that written opinions of this International Searching Authority will not be so considered.

If this opinion is, as provided above, considered to be a written opinion of the IPEA, the applicant is invited to submit to the IPEA a written reply together, where appropriate, with amendments, before the expiration of 3 months from the date of mailing of Form PCT/ISA/220 or before the expiration of 22 months from the priority date, whichever expires later.

For further options, see Form PCT/ISA/220.

| Name and mailing address of the ISA/US | Date of completion of this opinion | Authorized officer |
|---|---|---|
| Mail Stop PCT, Attn: ISA/US Commissioner for Patents P.O. Box 1450, Alexandria, VA 22313-1450 Facsimile No. 571-273-8300 | 10 August 2020 | Blaine R. Copenheaver PCT Helpdesk: 571-272-4300 Telephone No. 571-272-4300 |

Form PCT/ISA/237 (cover sheet) (revised January 2019)

| | | |
|---|---|---|
| **WRITTEN OPINION OF THE INTERNATIONAL SEARCHING AUTHORITY** | International application No. | |
| | PCT/US2020/030264 | |

**Box No. I        Basis of this opinion**

1. With regard to the language, this opinion has been established on the basis of:

   ☒ the international application in the language in which it was filed.

   ☐ a translation of the international application into _____ which is the language of a translation furnished for the purposes of international search (Rules 12.3(a) and 23.1(b)).

2. ☐ This opinion has been established taking into account the **rectification of an obvious mistake** authorized by or notified to this Authority under Rule 91 (Rule 43*bis*.1(b)).

3. ☐ With regard to any **nucleotide and/or amino acid sequence** disclosed in the international application, this opinion has been established on the basis of a sequence listing.

   a. ☐ forming part of the international application as filed:

      ☐ in the form of an Annex C/ST.25 text file.

      ☐ on paper or in the form of an image file.

   b. ☐ furnished together with the international application under PCT Rule 13*ter*.1(a) for the purposes of international search only in the form of an Annex C/ST.25 text file.

   c. ☐ furnished subsequent to the international filing date for the purposes of international search only:

      ☐ in the form of an Annex C/ST.25 text file (Rule 13*ter*.1(a)).

      ☐ on paper or in the form of an image file (Rule 13*ter*.1(b) and Administrative Instructions, Section 713).

4. ☐ In addition, in the case that more than one version or copy of a sequence listing has been filed or furnished, the required statements that the information in the subsequent or additional copies is identical to that forming part of the application as filed or does not go beyond the application as filed, as appropriate, were furnished.

5. Additional comments:

Form PCT/ISA/237 (Box No. I) (revised January 2019)

**WRITTEN OPINION OF THE INTERNATIONAL SEARCHING AUTHORITY**

| International application No. |
| --- |
| PCT/US2020/030264 |

**Box No. IV     Lack of unity of invention**

1. ☒ In response to the invitation (Form PCT/ISA/206) to pay additional fees the applicant has, within the applicable time limit:

   ☒ paid additional fees.

   ☐ paid additional fees under protest and, where applicable, the protest fee.

   ☐ paid additional fees under protest but the applicable protest fee was not paid.

   ☐ not paid additional fees.

2. ☐ This Authority found that the requirement of unity of invention is not complied with and chose not to invite the applicant to pay additional fees.

3. This Authority considers that the requirement of unity of invention in accordance with Rule 13.1, 13.2 and 13.3 is

   ☐ complied with.

   ☒ not complied with for the following reasons:

This application contains the following inventions or groups of inventions which are not so linked as to form a single general inventive concept under PCT Rule 13.1. In order for all inventions to be examined, the appropriate additional examination fees must be paid.

Group I, claims 1-13, are drawn to a method of treating a patient, comprising: advancing a dilator located in a lumen of a sheath distally relative to the sheath.

Group II, claims 14-34, are drawn to an anatomical wall crossing system, comprising: a dilator extending from a proximal end portion to a distal end portion and including a lumen therethrough, the distal end portion including a dilator nose.

The inventions listed as Groups I-II do not relate to a single general inventive concept under PCT Rule 13.1 because, under PCT Rule 13.2, they lack the same or corresponding special technical features for the following reasons: the special technical feature of the Group I invention: advancing a dilator located in a lumen of a sheath distally relative to the sheath, including applying a tenting force to a septal wall associated with the fossa ovalis of a heart using a dilator nose located at a distal end portion of the dilator; advancing a tip of a needle attached to a guidewire and located in a lumen of the dilator distally relative to the dilator, including puncturing across the septal wall associated with the fossa ovalis; advancing the dilator distally over the guidewire while maintaining the guidewire and the sheath in a fixed position, including extending a distal end of the dilator nose beyond the septal wall associated with the fossa ovalis by a distance equal to or greater than a length of the needle; and advancing the guidewire distally through the dilator nose, including allowing deployment of the needle in a central region of the left atrium of the heart as claimed therein is not present in the invention of Group II. The special technical feature of the Group II invention: a dilator extending from a proximal end portion to a distal end portion and including a lumen therethrough, the distal end portion including a dilator nose and a dilator beveled segment, the dilator nose having a first outer diameter and a length of about 5-18mm, inclusive, and the dilator beveled segment extending proximally of the dilator nose and tapering from a second outer diameter, greater than the first outer diameter, to the first outer diameter as claimed therein is not present in the invention of Group I.

Groups I and II lack unity of invention because even though the inventions of these groups require the technical feature of a dilator nose located at a distal end portion of a dilator, this technical feature is not a special technical feature as it does not make a contribution over the prior art.

Specifically, US 2016/0022962 A1 to Teleflex Medical Incorporated teaches a dilator nose located at a distal end portion of a dilator (The dilator nose, that is, distal dilator tip, is tapered for easy mold release and tight fit into sheath internal diameter (ID) feature. The nose helps lead into sheath internal diameter (ID), para.0180).

Since none of the special technical features of the Group I or II inventions are found in more than one of the inventions, unity of invention is lacking.

4. Consequently, this opinion has been established in respect of the following parts of the international application:

   ☒ all parts.

   ☐ the parts relating to claims Nos. _____

Form PCT/ISA/237 (Box No. IV) (revised January 2019)

**WRITTEN OPINION OF THE**
**INTERNATIONAL SEARCHING AUTHORITY**

| International application No. |
|---|
| PCT/US2020/030264 |

---

**Box No. V    Reasoned statement under Rule 43*bis*.1(a)(i) with regard to novelty, inventive step and industrial applicability; citations and explanations supporting such statement**

1.  Statement

| | | | |
|---|---|---|---|
| Novelty (N) | Claims | 1-13, 15, 16, 19, 20, 24-32 | YES |
| | Claims | 14, 17, 18, 21-23, 33, 34 | NO |
| Inventive step (IS) | Claims | 32 | YES |
| | Claims | 1-31, 33, 34 | NO |
| Industrial applicability (IA) | Claims | 1-34 | YES |
| | Claims | None | NO |

2.  Citations and explanations:

Claims 14, 17, 18, 21-23, 33, and 34 lack novelty under PCT Article 33(2) as being anticipated by US 2019/0015644 A1 to Baylis Medical Company Inc. (hereinafter Baylis Medical Company '644).

Regarding Claim 14, Baylis Medical Company '644 discloses an anatomical wall crossing system (Figs. 1A-9; Para. [0034] regarding a hybrid dilator for facilitating a transseptal puncture procedure), comprising: a dilator (hybrid dilator 100, Fig. 1A) extending from a proximal end portion (proximal end of hybrid dilator 100) to a distal end portion (distal end of hybrid dilator 100) and including a lumen therethrough (lumen 142, Fig. 2A), the distal end portion (distal end of hybrid dilator 100, Fig. 1A) including a dilator nose (at external taper T4, Fig. 3D) and a dilator beveled segment (at external taper T5), the dilator nose (at external taper T4) having a first outer diameter (outer diameter OD2, Fig. 2A) and a length (length S2) of about 5-18mm, inclusive (a length S2 of about 0.285" (0.724 cm), Para. [0039], where 0.724 cm equals 7.24 mm), and the dilator beveled segment (at external taper T5, Fig. 3D) extending proximally of the dilator nose (at external taper T4) and tapering (along external taper T3, Fig. 2A) from a second outer diameter (outer diameter OD1), greater than (as shown in Fig. 2A) the first outer diameter (outer diameter OD2), to the first outer diameter (outer diameter OD2).

Regarding Claim 17, Baylis Medical Company '644 discloses the wall crossing system of claim 14, wherein the dilator (hybrid dilator 100, Fig. 1A) further includes a dilator alignment zone (at divot 147b, Fig. 3B, the distal tip 140 may have surface modifications along the external taper T3 . . . the external taper T3 may be provided with divot 147b, Para. [0055]) extending proximal of the dilator beveled segment (at external taper T5, Fig. 3D) and having a substantially uniform outer diameter (as shown in Fig. 3B).

Regarding Claim 18, Baylis Medical Company '644 discloses the wall crossing system of claim 17, wherein the dilator (hybrid dilator 100, Fig. 1A) further includes a dilator waist (divot 147b, Fig. 3B) extending proximal of the dilator alignment zone (at divot 147b) and having a greater longitudinal flexibility (hybrid dilator has . . . flexibility, Para. [0084]) than the dilator alignment zone (at divot 147b).

Regarding Claim 21, Baylis Medical Company '644 discloses the wall crossing system of claim 18, wherein the dilator waist (divot 147b, Fig. 3B) is formed from a lower durometer polymer (some embodiments of the dilator shaft comprised of a relatively harder material (e.g. HDPE) . . . other embodiments of the dilator shaft comprised of a relatively softer material (e.g. polyurethanes, polyether block amide) . . . Polyether block amide (PEBA) is a thermoplastic elastomer, Para. [0040], the durometer of the Pebax may be selected to adjust the flexibility and pushability of the shaft, Para. [0059]) than a polymer of the dilator alignment zone (at divot 147b).

Regarding Claim 22, Baylis Medical Company '644 discloses the wall crossing system of claim 14, further comprising a guidewire (guidewire 80, Fig. 7A) deliverable within the lumen (lumen 142, Fig. 2A) of the dilator (hybrid dilator 100, Fig. 1A) and extending from a proximal end (left end of guidewire 80, Fig. 7A) to a distal end (right end of guidewire 80), the distal end (right end of guidewire 80) attached to a puncture needle (puncturing device 62, Fig. 7A, a crossing device 60 which comprises a puncturing device 62 . . . the puncturing device 62 may comprise a needle, Para. [0079]) having a needle body (body of puncturing device 62) and a needle tip (a mechanical needle with a sharp tip, Para. [0075]).

Regarding Claim 23, Baylis Medical Company '644 discloses the wall crossing system of claim 22, wherein an intermediate portion (intermediate portion of guidewire 80, Fig. 7A) of the guidewire (guidewire 80) includes at least one looped segment (as shown in Fig. 7A).

Regarding Claim 33, Baylis Medical Company '644 discloses the wall crossing system of claim 14, further comprising a deflectable sheath (Fig. 6A showing bending of transseptal sheath 20).

Regarding Claim 34, Baylis Medical Company '644 discloses the wall crossing system of claim 33, wherein the proximal end portion (proximal end of hybrid dilator 100, Fig. 1A) of the dilator (hybrid dilator 100) is configured to engage with an actuator (the hybrid dilator 100 comprises a sheath-like handle with familiar torque and tactile control, Para. [0034]) incorporated into a handle (the proximal hub 112 forms a hub/handle, Para. [0066]) of the deflectable sheath (Fig. 6A showing bending of transseptal sheath 20), the actuator (the hybrid dilator 100 comprises a sheath-like handle with familiar torque and tactile control, Para. [0034]) configured to control distal and proximal advancement (the hybrid dilator is advanced, Para. [0076]) of the dilator (hybrid dilator 100, Fig. 1A) relative to the deflectable sheath (Fig. 6A showing bending of transseptal sheath 20).

Form PCT/ISA/237 (Box No. V) (revised January 2019)

**WRITTEN OPINION OF THE INTERNATIONAL SEARCHING AUTHORITY**

| | |
|---|---|
| International application No. | |
| PCT/US2020/030264 | |

### Box No. VIII  Certain observations on the international application

The following observations on the clarity of the claims, description, and drawings or on the question whether the claims are fully supported by the description, are made:

Claims 1 and 29 are objected to under PCT Rule 66.2(a)(v) as lacking clarity under PCT Article 6 because claims 1 and 29 are indefinite for the following reason(s):

With regard to claim 1, the claim language "the left atrium" lacks antecedent basis and as best understood should actually say "a left atrium". As it pertains to claim 1 the analyst is interpreting the claim language to actually state "a left atrium" as supported in applicant's specification, page 1, line 24, and it is treated as such in this Opinion.

With regard to claim 29, the claim language "the at least one loop segment" lacks antecedent basis and as best understood should actually say "an at least one loop segment". As it pertains to claim 29 the analyst is interpreting the claim language to actually state "an at least one loop segment" as supported in applicant's specification, page 8, lines 20-25, and it is treated as such in this Opinion.

Form PCT/ISA/237 (Box No. VIII) (revised January 2019)

**WRITTEN OPINION OF THE
INTERNATIONAL SEARCHING AUTHORITY**

International application No.

PCT/US2020/030264

---

**Supplemental Box**

In case the space in any of the preceding boxes is not sufficient.
Continuation of:

Claims 15, 16, 19, 20, 24, and 25 lack an inventive step under PCT Article 33(3) as being obvious over US 2019/0015644 A1 to Baylis Medical Company Inc. (hereinafter Baylis Medical Company '644).

Regarding Claim 15, Baylis Medical Company '644 discloses the wall crossing system of claim 14, wherein the dilator nose (at external taper T4, Fig. 3D) includes a cross-sectional shape (Fig. 3D showing a cross-sectional shape of external taper T4; external taper T4 and external taper T5 as shown in FIG. 3D . . . formed by transitions . . . these provide tactile cues during use as the hybrid dilator, Para. [0054]) having a wall thickness of about 0.0015-0.005in, inclusive (the wall thickness WTip at the distal edge 148 of the distal tip 140 is between about 4 thousandths of an inch (0.010 cm) to about 5 thousandths of an inch (0.013 cm), Para. [0042], where the wall thickness ranges between 0.004 inches to 0.005 inches).
Baylis Medical Company '644 fails to explicitly disclose wherein the cross-sectional shape is a cylindrical cross-sectional shape.
It would have been obvious to one of ordinary skill in the art at the time the invention was made to have the cross-sectional shape be a cylindrical cross-sectional shape, since a change in shape of an element involves only routine skill in the art. The motivation for doing so would have been to provide a more abrupt transition and thereby ensure a greater tactile cue during use of the dilator.

Regarding Claim 16, Baylis Medical Company '644 discloses the wall crossing system of claim 15, wherein the dilator nose (at external taper T4, Fig. 3D) is formed from a thin-walled (relatively thin wall, Para. [0038]) hypotube (a metallic hypotube, Para. [0059]).

Regarding Claim 19, Baylis Medical Company '644 discloses the wall crossing system of claim 18.
Baylis Medical Company '644 fails to explicitly disclose wherein the dilator waist has a length of about 5-50mm, inclusive.
It would have been obvious to one of ordinary skill in the art at the time the invention was made to have the dilator waist have a length of about 5-50mm, inclusive, since where the general conditions of the claim are disclosed in the prior art, discovering the optimum or workable ranges involves only routine skill in the art. The motivation for doing so would have been to provide a greater width for a divot and thereby ensure an increased tactile queue to represent the transition.

Regarding Claim 20, Baylis Medical Company '644 discloses the wall crossing system of claim 18.
Baylis Medical Company '644 fails to explicitly disclose wherein the dilator waist has an outer diameter that is 30-90%, inclusive, of an outer diameter of the dilator alignment zone.
It would have been obvious to one of ordinary skill in the art at the time the invention was made to have the dilator waist have an outer diameter that is 30-90%, inclusive, of an outer diameter of the dilator alignment zone, since where the general conditions of the claim are disclosed in the prior art, discovering the optimum or workable ranges involves only routine skill in the art. The motivation for doing so would have been to provide a reduced diameter for a divot and thereby ensure an increased tactile queue to represent the transition.

Regarding Claim 24, Baylis Medical Company '644 discloses the wall crossing system of claim 22.
Baylis Medical Company '644 fails to explicitly disclose wherein the puncture needle has a length of 3-20mm, inclusive.
It would have been obvious to one of ordinary skill in the art at the time the invention was made to have the puncture needle have a length of 3-20mm, inclusive, since where the general conditions of the claim are disclosed in the prior art, discovering the optimum or workable ranges involves only routine skill in the art. The motivation for doing so would have been to provide a sufficient needle length and thereby ensure a predictable transseptal needle extension.

Regarding Claim 25, Baylis Medical Company '644 discloses the wall crossing system of claim 22, wherein the needle body (body of puncturing device 62, Fig. 7A) has a needle body diameter (as shown in Fig. 7A), less than the lumen (lumen 142, Fig. 2A) of the dilator (hybrid dilator 100, Fig. 1A) to facilitate coaxial alignment of a needle body axis (axis of body of puncturing device 62, Fig. 7A) and a dilator axis (axis of lumen 142, Fig. 2A).
Baylis Medical Company '644 fails to explicitly disclose wherein the needle body diameter is of 0.001-0.004in, inclusive, less than the lumen of the dilator.
It would have been obvious to one of ordinary skill in the art at the time the invention was made to have the needle body diameter be of 0.001-0.004in, inclusive, less than the lumen of the dilator, since where the general conditions of the claim are disclosed in the prior art, discovering the optimum or workable ranges involves only routine skill in the art. The motivation for doing so would have been to provide clearance for the needle to move and thereby ensure smooth advancement of the needle through the dilator.

---

Form PCT/ISA/237 (Supplemental Box) (revised January 2019)

| WRITTEN OPINION OF THE INTERNATIONAL SEARCHING AUTHORITY | International application No. |
|---|---|
| | PCT/US2020/030264 |

**Supplemental Box**

In case the space in any of the preceding boxes is not sufficient.
Continuation of:

Claims 1-13 lack an inventive step under PCT Article 33(3) as being obvious over Transseptal Solutions Ltd. (hereinafter Transseptal Solutions) in view of US 2016/0175009 A1 to Baylis Medical Company Inc. (hereinafter Baylis Medical Company '009).

Regarding Claim 1, Transseptal Solutions discloses as best understood a method of treating a patient (Figs. 1A-13; Para. [0160] regarding an apparatus for puncturing a fossa ovalis), comprising: advancing (as shown in Figs. 1A, 1B) a dilator (dilator element 49, Fig. 1B) located in a lumen (catheter lumen 52, Fig. 1A) of a sheath (catheter 38) distally (as shown in Fig. 1B) relative to the sheath (catheter 38), including applying a tenting force (Fig. 1C showing dilator element 49 applying a tenting force to the fossa ovalis 18) to a septal wall (interatrial septum 72) associated with the fossa ovalis (fossa ovalis 18) of a heart (at interatrial septum 72, Fig. 1C, interatrial septum 72 of the heart, Para. [0163]) using a dilator nose (at dilator tip 16) located at a distal end portion (distal end of dilator element 49) of the dilator (dilator element 49); advancing (Fig. 1CA showing advancing needle 32; needle 86 may be used as needle 32 in apparatus 34 (FIGS. 1A-D), Para. [0175]) a tip (distal-most end portion 94, Fig. 11) of a needle (needle 86) attached to a guidewire (proximal portion 90, Fig. 10, proximal portion 90 may be at least partially made of nitinol, Para. [0181]) and located in a lumen (tube lumen 108, Fig. 11) of the dilator (dilator element 49) distally relative to the dilator (dilator element 49), including puncturing (Fig. 1CA showing needle 32 puncturing the fossa ovalis 18; the needle is used to puncture the fossa ovalis, Para. [0168]) across the septal wall (interatrial septum 72, Fig. 1C) associated with the fossa ovalis (fossa ovalis 18); advancing (as shown in Fig. 1CB) the dilator (dilator element 49) distally over the guidewire (proximal portion 90, Fig. 10) while maintaining the guidewire (proximal portion 90) and the sheath (catheter 38, Fig. 1CB) in a fixed position (as shown in Fig. 1CB), including extending (as shown in Fig. 1CB) a distal end (distal end of dilator tip 16, Fig. 1C) of the dilator nose (at dilator tip 16) beyond the septal wall (interatrial septum 72) associated with the fossa ovalis (fossa ovalis 18) by a distance equal to or greater than a length (Fig. 1CB showing dilator element 49 extending through the fossa ovalis 18 a distance greater than a length of the needle 32) of the needle (needle 86, Fig. 11), including allowing deployment (as shown in Fig. 1CA) of the needle (needle 86, Fig. 11) in a region (as shown in Fig. 1CA) of a left atrium (in the left atrium, Para. [0188]) of the heart (at interatrial septum 72).
Transseptal Solutions fails to explicitly disclose advancing the guidewire distally through the dilator nose, including allowing deployment of the needle in a central region of the left atrium of the heart.
Baylis Medical Company '009 is in the art of accessing the left side of a heart (Para. [0001]) and teaches advancing (as shown in Fig. 3A) a guidewire (multi-function guidewire 200, Fig. 5a) distally through a dilator nose (at distal tip 106, Fig. 3A), including allowing deployment of a needle (active tip 208, Fig. 5c) in a central region of a left atrium (left atrium 408, Fig. 7e, the distal section 202 is sized such that when it forms a coil in the left atrium, Para. [0084]) of a heart (heart 400, Fig. 1).
It would have been obvious to one of ordinary skill in the art at the time of the invention to modify Transseptal Solutions with the teaching of Baylis Medical Company '009 for the purpose of having the guidewire form a coil after being advanced into the left atrium and thereby ensure that the coil will not be accidentally advanced into openings adjacent to the left atrium while functioning as a rail for installation of other devices (Baylis Medical Company '009, Para. [0084]).

Regarding Claim 2, modified Transseptal Solutions discloses the method of claim 1, wherein advancing (as shown in Fig. 1CB) the dilator (dilator element 49) distally relative to the sheath (catheter 38) includes manipulating an actuator (control element 30, Fig. 5) located on (as shown in Fig. 5) or positioned adjacent to a handle (FIG. 5 shows a control element 30 (e.g., a control handle) shaped to surround a proximal portion of catheter 38, Para. [0172]) of the sheath (catheter 38).

Regarding Claim 3, modified Transseptal Solutions discloses the method of claim 1, wherein, when advancing (as shown in Figs. 1A, 1B) the dilator (dilator element 49, Fig. 1B) distally (as shown in Fig. 1B) relative to the sheath (catheter 38), the tip (distal-most end portion 94, Fig. 11) of the needle (needle 86) is positioned within (as shown in Fig. 1B) the dilator nose (at dilator tip 16).

Regarding Claim 4, modified Transseptal Solutions discloses the method of claim 1, wherein, when advancing (Fig. 1C showing advancing needle 32) the tip (distal-most end portion 94, Fig. 11) of the needle (needle 86) distally (as shown in Fig. 1CA) relative to the dilator (dilator element 49), a position of a hinge (flexible distal portion 88, Fig. 10) connecting a distal end (left end of proximal portion 90) of the guidewire (proximal portion 90) and a proximal end (right end of needle 86) of the needle (needle 86) is maintained proximal to the distal end (distal end of dilator tip 16, Fig. 1C) of the dilator nose (at dilator tip 16).

Regarding Claim 5, modified Transseptal Solutions discloses the method of claim 4.
Transseptal Solutions fails to explicitly disclose wherein allowing deployment of the needle in the central region of the left atrium includes allowing the hinge to bend such that an acute angle forms between the distal end of the guidewire and the proximal end of the needle.
Baylis Medical Company '009 is in the art of accessing the left side of a heart (Para. [0001]) and teaches wherein allowing deployment of a needle (active tip 208, Fig. 5c) in the central region of a left atrium (left atrium 408, Fig. 7e) includes allowing a hinge (marker coil 210, Fig. 5d) to bend such that an acute angle (as shown in Fig. 7e) forms between a distal end (portion between curved portion 226 and marker coil 210, Fig. 5d) of a guidewire (multi-function guidewire 200, Fig. 5a) and a proximal end (bottom end of active tip 208, Fig. 5c) of the needle (active tip 208).
It would have been obvious to one of ordinary skill in the art at the time of the invention to modify Transseptal Solutions with the teaching of Baylis Medical Company '009 for the purpose of having the guidewire curl up to form a coil after being advanced into the left atrium and thereby ensure that the coil will not be accidentally advanced into openings adjacent to the left atrium while functioning as a rail for installation of other devices (Baylis Medical Company '009, Para. [0084]).

Form PCT/ISA/237 (Supplemental Box) (revised January 2019)

**WRITTEN OPINION OF THE
INTERNATIONAL SEARCHING AUTHORITY**

International application No.

PCT/US2020/030264

---

**Supplemental Box**

In case the space in any of the preceding boxes is not sufficient.
Continuation of:

Regarding Claim 6, modified Transseptal Solutions discloses the method of claim 4.
Transseptal Solutions fails to explicitly disclose wherein allowing deployment of the needle in the central region of the left atrium includes visualizing a position of the hinge relative to the distal end of the dilator nose, and confirming that the hinge is positioned distal to the distal end of the dilator nose.
Baylis Medical Company '009 is in the art of accessing the left side of a heart (Para. [0001]) and teaches wherein allowing deployment of a needle (active tip 208, Fig. 5c) in a central region of a left atrium (left atrium 408, Fig. 7e) includes visualizing a position (the embodiment of guidewire 200 of FIG. 5D has radiopaque active tip 208 and radiopaque helical marker 210, which when positioned towards the front of the dilator aid in positioning dilator 100 under imaging, Para. [0144]) of a hinge (marker coil 210, Fig. 5d) relative to a distal end (distal end of distal tip 106, Fig. 3A) of a dilator nose (at distal tip 106), and confirming that a hinge (marker coil 210, Fig. 5d) is positioned distal to the distal end (distal end of distal tip 106, Fig. 3A) of the dilator nose (at distal tip 106).
It would have been obvious to one of ordinary skill in the art at the time of the invention to modify Transseptal Solutions with the teaching of Baylis Medical Company '009 for the purpose of providing a radiopaque tip and thereby ensure aiding in positioning of the tip under imaging (Baylis Medical Company '009, Para. [0144]).

Regarding Claim 7, modified Transseptal Solutions discloses the method of claim 1, further comprising maintaining coaxial alignment (along longitudinal axis 70, Fig. 1B) between the dilator (dilator element 49) and the sheath (catheter 38) through engagement of a dilator alignment region (at longitudinal axis 70), located proximal (as shown in Fig. 1B) of the dilator nose (at dilator tip 16), with a lumen wall (wall of catheter lumen 52, Fig. 1A) of the sheath (catheter 38).

Regarding Claim 8, modified Transseptal Solutions discloses the method of claim 1, wherein extending (as shown in Fig. 1CB) the distal end (distal end of dilator tip 16, Fig. 1C) of the dilator nose (at dilator tip 16) beyond the septal wall (interatrial septum 72) associated with the fossa ovalis (fossa ovalis 18) by the distance equal to or greater than the length (Fig. 1CB showing dilator element 49 extending through the fossa ovalis 18 a distance greater than a length of the needle 32) of the needle (needle 86, Fig. 11) includes preventing (as shown in Fig. 1CB) the needle (needle 86, Fig. 11) from impinging upon the left side of the atrial septum (at interatrial septum 72, Fig. 1C) of the heart (at interatrial septum 72).

Regarding Claim 9, modified Transseptal Solutions discloses the method of claim 1.
Transseptal Solutions fails to explicitly disclose wherein advancing the guidewire distally through the dilator nose includes allowing a guidewire loop segment to form in the left atrium.
Baylis Medical Company '009 is in the art of accessing the left side of a heart (Para. [0001]) and teaches wherein advancing (as shown in Fig. 3A) a guidewire (multi-function guidewire 200, Fig. 5a) distally through a dilator nose (at distal tip 106, Fig. 3A) includes allowing a guidewire loop segment (at distal section 202, Fig. 7e) to form in a left atrium (left atrium 408).
It would have been obvious to one of ordinary skill in the art at the time of the invention to modify Transseptal Solutions with the teaching of Baylis Medical Company '009 for the purpose of having the guidewire form a coil after being advanced into the left atrium and thereby ensure that the coil will not be accidentally advanced into openings adjacent to the left atrium (Baylis Medical Company '009, Para. [0084]).

Regarding Claim 10, modified Transseptal Solutions discloses the method of claim 9.
Transseptal Solutions fails to explicitly disclose wherein allowing the guidewire loop segment to form in the left atrium includes engaging a portion of the guidewire loop segment with a left atrium lateral wall or the left side of the atrial septum.
Baylis Medical Company '009 is in the art of accessing the left side of a heart (Para. [0001]) and teaches wherein allowing a guidewire loop segment (at distal section 202, Fig. 7e) to form in a left atrium (left atrium 408) includes engaging a portion of the guidewire loop segment (at distal section 202) with the left side (curved distal part 202 of wire 200 provides anchorage to prevent wire 200 from inadvertently slipping back into the right atrium, Para. [0150]) of an atrial septum (septum 422, Fig. 7d).
It would have been obvious to one of ordinary skill in the art at the time of the invention to modify Transseptal Solutions with the teaching of Baylis Medical Company '009 for the purpose of having the guidewire form a curved distal part to provide anchorage and thereby ensure that inadvertently slipping back into the right atrium is prevented (Baylis Medical Company '009, Para. [0150]).

Regarding Claim 11, modified Transseptal Solutions discloses the method of claim 9, further comprising advancing (for some applications, before withdrawal of apparatus 34 from the body, delivery catheter 120 is advanced over dilator element 49 while the dilator element is disposed within the hole in fossa ovalis 18 or the other site on interatrial septum 72, until a distal end opening of delivery catheter 120 is disposed in the left atrium, Para. [0188]) the dilator (dilator element 49, Fig. 1C) and the sheath (catheter 38) distally over the guidewire (proximal portion 90, Fig. 10) and across the septal wall (interatrial septum 72, Fig. 1C) associated with the fossa ovalis (fossa ovalis 18), including extending a dilator bevel segment (along distance d of dilator element 49, Fig. 11), located proximal to the dilator nose (at dilator tip 16, Fig. 1B), into the left atrium (in the left atrium, Para. [0186]) followed by a dilator shoulder (Fig. 11 showing a shoulder portion at right of distance d), located proximal to the dilator bevel segment (along distance d of dilator element 49), and a sheath distal end (distal end of catheter 38, Fig. 1C).

Regarding Claim 12, modified Transseptal Solutions discloses the method of claim 11.
Transseptal Solutions fails to explicitly disclose further comprising removing one or both of the dilator and the sheath from the patient and delivering a diagnostic or therapeutic device over the guidewire and across the septal wall associated with the fossa ovalis.
Baylis Medical Company '009 is in the art of accessing the left side of a heart (Para. [0001]) and teaches further comprising removing (as shown in Figs. 7d, 7e) one or both of a dilator (dilator 100, Fig. 3A) and a sheath (steerable sheath 300) from the patient (a patient's body, Para. [0075]) and delivering a therapeutic device (FIG. 7E illustrates an installed anchor wire (wire 200) with the dilator and sheath withdrawn . . . provide a rail for advancing medical devices into the left atrium . . . can include, at least, ablation catheters and pacing leads, Para. [0150]) over a guidewire (multi-function guidewire 200, Fig. 5a) and across a septal wall (atrial septum 422, Fig. 7c) associated with the fossa ovalis (at the fossa ovalis region of the septum 422, Para. [0136]).
It would have been obvious to one of ordinary skill in the art at the time of the invention to modify Transseptal Solutions with the teaching of Baylis Medical Company '009 for the purpose of providing a rail along which a medical device can be advanced and thereby ensure that the medical device can be advanced into the left atrium (Baylis Medical Company '009, Para. [0150]).

---

Form PCT/ISA/237 (Supplemental Box) (revised January 2019)

| WRITTEN OPINION OF THE INTERNATIONAL SEARCHING AUTHORITY | International application No. |
|---|---|
| | PCT/US2020/030264 |

**Supplemental Box**

In case the space in any of the preceding boxes is not sufficient.
Continuation of:

Regarding Claim 13, modified Transseptal Solutions discloses the method of claim 1, further comprising, withdrawing the guidewire (proximal portion 90, Fig. 10) proximally (apparatus 34 is withdrawn, Para. [0186]) and using the lumen (tube lumen 108, Fig. 11) of the dilator (dilator element 49) to measure pressure (fluid-impermeable cover 100 facilitates measurement, using a pressure sensor disposed at the proximal end of the needle, of the pressure at the distal tip of the needle, Para. [0180]) within the left atrium (the left atrium, Para. [0188]).
Transseptal Solutions fails to explicitly disclose prior to advancing the guidewire distally through the dilator nose.
Baylis Medical Company '009 is in the art of accessing the left side of a heart (Para. [0001]) and teaches prior to advancing (as shown in Fig. 3A) a guidewire (multi-function guidewire 200, Fig. 5a) distally through a dilator nose (at distal tip 106, Fig. 3A).
It would have been obvious to one of ordinary skill in the art at the time of the invention to modify Transseptal Solutions with the teaching of Baylis Medical Company '009 for the purpose of having the guidewire to form a coil after being advanced into the left atrium and thereby ensure that the coil will function as a rail for installation of other devices (Baylis Medical Company '009, Para. [0084]).


Claims 26-29 lack an inventive step under PCT Article 33(3) as being obvious over US 2019/0015644 A1 to Baylis Medical Company Inc. (hereinafter Baylis Medical Company '644) in view of Mitralign, Inc. (hereinafter Mitralign).

Regarding Claim 26, Baylis Medical Company '644 discloses the wall crossing system of claim 22.
Baylis Medical Company '644 fails to explicitly disclose wherein the distal end of the guidewire is attached to a proximal end of the puncture needle at a hinge.
Mitralign is in the art of an energy assisted tissue piercing device (Para. [0002]) and teaches wherein a distal end (at transitioning portion 66, Fig. 4) of a guidewire (inner wire 40 at proximal portion 60) is attached to a proximal end (at transitioning portion 68) of a puncture needle (distal portion 64) at a hinge (at intermediate portion 62, Fig. 6, the narrower intermediate portion 62 of the inner wire 40 allows the inner wire 40 to have a greater flexibility or bendability than the remaining portions of the wire, this narrower intermediate portion 62 can allow the distal portion 64 of the wire to bend, Para. [0038]).
It would have been obvious to one of ordinary skill in the art at the time of the invention to modify Baylis Medical Company '644 with the teaching of Mitralign for the purpose of providing a narrower intermediate portion of the wire that can bend and thereby ensure that the wire is prevented from causing damage to the unintended places inside a heart (Mitralign, Para. [0038]).

Regarding Claim 27, modified Baylis Medical Company '644 discloses the wall crossing system of claim 26.
Baylis Medical Company '644 fails to explicitly disclose wherein the hinge includes a shape memory material and, when unconstrained, forms an angle between the distal end of the guidewire and the proximal end of the puncture needle of 45-140 degrees, inclusive.
Mitralign is in the art of an energy assisted tissue piercing device (Para. [0002]) and teaches wherein a hinge (at intermediate portion 62, Fig. 4) includes a shape memory material (the ability of the piercing device to deflect is achieved by using a flexible material or a shape memory material connecting the distal portion to the rest of the wire, Para. [0027]) and, when unconstrained, forms an angle (angle θ, Fig. 6) between a distal end (at transitioning portion 66, Fig. 4) of a guidewire (inner wire 40 at proximal portion 60) and a proximal end (at transitioning portion 68) of a puncture needle (distal portion 64) of 45-140 degrees, inclusive (bent at an angle ranging from about >0 degree to about 270 degree as illustrated in FIG. 6, Para. [0045]).
It would have been obvious to one of ordinary skill in the art at the time of the invention to modify Baylis Medical Company '644 with the teaching of Mitralign for the purpose of providing a range of angle and thereby ensure that the distal portion of a wire is able to bend (Mitralign, Para. [0045]).

Regarding Claim 28, modified Baylis Medical Company '644 discloses the wall crossing system of claim 26.
Baylis Medical Company '644 fails to explicitly disclose wherein the hinge includes a cylindrical cross-sectional shape having a diameter less than a diameter of the guidewire and of the needle body.
Mitralign is in the art of an energy assisted tissue piercing device (Para. [0002]) and teaches wherein a hinge (at intermediate portion 62, Fig. 4) includes a cylindrical cross-sectional shape (as shown in Fig. 4) having a diameter less than a diameter (the intermediate portion 62 has a general diameter 20-80% smaller than the general diameter of the inner wire 40, Para. [0040]) of a guidewire (inner wire 40 at proximal portion 60) and of a needle body (body of distal portion 64).
It would have been obvious to one of ordinary skill in the art at the time of the invention to modify Baylis Medical Company '644 with the teaching of Mitralign for the purpose of providing a geometrical modification to the wire and thereby ensure that the wire has the ability to deflect (Mitralign, Para. [0027]).

Regarding Claim 29, modified Baylis Medical Company '644 discloses as best understood the wall crossing system of claim 26, a plane of an at least one loop segment (as shown in Fig. 7A).
Baylis Medical Company '644 fails to explicitly disclose wherein the hinge includes a rectangular cross-sectional shape and is configured to bend in a direction defined by a plane.
Mitralign is in the art of an energy assisted tissue piercing device (Para. [0002]) and teaches wherein a hinge (at intermediate portion 62, Fig. 4) includes a cross-sectional shape (geometrical modifications of the wire, Para. [0027], other shapes and configurations, Para. [0032]) and is configured to bend (this narrower intermediate portion 62 can allow the distal portion 64 of the wire to bend, Para. [0038]) in a direction defined by a plane (as shown in Fig. 6).
It would have been obvious to one of ordinary skill in the art at the time of the invention to modify Baylis Medical Company '644 with the teaching of Mitralign for the purpose of providing a geometrical modification to the wire and thereby ensure that the wire has the ability to deflect (Mitralign, Para. [0027]).
It would have been obvious to one of ordinary skill in the art at the time the invention was made to have the cross-sectional shape be a rectangular cross-sectional shape, since a change in shape of an element involves only routine skill in the art. The motivation for doing so would have been to have the wire have other shapes and configurations and thereby ensure that the wire bends along the intermediate portion.

Form PCT/ISA/237 (Supplemental Box) (revised January 2019)

| WRITTEN OPINION OF THE INTERNATIONAL SEARCHING AUTHORITY | International application No. |
|---|---|
| | PCT/US2020/030264 |

**Supplemental Box**

In case the space in any of the preceding boxes is not sufficient.
Continuation of:

Claims 30 and 31 lack an inventive step under PCT Article 33(3) as being obvious over US 2019/0015644 A1 to Baylis Medical Company Inc. (hereinafter Baylis Medical Company '644) in view of Clph, LLC (hereinafter Clph).

Regarding Claim 30, Baylis Medical Company '644 discloses the wall crossing system of claim 22.
Baylis Medical Company '644 fails to explicitly disclose further comprising a tip sheath placed around the puncture needle to facilitate coaxial alignment of a needle body axis and a dilator axis.
Clph is in the art of dilators and needles (Para. [0002]) and teaches further comprising a tip sheath (spring 282b, Fig. 9B) placed around a puncture needle (needle 240b) to facilitate coaxial alignment (as shown in Fig. 9B) of a needle body axis (axis of body of needle 240b) and a dilator axis (axis of dilator 260b).
It would have been obvious to one of ordinary skill in the art at the time of the invention to modify Baylis Medical Company '644 with the teaching of Clph for the purpose of providing a spring coupling between the needle and dilator and thereby ensure that a risk of accidentally contacting undesired tissue is reduced (Clph, Para. [0074]).

Regarding Claim 31, modified Baylis Medical Company '644 discloses the wall crossing system of claim 30.
Baylis Medical Company '644 fails to explicitly disclose wherein the dilator includes a dilator stop configured to inhibit distal movement of the tip sheath from a position within the lumen of the dilator to a position external to the lumen of the dilator.
Clph is in the art of dilators and needles (Para. [0002]) and teaches wherein a dilator (dilator 260b, Fig. 9B) includes a dilator stop (Fig. 9B showing a stop at the front of dilator 260b; between the needle stop 249b and an anchor 280b on the dilator 260b . . . while the stops 249b, 269b prevent the needle distal tip 245b from being deployed beyond the predetermined distance, Para. [0074]) configured to inhibit distal movement (as shown in Fig. 9B) of a tip sheath (spring 282b) from a position within a lumen (dilator lumen 266b) to a position external to the lumen (dilator lumen 266b) of the dilator (dilator 260b).
It would have been obvious to one of ordinary skill in the art at the time of the invention to modify Baylis Medical Company '644 with the teaching of Clph for the purpose of providing stops for engaging within a dilator for limiting the distance that the needle is deployed and thereby ensure that the needle is prevented from contacting undesired tissue with the needle distal tip (Clph, Para. [0074]).

Claim 32 meets the criteria set out in PCT Article 33(2)-(3), because the prior art does not teach or fairly suggest:

Regarding claim 32, the prior art of record, individually or in combination, does not teach or fairly suggest the wall crossing system of claim 31, wherein the tip sheath is configured to expand in diameter as it is placed under compression, thereby allowing its release from the puncture needle upon contact with the dilator stop.

The following prior art is made of record to support and further define the reasons that claim 32 meets the criteria set out in PCT Article 33 (2)-(3):
Regarding claim 32, modified US 2019/0015644 A1 to Baylis Medical Company Inc. discloses the wall crossing system of claim 31. US 2019/0015644 A1 to Baylis Medical Company Inc. fails to explicitly disclose wherein the tip sheath is configured to expand in diameter as it is placed under compression, thereby allowing its release from the puncture needle upon contact with the dilator stop.
Clph, LLC is in the art of dilators and needles (Para. [0002]) and teaches a tip sheath (spring 282b, Fig. 9B).
However, none of the cited prior art references taken alone or in combination teach wherein the tip sheath is configured to expand in diameter as it is placed under compression, thereby allowing its release from the puncture needle upon contact with the dilator stop.
It would serve no function to combine wherein the tip sheath is configured to expand in diameter as it is placed under compression, thereby allowing its release from the puncture needle upon contact with the dilator stop with the wall crossing system previously disclosed by US 2019/0015644 A1 to Baylis Medical Company Inc., and therefore such a combination is not obvious.

Claims 1-34 meet the criteria set out in PCT Article 33(4), and thus have industrial applicability because the subject matter claimed can be made or used in industry.

Form PCT/ISA/237 (Supplemental Box) (revised January 2019)

PTO/AIA/01 (06-12)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | TRANSSEPTAL SYSTEMS, DEVICES AND METHODS |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

☐ The attached application, or

☒ United States application or PCT international application number **PCT/US2020/030264**

filed on **April 28, 2020**

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

## WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: **William Joseph Drasler**   Date (Optional): *Ξꞁꞓꞧ ꞩ Ɥꞎꞏ꞊*

Signature: *[signature]*

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

PTO/AIA/01 (06-12)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | TRANSSEPTAL SYSTEMS, DEVICES AND METHODS |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

☐ The attached application, or

☒ United States application or PCT International application number  PCT/US2020/030264

filed on  April 28, 2020

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor:  Wesley Robert Pedersen     Date (Optional):  10/5/2021

Signature:

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

PTO/AIA/01 (06-12)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | TRANSSEPTAL SYSTEMS, DEVICES AND METHODS |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

☐ The attached application, or

☒ United States application or PCT international application number **PCT/US2020/030264**

filed on **April 28, 2020**

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: Paul Sorajja

Signature: _____

Date (Optional): _____  Sept 25 4TH

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | TRANSSEPTAL SYSTEMS, DEVICES AND METHODS |
| **First Named Inventor/Applicant Name:** | Wesley Robert Pedersen |
| **Filer:** | Nir Lifshitz/Sabrina Mohess |
| **Attorney Docket Number:** | TPS002USNPE01 |

Filed as Large Entity

**Filing Fees for   U.S. National Stage under 35 USC 371**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| NATIONAL STAGE FEE | 1631 | 1 | 320 | 320 |
| NATL STAGE SEARCH FEE - REPORT PROVIDED | 1642 | 1 | 540 | 540 |
| NATIONAL STAGE EXAM - ALL OTHER CASES | 1633 | 1 | 800 | 800 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| Post-Allowance-and-Post-Issuance: | | | | |
| Extension-of-Time: | | | | |
| Miscellaneous: | | | | |
| | | **Total in USD ($)** | | 1660 |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 44125955 |
| **Application Number:** | 17606592 |
| **International Application Number:** | PCT/US2020/030264 |
| **Confirmation Number:** | 2153 |
| **Title of Invention:** | TRANSSEPTAL SYSTEMS, DEVICES AND METHODS |
| **First Named Inventor/Applicant Name:** | Wesley Robert Pedersen |
| **Customer Number:** | 48497 |
| **Filer:** | Nir Lifshitz/Sabrina Mohess |
| **Filer Authorized By:** | Nir Lifshitz |
| **Attorney Docket Number:** | TPS002USNPE01 |
| **Receipt Date:** | 26-OCT-2021 |
| **Filing Date:** | |
| **Time Stamp:** | 14:45:15 |
| **Application Type:** | U.S. National Stage under 35 USC 371 |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | EFT |
| Payment was successfully received in RAM | $1660 |
| RAM confirmation Number | E20210PE46371604 |
| Deposit Account | |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Application Data Sheet | TPS002USNPE01_ADS_signed. pdf | 1874402 <br> 7a987899f749ae5acfb7b6bcd7904fle37bd 5260c | no | 9 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 2 | Transmittal of New Application | TPS002USNPE01_Transmittal_s igned.pdf | 317548 <br> 5dc9776bc9e550a16cod44cc086607a1d9d eca6f | no | 4 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 3 | Documents submitted with 371 Applications | TPS002WOREG01_IB308.pdf | 73042 <br> 59d0a010833aa7270a269559f913205841c 333a3 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 4 | Documents submitted with 371 Applications | TPS002WOREG01_ISR.pdf | 271757 <br> 3eefc48c1d2d9e506650fb5f97561e51a362 6319 | no | 5 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 5 | Documents submitted with 371 Applications | TPS002WOREG01_WO.pdf | 736813 <br> 87ee2b732e28fdb69a14cod601603007t 13 6dd0a | no | 10 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |
| 6 | Oath or Declaration filed | TPS002WOREG01_Declaration_ Drasler_signed_flat.pdf | 1437651 <br> 237c6c18f9261f6bbb51w11d5bdfce583d77 a1368 | no | 1 |
| **Warnings:** | | | | | |
| **Information:** | | | | | |

| 7 | Oath or Declaration filed | TPS002WOREG01_Declaration_ Pedersen_signed_flat.pdf | 1462853 6da7a659270cff4c00d475315818245e2793 de8d | no | 1 |

**Warnings:**

**Information:**

| 8 | Oath or Declaration filed | TPS002WOREG01_Declaration_ Sorajja_signed_flat.pdf | 1515674 046328bd08cc4be565a71d4998d4b5312d c5b9a1 | no | 1 |

**Warnings:**

**Information:**

| 9 | Fee Worksheet (SB06) | fee-info.pdf | 44090 f6df4dcc8b50880b2cf3b1d30eed4c61f80b be93 | no | 2 |

**Warnings:**

**Information:**

| | | **Total Files Size (in bytes):** | 7733830 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | TPS002USNPE01 |
|---|---|---|
| | Application Number | |

| Title of Invention | TRANSSEPTAL SYSTEMS, DEVICES AND METHODS |
|---|---|

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76. This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2:

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

**Inventor** 1    Remove

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| ▾ | Wesley | Robert | Pedersen | ▾ |

| Residence Information (Select One) | ● US Residency | Non US Residency | Active US Military Service |
|---|---|---|---|

| City | Minneapolis | State/Province | MN | Country of Residence | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 4814 Russell Avenue South |
|---|---|
| Address 2 | |
| City | Minneapolis | State/Province | MN |
| Postal Code | 55410 | Country i | US |

**Inventor** 2    Remove

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| ▾ | Paul | | Sorajja | ▾ |

| Residence Information (Select One) | ◉ US Residency | Non US Residency | Active US Military Service |
|---|---|---|---|

| City | Minneapolis | State/Province | MN | Country of Residence | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 2700 West Lake of the Isles Parkway |
|---|---|
| Address 2 | |
| City | Minneapolis | State/Province | MN |
| Postal Code | 55416 | Country i | US |

**Inventor** 3    Remove

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| ▾ | William | Joseph | Drasler | ▾ |

| Residence Information (Select One) | ◉ US Residency | Non US Residency | Active US Military Service |
|---|---|---|---|

EFS Web 2.2.13

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | TPS002USNPE01 |
|---|---|---|
| | Application Number | |

| Title of Invention | TRANSSEPTAL SYSTEMS, DEVICES AND METHODS |
|---|---|

| City | Minnetonka | State/Province | MN | Country of Residence | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 4100 Dynasty Drive | | |
|---|---|---|---|
| Address 2 | | | |
| City | Minnetonka | State/Province | MN |
| Postal Code | 55345 | Country i | US |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button.       [ Add ]

## Correspondence Information:

| Enter either Customer Number or complete the Correspondence Information section below. For further information see 37 CFR 1.33(a). |
|---|

☐ **An Address is being provided for the correspondence Information of this application.**

| Customer Number | 48497 | | |
|---|---|---|---|
| Email Address | ipdocket@baylismedical.com | Add Email | Remove Email |

## Application Information:

| Title of the Invention | TRANSSEPTAL SYSTEMS, DEVICES AND METHODS | |
|---|---|---|
| Attorney Docket Number | TPS002USNPE01 | **Small Entity Status Claimed** ☐ |
| Application Type | Nonprovisional | |
| Subject Matter | Utility | |
| **Total Number of Drawing Sheets (if any)** | | **Suggested Figure for Publication (if any)** |

## Filing By Reference:

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

## Publication Information:

☐  Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☐  **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

EFS Web 2.2.13

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | TPS002USNPE01 |
|---|---|---|
| | Application Number | |
| Title of Invention | TRANSSEPTAL SYSTEMS, DEVICES AND METHODS | |

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ● Customer Number | US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 48497 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c), or 386(c) or indicate National Stage entry from a PCT application. Providing benefit claim information in the Application Data Sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the "Application Number" field blank.

| Prior Application Status | Pending | | | Remove |
|---|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) | |
| | a 371 of international | PCTUS2020030264 | 2020-04-28 | |
| Prior Application Status | Expired | | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) | |
| PCTUS2020030264 | Claims benefit of provisional | 62840062 | 2019-04-29 | |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.    | Add |

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55. When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | TPS002USNPE01 |
|---|---|---|
| | Application Number | |

| Title of Invention | TRANSSEPTAL SYSTEMS, DEVICES AND METHODS |
|---|---|

Remove

| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
|---|---|---|---|
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.

Add

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☐ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.

NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

EFS Web 2.2.13

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | TPS002USNPE01 |
| | Application Number | |
| Title of Invention | TRANSSEPTAL SYSTEMS, DEVICES AND METHODS | |

# Authorization or Opt-Out of Authorization to Permit Access:

When this Application Data Sheet is properly signed and filed with the application, applicant has provided written authority to permit a participating foreign intellectual property (IP) office access to the instant application-as-filed (see paragraph A in subsection 1 below) and the European Patent Office (EPO) access to any search results from the instant application (see paragraph B in subsection 1 below).

Should applicant choose not to provide an authorization identified in subsection 1 below, applicant **must opt-out** of the authorization by checking the corresponding box A or B or both in subsection 2 below.

**NOTE**: This section of the Application Data Sheet is **ONLY** reviewed and processed with the **INITIAL** filing of an application. After the initial filing of an application, an Application Data Sheet cannot be used to provide or rescind authorization for access by a foreign IP office(s). Instead, Form PTO/SB/39 or PTO/SB/69 must be used as appropriate.

**1. Authorization to Permit Access by a Foreign Intellectual Property Office(s)**

**A. Priority Document Exchange (PDX)** - Unless box A in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the State Intellectual Property Office of the People's Republic of China (SIPO), the World Intellectual Property Organization (WIPO), and any other foreign intellectual property office participating with the USPTO in a bilateral or multilateral priority document exchange agreement in which a foreign application claiming priority to the instant patent application is filed, access to: (1) the instant patent application-as-filed and its related bibliographic data, (2) any foreign or domestic application to which priority or benefit is claimed by the instant application and its related bibliographic data, and (3) the date of filing of this Authorization. See 37 CFR 1.14(h)(1).

**B. Search Results from U.S. Application to EPO** - Unless box B in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the EPO access to the bibliographic data and search results from the instant patent application when a European patent application claiming priority to the instant patent application is filed. See 37 CFR 1.14(h)(2).

The applicant is reminded that the EPO's Rule 141(1) EPC (European Patent Convention) requires applicants to submit a copy of search results from the instant application without delay in a European patent application that claims priority to the instant application.

**2. Opt-Out of Authorizations to Permit Access by a Foreign Intellectual Property Office(s)**

☐ A. Applicant **DOES NOT** authorize the USPTO to permit a participating foreign IP office access to the instant application-as-filed. If this box is checked, the USPTO will not be providing a participating foreign IP office with any documents and information identified in subsection 1A above.

☐ B. Applicant **DOES NOT** authorize the USPTO to transmit to the EPO any search results from the instant patent application. If this box is checked, the USPTO will not be providing the EPO with search results from the instant application.

**NOTE:** Once the application has published or is otherwise publicly available, the USPTO may provide access to the application in accordance with 37 CFR 1.14.

EFS Web 2.2.13

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | TPS002USNPE01 |
| | Application Number | |
| Title of Invention | TRANSSEPTAL SYSTEMS, DEVICES AND METHODS | |

# Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Applicant** 1                                                      Remove

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

Clear

| ● Assignee | Legal Representative under 35 U.S.C. 117 | Joint Inventor |
| Person to whom the inventor is obligated to assign. | | Person who shows sufficient proprietary interest |

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor:

If the Applicant is an Organization check here.    ☒

| Organization Name | Baylis Medical Company Inc. |

**Mailing Address Information For Applicant:**

| Address 1 | 5959 Trans-Canada Highway | | |
| Address 2 | | | |
| City | Montreal | State/Province | QC |
| Country | CA | Postal Code | H4T 1A1 |
| Phone Number | | Fax Number | |
| Email Address | ipdocket@baylismedical.com | | |

Additional Applicant Data may be generated within this form by selecting the Add button.    Add

# Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | TPS002USNPE01 |
|---|---|---|
| | Application Number | |

| Title of Invention | TRANSSEPTAL SYSTEMS, DEVICES AND METHODS |
|---|---|

**Assignee** |1

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication. An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

| | Remove |
|---|---|

| If the Assignee or Non-Applicant Assignee is an Organization check here. | ⊠ |
|---|---|

| Organization Name | Baylis Medical Company Inc. |
|---|---|

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| Address 1 | 5959 Trans-Canada Highway | | |
|---|---|---|---|
| Address 2 | | | |
| City | Montreal | State/Province | QC |
| Country i | CA | Postal Code | H4T 1A1 |
| Phone Number | | Fax Number | |
| Email Address | ipdocket@baylismedical.com | | |

| Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button. | Add |
|---|---|

## Signature:

| | Remove |
|---|---|

**NOTE:** This Application Data Sheet must be signed in accordance with 37 CFR 1.33(b). **However, if this Application Data Sheet is submitted with the <u>INITIAL</u> filing of the application <u>and</u> either box A or B is <u>not</u> checked in subsection 2 of the "Authorization or Opt-Out of Authorization to Permit Access" section, then this form must also be signed in accordance with 37 CFR 1.14(c).**

This Application Data Sheet **must** be signed by a patent practitioner if one or more of the applicants is a **juristic entity** (e.g., corporation or association). If the applicant is two or more joint inventors, this form must be signed by a patent practitioner, **all** joint inventors who are the applicant, or one or more joint inventor-applicants who have been given power of attorney (e.g., see USPTO Form PTO/AIA/81) on behalf of **all** joint inventor-applicants.

See 37 CFR 1.4(d) for the manner of making signatures and certifications.

| Signature | /Vincent Man/ | | | Date (YYYY-MM-DD) | 2021-10-26 |
|---|---|---|---|---|---|
| First Name | Vincent | Last Name | Man | Registration Number | 72144 |

| Additional Signature may be generated within this form by selecting the Add button. | Add |
|---|---|

EFS Web 2.2.13

PTO/AIA/14 (02-18)
Approved for use through 11/30/2020. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | TPS002USNPE01 |
| --- | --- | --- |
| | Application Number | |

| Title of Invention | TRANSSEPTAL SYSTEMS, DEVICES AND METHODS |
| --- | --- |

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.   The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2.   A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.   A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.   A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.   A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent CooperationTreaty.

6.   A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.   A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.   A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.   A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

WO 2020/223230

PCT/US2020/030264

1/17



FIG. 1

WO 2020/223230

PCT/US2020/030264

2/17



FIG. 2

WO 2020/223230

**3/17**

PCT/US2020/030264



FIG. 3

FIG. 4

WO 2020/223230

PCT/US2020/030264

4/17



FIG. 5

FIG. 6

WO 2020/223230                                                PCT/US2020/030264

5/17



FIG. 7

WO 2020/223230

PCT/US2020/030264

6/17



FIG. 8

WO 2020/223230

**7/17**

PCT/US2020/030264



FIG. 9A

FIG. 9B

WO 2020/223230

PCT/US2020/030264

8/17



FIG. 10A



FIG. 10B



FIG. 10C

WO 2020/223230

PCT/US2020/030264

9/17



FIG. 10D



FIG. 10E

WO 2020/223230                                                          PCT/US2020/030264

*10/17*



FIG. 11A

WO 2020/223230

PCT/US2020/030264

*11/17*



FIG. 11B



FIG. 11C

WO 2020/223230

PCT/US2020/030264

12/17



FIG. 12

WO 2020/223230

PCT/US2020/030264

13/17



FIG. 13

WO 2020/223230

PCT/US2020/030264

14/17



FIG. 14A

WO 2020/223230

15/17

PCT/US2020/030264



FIG. 14B



FIG. 14C

16/17



FIG. 14D



FIG. 14E

WO 2020/223230

PCT/US2020/030264

17/17



FIG. 14F



FIG. 15

WO 2020/223230                                                          PCT/US2020/030264

WHAT IS CLAIMED IS:

1.    A method of treating a patient, comprising:

advancing a dilator located in a lumen of a sheath distally relative to the sheath, including applying a tenting force to a septal wall associated with the fossa ovalis of a heart using a dilator nose located at a distal end portion of the dilator;

advancing a tip of a needle attached to a guidewire and located in a lumen of the dilator distally relative to the dilator, including puncturing across the septal wall associated with the fossa ovalis;

advancing the dilator distally over the guidewire while maintaining the guidewire and the sheath in a fixed position, including extending a distal end of the dilator nose beyond the septal wall associated with the fossa ovalis by a distance equal to or greater than a length of the needle; and

advancing the guidewire distally through the dilator nose, including allowing deployment of the needle in a central region of the left atrium of the heart.

2.    The method of claim 1, wherein advancing the dilator distally relative to the sheath includes manipulating an actuator located on or positioned adjacent to a handle of the sheath.

3.    The method of claim 1, wherein, when advancing the dilator distally relative to the sheath, the tip of the needle is positioned within the dilator nose.

4.    The method of claim 1, wherein, when advancing the tip of the needle distally relative to the dilator, a position of a hinge connecting a distal end of the guidewire and a proximal end of the needle is maintained proximal to the distal end of the dilator nose.

5.    The method of claim 4, wherein allowing deployment of the needle in the central region of the left atrium includes allowing the hinge to bend such that an acute angle forms between the distal end of the guidewire and the proximal end of the needle.

6.    The method of claim 4, wherein allowing deployment of the needle in the central region of the left atrium includes visualizing a position of the hinge relative to the distal end of the dilator nose, and confirming that the hinge is positioned distal to the distal end of the dilator nose.

7.    The method of claim 1, further comprising maintaining coaxial alignment between the dilator and the sheath through engagement of a dilator alignment region, located proximal of the dilator nose, with a lumen wall of the sheath.

8.    The method of claim 1, wherein extending the distal end of the dilator nose beyond the septal wall associated with the fossa ovalis by the distance equal to or greater than the length of the needle includes preventing the needle from impinging upon the left side of the atrial septum of the heart.

9.    The method of claim 1, wherein advancing the guidewire distally through the dilator nose includes allowing a guidewire loop segment to form in the left atrium.

10.    The method of claim 9, wherein allowing the guidewire loop segment to form in the left atrium includes engaging a portion of the guidewire loop segment with a left atrium lateral wall or the left side of the atrial septum.

11.    The method of claim 9, further comprising advancing the dilator and the sheath distally over the guidewire and across the septal wall associated with the fossa ovalis, including extending a dilator bevel segment, located proximal to the dilator nose, into the left atrium followed by a dilator shoulder, located proximal to the dilator bevel segment, and a sheath distal end.

12.    The method of claim 11, further comprising removing one or both of the dilator and the sheath from the patient and delivering a diagnostic or therapeutic device over the guidewire and across the septal wall associated with the fossa ovalis.

WO 2020/223230

PCT/US2020/030264

13.    The method of claim 1, further comprising, prior to advancing the guidewire distally through the dilator nose, withdrawing the guidewire proximally and using the lumen of the dilator to measure pressure within the left atrium.

14.    An anatomical wall crossing system, comprising:

a dilator extending from a proximal end portion to a distal end portion and including a lumen therethrough, the distal end portion including a dilator nose and a dilator beveled segment,

the dilator nose having a first outer diameter and a length of about 5–18mm, inclusive, and

the dilator beveled segment extending proximally of the dilator nose and tapering from a second outer diameter, greater than the first outer diameter, to the first outer diameter.

15.    The wall crossing system of claim 14, wherein the dilator nose includes a cylindrical cross-sectional shape having a wall thickness of about 0.0015–0.005in, inclusive.

16.    The wall crossing system of claim 15, wherein the dilator nose is formed from a thin-walled hypotube.

17.    The wall crossing system of claim 14, wherein the dilator further includes a dilator alignment zone extending proximal of the dilator beveled segment and having a substantially uniform outer diameter.

18.    The wall crossing system of claim 17, wherein the dilator further includes a dilator waist extending proximal of the dilator alignment zone and having a greater longitudinal flexibility than the dilator alignment zone.

19.    The wall crossing system of claim 18, wherein the dilator waist has a length of about 5–50mm, inclusive.

WO 2020/223230 PCT/US2020/030264

20. The wall crossing system of claim 18, wherein the dilator waist has an outer diameter that is 30–90%, inclusive, of an outer diameter of the dilator alignment zone.

21. The wall crossing system of claim 18, wherein the dilator waist is formed from a lower durometer polymer than a polymer of the dilator alignment zone.

22. The wall crossing system of claim 14, further comprising a guidewire deliverable within the lumen of the dilator and extending from a proximal end to a distal end, the distal end attached to a puncture needle having a needle body and a needle tip.

23. The wall crossing system of claim 22, wherein an intermediate portion of the guidewire includes at least one looped segment.

24. The wall crossing system of claim 22, wherein the puncture needle has a length of 3–20mm, inclusive.

25. The wall crossing system of claim 22, wherein the needle body has a needle body diameter of 0.001–0.004in, inclusive, less than the lumen of the dilator to facilitate coaxial alignment of a needle body axis and a dilator axis.

26. The wall crossing system of claim 22, wherein the distal end of the guidewire is attached to a proximal end of the puncture needle at a hinge.

27. The wall crossing system of claim 26, wherein the hinge includes a shape memory material and, when unconstrained, forms an angle between the distal end of the guidewire and the proximal end of the puncture needle of 45–140 degrees, inclusive.

28. The wall crossing system of claim 26, wherein the hinge includes a cylindrical cross-sectional shape having a diameter less than a diameter of the guidewire and of the needle body.

29.     The wall crossing system of claim 26, wherein the hinge includes a rectangular cross-sectional shape and is configured to bend in a direction defined by a plane of the at least one loop segment.

30.     The wall crossing system of claim 22, further comprising a tip sheath placed around the puncture needle to facilitate coaxial alignment of a needle body axis and a dilator axis.

31.     The wall crossing system of claim 30, wherein the dilator includes a dilator stop configured to inhibit distal movement of the tip sheath from a position within the lumen of the dilator to a position external to the lumen of the dilator.

32.     The wall crossing system of claim 31, wherein the tip sheath is configured to expand in diameter as it is placed under compression, thereby allowing its release from the puncture needle upon contact with the dilator stop.

33.     The wall crossing system of claim 14, further comprising a deflectable sheath.

34.     The wall crossing system of claim 33, wherein the proximal end portion of the dilator is configured to engage with an actuator incorporated into a handle of the deflectable sheath, the actuator configured to control distal and proximal advancement of the dilator relative to the deflectable sheath.

WO 2020/223230                                                        PCT/US2020/030264

# TRANSSEPTAL SYSTEMS, DEVICES AND METHODS

## CLAIM OF PRIORITY

Benefit of priority is hereby claimed to U.S. Provisional Patent Application Serial No. 62/840,062, entitled "TRANSSEPTAL GUIDEWIRE NEEDLE TIP" and filed on April 29, 2019, which is herein incorporated by reference in its entirety.

## TECHNICAL FIELD

The present subject matter relates to, among other things, medical devices for accessing left heart structures by way of crossing a septum of a heart.

## BACKGROUND

Transseptal punctures can be used to access the left atrium (LA) of a heart by way of the right atrium (RA). Access to the LA is commonly required for atrial fibrillation ablation treatment and, more recently, treatment of valvular and other structural heart diseases, for example.

## ABBREVIATIONS

Unless otherwise noted, the following abbreviations apply throughout this disclosure:

- FO: fossa ovalis 202
- Fr: French (increments for catheter sizing diameter)
- GW: guidewire 10
- LA: left atrium 208
- LAA: left atrial appendage 210
- MRI: magnetic resonance imaging
- MV: mitral valve 212
- RA right atrium 206
- TEE: transesophageal echocardiography
- TTE: transthoracic echocardiography

1

WO 2020/223230                                                                 PCT/US2020/030264

## OVERVIEW

The present inventors recognize that transseptal puncture systems and devices should be able to locate specific locations on the fossa ovalis (FO)—a depression on the right side of the atrial septum between the RA and LA of a heart—reliably to safely and accurately puncture the septal wall for a given procedure. Inadvertent puncturing of structures such as the aorta, left or right atrial free wall or pulmonary vein can result in cardiac perforation and tamponade. In addition, some left heart procedures require that highly specific septal wall sites associated with the FO be traversed to pinpoint specific targets for diagnostic or therapeutic device positioning.

The present inventors further recognize that existing transseptal puncture systems and devices suffer from drawbacks, including but not limited to: (1) difficulty engaging with precision and stability on specific locations of the FO; (2) difficulty with needle advancement across the septal wall; (3) difficulty dealing with a redundant or aneurysmal septum leaving the apex of a tented needle on the FO, adjacent to the LA free wall and thus at risk for perforation and pericardial tamponade; and (4) difficulty dealing with prior septal occluder placement necessitating alternative puncture locations on the native septum or direct occluder puncture.

The present subject matter is directed to, among other things, achieving transseptal puncture in a highly efficient and safe manner both to gain access to the LA by way of a guidewire (GW) including a distal needle segment, a mid-looped or coiled left-atrial segment, and one or more linear elongated proximal segments, and to serve as a platform for structural or other device delivery to the LA of the heart. Specifically, the present subject matter is directed in part to a transseptal GW 10 incorporated with a transseptal puncture needle 12. The GW 10 can comprise a relatively stiff proximal segment end 16 and a middle loop segment 14, wherein the distal end 22 comprises the junction with the transseptal needle 12. One or more mid-segment GW loops 24, 26 can come to rest in the LA 208. The middle loop segment 14 can be formed of a shape memory material to form at least two looped segments, for example—a second more distal, usually outer, broad coil 24 and a first more proximal, inner coil 26, wherein the middle segment 14 can be in continuity with the elongated linear stiff GW segment 16 at proximal end 25, which eventually

WO 2020/223230 PCT/US2020/030264

rests externally for exchanges.

The present subject matter is further directed to a transseptal GW puncture system that can traverse the FO 202, comprising a GW 10, a transseptal dilator 108, and a sheath 100. The distal end of the GW 10 can comprise a transseptal needle 12 attached to the looped GW segment 14 at its distal end 22 and in turn can be positioned in continuity with the distal end 17 of the linear, stiff GW segment 16. The transseptal needle 12 can have shape memory at the point of attachment to the looped GW segment 14, wherein the shape memory is sufficient to have the transseptal needle 12 retain a pre-specified angle with respect to the looped GW segment 14 to maintain atraumatic stability within and central to the loops 24, 26. One or more of the loops 24, 26 can be positioned and stabilized in the LA 208 resting adjacent to an inner surface of the LA 208. The middle looped segment 14 can be formed of a shape memory material to form the two loops 24, 26, wherein the proximal end 25 of the more proximal coil 24 is in continuity with the proximal elongated stiff segment of the GW 16, and wherein a secondary bend 29 can be positioned in the RA 206 transitioning into the elongated, linear proximal most segment of the GW 10.

The transseptal dilator 108 can comprise an elongated catheter 109 which rests within the sheath 100, tapering down to a narrowed dilator distal segment 110, wherein the catheter lumen 111 throughout remains compatible with the GW 10, which may have a full spectrum of diameters ranging from 0.021-0.035in, inclusive, or more. At some point along the distal segment 106 can be a radiopaque marker 122 positioned to be overlapped with a radiopaque tip marker 123 on the sheath 100 when at that point the transseptal dilator 108 and sheath 100 are of equivalent external diameters. The dilator 108 can be advanced forward into a precise position on the FO 202 for "tenting" the FO 202 by way of a series of forward movements of the actuator 112 adjacent to the distal end of the handle 104. Steerable maneuvers on the proximal sheath handle 104 can permit antegrade and retrograde flexion, and torqueing anterior or posterior of the entire sheath 100 can be carried out to position the distal end 124 of the sheath and the retained dilator tip 110 adjacent to the specific FO site for a specific procedure. Advancement and retraction movements of the dilator distal segment 110 relative to a stabilized sheath 100 with the use of the actuator 112 on the proximal sheath 100 can interact with the proximal end 119

3

WO 2020/223230 PCT/US2020/030264

of the dilator 108.

Once the FO 202 is tented with the dilator 108 which contains the transseptal needle 12, the needle 12 can be advanced, puncturing the FO septum 202 and crossing into the LA 208. The transseptal needle 12 can fold or bend from shape memory at a discrete angle at the hinge point 20 on the coiled GW segment 14 to which it is connected after being advanced across the FO 202. It can form an angle which may range from about 45–140 degrees, inclusive. Further advancement of the transseptal GW 10 can position the looped section 14 coils of the GW 10 within the LA chamber 208 aiding also in preserving the needle position atraumatically in the central LA 208 by way of remaining central to the loops. Preferably, the GW coils 24, 26 have a small inner diameter coil 26 and larger outer diameter coil 24 aiding in preserving the needle 12 central to the LA 208. The smaller in diameter inner coil can prevent needle 12 damage to the tissue in the LA wall. In another embodiment, the coils 24, 26 may be of equal diameters.

In another embodiment, the coils 24, 26 can be offset, as illustrated in FIGS. 3 and 4, to further aid in preserving a central location of the needle 12 which can also be folded in a third dimension, an additional feature making it less susceptible to perforating LA 208 structures when the folded distal transseptal needle 12 is advanced and deflected medially further aiding in maintaining a central needle 12 position within the offset but equal spaced loops 14. Coils 24, 26 can be offset by approximately 0.75–2cm, inclusive. The coils 24, 26 can be intermediate in stiffness allowing for less traumatic interaction with the LA free walls. A secondary bend 29 in the right atrial GW segment can aid in preserving a perpendicular trajectory across the FO 202 and co-axially in the IVC 215. The elongated, proximal stiff GW segment 16 can have a length of 260cm, for example, but may be significantly longer for purposes of catheter or device exchange.

The forward positioning of the system of the present subject matter allows for precise positioning of the distal sheath for precise device positioning thereby establishing ideal LA 208 positioning ultimately dictated by the specific left heart target for a given device, i.e., LAA 210, MV 212. The system is intuitive and simple to accurately position on a specific FO 202 target by using iterative dilator advancement under echo or other imagining guidance. After the coils have been

WO 2020/223230                                                    PCT/US2020/030264

advanced across the FO 202 and secured in the LA 208, the dilator 108 can then be advanced over the coiled GW 10 into the LA 208 preserving the overlapping radiopaque segments in place until the sheath 100 has crossed into the LA 208. Overlapping radiopaque markers 122, 123 on the distal dilator end 106 and sheath tip 124 can be used to confirm that they are at equivalent diameters for smooth simultaneous advancement of the dilator 108 and sheath 100 across the FO 202.

The deflectable and steerable nature of the sheath 100 can permit the sheath 100 to obtain the directionality, angulation and reach using a single size forward looking catheter system for the variety of RA 206 sizes and FO 202 angles in various patient-specific anatomy.

The collective system preferably includes a needled GW 10 delivered by the "one size fits all" catheter system for iteratively advancing the dilator 108, containing the retracted needle 12, into a precise tenting position on the FO 202. An actuator 112 on the sheath 100 adjacent to the handle 104 can permit highly controlled advancement of the distal segment 110 for "tenting" the FO membrane prior to needle puncture. The actuator 112 can be advanced or retracted with the operator's thumb without removing the operator's hand from the rotatable handle 104. The dilator 108 may have a more flexible distal segment to permit smooth tracking over the coiled GW segment in the LA 208. The deflectable sheath tip 124 may have monopolar or bipolar directionality. The deflectable sheath 100 can, for example, have a distal fixed 2 degree bend within the RA 206 which may range from 2–20 degrees, inclusive, to more easily establish perpendicularity to the FO 202. Standard, commercially available sheath dilator catheters may also be used in combination with the previously described novel needle GW.

Advantageously, the present subject matter provides a system and device that satisfy the following: (1) improved ease of use; (2) intuitive manipulation for precise distal control; (3) improved device and procedural efficacy; (4) increased device safety across a wide range of operator skills; (5) enhanced workflow and decreased procedural times; and (6) decreased procedural costs secondary to a combined needle GW.

These and other examples and features of the present subject matter will be set forth, at least in part, in the following Detailed Description. This

WO 2020/223230                                                                PCT/US2020/030264

Overview is intended to provide non-limiting examples of the present subject matter—it is not intended to provide an exclusive or exhaustive explanation. The Detailed Description below is included to provide further information about the present subject matter.

BRIEF DESCRIPTION OF THE DRAWINGS

In the drawings, like numerals can be used to describe similar features and components throughout the several views. The drawings illustrate generally, by way of example but not by way of limitation, various embodiments discussed in the present patent document.

FIG. 1 is a side plan view of a first embodiment of the present subject matter of the combined transseptal needle and GW.

FIG. 2 is a side plan view of a second embodiment of the combined transseptal needle and GW of the present subject matter.

FIG. 3 is a side plan view of a third embodiment of the present subject matter of the combined transseptal needle and GW with offset loops.

FIG. 4 is a front plan view of the transseptal needle of FIG. 3, which has been rotated ninety degrees.

FIG. 5 is a side plan view illustrating a representative deflectable sheath for use with the needle-GW of the present subject matter.

FIG. 6 is a side plan view illustrating a dilator for use with the deflectable sheath of FIG. 5.

FIG. 7 is a front view schematic representation of the human central venous circulatory system including the heart and venous system with a deflectable sheath of the present subject matter.

FIG. 8 is a front view schematic representation of a cross-section of the human heart with the deflectable sheath positioned across the atrial septum and positioned in the LA with the distal needle GW loops in the LA.

FIG. 9A is a sectional view of a dilator distal region and having a guidewire distal end and needle contained within the dilator lumen.

FIG. 9B is a sectional view of a dilator distal region extending around a radius of curvature with a needle body and needle tip contained with the dilator lumen.

WO 2020/223230                                                                PCT/US2020/030264

FIG. 10A is a side view of a guidewire distal end and needle with a hinge point located therebetween.

FIG. 10B is a side view of a guidewire distal end forming a needle-guidewire angle with a needle body.

FIG. 10C is a side view of a smaller diameter cylindrical hinge point located between a larger diameter guidewire distal end and a needle body.

FIG. 10D is a side view of a rectangular hinge point located between a cylindrical guidewire distal end and a needle body.

FIG. 10E is a side view of a rectangular hinge point bent to a needle-guidewire angle along a hinge bending axis.

FIG. 11A is a sectional view of a dilator distal region with a guidewire needle surrounded by a tip sheath contained within the dilator lumen.

FIG. 11B is a side view of a releasable tip sheath.

FIG. 11C is a sectional view of a releasable tip sheath contained within the dilator lumen.

FIG. 12 is a side view of a transseptal guidewire having a proximal guidewire segment, a guidewire loop segment, and a needle.

FIG. 13 is a sectional view of dilator having a dilator nose, a dilator alignment zone, a dilator waist, and a dilator lumen that extends to a dilator proximal port located on a dilator manifold.

FIG. 14A is a sectional view of a transseptal guidewire located within a dilator which is located within a deflectable sheath, the dilator nose forming a tenting of the FO.

FIG. 14B is a sectional view of a needle partially contained within a dilator nose and extending across the FO wall.

FIG. 14C is a sectional view of a dilator nose being advanced across the FO wall while a guidewire and needle remain fixed in position within a deflectable sheath.

FIG. 14D is a sectional view of a needle being advanced across the FO wall and a guidewire-needle bend angle occurring at a hinge point.

FIG. 14E is a sectional view of a guidewire being advanced further across the FO wall and forming a guidewire loop segment within the LA.

FIG. 14F is a sectional view of a deflectable sheath and dilator being advanced over a transseptal guidewire to place a portion of a sheath into the LA.

FIG. 15 is a sectional view of an advancement method for small advancement of a guidewire followed by small advancement of the dilator to cross a thickened FO.

The drawing figures are not necessarily to scale. Certain features and components may be shown exaggerated in scale or in schematic form and some details may not be shown in the interest of clarity and conciseness.

## DETAILED DESCRIPTION

With reference to the guide number in the drawings, the transseptal puncture system of the present subject matter is preferably, but not limited to, a "one size fits all" system whereby a single-sized system may be used in a variety of anatomical configurations and atrial sizes. The system includes specialized components, including an exchange GW with a distal transseptal needle and adjacent coils or loops for GW securement in the LA 206. In addition, the system may include a dilator which interacts with an actuator on a proximal sheath handle for controlled positioning on the FO aided by the deflectable sheath.

Guidewire 10

Reference is now made to FIGS. 1–4 illustrating a transseptal needle-GW 10. The transseptal needle-GW 10 can be an integrated component that can avoid the need for a separate transseptal needle and multiple GW exchanges, lengths and curves to treat various anatomies. The transseptal needle-GW 10 can have at least three defined segments: (1) a distal transseptal needle 12; (2) a middle or looped LA segment 14; and (3) a proximal elongated linear, stiff segment 16.

Needle 12

The transseptal needle 12 can be positioned in continuity with the distal end 22 of the GW loop segment 14. The transseptal needle 12 is preferably relatively short, with a length between about 0.75–2.0cm, inclusive. The needle 12 can have an ultra-low profile tip 18. The proximal end 20 of the needle 12 can be in continuity with the adjacent distal loop segment 14, which can be configured to be

8

linear when retained in the central lumen 111 of a dilator tip prior to advancement.

The transseptal needle 12 can have a lubricious coating to minimize resistance and a sharply tapered tip 18 to puncture and easily transition across the FO 202 (illustrated in FIG. 8), including those that may be densely scarred or aneurysmal. Inadvertent needle lurching across the FO membrane and loss of a preferred puncture site can be avoided by the extra-fine point on the needle tip 18 and slow iterative delivery of the forward-looking tapered transseptal dilator 108 into the FO 202 for stable positioning and "tenting" of the membrane by the dilator tip 18 which is in turn supported by a deflectable transseptal sheath 100. With this forward looking system, unintended anterior or posterior torqueing forces resulting in sliding across the FO 202 can be greatly minimized.

The transseptal needle 12 can preferably be composed of a metallic material, such as stainless steel or alloy including Nitinol with shape memory, and can be attached to the GW loop segment 14, for example, with a weld or possibly interdigitating slots which interact to form a more stable, yet flexible, union allowing the needle to fold on itself thereby avoiding puncturing the LA free wall, the pulmonary vein, etc. Other means of creating a pre-shaped angle between the needle 12 and loop segment 14 can also be conceived and utilized.

The transseptal needle 12 can sharply angle at a proximal end/hinge point 20 where it connects to the distal end 22 of the looped GW segment 14, having retained a pre-specified angle central to the LA loop segment 14, thus maintaining atraumatic stability within the central LA loop segment 14 and preventing contact and possible perforation of LA 208 structures including a pulmonary vein, LA free wall and LAA 210.

Following the GW advancement and transseptal puncture, the needle 12 can abruptly flex centrally, preferably at an acute angle with the adjoined looped GW segment 14, as illustrated in FIGS. 1–4. The needle 12 can remain linear after entering the LA 208 but flexes inward, preferably at an angle of about 45–140 degrees, inclusive, relative to the distal looped GW segment 14. The diameter of the transseptal needle tip 18 can be ground down to an ultra-low profile and tapered back to conjoin the distal loop segment 14, most likely transitioning to a profile in the range of 0.021–0.035in, inclusive, or greater.

WO 2020/223230                                                                                      PCT/US2020/030264

<u>Guidewire Loop Segment 14</u>

The looped GW segment 14 can be designed to stabilize the GW 10 position atraumatically in the LA 208 and, in addition, assists in protecting the left atrial free wall from unwanted needle puncture. Two or more looped segments 24, 26 may typically range between about 2.5–4.0cm, inclusive, in diameter and be formed by shape memory as it exits from a transseptal dilator 108 into the LA 208. The distal GW looped segment 14 in one embodiment can be formed by two roughly equal in size circular or non-circular loops in a plurality of shapes which are again formed upon deployment in the LA chamber, as illustrated in FIGS. 3–4.

The coils provide at least four useful functions:

1. The coils can confirm the correct LA chamber positioning by taking on the unconstrained, known shape within the LA 208.

2. The coils 14 can maintain stable positioning in the LA 208 to avoid inadvertent withdrawal of the GW 10 into the RA 206 or forceful needle tip 12 advancement into the LA free wall or pulmonary vein.

3. The outer broad coil 24 can provide a longer GW support ramp over which the dilator 108 and sheath 100 can be advanced with less resistance into the LA 208 around the curve to facilitate catheter support.

4. The coils can form an outer protective shield in which the centrally positioned needle 12 is kept at a safe distance from penetrating LA 208 structures.

In another embodiment, there are at least two circular coils, the inner coil 26 diameter being smaller than the outer coil 24 diameter, as illustrated in FIGS. 1–4, the inner coil thus central to the outer coil 24. In this embodiment, the larger, outer coil 24 can be compressed by LA 208 structures in the absence of any conformational change of the inner coil 26 thus further protecting deformity of the distal needle 12 and preserving its central location. As an example, the inner coil 26 of the GW 10 may have a diameter between about 1.5–3.0cm, inclusive, such as about 2.5cm. The outer coil 24 can have a diameter between about 3.0–4.0cm, inclusive, such as about 3.5cm.

In a third embodiment, the two coils 24, 26 can have parallel portions 24a and 26a, be unequal in diameter, and be offset by about 0.75–2.0cm, inclusive. Further, a second preformed bend at the junction of the distal transseptal needle 12 and the GW loop segment 14 in the third dimension central to the two offset wire coils 24, 26 can be incorporated, as illustrated in FIG. 5. Its purpose is to further aid in preventing needle perforation of the LA 208 by allowing the needle 12 to not only be centered circumferentially in two dimensions upon flexion with this embodiment but the needle 12 can be directed centrally in a third dimension between the breadth of two offset loops 24, 26. The distance between the parallel portions 24a and 26a of coils 24, 26, as illustrated by dotted line 25, can be about 1cm, for example, and may range from about 0.75– 2.0cm.

Proximal Guidewire Segment 16

The proximal GW segment 16 can be in continuity with the adjacent coil segment 14 at the distal end 17 of the segment 16. The proximal GW segment 16 can include a proximal free end 28, which is externalized with adequate length to permit catheter or device exchange while preserving the distal GW loop segment 14 positioned in the LA. The distal end 17 of the proximal GW segment can transition linearly across the atrial septum into the LA 208. There can then be a shallow fixed second degree bend 29 roughly in the mid-RA 206, retaining a preferable angle of 2° to 20°, inclusive. The elongated proximal stiff GW segment 16 extends from most distal end of the long proximal segment 17 to the most proximal end 28 having a preferred diameter of 0.021–0.035in, inclusive. The long proximal stiff GW segment 16 may extend from 240–300cm, inclusive, preferably 260cm in length. This long, stiff GW segment 16 can serve as a supportive rail for exchanging an array of catheters and devices for delivery to left heart targets.

Sheath 100

Referring to FIG. 5, the transseptal delivery sheath 100 can be a unipolar or bipolar, for example, deflectable sheath actuated with a rotatable proximal ergonomic handle 104 for superior/inferior flexion, and one-to-one sheath torque control for optimal anterior/posterior positioning. Advancement or retracting of the transseptal

WO 2020/223230 PCT/US2020/030264

sheath 100 can permit superior and inferior positioning for controlled, atraumatic guidance in all planes. The sheath 100 can have a proximal end 102 located adjacent the actuator 112 and a distal segment 107. Current transseptal systems designed for commercial use are brought into the FO 202 using a clockwise torque of the sheath/dilator system generally from a femoral vein access sight that may be overly aggressive (excessive in length) which may in turn result in inadvertent "stored up" torque if the over-reaching dilator 108 momentarily "catches" distally on an atrial septum prominent ridge. Further efforts to position the dilator distal segment 110 within the FO 202 may result in perforation of the RA 206 free wall or appendage. Conversely, a dilator 108 of insufficient length or "reach" and inability to engage the membrane across the FO 202 results in an inability to puncture the FO 202.

The sheath 100 can have an ergonomic two-way rotatable handle 104 for superior and inferior distal sheath flexion, illustrated by arrow 125 and reach at the tip 124 of the sheath 100. In addition, 1:1 torque transfer distally in an anterior to posterior position can be accomplished through wire braid reinforcement (not illustrated) of the sheath 100, which can also improve back up support for enhanced device delivery. The sheath 100 can initially be positioned adjacent to but without engagement of the atrial septum using fluoroscopic and TEE guidance and when available, possibly real time MRI and computer tomography.

Once the sheath 100 is accurately positioned at the appropriate short distance from the FO 202 (e.g., about 0.5–2.0cm) in the RA 206 under imaging guidance, the dilator 108 can be advanced while keeping the sheath 100 stationary. The sheath handle 104 and adjacent actuator 112 for the dilator can permit system (sheath and dilator) manipulation with one hand kept in position without need for use of the operator's contralateral hand. The actuator 112 for the dilator 108 can be manipulated by the operator's thumb or other digit for iterative forward advancement or retraction by interacting with the frictional elements 121 on the dilator 108. The wire-braid, reinforced sheath 100 can provide strong backup, kink-resistant support for advancing the distal segment 110 of the dilator 108 and subsequently the dilator 108 into a precisely controlled specific location of the FO 202 for "tenting" of the membrane.

WO 2020/223230    PCT/US2020/030264

The sheath 100 preferably includes but does not necessitate a dilatable shaft to accommodate highly variable device profiles; on the other hand, a series of fixed diameter sheaths may be used to accommodate a variety of device profiles. Ideally expandable or dilatable sheaths, ranging from about 8.5 Fr to potentially up to 30 Fr, inclusive, could eliminate the need for keeping multiple sheath diameters available for different procedures. One embodiment is thus a single sheath size which is conformed to be dilatable across a range of diameters. Transseptal sheaths which may require delectability at two or more distances from the proximal handle may be preferred for device delivery around complex or multiple curves.

A plurality of other supportive structures may run linearly within the sheath body to preserve an adequate level of support for subsequent device delivery across more angulated anatomy. A 2–20 degree secondary bend, for example, may be positioned proximal to the more distal deflectable bend which can aid in achieving a more perpendicular angle at the FO for strong coaxial backup support. In addition, this can permit distal flexion greater than 180 degrees, which may on occasion be needed to achieve appropriate sheath positioning within the medial aspects of the left heart. A tight hemostatic valve on the sheath hub 114 can minimize back bleeding around the GW 10, including those with diameters down to 0.021in, for example. Preferably, the sheath 100 is 90cm long (70cm usable length) or longer. Hubs for locking the dilator to the sheath may be incorporated.

Dilator 108

The transseptal dilator 108 can have an ultra-low-profile distal segment 110 with a reverse taper back, illustrated at 106, to a fixed external diameter 118 at the distal end of the dilator 108, compatible with the internal sheath diameter. The dilator 108 can be advanced in a forward motion until "tenting" of the FO membrane is demonstrated in a precise position specific to the position visualized by TEE or other real time imaging detectors specific to the procedure being performed.

In a preferred embodiment, the dilator 108 can interact with the actuator 112 adjacent to the sheath handle 104 by way of a frictional contact element 121 or use of interlocking gears for precise gentle control of the dilator movements. An actuator 112 that permits advancement or retraction of the dilator will preferably be

controlled with the ipsilateral thumb, preserving the ability to maneuver both the dilator 108 and sheath handle 104 with one hand. The dilator 108 can have variable flexibility along its length, with a more flexible distal segment 118 to prevent excessive straightening or movement of the catheter system as it is advanced over the GW looped segment 14.

The dilator distal segment 106 should be able to be advanced beyond the stationary distal sheath 100, preferably up to about 5cm, although it may be altered to extend beyond the sheath tip from about 3.0–8.0cm, inclusive, for example. This allows controlled advancement of the dilator 108 across the FO 202 and into the LA 208 over the distal GW 10. After the septal puncture and advancement of the dilator 108 into the LA 208, while maintaining the sheath 104 fixed in the RA 206, there should be ample space until the radiopaque markers 122, 123 overlap in the RA 206 side of the septum following which the composite system with transseptal dilator 108 and sheath 100, having flush external diameters, are now able to be advanced into the LA 208 as a single unit. The dilator distal segment 106 ends in a low profile tip 110 and can have a radiopaque marker 122 proximal to the dilator distal segment 106 matching the profile of the radiopaque marker 123 on the sheath tip 124 rendering a point of smooth transition between the two for simultaneous advancement across the FO 202 preventing "hang-up" of the sheath tip edge on the atrial septal crossing point.

Method of Use

Referring to FIGS. 7 and 8, an exemplary method of operation can be as follows on a human patient 201. As described below, this technique generally is guided by TEE or TTE supplemented with standard fluoroscopy. It should be understood that the procedure could also be guided by intra-cardiac echo, real-time MRI or image integration with pre-procedural volume rendered computer tomography images. This later imaging method uses standard fluoroscopic images to which the pre-acquired computer tomography images may be oriented and superimposed on for guidance. Reference is made to U.S. Patent 8,900,214 to Nance et al., which is incorporated herein for a general description of human anatomy, including the heart 200, and insertion of a transseptal sheath 100 into the atrial

14

WO 2020/223230                                      PCT/US2020/030264

region.

A 0.032in J-tipped GW is advanced from the right femoral vein 216 into the superior vena cava 218 using fluoroscopy. The deflectable sheath 100 and dilator 108 are advanced as a unit over the J-tipped GW 10 and positioned in the mid RA 206. The J-tipped GW 10 is removed and the dilator 108 is flushed. The distal tip 18 of the GW 10 is then advanced into the 0.032in compatible dilator 108 under fluoroscopy and the distal tip 18 of the GW 10 is positioned just proximal to the dilator distal segment 110.

The ergonometric handle 104 on the sheath 100 is oriented axially to permit the deflectable tip 124 to be ante-flexed toward the FO 202. One to 3cm of the dilator 108 is advanced distal to the fixed sheath 100 fluoroscopically and echocardiographically prior to maneuvering the sheath 100 toward the FO 202. To accomplish this anterior or posterior orientation, the sheath 100 is torqued anteriorly or posteriorly. The sheath 100 is advanced or withdrawn to gain a more superior or inferior position. Once again, the proximal sheath handle 104 is turned to flex the distal tip 124 to a superior, i.e., retrograde, or inferior, i.e., antegrade, trajectory. A TEE probe is most commonly used for optimal imaging of the FO 202 and adjacent dilator distal tip 110 using orthogonal views: bicaval view for superior-inferior orientation and short axis view at the aortic level to demonstrate anterior-posterior positioning. Using these TEE views, a precise position on the FO 202 for a procedure specific puncture can be obtained. The actuator 112 adjacent to the sheath handle 104 is used to slowly and iteratively advance the dilator tip 110 creating "tenting" within the FO 202 and the correct position confirmed by TEE. If the dilator distal tip 110 is incorrectly positioned, the dilator 108 can be withdrawn with the actuator 112 and redirected after manipulating the sheath 100.

With correct positioning confirmed using the tenting position, the GW 10 proximal end is advanced and the needle tip 18 punctures and crosses the FO 202 membrane. As the GW 10 is further advanced, the needle 12 flexes sharply at the hinge point 20 where it is attached to the loop segment 14 of the GW 10. As the GW 10 is still further advanced, its distal coils 14 are self-positioned in the LA 208 and the needle 12 is kept flexed central to the coils 24, 26. Catheters are always

aspirated and flushed with exchanges. The patient is therapeutically heparinized as soon as the GW loop segment 14 is advanced into the LA. Correct positioning of the GW 10 is confirmed by verifying its preformed shape. The coiled or looped segment 14 can take on several different embodiments as noted herein. The dilator 108 is advanced over the coiled wire maintaining the sheath 100 in a fixed position within the RA 206.

With the appropriate length of dilator 108 advanced under fluoroscopy, the radiopaque markers 122, 123 on the dilator 108 and sheath tip 124 come to overlap in the RA 206 confirming that the outer diameters of both catheters are equivalent and ready to be advanced into the LA 208 as a single unit. The sheath tip 124 now comes to rest across the FO 202 and in the LA 208. Again, all the dilator 108 and sheath 100 manipulations are carried out as a single-handed procedure. The dilator 108 is removed, keeping the GW wire loops 24, 26 and sheath 100 stationary in the LA 208.

The elongated proximal segment of the GW 10 is loaded with the primary device that is now advanced to the sheath tip 124 and the GW 10 is removed. The sheath 100 can then be more finely manipulated to deliver the device to the target and subsequently deployed. After deployment, the deflectable sheath 100 is drawn back into the RA 206 and subsequently removed from the patient. The heparin is reversed with protamine and the percutaneous vascular entry is closed.

This transseptal procedure is carried out with a forward-looking catheter system which is iteratively advanced onto a precise position of the FO 202 prior to being punctured. The nature of the catheter system is such that only one device shape will be required to access the LA 208. This is unlike current techniques where catheters are torqued into the FO 202 using a multitude of catheter sizes which may be initially too small and unable to reach the FO 202 or too long placing the patient at risk for slipping off the FO membrane and potentially perforating the RA free wall.

Guidewire, Needle, Dilator and Sheath

FIGS. 9A and 9B show an embodiment for the guidewire distal end 22, which can be the distal end of guidewire loop 14 of the transseptal guidewire 10 of the present subject matter, as described earlier in FIGS. 1–4. The transseptal guidewire 10

16

can be positioned within the dilator distal segment 106 of the dilator shaft 109 of the present subject matter. The dilator shaft 109 and dilator distal segment 106 have a dilator lumen 111 with a dilator lumen diameter 250 that allows ease of passage of the guidewire needle tip 18, guidewire loop segment 14, and transseptal needle 12 therethrough without significant frictional forces. As shown in FIGS. 9A and 9B, the needle body 252 with a needle body diameter 255, which is shown to be the same diameter as the guidewire diameter 258, can be smaller than the dilator lumen diameter 250 by about 0.002in, for example (range 0.001–0.004in, inclusive). The needle body diameter 255 is not significantly smaller than the dilator lumen diameter 250 such that the dilator inner curve wall 260 and dilator outer curve wall 265 can make contact with the needle body 252 and provide alignment of the needle body central axis 270 with the dilator central axis 275. The needle 12 can have a needle length of about 5mm (range 3–20mm, inclusive) to provide axial alignment of the needle body 252 that is coaxial with the dilator central axis 275.

The needle tip 18 can extend with a conical or tapered shape from the needle body 252 forming a sharp needle point 285 that is able to penetrate through tissues found in the FO 202 of the atrial septum 204, as shown in FIG. 14A, or can be used to penetrate other locations peripheral to the FO or penetrate through other vascular walls or an organ septum. To allow the needle-guidewire 10 to traverse in a distal direction within the dilator lumen 111 without making penetrating contact of the needle point 285 with the dilator outer curve wall 265, the needle tip 18 can be formed with a specified needle tip length 295 and needle tip angle 300. As shown in FIG. 9B, the dilator 108 can be bent into a curved shape with a dilator radius of curvature 305. A lower limit for the dilator radius of curvature 305 necessary to access the FO 202 from the inferior vena cava 215 (see FIG. 8) can be about 1cm (range 0.75–2cm, inclusive). The dilator lumen diameter 250 can be about 0.035in, for example (range 0.026–0.038in, inclusive); the needle body diameter 255 can be about 0.030in, for example (range 0.025–0.031in, inclusive). Using standard geometric considerations for a dilator 108 extending around a dilator radius of curvature 305 bend of 1cm, for example, it can be shown that a needle tip 18 having a needle tip length 295 of approximately 2mm and a needle tip angle of 26 degrees, for example (range 8–30 degrees, inclusive) will provide for travel of the needle tip 18

17

around the dilator radius of curvature 305 without allowing the needle point 285 to stick or penetrate into the dilator outer curve wall 265. Various needle tip 18 shapes (such as nonlinear surface curvature) and angles can be used to alter the needle tip length 295 and needle tip angle 300. A close tolerance between the needle body diameter 255 of about 0.002in, for example, smaller than the dilator lumen diameter 250 will provide for axial alignment of the needle body 252 and needle tip 18 such that buckling of the needle 12 at the hinge point 20 is not significant and the transseptal dilator 108 will direct the needle 12 in coaxial alignment with the dilator central axis 275.

FIGS. 10A–10D show embodiments for the hinge point 20 located between the guidewire distal end 22 and the needle body 252. The hinge point 20 or hinge 20 can be formed from an elastic material such as stainless steel, Nitinol, or other elastic metal, for example, which has a specified equilibrium shape such as a 90 degree bend, or preferably a more acute bend, for example. If the hinge point 20 is temporarily straightened out into a linear configuration due to a constraining force such as that provided by a dilator 108, for example, the hinge 20 will return to its bent shape upon removal of the constraining force. The hinge point 20 or hinge 20 can be formed as a contiguous portion of the guidewire distal end 22 that is joined to the needle body 252, the hinge 20 can be a contiguous portion of the needle body 252 that is joined to the guidewire distal end 22, or the hinge 20 can be a separate region that is joined to both the needle body 252 and joined to the guidewire distal end 22. The hinge 20 can be formed from Nitinol, for example, that is contiguous with a Nitinol needle; the needle 12 can be joined or attached to the guidewire distal end 22. The joining process can include various welding, brazing, or soldering methods or can use adhesives or mechanical joining methods. Alternately, thermal processing methods can be used to form the hinge point 20 into an equilibrium shape that has a specific abrupt angle such as an acute angle, for example.

The hinge point 20 can be formed from a hinge 20 that is cylindrical in cross-section and having a hinge diameter 310 that is equal to that of the guidewire diameter 258 or the needle body diameter 255, as shown in FIG. 10A. The hinge 20 can be formed from an elastic material such as Nitinol or Elgiloy, for example, such that it maintains a generally linear shape while contained within the dilator lumen 111 but

WO 2020/223230                                                    PCT/US2020/030264

bends upon delivery of the hinge 20 out of the dilator distal tip 110 or dilator distal end 110 forming an equilibrium shape having, for example, an acute needle-GW angle 315 or bend (range 45–140 degrees, inclusive) between the guidewire distal end 22 and the needle body 252, as shown in FIG. 10B.

In an alternate embodiment, the hinge point 20 can be formed with a circular hinge cross-section 320 with a hinge diameter 310 smaller than the guidewire diameter 258 or the needle body diameter 255, as shown in FIG. 10C. The smaller hinge diameter 310 allows the hinge 20 to bend via elastic deformation of Nitinol material, for example, as it travels within the dilator lumen 111 in a generally linear configuration. Upon release of the hinge 20 from the dilator distal tip 110, the needle body 252 forms a specified needle-GW angle 315 (range 45–140 degrees, inclusive) with the guidewire distal end 22.

In still another embodiment, the hinge point 20 can be formed with a rectangular hinge 322 with a hinge cross-section 320, as shown in FIGS. 10D and 10E. The hinge 20 can again be formed from an elastic material but has been machined or otherwise formed to a rectangular shape that can provide benefits over a circular shape. Since the needle body 252 is intended to bend in a specific direction defined by the plane of the guidewire loop segment 14 (as shown as loop segments 14 generally in the plane of the paper, for example), the hinge 20 can be formed such that the hinge bending axis 323 is coplanar with the loop segment 14. The hinge height 325 can be much smaller than the hinge width 330, thereby allowing for ease of bending the hinge 20 while maintaining the hinge 20 well below its elastic limit such that the bending remains completely elastic while confined within the dilator lumen 111. The hinge width 330 can be equal to the guidewire diameter 258 at the guidewire distal end 22 and can have a rounded edge that is similar in curvature to the curvature of the guidewire distal end 22; the hinge width 330 being larger than the hinge height 325 can provide optimal push of the guidewire 10 being transferred to the needle body 252 such that the needle tip 18 can be pushed across the FO 202, as shown in FIG. 14A. The hinge length 335 can be adjusted to ensure that the hinge 20 remains in an elastic state during its generally linear configuration within the dilator 108 such that upon release of the hinge 20 from the dilator distal tip 110, the hinge 20 will bend to an acute needle-guidewire angle 315, for example, (range 45–140 degrees) thereby

WO 2020/223230                                                    PCT/US2020/030264

bending the needle body 252 acutely relative to the guidewire distal end 22, as shown in FIG. 10E.

A longer hinge length 335 spreads the bending deformation over the longer length and hence the hinge point 20 retains greater elasticity for returning to an equilibrium bent shape after being delivered within the dilator 108 in a straightened shape. The hinge height 325, which can be smaller than the guidewire diameter 258, further maintains the hinge point 20 in an elastic condition during flexion of the hinge point 20. The hinge height 325 along with the hinge width 330 determine the amount of force provided to fold the needle to an acute angle with respect to the guidewire distal end 22 upon exiting the transseptal dilator 108. The hinge 20 can thereby be designed with a smaller hinge height 325, for example, relative to the guidewire diameter 258 to provide a smaller bending force to fold the needle body 252 than forming a hinge 20 from a cylindrical wire with the hinge 20 having the same diameter as the guidewire diameter 258.

In yet another embodiment, as shown in FIGS. 11A–11C, a tip sheath 340 is placed around the needle tip 18 to provide collinear alignment of the needle body central axis 270 with the dilator central axis 275. As shown in FIG. 11A, a tip sheath 340 is placed around the needle tip 18 and extends slightly distally to the needle point 285. The tip sheath 340 can fit via a frictional fit around the needle body 252 to allow the transseptal guidewire 10 and needle to traverse in a distal direction within the dilator lumen 111 without buckling and without the needle point 285 puncturing into the dilator luminal wall 342. The tip sheath 340 is formed such that it has a tip sheath outer diameter 345 that provides adequate clearance of .003in, for example (tip sheath diameter is 0.002–0.005in smaller than the dilator lumen diameter 250) from the dilator lumen diameter 250 to allow for ease of movement of the tip sheath 340 and needle body 252 together as they are advanced distally within the dilator lumen 111. Located at the dilator distal tip 110 can be a dilator stop 350 that prevents movement of the tip sheath 340 from inside the dilator lumen 111 to a region outside of the dilator 108. The dilator stop diameter 355 can be 0.004in, for example (range 0.002–0.008in, inclusive) less than the tip sheath outer diameter 345 to prevent the tip sheath 340 from exiting the dilator lumen 111 across the dilator stop 350. As the needle body 252 and tip sheath 340 are advanced through the dilator lumen 111 in a distal

direction, the tip sheath 340 will make contact with the dilator stop 350 and will remain in contact with the dilator stop 350 while the needle body 252 which can be 0.002in smaller, for example (range 0.001–0.005in, inclusive, smaller) than the dilator stop diameter 355 is able to pass freely through the dilator stop 350. The tip sheath 340 can provide the needle tip 18 with a protective covering that prevents the needle tip 18 from puncturing into the dilator luminal wall 342 and can also provide the needle body central axis 270 with collinear alignment with the dilator central axis 275.

The tip sheath 340 can be formed from a lubricious plastic material such as Teflon, for example, such that it can slide well relative to the dilator luminal wall 342 during traversal through the dilator 108. Also, the Teflon surface allows the needle body 252 and transseptal guidewire 10 to pass through the inner surface of the tip sheath 340 after the tip sheath 340 has made contact with the dilator stop 350. The tip sheath inner diameter 360 can be 0.002in smaller than the guidewire diameter 258, for example, to provide unrestricted movement of the guidewire 10 through the dilator stop 350.

In yet another embodiment, the tip sheath 340 as described in FIG. 11A can be a releasable tip sheath 365 formed such that it provides a release from the needle body 252 after the releasable tip sheath 365 has made contact with the dilator stop 350, as shown in FIGS. 11B and 11C. The releasable tip sheath 365 can be formed such that it has a tip sheath equilibrium inner diameter 370 that is about 0.002in smaller, for example (range 0.001–0.010in smaller) than the needle body diameter 255. The smaller tip sheath equilibrium inner diameter 370 can provide a releasable holding attachment of the releasable tip sheath 365 to the needle body 252 during distal traversal of the needle body 252 through the dilator lumen 111. The releasable tip sheath 365 can be formed, for example, with a braided tubular structure or with an elastomeric polymeric tubular structure that tends to enlarge in diameter as it is forced into a shorter tip sheath length 375. Upon contact of the releasable tip sheath 365 with the dilator stop 350, as shown in FIG. 11C, the releasable tip sheath 365 is forced into compression upon contact with the dilator stop 350 and tends to enlarge in diameter to a releasable tip sheath expanded diameter 380 that has a larger releasable tip sheath expanded diameter than the needle body diameter 255; the expansion of the releasable

21

tip sheath 365 thereby allows the needle body 252 and guidewire 10 to pass freely through the releasable tip sheath lumen 385 and out of the dilator tip.

The transseptal guidewire 10 (needle-guidewire or guidewire), dilator 108, and deflectable sheath 100 of the present subject matter can comprise a structure and configuration as shown in FIGS. 12, 13, and 14A–14F; the present subject matter can be used to cross the FO from the RA into the left atrial chamber, for example, to perform a diagnostic or therapeutic procedure. It is understood that the present subject matter can also be used for crossing the wall of a vascular conduit, crossing another septum of the heart, or crossing a wall/septum of another organ of the body. The guidewire proximal segment 16, guidewire loop segment 14 and guidewire distal end 22 are shown in FIG. 12 and have been described earlier in FIGS. 1–4 and 7–8. The subject matter is intended to provide safe and efficient passage of the needle-guidewire 10 of the present subject matter across a FO wall 390 without allowing the abrupt bending of the transseptal needle from inadvertently impinging or penetrating into the atrial septum 204 and preventing proper formation of the guidewire loop segment 14 in the LA. As shown in FIGS. 12, 13, and 14A–14F, the transseptal guidewire 10 can have a hinge point 20 that allows the needle body 252 to bend abruptly and form a needle-guidewire angle 315, such as an acute angle, for example, (range 45-140 degrees, inclusive) with the guidewire distal end 22. As the needle body 252 extends out of the dilator 108 and into the LA 208 (see FIGS. 14A–14F), it is important that the needle tip 18 does not impinge or penetrate into the atrial septum 204 thereby preventing the loop segment 14 from being delivered properly into the LA 208 as described earlier. To help identify the location of the needle tip 18 when delivering the needle tip 18 across the atrial septum 204, a distal guidewire radiopaque marker 395 can be located on the needle body 252 at a location adjacent to the needle tip 18. A guidewire hinge radiopaque marker 398 may be located on the guidewire distal end 22 adjacent to the hinge 20 to provide fluoroscopic visualization of the needle body position relative to the dilator distal tip as identified via fluoroscopic visualization of the dilator distal radiopaque marker 505. It is noted that external markers can alternately or additionally be placed onto the guidewire proximal segment 16 and dilator shaft 109 at a location outside of the patient's body; such external markers can be used to determine axial positioning of the guidewire needle

WO 2020/223230

PCT/US2020/030264

tip 18 relative to the dilator distal end 110 during tenting of the FO and during advancement of the needle-guidewire 10 and dilator 108 across the FO.

The transseptal guidewire 10, as shown in FIG. 12, can be formed from a metal such as stainless steel, Nitinol, or other materials commonly used to form standard guidewires used in the medical device industry. The needle length 280 can be about 5mm, for example (range 3–15mm, inclusive), and is intended to have adequate needle length 280 to cross through the 2–3mm thick wall 390 of the FO 202 and still have at least 1–2mm of axial length of the transseptal needle extending within the dilator nose 400 (see FIGS. 13 and 14A) to hold the needle in axial alignment with the dilator nose 400 without bending at the hinge point 20 as will be further described in FIG. 14B and later in this specification. A shorter needle length 280 (still within the needle length range) could require multiple short advancements (e.g., 2-3 advancements of 1–3mm axial movements) of the needle to cross the FO wall 390 followed by multiple similar advancements of the dilator nose 400 which provided the axial alignment support for the needle. A longer needle length 280 (still within the needle length range) would require a longer dilator nose length 415 (see FIGS. 13 and 14A–14D) to ensure that the needle did not penetrate into the atrial septum 204 following exiting of needle from the dilator distal end 110 and bending of the needle-guidewire 10 at the hinge point 20; such a longer needle length 280 may also result in impingement of the needle tip 18 into the LA lateral wall 405 (see FIG. 14C) during deployment of the needle tip 18 from the dilator distal tip 110 or dilator distal end 110. The needle length 280 and dilator nose length 415 used in the present subject matter are intended to deliver the needle 12 into the central region of the LA prior to delivery of the full needle-guidewire 10 into the LA.

The dilator distal region 245 of an embodiment of the present subject matter, as shown in FIGS. 13 and 14A, can have a dilator distal segment 106 that comprises a dilator beveled segment 410 and a dilator nose 400. The outer cylindrical surface of the dilator nose 400 contacts the outer surface of the beveled segment 410 at a dilator inflection point 412. The dilator nose 400 extends from the beveled segment 410 to the dilator distal tip 110 and has a thin-walled cylindrical shape that is easily extended through the FO wall 390 without significantly dilating the FO 202 FO due to the low profile thin-walled dilator nose 400. The dilator nose 400 is thereby able to direct the

23

WO 2020/223230    PCT/US2020/030264

needle of the transseptal guidewire 10 through the FO and into the chamber of the LA 208 without allowing the needle to bend abruptly and potentially impinge or penetrate into the atrial septum 204. The dilator nose length 415 can be 9mm, for example, (range 5–18mm); a shorter dilator nose length 415 may not direct the needle across the FO wall 390 into the LA 208 thereby allowing hinge point 20 of the needle to bend to an acute angle and potentially impinge or penetrate into the atrial septum 204. A longer dilator nose length 415 may not provide the support to direct the needle perpendicular to the plane of the FO; additionally such a longer nose length 415 may extend further into the LA 208 than desired thereby potentially directing the needle tip 18 to be delivered into the LA 208 and impinging upon the lateral wall 405 of the LA 208 (see FIG. 4C).

The dilator nose 400 can be formed from a thin-walled hypo tube made of stainless steel, Nitinol, or other metal or it can be formed from a polymeric material such as polyimide, polyethylene terephthalate, or other polymer that is high in tensile strength and can be formed into a thin-walled (e.g., wall thickness of 0.003in, range 0.0015–0.005in, inclusive) tube with a dilator lumen diameter 250 able to provide passage with close tolerance (e.g., 0.002–0.004in, inclusive, clearance) for a 0.035in (range 0.025–0.038in, inclusive) transseptal guidewire 10 or standard guidewire. Thus the dilator nose 400 has an outer diameter that is similar to the guidewire fixed diameter 258 to provide the dilator nose 400 with easy transitional access across the FO 202. The dilator nose 400 can extend within and can be permanently attached to the dilator beveled segment 410 via adhesives, insert molding into the polymeric material of the dilator 108, thermal bonding, solvent bonding, or other bonding methods. The dilator beveled segment 410 provides support and a stable foundation to a nose support region 420 of the thin-walled tube that forms the dilator nose 400, as shown in FIG. 13. The dilator beveled segment 410 extends proximally from the dilator nose 400 in a tapered manner from a small diameter equal to the diameter of the dilator nose 400 to a dilator shoulder 425 having a larger diameter equal to the dilator fixed diameter 118 that is able to pass with minimal friction within and with full side support from the deflectable sheath 100 (sheath diameter is about 8.5 Fr, range 6 Fr to over 20 Fr, for example) as described earlier. The dilator beveled segment 410 can be formed of the same material as and contiguously with the dilator

nose 400 by forming these portions of the dilator with a material that is suitable to the functional aspects of the lubricious dilator bevel segment 410 and the thin-walled high compressive strength dilator nose 400 that can be advanced over a guidewire without collapse.

The dilator 108 can have a cylindrically shaped dilator alignment zone 430 having the dilator fixed diameter 118 extending proximally from the dilator shoulder 425 for an axial distance of 5mm (range 3mm to the full dilator shaft 109 proximal to the dilator shoulder). The dilator alignment zone 430 provides for axial alignment of the dilator central axis 275 with the sheath central axis 435 in the sheath straight region 440, as shown in FIG. 14A. The purpose of the dilator axial alignment zone 430 is to provide controlled directionality to the dilator axial alignment zone 430 and the dilator nose 400 such that the dilator alignment zone 430 and the dilator nose 400 are directed via the deflectable sheath 100 to be perpendicular to the FO during tenting 525 and prior to penetrating the FO 202 with the needle-guidewire 10. The axial alignment zone 430 enhances the ability of the needle to retain the desired target site within the FO 202 without sliding along the surface of the FO resulting in an angled septal puncture.

The transseptal dilator 108 of the present subject matter can have a dilator waist 445 located proximal to the dilator alignment zone 430 and extending for about 20mm (range 5–50mm, inclusive) to extend throughout the axial length of the sheath bend region 530 (see FIG. 14A). The dilator waist 445 provides a region of the dilator shaft 109 that is more flexible than the remainder of the dilator shaft 109 proximal to the dilator shoulder 425 but still with adequate pushability or dilator shaft 109 compression characteristics. The dilator waist 445 can have a dilator waist diameter 500, for example, which is 50 percent (range 30–95 percent, inclusive) of the diameter of the dilator fixed diameter 118. The waist 445 can also be formed from a polymer that has a lower durometer polymer, for example, than the remainder of the dilator shaft 109 such that the dilator waist diameter 500 can be uniform and equal to the dilator fixed diameter 118 but has a greater flexibility and retains adequate pushability.

A radiopaque marker such as a dilator distal radiopaque marker 505 is placed near the dilator distal tip 110. The distal dilator radiopaque RO marker 505 allows the

physician to visualize the location of the dilator distal tip 110 relative to the distal guidewire RO marker 395 to ensure that the needle tip 18 is not protruding from the dilator distal tip 110 as the dilator distal tip 110 is being positioned against the FO to form a tenting 525 of the FO as described earlier.

A dilator shoulder radiopaque marker 122 is located on the dilator shoulder 425 adjacent to the dilator beveled segment 410. The dilator shoulder radiopaque marker 122 can be aligned or overlapped (under fluoroscopy) with the distal sheath radiopaque marker 123 such that they overlap one another in an axial direction for the sheath 100 and dilator 108. Such alignment is used by the physician during delivery of the dilator 108 and sheath 100 over a standard guidewire through the vasculature of the body and into the RA. This alignment is also used by the physician to ensure a smooth transition of the sheath 100 and dilator 108 together with a flush diameter fit over the transseptal guidewire 10 of the present subject matter as the sheath 100 and dilator 108 are advanced together across the FO wall 390.

A dilator proximal port 515 located on the dilator manifold 520 can be used to provide access for a standard guidewire and also to provide passage for the transseptal guidewire 10 of the present subject matter. It is further noted that the presence of the dilator nose 400 on the distal dilator segment 106 provides an additional benefit for the present transseptal dilator 108 subject matter for the use of the dilator proximal port 515. With the dilator nose 400 positioned across the FO, the transseptal guidewire 10 can be removed from the dilator 108 and the dilator lumen 111 can be used to provide pressure measurement within the LA 208. The dilator proximal port 515 can be attached via appropriate pressure transduction tubing to a pressure transducer located outside of the patient's body in order to acquire a pressure reading in the LA 208 either prior to or following a therapeutic procedure. The transseptal guidewire 10 of the present subject matter can be effectively reintroduced back into the dilator lumen 111 of the present subject matter as needed to complete or resume the therapeutic procedure without need for a guidewire exchange; retracting the needle-guidewire 10 into the introducer would permit easy reintroduction of the needle-guidewire 10.

The transseptal guidewire 10 and dilator 108 of the present subject matter are shown in FIG. 14A contained within the sheath distal segment 107 of the deflectable

26

WO 2020/223230    PCT/US2020/030264

sheath 100 that is located within the RA 206 and in position to provide tenting 525 by the dilator nose 400 onto the FO 202. As described earlier, the dilator 108 and deflectable sheath 100 had been delivered to the site of the RA 206 over a standard guidewire, and the standard guidewire had been replaced by the transseptal guidewire 10 of the present subject matter. The delectable sheath 100 is initially steered adjacent to the FO using ultrasound or other imaging modalities. FIGS. 14A–14F describe an embodiment for the sequential methods of use for placing the transseptal guidewire 10 across the FO and into the LA.

As shown in FIG. 14A, adjacent to the sheath proximal end 102, the sheath handle 104 has been activated to form a bend in the sheath bend region 530 to align the sheath straight region 440 perpendicular to the plane of the FO 202. The actuator 212 located on the sheath handle 104 can be used to advance the dilator distally or withdraw the dilator proximally in a controlled manner relative to the deflectable sheath 100. The sheath distal end 124 is positioned via ultrasound observation of the distal sheath radiopaque marker 123 such that the sheath distal end 124 is about 5mm from the FO 202. The needle tip 18 has been withdrawn into the dilator nose 400 during tenting 525 as observed via fluoroscopy that shows the distal GW radiopaque marker 395 being overlapped (or slightly proximal in an axial direction) with the dilator distal radiopaque marker 505 to ensure that the needle tip 18 does not protrude out of the dilator distal end or dilator distal tip 110. The dilator alignment region is in full sliding and supportive contact with the sheath straight region 440 such that the dilator central axis 275 in the region of the dilator nose 400 is coaxial with the sheath central axis 435 in the region of the sheath straight region 440.

The dilator alignment region is held firmly by the sheath straight region 440 such that the deflectable sheath 100 can direct the dilator nose 400 perpendicular to the FO, as shown in FIG. 14A. The dilator waist 445 is located within the sheath bent region such that the enhanced flexibility of the dilator waist 445 does not tend to straighten the sheath bend region 530 during advancement of the dilator 108 within the sheath 100. The flexible dilator waist 445 reduces the tendency for the dilator 108 to form a straight axial configuration throughout its axial length, but rather is able to be easily held in a curved configuration that matches the bend of the sheath bend region 530 and provides perpendicular alignment of the dilator alignment zone 430

and dilator nose 400 perpendicular to the plane of the plane of the FO 202.

Once confirmed that tenting 525 has occurred in the proper location in the FO 202, the needle can be advanced across the FO wall 390, as shown in FIG. 14B. A portion of the needle distal to the hinge point 20 is contained within the dilator nose 400 to provide axial alignment of the needle body central axis 270 with the dilator central axis 275 in the region of the nose 400 such that the needle body 252 is directed perpendicular to the plane of the FO 202 preventing an angulated puncture of the needle and thus providing resistance to needle advancement across the FO 202. The guidewire hinge radiopaque marker 398 can be observed under fluoroscopy to be positioned proximal to the dilator distal radiopaque marker 505.

With the needle tip 18 advanced across the FO wall 390 (see FIG. 14C) the dilator 108 can be advanced over the transseptal guidewire 10 while maintaining the transseptal guidewire 10 in a fixed position. The dilator distal tip 110 extends distal to the needle tip 18 as evidenced under ultrasound and fluoroscopy by the locations of the dilator distal radiopaque RO marker being distal to the distal guidewire RO marker 395 and extending past the FO wall 390 by a nose penetration distance 535 equal to or greater than the needle length 280. For a FO wall thickness 540 of 3mm, a 9mm dilator nose 400, for example, can be advanced over the transseptal guidewire 10 until the dilator inflection point 412 comes into initial contact with the FO thereby providing a nose penetration or protrusion distance 535 of 6mm into the LA, for example, to ensure that the needle of 5mm needle length, for example, cannot inadvertently bend at the hinge point 20 and impinge or penetrate into the atrial septum 204.

As shown in FIG. 14D the needle-guidewire 10 is advanced through the dilator nose 400 placing the needle into the central region of the chamber of the LA 208 and allowing full deployment of the needle, and allowing the hinge to bend forming an acute needle-guidewire angle 315 with the guidewire distal end 22, preferably between 50–80 degrees, but having a range of 45–140 degrees. The nose protrusion distance 535 into the LA 208 being equal or larger than the needle length prevents the needle from impinging upon or penetrating into the atrial septum 204. The guidewire hinge radiopaque marker 398 has been advanced to a position distal to the dilator distal radiopaque marker 505 as evidenced under fluoroscopy and indicates

28

WO 2020/223230

PCT/US2020/030264

that the needle 12 extends distal to the dilator distal tip 110.

The transseptal guidewire 10 can be further advanced distally within the dilator lumen 111 such that a loop segment 14 is formed in the LA 208, as shown in FIG. 14E. The loop segment 14 can be comprised of multiple loops of different sizes and configurations as described earlier and have an external-most diameter of about 30mm, range 25–40mm. The loop segment 14 can make contact with the LA 208 lateral wall 405 and with the atrial septum 204 contributing to guidewire positional stability. The presence of guidewire loop segment 14 within the LA provides the positional stability to advance the dilator beveled segment 410 and deflectable sheath 100 over the needle-guidewire 10 and across the FO 202.

The sheath distal end 124 is aligned with the dilator shoulder 425 as evidenced by overlapping of the distal sheath RO marker 123 with the dilator shoulder RO marker 122, as shown in FIG. 14F. The dilator 108 and deflectable sheath 100 are then advanced together across the FO as shown in FIG. 14F placing a sheath protrusion distance 545 of at about 3mm into the LA, for example.

The deflectable sheath 100 can then be used, following removal of the dilator 108 from the sheath 100, for delivery of diagnostic or therapeutic devices across the FO 202 and over the transseptal guidewire 10. Alternately, the deflectable sheath 100 and dilator 108 can both be removed leaving the transseptal guidewire 10 across the FO for delivery of a diagnostic or therapeutic device across the FO.

As shown in FIG. 15 the FO wall thickness 540 can, upon occasion, be greater than 2–3mm for some patients, reaching 5mm or greater FO wall thickness 540 and thereby alter the step shown in FIG. 14D of the methods of use for advancing the transseptal guidewire 10 across the FO. Under the situation of excessively thickened FO wall 390, the physician may desire to advance the dilator inflection point 412 into a portion of the FO wall 390 thereby increasing the amount of dilator nose protrusion distance 535 extending into the LA. The increase in dilator nose protrusion length allows a needle having a needle length that is equal to or less than the nose protrusion length to be safely advanced into the LA 208 without concern that the needle tip 18 could inadvertently impinge or penetrate into the atrial septum 204. Multiple advancement steps of a few millimeters can be performed by advancing the transseptal guidewire 10 followed by advancing the dilator 108 until the FO wall 390

has been successfully traversed and the guidewire loop segment 14 has been successfully delivered into the LA. The remaining steps of the method of use are the same as described previously.

Closing Notes and Examples:

The above Detailed Description includes references to the accompanying drawings, which form a part of the Detailed Description. The Detailed Description should be read with reference to the drawings. The drawings show, by way of illustration, specific embodiments in which the present subject matter can be practiced. These embodiments are also referred to herein as "examples."

The Detailed Description is intended to be illustrative and not restrictive. For example, the above-described examples (or one or more features or components thereof) can be used in combination with each other. Other embodiments can be used, such as by one of ordinary skill in the art upon reviewing the Detailed Description. The scope of use of the examples can be expanded for other uses, e.g., non-transseptal procedures, both vascular and nonvascular cavity organ structures. Also, various features or components have been grouped together to streamline the disclosure. This should not be interpreted as intending that an unclaimed disclosed feature is essential to any claim. Rather, inventive subject matter can lie in less than all features of a particular disclosed embodiment. Thus, the following claim examples are hereby incorporated into the Detailed Description, with each example standing on its own as a separate embodiment:

In Example 1, a method of treating a patient can include advancing a dilator located in a lumen of a sheath distally relative to the sheath, including applying a tenting force to a septal wall associated with the fossa ovalis of a heart using a dilator nose located at a distal end portion of the dilator; advancing a tip of a needle attached to a guidewire and located in a lumen of the dilator distally relative to the dilator, including puncturing across the septal wall associated with the fossa ovalis; advancing the dilator distally over the guidewire while maintaining the guidewire and the sheath in a fixed position, including extending a distal end of the dilator nose beyond the septal wall associated with the fossa ovalis by a distance equal to or greater than a length of the needle; and advancing the guidewire distally through the dilator nose,

WO 2020/223230                                                          PCT/US2020/030264

including allowing deployment of the needle in a central region of the left atrium of the heart.

In Example 2, the method of Example 1 can optionally be configured such that advancing the dilator distally relative to the sheath includes manipulating an actuator located on or positioned adjacent to a handle of the sheath.

In Example 3, the method of any one of Examples 1 or 2 can optionally be configured such that, when advancing the dilator distally relative to the sheath, the tip of the needle is positioned within the dilator nose.

In Example 4, the method of any one or any combination of Examples 1-3 can optionally be configured such that, when advancing the tip of the needle distally relative to the dilator, a position of a hinge connecting a distal end of the guidewire and a proximal end of the needle is maintained proximal to the distal end of the dilator nose.

In Example 5, the method of Example 4 can optionally be configured such that allowing deployment of the needle in the central region of the left atrium includes allowing the hinge to bend and form an acute angle between the distal end of the guidewire and the proximal end of the needle.

In Example 6, the method of any one of Examples 4 or 5 can optionally be configured such that allowing deployment of the needle in the central region of the left atrium includes visualizing a position of the hinge relative to the distal end of the dilator nose, and confirming that the hinge is positioned distal to the distal end of the dilator nose.

In Example 7, the method of any one or any combination of Examples 1-6 can optionally further comprise maintaining coaxial alignment between the dilator and the sheath through engagement of a dilator alignment region, located proximal of the dilator nose, with a lumen wall of the sheath.

In Example 8, the method of any one or any combination of Examples 1-7 can optionally be configured such that extending the distal end of the dilator nose beyond the septal wall associated with the fossa ovalis by the distance equal to or greater than the length of the needle includes preventing the needle from impinging upon the left size of the atrial septum of the heart.

In Example 9, the method of any one or any combination of Examples 1-8 can

optionally be configured such that advancing the guidewire distally through the dilator nose includes allowing a guidewire loop segment to form in the left atrium.

In Example 10, the method of Example 9 can optionally be configured such that allowing the guidewire loop segment to form in the left atrium includes engaging a portion of the guidewire loop segment with a left atrium lateral wall or the left side of the atrial septum.

In Example 11, the method of any one of Examples 9 or 10 can optionally further comprise advancing the dilator and the sheath distally over the guidewire and across the septal wall associated with the fossa ovalis, including extending a dilator bevel segment, located proximal to the dilator nose, into the left atrium followed by a dilator shoulder, located proximal to the dilator bevel segment, and a sheath distal end.

In Example 12, the method of Example 11 can optionally further comprise removing one or both of the dilator and the sheath from the patient and delivering a diagnostic or therapeutic device over the guidewire and across the septal wall associated with the fossa ovalis.

In Example 13, the method of any one or any combination of Examples 1-12 can optionally further comprise, prior to advancing the guidewire distally through the dilator nose, withdrawing the guidewire proximally and using the lumen of the dilator to measure pressure within the left atrium.

In Example 14, an anatomical wall crossing system can comprise a dilator extending from a proximal end portion to a distal end portion and including a lumen therethrough. The distal end portion can include a dilator nose and a dilator beveled segment. The dilator nose can have a first outer diameter and a length of about 5–18mm, inclusive. The dilator beveled segment can extend proximally of the dilator nose and can taper from a second outer diameter, greater than the first outer diameter, to the first outer diameter.

In Example 15, the wall crossing system of Example 14 can optionally be configured such that the dilator nose includes a cylindrical cross-sectional shape having a wall thickness of about 0.0015–0.005in, inclusive.

In Example 16, the wall crossing system of Example 15 can optionally be configured such that the dilator nose is formed from a thin-walled hypotube.

In Example 17, the wall crossing system of any one or any combination of Examples 14-16 can optionally be configured such that the dilator further includes a dilator alignment zone extending proximal of the dilator beveled segment and having a substantially uniform outer diameter.

In Example 18, the wall crossing system of Example 17 can optionally be configured such that the dilator further includes a dilator waist extending proximal of the dilator alignment zone and having a greater longitudinal flexibility than the dilator alignment zone.

In Example 19, the wall crossing system of Example 18 can optionally be configured such that the dilator waist has a length of about 5–50mm, inclusive.

In Example 20, the wall crossing system of any one of Examples 18 or 19 can optionally be configured such that the dilator waist has an outer diameter that is 30–90%, inclusive, of an outer diameter of the dilator alignment zone.

In Example 21, the wall crossing system of any one or any combination of Examples 18-20 can optionally be configured such that the dilator waist is formed from a lower durometer polymer than a polymer of the dilator alignment zone.

In Example 22, the wall crossing system of any one or any combination of Examples 14-21 can optionally further comprise a guidewire deliverable within the lumen of the dilator and extending from a proximal end to a distal end, the distal end attached to a puncture needle having a needle body and a needle tip.

In Example 23, the wall crossing system of Example 22 can optionally be configured such that an intermediate portion of the guidewire includes at least one looped segment.

In Example 24, the wall crossing system of any one of Examples 22 or 23 can optionally be configured such that the puncture needle has a length of 3–20mm, inclusive.

In Example 25, the wall crossing system of any one or any combination of Examples 22-24 can optionally be configured such that the needle body has a needle body diameter of 0.001–0.004in, inclusive, less than the lumen of the dilator to facilitate coaxial alignment of a needle body axis and a dilator axis.

In Example 26, the wall crossing system of any one or any combination of Examples 22-25 can optionally be configured such that the distal end of the guidewire

33

is attached to a proximal end of the puncture needle at a hinge.

In Example 27, the wall crossing system of Example 26 can optionally be configured such that the hinge includes a shape memory material and, when unconstrained, forms an angle between the distal end of the guidewire and the proximal end of the puncture needle of 45–140 degrees, inclusive.

In Example 28, the wall crossing system of any one of Examples 26 or 27 can optionally be configured such that the hinge includes a cylindrical cross-sectional shape having a diameter less than a diameter of the guidewire and of the needle body.

In Example 29, the wall crossing system of any one of Examples 26 or 27 can optionally be configured such that the hinge includes a rectangular cross-sectional shape and is configured to bend in a direction defined by a plane of the at least one loop segment.

In Example 30, the wall crossing system of any one or any combination of Examples 22-29 can optionally further comprise a tip sheath placed around the puncture needle to facilitate coaxial alignment of a needle body axis and a dilator axis.

In Example 31, the wall crossing system of Example 30 can optionally be configured such that the dilator includes a dilator stop configured to inhibit distal movement of the tip sheath from a position within the lumen of the dilator to a position external to the lumen of the dilator.

In Example 32, the wall crossing system of Example 31 can optionally be configured such that the tip sheath is configured to expand in diameter as it is placed under compression, thereby allowing its release from the puncture needle upon contact with the dilator stop.

In Example 33, the wall crossing system of any one or any combination of Examples 14-32 can optionally further comprise a deflectable sheath.

In Example 34, the wall crossing system of Example 33 can optionally be configured such that the proximal end portion of the dilator is configured to engage with an actuator incorporated into a handle of the deflectable sheath. The actuator can be configured to control distal and proximal advancement of the dilator relative to the deflectable sheath.

Certain terms are used throughout this patent document to refer to particular

features or components. As one skilled in the art appreciates, or will appreciate, different people may refer to the same feature or component by different names. This patent document does not intend to distinguish between components or features that differ in name but not in function.

For the following defined terms, certain definitions shall be applied unless a different definition is given elsewhere in this patent document. The terms "a," "an," and "the" are used to include one or more than one, independent of any other instances or usages of "at least one" or "one or more." The term "or" is used to refer to a nonexclusive or, such that "A or B" includes "A but not B," "B but not A," and "A and B." All numeric values are assumed to be modified by the term "about," whether or not explicitly indicated. The term "about" generally refers to a range of numbers that one of skill in the art would consider equivalent to the recited value (e.g., having the same function or result). In many instances, the term "about" can include numbers that are rounded to the nearest significant figure. The recitation of numerical ranges by endpoints includes all numbers and sub-ranges within and bounding that range (e.g., 1 to 4 includes 1, 1.5, 1.75, 2, 2.3, 2.6, 2.9, etc. and 1 to 1.5, 1 to 2, 1 to 3, 2 to 3.5, 2 to 4, 3 to 4, etc.). The terms "patient" and "subject" are intended to include mammals, such as for human or veterinary applications. The terms "distal" and "proximal" are used to refer to a position or direction relative to the treating clinician. "Distal" and "distally" refer to a position that is distant from, or in a direction away from, the treating clinician. "Proximal" and "proximally" refer to a position that is near, or in a direction toward, the treating clinician.

The scope of the present subject matter should be determined with reference to the appended claims, along with the full scope of equivalents to which such claims are entitled. In the appended claims, the terms "including" and "in which" are used as the plain-English equivalents of the respective terms "comprising" and "wherein." Also, in the following claims, the terms "including" and "comprising" are open-ended; that is, a system, device or method that includes features or components in addition to those listed after such a term in a claim are still deemed to fall within the scope of that claim. Moreover, in the following claims, the terms "first," "second" and "third," etc. are used merely as labels, and are not intended to impose numerical requirements on their objects.

35

The Abstract is provided to allow the reader to quickly ascertain the nature of the technical disclosure. It is submitted with the understanding that it will not be used to interpret or limit the scope or meaning of the claims.

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property
Organization
International Bureau

(43) International Publication Date
05 November 2020 (05.11.2020)


WIPO | PCT



(10) International Publication Number
## WO 2020/223230 A1

(51) International Patent Classification:
A61M 25/09 (2006.01)    A61M 25/01 (2006.01)
A61B 17/00 (2006.01)    A61M 29/00 (2006.01)
A61B 17/34 (2006.01)

(21) International Application Number:
PCT/US2020/030264

(22) International Filing Date:
28 April 2020 (28.04.2020)

(25) Filing Language:    English

(26) Publication Language:    English

(30) Priority Data:
62/840,062    29 April 2019 (29.04.2019)    US

(72) Inventors; and
(71) Applicants: PEDERSEN, Wesley Robert [US/US]; 4814 Russell Avenue South, MINNEAPOLIS, Minnesota 55410 (US). SORAJJA, Paul [US/US]; 2700 West Lake of the Isles Parkway, Minneapolis, Minnesota 55416 (US).

DRASLER, William Joseph [US/US]; 4100 Dynasty Drive, Minnetonka, Minnesota 55345 (US).

(74) Agent: SMOCK, Gregory W.; TELEFLEX INCORPORATED, Intellectual Property Department, 6464 Sycamore Court North, MINNEAPOLIS, Minnesota 55369 (US).

(81) Designated States (unless otherwise indicated, for every kind of national protection available): AE, AG, AL, AM, AO, AT, AU, AZ, BA, BB, BG, BH, BN, BR, BW, BY, BZ, CA, CH, CL, CN, CO, CR, CU, CZ, DE, DJ, DK, DM, DO, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, GT, HN, HR, HU, ID, IL, IN, IR, IS, JO, JP, KE, KG, KH, KN, KP, KR, KW, KZ, LA, LC, LK, LR, LS, LU, LY, MA, MD, ME, MG, MK, MN, MW, MX, MY, MZ, NA, NG, NI, NO, NZ, OM, PA, PE, PG, PH, PL, PT, QA, RO, RS, RU, RW, SA, SC, SD, SE, SG, SK, SL, ST, SV, SY, TH, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, WS, ZA, ZM, ZW.

(84) Designated States (unless otherwise indicated, for every kind of regional protection available): ARIPO (BW, GH, GM, KE, LR, LS, MW, MZ, NA, RW, SD, SL, ST, SZ, TZ, UG, ZM, ZW), Eurasian (AM, AZ, BY, KG, KZ, RU, TJ,

(54) Title: TRANSSEPTAL SYSTEMS, DEVICES AND METHODS



FIG. 15

(57) Abstract: Anatomical wall crossing systems, devices and related methods are disclosed in this patent document. A transseptal system, for example, can include a guidewire, a dilator, and a deflectable sheath configured to safely deliver a puncture needle through a septal wall associated with the fossa ovalis and into a central region of the left atrium of a heart. The dilator can include a dilator nose having a first outer diameter and a dilator beveled segment, extending proximal of the dilator nose, tapering from a second, greater outer diameter to the first outer diameter. The length and interplay of the puncture needle and the dilator nose can be configured such that the puncture needle is inhibited from bending and impinging upon the left side of the atrial septum of the heart during use. A body of the guidewire can include at least one loop segment to provide stable support in the left atrium for delivery of a diagnostic or therapeutic device along its more proximal portions. The deflectable sheath can position and align the dilator nose relative to the fossa ovalis.

[Continued on next page]

**WO 2020/223230 A1**

TM), European (AL, AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LT, LU, LV, MC, MK, MT, NL, NO, PL, PT, RO, RS, SE, SI, SK, SM, TR), OAPI (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, KM, ML, MR, NE, SN, TD, TG).

**Published:**
— *with international search report (Art. 21(3))*
— *before the expiration of the time limit for amending the claims and to be republished in the event of receipt of amendments (Rule 48.2(h))*

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/606,592 | 10/26/2021 | Wesley Robert Pedersen | 051666/11803 | 2153 |

188636     7590     03/22/2024
Nelson Mullins Riley & Scarborough LLP / BSCI
IP Department
301 S. College Center, Suite 2300
301 S. College Street
Charlotte, NC 28202

| EXAMINER |
|---|
| WOO, JULIAN W |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3771 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 03/22/2024 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

ip@nelsonmullins.com
ipdocket@baylismedical.com

PTOL-90A (Rev. 04/07)

| Office Action Summary | Application No. 17/606,592 | Applicant(s) Pedersen et al. | |
|---|---|---|---|
| | Examiner Julian W Woo | Art Unit 3771 | AIA (FITF) Status Yes |

-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☑ Responsive to communication(s) filed on <u>11/24/23</u>.
    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.
2a)☐ This action is **FINAL**.        2b) ☑ This action is non-final.
3)☑ An election was made by the applicant in response to a restriction requirement set forth during the interview on <u>14 March 2024</u>; the restriction requirement and election have been incorporated into this action.
4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5) ☑ Claim(s)  <u>1-34</u> is/are pending in the application.
    5a) Of the above claim(s) <u>1-13</u> is/are withdrawn from consideration.
6) ☐ Claim(s) _____ is/are allowed.
7) ☑ Claim(s) <u>14-31 and 33-34</u> is/are rejected.
8) ☑ Claim(s) <u>32</u> is/are objected to.
9) ☐ Claim(s) _____ are subject to restriction and/or election requirement

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

**Application Papers**

10)☑ The specification is objected to by the Examiner.
11)☑ The drawing(s) filed on <u>10/26/21</u> is/are: a)☑ accepted or b)☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☑ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    **Certified copies:**
        a)☑ All    b)☐ Some**    c)☐ None of the:
        1.☐ Certified copies of the priority documents have been received.
        2.☐ Certified copies of the priority documents have been received in Application No. _____.
        3.☑ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☐ Notice of References Cited (PTO-892)
2) ☑ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.
3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date _____
4) ☐ Other: _____.

Application/Control Number: 17/606,592                                           Page 2
Art Unit: 3771

## DETAILED ACTION

### Notice of Pre-AIA or AIA Status

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

### Election/Restrictions

1.      Restriction is required under 35 U.S.C. 121 and 372.

This application contains the following inventions or groups of inventions which are not so linked as to form a single general inventive concept under PCT Rule 13.1.

In accordance with 37 CFR 1.499, applicant is required, in reply to this action, to elect a single invention to which the claims must be restricted.


Group 1, claim(s) 1-13, drawn to a method of treating a patient.

Group 2, claim(s) 14-34, drawn to an anatomical wall crossing system.


2.      Groups 1 and 2 lack unity of invention because even though the inventions of these groups require the technical feature of a dilator nose located at a distal end portion of a dilator, this technical feature is not a special technical feature as it does not make a contribution over the prior art in view of Beissel et al. (2016/0022962). Beissel et al. teach, in at least figure 1A and para. [0180] a dilator nose (e.g., 13) located at a distal end portion a dilator (e.g., 12).

3.      In a voice mail from Jason Kraus on March 14, 2024, a provisional election was made without traverse to prosecute the invention of Group 2, claims 14-34. Affirmation of this election must be made by applicant in replying to this Office action. Claims 1-13

Application/Control Number: 17/606,592                                                    Page 3
Art Unit: 3771

are withdrawn from further consideration by the examiner, 37 CFR 1.142(b), as being

drawn to a non-elected invention.


## Specification

4.       Applicant is reminded of the proper language and format for an abstract of the

disclosure.

The abstract should be in narrative form and generally limited to a single

paragraph on a separate sheet within the range of 50 to 150 words in length. The

abstract should describe the disclosure sufficiently to assist readers in deciding whether

there is a need for consulting the full patent text for details.

The language should be clear and concise and should not repeat information

given in the title. It should avoid using phrases which can be implied, such as, "The

disclosure concerns," "The disclosure defined by this invention," "The disclosure

describes," etc.  In addition, the form and legal phraseology often used in patent claims,

such as "means" and "said," should be avoided.

5.       The abstract of the disclosure is objected to because it uses "are disclosed in this

patent document," which is a phrase that can be implied.  Correction is required.  See

MPEP § 608.01(b).


## Claim Rejections - 35 USC § 102

6.       The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that

form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless –

Application/Control Number: 17/606,592                                           Page 4
Art Unit: 3771

> (a)(1) the claimed invention was patented, described in a printed publication, or in public use,
> on sale, or otherwise available to the public before the effective filing date of the claimed
> invention.

7.    Claims 14-18, 21-23, 33 and 34 are rejected under 35 U.S.C. 102(a)(1) as being anticipated by Thomspon Smith et al. (2019/0015644). Thompspon Smith et al. disclose, at least in figures 1A-9 and para. [0034], an anatomical wall crossing system, comprising: a dilator (100) extending from a proximal end portion to a distal end portion and including a lumen (142, as shown in fig. 2A) therethrough, the distal end portion including a dilator nose (at T4, as shown in fig. 3D) and a dilator beveled segment (at T5), the dilator nose having a first outer diameter (OD2, as shown in fig. 2A) and a length of about 5-18mm (7.24 mm at S2, as shown in fig. 2A and according to para. [0039]), inclusive, and the dilator beveled segment extending proximally of the dilator nose and tapering from a second outer diameter (OD1, as shown in fig. 2A), greater than the first outer diameter, to the first outer diameter; wherein the dilator nose includes a cylindrical cross-sectional shape (proximal of 145b, as shown in fig. 3D) having a wall thickness of about 0.0015-0.005in (about .004in to .005in, according to para. [0042]) inclusive and is formed from a thin-walled hypotube (according to para. [0059]; wherein the dilator further includes a dilator alignment zone (at 147b, as shown in fig. 3B) extending proximal of the dilator beveled segment and having a substantially uniform outer diameter; wherein the dilator further includes a dilator waist (at 147b) extending proximal of the dilator alignment zone and having a greater longitudinal flexibility than the dilator alignment zone (according to para. [0084]); wherein the dilator further includes a dilator alignment zone extending proximal of the dilator beveled segment and having a substantially uniform outer diameter; wherein the dilator further

Application/Control Number: 17/606,592                                                    Page 5

Art Unit: 3771

includes a dilator waist (at 147b) extending proximal of the dilator alignment zone and

having a greater longitudinal flexibility than the dilator alignment zone; wherein the

dilator waist is formed from a lower durometer polymer (e.g., PEBA, according to par.

[0040]) than a polymer (e.g., HDPE) of the dilator alignment zone; wherein the system

further comprises a guidewire (80, according to fig. 7A) deliverable within the lumen of

the dilator and extending from a proximal end to a distal end, the distal end attached to

a puncture needle (62, according to para. [0079] having a needle body and a needle tip;

wherein an intermediate portion of the guidewire includes at least one looped segment

(a shown in fig. 7A); wherein the system further comprises a deflectable sheath (20, as

shown in fig. 6A); and wherein the proximal end portion of the dilator is configured to

engage with an actuator (a sheath like handle, according to para. [0034] incorporated

into a handle (112, according to para. [0066]) of the deflectable sheath, the actuator

configured to control distal and proximal advancement of the dilator relative to the

deflectable sheath.


### Claim Rejections - 35 USC § 103

8.      The following is a quotation of 35 U.S.C. 103 which forms the basis for all

obviousness rejections set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed
> invention is not identically disclosed as set forth in section 102, if the differences between the
> claimed invention and the prior art are such that the claimed invention as a whole would have
> been obvious before the effective filing date of the claimed invention to a person having
> ordinary skill in the art to which the claimed invention pertains. Patentability shall not be
> negated by the manner in which the invention was made.

9.      Claims 19, 20, 24, and 25 are rejected under 35 U.S.C. 103 as being

unpatentable over Thomspon Smith et al. (2019/0015644). Thomspon Smith et al.

Application/Control Number: 17/606,592                                              Page 6
Art Unit: 3771

disclose the invention substantially as claimed, but do not explicitly disclose that the

dilator waist has a length of about 5-50mm, inclusive; or that the dilator waist has an

outer diameter that is 30-90%, inclusive, of an outer diameter of the dilator alignment

zone. Nevertheless, it would have been obvious to one having ordinary skill in the art

before the effective filing date of the claimed invention to size the length or outer

diameter of the dilator waist as desired, since, where the general conditions of a claim

are disclosed in the prior art, discovering the optimal or workable ranges (of dilator waist

length or outer diameter) involves only routine skill in the art. *In re Aller.*

Additionally, Thomspon Smith et al. disclose a puncture needle including a

needle body having a diameter less than the lumen of the dilator to facilitate coaxial

alignment of a needle body axis and a dilator axis. However, Thomspon Smith et al. do

not explicitly disclose that the puncture needle has a length of 3-20mm, inclusive; or that

the needle body diameter is 0.001-0.004in, inclusive. Nevertheless, it would have been

obvious to one having ordinary skill in the art before the effective filing date of the

claimed invention to size the length of the puncture needle or the needle body diameter

as desired, since, where the general conditions of a claim are disclosed in the prior art,

discovering the optimal or workable ranges (of puncture needle length or needle body

diameter) involves only routine skill in the art. *In re Aller.*

10.    Claims 26-28 are rejected under 35 U.S.C. 103 as being unpatentable over

Thomspon Smith et al. (2019/0015644) in view of Goodine et al. (2014/0188108).

With respect to claims 26 and 28, Thomspon Smith et al. disclose the invention

substantially as claimed, but do not explicitly disclose that the distal end of the

guidewire is attached to a proximal end of the puncture needle at a hinge, wherein the

Application/Control Number: 17/606,592                                        Page 7
Art Unit: 3771

hinge includes a cylindrical cross-sectional shape having a diameter less than a

diameter of the guidewire and of the needle body. Goodine et al. teach, at least in

figures 4 and 6 and para. [0037] and [0038]; a distal end of a guidewire (60) attached to

a proximal end of a puncture needle (64) at a hinge (62), wherein the hinge includes a

cylindrical cross-sectional shape having a diameter less than a diameter of the

guidewire and of the needle body. It would have been obvious to one having ordinary

skill in the art before the effective filing date of the claimed invention, in view of Goodine

et al., to modify the guidewire and puncture needle of Thomspon Smith et al., so that a

distal end of the guidewire is attached to the proximal end of puncture needle at a hinge

having a cylindrical cross-sectional shape having a diameter less than a diameter of the

guidewire and of the needle body. Such a modification would allow proper positioning

of the puncture needle as the guidewire and needle body are moved through a patient's

heart.

With respect to claim 27, Thompspon Smith et al. also do not explicitly disclose

that the the hinge includes a shape memory material and, when unconstrained, forms

an angle between the distal end of the guidewire and the proximal end of the puncture

needle of 45-140 degrees, inclusive. Goodine et al. teach, in fig. 6 and para. [0027] and

[0045]; a puncture device (40), wherein the hinge (62) includes a shape memory

material and, when unconstrained, forms an angle between the distal end of the

guidewire and the proximal end of the puncture needle of 45-140 degrees, inclusive

(e.g., >0 to about 270 degrees). It would have been obvious to one having ordinary skill

in the art before the effective filing date of the claimed invention, in view of Goodine et

al., to modify the puncture device of Thomspon Smith et al., so that the hinge includes a

shape memory material and, when unconstrained, forms an angle between the distal end of the guidewire and the proximal end of the puncture needle of 45-140 degrees, inclusive. Such modifications would allow the puncture device to have the strength, flexibility, and range of motion for positioning the puncture needle as it is moved through a patient's heart.

11.     Claim 29 is rejected under 35 U.S.C. 103 as being unpatentable over Thomspon Smith et al. (2019/0015644) in view of Goodine et al. (2014/0188108), and further in view of Kurth et al. (8,500,697). Thompspon Smith et al. in view of Goodine et al. disclose the invention substantially as claimed, but do not explicitly disclose that the hinge includes a rectangular cross-sectional shape and is configured to bend in a direction defined by a plane of the at least one loop segment. Nevertheless, Goodine et al. teach, in para. [0027], that the puncture device may have the ability to deflect due to "geometrical modifications of the wire." Kurth et al. teach, in figure 8 and col. 10, line 50-55; a wire (26) with a hinge including a rectangular cross-sectional shape and is configured to bend in a direction defined by a plane of the at least one loop segment. It would have been obvious to one having ordinary skill in the art before the effective filing date of the claimed invention, in view of Kurth et al., to modify the hinge of Thomspon et al. in view of Goodine et al., so that that the hinge includes a rectangular cross-sectional shape and is configured to bend in a direction defined by a plane of the at least one loop segment. Such a modification would allow bending (even looping) of the wire for positioning of the puncture needle as it is moved through a patient's heart.

12.     Claims 30 and 31 are rejected under 35 U.S.C. 103 as being unpatentable over Thomspon Smith et al. (2019/0015644) in view of Leeflang et al. (2014/0371676).

Application/Control Number: 17/606,592                                                    Page 9
Art Unit: 3771

Thomspon Smith et al. disclose the invention substantially as claimed, but do not explicitly disclose a tip sheath placed around the puncture needle to facilitate coaxial alignment of a needle body axis and a dilator axis, wherein the dilator includes a dilator stop configured to inhibit distal movement of the tip sheath from a position within the lumen of the dilator to a position external to the lumen of the dilator. Leeflang et al. teach, in figures 1 and 9B and para. [0073] and [0074]; a system (110) including a tip sheath (282b) placed around the puncture needle (240b) to facilitate coaxial alignment of a needle body axis and a dilator axis, wherein a dilator (260b) includes a dilator stop (249b, 269b) configured to inhibit distal movement of the tip sheath from a position within a lumen (266b) of the dilator to a position external to the lumen of the dilator. It would have been obvious to one having ordinary skill in the art before the effective filing date of the claimed invention, in view of Leeflang et al., to modify the system of Thomspon Smith et al., so that the tip sheath, puncture needle, and dilator are configured as claimed. Such modifications would reduce the risk of undesired tissue contact from the puncture needle as it is deployed in the heart.

### Allowable Subject Matter

13.    Claim 32 is objected to as being dependent upon a rejected base claim, but would be allowable if rewritten in independent form including all of the limitations of the base claim and any intervening claims.

As allowable subject matter has been indicated, applicant's reply must either comply with all formal requirements or specifically traverse each requirement not complied with. See 37 CFR 1.111(b) and MPEP § 707.07(a).

Application/Control Number: 17/606,592                                          Page 10
Art Unit: 3771

### Conclusion

14.    Any inquiry concerning this communication should be directed to Julian W. Woo

at telephone number (571)272-4707. Normal office hours are: M-Th, 8-5:30 ET, 1st Fri.

of biweek OFF; 2nd Fri., 8-4:30 ET.

Examiner interviews are available via telephone, in-person, and video

conferencing using a USPTO supplied web-based collaboration tool. To schedule an

interview, applicant is encouraged to use the USPTO Automated Interview Request

(AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Jackie Ho can be reached on (571) 272-4696. The fax phone number for the

organization where this application or proceeding is assigned is 571 -273-8300.

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system. Status information for published

applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR

only. For more information about the PAIR system, see http://pair-direct.uspto.gov.

Should you have questions on access to the Private PAIR system, contact the

Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like

assistance from a USPTO Customer Service Representative or access to the

automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-

1000.

/JULIAN W WOO/
Primary Examiner, Art Unit 3771

# EXHIBIT 12

DocCode - SCORE

# Placeholder Sheet for Supplemental Content

**Application Number:** 19007196          **Document Date:** 12/31/2024

The presence of this form indicates that the following document type was received in electronic format on the date identified above. This document is stored separately from the typical case contents which are stored in image format.

Since this was an electronic submission, there is no physical artifact folder, no artifact folder is recorded and no paper documents or physical media exist.

- Drawing

At the time of document entry (noted above):
- USPTO employees may access this supplemental content via Docket Application Viewer (DAV) or Supplemental Content Viewer (SCV).
- External customers may access this supplemental content via Patent Center.

Form Revision Date:  March 1, 2024

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | Methods and Devices for Puncturing Tissue |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

☐ The attached application, or

☒ United States application or PCT international application number **PCT/IB2013/060287**

filed on **20-Nov-2013**

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: **Ferryl Alley**                                    Date (Optional): _____

Signature: _____

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

## Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant ( i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

**uspto** UNITED STATES
PATENT AND TRADEMARK OFFICE

P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# ELECTRONIC ACKNOWLEDGEMENT RECEIPT

| APPLICATION # | RECEIPT DATE / TIME | ATTORNEY DOCKET # |
|---|---|---|
| **19/007,196** | **12/31/2024 05:02:12 PM Z ET** | **051666/13407** |

## Title of Invention

METHODS AND DEVICES FOR PUNCTURING TISSUE

## Application Information

| | | | |
|---|---|---|---|
| APPLICATION TYPE | Utility - Nonprovisional Application under 35 USC 111(a) | PATENT # | - |
| CONFIRMATION # | 9930 | FILED BY | Carmen Prince |
| PATENT CENTER # | 68569718 | FILING DATE | - |
| CUSTOMER # | 188636 | FIRST NAMED INVENTOR | Gareth Davies |
| CORRESPONDENCE ADDRESS | - | AUTHORIZED BY | Jason Kraus |

## Documents

# TOTAL DOCUMENTS: 10

| DOCUMENT | PAGES | DESCRIPTION | SIZE (KB) |
|---|---|---|---|
| 22-0558US05 - 051666-13407 ADS - BSMDL.pdf | 10 | Application Data Sheet | 2180 KB |
| 051666-13407-Track_One-Request.pdf | 1 | Track One Request | 230 KB |
| 22-0588US05 - 051666-13407 CON Specification-APP.TEXT.docx | 56 | Application body structured text document | 60 KB |

Warning: Text decorations have been removed. Bookmarks were found and have been removed.

| DOCUMENT | PAGES | DESCRIPTION | SIZE (KB) |
|---|---|---|---|
| 051666-13407 BSMDL_POA.pdf | 3 | Power of Attorney | 393 KB |
| 22-0558US05 - 051666-13407 Final Drawings.pdf | 23 | Drawings-only black and white line drawings | 3341 KB |

| RFP026027USCON03_Declaration_GD.pdf | 2 | Oath or Declaration filed | 378 KB |
| 051666-13133_Declaration_JPU.pdf | 2 | Oath or Declaration filed | 376 KB |
| RFP026027USCON03_Declaration_FA.pdf | 2 | Oath or Declaration filed | 381 KB |
| RFP026027USCON03_Declaration_BB.pdf | 2 | Oath or Declaration filed | 437 KB |
| 22-0588US05 - 051666-13407 CON Specification.pdf | 56 | Auxiliary PDF of Application | 407 KB |

## Digest

| DOCUMENT | MESSAGE DIGEST(SHA-512) |
|---|---|
| 22-0558US05 - 051666-13407 ADS - BSMDL.pdf | D684597D6A2F6179E74A659E6CE8A8E3227BC771815F4B33DFECEBD78C0E66C9B1976572562EB1CCACFA9D0D48C0DC97F95AE04F97EF111B75A1A46E49DCDF6C |
| 051666-13407-Track_One-Request.pdf | 9B7B40634CF7C7B47C6FE1DFB601159E3F73906D6F8182AD78125A053A047D82875AC740ACA5712CD25806E150A4375F63BBEC025C18C9203B4166105E7BBCEE |
| 22-0588US05 - 051666-13407 CON Specification-APP.TEXT.docx | 28FFDA909327D3175F81C64B9DC740AACCA14A0E57FC24CD1D9448ADAEEFD2DA47DEC2B2770143DECB981222257738ED14905AC73BBB76E75D02C0267F92FE74 |
| 051666-13407 BSMDL_POA.pdf | B91905CE3E5281D83DFF1936146661C13D909A04A465730627C3D1223380B4C20CADF5CAFBCFA4A82E8C9A72673A637CB0F868188C0A587F39AD0A2817155301 |
| 22-0558US05 - 051666-13407 Final Drawings.pdf | CAF956A20D8CD5234484E3FC205D2B05607CD44373428063BE1BB8289D669F741A1027DD34C1E6767031D656B4E47432D8A635981E98D14142F14E301E16555C |
| RFP026027USCON03_Declaration_GD.pdf | BE97887C9272262D0E4D9EA2B196146F557BA57C984CF0393BBF5222BB614ACB635B631775C994118FD1CA45AF00D198EA949D67BDFFB5D6E2CF011E99879660 |
| 051666-13133_Declaration_JPU.pdf | A0515A393609A367F803DEE89AF02ADA85282A663BAE44C25276DF02FF1AD36631CF759DA40A339B57F5E8D08007B66A9EB26DAE6A8C0F6151624705CA040413 |
| RFP026027USCON03_Declaration_FA.pdf | F3E00C89CFE208896D671E28FFCA88B751D029850A5D1E967861AFEC4510981E15C88F0EB649ABBDE4510AF44222A0BBD6E781361836947B718D4663763AD453 |
| RFP026027USCON03_Declara | B63C86814D141EBD0A54129DC4989EB13784179358F0A17287 |

tion_BB.pdf

FC0283118BFEDB7984DBBCC149E3118EF2FAFE992260B429
E7936AD4CCC2AB1546B7E76C393BA7

22-0588US05 - 051666-13407
CON Specification.pdf

476D339CCCC6B03EDB46471B51DC7ED509BD307257D04C9A
65AF81CAEAE3F34F4E893ED91C91F1C6457102810CBA315C
B673AFFCD93690A055B841458BC4EDEC

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**

If a new application is being filed and the application includes the necessary components for filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application

**National Stage of an International Application under 35 U.S.C. 371**

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

## METHODS AND DEVICES FOR PUNCTURING TISSUE

## CROSS REFERENCED APPLICATIONS

[0001] The present application is a continuation of U.S. application 18/678,567, filed May 30, 2024, which is a continuation of U.S. application 17/474,415, filed September 14, 2021, now issued as U.S. Patent 11,998,238, which is a continuation of U.S. application 16/445,790, filed on June 19, 2019, now issued as U.S. Patent 11,154,324, which is a continuation of U.S. application 14/910,525, filed on February 5, 2016, now issued as U.S. Patent 10,368,911, which is a national phase entry of PCT/IB2013/060287, filed on November 20, 2013, which claims benefit of U.S. application 61/863,265, filed on August 7, 2013 and claims benefit of U.S. application 61/863,579 filed on August 8, 2013.  The disclosures of each of the foregoing applications are hereby incorporated by reference in their entirety for all purposes.

## TECHNICAL FIELD

[0002] The disclosure relates to devices, systems and methods used to gain access to various tissue sites from particular access sites, and in particular to devices and associated methods used to access the left side of a heart via puncturing tissue.

## SUMMARY OF THE DISCLOSURE

[0003] In one broad aspect, embodiments of the present invention comprise a medical device for puncturing tissue at a tissue site. The medical device is an elongate member having a proximal section, a distal section, and a rail section therebetween. The medical device includes an active tip at a distal end of the distal section and is operable to deliver energy to create a puncture through the tissue. The rail section is configured to both act as a rail for supporting installation of one or more tubular members thereupon, as well as be maneuverable for enabling access to the tissue site.

[0004] In the aforementioned embodiments, the distal section defines a distal section curved portion and a distal section straight portion, where the distal section straight portion is distal to the distal section curved portion. A further embodiment of the present invention has the elongate member comprising a reverse taper. The reverse taper increases in outer diameter from the distal end of the distal section curved portion to the

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

distal section straight portion. In an embodiment of the present invention, the distal section defines a distal section curved portion configured to automatically form a distal coil in a deployed state for anchoring the distal section upon the distal section being advanced through the puncture. Further, the coil is configured such that, upon deployment from a confined state, along an axis of advancement, the active tip curves away from the axis of advancement. Additionally, the distal section further comprises a distal section straight portion, distal to the distal section curved portion. The distal section straight portion includes the active tip. In some embodiments, the distal section straight portion has a length of about 3mm to 10mm. In some embodiments, the distal coil is configured as a double pigtail curve. In another embodiment of the present invention, the elongate member is a conductive guidewire. The electrically conductive guidewire is substantially covered by a layer of electrical insulation with a distal tip of the electrically conductive guidewire exposed. Further, the guidewire comprises an exposed portion on the proximal section for coupling to a source of electrical energy. In some embodiments, the active tip is substantially atraumatic. In some embodiments, the medical device includes a radiopaque marker positioned on the distal section. In another embodiment, the radiopaque marker comprises a helical coil around the elongate member at the distal section. In some embodiments, the active tip comprises an electrode. Further, the electrode is dome shaped.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0005] In order that the invention may be readily understood, embodiments of the invention are illustrated by way of examples in the accompanying drawings, in which:

[0006] Fig. 1 is an illustration of a system in accordance with an embodiment of the present invention;

[0007] Fig. 1A is an illustration of a dilator in accordance an embodiment of the present invention;

[0008] Fig. 1B is an illustration of a steerable sheath for use with a dilator in accordance with an embodiment of the present invention;

2

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

[0009] Fig. 1C is an illustration of a dilator in accordance with an alternate embodiment of the present invention;

[0010] Figs. 1D-1E illustrate a dilator within a steerable sheath in accordance with various embodiments of the present invention;

[0011] Figs. 2A-2C illustrate a dilator in use with a steerable sheath, in accordance with various embodiments of the present invention;

[0012] Figs. 3A-3E illustrate various distal tip configurations of a dilator in accordance with an embodiment of the present invention;

[0013] Fig. 4 illustrates an embodiment of a steerable sheath suitable for use with an embodiment of a dilator of the present invention;

[0014] Fig. 5A is a side view of an embodiment of a medical device, for example a multi-function guidewire of the present invention;

[0015] Fig. 5B includes side views of an internal metal wire of a multi-function guidewire in a straight configuration and a corresponding coiled configuration;

[0016] Fig. 5C is an exterior view of detail "A" of Fig. 5A;

[0017] Fig. 5D is a cross section view of detail "A" of Fig. 5A;

[0018] Fig. 5E is an exterior view of the distal section straight portion of a curved distal section;

[0019] Fig. 5F is a cut-away view of section A-A of Fig. 5D;

[0020] Figs. 6A-6D illustrate a wire and dilator used in conjunction with a steerable sheath, in accordance with embodiments of the present invention; and

[0021] Figs. 7A-7G illustrate a further embodiment of a method of using a system in accordance with embodiments of the present invention to perform a transseptal puncture from a superior access approach.

3

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

## DETAILED DESCRIPTION

[0022] In some medical applications, it may be desirable to reach a desired target tissue site within a region of tissue within a patient's body in order for example, to provide access to a particular cavity or space. In some applications access to the cavity or space may be provided through a puncture that is created within the desired tissue site. In order to initially reach the desired tissue site within the region of tissue, access may be provided into and/or through vasculature using a guidewire. A sheath and dilator assembly may then be advanced over the guide wire, and the sheath may be used to guide the dilator, as well as any other devices positioned through the assembly, to the desired target tissue site.

[0023] In some such applications, a particular access point into the patient's vasculature may be dictated by, for example, treatment requirements or anatomical considerations. For example, patients with occluded or stenosed vasculature may require an alternate access point. In addition, procedures such as lead placement dictate particular access points in order to allow implanted leads to be connected to a battery.

[0024] Thus, in certain procedures, a particular tissue puncture site is required while the access point into the vasculature is also restricted. In some such procedures, delivering treatment tools and assemblies from the access point to the tissue puncture site is difficult and/or may require many device exchanges due, for example, to the curvature and/or tortuosity of the vasculature within that region of the body.

[0025] For example, in some such applications, a very sharp or high curve or trajectory may be required to access the desired tissue site. In order to reach the desired tissue site, fixed curve sheaths or steerable sheaths may be utilized but both have drawbacks when used with current accessory devices.

[0026] In particular, where a fixed curve sheath is used, the fixed curve sheath may not be able to retain its curvature. This may be a result of a relatively stiff dilator and/or other devices inserted within the fixed curve sheath. As such, the sheath may not be able to position the dilator and/or any other device at the desired target tissue site.

4

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

[0027] In situations where a steerable sheath is utilized, upon actuation of the steerable sheath (in some such embodiments), the stiffness of the dilator, and/or any additional devices inserted through the steerable sheath, may limit or prevent the steerable sheath from reaching the intended or required curvature, thus preventing the steerable sheath from positioning the dilator and/or other devices at the target tissue site. Furthermore, stiffness of the dilator may result in breakage of the actuation mechanism of the steerable sheath upon actuation of the steerable sheath. In one particular example, the pull wires may separate from a distal joint within the sheath or may separate from the proximal lever or actuation mechanism of the steerable sheath. In other examples, the stiffness of the dilator may result in breakage of the pull wires upon actuation of the steerable sheath.

[0028] In addition, as mentioned above, puncturing certain tissue sites while being limited to particular access points also often requires exchanging devices multiple times, with each device performing a specific function during the course of the procedure. For example, current methods of accessing a heart chamber on the left side of the heart using a superior access approach require multiple device exchanges resulting in relatively inefficient and lengthy procedures. In a further example of procedural inefficiencies, existing techniques for gaining transseptal access for delivery of cardiac leads generally require that the transseptal puncture and lead delivery be performed using different access points, necessitating, for example, either transferring the lead, or trying to re-locate the puncture site, and then installing the lead within the heart.

[0029] The present inventors have conceived and reduced to practice novel and unique devices (which may be referred to as "hybrid devices" in the description below) and associated methods to facilitate efficient and repeatable puncture of a plurality of tissue sites while allowing vascular access from various access points on a patient's body. These devices include dilators and wires, for example guidewires, usable alone or in combination to facilitate this tissue access and puncture at various anatomical locations from desired access points.

[0030] For example, the present inventors have conceived and reduced to practice a flexible dilator that is usable in combination with an ancillary medical device (which may

5

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

include a catheter, a fixed curve sheath or a steerable sheath), the dilator being designed and configured so that it does not substantially affect the curvature of the ancillary device.

[0031] Embodiments of a dilator of the present invention are sufficiently flexible to allow the ancillary device to guide and position the dilator and/or additional devices in a wide array of patient anatomies. Embodiments of the dilator accomplish this function by providing a flexible intermediate region having reduced stiffness. The location of the flexible region, when the dilator is inserted into/through the ancillary device, corresponds to a region of the ancillary device that is amenable to deflection or has a particular shape or curve, whereby the flexibility of the dilator at that location helps to ensure that the dilator does not substantially impair the ability of the ancillary device to retain, maintain or reach its intended shape or curvature. In some embodiments, the dilator, while being sufficiently flexible along the intermediate region, has sufficient stiffness along a distal end region to allow the dilator to be tracked or advanced across tissue for dilating a perforation or puncture at the desired target tissue site.

[0032] Relatedly, the present inventors have discovered, and reduced to practice, guidewire-based medical devices for puncturing a septum of the heart and for providing reliable and robust guidewire rail support across the puncture even when accessing the heart via veins superior to the heart (such as the subclavian veins). Such medical devices are sufficiently flexible to be directed towards the appropriate puncture site from the desired access point, yet are also stiff enough to support insertion of additional devices thereupon. In addition, embodiments of such devices include features for maintaining the medical device in position across the puncture to maintain patency of the puncture and to ensure continued access to tissue across the puncture.

[0033] Furthermore, the present inventors have conceived and reduced to practice methods of treatment that employ one or more novel devices for puncturing tissue sites utilizing defined access points and for performing multiple steps of the procedure to thereby reduce and/or minimize the number of device exchanges. In addition to improving efficiencies and reducing treatment procedure time, these methods allow for transseptal puncture and lead delivery to be performed using a single access point.

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

[0034] With specific reference now to the drawings in detail, it is stressed that the particulars shown are by way of example and for purposes of illustrative discussion of certain embodiments of the present invention only. Before explaining at least one embodiment of the invention in detail, it is to be understood that the invention is not limited in its application to the details of construction and the arrangement of the components set forth in the following description or illustrated in the drawings. The invention is capable of other embodiments or of being practiced or carried out in various ways. Also, it is to be understood that the phraseology and terminology employed herein is for the purpose of description and should not be regarded as limiting.

[0035] Systems

[0036] Fig. 1 is an illustration of a system 50 that incorporates embodiments of devices of the present invention and that may be utilized during the course of an inventive procedure as described further hereinbelow. As illustrated, system 50 includes a steerable device such as steerable sheath 300 with dilator 100 inserted therein, and wire 200 inserted into dilator 100. Steerable sheath 300 and dilator 100 each defines a respective lumen through which devices may be inserted, and may therefore be referred to as "tubular members". Although a steerable sheath is discussed throughout this application, it will be evident to one of skill in the art that other steerable devices or articulating components may be used. For ease of explaining the fundamental principles of the invention, "Steerable Sheath" will be used throughout the specification as an example of a steerable or articulating device. Alternatively, in some embodiments, a fixed curve sheath may be utilized in place of an articulating sheath, depending on the access point and tissue puncture site chosen by a user.

[0037] Wire 200 is connected to a generator 500 by connector 502. Steerable sheath 300 includes a steerable sheath handle 302. In some embodiments, the steerable sheath is unidirectional i.e. it allows deflection in a single direction. In other embodiments, a bi-directional sheath may be used. In the exemplary applications disclosed below, an 8.5 French steerable sheath with a 40 cm usable length is typically used; procedures for larger patients may use a sheath with a 45 cm usable length or other lengths as may be appropriate. Fig. 1(i) shows an expanded view of a portion of

7

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

heart 400 illustrating a distal portion of steerable sheath 300, distal tip 106 of dilator 100, and wire 200, which may be a radiofrequency puncture wire.

**[0038]** Dilators

**[0039]** In accordance with one embodiment of the present invention, as shown in Fig.1A, a flexible dilator 100 is disclosed for use with a steerable sheath 300 (shown in Fig. 1B) to access a region of tissue within a patient's body. The steerable sheath 300 has a range of deflection angles and can achieve a range of curvatures upon actuation. Referring again to Fig. 1A, the dilator 100 comprises a dilator hub 102 that is coupled to an elongate member 120 that comprises regions of varying flexibility including an intermediate region 100b that terminates in a distal end region 100a. In accordance with an embodiment of the present invention, the intermediate region 100b is a substantially flexible or soft section that provides minimal resistance to deflection and is operable to be deflected under guidance to allow the dilator 100 to reach a desired site within a region of tissue within the patient's body to facilitate advancement of the distal end region 100a there-through. The flexible intermediate region 100b allows the dilator 100 to conform to the curvature of the steerable sheath 300 that is achieved through actuation of the steerable sheath 300. Thus, in some embodiments, as outlined herein, the flexible intermediate region 100b does not inhibit the range of motion of the steerable sheath 300.

**[0040]** Additionally, the elongate member 120 of the dilator 100 further comprises a distal end region 100a that is formed distally adjacent to the flexible intermediate region 100b, such that the flexible intermediate region 100b continues distally until (and terminates at) a proximal boundary or edge of the distal end region 100a. In other words the distal end region 100a extends proximally from the distal edge of the dilator 100 until a distal edge of the flexible intermediate region 100b. The distal end region 100a has a stiffness or rigidity that is greater than the flexible intermediate region 100b to facilitate advancement of the dilator 100 through the tissue once the dilator 100 has been positioned at the desired tissue site, such as a desired puncture site. The stiff or substantially rigid distal end region 100a provides enhanced pushability and may prevent deformation thereof during advancement of the distal end region 100a through

8

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

the tissue (for example over a guide-wire or a puncturing device), for example at the puncture site in order to dilate the puncture site.

[0041] In one particular example, the elongate member 120 and the hub 102 may be formed, for example using techniques as may generally be known in the art, such as molding techniques. In some embodiments, the distal end region 100a is formed from a rigid polymer, and the intermediate region 100b is formed from a flexible polymer. In one particular embodiment, the rigid distal end region 100a is formed from High Density Polyethylene (HDPE) and the flexible or soft intermediate region 100b is formed from Low Density Polyethylene (LDPE). In some embodiments, the flexible intermediate region 100b may be formed from a material that exhibits sufficient flexibility to enable the flexible intermediate region 100b to conform to the curvature of a steerable sheath 300 and substantially does not impair, limit or inhibit the ability of the steerable sheath 300 to reach its intended curvature. Additionally, the rigid distal end region 100a is formed from a material that exhibits sufficient rigidity that to enable the rigid distal end region 100a to be advanced through a tissue site such as through a puncture site within a region of tissue. Thus, dilator 100 can be understood to be a hybrid device in that it is sufficiently flexible to be guided to the tissue site yet maintains sufficient rigidity to be advanced through the tissue site.

[0042] As outlined previously, in accordance with an embodiment of the present invention, a dilator 100 is provided that is usable with a steerable sheath 300 to access a region of tissue within a patient's body. The steerable sheath 300 may be of the type shown in Fig. 1B comprising an articulating portion or deflectable region 200b that is amenable to deflection upon actuation of a steerable actuation mechanism for example such as a knob of a handle 302. During use, the dilator 100 is inserted within the steerable sheath 300 for use therewith such that a location or position of the flexible intermediate region 100b of the dilator 100 corresponds to the articulating portion or deflectable region 200b of the steerable sheath. This enables the steerable sheath 300 to reach its allowable range of curvatures or deflection (as shown and discussed later with reference to Figs. 2A-2C), upon actuation, as minimal resistance is introduced by the dilator 100. In other words, the flexible intermediate region 100b of the dilator does

9

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

not impart rigidity to the steerable sheath 300 as the dilator 100 is being steered by the steerable sheath 300. This enables the steerable sheath 300 to position the distal end region 100a of the dilator 100 at a desired target location within a region of tissue such as at a desired puncture location or site to enable the distal end region 100a to subsequently advance there-through for example to dilate the puncture site.

[0043] In one particular embodiment, with reference to Fig.1A, dilator 100 further comprises a proximal region 100c that forms a part of elongate member 120 of dilator 100. The proximal region 100c extends proximally from the flexible intermediate region 100b. More specifically, the proximal region 100c extends proximally from a proximal boundary of the flexible intermediate region 100b and may extend until the hub 102. In some embodiments the proximal region 100c may also be formed from a flexible material and exhibits flexibility. Alternatively, in other embodiments, as shown in Fig. 1C, the flexible intermediate region 100b may extend along the proximal region 100c and may include the proximal region 100c. In some such embodiments, the flexible intermediate region 100b may have varying regions of flexibility. In some examples, a proximal region 100c is provided that is flexible as this may be desirable in certain applications. In some examples, flexibility of the dilator 100 in the proximal region 100c may lead to buckling observed in segment 112 of the proximal region 100c of the dilator 100 as the dilator is inserted into the steerable sheath 300, as shown in Fig. 1D. In some such embodiments, it may be desirable to provide stiffness or rigidity to the device proximal region 100c in order to make the dilator 100 less susceptible to buckling.

[0044] Therefore, in some embodiments as shown in Fig. 1E, a dilator 100 is provided where the proximal region 100c has a rigidity that is greater than that of the flexible intermediate region 100b. In some embodiments, the rigid proximal region 100c is formed from a material that exhibits sufficient rigidity to enable the rigid proximal 100c to be advanced through the steerable sheath 300 substantially without buckling or deforming. The rigidity of the dilator 100 in the proximal region 100c reduces the likelihood of the dilator bending or deforming as it is being inserted into the steerable sheath 300 during a procedure. In some embodiments, the distal end region 100a and the proximal region 100c have substantially the same rigidity. In a particular

10

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

embodiment, the rigid distal end region 100a and the proximal region 100c are formed from a rigid polymer and the flexible intermediate region is formed from a flexible polymer. In one example, the rigid distal end region 100a and the proximal region 100c comprise substantially the same stiffness. In other embodiments, the rigidity of the rigid distal end region 100a and the proximal region 100c may differ. In one particular embodiment, the rigid distal end region 100a and the proximal region 100c are formed from High Density Polyethylene (HDPE ) having a stiffness that is equal to about 0.8 GPa, whereas, the flexible intermediate region 100b is formed from Low Density Polyethylene (LDPE) having a stiffness of about 0.3 GPa.  In other embodiments, the flexible and rigid regions of the dilator maybe formed from PEBAX® with different durometers of PEBAX® being used for the respective flexible and rigid regions.

[0045] In some embodiments, the dilator 100 has a usable length (i.e. the length of the elongate member 120) that is between about 60 cm to about 100 cm. More specifically, in one example, the dilator has a usable length of between about 67 cm and 68 cm.  In a specific example of this, the dilator has a usable length of about 67.6 cm. In another example, the dilator has a usable length of between about 70 cm to about 71 cm. In a specific example of this, the dilator has a usable length of about 70.6 cm.

[0046] In some such embodiments, the flexible intermediate region 100b has a length of between about 7 cm to about 15 cm. In one particular example, the flexible intermediate region has a length of about 15 cm.

[0047] In some embodiments, the distal end region 100a has a length of between about 0.4 cm to about 4.0 cm. In a specific embodiment, the distal end region 100a has a length of about 0.5 cm to about 1 cm. In a particular example of this, the distal end region 100a has a length of between about 0.6 cm to about 0.7 cm. In a specific example, the distal end region has a length equal to about 0.7 cm. In some embodiments, the rigid distal end region 100a has a length of between about 2.5 % to about 60% of the length of the flexible intermediate region.

[0048] In some embodiments, the rigid proximal section 100c may have a length of between about 41 cm to about 92 cm. In one particular embodiment, the proximal end

11

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

section 100c has a length of about 51 to about 52 cm. In a specific example of this, the proximal end section has a length of about 51.9 cm.

[0049] With reference now to Figs. 2A-2C, various embodiments of a steerable sheath 300 are shown with the dilator 100 inserted there-through.  In some embodiments, once the dilator 100 has been inserted through the steerable sheath 300, the dilator 100 extends by a distance, for example about 3 cm, distally beyond the distal end or tip of the steerable sheath 300 (more specifically, beyond the distal end/edge of the steerable sheath 300). In some embodiments, the dilator extends by between about 2 cm to about 4 cm beyond the distal edge of the steerable sheath 300. In some embodiments, the steerable sheath 300 has a usable length 201 that is between about 45 cm to about 71 cm.

[0050] In one specific example, with reference now to Fig. 2A, the steerable sheath 300 is an 8.5 French unidirectional steerable sheath, that has a deflectable region or articulating portion 200b operable to adopt a curve S having an angle of about 180 degrees and a having a radius of curvature of about 8.5 mm. Alternatively, in the example as shown in Fig. 2B, the deflectable region or articulating portion 200b of the steerable sheath 300 is operable to adopt a curve M having a radius of curvature of about 11 mm. In another example as shown in Fig. 2C, the deflectable region or articulating portion 200b of the steerable sheath 300 is operable to adopt a curve L, having a radius of curvature equal to about 25 mm.

[0051] With reference again to Figs. 2A to 2C, in some embodiments, the usable length 201 of the steerable sheath 300 is equal to about 45 cm. In some such embodiments, the steerable sheath 300 is used with an 8.5 French flexible dilator 100 having a usable length of about 67 cm and comprising a flexible intermediate region 100b with a length of about 15 cm. Thus, in accordance with various embodiments of the present invention, a steerable sheath 300 and dilator 100 are provided that work in conjunction with each other, with the steerable sheath 300 and dilator 100 having suitable lengths and sizes (including inner and outer diameters) that are usable to reach a desired region of tissue when inserted through the vasculature.

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

[0052] With reference now to Figs. 3A-3D, various dilator distal tip configurations are shown with alternative distal end regions 100a. In the particular example shown in Fig. 3A, the dilator 100 comprises a taper 122 along a distal end of the dilator 100, forming a tapered distal tip 106. In the example shown, the distal end region 100a extends partially along the length of the taper 122 and as such forms a part of the taper 122. In a specific example of this, the taper 122 has a length of about 1cm. In one such example the rigid distal end region 100a has a length of about 0.7 cm. In another such example, the rigid distal end region 100a has a length of between about 0.3 cm to about 0.5 cm.

[0053] Figs. 3B, 3C and 3D illustrate alternative configurations for the tapered distal tip 106. As shown in Fig. 3B, in some embodiments, the distal end region 100a may extend along the entire length of the taper 122.  In a further example of this, as shown in Figs. 3C and 3D, the distal end region 100a may additionally extend further proximally along the elongate member 120, beyond the taper 122.

[0054] Fig. 3C illustrates a dilator 100 that is an 8.5 French dilator that tapers down to an outer diameter (OD) of about 0.046" (about 1.2 mm) and an inner diameter (ID) of about 0.036" (about 0.9 mm), along the tapered distal tip 106. In a specific example, the taper 122 has a length of about 2 cm. In some such embodiments, the distal end region 100a has a length of about 3cm and is formed from HDPE, whereas the flexible intermediate region is formed from LDPE. The dilator 100 may be formed from a re-flow of the two polymers, HDPE and LDPE, in a glass die via lap joining.

[0055] Additionally, Fig. 3D illustrates a dilator 100 that has a distal tip 106 that comprises a double taper configuration. In one specific example, the dilator 100 is an 8.5 French dilator that tapers down to about 5.6 French along a first tapered region R1, with the first tapered region R1 having a length of about 1 cm.  The dilator 100 then tapers from about 5.6 French to an outer diameter (OD) of about 0.046" and an inner diameter (ID) of about 0.036", along a second tapered region R2, with the second tapered region have a length of about 1 cm. In one specific example, the distance between the first and second tapered regions R1 and R2 is also equal to about 1 cm. In one such example, the distal end region has a length of about 4 cm. The dual taper configuration may provide greater feedback during dilation and may allow the user to

13

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

feel the tactile feedback (in the form of a pop) associated with each of the first and second tapered regions R1 and R2. The dual taper configuration may be formed in a similar manner to above, using a glass tipping die via lap joining.

[0056] In some embodiments, the dual taper distal tip configuration shown in Fig. 3D may require less force to advance it through a tissue site (for example, through a puncture within a region of tissue) than a single taper distal tip configuration, as shown Figs. 3B and 3C. Furthermore, in some examples, a longer taper length (as shown and discussed with respect to Fig. 3C) may require less force to be advanced through tissue than a shorter taper length (as shown in Fig. 3A). The longer taper provides a lower slope and hence a smoother transition. Additionally, the longer taper length may prevent high mechanical resistance when the dilator is advanced through a puncture site and may prevent the dilator from slipping away from the puncture site. Additionally, in examples where the dilator is used to dilate a puncture within a septum of the heart (where access is provided through the right atrium and an RF wire is used to create the puncture as described further below), the longer taper length may prevent the RF wire from being pulled back into the right atrium of the heart and losing the puncture site and thus may help prevent the need to create a second puncture.

[0057] Furthermore, in some embodiments, the dilator 100 comprises a straight dilator that substantially lacks a curvature. In other words, the dilator 100 has a substantially straight configuration along each of the rigid proximal region 100c, the flexible intermediate flexible portion 100b and the rigid distal end region 100a. During use, the straight dilator 100 does not impart a curvature to the steerable sheath 300 to enable the steerable sheath 300 to reach its desired curvature upon actuation. This allows the steerable sheath 300 to position the distal end region 100a at a desired target location, for example at a desired puncture site to enable the distal end region 100a to advance there-through to dilate a puncture once it has been formed. Therefore, the straight dilator 100 does not interfere with or affect the intended curvature of the steerable sheath 300 and thus does not inhibit the desired range of motion of the steerable sheath 300. In accordance with an embodiment of the present invention, the dilator 100 comprises both a straight configuration and a flexible or soft intermediate region 100b,

14

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

and the combination provides a synergistic or combined effect preventing the dilator 100 from inhibiting the range of movement of the articulating portion or deflectable region 200b of the steerable sheath 300. This may allow the steerable sheath 300 to guide the dilator 100 to access a region of tissue within a patient's body such as for example an area of the heart.

[0058] In a specific example, as shown in Fig. 3E, a dilator 100 is provided that is an 8.5 French dilator. Along the proximal region 100c and flexible intermediate region 100b (not including the taper 122), the dilator has an outer diameter (OD) that is equal to about 0.111" +/- 0.002" and an inner diameter (ID) that is equal to about 0.058" +/- 0.002", that tapers down along the tapered distal tip 106 to an outer diameter of about 0.044" +/- 0.001" and an inner diameter of about 0.036" +/- 0.001" at the distal boundary or edge of the distal tip 106. This allows the dilator 100 to be compatible with a 0.035" OD guide-wire. Furthermore, the taper 122 along the tapered distal tip 106 has a length of about 1cm and the rigid distal end region 100a has a length of about 0.7cm. In one such example, the dilator 100 has a usable length of about 67.6 cm, with the flexible intermediate region 100b having a length of about 15 cm, with the rigid proximal region 100c having a length of about 51.9 cm. In one particular embodiment, the rigid distal end region 100a and the proximal region 100c are formed from High Density Polyethylene (HDPE) having a stiffness of 0.8 GPa, whereas, the flexible intermediate region 100b is formed from Low Density Polyethylene (LDPE) having a stiffness of about 0.3 GPa. In the example described herein, the dilator 100 comprises varying regions of flexibility (i.e. flexible and rigid regions), and since the dilator 100 comprises a fairly constant OD and ID, the behavior or various regions, in terms of rigidity, is governed by the stiffness of the materials used.

[0059] In embodiments described herein, the flexural rigidity value of the dilator 100 is the product of Young's modulus $E$ (in Pa) [also known as the flexural modulus) which indicates stiffness of a material, and the second moment of area (or area moment of inertia I) (in $m^4$), having SI units of $Pa \cdot m^4$ which also equals $N \cdot m^2$. The area moment of inertia I may be calculated from the values of the inner diameter (ID) and the outer diameter (OD) by a person skilled in the art using the formula $[I=\pi/64(OD^4-ID^4)]$. In one

15

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

particular example discussed herein, the flexural rigidity value is calculated to be 0.0023 N·m² for the flexible intermediate region 100b comprising LDPE and 0.00086N·m² for the rigid proximal region 100c comprising HDPE. In some embodiments, the ID of the dilator 100 along the flexible intermediate region 100b and the rigid distal end 100a (not including the taper), ranges from between about 0.056" to about 0.06". In some such embodiments, the OD of the dilator 100 along the flexible intermediate region 100b and the rigid distal end 100a (not including the taper), ranges from between about 0.109" to about 0.113". In some embodiments, the flexible intermediate region 100b comprising LDPE, has a rigidity that ranges from between about 0.00030 N·m² to about 0.0014 N.m², and the rigid distal end region 100a comprising HDPE has a rigidity that ranges from between about 0.0015 N.m² to about 0.0046 N.m².

[0060] In one particular example, the dilator 100 is usable with a steerable sheath 300 that is an 8.5 French unidirectional steerable sheath, as shown in Fig. 2A, that has a deflectable region or articulating portion 200b that is operable to deflect with a curve S having an angle of about 180 degrees and with a radius of curvature of about 8.5mm. The steerable sheath 300 has a length equal to about 45 cm. In one particular example, the steerable sheath 300 may be a SUREFLEX™ Steerable Sheath sold by Baylis Medical Company Inc., as shown in Figure 4. The steerable sheath 300 comprises a metal wire braid comprising a High Tensile 304v Stainless Steel 0.002" x 0.006" with a polymer jacket disposed thereon, and an inner PTFE liner. The polymer jacket comprises sections of PEBAX and Nylon with varying durometers (D) and lengths. The deflectable portion of the steerable sheath 300 is indicated by reference number 200b.

[0061] In one such embodiment, a steerable sheath assembly is described with the dilator 100 being inserted within the steerable sheath 300. In a particular example of this, the steerable sheath 300 is actuated to reach an angle of about 90 degrees. In one such example, the actual observed deflection of the steerable sheath 300 is equal to about 80 degrees. Thus, the steerable sheath 300 is able to reach about 88.8% of its intended curvature. As such the dilator 100 allows the steerable sheath 300 to substantially reach its intended curvature. Conversely, unlike the embodiments of the present invention, when a rigid HDPE dilator with similar dimensions is used (i.e. a

16

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

dilator with similar ID and OD that comprises entirely of HDPE) the steerable sheath 300 is only able to reach a 45 degree curvature which is about half of the intended curvature.

[0062] In an additional example, the steerable sheath 300 is actuated to reach a deflection angle of about 180 degrees, however, an actual deflection equal to about 140 degrees is observed. Thus, the steerable sheath 300 is able to reach 77.8% of its intended curvature. Contrary to this, when the steerable sheath 300 is used with a rigid HDPE dilator, the steerable sheath 300 is only able to reach a 90 degree curvature.

[0063] In still an additional example, the steerable sheath 300 is actuated to reach a deflection angle of about 250 degrees with the actual observed deflection being equal to about 180 degrees. Thus, the steerable sheath is able to reach about 72% of its intended curvature. On the other hand, when the steerable sheath 300 is used with a rigid HDPE dilator, the steerable sheath 300 is only able to reach a curvature of about 110 degrees.

[0064] As such, in the examples outlined above, the flexible intermediate region 100b of dilator 100, in accordance with an embodiment of the present invention, substantially does not inhibit the range of motion of the steerable sheath 300, allowing the steerable sheath 300 to reach its intended shape or curvature in order to access a desired tissue site within a region of tissue within a patient's body. Thus, in some embodiments the dilator 100 allows the steerable sheath to reach a curvature that is equal to at least about 70% of its intended curvature. In other embodiments the dilator 100 allows the steerable sheath to reach a curvature that is equal to greater than about 50% of the intended curvature.

[0065] In one particular embodiment, the dilator 100 is usable with an ancillary device such that it allows the ancillary device to maintain or reach its intended shape or curvature in order to access a desired tissue site within a region of tissue within a patient's body. The dilator 100 may be of the type described herein above, that comprises a rigid distal end region 100a and a flexible intermediate region 100b terminating at the distal end region 100a, with the rigid distal end region 100a having a rigidity greater than the flexible intermediate region 100b to enable the dilator 100 to

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

advance through tissue. The dilator 100 is configured for use in conjunction with the ancillary device such that during use, the flexible intermediate region 100b corresponds to a region of the ancillary device that is functional for imparting or providing a curvature.  In one particular example, the dilator 100 is advanced over or through the ancillary device such that such that during use the flexible intermediate region 100b of the dilator 100 does not affect the region of the ancillary device that is functional for imparting a curvature, allowing the ancillary device to substantially maintain or reach its intended position or shape in order to position the dilator rigid distal end region 100a at a desired location within the region of tissue.

[0066] In one such example, the ancillary device comprises a steerable device such as a sheath, catheter or guide-wire that is steerable, where the ancillary device is functional for imparting a curvature by actuation of the ancillary device. When in use in conjunction with the dilator 100, the flexible intermediate region 100b of the dilator does not inhibit or prevent the ancillary device from reaching its intended curvature upon actuation to position the dilator distal end region 100a at a desired location.

[0067] Alternatively in some embodiments, the ancillary device comprises a fixed curve device such as a fixed curve sheath that has a preformed curve. Similar to embodiments discussed previously herein, the fixed curve sheath is usable with the dilator 100 and during use the flexible intermediate region 100b of the dilator 100 does not affect the preformed curvature of the sheath, thus allowing the sheath to position the rigid distal end 100a of the dilator 100 at the desired location within the region of tissue. Furthermore, the use of the dilator 100, in accordance with an embodiment of the present invention, may prevent the need for over curving the sheath in anticipation of a substantial decrease in curvature of the sheath once the dilator 100 there-through.

[0068] In one such example, a fixed curve sheath is described with the dilator 100 being inserted therein. The fixed curve sheath has a pre-formed curve with an angle of about 40 degrees. Once the dilator 100 is positioned through the fixed curve sheath, the curvature of the sheath is observed to be about 32 degrees. Thus, the fixed curve sheath is able to maintain its curvature at about 80% of the intended curvature. As such the dilator 100 allows the fixed curve sheath to substantially maintain its intended

18

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

curvature. Contrary to this, if a rigid HDPE dilator is utilized, unlike embodiments of the present invention (as described previously herein above), the curvature of the fixed curve sheath is reduced to about 22.5 degrees.

[0069] Similarly in another example, a fixed curve sheath is described that has a pre-formed curvature with an angle of about 135 degrees.  Once a dilator 100, is inserted through the sheath in accordance with an embodiment of the present invention, the observed angle of curvature of the fixed curve sheath, is equal to about 112 degrees. Thus, the fixed curve sheath 300 is able to maintain a curvature that is equal to about 77.8 % of its intended curvature. Contrary to this, if a rigid HDPE dilator is utilized, unlike embodiments of the present invention, the curvature of the fixed curve sheath is reduced to about 78 degrees. Thus, in some such embodiments, the fixed curve sheath is able to maintain an angle of curvature that is greater than about 60% of its intended curvature. In other embodiments, the fixed curve sheath is able to maintain an angle of curvature that is equal to at least about 75% of its intended curvature.

[0070] As outlined above, in some embodiments described herein above, the dilator 100 comprises varying regions of flexibility (i.e. rigid and flexible regions) to define a hybrid medical device. Since the dilator 100 comprises a fairly constant OD and ID and thus fairly constant wall thickness along its length, the behavior of the various regions, in terms of rigidity, is governed by the stiffness of the materials used. For example, the higher the stiffness of a material, the greater the rigidity, and the lower the stiffness of the material the lower the rigidity. Alternatively, in other embodiments, a single material may be used to form the dilator where the varying regions of flexibility are provided by varying the wall thickness along the respective regions. For example, an HDPE dilator may be provided with a relatively thin wall thickness along the flexible intermediate region and a relatively thicker wall thickness along the distal end region, in order to provide a dilator with the functionality described previously hereinabove.

Puncture devices

[0071] In accordance with further embodiments of the present invention, as described hereinabove, Figures 5A-5F illustrate embodiments of a medical device operable to be guided to a tissue site to puncture tissue and to function as a rail for installing devices

19

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

thereupon. Such embodiments provide efficiencies to medical procedures in which they are utilized as they perform multiple functions and thereby reduce the amount of device exchanges that need to be performed. The "hybrid" medical devices described herein further facilitate the access and puncture of a tissue site upon insertion at a particular access site on a patient's body, as described hereinabove.

[0072] With reference to Fig. 5A, an embodiment of a medical device, referred to herein as multi-function guidewire 200, is shown. Multi-function guidewire 200 includes an elongate member which comprises a proximal section 206 which is typically curved, a rail section 204, and a distal section 202 which is also typically curved. Multi-function guidewire 200 is sufficiently flexible to enable access to heart tissue, such as a septum, from, for example, an inferior approach or a superior approach. Thus, multi-function guidewire 200 allows access to a particular tissue site from one of several vascular access sites. While certain aspects and features of the multi-function guidewire 200 will be presently described with reference to one specific application, namely creating a puncture in a heart septum, it will be understood by those of skill in the art that the medical device described herein is usable in various applications and its utility is not limited to this particular procedure.

[0073] An active tip 208 (shown in detail in Fig. 5E) at the distal end of the distal section 202 is operable to deliver energy for puncturing tissue such as a heart septum to create a puncture site through which distal section 202 and the distal part of rail section 204 can be advanced, for example to enter the left atrium. Once advanced through the puncture site, distal section 202 is biased to form a coil for anchoring multi-function guidewire 200 beyond the puncture site. Typically, when distal section 202 is advanced out of a dilator and beyond the septum to curl up into a coil in the left atrium, the distal end of the rail section will have been advanced into the left atrium i.e. in order for the distal section to form a coil, rail section 204 is typically advanced into the left atrium to define a rail thereto. In some embodiments, particularly for use in accessing the left atrium, the distal section 202 is sized such that when it forms a coil in the left atrium, the coil will not be accidentally advanced into openings adjacent the left atrium, such as a left pulmonary vein or a mitral valve. Once the guidewire is anchored, rail section 204

20

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

functions as a substantially stiff rail for supporting the installation of one or more tubular members thereupon and for advancing devices into the heart. In typical embodiments, rail section 204 includes a metal wire 212 (Fig. 5B) which is fabricated of spring tempered steel. In some embodiments, for example when accessing the heart from a superior approach, the rail is sufficiently flexible to bend about 180° and yet maintains sufficient rigidity to function as a rail for advancing devices thereover. Additionally, the flexibility of rail section 204 enables it to be maneuvered (for example, by a steerable sheath) to access a tissue site. Thus, as described with respect to dilator 100 above, a medical device such as multi-function guidewire 200 can be understood to be a "hybrid" device, having sufficient flexibility to be positioned at a tissue site from a particular access site, while being sufficiently rigid to function as a rail for installation of other devices thereupon.

[0074] In some embodiments of the multi-function guidewire 200, rail section 204 has a length of about 700 mm to about 1750 mm to enable access to the tissue site. In some embodiments, the rail section has a length of between about 1200 and 1300 mm, more particularly about 1240 mm. Typically, as shown in Fig. 5B, the rail section has a constant diameter in maximum rail portion 234 and tapers distally in tapered rail portion 236. In some examples, the rail section (including metal wire 12 and insulation 214, described further hereinbelow) has an outer diameter of about 0.86 mm (0.034 inches) at its proximal end (i.e. at maximum rail portion 234) and about 0.71 mm at its distal end (i.e. at the distal end of tapered rail portion 236). In some such embodiments, the diameter of the guidewire elongate member is constant throughout maximum rail portion 234. In some embodiments, the upper limit for the outer diameter of the proximal end of the rail section (including metal wire 12 and insulation 214) is about 1.1 mm and the lower limit of the outer diameter of the distal end of rail section 204 (distal end of tapered rail portion 236) is about 0.6 mm. In some alternative embodiments, the outer diameter tapers in maximum rail portion 234.

[0075] The proximal section 206 is biased to a coiled configuration for improved handing of the medical device, for example to avoid interfering with users of the device such as doctors, nurses and other medical personnel. In some embodiments, the proximal

21

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

section is biased to assume a spiral-shaped coil, while in other embodiments; it is biased to assume a constant diameter coil (i.e. the diameter across the entire coil is substantially constant). In some embodiments, proximal section 206 has a length of about 150 to about 600 mm. In one specific example, proximal section has a length of about 500 mm.

[0076] For ease of illustration of the primary sections of multi-function guidewire 200, these sections are shown in Fig. 5B, as follows: the lower part of the figure shows the wire 212 of guidewire 200 in a typical configuration in use, with both distal section 202 and proximal section 206 adopting a coil shape, while the upper portion of the figure shows the wire 212 in a straight configuration. The divisions between the different sections of multi-function guide-wire 200 are shown by construction lines between the top and bottom drawings, with the exception of the two end parts, proximal section straight portion 215 and distal section straight portion 216.

[0077] Referring to the straight configuration wire shown in the upper part of Fig. 5B, proximal section 206 includes proximal section straight portion 215 and proximal section curved portion 232. Typically, wire 212 has a constant diameter in proximal section 206. Transition portion 222 is located between proximal section 206 and rail section 204. The diameter of wire 212 increases distally through transition portion 222. Referring to the coiled configuration of wire 212, shown in the lower part of Fig. 5B, proximal section straight portion 215 is shown at the bottom of the coil formed by proximal section 206. The proximal end of straight portion 215 includes an exposed portion 212a of electrically conductive wire 212.

[0078] Rail section 204 includes maximum (or 'constant-diameter') rail portion 234 and tapered rail portion 236. Typically, maximum rail portion 234 has a constant diameter along its length which generally corresponds to the largest diameter of the wire. In some embodiments, the diameter of wire 212 tapers distally through tapered rail portion 236.

[0079] Distal section 202 is distal of rail section 204 and includes distal section curved portion 226 and distal section straight portion 216. Distal section straight portion 216 is shown, in the lower portion of Fig. 5B, inside of the coil formed by distal section 202.

22

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

[0080] Typically, wire 212 is comprised of spring tempered stainless steel.

[0081] In some embodiments, wire 212 of the rail section has an outer diameter of about 0.64 mm (more specifically, 0.6 mm) at maximum rail portion 234 and at a proximal end of the tapered rail portion 236 (i.e. the diameter is constant in maximum rail portion 234); and an outer diameter of about 0.5 mm at a distal end of tapered rail portion 236 of the rail section 204. More broadly, embodiments of the wire 212 of the rail section have an outer diameter ranging from about 0.89 mm and to about 0.36 mm, or about 0.9 mm to about 0.3 mm, with the diameter of wire 212 typically being constant in maximum rail portion 234. In alternative embodiments, the outer diameter tapers in maximum rail portion 234.

[0082] In some embodiments, the proximal end of rail section 204 (i.e. the proximal end of maximum rail portion 234) of wire 212 has a stiffness of 2119 N/m or less. In some embodiments, the distal end of tapered rail portion 236 has a stiffness of 118 N/m or more. Typically, the stiffness is constant throughout the length of maximum rail 234, but it may decrease distally in alternative embodiments. In one example, the proximal end of rail section 204 (the proximal end of maximum rail portion 234) has a stiffness of about 550 +/- 5 N/m, more specifically 552 N/m, and the distal end of tapered rail 236 has a stiffness of about 200 +/- 5 N/m, more specifically 204 N/m, to enable the rail section to be bendable by at least 180 degrees and to function as a rail for supporting installation of one or more tubular members thereupon. In another embodiment, the rail section has a stiffness of between about 100 N/m to about 600 N/m. It should be noted that the stiffness values noted herein are derived using a 3-point bend test over a 50 mm span, as would be understood to those of skill in the art.

[0083] For ease of understanding, a table of correspondence is included for converting certain of the stiffness measurements included herein to normalized flexural rigidity:

| Wire diameter (mm) | Stiffness in three point bending over span of 50 mm (N/m) | Flexural rigidity (N*m^2) |
|---|---|---|
| 0.635 | 552 | 1.4E-3 |

23

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

| 0.5 | 204 | 5.3E-4 |
|---|---|---|
| 0.89 | 2119 | 5.5E-3 |
| 0.43 | 118 | 3.1E-4 |
| 0.157 | 2.1 | 5.4E-6 |
| 0.127 | 0.88 | 2.0E-6 |

[0084] The diameter of wire 212 (and thereby multi-function guide-wire 200) decreases distally along distal section curved portion 226 of the distal section, and alternately decreases and increases distally in distal section straight portion 216 (explained below, with reference to Fig. 5F).

[0085] In typical embodiments, a layer of electrical insulation 214 (Fig. 5D) covers electrically conductive wire 212, with the exception of active tip 208 at the distal end of multi-function guide-wire 200 and an electrically exposed portion 212a at the proximal end of the guidewire, both of which remain electrically exposed.  Exposed portion 212a is part of proximal section straight portion 215 and is operable to be electrically connected to an electrosurgical generator. Proximal section straight portion 215 facilitates loading/installation of over-the-wire devices (e.g. tubular members) onto the multi-function guidewire.

[0086] Fig. 5C is an exterior view of detail "A" of Fig. 5A showing distal section 202. The distal section 202 includes a distal section straight portion 216 which is distal of a distal section curved portion 226. Distal section straight portion includes active tip 208. In some embodiments, a length of distal section 202 is about 30 mm to about 150 +/- 10 mm. In some embodiments, a length of the distal section is about 125 mm.

[0087] Distal section 202 is configured such that when it is advanced through a puncture site in tissue, such as cardiac structures, it assumes a coiled configuration whereby the active tip 208 is directed away from the tissue, and is positioned at a predetermined distanced from electrically insulated portions of distal section 202. Distal section straight portion 216 of distal section 202 advances forward along a substantially straight path (the "axis of advancement") immediately after puncturing tissue and prevents the

24

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

guidewire from immediately curling back on itself in order to potentially deliver energy a second time to the tissue site. When distal section straight portion 216 has been completely advanced out of a lumen (for example, the lumen of a dilator), distal section curved portion 226 is configured such that, upon deployment of distal section 202 from a confined state (inside the lumen) along an axis of advancement, active tip 208 curves away from the axis of advancement. For example, after puncturing a septum, the configuration of distal section 202 during and after deployment (Fig. 5C) acts to prevent the electrode (active tip 208) from directly contacting tissue on the left side of the heart, and from contacting the distal section curved portion 226 of the guidewire. Positioning the active tip 208 at a distance from distal section curved portion 226 helps to ensure that the guidewire will not be damaged if energy is delivered through active tip 208 once the coil configuration has been achieved.

[0088] The configuration of a coiled distal section 202 is shown in Figs. 5A, 5C and 5D, which illustrate examples of an approximately 630° generally spiral-shaped curve (also known as a double pigtail curve). Distal section 202 (Fig. 5C) has an inner curve diameter d1 associated with an inner region of the 630° spiral-shaped curve and an outer curve diameter d2 associated with an outer region of the curve. Distal curves of some alternative embodiments range from about 270° to about 630°, with a specific alternative embodiment having a 270° curve (a single pigtail curve). Other alternative embodiments have curves of about 360° and about 450°. Yet other alternative embodiments have distal section 202 curves of less than 270°.

[0089] In some embodiments of the multi-function guidewire, inner curve diameter d1 is about 6 mm to about 30 mm, and in some embodiments is about 10 mm. In some embodiments of the multi-function guidewire, outer curve diameter d2 is about 20 to about 40 mm, and in some specific embodiments is about 22 mm.

[0090] As previously mentioned, distal section 202 is configured such that active tip 208 does not contact distal section curved portion 226. Fig. 5C illustrates an example of a distal curved section in a coiled configuration in which active tip 208 is spaced a pre-determined distance away from distal section curved portion 226. In the illustrated embodiment, active tip 208 is orthogonal (at a 90° angle) to the point along distal

25

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

section curved portion 226 to which it is closest. In some embodiments, the distance of the active tip 208 from the insulated portion of the distal section 202 to which it is orthogonal (i.e. closest to) ranges from about 0.8 mm to about 4 mm. In some embodiments, the pre-determined distance of the active tip from an insulated portion of the distal section which it is closest to, is about 2.8 mm.

[0091] The pre-determined distance of the active tip from the distal section curved portion 226 of distal section 202 can also be measured relative to the diameter of the active tip. Using this method of measurement, in some embodiments the pre-determined distance of the active tip from an insulated portion of the distal section is equivalent to about 1 to about 5 times a diameter of the active tip, and in a specific embodiment is equivalent to about 4.6 times a diameter of the active tip.

[0092] Distal section 202 is substantially atraumatic. It includes a rounded electrode (active tip 208) for puncturing, not a sharp tip such as used for mechanical puncturing. Furthermore, distal section 202 is substantially flexible (i.e. floppy) so as to avoid exertion of traumatic forces on tissue (i.e. it acts as an atraumatic bumper) and distal section 202 (with the exception of the rounded electrode) is covered with a smooth layer insulation 214 (which may be anti-thrombogenic). In embodiments of the present invention, distal section 202 does not contain any sharp edges or rough surfaces.

[0093] Fig. 5D is a cross section view of distal section 202 indicated by detail "A" in Fig. 5A. Distal section 202 includes wire 212 with electrical insulation 214 thereupon, marker 210, distal section straight portion 216, and active tip 208 at the furthermost distal tip of the wire. Marker 210 surrounds a distal segment of wire 212 and electrical insulation 214 covers marker 210. Typically, active tip 208 is an electrode operable to deliver electrical energy for puncturing tissue, and is radiopaque, whereby it also functions as a visibility marker under medical imaging. In some embodiments, active tip 208 is formed by welding together a radiopaque marker band with the distal end of wire 212 to form a rounded electrode which is devoid of the layer of electrical insulation. Marker coil 210 may also be radiopaque and may comprise a helical coil surrounding wire 212. Marker coil 210 helps align the active tip with target tissue (e.g. a fossa ovalis) during tissue access and puncture procedures.

26

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

**[0094]** The outer layer of electrical insulation 214 covers wire 212 and marker 210. In typical embodiments, electrical insulation layer 214 is comprised of PTFE (Polytetrafluoroethylene) heat shrink. When multi-function guidewire 200 is advanced through tissue, the friction of the tissue on insulation layer 214 creates a force that could possibly cause the insulation to slide proximally relative to wire 212, but as illustrated more clearly in Fig. 5F, electrical insulation layer 214 extends distal of the helical coil 210, whereby the helical coil/marker helps to secure the layer of electrical insulation to the multi-function guidewire. Typically, marker coil 210 is welded, glued or otherwise suitably coupled to wire 212. In some embodiments, the insulation layer has a smooth outer surface to reduce the risk of thrombosis, and in some examples is antithrombogenic.

**[0095]** The stiffness of distal section 202 enables it to provide anchorage to prevent multi-functional guidewire 200 from inadvertently slipping out to a position proximal of a puncture site. The stiffness of distal section curved portion 226 decreases distally (i.e. it "tapers"). In some embodiments of the multi-function guidewire, the proximal end of distal section curved portion 226 has a stiffness about 550 +/- 10 N/m or less, and the stiffness decreases distally, without abrupt changes, such that the distal end of distal section curved portion 226 has a stiffness of about 1 +/- 0.5 N/m or greater, more specifically 0.88 N/m. In one example, a distal section curved portion 226 of the distal section has a stiffness of about 200 N/m at its proximal end and a stiffness of about 2.0 N/m, or more specifically 2.1 N/m, at its distal end.

**[0096]** In some embodiments, the stiffness of multi-function guidewire is mostly provided by wire 212, with electrical insulation 214 and marker 210 providing negligible stiffness relative to the wire.  As known to one skilled in the art, the stiffness of multi-function guidewire 200 is related to (or a function of) the diameter of wire 212. In some embodiments of the multi-function guidewire 200, the wire 212 at the proximal end of the distal section curved portion 226 has an outer diameter of about 0.64 mm or less. In some examples, the wire at the distal end of distal section curved portion has an outer diameter of about 0.13 mm or more. In one example, the wire 212 of the distal section

27

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

curved portion tapers distally from a proximal end outer diameter of about 0.5 mm to a distal end outer diameter of about 0.16 mm.

[0097] In typical embodiments, the elasticity and stiffness of distal section 202 make it possible for the multi-function guidewire to align with a curved lumen of a device, such as a dilator, containing the multi-function guidewire (i.e. to conform to a shape of a tubular member while positioned within a lumen of the tubular member).

[0098] Marker 210 aids in positioning the distal end of the multi-function guidewire 200, in particular, positioning active tip 208 before, during and after puncturing, and also in positioning devices that are advanced over the guidewire, such as pacemaker leads, thereby increasing the safety and efficacy of related medical procedures.

[0099] In some embodiments, marker/coil 210 is comprised of platinum and tungsten, and in one embodiment is comprised of platinum with about 8% tungsten. In most embodiments, the helical coil extends proximally from the active tip along a curve of about 180° to about 630°, and in one example along a curve of about 270°. Typically, the helical coil has length of about 15 to about 100 mm, and in one example has length of about 30 mm.

[0100] In some embodiments, the outer diameter of multi-purpose guidewire 200 (including wire 212, insulation layer 214 and coil 210, as applicable) at a proximal end of the distal section curved portion is about 0.86 mm or less, and a distal end of the distal section curved portion has an outer diameter which is about 0.59 mm or more. In one example, the outer diameter of the proximal end of distal section curved portion is about 0.72 mm and the outer diameter at the distal end of the distal section curved portion is about 0.59 mm.

[0101] Fig. 5E illustrates an exterior view of distal section straight portion 216. As shown in Fig. 5C, distal section straight portion 216 is distal of distal section curved portion 226. The distal section straight portion prevents distal section 202 from curving immediately upon exiting a lumen, for example, the lumen of a dilator. In some embodiments, distal section straight portion 216 has a larger diameter than a distal end of the distal section curved portion 226. In most embodiments, distal section straight

28

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

portion has a length of about 3 to about 10 mm, and in one example distal section straight portion has a length of about 6.5 mm.

[0102] Fig. 5F shows a cross-sectional view of distal section straight portion 216 along the line A-A from Fig. 5E.  Fig. 5F includes: distal section straight portion 216, the distal end 228 of distal section curved portion 226, wire 212, minimum diameter portion 230, constant diameter portion 224, and active tip 208.

[0103] Distal section straight portion 216 includes constant diameter portion 224, which is a part of wire 212, and which typically has an outer diameter ranging from about 0.13 mm to about 0.65 mm.  In one particular example, the diameter at the constant diameter portion 224 is about 0.25 mm.  The outer diameter of the constant diameter portion 224 is the largest diameter of wire 212 within the distal section straight portion 216. Wire 212 is has a larger diameter adjacent active tip 208 in order to withstand the heat produced by active tip 208 without being damaged.

[0104] In some embodiments, the diameter of wire 212 at the minimum diameter portion 230 is the smallest diameter of wire 212 within distal section straight portion 216, and is also the smallest diameter of wire 212 of the entire multi-function guidewire 200. The diameter of wire 212 at minimum diameter portion 230 typically ranges from about 0.13 mm to about 0.64 mm, and in one example is about 0.16 mm, and is proximal of the constant diameter portion. The outer diameter of wire 212 increases distally from minimum diameter portion 230 to constant diameter portion 224, i.e. wire 212 flares out distally (or has a reverse taper).

[0105] As previously described, active tip 208 is used for delivering energy, for example for puncturing tissue. In some embodiments, active tip 208 is comprised of platinum and iridium, and in one embodiment is comprised of platinum with 10% iridium. Typically, active tip is dome-shaped. In some embodiments of the multi-function guidewire, the active tip 208 has a diameter ranging from about 0.4 to about 0.7 mm, and in one example has a diameter of about 0.6 mm. Typically, active tip 208 has a length ranging from about 0.75 mm to about 1.5 mm, and in one embodiment has a length of about 0.8 mm.

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

**[0106]** Referring back to Fig. 5B, proximal section 206 includes proximal section curved portion 232 and proximal section straight portion 215, which includes exposed portion 212a of wire 212.

**[0107]** While proximal section 206 is typically biased to a coiled configuration, it is also flexible which allows it to be uncoiled. Typically, wire 212 has a constant diameter throughout the proximal section 206, with typical embodiments of the wire at proximal section curved portion 232 having an outer diameter ranging from about 0.13 mm to about 0.64 mm, and in one example having an outer diameter of about 0.38 mm. In some embodiments, the proximal section of the guidewire/elongate member (i.e. wire 212 as well as insulation layer 214) has an outer diameter of about 0.60 mm.

**[0108]** In some embodiments, proximal section 206 is curved in the same plane as distal section 202, i.e. the curves are coplanar. Having coplanar proximal and distal curves is advantageous in that, for example, when the distal section extends out of a dilator within the body, the orientation of the proximal curve outside of the patient's body can be used to ascertain the orientation of the distal curve, which itself may not be directly visualized, in order to aid in positioning.

**[0109]** The configuration of proximal section straight portion 215 aids in loading over-the-wire devices onto the multi-function guidewire 200. To assist in providing this functionality, the proximal section straight portion 215 is elongated and has a diameter less than or equal to the rail section. In some embodiments, proximal section straight portion 215 has a length of about 5 to about 50 mm, and in one embodiment, has a length of about 25 mm. To provide for greater user safety when loading devices onto the multi-function guidewire, proximal section straight portion 215 has a rounded tip.

**[0110]** An additional function of proximal section straight portion 215 is provided by its relatively small diameter. Due to its size, proximal section straight portion 215 is operable to puncture tissue mechanically (i.e. without the delivery of electrical energy). This allows a user the option to potentially attempt both mechanical and electrical punctures using a single device. For example, a user may attempt mechanical puncture using the proximal end of the device and, if unsuccessful, the user may withdraw the device and insert the distal end to attempt electrical puncture. In some embodiments,

30

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

the elongate member/guidewire 200 at the proximal section, including wire 212 and insulation 214, has an outer diameter of about 0.86 mm or less, with one embodiment having an outer diameter of about 0.60 mm or less.

[0111] Multi-function guidewire 200 includes exposed portion 212a of wire 212 to allow for coupling to a source of electrical energy, for example using a removable push-button connector placed over exposed portion 212a. In some embodiments, exposed portion 212a has a length ranging from about 5 to about 15 mm, and in one example, has a length of about 10 mm.

[0112] Some embodiments of multi-function guidewire 200 include transitional portion 222 between the proximal section 206 and rail section 204 to avoid having an abrupt change in diameter, for example to avoid structural weaknesses. In some embodiments, the transitional portion 222 defines a length ranging from about 15 mm to about 100 mm, with one embodiment defining a length of about 25 mm. The proximal end of transitional portion 222 has an outer diameter ranging from about 0.35 mm to about 0.86 mm and the distal end has an outer diameter of about 0.58 mm to about 1.12 mm. One particular embodiment has a minimum outer diameter of about 0.60 mm and a maximum outer diameter of 0.86 mm.

[0113] In a specific embodiment of multi-functional guidewire 200, active tip 208 is primarily comprised of platinum, with 10% iridium; marker 210 is a helical coil primarily comprised of platinum, with 8% tungsten; and each of the proximal section 206, rail section 204, and distal section 202 are comprised of a 304V stainless steel wire 212 (spring tempered) with PTFE heat shrink insulation (electrical insulation 214) thereupon. Stainless steel wire 212 has adequate stiffness to provide pushability to multi-functional guidewire 200 and is also an efficient electrical conductor.

[0114] In this specific embodiment, active tip 208 has a length of about 0.8 mm and a diameter of about 0.024 inches (~0.61 mm); the wire 212 and active tip 208, combined, extend 2 mm beyond the distal end of marker 210; and marker 210 has a length of about 3 cm. Furthermore, distal section straight portion 216 has a length of about 6 to 10 mm and a diameter of about 0.018 to 0.0225 inches (0.45 to 0.57 mm)); distal section 202 has an inner curve diameter d1 of about 1 to 3 cm and an outer curve

31

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

diameter d2 of about 2 to 4 cm (Fig. 5C); the diameter of rail section 204 adjacent the distal section 202 is 0.029 to 0.035 inches (0.74 to 0.89 mm).

**[0115]** The specific embodiment further includes wire 212 of distal section 202 having a length of 15 cm and tapering over the 15 cm segment of the wire from 0.025 inches (0.64 mm) to 0.006 inches (0.15 mm) at the tip of wire 212. The tip of wire 212 has a length of 5.5 mm and a diameter of 0.010 inches (0.25 mm) over the 5.5 mm length. The point along wire 212 that is 15 cm from the distal tip of distal section 202 (i.e. the part of distal section 202 with the largest diameter of wire 212) has a proximal stiffness (force/displacement) of about 552 N/M.  In this embodiment, active tip 208 is welded to wire 212. The distal tip of marker coil 210 is 2 mm proximal from active tip 208 and has length of 30 mm. Electrical insulation 214 is comprised of PTFE heat shrink and has a wall thickness of 0.004 inches (0.10 mm).

**[0116]** Furthermore, in this specific embodiment, rail section 204 has a length of about 120 cm; and the wire 212 within the rail section has a diameter of about 0.635 mm ± 0.008 and stiffness of about 552 N/M. Proximal section 206 has a length of about 525 mm ± 1.5, including a tapered section of about 2.5 cm (tapering down from the rail section), and the wire 212 of proximal section 206 has a diameter of about 0.381 mm ± 0.008. The overall length of wire 212 is 1800 mm ± 2.

**[0117]** Some alternative embodiments of multi-functional guidewire 200 comprise a straight proximal section 206 and/or a J-shaped distal section 202.

**[0118]** In alternative embodiments of the disclosed methods (described further hereinbelow), mechanical wires are used for puncturing. The mechanical wires typically have a distal part/portion/section that is J-shaped to prevent accidental punctures and trauma by a sharp distal tip. Some alternative mechanical wire embodiments have a distal part that is coiled, while others have a straight distal part.

**[0119]** Methods

**[0120]** A first broad aspect of a method of accessing a chamber of a patient's heart using a superior access approach comprises the steps of: (a) advancing a steerable device through a patient's vasculature, from a superior approach, into a heart of a

32

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

patient, the steerable device defining a lumen and containing a dilator within the lumen; (b) articulating the steerable device to manipulate a distal portion of the dilator to position the dilator substantially adjacent a tissue; and (c) advancing the dilator through a puncture in the tissue. The procedure is performed using forms of imaging known to those skilled in the art.

[0121] With reference now to Fig. 6A, in a particular embodiment, as described herein, the steerable sheath 300 may be used to guide the dilator 100 to reach an area of the heart 400, in order for example to perform a transseptal puncture. In one such example, a guiding introducer or apparatus such as an introducer sheath may be advanced through the vasculature. A guide-wire may then be advanced through the introducer sheath and advanced through the vasculature, for example the superior vena cava 412, to be positioned within the right atrium 410. In some embodiments, the guide wire may be advanced without the use of an introducer sheath. A dilator 100, in accordance with an embodiment of the present invention, may then be inserted through the steerable sheath 300 forming a dilator and sheath assembly, or in other words a steerable sheath assembly 300a.

[0122] Dilator 100 comprises a flexible intermediate region 100b terminating at a rigid distal end region 100a. In the specific example shown, the dilator 100 additionally has a rigid proximal region 100c, as described previously, that helps minimize the risk of the dilator buckling as it is inserted into the steerable sheath 300. (Alternatively, a dilator 100 may be provided with a softer proximal portion 100c.) The dilator 100 is usable with a steerable sheath 300, as described previously herein above. The steerable sheath 300 defines a lumen there-through for receiving the dilator 100 and further comprises an articulating portion or deflectable region 200b that terminates in a sheath distal end. In some embodiments, the steerable sheath 300 and dilator 100 may be provided as a steerable sheath kit.

[0123] Once the dilator 100 is inserted through the steerable sheath 300, the dilator 100 extends through the sheath lumen with the distal end region 100a of the dilator extending beyond the sheath distal end. Thus, in some embodiments, the dilator 100 is inserted through the steerable sheath 300 prior to the step of inserting the steerable

33

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

sheath 300 through the vasculature, and the steps of inserting and advancing the dilator 100 are performed substantially simultaneously with the steps of inserting and advancing the steerable sheath 300. Once assembled, the dilator 100 and the steerable sheath 300 are configured to co-operate with one another such that the flexible intermediate region 100b of the dilator 100 corresponds to the articulating portion or deflectable region 200b of the steerable sheath 300 during use.

[0124] In alternative embodiments, the steps of inserting and advancing the steerable sheath 300 may be performed prior to the steps of inserting and advancing the dilator 100. In a specific example, the steerable sheath 300 may initially be advanced into the right atrium 410, with a catheter or any other dilator inserted there-through, such as a second dilator. The catheter or second dilator may then be swapped out with the flexible dilator 100. That is the catheter or second dilator may be removed and the dilator 100 may be inserted through the sheath and advanced into the right atrium. In still further alternative embodiments, the steps of inserting and advancing said dilator 100 may be performed prior to the steps of inserting and advancing said steerable sheath 300, which for example, may be advanced over the dilator 100.

[0125] After positioning the steerable sheath assembly 300a within the right atrium 410, the initial guide-wire is swapped out with an RF guide-wire or other energy delivery device (such as RF guidewire 200 visible in Fig. 6C). Referring now to Fig. 6B, the steerable sheath 300 is then actuated to allow the steerable sheath 300 to achieve a desired deflection angle to position the dilator distal end region 100a at a desired location within a region of tissue, within a patient's body, for example a desired location within the septum 422 of the heart 400 (in some examples, more specifically, at the fossa ovalis region of the septum 422). The dilator 100 provides a flexible intermediate region 100b that does not hinder the ability of the steerable sheath 300 to curl or curve and as such allows the articulating portion or deflectable region 200b of the steerable sheath 300 to deflect upon actuation to position the dilator 100 and the RF guide-wire as desired. As such, the steerable sheath 300 is able to reach its intended curvature, as shown by path 300b, upon actuation, to position the distal end region 100a of the dilator 100 as well as a distal end of the RF guide-wire at the septum 422. Using a dilator

34

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

lacking such a flexible intermediate region may result in the steerable sheath not being able to achieve the required or intended curvature, whereby the steerable sheath assembly may be limited to the curvature shown in Fig. 6A.

[0126] Additionally, as outlined previously, the dilator 100 is essentially a straight dilator that is lacking a curve. As a result the dilator 100 does not interfere with the curvature of the steerable sheath 300 by imparting a curvature to the steerable sheath 300. Thus, the lack of curvature in the dilator 100 in conjunction with the flexible intermediate region 100b, additionally aids in allowing the steerable sheath 300 to attain the required deflection angle or curvature to position the dilator distal end region 100a as well as the RF guide-wire at the septum 422.

[0127] With reference now to Fig. 6C, once the distal end region 100a of the dilator 100 has been positioned at the septum 422, a transseptal puncture may then be performed, for example by using a puncturing device as described hereinabove. In one embodiment, as shown, the puncturing device comprises the RF guidewire 200 (that was previously positioned within the steerable sheath assembly 300a) which may then be activated to deliver RF and be advanced across the septum 422 to create the puncture.  The guidewire 200 may then be advanced into the left atrium 408 of the heart 400, as shown in Fig. 6C. The  dilator 100 may then be advanced over the guidewire 200 through the septum 422 in order to dilate the transseptal puncture site, as shown in Fig. 6D, for example in order to facilitate tracking of other devices through the puncture site. The steerable sheath 300 and the dilator 100 may then be withdrawn and the other devices may be advanced over the guidewire 200, for example, to perform a procedure within the heart.

[0128] Figs. 7A to 7G illustrate the steps of an alternate embodiment of a method for gaining access to the left side of a heart. Anatomical features illustrated in Fig. 7A include: heart 400, left ventricle 402, right ventricle 404, mitral valve 406, left atrium 408, right atrium 410, superior vena cava 412, inferior vena cava 414, aorta 416, and brachiocephalic veins 418.

[0129] Fig. 7B(i) shows access being gained through the left subclavian vein 420, which is superior (i.e. above) to heart 400.  In some alternative embodiments a large diameter,

35

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

short length introducer (not shown in drawings), known to those skilled in the art, is secured at the left subclavian access site to accommodate the steerable sheath. In the embodiment of Fig. 7B(i), steerable sheath 300 is advanced through left subclavian vein 420. Steerable sheath 300 is controlled using steerable sheath handle 302. Dilator 100, which includes dilator hub 102, is inserted into steerable sheath 300. Typically dilator 100 and steerable sheath 300 are locked together before being advanced through the vasculature to form a steerable sheath assembly. Fig. 7B(i) also shows that a wire 200 is inserted into dilator 100.

[0130] As described above in the above embodiment of a method of the present invention, step (a) is for advancing a steerable device having a lumen and containing a dilator within the lumen, from a superior approach, into a heart of a patient. To arrive at the configuration of Fig. 7A, a steerable device, steerable sheath 300, is advanced through superior vena cava 412 and right atrium 410, as indicated by sheath movement arrow 310, and temporally positioned in inferior vena cava 414. Fig. 7A illustrates the position of apparatus upon a completion of step (a). From the position shown in Fig. 7A, steerable sheath 300 and dilator 100 are slightly withdrawn to position the dilator's distal tip 106 in right atrium 410. In alternative embodiments of the method, steerable sheath 300 is not advanced into inferior vena cava 414, but instead, advancement is stopped when the distal tip of the steerable sheath is still in right atrium 410. Steerable sheath 300 defines a lumen and contains a dilator 100 within the lumen. Typically, the physician selects the dilator and steerable sheath to match the outer diameter of dilator 100 with the inner diameter of steerable sheath 300 (i.e. so that the dilator fits snugly within the sheath or, put differently, that the dilator is cooperatively fitted to the sheath) so that the dilator may provide support for the sheath to prevent the sheath from buckling when making sharp turns, such as when, for example, steering the sheath towards the atrial septum after the sheath is advanced through the superior vena cava. Furthermore, matching the outer diameter of dilator 100 with the inner diameter of steerable sheath 300 facilitates smooth advancement through the vasculature by avoiding and/or reducing scraping of tissue.

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

**[0131]** Once the dilator's distal tip 106 is advanced into right atrium 410, the tip is positioned within the right atrium using the steerable sheath. The portion of the dilator shaft 104 of dilator 100 inside of right atrium 410 (and within steerable sheath 300) is flexible enough to be cooperatively steered by the sheath i.e. sheath 300 can manipulate dilator shaft 104 to the required angle to contact tissue without the dilator restricting the sheath's range of motion. Only the portion of dilator shaft 104 within the part of steerable sheath 300 that is being bent for the "U-turn" from the superior vena to contact the atrial septum needs such a high degree of flexibility: the disclosed method can still be performed even if other portions of dilator shaft 104 (not inside the right atrium) are relatively less flexible (i.e. more rigid) than the highly flexible portion.

**[0132]** Step (b) of the method is for the physician articulating the steerable device (steerable sheath 300), in the direction indicated by sheath movement arrow 310, to cooperatively manipulate a distal portion of the dilator 100 and thereby position the dilator substantially adjacent a tissue. The dilator is manipulated to arrive at the position shown in Fig. 7B. For the sake of simplicity, some embodiments of the method use a unidirectional sheath: the direction of deflection is known before the procedure such that a bi-directional sheath is not required, although it may be used as well.

**[0133]** Fig. 7B also shows dilator 100 slightly extended from steerable sheath 300 and touching a tissue site (atrial septum 422). A flexible elongate puncture member (medical device/guidewire 200) is located wihtin the dilator's lumen when the physician adjusts steerable sheath 300 to cooperatively position dilator 100. Typically, the elongate puncture member 200 is positioned to be close to, but not contacting, the fossa ovalis of the atrial septum.  The embodiment of guidewire 200 of Fig. 5D has radiopaque active tip 208 and radiopaque helical marker 210, which when positioned towards the front of the dilator aid in positioning dilator 100 under imaging.

**[0134]** Typical embodiments of a method of the invention comprise the dilator having a lumen (not shown in drawings) and containing an elongate puncture member therein, and the method including between steps (b) and (c), advancing the elongate puncture member and puncturing the tissue. While the method is not limited to any particular type of tissue, in the illustrated embodiment the tissue is a septum of the heart and the

37

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

method comprises, between steps (b) and (c), advancing an elongate puncture member (wire 200) and puncturing atrial septum 422, as illustrated in Figs. 7C(i) to 7C(iii).  In Fig. 7C(i), the distal tip of dilator 100 is tenting  the atrial septum 422 while the wire is advanced in the direction of wire movement arrow 220. The steerable device (steerable sheath 300) is used to position dilator 100 for tenting the septum dilator under imaging. Tenting ensures the dilator is properly positioned and in contact with the septum.  Fig. 7C(iv) shows wire being advanced from the proximal end (the end toward the physician) and indicates diagrammatically the use of RF energy.  Fig. 7C(ii) shows wire 200 having just punctured atrial septum 422. The distal portion/part of the wire is comprised of a material with shape memory and it curves back as it is extended into left atrium 408. Fig. 7C(iii) shows the wire further extended and curving back approximately 270° into a "pig-tail" configuration (although, as described hereinabove, this coil may typically traverse between 270° and 630°). Fig. 7C shows heart 400 with the wire 200 that has punctured the septum and is in the position of Fig. 7C(iii). As previously noted, curved distal part 202 acts to prevent the electrode (active tip 208) from directly contacting tissue on the left side of the heart.

[0135] In some embodiments of the method aspect of the present invention, the elongate puncture member is an energy delivery device, and puncturing tissue between steps (b) and (c) comprises delivering energy through the energy delivery device (e.g. a distal end of the energy delivery device) to puncture the tissue. In some such embodiments, the energy delivery device is operable to deliver electrical energy, and in some specific embodiments, the electrical energy is in the RF range.

[0136] In some other embodiments, the elongate puncture member is a mechanical wire with a sharp tip, and puncturing tissue between steps (b) and (c) comprises advancing the mechanical wire such that the sharp tip of the mechanical wire punctures the tissue.

[0137] After wire 200 has punctured the septum, the physician proceeds to step (c) of the method. Step (c) is for advancing the dilator through a puncture in the tissue. The first broad aspect of the method includes the use of a hybrid dilator having a flexible intermediate region 100b that can be bent from a superior approach to approach the septum, a bend of about 180° (i.e. a U-shaped turn), with the hybrid dilator also having

38

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

a distal tip that is sufficiently hard to provide for dilating tissue without deformation of the taper. The use of the hybrid dilator makes it unnecessary to use a soft dilator for steering and bending for the U-shaped turn, and then changing to a stiffer dilator for crossing the septum, whereby the hybrid dilator reduces the number of steps in the procedure by eliminating the steps of withdrawing a soft dilator and advancing a hard dilator.

[0138] Fig. 7D shows a positioning of the dilator after completion of step (c) of the method (advancing the dilator through a puncture in the tissue). Distal tip 106 of dilator 100 is comprised of hard (shape retaining) material that pushes aside tissue as dilator 100 is advanced. A portion of flexible intermediate region 100b is shown extended from steerable sheath 300 inside of right atrium 410 in Fig. 7C. Typically, advancement of dilator 100 is stopped when maximum dilation is achieved; resulting in the dilator being positioned such that a distal portion of dilator's distal tip 106 is in left atrium 408 and a portion of distal tip is in right atrium 410. In alternative embodiments of the method, the dilator is further advanced so that all of distal tip 106 is in the left atrium, such as, for example if the physician wants to ensure that maximum dilation has been achieved.

[0139] Some embodiments of the method aspects of the present invention further comprise a step (d) of withdrawing the elongate puncture member (and advancing an anchor wire until the anchor wire bridges (crosses) the septum and a right atrium to thereby provide a bridge between the superior vena cava and the left atrium (put differently, the anchor wire bridges the septum between the right and left atria). After an anchor wire is advanced, some embodiments further comprise a step (e) of withdrawing the dilator and sheath. Fig. 7E illustrates an installed anchor wire (wire 200) with the dilator and sheath withdrawn. As previously described, curved distal part 202 of wire 200 provides anchorage to prevent wire 200 from inadvertently slipping back into the right atrium. The anchor wire is sufficiently stiff that it may, by itself, provide a rail for advancing medical devices into the left atrium. Such medical devices are selected at the discretion of the physician and can include, at least, ablation catheters and pacing leads (e.g. for left ventricular endocardial pacing).  As described hereinabove as well as hereinbelow, in an exemplary embodiment of a method of the present invention, a

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

single wire may be utilized for both the puncturing step as well as for anchoring in the left atrium by using a hybrid medical device, such as multi-function guidewire 200, to puncture the tissue site and provide a rail (as well as an anchor) through the puncture site.

[0140] Some embodiments of the method aspect further comprise a step (f) of advancing a lead delivery catheter 350 (and possibly a lead delivery dilator, if dilator 100 may not be used for the stated purpose), configured for delivering leads (such as pacemaker leads), into the left atrium of the heart, as shown in Fig. 7F. As previously described, other medical devices are advanced/implanted in some alternative embodiments.

[0141] Some embodiments further include a step (g) of withdrawing the wire 200 (as well as any dilators, including a lead delivery dilator). Some such embodiments further comprise a step (h) of advancing the lead delivery catheter 350 as indicated by catheter movement arrow 360 (Fig. 7F), to thereby position the distal end of lead delivery catheter 350 in left ventricle 402, as shown in Fig. 7G.

[0142] For some embodiments of this method aspect, a stiff introductory wire (rather than a hybrid wire such as guidewire 200) is used. Such embodiments comprise: prior to step (a), advancing the stiff introductory wire into the right atrium; and step (a) includes advancing the steerable sheath and the dilator over the stiff introductory wire; and between steps (b) and (c), the stiff introductory wire is withdrawn and the elongate puncture member is advanced to puncture the septum. In some such embodiments, the stiff introductory wire is comprised of stainless steel. Typically, an introductory wire has an atraumatic tip that is generally J-shaped.

[0143] In some embodiments, as noted above, a stiff introductory wire is not utilized; rather, a hybrid wire such as described above may be utilized. Such embodiments comprise: prior to step (a), the wire/elongate puncture member is advanced into the right atrium; and step (a) includes advancing the steerable sheath and the dilator over the wire/elongate puncture member.

40

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

**[0144]** A further broad aspect of the method of accessing a chamber of a patient's heart using a superior access approach is described below.  The method comprises the steps of: (a) advancing a steerable device through a patient's vasculature, from a superior approach, into a heart of a patient, the steerable device defining a lumen and containing an elongate puncture member within the lumen; (b) articulating the steerable device to manipulate a distal portion of the elongate puncture member for positioning the puncture member substantially adjacent a tissue; (c) creating a puncture in the tissue using the puncture member; and (d) advancing a dilator over the puncture member through the puncture.

**[0145]** This broad aspect relates to the concept of reducing or minimizing the number of steps in a procedure by using multifunctional or hybrid devices. First, embodiments of the second broad aspect include the elongate puncture member having a rail section that is stiff enough to provide rail for advancing devices, thereby eliminating (making unnecessary) using an anchor wire and the steps of withdrawing the puncture member and advancing the anchor wire. Second, the steerable device is advanced over the puncture member, thereby eliminating the use of a stiff introductory wire and the steps for exchanging the introductory wire and puncture member. Also, embodiments of the second broad aspect include the elongate puncture member being flexible enough to be cooperatively manipulated by the steerable device, steerable sheath 300.

**[0146]** Making reference to Figs. 7A to 7D, in some embodiments of this broad aspect: step (a) includes advancing the steerable device (e.g. steerable sheath 300) into the right atrium 410 of a heart 400; step (b) includes articulating the steerable device (steerable sheath 300) to manipulate a distal portion of the elongate puncture member (wire 200) for positioning the puncture member; step (c) includes advancing the puncture member (wire 200) to create a puncture in the tissue (atrial septum 422); and step (d) includes advancing dilator 100 over the puncture member (wire 200) through the puncture in the tissue (atrial septum 422). In some embodiments, step (c) further comprises advancing the elongate puncture member into the left atrium. In some embodiments the method further includes a step (e) of withdrawing the steerable device

41

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

and dilator, whereby the elongate puncture provides a rail for advancing medical devices into the left atrium.

[0147] In some embodiments of the second broad aspect, the elongate puncture member is an energy delivery device (e.g. a wire operable to deliver electricity) and puncturing tissue in step (c) comprises delivering energy through the distal end of the energy delivery device to puncture the tissue. In some other embodiments of the second broad aspect, the elongate puncture member is a mechanical wire with a sharp tip and puncturing tissue in step (c) comprises advancing the mechanical wire such that the sharp tip of the mechanical wire punctures the tissue.

[0148] A specific embodiment of this broad aspect comprises the steps of: (a) introducing a steerable sheath and a soft dilator into the right atrium; (b) positioning the steerable sheath and the soft dilator such as to be aimed towards the septum; (c) withdrawing the soft dilator and advancing a stiffer dilator; (d) adjusting the steerable sheath to position the stiffer dilator, and an energy delivery device inside the dilator's lumen, substantially adjacent the atrial septum; (e) delivering energy through the distal end of the energy delivery device to puncture the septum; (f) advancing the energy delivery device until a distal tip of the energy delivery device crosses the septum and enters the left atrium wherein the portion of the energy delivery device bridging the right atrium and septum is stiff enough to provide a device-supporting rail to the left atrium; and (g) advancing the stiffer dilator to dilate the puncture.

[0149] Some embodiments of this broad aspect include using a soft and a hard dilator, while some alternative embodiments include using a hybrid dilator as described hereinabove.

[0150] Details regarding characteristics of the initial broad aspect of an embodiment of a method of the present invention, including (but not limited to) the description of tenting, the use of electricity and the dilator supporting the steerable sheath, also apply to the second broad aspect.

[0151] A further broad aspect of the method of accessing a chamber of a patient's heart using a superior access approach is described below. The method comprises the steps

42

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

of: (a) advancing a steerable device through a patient's vasculature, from a superior approach, into a heart of a patient, the steerable device defining a lumen and containing a dilator within the lumen; (b) articulating the steerable device to manipulate a distal portion of the dilator for positioning the dilator substantially adjacent a tissue; (c) advancing an elongate puncture member, from within a lumen of the dilator, to create a puncture in the tissue; and (d) advancing the dilator over the elongate puncture member through the puncture.

[0152] This broad aspect, similar to the first broad aspect mentioned above with respect to a method of the resent invention, also uses a hybrid dilator. The use of the hybrid dilator renders unnecessary the use of a soft dilator for steering and bending, and then changing to a stiffer dilator for crossing tissue, whereby the hybrid dilator reduces the number of steps in the procedure by eliminating the steps of withdrawing a soft dilator and advancing a stiffer (hard) dilator. Also, this broad aspect, similar to the second mentioned above, includes the elongate puncture member having a rail section that is stiff enough to provide rail for advancing devices, thereby eliminating (making unnecessary) the use of an anchor wire and the steps of exchanging the puncture member and anchor wire. Thus, this broad aspect includes embodiments of both hybrid devices described hereinabove.

[0153] Making reference again to Figs. 7A-7D, some embodiments of the method comprises the steps of: (a) advancing a steerable sheath 300 containing dilator 100 within a lumen of steerable sheath 300, from a superior approach, into a heart 400 of a patient; (b) articulating the steerable sheath 300 to manipulate a distal portion of dilator 100 for positioning the dilator substantially adjacent atrial septum 422; (c) advancing an elongate puncture member (wire 200), from a lumen of dilator 100, to create a puncture in atrial septum 422; and (d) advancing dilator 100 over wire 200 and through the puncture.

[0154] Similar to the previous broad aspects, step (c) comprises advancing the elongate puncture member to enter into the left atrium. In some embodiments of the third broad aspect, the method further includes a step (e) of withdrawing the steerable device and dilator to thereby provide a rail for advancing medical devices into the left atrium.

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

[0155] In some embodiments of the third broad aspect, the elongate puncture member is an energy delivery device and puncturing the tissue in step (c) comprises delivering energy through a distal end of the energy delivery device to puncture the tissue. In some other embodiments of the third broad aspect, the elongate puncture member is a mechanical wire with a sharp tip and puncturing the tissue in step (c) comprises advancing the mechanical wire such that the sharp tip of the mechanical wire punctures the tissue.

[0156] A specific embodiment of this third broad aspect comprises the steps of: (a) introducing a steerable sheath and a dilator into the right atrium; (b) positioning the steerable sheath and the dilator such as to be aimed towards the septum wherein the portion of the dilator shaft within the steerable sheath is flexible enough to be cooperatively steered by the sheath; (c) adjusting the steerable sheath to cooperatively position the dilator, and an energy delivery device inside the dilator's lumen, substantially adjacent the atrial septum; (d) delivering energy through the distal end of the energy delivery device to puncture the septum; (e) advancing the energy delivery device until a distal portion tip of the energy delivery device bridges (crosses) the septum and enters the left atrium wherein the distal portion of the energy delivery device bridging the right atrium and septum is stiff enough to provide a device-supporting rail to the left atrium; and (f) advancing the dilator whereby a shape-retaining (i.e. hard) tip section of the dilator dilates the puncture.

[0157] Details regarding the earlier broad aspects, including (but not limited to) the description of tenting, the use of electricity and the dilator supporting the steerable sheath, also apply to this third broad aspect.

[0158] A fourth broad aspect of the invention is described below. Making reference to Figs. 7A to 7B, it is a method of accessing a chamber of a patient's heart using a superior access approach. The method comprises the steps of: (a) advancing an energy delivery device from an access site superior to the heart, through a superior vena cava and into a right atrium; (b) adjusting/articulating/manipulating a steerable device to position the energy delivery device substantially adjacent a septum of the heart; (c) delivering energy through a distal end of the energy delivery device to puncture the

44

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

septum; (d) advancing the energy delivery device into a left atrium; and (e) advancing a dilator over the energy delivery device whereby the dilator dilates the puncture.

[0159] The fourth broad aspect also relates to the concept of reducing or minimizing the number of steps in a procedure by using hybrid devices. Embodiments of the fourth broad aspect include using an energy delivery device (wire 200) having a rail section that is stiff enough to provide rail for advancing devices, thereby making unnecessary using an anchor wire and eliminating the steps of withdrawing the energy delivery device and advancing the anchor wire.

[0160] Some embodiments of this aspect further comprise a step (f) of withdrawing the steerable device (steerable sheath 300) and the dilator 100, after which the portion of the energy delivery device bridging the right atrium and septum is stiff enough to provide a device-supporting rail to the left atrium for advancing medical devices into the left atrium.

[0161] Some embodiments of the fourth broad aspect include using a soft and a hard dilator, while some alternative embodiments include using a hybrid dilator.

[0162] In some embodiments of the fourth broad aspect, the access site is at a left subclavian vein 420. In some other embodiments, the access site is at a right subclavian vein. In yet some further embodiments, the access site is at a jugular vein.

[0163] Details regarding the first broad aspect, including (but not limited to) the description of tenting, the use of electricity and the dilator supporting the steerable sheath, also apply to the fourth broad aspect.

[0164] Thus, as described above, disclosed herein are several embodiments of a method of providing access for medical devices to a specified tissue site, such as the left side of the heart from a particular access site, such as superior access site. The method comprises using one or more hybrid devices for performing multiple steps of a medical procedure to thereby reduce and/or minimize the number of device exchanges. Some of the methods include puncturing the left side of the heart using an energy delivery device sufficiently flexible so as to be advanced from a superior approach and using the energy delivery device as a rail for advancing other instruments thereupon,

45

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

thereby providing a means of support for advancing instrumentation through to the left side of the heart.

FURTHER EXAMPLES

[0165] Example 1.  A multi-function guidewire for a accessing a heart including a septum, the multi-function guidewire comprising: a rail section sufficiently stiff to act as rail and flexible enough to enable access to a septum from any approach; a distal section which is generally curved and distal of the rail section; and an active tip at a distal end of the distal section, the active tip operable to deliver energy for puncturing the septum to define a puncture site; the distal section being configured to form a coil whereby it anchors the multi-function guidewire beyond the puncture site when the distal section is advanced beyond the septum.

[0166] 2. The multi-function guidewire of example 1, wherein the rail is sufficiently flexible to enable access to the septum from an inferior approach and/or a superior approach.

[0167] 3. The multi-function guidewire of example 1, wherein the rail section has a maximum outer diameter of about 1.1 mm and a minimum outer diameter of about 0.58 mm, or more particularly, an outer diameter of about 0.86 mm at its proximal end and about 0.72 mm at its distal end.

[0168] 4. The multi-function guidewire of example 1, further comprising a metal wire, wherein the metal wire of a proximal curved portion of the proximal section has an outer diameter of about 0.13 to about 0.64 mm or, more specifically, an outer diameter of about 0.38 mm.

[0169] 5. The multi-function guidewire of example 1, wherein the distal section is sized and configured to anchor a distal end of the multi-function guidewire in an atrium without accidentally being advanced into openings adjacent the left atrium such as a left pulmonary vein or a mitral valve.

[0170] 6. The multi-function guidewire of example 1, wherein the rail section has a maximum elasticity of about 2100 N/m and a minimum elasticity of about 100 N/m.

46

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

[0171] 7. The multi-function guidewire of example 1, wherein a distal curved portion of the distal section has a maximum elasticity of about 550 N/m and a minimum elasticity of about 1 N/m.

[0172] 8. The multi-function guidewire of example 1, wherein the distal section comprises a spiral-shaped coil traversing a curve of about 630°.

[0173] 9. The multi-function guidewire of example 8, wherein a diameter of an inner curve of the coil is between about 6 mm to about 30 mm or, more specifically, about 10 mm.

[0174] 10. The multi-function guidewire of example 8, wherein a diameter of an outer curve of the coil is between about 20 mm to about 40 mm or, more specifically, about 22 mm.

[0175] 11. The multi-function guidewire of example 1, wherein a diameter of the guidewire decreases distally along a distal curved portion of the distal section.

[0176] 12. The multi-function guidewire of example 11, wherein an outer diameter of the guidewire at a proximal end of the distal curved portion is between about 0.72 mm to about 0.86 mm, and an outer diameter at a distal end of the distal curved portion is between about 0.59 mm to about 0.72 mm.

[0177] 13. The multi-function guidewire of example 1, wherein the distal section further comprises a helical coil, the helical coil having a length of between about 15 mm to about 100 mm or, more particularly, about 30 mm.

[0178] 14. The multi-function guidewire of example 13, wherein the helical coil is comprised of platinum and tungsten or, more particularly, wherein the helical coil comprises about 8% tungsten.

[0179] 15. The multi-function guidewire of example 1, wherein the active tip is comprised of platinum and iridium or, more particularly, wherein the active tip is comprised of platinum with 10% iridium.

47

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

[0180] 16. The multi-function guidewire of example 1, wherein the proximal section is biased to a curved configuration, the curved configuration being selected from the group consisting of a spiral-shaped coil and a constant diameter coil.

[0181] 17. The multi-function guidewire of example 1, wherein an outer diameter of the guidewire at the proximal section is between about 0.35 mm to about 0.86 mm or, more particularly, about 0.6 mm.

[0182] Example 18. A dilator for use with a steerable sheath to access a region of tissue within a patient's body, the steerable sheath defining a lumen there-through for receiving the dilator and having a range of deflection angles, the dilator comprising: a rigid distal end region; and a flexible intermediate region terminating at the distal end region; the dilator being configured for use in conjunction with the steerable sheath such that a location of the flexible intermediate region corresponds to a location of a region of the steerable sheath that is amenable to deflection; and the rigid distal end region having a rigidity greater than the flexible intermediate region to enable the dilator to advance through tissue.

[0183] 19. The dilator of example 18, wherein the dilator comprises a substantially straight dilator.

[0184] 20. The dilator of example 18, wherein the distal end region comprises a rigid polymer and the intermediate region comprises a flexible polymer.

[0185] 21. The dilator of example 20, wherein the rigid distal end region is formed from High Density Polyethylene and the flexible intermediate region is formed from Low Density Polyethylene.

[0186] 22. The dilator of example 18, wherein the flexible intermediate region has a length of between about 7 cm to about 17 cm or, more particularly, about 15 cm.

[0187] 23. The dilator of example 18, wherein the rigid distal end region has a length of between about 0.4 cm to about 4.0 cm or, more particularly, between about 0.5 cm to about 1.0 cm or, even more particularly, between about 0.6 cm to about 0.7 cm.

[0188] 24. The dilator of example 18, wherein the dilator defines a taper.

48

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

[0189] 25. The dilator of example 24, wherein the rigid distal end region forms a part of the taper.

[0190] 26. The dilator of example 25, wherein the taper has a length of about 1 cm.

[0191] 27. The dilator of example 18, wherein the rigid distal end region has a length of between about 2.5% to about 60% of a length of said flexible intermediate region.

[0192] 28. The dilator of example 18, wherein the dilator further comprises a proximal region extending proximally from the flexible intermediate region, the proximal region having a rigidity greater than the flexible intermediate region.

[0193] 29. The dilator of example 28, wherein the distal end region and the proximal region have a rigidity that is substantially equal.

[0194] 30. The dilator of example 29, wherein the distal end region and the proximal region are formed from a rigid polymer and wherein the intermediate region is formed from a flexible polymer.

[0195] 31. The dilator of example 30, wherein the distal end region and the proximal region are formed from High Density Polyethylene, and wherein the flexible intermediate region is formed from Low Density Polyethylene.

[0196] 32. The dilator of example 29, wherein the rigidity of each of the distal end region and the proximal region is equal to about 0.8 GPa and wherein the rigidity of the flexible intermediate region is equal to about 0.3 Gpa.

[0197] 33. The dilator of example 18, wherein the steerable sheath is actuatable to define a curve.

[0198] The embodiments of the invention described above are intended to be exemplary only. The scope of the invention is therefore intended to be limited solely by the scope of the appended claims.

[0199]    It is appreciated that certain features of the invention, which are, for clarity, described in the context of separate embodiments, may also be provided in combination in a single embodiment.  Conversely, various features of the invention, which are, for

49

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

brevity, described in the context of a single embodiment, may also be provided separately or in any suitable subcombination.

[0200]   Although the invention has been described in conjunction with specific embodiments thereof, it is evident that many alternatives, modifications and variations will be apparent to those skilled in the art.  Accordingly, it is intended to embrace all such alternatives, modifications and variations that fall within the broad scope of the appended claims.   All publications, patents and patent applications mentioned in this specification are herein incorporated in their entirety by reference into the specification, to the same extent as if each individual publication, patent or patent application was specifically and individually indicated to be incorporated herein by reference.  In addition, citation or identification of any reference in this application shall not be construed as an admission that such reference is available as prior art to the present invention.

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

**CLAIMS**

What is claimed is:

1. A medical device for puncturing a septum of a heart, the medical device comprising:

   an elongate member having a proximal section, a distal section, and a rail section between the proximal and distal sections;

   an electrode coupled to the distal section, the electrode operable to deliver energy to create a puncture through the septum; and

   the rail section being configured to both act as a rail for supporting installation of one or more tubular members thereupon as well as to be maneuverable for enabling access to the septum;

   wherein the distal section defines a distal section curved portion and a distal section straight portion, the distal section straight portion being distal to the distal section curved portion;

   wherein an outer diameter of the distal section straight portion at a distal end of the distal section straight portion is greater than an outer diameter of the distal section curved portion at a distal end of the distal section curved portion;

   wherein the distal section is configured to automatically form a J-shape in a deployed state for anchoring the distal section being advanced through the puncture.

2. The medical device of claim 1, wherein the outer diameter of the distal section straight portion at the distal end of the distal section straight portion is greater than an outer diameter of the distal section straight portion at a proximal end of the distal section straight portion.

1

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

3.      The medical device of claim 1, wherein the distal section straight portion defines a reverse taper along at least a portion thereof.

4.      The medical device of claim 1, wherein the outer diameter of the distal section straight portion at the distal end of the distal section straight portion is the same as an outer diameter of the distal section straight portion at a proximal end of the distal section straight portion.

5.      The medical device of claim 1, wherein the electrode comprises an active tip proximate the distal end of the distal section straight portion.

6.      The medical device of claim 5, wherein the active tip is dome-shaped.

7.      A medical device for puncturing a septum of a heart, the medical device comprising:

an elongate member having a proximal section, a distal section, and a rail section between the proximal and distal sections;

an electrode operable to deliver energy to create a puncture through the septum; and

the rail section being configured to both act as a rail for supporting installation of one or more tubular members thereupon as well as to be maneuverable for enabling access to the septum;

wherein the distal section comprises a distal section curved portion having a proximal end with a first outer diameter and a distal end having a second outer diameter;

wherein the distal section comprises a distal section straight portion distal to the distal section curved portion and including an atraumatic tip, the distal section straight portion having a proximal end with a third outer diameter and a distal end having a fourth outer diameter;

2

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

wherein the first outer diameter and the fourth outer diameter are greater than the second outer diameter.

8.    The medical device of claim 7, wherein the fourth outer diameter is greater than the third outer diameter.

9.    The medical device of claim 7, wherein the fourth outer diameter is the same as the third outer diameter.

10.    The medical device of claim 7, wherein the distal section is J-shaped.

11.    The medical device of claim 7, wherein the stiffness of the distal section curved portion decreases between the proximal end of the distal section curved portion and the distal end of the distal section curved portion.

12.    A medical device for puncturing a septum of a heart, the medical device comprising:

an elongate member having a proximal section, a distal section, and a rail section between the proximal and distal sections;

an electrode coupled to the distal section and operable to deliver energy to create a puncture through the septum and an atraumatic tip; and

the rail section being configured to both act as a rail for supporting installation of one or more tubular members thereupon as well as to be maneuverable for enabling access to the septum;

wherein the distal section comprises a distal section curved portion and a distal section straight portion, the distal section straight portion being distal to the distal section curved portion, the distal section straight portion of the elongate member defining a proximal end having a first outer diameter and the distal section straight portion

3

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

of the elongate member defining a distal end having a second outer diameter;

wherein the first outer diameter is less than the second diameter and wherein the first and second outer diameters are each between about 0.13 mm to about 0.65 mm.

13. The medical device of claim 12, wherein the distal section straight portion comprises a constant diameter portion.

14. The medical device of claim 12, wherein the distal section straight portion comprises a minimum diameter portion.

15. The medical device of claim 12, wherein the distal section straight portion has a length of about 3 mm to about 10 mm.

16. A medical device for puncturing a septum of a heart, the medical device comprising:

an elongate member having a proximal section, a distal section, and a rail section between the proximal and distal sections;

an electrode coupled to the distal section, the electrode operable to deliver energy to create a puncture through the septum; and

the rail section being configured to both act as a rail for supporting installation of one or more tubular members thereupon as well as to be maneuverable for enabling access to the septum;

wherein the distal section comprises a distal section curved portion and a distal section straight portion, the distal section straight portion being distal to the distal section curved portion;

wherein a distal end of the distal section straight portion of the elongate member defines an outer diameter that is greater than an outer

4

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

diameter of a distal end of the distal section curved portion of the elongate member;

wherein the distal section curved portion is configured such that, upon deployment of the distal section of the elongate member from a confined state along an axis of advancement, the distal end of the distal section straight portion curves away from the axis of advancement.

17.    The medical device of claim 16, wherein the elongate member is an electrically conductive guidewire.

18.    The medical device of claim 17, wherein the elongate member is at least partially covered by a layer of electrical insulation.

19.    The medical device of claim 16, wherein the medical device further comprises a radiopaque marker positioned on the distal section of the elongate member.

20.    The medical device of claim 19, wherein the radiopaque marker is a helical coil surrounding the elongate member at the distal section.

NMRS Ref. No.: 051666/13407
BSC Ref. No.: 22-0558US05

## ABSTRACT

Novel and unique medical devices and associated methods are disclosed, for a medical device for puncturing tissue at a tissue site. The medical device includes an elongate member having a distal section defining a distal section curved portion and a distal section straight portion. The distal section straight portion is distal to the distal section curved portion. An active tip is located at a distal end of the distal section. The active tip is operable to deliver energy to create a puncture through the tissue. The medical device includes a constant diameter layer. The distal section straight portion includes a minimum diameter portion located proximal to a constant diameter portion, and the constant diameter layer surrounds the minimum diameter portion.



Fig. 1 (i)

Fig. 1



100

102

100c

100b

100a

120

Fig. 1A

2/23

300

302

200b

Fig. 1B



Fig. 1C

3/23



100

112

100

102

100c

300

Fig. 1D

102

100c

300

Fig. 1E



Fig. 2A

Fig. 2B



Fig. 2C



Fig. 3A



Fig. 3B

7/23



Fig.3C



Fig. 3D

8/23



Fig. 3E

9/23



Fig. 4

10/23



Fig. 5a



Fig. 5b

12/23



Fig. 5d

Fig. 5c

13/23



Fig. 5e



Fig. 5f

14/23



Fig. 6A



Fig. 6B

17/23



Fig. 6C

18/23



Fig. 6D



19/23

Fig. 7a



Fig. 7b (i)

Fig. 7b

20/23



Fig. 7c (iv)

Fig. 7c (i)    Fig. 7c (ii)    Fig. 7c (iii)

Fig. 7c

21/23



Fig. 7d

Fig. 7e

22/23



Fig. 7g

Fig. 7f

Document Description: Power of Attorney

PTO/AIA/82A (07-13)
Approved for use through 03/31/2021. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## TRANSMITTAL FOR POWER OF ATTORNEY TO ONE OR MORE REGISTERED PRACTITIONERS

NOTE: This form is to be submitted with the Power of Attorney by Applicant form (PTO/AIA/82B) to identify the application to which the Power of Attorney is directed, in accordance with 37 CFR 1.5, unless the application number and filing date are identified in the Power of Attorney by Applicant form. If neither form PTO/AIA/82A nor form PTO/AIA82B identifies the application to which the Power of Attorney is directed, the Power of Attorney will not be recognized in the application.

| | |
|---|---|
| Application Number | **Concurrently Herewith** |
| Filing Date | |
| First Named Inventor | Gareth Davies |
| Title | METHODS AND DEVICES FOR PUNCTURING TISSUE |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | 051666/13407 |

### SIGNATURE of Applicant or Patent Practitioner

| Signature | /Jason R. Kraus/ | Date (Optional) | 2024-12-31 |
|---|---|---|---|
| Name | Jason R. Kraus | Registration Number | 42765 |

| Title (if Applicant is a juristic entity) | |
|---|---|

| Applicant Name (if Applicant is a juristic entity) | |
|---|---|

**NOTE:** This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications. If more than one applicant, use multiple forms.

☐    *Total of _____ forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

DocuSign Envelope ID: ED82CBC6-0B11-4B7A-85CC-6A16B254EB8A

PTO/AIA/80 (07-17)
Approved for use through 03/31/2021. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no person is required to respond to a collection of information unless it displays a valid OMB control number

## POWER OF ATTORNEY TO PROSECUTE APPLICATIONS BEFORE THE USPTO

I hereby revoke all previous powers of attorney given in the application identified in the attached statement under 37 CFR 3.73(c).

I hereby appoint:

[X]  Practitioners associated with Customer Number:    188636

OR

[ ]  Practitioner(s) named below (if more than ten patent practitioners are to be named, then a customer number must be used):

| Name | Registration Number | | Name | Registration Number |
|------|---------------------|---|------|---------------------|
|  |  | |  |  |
|  |  | |  |  |
|  |  | |  |  |
|  |  | |  |  |
|  |  | |  |  |

As attorney(s) or agent(s) to represent the undersigned before the United States Patent and Trademark Office (USPTO) in connection with any and all patent applications assigned only to the undersigned according to the USPTO assignment records or assignment documents attached to this form in accordance with 37 CFR 3.73(c).

Please change the correspondence address for the application identified in the attached statement under 37 CFR 3.73(c) to:

[X]  The address associated with Customer Number:    188636

OR

[ ]  Firm or individual name  **Nelson Mullins Riley & Scarborough LLP**

| Address |  |  |
|---------|---|---|
| City | State | Zip |
| Country | | |
| Telephone | Email | |

Assignee name and address: Boston Scientific Medical Device Limited
Ballybrit Business Park
Ballybrit, Galway IRELAND

A copy of this form, together with a statement under 37 CFR 3.73(c) (Form PTO/AIA/96 or equivalent) is required to be filed in each application in which this form is used. The statement under 37 CFR 3.73(c) may be completed by one of the practitioners appointed in this form, and must identify the application in which this Power of Attorney is to be filed.

### SIGNATURE of Assignee of Record
The individual whose signature and title is supplied below is authorized to act on behalf of the assignee.

| Signature | *katrina Witchsen* | Date | 7/6/2022 | 1:40 PM PDT |
|-----------|---------------------|------|----------|-------------|
| Name | Katrina Witschen | Telephone | 651.582.6310 | |
| Title | Authorized Patent Officer | | | |

This collection of information is required by 37 CFR 1.31, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public, which is to update (and by the USPTO to process) the file of a patent or reexamination proceeding. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 18 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

DocuSign Envelope ID: ED02CBC6-0B11-4B7A-85CC-6A16B254EB8A

## Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PTO/AIA/14 (01-22)
Approved for use through 05/31/2024. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 051666/13407 |
|---|---|---|
| | Application Number | |

| Title of Invention | METHODS AND DEVICES FOR PUNCTURING TISSUE |
|---|---|

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2:

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

**Inventor 1** [Remove]
**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Gareth | | Davies | |

**Residence Information (Select One)** ○ US Residency ● Non US Residency ○ Active US Military Service

| City | Toronto | Country of Residence | CA |
|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 92 Barton Ave | | |
|---|---|---|---|
| Address 2 | | | |
| City | Toronto | State/Province | ON |
| Postal Code | M6G 1P6 | Country | CA |

**Inventor 2** [Remove]
**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | John Paul | | Urbanski | |

**Residence Information (Select One)** ○ US Residency ● Non US Residency ○ Active US Military Service

| City | Toronto | Country of Residence | CA |
|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 111 Hiltz Avenue | | |
|---|---|---|---|
| Address 2 | | | |
| City | Toronto | State/Province | ON |
| Postal Code | M4L 2N7 | Country | CA |

**Inventor 3** [Remove]
**Legal Name**

PTO/AIA/14 (01-22)
Approved for use through 05/31/2021. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 051666/13407 |
|---|---|---|
| | Application Number | |

| Title of Invention | METHODS AND DEVICES FOR PUNCTURING TISSUE |
|---|---|

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Ferryl | | Alley | |

**Residence Information (Select One)** ○ US Residency  ● Non US Residency  ○ Active US Military Service

| City | Devonshire | Country of Residence [i] | | BM |
|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 12 Belmer Drive | | |
|---|---|---|---|
| Address 2 | | | |
| City | Devonshire | State/Province | |
| Postal Code | DV 07 | Country [i] | BM |

**Inventor    4**                                                   [Remove]
**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Bogdan | | Beca | |

**Residence Information (Select One)** ○ US Residency  ● Non US Residency  ○ Active US Military Service

| City | Thornhill | Country of Residence [i] | | CA |
|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 5825 Explorer Drive | | |
|---|---|---|---|
| Address 2 | | | |
| City | Mississauga | State/Province | ON |
| Postal Code | L4W 5P6 | Country [i] | CA |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button.                [Add]

# Correspondence Information:

| **Enter either Customer Number or complete the Correspondence Information section below.** **For further information see 37 CFR 1.33(a).** |
|---|
| ☐ **An Address is being provided for the correspondence Information of this application.** |

| Customer Number | 188636 | | |
|---|---|---|---|
| Email Address | ipdocket@nelsonmullins.com | [Add Email] | [Remove Email] |

PTO/AIA/14 (01-22)
Approved for use through 09/31/2024. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 051666/13407 |
|---|---|---|
| | Application Number | |
| Title of Invention | METHODS AND DEVICES FOR PUNCTURING TISSUE | |

## Application Information:

| Title of the Invention | METHODS AND DEVICES FOR PUNCTURING TISSUE | | |
|---|---|---|---|
| Attorney Docket Number | 051666/13407 | Small Entity Status Claimed | ☐ |
| Application Type | Nonprovisional | | |
| Subject Matter | Utility | | |
| Total Number of Drawing Sheets (if any) | 23 | Suggested Figure for Publication (if any) | |

## Filing By Reference:

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

## Publication Information:

| ☐ | Request Early Publication (Fee required at time of Request 37 CFR 1.219) |
|---|---|
| ☐ | **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing. |

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ⦿ Customer Number | ○ US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 188636 | | |

EFS Web 2.2.13

PTO/AIA/14 (01-22)
Approved for use through 09/31/2024. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 051666/13407 |
|---|---|---|
| | Application Number | |

| Title of Invention | METHODS AND DEVICES FOR PUNCTURING TISSUE |
|---|---|

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, 365(c), or 386(c) or indicate National Stage entry from a PCT application. Providing benefit claim information in the Application Data Sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.

When referring to the current application, please leave the "Application Number" field blank.

| Prior Application Status | Pending | | Remove |
|---|---|---|---|

| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
|---|---|---|---|
| | Continuation of | 18678567 | 2024-05-30 |

| Prior Application Status | Patented | | Remove |
|---|---|---|---|

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
|---|---|---|---|---|---|
| 18678567 | Continuation of | 17474415 | 2021-09-14 | 11998238 | 2024-06-04 |

| Prior Application Status | Patented | | Remove |
|---|---|---|---|

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
|---|---|---|---|---|---|
| 17474415 | Continuation of | 16445790 | 2019-06-19 | 11154324 | 2021-10-26 |

| Prior Application Status | Patented | | Remove |
|---|---|---|---|

| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) | Patent Number | Issue Date (YYYY-MM-DD) |
|---|---|---|---|---|---|
| 16445790 | Continuation of | 14910525 | 2016-02-05 | 10368911 | 2019-08-06 |

| Prior Application Status | | | Remove |
|---|---|---|---|

| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
|---|---|---|---|
| 14910525 | a 371 of international | PCT/IB2013/060287 | 2013-11-20 |

| Prior Application Status | Expired | | Remove |
|---|---|---|---|

| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
|---|---|---|---|
| PCT/IB2013/060287 | Claims benefit of provisional | 61863579 | 2013-08-08 |

| Prior Application Status | Expired | | Remove |
|---|---|---|---|

| Application Number | Continuity Type | Prior Application Number | Filing or 371(c) Date (YYYY-MM-DD) |
|---|---|---|---|
| PCT/IB2013/060287 | Claims benefit of provisional | 61863265 | 2013-08-07 |

| Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button. | Add |
|---|---|

## Foreign Priority Information:

PTO/AIA/14 (01-22)
Approved for use through 09/31/2024. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 051666/13407 |
|---|---|---|
| | Application Number | |

| Title of Invention | METHODS AND DEVICES FOR PUNCTURING TISSUE |
|---|---|

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55. When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(i)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

Remove

| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
|---|---|---|---|
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.

Add

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☐ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

PTO/AIA/14 (01-22)
Approved for use through 09/31/2024. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 051666/13407 |
|---|---|---|
| | Application Number | |

| Title of Invention | METHODS AND DEVICES FOR PUNCTURING TISSUE |
|---|---|

# Authorization or Opt-Out of Authorization to Permit Access:

When this Application Data Sheet is properly signed and filed with the application, applicant has provided written authority to permit a participating foreign intellectual property (IP) office access to the instant application-as-filed (see paragraph A in subsection 1 below) and the European Patent Office (EPO) access to any search results from the instant application (see paragraph B in subsection 1 below).

Should applicant choose not to provide an authorization identified in subsection 1 below, applicant **must opt-out** of the authorization by checking the corresponding box A or B or both in subsection 2 below.

**NOTE**: This section of the Application Data Sheet is **ONLY** reviewed and processed with the **INITIAL** filing of an application. After the initial filing of an application, an Application Data Sheet cannot be used to provide or rescind authorization for access by a foreign IP office(s). Instead, Form PTO/SB/39 or PTO/SB/69 must be used as appropriate.

**1. Authorization to Permit Access by a Foreign Intellectual Property Office(s)**

**A. Priority Document Exchange (PDX)** - Unless box A in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the State Intellectual Property Office of the People's Republic of China (SIPO), the World Intellectual Property Organization (WIPO), and any other foreign intellectual property office participating with the USPTO in a bilateral or multilateral priority document exchange agreement in which a foreign application claiming priority to the instant patent application is filed, access to: (1) the instant patent application-as-filed and its related bibliographic data, (2) any foreign or domestic application to which priority or benefit is claimed by the instant application and its related bibliographic data, and (3) the date of filing of this Authorization. See 37 CFR 1.14(h)(1).

**B. Search Results from U.S. Application to EPO** - Unless box B in subsection 2 (opt-out of authorization) is checked, the undersigned hereby **grants the USPTO authority** to provide the EPO access to the bibliographic data and search results from the instant patent application when a European patent application claiming priority to the instant patent application is filed. See 37 CFR 1.14(h)(2).

The applicant is reminded that the EPO's Rule 141(1) EPC (European Patent Convention) requires applicants to submit a copy of search results from the instant application without delay in a European patent application that claims priority to the instant application.

**2. Opt-Out of Authorizations to Permit Access by a Foreign Intellectual Property Office(s)**

☐ A. Applicant **DOES NOT** authorize the USPTO to permit a participating foreign IP office access to the instant application-as-filed. If this box is checked, the USPTO will not be providing a participating foreign IP office with any documents and information identified in subsection 1A above.

☐ B. Applicant **DOES NOT** authorize the USPTO to transmit to the EPO any search results from the instant patent application. If this box is checked, the USPTO will not be providing the EPO with search results from the instant application.

**NOTE:** Once the application has published or is otherwise publicly available, the USPTO may provide access to the application in accordance with 37 CFR 1.14.

PTO/AIA/14 (01-22)
Approved for use through 09/31/2024. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 051666/13407 |
|---|---|---|
| | Application Number | |
| Title of Invention | METHODS AND DEVICES FOR PUNCTURING TISSUE | |

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Applicant   1**                                                                        Remove

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

Clear

( ● ) Assignee          ( ○ ) Legal Representative under 35 U.S.C. 117          ( ○ ) Joint Inventor

( ○ ) Person to whom the inventor is obligated to assign.          ( ○ ) Person who shows sufficient proprietary interest

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor:

If the Applicant is an Organization check here.          ☒

| Organization Name | Boston Scientific Medical Device Limited |
|---|---|

**Mailing Address Information For Applicant:**

| Address 1 | Ballybrit Business Park | | |
|---|---|---|---|
| Address 2 | | | |
| City | Galway | State/Province | |
| Country | IE | Postal Code | H91 Y868 |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button.          Add

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

PTO/AIA/14 (01-22)
Approved for use through 09/31/2024. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 051666/13407 |
| --- | --- | --- |
| | Application Number | |

| Title of Invention | METHODS AND DEVICES FOR PUNCTURING TISSUE |
| --- | --- |

---

### Assignee    1

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication. An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

Remove

If the Assignee or Non-Applicant Assignee is an Organization check here.    ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
| --- | --- | --- | --- | --- |
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| **Address 1** | |
| --- | --- |
| Address 2 | |

| **City** | | **State/Province** | |
| --- | --- | --- | --- |
| **Country** i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.    Add

---

## Signature:    Remove

NOTE: This Application Data Sheet must be signed in accordance with 37 CFR 1.33(b). **However, if this Application Data Sheet is submitted with the <u>INITIAL</u> filing of the application <u>and</u> either box A or B is <u>not</u> checked in subsection 2 of the "Authorization or Opt-Out of Authorization to Permit Access" section, then this form must also be signed in accordance with 37 CFR 1.14(c).**

This Application Data Sheet <u>must</u> be signed by a patent practitioner if one or more of the applicants is a **juristic entity** (e.g., corporation or association). If the applicant is two or more joint inventors, this form must be signed by a patent practitioner, <u>all</u> joint inventors who are the applicant, or one or more joint inventor-applicants who have been given power of attorney (e.g., see USPTO Form PTO/AIA/81) on behalf of <u>all</u> joint inventor-applicants.

See 37 CFR 1.4(d) for the manner of making signatures and certifications.

| **Signature** | /Jason R. Kraus/ | | | Date  (YYYY-MM-DD) | 2024-12-31 |
| --- | --- | --- | --- | --- | --- |
| First Name | Jason R. | Last Name | Kraus | Registration Number | 42765 |

Additional Signature may be generated within this form by selecting the Add button.    Add

PTO/AIA/14 (01-22)
Approved for use through 05/31/2024. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 051666/13407 |
|---|---|---|
| | Application Number | |

| Title of Invention | METHODS AND DEVICES FOR PUNCTURING TISSUE |
|---|---|

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent CooperationTreaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

EFS Web 2.2.13

Doc Code: TRACK1.REQ
Document Description: TrackOne Request

PTO/AIA/424 (11-23)

## CERTIFICATION AND REQUEST FOR PRIORITIZED EXAMINATION
## UNDER 37 CFR 1.102(e) (Page 1 of 1)

| First Named Inventor: | Gareth Davies | Nonprovisional Application Number (if known): | |
|---|---|---|---|
| Title of Invention: | METHODS AND DEVICES FOR PUNCTURING TISSUE | | |

**APPLICANT HEREBY CERTIFIES THE FOLLOWING AND REQUESTS PRIORITIZED EXAMINATION FOR THE ABOVE-IDENTIFIED APPLICATION.**

1. The processing fee set forth in 37 CFR 1.17(i)(1) and the prioritized examination fee set forth in 37 CFR 1.17(c) have been filed with the request. The publication fee requirement is met because that fee, set forth in 37 CFR 1.18(d), is currently $0. The basic filing fee, search fee, and examination fee are filed with the request or have been already been paid. I understand that any required excess claims fees or application size fee must be paid for the application.

2. I understand that the application may not contain, or be amended to contain, more than four independent claims, more than thirty total claims, or any multiple dependent claims, and that any request for an extension of time will cause an outstanding Track I request to be dismissed.

3. The applicable box is checked below:

   I.   ☑ **Original Application (Track One) - Prioritized Examination under § 1.102(e)(1)**

   i.   (a) The application is an original nonprovisional utility application filed under 35 U.S.C. 111(a). This certification and request is being filed with the utility application via USPTO patent electronic filing system.
   ---OR---
   (b) The application is an original nonprovisional plant application filed under 35 U.S.C. 111(a). This certification and request is being filed with the plant application in paper.

   ii.  An executed inventor's oath or declaration under 37 CFR 1.63 or 37 CFR 1.64 for each inventor, **or** the application data sheet meeting the conditions specified in 37 CFR 1.53(f)(3)(i) is filed with the application.

   II.  ☐ **Request for Continued Examination - Prioritized Examination under § 1.102(e)(2)**

   i.   A request for continued examination has been filed with, or prior to, this form.
   ii.  If the application is a utility application, this certification and request is being filed via USPTO patent electronic filing system.
   iii. The application is an original nonprovisional utility application filed under 35 U.S.C. 111(a), or is a national stage entry under 35 U.S.C. 371.
   iv.  This certification and request is being filed prior to the mailing of a first Office action responsive to the request for continued examination.
   v.   No prior request for continued examination has been granted prioritized examination status under 37 CFR 1.102(e)(2).

| Signature /Jason R. Kraus/ | Date December 31, 2024 |
|---|---|
| Name (Print/Typed) Jason R. Kraus | Practitioner Registration Number 42765 |

***Note:*** *This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications. Submit multiple forms if more than one signature is required.***

☐ *Total of _____ forms are submitted.

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | Methods and Devices for Puncturing Tissue |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

☐ The attached application, or

☒ United States application or PCT international application number  PCT/IB2013/060287

filed on 20-Nov-2013 .

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: Gareth Davies                             Date (Optional) :

Signature:

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

## Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant ( *i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | Methods and Devices for Puncturing Tissue |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

☐ The attached application, or

☒ United States application or PCT international application number __PCT/IB2013/060287__

filed on __20-Nov-2013__

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor: __Bogdan Beca__                                    Date (Optional): __01-Feb-2016__

Signature: _____

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office; U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

## Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.  The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2.  A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3.  A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4.  A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5.  A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6.  A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7.  A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant ( *i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8.  A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9.  A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PTO/AIA/01 (06-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

| Title of Invention | Methods and Devices for Puncturing Tissue |
|---|---|

As the below named inventor, I hereby declare that:

This declaration is directed to:

☐ The attached application, or

☒ United States application or PCT international application number  PCT/IB2013/060287

filed on  20-Nov-2013

The above-identified application was made or authorized to be made by me.

I believe that I am the original inventor or an original joint inventor of a claimed invention in the application.

I hereby acknowledge that any willful false statement made in this declaration is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

### WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

LEGAL NAME OF INVENTOR

Inventor:  John Paul Urbanski                            Date (Optional) :

Signature:

Note: An application data sheet (PTO/SB/14 or equivalent), including naming the entire inventive entity, must accompany this form or must have been previously filed. Use an additional PTO/AIA/01 form for each additional inventor.

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

## Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant ( i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-22)
Approved for use through 05/31/2024. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 19007196 | |
| Filing Date | 2024-12-31 | |
| First Named Inventor | Gareth Davies | |
| Art Unit | | |
| Examiner Name | | |
| Attorney Docket Number | 051666/13407 | |

**U.S.PATENTS** — Remove

| Examiner Initial* | Cite No | Patent Number | Kind Code[1] | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Patent citation information please click the Add button.  Add

**U.S.PATENT APPLICATION PUBLICATIONS** — Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20060079884 | A1 | 2006-04-13 | MANZO et al. | |
| | 2 | 20060085054 | A1 | 2006-04-20 | ZIKORUS et al. | |
| | 3 | 20060089638 | A1 | 2006-04-27 | CARMEL et al. | |
| | 4 | 20060106375 | A1 | 2006-05-18 | WERNETH et al. | |
| | 5 | 20060135962 | A1 | 2006-06-22 | KICK et al. | |

PC 6.1.24

| | | | | | |
|---|---|---|---|---|---|
| | | | Application Number | 19007196 | |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | | Filing Date | 2024-12-31 | |
| | | | First Named Inventor | Gareth Davies | |
| | | | Art Unit | | |
| | | | Examiner Name | | |
| | | | Attorney Docket  Number | 051666/13407 | |

| | | | | | |
|---|---|---|---|---|---|
| 6 | 20060142756 | A1 | 2006-06-29 | DAVIES et al. | |
| 7 | 20060189972 | A1 | 2006-08-24 | GROSSMAN JESSICA | |
| 8 | 20060241586 | A1 | 2006-10-26 | WILK PETER J | |
| 9 | 20060247672 | A1 | 2006-11-02 | VIDLUND et al. | |
| 10 | 20060264927 | A1 | 2006-11-23 | RYAN PHILLIP A | |
| 11 | 20060276710 | A1 | 2006-12-07 | KRISHNAN SUBRAMANIAM C | |
| 12 | 20070060879 | A1 | 2007-03-15 | WEITZNER et al. | |
| 13 | 20070066975 | A1 | 2007-03-22 | WONG et al. | |
| 14 | 20070118099 | A1 | 2007-05-24 | TROUT HUGH H III | |
| 15 | 20070123964 | A1 | 2007-05-31 | DAVIES et al. | |
| 16 | 20070167775 | A1 | 2007-07-19 | KOCHAVI et al. | |

PC 6.1.24

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|

| Application Number | 19007196 |
|---|---|
| Filing Date | 2024-12-31 |
| First Named Inventor | Gareth Davies |
| Art Unit | |
| Examiner Name | |
| Attorney Docket Number | 051666/13407 |

| | 17 | 20070185522 | A1 | 2007-08-09 | DAVIES et al. | |
|---|---|---|---|---|---|---|
| | 18 | 20070208256 | A1 | 2007-09-06 | MARILLA BRENNAN | |
| | 19 | 20070225681 | A1 | 2007-09-27 | HOUSE MORGAN | |
| | 20 | 20070270741 | A1 | 2007-11-22 | HASSETT ET AL. | Corresponds to JP 2009-537255 A |
| | 21 | 20070270791 | A1 | 2007-11-22 | WANG et al. | |
| | 22 | 20080039865 | A1 | 2008-02-14 | SHAHER et al. | |
| | 23 | 20080042360 | A1 | 2008-02-21 | VEIKLEY AARON M | |
| | 24 | 20080086120 | A1 | 2008-04-10 | MIRZA et al. | |
| | 25 | 20080097213 | A1 | 2008-04-24 | CARLSON et al. | |
| | 26 | 20080108987 | A1 | 2008-05-08 | BRUSZEWSKI et al. | |
| | 27 | 20080146918 | A1 | 2008-06-19 | MAGNIN et al. | |

PC 6.1.24

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | Application Number | | 19007196 | |
| | | | | Filing Date | | 2024-12-31 | |
| | | | | First Named Inventor | | Gareth Davies | |
| | | | | Art Unit | | | |
| | | | | Examiner Name | | | |
| | | | | Attorney Docket Number | | 051666/13407 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 28 | 20080171934 | A1 | 2008-07-17 | GREENAN et al. | |
| | 29 | 20080208121 | A1 | 2008-08-28 | YOUSSEF et al. | |
| | 30 | 20080243222 | A1 | 2008-10-02 | SCHAFERSMAN et al. | |
| | 31 | 20080275439 | A1 | 2008-11-06 | FRANCISCHELLI et al. | |
| | 32 | 20090093802 | A1 | 2009-04-09 | KULESA et al. | |
| | 33 | 20090105654 | A1 | 2009-04-23 | KURTH et al. | |
| | 34 | 20090105742 | A1 | 2009-04-23 | KURTH et al. | |
| | 35 | 20090138009 | A1 | 2009-05-28 | VISWANATHAN et al. | |
| | 36 | 20090163850 | A1 | 2009-06-25 | BETTS et al. | |
| | 37 | 20090177114 | A1 | 2009-07-09 | CHIN et al. | |
| | 38 | 20090182281 | A1 | 2009-07-16 | KURTH et al. | |

PC 6.1.24

| | | | | | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Application Number | | 19007196 | |
| | | Filing Date | | 2024-12-31 | |
| | | First Named Inventor | Gareth Davies | | |
| | | Art Unit | | | |
| | | Examiner Name | | | |
| | | Attorney Docket Number | | 051666/13407 | |

| | | | | | |
|---|---|---|---|---|---|
| 39 | 20090264977 | A1 | 2009-10-22 | BRUSZEWSKI et al. | |
| 40 | 20100022948 | A1 | 2010-01-28 | WILSON et al. | |
| 41 | 20100087789 | A1 | 2010-04-08 | LEEFLANG et al. | |
| 42 | 20100125282 | A1 | 2010-05-20 | MACHEK et al. | |
| 43 | 20100168684 | A1 | 2010-07-01 | RYAN SHAWN | |
| 44 | 20100179632 | A1 | 2010-07-15 | BRUSZEWSKI et al. | |
| 45 | 20100191142 | A1 | 2010-07-29 | PAUL et al. | |
| 46 | 20100194047 | A1 | 2010-08-05 | SAUERWINE DEAN N | |
| 47 | 20100249491 | A1 | 2010-09-30 | FARNAN ET AL. | Corresponds to JP 2010-227580 A |
| 48 | 20110046619 | A1 | 2011-02-24 | DUCHARME RICHARD W | |
| 49 | 20110130752 | A1 | 2011-06-02 | OLLIVIER JEAN-FRANCOIS | |

PC 6.1.24

| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | | Application Number | 19007196 |
|---|---|---|---|---|---|
| | | | | Filing Date | 2024-12-31 |
| | | | | First Named Inventor | Gareth Davies |
| | | | | Art Unit | |
| | | | | Examiner Name | |
| | | | | Attorney Docket Number | 051666/13407 |

| | | | | | |
|---|---|---|---|---|---|
| 50 | 20110152716 | A1 | 2011-06-23 | CHUDZIK et al. | |
| 51 | 20110160592 | A1 | 2011-06-30 | MITCHELL CHRISTOPHER | |
| 52 | 20110190763 | A1 | 2011-08-04 | URBAN et al. | |
| 53 | 20110224666 | A1 | 2011-09-15 | DAVIES et al. | |
| 54 | 20120095448 | A1 | 2012-04-19 | KAJII TATSUHIKO | Corresponds to EP 2444115 A1 |
| 55 | 20120109079 | A1 | 2012-05-03 | ASLESON et al. | |
| 56 | 20120232546 | A1 | 2012-09-13 | MIRZA et al. | |
| 57 | 20120265055 | A1 | 2012-10-18 | MELSHEIMER et al. | |
| 58 | 20120296262 | A1 | 2012-11-22 | OGATA et al. | |
| 59 | 20120330156 | A1 | 2012-12-27 | BROWN et al. | |
| 60 | 20130006222 | A1 | 2013-01-03 | NABESHIMA et al. | |

PC 6.1.24

<table>
<tr><td rowspan="2"><strong>INFORMATION DISCLOSURE STATEMENT BY APPLICANT</strong><br>( Not for submission under 37 CFR 1.99)</td><td>Application Number</td><td>19007196</td></tr>
<tr><td>Filing Date</td><td>2024-12-31</td></tr>
<tr><td>First Named Inventor</td><td>Gareth Davies</td></tr>
<tr><td>Art Unit</td><td></td></tr>
<tr><td>Examiner Name</td><td></td></tr>
<tr><td>Attorney Docket  Number</td><td>051666/13407</td></tr>
</table>

| | | | | | |
|---|---|---|---|---|---|
| 61 | 20130025588 | A1 | 2013-01-31 | BOSEL CHRISTOPHER D | Corresponds to EP 2550988 A1 |
| 62 | 20130184551 | A1 | 2013-07-18 | PAGANELLI et al. | |
| 63 | 20130184735 | A1 | 2013-07-18 | FISCHELL et al. | |
| 64 | 20130282084 | A1 | 2013-10-24 | MATHUR et al. | |
| 65 | 20140206987 | A1 | 2014-07-24 | URBANSKI et al. | |
| 66 | 20140296769 | A1 | 2014-10-02 | HYDE et al. | |
| 67 | 20150173782 | A1 | 2015-06-25 | GARRISON et al. | |
| 68 | 20150245882 | A1 | 2015-09-03 | VENKATRAGHAVAN et al. | |
| 69 | 20160220741 | A1 | 2016-08-04 | GARRISON et al. | |
| 70 | 20190021763 | A1 | 2019-01-24 | ZHOU et al. | |
| 71 | 20190247035 | A1 | 2019-08-15 | GITTARD et al. | |

PC 6.1.24

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 19007196 |
| --- | --- | --- |
| | Filing Date | 2024-12-31 |
| | First Named Inventor | Gareth Davies |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 051666/13407 |

If you wish to add additional U.S. Published Application citation information please click the Add button. | Add |

### FOREIGN PATENT DOCUMENTS    Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button | Add |

### NON-PATENT LITERATURE DOCUMENTS    Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
| --- | --- | --- | --- |
| | 1 | | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button | Add |

### EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
| --- | --- | --- | --- |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

PC 6.1.24

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 19007196 |
|---|---|---|
| | Filing Date | 2024-12-31 |
| | First Named Inventor | Gareth Davies |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket  Number | 051666/13407 |

**CERTIFICATION STATEMENT**

Please see 37 CFR 1.97(e) to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☒ A certification statement is not submitted herewith.

**FEE**

☐ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

**COPIES**

☐ An identification of an earlier application pursuant to 37 CFR 1.98 (d) (1) is attached.

**SIGNATURE**

 A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Jason R. Kraus/ | Date (YYYY-MM-DD) | 2025-01-16 |
|---|---|---|---|
| Name/Print | Jason R. Kraus | Registration Number | 42,765 |

This collection of information is required by 37 CFR 1.97 and 1.98.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

PC 6.1.24

**Privacy Act Statement**

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PC 6.1.24

Publication Number: EP 2444115 A1

Publication Date: Apr 25, 2012

## Abstract of equivalent US 20120095448 A1

A catheter assembly includes a catheter and a dilator. The catheter has a first curved portion at a front end portion thereof. The dilator includes a protruding portion, a low stiffness portion, and a high stiffness portion. The protruding portion is arranged on a front end portion of the dilator. At least part of the protruding portion protrudes from a front end of the catheter when the dilator is inserted into the catheter. The low stiffness portion is arranged on a rear side of the protruding portion and at a position corresponding to the first curved portion of the catheter, and has a lower flexural stiffness than the protruding portion. The high stiffness portion is arranged on a rear side of the low stiffness portion and has a higher flexural stiffness than the low stiffness portion.

(19)

Europäisches
Patentamt

European
Patent Office

Office européen
des brevets

(11)  **EP 2 444 115 A1**

(12)  **EUROPEAN PATENT APPLICATION**

(43) Date of publication:
**25.04.2012   Bulletin 2012/17**

(51) Int Cl.:
*A61M 25/00* (2006.01)    *A61M 29/00* (2006.01)

(21) Application number: **11173678.1**

(22) Date of filing: **12.07.2011**

(84) Designated Contracting States:
**AL AT BE BG CH CY CZ DE DK EE ES FI FR GB
GR HR HU IE IS IT LI LT LU LV MC MK MT NL NO
PL PT RO RS SE SI SK SM TR**
Designated Extension States:
**BA ME**

(30) Priority: **19.10.2010   JP 2010234956**

(71) Applicant: **ASAHI INTECC CO., LTD.**
**Nagoya-shi,**
**Aichi 463-0024 (JP)**

(72) Inventor: **Kajii, Tatsuhiko**
**Nagoya-shi, Aichi 463-0024 (JP)**

(74) Representative: **Winter, Brandl, Fürniss, Hübner,**
**Röss, Kaiser, Polte - Partnerschaft**
**Alois-Steinecker-Strasse 22**
**85354 Freising (DE)**

(54)   **Catheter assembly**

(57)    A catheter assembly includes a catheter and a dilator. The catheter has a first curved portion at a front end portion thereof. The dilator includes a protruding portion, a low stiffness portion, and a high stiffness portion. The protruding portion is arranged on a front end portion of the dilator. At least part of the protruding portion protrudes from a front end of the catheter when the dilator is inserted into the catheter. The low stiffness portion is arranged on a rear side of the protruding portion and at a position corresponding to the first curved portion of the catheter, and has a lower flexural stiffness than the protruding portion. The high stiffness portion is arranged on a rear side of the low stiffness portion and has a higher flexural stiffness than the low stiffness portion.

*FIG. 3*



EP 2 444 115 A1

Printed by Jouve, 75001 PARIS (FR)

**EP 2 444 115 A1**

## Description

### Cross Reference to Related Applications

**[0001]** This application is based on Japanese Patent Application No. 2010-234956 filed with the Japan Patent Office on October 19, 2010, the entire content of which is hereby incorporated by reference.

### Technical Field

**[0002]** The present invention relates to a catheter assembly having a dilator and a catheter.

### Background Art

**[0003]** Conventionally, an assistive device called a sheath, into which a catheter used for diagnosis and treatment is inserted, is used to insert the catheter into a vessel (see, for example, JP-A-9-225035, JP-A-6-335531, and JP-A-6-178814). The sheath is inserted into a vessel in advance before the catheter is inserted into the vessel. The catheter is then inserted into the vessel by being inserted into the sheath.

**[0004]** In such an operation, as large a hole as an outer diameter of the sheath needs to be bored in the vessel. Recently, therefore, there has been proposed a catheter assembly enabling a catheter to be inserted into a vessel without using a sheath (see, for example, JP-A-2002-143318, and JP-A-2002-143319).

**[0005]** Such a catheter assembly has a catheter for diagnosis/treatment (hereinafter simply referred to as "catheter") such as a guiding catheter used for diagnosis or treatment inside a body, and a dilator to be inserted into the catheter. The dilator has a protruding portion which protrudes from a front end of the catheter and is inserted into a vessel. In the catheter assembly having the above configuration, the protruding portion of the dilator is inserted into the vessel to guide the catheter into the vessel together with the dilator. The catheter assembly is inserted by a predetermined length into a body, and then the dilator is pulled out of the body leaving the catheter behind.

### Summary of Invention

**[0006]** As illustrated in Fig. 8, a catheter 1 constituting such a catheter assembly may have various shapes such as of a curved portion 2 for suitably conducting diagnosis or treatment inside the body. A dilator 5, on the other hand, is not used at the time of diagnosis or treatment. Therefore, the dilator 5 is typically a substantially straight tubular member. In addition, the dilator 5 has a protruding portion 5a which protrudes from a front end of the catheter 1 to be inserted into a vessel. The protruding portion 5a is formed of a resin material harder than a resin material of the catheter 1. The protruding portion 5a thus has a higher stiffness than the catheter 1.

**[0007]** As a result, when the dilator 5 is inserted into the catheter 1 having the curved portion 2, the dilator 5 is curved along the curved portion 2 of the catheter 1. In this case, the dilator 5 tries to return to its straight shape, as shown by the two-dot chain line. A repulsive force is thus generated in the dilator 5. As a result, a central axis of the protruding portion 5a of the dilator 5 may be shifted from a central axis of an opening of the catheter 1, at the opening at the front end of the catheter 1. In this case, a stepped portion S is formed between the opening of the catheter 1 and the protruding portion 5a of the dilator 5.

**[0008]** Such a stepped portion S may inhibit the front end of the catheter 1 from being inserted into the body along the protruding portion 5a of the dilator 5.

**[0009]** The present invention has been made in view of the foregoing circumstances. An object of the invention is to provide a catheter assembly including a catheter having a curved portion and a dilator to be inserted into the catheter, wherein it is possible to prevent formation of a stepped portion between an opening of the catheter and a protruding portion of the dilator, and thus to smoothly insert the catheter into a body.

**[0010]** The above-described object of the invention is achieved by the following structures.

<1> A catheter assembly according to a first aspect of the present invention includes: a catheter including a tubular member, and at least one curved portion at a front portion of the tubular member; and a dilator configured to be inserted into the catheter, the dilator including a protruding portion arranged on a front end portion of the dilator, at least part of the protruding portion protruding from a front end of the catheter when the dilator is inserted into the catheter, a low stiffness portion arranged on a rear side of the protruding portion and at a position corresponding to the curved portion of the catheter, and having a lower flexural stiffness than the protruding portion, and a high stiffness portion arranged on a rear side of the low stiffness portion and having a higher flexural stiffness than the low stiffness portion.

### Brief Description of Drawings

**[0011]** The foregoing and other objects, features, aspects and advantages of the invention will become more apparent from the following detailed description when taken in conjunction with the accompanying drawings.

Fig. 1 is a view illustrating an entire catheter of a catheter assembly according to a first embodiment.
Fig. 2 is a view illustrating an entire dilator of the catheter assembly according to the first embodiment.
Fig. 3 is a view illustrating the catheter assembly according to the first embodiment in which the dilator has been inserted into the catheter.
Figs. 4A and 4B are enlarged views illustrating front

end portions of the dilator and the catheter, respectively, according to the first embodiment.
Fig. 5 is an explanatory drawing of function of the first embodiment.
Figs. 6A and 6B are views illustrating a catheter assembly according to a second embodiment.
Figs. 7A and 7B are views illustrating a catheter assembly according to a third embodiment.
Fig. 8 is an explanatory drawing of the background art.

Description of Embodiments

[0012]    Preferred embodiments of the present invention will be described below with reference to the accompanying drawings, in which like reference characters designate similar or identical parts throughout the several views thereof.

<1> A catheter assembly according to the first aspect of the present invention includes: a catheter including a tubular member, and at least one curved portion at a front portion of the tubular member; and a dilator configured to be inserted into the catheter, the dilator including a protruding portion arranged on a front end portion of the dilator, at least part of the protruding portion protruding from a front end of the catheter when the dilator is inserted into the catheter, a low stiffness portion arranged on a rear side of the protruding portion and at a position corresponding to the curved portion of the catheter, and having a lower flexural stiffness than the protruding portion, and a high stiffness portion arranged on a rear side of the low stiffness portion and having a higher flexural stiffness than the low stiffness portion.
<2> A second aspect of the present invention is the catheter assembly according to the first aspect, wherein the catheter has a plurality of curved portions, the low stiffness portion of the dilator is arranged at a position corresponding to a first curved portion, which is at a most distal side among the plurality of curved portions of the catheter, and the high stiffness portion of the dilator is arranged at a position corresponding to a second curved portion, which is on a rear side of the first curved portion of the catheter.
<3> A third aspect of the present invention is the catheter assembly according to the first or second aspect, wherein an outer diameter of the low stiffness portion is smaller than outer diameters of both the protruding portion and the high stiffness portion.

<1> In the catheter assembly according to the first aspect of the present invention, the low stiffness portion of the dilator is arranged on the rear side of the protruding portion and at a position corresponding to the curved portion of the catheter and has a lower flexural stiffness than the protruding portion. With

this configuration, the repulsive force of the dilator to return to its original shape is small. Consequently, the dilator is curved along the curved portion of the catheter. This prevents, as much as possible, the central axis of the protruding portion of the dilator from being shifted from the central axis of the opening of the catheter. As a result, the stepped portion is prevented from being formed between the front end of the catheter and the protruding portion of the dilator. Therefore, the catheter assembly can be smoothly inserted into a body.

[0013]    Also in the catheter assembly according to the first aspect of the present invention, the high stiffness portion of the dilator is arranged on the rear side of the low stiffness portion and has a higher flexural stiffness than the low stiffness portion. With this configuration, the portion of the catheter on the rear side of the curved portion has a high straightness by virtue of the high stiffness portion of the dilator inserted into the catheter. Therefore, the catheter assembly can be smoothly inserted into the body. Even after inserted into the body, the catheter assembly can be smoothly advanced toward the target site inside the body.

<2> In the second aspect of the present invention, the low stiffness portion of the dilator is arranged at a position corresponding to the first curved portion, which is at the most distal side among the plurality of curved portions of the catheter. With this configuration, the repulsive force of the dilator to return to its original shape is small at the curved portion closest to the front end of the catheter. Consequently, the dilator is curved along the curved portion of the catheter. This further effectively prevents the central axis of the protruding portion of the dilator from being shifted from the central axis of the opening of the catheter. As a result, the stepped portion is effectively prevented from being formed between the front end of the catheter and the protruding portion of the dilator. Therefore, the catheter assembly can be smoothly inserted into the body.

[0014]    Also in the second aspect of the present invention, the high stiffness portion of the dilator is arranged at a position corresponding to the second curved portion, which is on the rear side of the first curved portion of the catheter. With this configuration, the curve of the curved portion on the rear side is relieved by the repulsive force of the high stiffness portion of the dilator to return to its original shape. This makes the shape of the curved portion close to straight. Therefore, the catheter assembly can be smoothly inserted into the body. Even after inserted into the body, the catheter assembly can be smoothly advanced toward the target site inside the body.

<3> In the third aspect of the present invention, the outer diameter of the low stiffness portion of the di-

lator is smaller than those of both the protruding portion and the high stiffness portion. Therefore, the respective portions of the dilator can be made of the same material. This makes it easy to form the protruding portion, the low stiffness portion, and the high stiffness portion of the dilator.

[0015]    A catheter assembly according to a first embodiment will be described with reference to Figs. 1 to 5.

[0016]    In Figs. 1 to 3, 4A and 4B, the left side shown is the front side (distal side) to be inserted into a body, and the right side is the rear side (proximal side, base end side) to be operated by an operator such as a physician.

[0017]    The entire length of a catheter assembly 10 is about 800 mm to about 1500 mm. The catheter assembly 10 includes, as illustrated in Fig. 3, a catheter 20 for diagnosis/treatment and a dilator 40. Fig. 1 illustrates the catheter 20, and Fig. 2 illustrates the dilator 40. The catheter 20 is used as a guiding catheter for guiding, for example, a balloon catheter which is used to treat a stenosis of a vessel in the heart or the like. Fig. 3 illustrates the dilator 40 inserted into the catheter 20. Figs. 4A and 4B illustrate a positional relationship between structural elements of the dilator 40 and structural elements of the catheter 20 when the dilator 40 is inserted into the catheter 20. In the catheter 20 illustrated in Fig. 4B, two curved portions 28 and 30 described later are kept straight for easy understanding. Also for easy understanding, dimensions of some structural elements are illustrated in an exaggerated manner.

[0018]    The catheter 20 is a tubular member having a circular cross section, and includes therein a lumen 22. The catheter 20 mainly includes a catheter shaft 21, a tip 33, and a connector 35.

[0019]    As illustrated in Fig. 4B, the catheter shaft 21 includes an inner layer 23 made of resin and constituting most of the lumen 22. A braid 24 is arranged on the outer surface of the inner layer 23. Furthermore, an outer layer 25 made of resin is arranged on the outer surface of the braid 24. Examples of the resin material of the inner layer 23 and the outer layer 25 of the catheter shaft 21 include polyamide, polyester, and polyurethane. The braid 24 has a known configuration in which a metal wire such as stainless steel is wound in the form of mesh.

[0020]    As described above, the catheter 20 is a guiding catheter in the present embodiment. The catheter 20 illustrated in Fig. 1 is an example of the Judkins left coronary guiding catheter. However, the shape of the catheter 20 is not limited to that of the Judkins left coronary catheter. The catheter 20 may be a Judkins right coronary catheter or an Amplatz left or right coronary catheter, for example, as long as it has at least one curved portion.

[0021]    The catheter shaft 21 of the Judkins left coronary catheter according to the first embodiment has two curved portions. That is, the catheter shaft 21 has a first straight shaft portion 27, the first curved portion 28, a second straight shaft portion 29, the second curved por-

tion 30, and a body shaft portion 31 in this order from the front end of the catheter shaft 21.

[0022]    The first straight shaft portion 27 is a straight portion arranged on the rear side of the tip 33 described later.

[0023]    The first curved portion 28 on the front one of the curved portions is arranged on the rear side of the first straight shaft portion 27. Fig. 1 illustrates a curving range C1 of the first curved portion 28. The rear end of the range C1 is set, for example, within about 30 mm of the front end of the catheter 20. When the dilator 40 is not inserted into the catheter 20, the catheter shaft 21 is curved at about 90 degrees at the first curved portion 28.

[0024]    The second straight shaft portion 29 is a straight portion arranged on the rear side of the first curved portion 28.

[0025]    The second curved portion 30 is arranged on the rear side of the second straight shaft portion 29. Fig. 1 illustrates a curving range C2 of the second curved portion 30. When the dilator 40 is not inserted into the catheter 20, the catheter shaft 21 is curved at about 180 degrees at the second curved portion 30.

[0026]    The body shaft portion 31 is a substantially straight portion constituting the rest of the catheter shaft 21, that is, the portion on the rear side of the second curved portion 30.

[0027]    The tip 33 is attached to the front end of the first straight shaft portion 27 of the catheter shaft 21. The tip 33 is a cylindrical member having a hollow portion constituting the front end portion of the lumen 22. The tip 33 has, at a front end thereof, an opening 22a of the lumen 22. The axial length of the tip 33 is about 3.0 mm. The tip 33 is made of the same resin material as that of the catheter shaft 21. However, the tip 33 may be made of a softer resin material than the resin material of the catheter shaft 21. The resin material of the tip 33 contains a radiopaque material, which makes it possible to locate the catheter 20 under radioscopy.

[0028]    The tip 33 has, at the front end thereof, a tapered portion 33a tapering toward the front end. The tapered portion 33a is provided to minimize a stepped portion described later, which is formed between the front end of the tip 33 and a protruding portion 43 of the dilator 40.

[0029]    Note that the outer surfaces of the catheter shaft 21 and the tip 33 of the catheter 20 are provided with hydrophilic coating.

[0030]    The connector 35 is attached to the rear end of the catheter shaft 21. The connector 35 includes therein a hollow portion communicating with the lumen 22 of the catheter shaft 21. A connecting portion 36 is provided on the rear end of the connector 35. The connecting portion 36 is threadably engaged with a front attachment part 61, described later, of a connector 60 of the dilator 40.

[0031]    The dilator 40 is a cylindrical member including therein a lumen 42. The dilator 40 mainly includes a dilator shaft 41 and the connector 60. As illustrated in Fig. 3, the entire dilator 40 is set longer than the entire catheter

4

7    EP 2 444 115 A1    8

20 by a predetermined length. With this configuration, the front end portion of the dilator 40 protrudes from the front end of the catheter 20 when the dilator 40 is inserted into the catheter 20 and the connector 60 of the dilator 40 is connected to the connector 35 of the catheter 20 (hereinafter simply expressed as "when the dilator 40 is attached into the catheter 20").

[0032]    The dilator shaft 41 includes the protruding portion 43, a low stiffness portion 47, and a high stiffness portion 49 in this order from the front end of the dilator shaft 41. The dilator shaft 41 is made of a single resin material. Examples of the resin material include polyamide and polyester as well as fluorine resin such as PTFE.

[0033]    The protruding portion 43 is a front end portion of the dilator shaft 41. The protruding portion 43 includes a tapered portion 43a on the front of the protruding portion 43 and a straight portion 43b on the rear side of the tapered portion 43a.

[0034]    The tapered portion 43a protrudes from the front end of the catheter 20 when the dilator 40 is attached into the catheter 20. The tapered portion 43a has an inclined shape with its outer diameter decreasing toward the front end of the tapered portion. An opening 42a of the lumen 42 is formed at the front end of the tapered portion 43a. With this configuration, the tapered portion 43a makes it easy for the catheter assembly 10 to be inserted into a body. An axial length L1 of the tapered portion 43a is set to about 20 mm to about 25 mm in the present embodiment.

[0035]    The straight portion 43b is a cylindrical member having a constant outer diameter. A front side portion (portion of an axial length L2 from the front end) of the straight portion 43b (see Fig. 4A) protrudes from the front end of the catheter 20 when the dilator 40 is inserted into the catheter 20. The axial length L2 is set to about 30 mm or shorter, and is about 5.0 mm in the present embodiment. An outer diameter D1 of the straight portion 43b is set as large as possible in the range allowing insertion/removal of the dilator 40 into/from the lumen 22 of the catheter 20. This is for minimizing the stepped portion between the front end of the tip 33 of the catheter 20 and the protruding portion 43 of the dilator 40.

[0036]    The rear side portion of the straight portion 43b excluding the front side portion having the length L2 is positioned inside the catheter 20 when the dilator 40 is attached into the catheter 20. A transition portion 43c is formed at the rear end of the straight portion 43b. The transition portion 43c has a tapered shape tapering toward the rear end. With this configuration, the transition portion 43c smoothly connects the straight portion 43b and the low stiffness portion 47.

[0037]    The low stiffness portion 47 corresponds to the curving range C1 of the first curved portion 28 of the catheter 20 when the dilator 40 is inserted into the catheter 20. When the dilator 40 is attached into the catheter 20, the dilator 40 normally tries to keep its straight shape against the curve of the first curved portion 28. This con-

sequently makes the central axis of the protruding portion 43 shift from the central axis of the opening 22a of the catheter 20. The low stiffness portion 47 is for preventing such axis-shift and has a low flexural stiffness. Therefore, an axial length DC1 of the low stiffness portion 47 is preferably equal to or longer than the curving range C1 of the first curved portion 28. In the first embodiment, the axial length DC1 of the low stiffness portion 47 is approximately equal to the curving range C1 of the first curved portion 28.

[0038]    An outer diameter D2 of the low stiffness portion 47 is set smaller than the outer diameter D1 of the straight portion 43b of the protruding portion 43. This is for reducing the flexural stiffness of the low stiffness portion 47. The low stiffness portion 47 preferably has such flexural stiffness as to allow the low stiffness portion 47 to be deformed along the curve of the first curved portion 28 of the catheter 20. Therefore, the outer diameter D2 of the low stiffness portion 47 is determined considering the flexural stiffness of the catheter shaft 21, the curving degree of the first curved portion 28 and the like, in addition to the flexural stiffness of the protruding portion 43.

[0039]    The high stiffness portion 49 is at the rear side of the low stiffness portion 47. The high stiffness portion 49 has a constant outer diameter D3. The high stiffness portion 49 includes three portions, i.e., a front portion 49a, a middle portion 49b, and a rear portion 49c corresponding to the respective portions of the catheter 20 when the dilator 40 is attached to the catheter 20. That is, the middle portion 49b corresponds to the curving range C2 of the second curved portion 30 of the catheter 20 when the dilator 40 is attached into the catheter 20. The front portion 49a is at the front side of the middle portion 49b. The rear portion 49c is at the rear side of the middle portion 49b.

[0040]    A transition portion 49d is formed at the front end of the front portion 49a of the high stiffness portion 49. The transition portion 49d has a tapered shape tapering toward the front end. With this configuration, the transition portion 49d smoothly connects the front portion 49a of the high stiffness portion 49 and the low stiffness portion 47.

[0041]    The middle portion 49b of the high stiffness portion 49 is for making the curve of the second curved portion 30 close to straight. For this purpose, the middle portion 49b utilizes the repulsive force of the dilator 40, attached into the catheter 20, to return to its straight shape. Therefore, the flexural stiffness of the middle portion 49b is set higher than that of the low stiffness portion 47. Specifically, the outer diameter D3 of the middle portion 49b is equal to the outer diameter D1 of the straight portion 43b of the protruding portion 43. In this manner, the flexural stiffness of the middle portion 49b is increased by making the outer diameter D3 as large as possible.

[0042]    In the first embodiment, all the three portions of the front portion 49a, the middle portion 49b, and the rear portion 49c have the same outer diameter. Actually,

5

therefore, these three portions constitute one portion. When the three portions are assumed to be separate members, however, an axial length DC2 of the middle portion 49b is preferably equal to or longer than the curving range C2 of the second curved portion 30.

[0043] The rear portion 49c of the high stiffness portion 49 is at the rear side of the middle portion 49b. The rear portion 49c corresponds to the body shaft portion 31 of the catheter 20. The connector 60 is connected to the rear end of the rear portion 49c.

[0044] The connector 60 includes therein a hollow portion communicating with the lumen 42 of the dilator shaft 41. The front attachment part (rotating portion) 61, which is threadably engaged with the connecting portion 36 of the connector 35 of the catheter 20, is provided at the front end of the connector 60. A rear end opening 62 is provided at the rear end of the connector 60. A guidewire (not illustrated) inserted into the lumen 42 extends through the rear end opening 62.

[0045] Fig. 3 illustrates the dilator 40 attached into the catheter 20 having the above configuration. As illustrated in Fig. 3, the protruding portion 43 of the dilator 40 protrudes from the front end of the catheter 20.

[0046] The low stiffness portion 47 of the dilator 40 corresponding to the curving range C1 of the first curved portion 28 of the catheter 20 has a low flexural stiffness. Consequently, the repulsive force of the dilator 40 to return to its straight shape is small at the low stiffness portion 47. As illustrated in Fig. 5, therefore, the low stiffness portion 47 of the dilator 40 is curved along the curve of the first curved portion 28. This prevents the axis of the straight portion 43b of the protruding portion 43 of the dilator 40 from being shifted from the axis of the first straight shaft portion 27 arranged on the front side of the first curved portion 28 as much as possible. This in turn prevents the stepped portion from being formed between the front end of the tip 33 and the protruding portion 43 of the dilator 40 at the opening 22a of the catheter 20 as much as possible.

[0047] The outer diameter D1 of the protruding portion 43 is set as large as possible in the range allowing the dilator 40 to be inserted into the lumen 22 of the catheter 20. This further prevents the stepped portion from being formed between the front end of the tip 33 of the catheter 20 and the protruding portion 43 of the dilator 40.

[0048] Furthermore, the tapered portion 33a is provided at the front end of the tip 33 of the catheter 20. Therefore, the front end of the tip 33 of the catheter 20 and the protruding portion 43 of the dilator 40 are smoothly connected.

[0049] In the catheter assembly 10 according to the first embodiment, as described above, the stepped portion is prevented from being formed between the front end of the tip 33 of the catheter 20 and the protruding portion 43 of the dilator 40. Furthermore, the front end of the tip 33 of the catheter 20 and the protruding portion 43 of the dilator 40 are smoothly connected. This configuration reduces insertion resistance generated when the

front end of the dilator 40 and, subsequently, the front end of the catheter 20 are inserted into a body. Consequently, the catheter assembly 10 can be smoothly inserted into the body.

[0050] The middle portion 49b of the high stiffness portion 49 of the dilator 40 corresponding to the curving range C2 of the second curved portion 30 of the catheter 20 has a high stiffness. Therefore, the repulsive force of the dilator 40 to return to its straight shape makes the curved shape of the second curved portion 30 close to straight.

[0051] As a result, the second curved portion 30 is deformed into an approximately straight shape when the first curved portion 28 of the catheter 20 and, subsequently, the second curved portion 30 thereof are inserted into the body, and when the second curved portion 30 is pushed toward a target site inside the vessel. This makes it possible for the second curved portion 30 to be smoothly inserted into the body and then advance therein.

[0052] An operation for inserting the catheter assembly 10 of the first embodiment into an aorta of the heart will be described based on the above configuration. Note that, as described above, the catheter 20 of the first embodiment is the Judkins left coronary catheter. Consequently, the catheter 20 is engaged with the left coronary artery.

[0053] The catheter assembly 10 is inserted from a radial artery of a wrist region and into the aorta through a vessel in the vicinity of the upper arm and the collarbone, after which the dilator 40 is removed. With this operation, only the catheter 20 is engaged with a left coronary artery ostium. In this state, a treatment instrument (not illustrated) such as a treatment catheter (e.g., balloon catheter) is inserted into the lumen 22 of the catheter 20. This treatment instrument is used to treat a stenosis inside the coronary artery or the like.

[0054] To perform such an operation, first, a minute hole is bored in the radial artery of the wrist region with a puncture needle (not illustrated). The puncture needle typically has an outer cylinder into which the guidewire is inserted, and an inner cylinder inserted into the outer cylinder and provided with a needle body for puncture. The puncture needle with the inner cylinder inserted into the outer cylinder punctures the radial artery of the wrist region, whereby a minute hole is bored in the vessel. After that, only the inner cylinder is removed.

[0055] The guidewire (not illustrated) is inserted into the remaining outer cylinder. At this time, the guidewire is inserted up to the vicinity of the upper arm. Then, the outer cylinder of the puncture needle is removed, leaving only the guidewire behind. The catheter assembly 10 is then inserted from the rear end of the guidewire. At this time, the dilator 40 is already attached into the catheter 20 (as illustrated in Fig. 3).

[0056] The rear end of the guidewire is inserted through the opening 42a formed at the front end of the protruding portion 43 of the dilator 40, passes through the lumen 42, and extends through the rear end opening

62 of the connector 60. The catheter assembly 10 is then inserted into the body along the guidewire.

[0057] The front end of the protruding portion 43 of the dilator 40 is inserted into the body first. The front end portion of the protruding portion 43 is the tapered portion 43a. This minimizes the stepped portion between the front end of the dilator 40 and the outer surface of the guidewire. Consequently, the dilator 40 can be smoothly inserted into the body.

[0058] Subsequently, the front end portion of the catheter 20 is inserted into the body along the protruding portion 43 of the dilator 40. At this time, the outer diameter D1 of the protruding portion 43 is set as large as possible. This prevents the stepped portion from being formed between the front end of the tip 33 of the catheter 20 and the protruding portion 43 of the dilator 40. The tapered portion 33a is formed at the front end of the tip 33 of the catheter 20. With this configuration, the front end of the tip 33 of the catheter 20 and the protruding portion 43 of the dilator 40 are smoothly connected.

[0059] Furthermore, the low stiffness portion 47 of the dilator 40 corresponding to the first curved portion 28 of the catheter 20 has a small diameter. This reduces the flexural stiffness of the low stiffness portion 47. As a result, the repulsive force of the dilator 40 to return to its straight shape is small at the low stiffness portion 47. Consequently, the low stiffness portion 47 of the dilator 40 is curved along the curve of the first curved portion 28. This prevents the central axis of the straight portion 43b of the protruding portion 43 of the dilator 40 from being shifted from the central axis of the first straight shaft portion 27 arranged on the front side of the first curved portion 28. This in turn prevents the stepped portion from being formed between the front end of the tip 33 of the catheter 20 and the protruding portion 43 of the dilator 40 as much as possible.

[0060] As described above, the stepped portion is prevented from being formed between the front end of the tip 33 of the catheter 20 and the protruding portion 43 of the dilator 40, which are smoothly connected. As a result, the front end portion of the catheter 20 is smoothly inserted into the body along the protruding portion 43 of the dilator 40.

[0061] After the tip 33 of the catheter 20 is inserted into the body, the first straight shaft portion 27, the first curved portion 28, the second straight shaft portion 29, and the second curved portion 30 are sequentially inserted into the body.

[0062] The middle portion 49b of the high stiffness portion 49 of the dilator 40 corresponding to the second curved portion 30 of the catheter 20 has a high flexural stiffness. When inserted into the body, therefore, the second curved portion 30 is deformed to be close to straight by the repulsive force of the dilator 40 to return to its straight shape, as illustrated in Fig. 3.

[0063] When inserted into the body, therefore, the second curved portion 30 of the catheter 20 is unbent to be close to straight. As a result, the second curved portion 30 can be smoothly inserted into the body.

[0064] Subsequently, the body shaft portion 31 of the catheter 20 is inserted into the body along the guidewire. In this manner, the catheter assembly 10 is inserted into the vessel. Also when the catheter assembly 10 advances inside the vessel, the second curved portion 30 of the catheter 20 is deformed to be close to straight. This enables the catheter assembly 10 to move smoothly inside the vessel.

[0065] When the front end of the catheter assembly 10 approaches the front end of the guidewire positioned in the upper arm, an operator such as a physician moves the guidewire and the catheter assembly 10 at the same time. With this operation, the catheter assembly 10, with a predetermined length of the guidewire protruding from the front end thereof, passes through a vessel in the vicinity of the collarbone and reaches the vicinity of an inlet of an ascending aorta.

[0066] After that, the dilator 40 is pulled out of the catheter 20 and out of the body. After the dilator 40 is pulled out, the second curved portion 30 of the catheter 20 almost returns to its original shape. In this state, the operator operates the guidewire and the catheter 20 to advance these further toward the ascending aorta. Then, the operator also removes the guidewire out of the body, and engages the front end of the catheter 20 with the left coronary artery ostium.

[0067] Note that the timing of removing the dilator 40 and the guidewire depends on the operator, and is not limited to the above example.

[0068] When the catheter 20 is engaged with the coronary artery ostium in this manner, a treatment instrument such as another guidewire or balloon catheter is inserted into the catheter 20 to treat a target site, i.e., a stenosis inside the coronary artery or the like. This treatment instrument is then used for treatment of the heart.

[0069] In the first embodiment described above, the diameter of the low stiffness portion 47 is made smaller than those of the other portions in order to reduce the flexural stiffness of the low stiffness portion 47 of the dilator 40 corresponding to the first curved portion 28 of the catheter 20. However, the method for reducing the flexural stiffness of the low stiffness portion 47 is not limited to decreasing the diameter thereof.

[0070] Like a dilator shaft 141 illustrated in Fig. 6A, for example, the dilator shaft may include a semicircular portion 147 having a semicircular cross section, instead of the low stiffness portion 47 described above. That is, as illustrated in Fig. 6B which is a cross-sectional view of the dilator shaft 141, the semicircular portion 147 is formed by cutting out substantially half the cross section of a cylindrical portion having the same outer diameter as the protruding portion 43 and forming a cutout portion 147a. With this configuration, the flexural stiffness of the semicircular portion 147 is low.

[0071] Cutting out only the half portion on one side of the cylinder in this manner makes it easy for the dilator shaft 141 to bend toward the side of the cutout portion

147a. That is, by positioning the cutout portion 147a of the semicircular portion 147 serving as the low stiffness portion inside the first curved portion 28 of the catheter 20, the semicircular portion 147 can easily be bent along the first curved portion 28 of the catheter 20.

[0072] Alternatively, the portion corresponding to the low stiffness portion can be formed of a flexible resin or a metallic coil.

[0073] In the embodiments described above, the diameter of the middle portion 49b of the high stiffness portion 49 of the dilator 40 is the same as those of the protruding portion 43 and the front portion 49a and the rear portion 49c of the high stiffness portion 49, in order to increase the flexural stiffness of the middle portion 49b corresponding to the second curved portion 30 of the catheter 20. However, the middle portion 49b only needs to have such flexural stiffness as to facilitate the insertion of the catheter assembly 10 by relieving the curve of the second curved portion 30 of the catheter 20. Therefore, the diameter of the middle portion 49b does not have to be the same as that of the protruding portion 43 or the like.

[0074] For example, a high stiffness portion 249 of a dilator shaft 241 illustrated in Figs. 7A and 7B may be used instead of the high stiffness portion 49 of the dilator 40 described above. That is, in the high stiffness portion 249, an outer diameter D4 of a middle portion 249b of the high stiffness portion 249 of a dilator 240 is smaller than the outer diameter D1 of the protruding portion 43 but larger than outer diameters D5 of a front portion 249a and a rear portion 249c of the high stiffness portion 249. The middle portion 249b corresponds to the second curved portion 30 of the catheter 20.

[0075] The middle portion 49b of the high stiffness portion 49 of the dilator 40 may be made of a hard resin to increase the flexural stiffness of the middle portion 49b.

[0076] In the embodiments described above, the catheter 20 of the catheter assembly 10 has been described as the guiding catheter for a heart. However, the catheter 20 is not limited to the above example and can be applied to other catheters.

[0077] In addition, the organ for which the catheter is used is not limited to a vessel in the heart. The catheter 20 can be used in an operation for other organs.

[0078] While the invention has been shown and described in detail, the foregoing description is in all aspects illustrative and not restrictive. It is therefore understood that numerous modifications and variations can be devised without departing from the spirit and scope of the invention.

**Claims**

1. A catheter assembly comprising:

   a catheter (20) comprising a tubular member, and
   at least one curved portion (28, 30) at a front portion of the tubular member;
   and
   a dilator (40) configured to be inserted into the catheter (20), the dilator (40) comprising a protruding portion (43) arranged on a front end portion of the dilator (40), at least part of the protruding portion (43) protruding from a front end of the catheter (20) when the dilator (40) is inserted into the catheter (20), **characterized in that** the dilator (40) further comprises:

   a low stiffness portion (47) arranged on a rear side of the protruding portion (43) and at a position corresponding to the curved portion of the catheter (20), and having a lower flexural stiffness than the protruding portion (43), and
   a high stiffness portion (49) arranged on a rear side of the low stiffness portion (47) and having a higher flexural stiffness than the low stiffness portion (47).

2. The catheter assembly according to claim 1, wherein the catheter (20) has a plurality of curved portions (28, 30),
   the low stiffness portion (47) of the dilator (40) is arranged at a position corresponding to a first curved portion (28), which is at a most distal side among the plurality of curved portions of the catheter (20), and the high stiffness portion (49) of the dilator (40) is arranged at a position corresponding to a second curved portion (30), which is on a rear side of the first curved portion (28) of the catheter (20).

3. The catheter assembly according to claim 1 or 2, wherein an outer diameter of the low stiffness portion (47) is smaller than outer diameters of both the protruding portion (43) and the high stiffness portion (49).



# FIG. 1

EP 2 444 115 A1

## FIG. 2



EP 2 444 115 A1

## FIG. 3



EP 2 444 115 A1



FIG. 4A

FIG. 4B

EP 2 444 115 A1

EP 2 444 115 A1

# FIG. 5





## FIG. 6A

## FIG. 6B



EP 2 444 115 A1



**FIG. 7A**

**FIG. 7B**

EP 2 444 115 A1

EP 2 444 115 A1

# FIG. 8
# BACKGROUND ART



**EP 2 444 115 A1**



## EUROPEAN SEARCH REPORT

Application Number

EP 11 17 3678

### DOCUMENTS CONSIDERED TO BE RELEVANT

| Category | Citation of document with indication, where appropriate, of relevant passages | Relevant to claim | CLASSIFICATION OF THE APPLICATION (IPC) |
|---|---|---|---|
| X | WO 2008/134382 A1 (ACCLARENT INC [US]; GOLDFARB ERIC [US]; CHANG JOHN Y [US]; FACTEAU WIL) 6 November 2008 (2008-11-06) * page 12, lines 27-32; figures 1,2,5,6 * * page 7, lines 17-19 * * page 8, lines 3-8 * ----- | 1-3 | INV. A61M25/00 A61M29/00 |
| X | WO 94/03229 A1 (SCIMED LIFE SYSTEMS INC [US]) 17 February 1994 (1994-02-17) * page 15, lines 24-34; figure 2 * ----- | 1 | |
| X | EP 1 340 516 A1 (KANEKA CORP [JP]) 3 September 2003 (2003-09-03) * paragraphs [0052], [0108]; figures 7,21 * ----- | 1,2 | |
| A | US 2004/103516 A1 (BOLDUC LEE R [US] ET AL) 3 June 2004 (2004-06-03) * the whole document * ----- | 1-3 | |
| | | | **TECHNICAL FIELDS SEARCHED (IPC)** |
| | | | A61M |

The present search report has been drawn up for all claims

| Place of search | Date of completion of the search | Examiner |
|---|---|---|
| Berlin | 16 August 2011 | Bielsa, David |

CATEGORY OF CITED DOCUMENTS

X : particularly relevant if taken alone
Y : particularly relevant if combined with another document of the same category
A : technological background
O : non-written disclosure
P : intermediate document

T : theory or principle underlying the invention
E : earlier patent document, but published on, or after the filing date
D : document cited in the application
L : document cited for other reasons

& : member of the same patent family, corresponding document

EPO FORM 1503 03.82 (P04C01)

EP 2 444 115 A1

**ANNEX TO THE EUROPEAN SEARCH REPORT
ON EUROPEAN PATENT APPLICATION NO.**                EP 11 17 3678

This annex lists the patent family members relating to the patent documents cited in the above-mentioned European search report.
The members are as contained in the European Patent Office EDP file on
The European Patent Office is in no way liable for these particulars which are merely given for the purpose of information.

16-08-2011

| Patent document cited in search report | | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|---|
| WO 2008134382 | A1 | 06-11-2008 | EP<br>US | 2185234 A1<br>2008195041 A1 | 19-05-2010<br>14-08-2008 |
| WO 9403229 | A1 | 17-02-1994 | NONE | | |
| EP 1340516 | A1 | 03-09-2003 | AU<br>CA<br>CN<br>WO<br>US | 1272802 A<br>2428211 A1<br>1473057 A<br>0238211 A1<br>2004116957 A1 | 21-05-2002<br>16-05-2002<br>04-02-2004<br>16-05-2002<br>17-06-2004 |
| US 2004103516 | A1 | 03-06-2004 | NONE | | |

EPO FORM P0459

For more details about this annex : see Official Journal of the European Patent Office, No. 12/82

18

EP 2 444 115 A1

REFERENCES CITED IN THE DESCRIPTION

*This list of references cited by the applicant is for the reader's convenience only. It does not form part of the European patent document. Even though great care has been taken in compiling the references, errors or omissions cannot be excluded and the EPO disclaims all liability in this regard.*

**Patent documents cited in the description**

- JP 2010234956 A **[0001]**
- JP 9225035 A **[0003]**
- JP 6335531 A **[0003]**
- JP 6178814 A **[0003]**
- JP 2002143318 A **[0004]**
- JP 2002143319 A **[0004]**

Doc code: IDS

Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08a (01-22)

Approved for use through 05/31/2024. OMB 0651-0031

U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 19007196 |
| | Filing Date | 2024-12-31 |
| | First Named Inventor | Gareth Davies |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 051666/13407 |

| U.S.PATENTS | | | | | | Remove |
|---|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Patent Number | Kind Code1 | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
| | 1 | 0175254 | | 1876-03-28 | C OBERLY | |
| | 2 | 0827626 | | 1906-07-31 | GILLET ALEXIS F | |
| | 3 | 0848711 | | 1907-04-02 | WEAVER DANIEL | |
| | 4 | 1072954 | | 1913-09-09 | JUNN FRANK B | |
| | 5 | 1279654 | | 1918-09-24 | CHARLESWORTH HORACE M | |
| | 6 | 1918094 | | 1933-07-11 | GEEKAS DEMETRIUS G | |
| | 7 | 1996986 | | 1935-04-09 | ALEXANDER WEINBERG | |
| | 8 | 2021989 | | 1935-11-26 | DE MASTER MATTHEW J | |

PC 6.1.24

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | Application Number | 19007196 |
| --- | --- | --- | --- |
| | | Filing Date | 2024-12-31 |
| | | First Named Inventor | Gareth Davies |
| | | Art Unit | |
| | | Examiner Name | |
| | | Attorney Docket Number | 051666/13407 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 9 | 2146636 | | 1939-02-07 | LIPCHOW WALTER F | |
| 10 | 3429574 | | 1969-02-25 | WILLIAMS CHARLES L | |
| 11 | 3448739 | | 1969-06-10 | STARK et al. | |
| 12 | 3575415 | | 1971-04-20 | FULP et al. | |
| 13 | 3595239 | | 1971-07-27 | PETERSEN ROY A | |
| 14 | 4129129 | | 1978-12-12 | AMRINE BRUCE A | |
| 15 | 4135518 | | 1979-01-23 | DUTCHER ROBERT G. | |
| 16 | 4244362 | | 1981-01-13 | ANDERSON CHARLES C | |
| 17 | 4401124 | | 1983-08-30 | GUESS et al. | |
| 18 | 4458695 | | 1984-07-10 | PEERS-TREVARTON CHARLES A. | |
| 19 | 4639252 | | 1987-01-27 | KELLY et al. | |

PC 6.1.24

<table>
<tr>
<td colspan="2"><strong>INFORMATION DISCLOSURE STATEMENT BY APPLICANT</strong><br>( Not for submission under 37 CFR 1.99)</td>
<td>Application Number</td>
<td>19007196</td>
</tr>
<tr>
<td>Filing Date</td>
<td>2024-12-31</td>
</tr>
<tr>
<td>First Named Inventor</td>
<td>Gareth Davies</td>
</tr>
<tr>
<td>Art Unit</td>
<td></td>
</tr>
<tr>
<td>Examiner Name</td>
<td></td>
</tr>
<tr>
<td>Attorney Docket Number</td>
<td>051666/13407</td>
</tr>
</table>

| | | | | | |
|---|---|---|---|---|---|
| | 20 | 4641649 | | 1987-02-10 | WALINSKY et al. | |
| | 21 | 4669467 | | 1987-06-02 | WILLETT et al. | |
| | 22 | 4682596 | | 1987-07-28 | BALES et al. | |
| | 23 | 4790311 | | 1988-12-13 | RUIZ OSCAR F | |
| | 24 | 4790809 | | 1988-12-13 | KUNTZ DAVID H | |
| | 25 | 4793350 | | 1988-12-27 | MAR et al. | |
| | 26 | 4807620 | | 1989-02-28 | STRUL et al. | |
| | 27 | 4811743 | | 1989-03-14 | STEVENS ROBERT C. | |
| | 28 | 4832048 | | 1989-05-23 | COHEN DONALD | |
| | 29 | 4840622 | | 1989-06-20 | HARDY DWAYNE E | |
| | 30 | 4863441 | | 1989-09-05 | LINDSAY et al. | |

PC 6.1.24

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | Application Number | 19007196 |
| | | Filing Date | 2024-12-31 |
| | | First Named Inventor | Gareth Davies |
| | | Art Unit | |
| | | Examiner Name | |
| | | Attorney Docket Number | 051666/13407 |

| | | | | | |
|---|---|---|---|---|---|
| 31 | 4884567 | | 1989-12-05 | ELLIOTT et al. | |
| 32 | 4892104 | | 1990-01-09 | ITO et al. | |
| 33 | 4896671 | | 1990-01-30 | CUNNINGHAM et al. | |
| 34 | 4928693 | | 1990-05-29 | GOODIN et al. | |
| 35 | 4936281 | | 1990-06-26 | STASZ PETER | |
| 36 | 4960410 | | 1990-10-02 | PINCHUK LEONARD | |
| 37 | 4977897 | | 1990-12-18 | HURWITZ ROBERT | |
| 38 | 4998933 | | 1991-03-12 | EGGERS et al. | |
| 39 | 5006119 | | 1991-04-09 | ACKER et al. | |
| 40 | 5019076 | | 1991-05-28 | YAMANASHI et al. | |
| 41 | 5047026 | | 1991-09-10 | RYDELL MARK A | |

PC 6.1.24

| | | | | | |
|---|---|---|---|---|---|
| | | | **Application Number** | 19007196 | |
| | | | **Filing Date** | 2024-12-31 | |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | | **First Named Inventor** | Gareth Davies | |
| | | | **Art Unit** | | |
| | | | **Examiner Name** | | |
| | | | **Attorney Docket Number** | 051666/13407 | |

| | | | | | |
|---|---|---|---|---|---|
| 42 | 5067489 | | 1991-11-26 | LIND STUART J. | |
| 43 | 5081997 | | 1992-01-21 | BOSLEY et al. | |
| 44 | 5098392 | A | 1992-03-24 | FLEISCHHACKER et al. | |
| 45 | 5098431 | A | 1992-03-24 | RYDELL MARK A | |
| 46 | 5112048 | A | 1992-05-12 | KIENLE ROBERT N | |
| 47 | 5154724 | A | 1992-10-13 | ANDREWS WINSTON A | |
| 48 | 5176149 | A | 1993-01-05 | GRENOUILLET GUY | |
| 49 | 5201756 | A | 1993-04-13 | HORZEWSKI et al. | |
| 50 | 5209741 | A | 1993-05-11 | SPAETH EDMUND E | |
| 51 | 5211183 | A | 1993-05-18 | WILSON BRUCE C | |
| 52 | 5221256 | A | 1993-06-22 | MAHURKAR SAKHARAM D | |

PC 6.1.24

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **Application Number** | | 19007196 | |
| | | | **Filing Date** | | 2024-12-31 | |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | | **First Named Inventor** | Gareth Davies | | |
| | | | **Art Unit** | | | |
| | | | **Examiner Name** | | | |
| | | | **Attorney Docket  Number** | | 051666/13407 | |

| | | | | | |
|---|---|---|---|---|---|
| 53 | 5230349 | A | 1993-07-27 | LANGBERG EDWIN | |
| 54 | 5281216 | A | 1994-01-25 | KLICEK MICHAEL S | |
| 55 | 5300068 | A | 1994-04-05 | ROSAR et al. | |
| 56 | 5300069 | A | 1994-04-05 | HUNSBERGER et al. | |
| 57 | 5312341 | A | 1994-05-17 | TURI ZOLTAN | |
| 58 | 5314418 | A | 1994-05-24 | TAKANO et al. | |
| 59 | 5318525 | A | 1994-06-07 | WEST et al. | |
| 60 | 5327905 | A | 1994-07-12 | AVITALL BOAZ | |
| 61 | 5364393 | A | 1994-11-15 | AUTH et al. | |
| 62 | 5366443 | A | 1994-11-22 | EGGERS et al. | |
| 63 | 5372596 | A | 1994-12-13 | KLICEK et al. | |

PC 6.1.24

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **Application Number** | | 19007196 | |
| | | | **Filing Date** | | 2024-12-31 | |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | | **First Named Inventor** | Gareth Davies | | |
| | | | **Art Unit** | | | |
| | | | **Examiner Name** | | | |
| | | | **Attorney Docket  Number** | | 051666/13407 | |

| | | | | | |
|---|---|---|---|---|---|
| | 64 | 5380304 | A | 1995-01-10 | PARKER FRED T | |
| | 65 | 5395341 | A | 1995-03-07 | SLATER ANDREA T | |
| | 66 | 5397304 | A | 1995-03-14 | TRUCKAI CSABA | |
| | 67 | 5403338 | A | 1995-04-04 | MILO SIMCHA | |
| | 68 | 5423809 | A | 1995-06-13 | KLICEK MICHAEL S | |
| | 69 | 5425382 | A | 1995-06-20 | GOLDEN et al. | |
| | 70 | 5490859 | A | 1996-02-13 | MISCHE et al. | |
| | 71 | 5497774 | A | 1996-03-12 | SWARTZ et al. | |
| | 72 | 5499975 | A | 1996-03-19 | COPE et al. | |
| | 73 | 5507751 | A | 1996-04-16 | GOODE et al. | |
| | 74 | 5509411 | A | 1996-04-23 | LITTMANN et al. | |

PC 6.1.24

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | Application Number | 19007196 |
| | | Filing Date | 2024-12-31 |
| | | First Named Inventor | Gareth Davies |
| | | Art Unit | |
| | | Examiner Name | |
| | | Attorney Docket Number | 051666/13407 |

| | 75 | 5540681 | A | 1996-07-30 | STRUL et al. | |
|---|---|---|---|---|---|---|
| | 76 | 5545200 | A | 1996-08-13 | WEST et al. | |
| | 77 | 5555618 | A | 1996-09-17 | WINKLER JOSEF | |
| | 78 | 5571088 | A | 1996-11-05 | LENNOX et al. | |
| | 79 | 5575766 | A | 1996-11-19 | SWARTZ et al. | |
| | 80 | 5575772 | A | 1996-11-19 | LENNOX CHARLES D | |
| | 81 | 5582609 | A | 1996-12-10 | SWANSON et al. | |
| | 82 | 5599347 | A | 1997-02-04 | HART et al. | |
| | 83 | 5605162 | A | 1997-02-25 | MIRZAEE et al. | |
| | 84 | 5617878 | A | 1997-04-08 | TAHERI SYDE A | |
| | 85 | 5622169 | A | 1997-04-22 | GOLDEN et al. | |

PC 6.1.24

# INFORMATION DISCLOSURE STATEMENT BY APPLICANT

( Not for submission under 37 CFR 1.99)

| | |
|---|---|
| Application Number | 19007196 |
| Filing Date | 2024-12-31 |
| First Named Inventor | Gareth Davies |
| Art Unit | |
| Examiner Name | |
| Attorney Docket  Number | 051666/13407 |

| | | | | | |
|---|---|---|---|---|---|
| 86 | 5624430 | A | 1997-04-29 | ETON et al. | |
| 87 | 5664580 | A | 1997-09-09 | ERICKSON et al. | |
| 88 | 5666968 | A | 1997-09-16 | IMRAN et al. | |
| 89 | 5667488 | A | 1997-09-16 | LUNDQUIST et al. | |
| 90 | 5673695 | A | 1997-10-07 | MCGEE et al. | |
| 91 | 5674208 | A | 1997-10-07 | BERG et al. | |
| 92 | 5680860 | A | 1997-10-28 | IMRAN MIR A | |
| 93 | 5683366 | A | 1997-11-04 | EGGERS et al. | |
| 94 | 5720744 | A | 1998-02-24 | EGGLESTON et al. | |
| 95 | 5722425 | A | 1998-03-03 | BOSTROM MATS | |
| 96 | 5741249 | A | 1998-04-21 | MOSS et al. | |

PC 6.1.24

| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 19007196 |
|---|---|---|---|
| | | Filing Date | 2024-12-31 |
| | | First Named Inventor | Gareth Davies |
| | | Art Unit | |
| | | Examiner Name | |
| | | Attorney Docket Number | 051666/13407 |

| | | | | | |
|---|---|---|---|---|---|
| 97 | 5766135 | A | 1998-06-16 | TERWILLIGER RICHARD A | |
| 98 | 5779688 | A | 1998-07-14 | IMRAN et al. | |
| 99 | 5810764 | A | 1998-09-22 | EGGERS et al. | |
| 100 | 5814028 | A | 1998-09-29 | SWARTZ et al. | |
| 101 | 5830214 | A | 1998-11-03 | FLOM et al. | |
| 102 | 5836875 | A | 1998-11-17 | WEBSTER JR WILTON W | |
| 103 | 5849011 | A | 1998-12-15 | JONES et al. | |
| 104 | 5851210 | A | 1998-12-22 | TOROSSIAN RICHARD | |
| 105 | 5885227 | A | 1999-03-23 | FINLAYSON MAUREEN | |
| 106 | 5888201 | A | 1999-03-30 | STINSON et al. | |
| 107 | 5893848 | A | 1999-04-13 | NEGUS et al. | |

PC 6.1.24

| | | | | | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | | Application Number | 19007196 | |
| | | | Filing Date | 2024-12-31 | |
| | | | First Named Inventor | Gareth Davies | |
| | | | Art Unit | | |
| | | | Examiner Name | | |
| | | | Attorney Docket Number | 051666/13407 | |

| | | | | | |
|---|---|---|---|---|---|
| 108 | 5893885 | A | 1999-04-13 | WEBSTER JR WILTON W | |
| 109 | 5904679 | A | 1999-05-18 | CLAYMAN RALPH V | |
| 110 | 5916210 | A | 1999-06-29 | WINSTON THOMAS R | |
| 111 | 5921957 | A | 1999-07-13 | KILLION et al. | |
| 112 | 5931818 | A | 1999-08-03 | WERP et al. | |
| 113 | 5944023 | A | 1999-08-31 | JOHNSON et al. | |
| 114 | 5944701 | A | 1999-08-31 | DUBRUL WILLIAM R. | |
| 115 | 5951482 | A | 1999-09-14 | WINSTON et al. | |
| 116 | 5957842 | A | 1999-09-28 | LITTMANN et al. | |
| 117 | 5964757 | A | 1999-10-12 | PONZI DEAN M | |
| 118 | 5967976 | A | 1999-10-19 | LARSEN et al. | |

PC 6.1.24

| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | Application Number | 19007196 |
|---|---|---|---|---|
| | | | Filing Date | 2024-12-31 |
| | | | First Named Inventor | Gareth Davies |
| | | | Art Unit | |
| | | | Examiner Name | |
| | | | Attorney Docket Number | 051666/13407 |

| | | | | | |
|---|---|---|---|---|---|
| 119 | 5989276 | A | 1999-11-23 | HOUSER et al. | |
| 120 | 6007555 | A | 1999-12-28 | DEVINE TERRENCE M | |
| 121 | 6009877 | A | 2000-01-04 | EDWARDS STUART D | |
| 122 | 6013072 | A | 2000-01-11 | WINSTON et al. | |
| 123 | 6017340 | A | 2000-01-25 | CASSIDY et al. | |
| 124 | 6018676 | A | 2000-01-25 | DAVIS et al. | |
| 125 | 6030380 | A | 2000-02-29 | AUTH et al. | |
| 126 | 6032674 | A | 2000-03-07 | EGGERS et al. | |
| 127 | 6036677 | A | 2000-03-14 | JAVIER JR. et al. | |
| 128 | 6048349 | A | 2000-04-11 | WINSTON et al. | |
| 129 | 6053870 | A | 2000-04-25 | FULTON III RICHARD EUSTIS | |

PC 6.1.24

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 19007196 |
|---|---|---|
| | Filing Date | 2024-12-31 |
| | First Named Inventor | Gareth Davies |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 051666/13407 |

| 130 | 6053904 | A | 2000-04-25 | SCRIBNER et al. | |
|---|---|---|---|---|---|
| 131 | 6056747 | A | 2000-05-02 | SAADAT et al. | |
| 132 | 6063093 | A | 2000-05-16 | WINSTON et al. | |
| 133 | 6093185 | A | 2000-07-25 | ELLIS et al. | |
| 134 | 6106515 | A | 2000-08-22 | WINSTON et al. | |
| 135 | 6106520 | A | 2000-08-22 | LAUFER et al. | |
| 136 | 6117131 | A | 2000-09-12 | TAYLOR JUNIUS E | |
| 137 | 6123718 | A | 2000-09-26 | TU et al. | |
| 138 | 6139540 | A | 2000-10-31 | ROST et al. | |
| 139 | 6142992 | A | 2000-11-07 | CHENG et al. | |
| 140 | 6146380 | A | 2000-11-14 | RACZ et al. | |

PC 6.1.24

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Application Number | | 19007196 | |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | | Filing Date | | 2024-12-31 | |
| | | | First Named Inventor | Gareth Davies | | |
| | | | Art Unit | | | |
| | | | Examiner Name | | | |
| | | | Attorney Docket  Number | | 051666/13407 | |

| | | | | | |
|---|---|---|---|---|---|
| 141 | 6155264 | A | 2000-12-05 | RESSEMANN et al. | |
| 142 | 6156031 | A | 2000-12-05 | AITA et al. | |
| 143 | 6171305 | B1 | 2001-01-09 | SHERMAN MARSHALL L | |
| 144 | 6179824 | B1 | 2001-01-30 | EGGERS et al. | |
| 145 | 6193676 | B1 | 2001-02-27 | WINSTON et al. | |
| 146 | 6193715 | B1 | 2001-02-27 | WRUBLEWSKI et al. | |
| 147 | 6210408 | B1 | 2001-04-03 | CHANDRASEKARAN et al. | |
| 148 | 6217575 | B1 | 2001-04-17 | DEVORE et al. | |
| 149 | 6221061 | B1 | 2001-04-24 | ENGELSON et al. | |
| 150 | 6228076 | B1 | 2001-05-08 | WINSTON et al. | |
| 151 | 6245054 | B1 | 2001-06-12 | FUIMAONO et al. | |

PC 6.1.24

| | | | | |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT**<br>( **Not for submission under 37 CFR 1.99)** | Application Number | 19007196 | | |
| | Filing Date | 2024-12-31 | | |
| | First Named Inventor | Gareth Davies | | |
| | Art Unit | | | |
| | Examiner Name | | | |
| | Attorney Docket Number | 051666/13407 | | |

| | | | | | |
|---|---|---|---|---|---|
| 152 | 6267758 | B1 | 2001-07-31 | DAW et al. | |
| 153 | 6283983 | B1 | 2001-09-04 | MAKOWER et al. | |
| 154 | 6292678 | B1 | 2001-09-18 | HALL et al. | |
| 155 | 6293945 | B1 | 2001-09-25 | PARINS et al. | |
| 156 | 6296615 | B1 | 2001-10-02 | BROCKWAY et al. | |
| 157 | 6296636 | B1 | 2001-10-02 | CHENG et al. | |
| 158 | 6302898 | B1 | 2001-10-16 | EDWARDS et al. | |
| 159 | 6304769 | B1 | 2001-10-16 | ARENSON et al. | |
| 160 | 6315777 | B1 | 2001-11-13 | COMBEN RICHARD H | |
| 161 | 6325797 | B1 | 2001-12-04 | STEWART et al. | |
| 162 | 6328699 | B1 | 2001-12-11 | EIGLER et al. | |

PC 6.1.24

| | | | | | |
|---|---|---|---|---|---|
| | | | Application Number | 19007196 | |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | | Filing Date | 2024-12-31 | |
| | | | First Named Inventor | Gareth Davies | |
| | | | Art Unit | | |
| | | | Examiner Name | | |
| | | | Attorney Docket  Number | 051666/13407 | |

| | | | | | |
|---|---|---|---|---|---|
| 163 | 6360128 | B2 | 2002-03-19 | KORDIS et al. | |
| 164 | 6364877 | B1 | 2002-04-02 | GOBLE et al. | |
| 165 | 6371955 | B1 | 2002-04-16 | FUIMAONO et al. | |
| 166 | 6385472 | B1 | 2002-05-07 | HALL et al. | |
| 167 | 6394976 | B1 | 2002-05-28 | WINSTON et al. | |
| 168 | 6395002 | B1 | 2002-05-28 | ELLMAN et al. | |
| 169 | 6419674 | B1 | 2002-07-16 | BOWSER et al. | |
| 170 | 6428551 | B1 | 2002-08-06 | HALL et al. | |
| 171 | 6450989 | B2 | 2002-09-17 | DUBRUL et al. | |
| 172 | 6475214 | B1 | 2002-11-05 | MOADDEB SHAHRAM | |
| 173 | 6485485 | B1 | 2002-11-26 | WINSTON et al. | |

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | | Application Number | 19007196 | |
| | | | Filing Date | 2024-12-31 | |
| | | | First Named Inventor | Gareth Davies | |
| | | | Art Unit | | |
| | | | Examiner Name | | |
| | | | Attorney Docket Number | 051666/13407 | |

| | 174 | 6508754 | B1 | 2003-01-21 | LIPRIE et al. | |
|---|---|---|---|---|---|---|
| | 175 | 6524303 | B1 | 2003-02-25 | GARIBALDI JEFFREY M | |
| | 176 | 6530923 | B1 | 2003-03-11 | DUBRUL et al. | |
| | 177 | 6554827 | B2 | 2003-04-29 | CHANDRASEKARAN et al. | |
| | 178 | 6562031 | B2 | 2003-05-13 | CHANDRASEKARAN et al. | |
| | 179 | 6562049 | B1 | 2003-05-13 | NORLANDER et al. | |
| | 180 | 6565562 | B1 | 2003-05-20 | SHAH et al. | |
| | 181 | 6607520 | B2 | 2003-08-19 | KEANE DAVID | |
| | 182 | 6607529 | B1 | 2003-08-19 | JONES et al. | |
| | 183 | 6632222 | B1 | 2003-10-14 | EDWARDS et al. | |
| | 184 | 6639999 | B1 | 2003-10-28 | COOKINGHAM et al. | |

PC 6.1.24

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | Application Number | 19007196 |
| --- | --- | --- | --- |
| | | Filing Date | 2024-12-31 |
| | | First Named Inventor | Gareth Davies |
| | | Art Unit | |
| | | Examiner Name | |
| | | Attorney Docket  Number | 051666/13407 |

| 185 | 6650923 | B1 | 2003-11-18 | LESH et al. | |
| --- | --- | --- | --- | --- | --- |
| 186 | 6651672 | B2 | 2003-11-25 | ROTH ALEX T | |
| 187 | 6662034 | B2 | 2003-12-09 | SEGNER et al. | |
| 188 | 6663621 | B1 | 2003-12-16 | WINSTON et al. | |
| 189 | 6702811 | B2 | 2004-03-09 | STEWART et al. | |
| 190 | 6709444 | B1 | 2004-03-23 | MAKOWER JOSHUA | |
| 191 | 6723052 | B2 | 2004-04-20 | MILLS STANLEY L | |
| 192 | 6733511 | B2 | 2004-05-11 | HALL et al. | |
| 193 | 6740103 | B2 | 2004-05-25 | HALL et al. | |
| 194 | 6752800 | B1 | 2004-06-22 | WINSTON et al. | |
| 195 | 6755816 | B2 | 2004-06-29 | RITTER et al. | |

PC 6.1.24

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | Application Number | | 19007196 | |
|---|---|---|---|---|---|
| | | Filing Date | | 2024-12-31 | |
| | | First Named Inventor | | Gareth Davies | |
| | | Art Unit | | | |
| | | Examiner Name | | | |
| | | Attorney Docket Number | | 051666/13407 | |

| | 196 | 6811544 | B2 | 2004-11-02 | SCHAER ALAN K | |
|---|---|---|---|---|---|---|
| | 197 | 6814733 | B2 | 2004-11-09 | SCHWARTZ et al. | |
| | 198 | 6820614 | B2 | 2004-11-23 | BONUTTI PETER M | |
| | 199 | 6834201 | B2 | 2004-12-21 | GILLIES et al. | |
| | 200 | 6842639 | B1 | 2005-01-11 | WINSTON et al. | |
| | 201 | 6852109 | B2 | 2005-02-08 | WINSTON et al. | |
| | 202 | 6855143 | B2 | 2005-02-15 | DAVISON et al. | |
| | 203 | 6860856 | B2 | 2005-03-01 | WARD et al. | |
| | 204 | 6869431 | B2 | 2005-03-22 | MAGUIRE et al. | |
| | 205 | 6911026 | B1 | 2005-06-28 | HALL et al. | |
| | 206 | 6951554 | B2 | 2005-10-04 | JOHANSEN et al. | |

PC 6.1.24

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | | | Application Number | 19007196 |
|---|---|---|---|---|---|
| | | | | Filing Date | 2024-12-31 |
| | | | | First Named Inventor | Gareth Davies |
| | | | | Art Unit | |
| | | | | Examiner Name | |
| | | | | Attorney Docket Number | 051666/13407 |

| | | | | | |
|---|---|---|---|---|---|
| 207 | 6951555 | B1 | 2005-10-04 | SURESH et al. | |
| 208 | 6955675 | B2 | 2005-10-18 | JAIN MUDIT K | |
| 209 | 6970732 | B2 | 2005-11-29 | WINSTON et al. | |
| 210 | 6980843 | B2 | 2005-12-27 | ENG et al. | |
| 211 | 7029470 | B2 | 2006-04-18 | FRANCISCHELLI et al. | |
| 212 | 7056294 | B2 | 2006-06-06 | KHAIRKHAHAN et al. | |
| 213 | 7083566 | B2 | 2006-08-01 | TORNES et al. | |
| 214 | 7112197 | B2 | 2006-09-26 | HARTLEY et al. | |
| 215 | 7165552 | B2 | 2007-01-23 | DEEM et al. | |
| 216 | 7186251 | B2 | 2007-03-06 | MALECKI et al. | |
| 217 | 7316656 | B2 | 2008-01-08 | SHIREMAN et al. | |

PC 6.1.24

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | Application Number | 19007196 | |
| --- | --- | --- | --- | --- |
| | | Filing Date | 2024-12-31 | |
| | | First Named Inventor | Gareth Davies | |
| | | Art Unit | | |
| | | Examiner Name | | |
| | | Attorney Docket  Number | 051666/13407 | |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 218 | 7335197 | B2 | 2008-02-26 | SAGE et al. | |
| | 219 | 7618430 | B2 | 2009-11-17 | SCHEIB MARK S | |
| | 220 | 7621880 | B2 | 2009-11-24 | RYAN et al. | |
| | 221 | 7651492 | B2 | 2010-01-26 | WHAM ROBERT H | |
| | 222 | 7666203 | B2 | 2010-02-23 | CHANDUSZKO et al. | |
| | 223 | 7678081 | B2 | 2010-03-16 | WHITING et al. | |
| | 224 | 7682360 | B2 | 2010-03-23 | GUERRA PAUL | |
| | 225 | 7824345 | B2 | 2010-11-02 | EUTENEUER et al. | |
| | 226 | 7828796 | B2 | 2010-11-09 | WONG et al. | |
| | 227 | 7900928 | B2 | 2011-03-08 | HELD et al. | |
| | 228 | 7988690 | B2 | 2011-08-02 | CHANDUSZKO et al. | |

PC 6.1.24

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | | | Application Number | 19007196 |
|---|---|---|---|---|---|
| | | | | Filing Date | 2024-12-31 |
| | | | | First Named Inventor | Gareth Davies |
| | | | | Art Unit | |
| | | | | Examiner Name | |
| | | | | Attorney Docket Number | 051666/13407 |

| | | | | | |
|---|---|---|---|---|---|
| 229 | 7993287 | B2 | 2011-08-09 | Haller Frederick B. | |
| 230 | 8021359 | B2 | 2011-09-20 | AUTH et al. | |
| 231 | 8092450 | B2 | 2012-01-10 | DAVIES et al. | |
| 232 | 8182432 | B2 | 2012-05-22 | KIM et al. | |
| 233 | 8192425 | B2 | 2012-06-05 | MIRZA et al. | |
| 234 | 8257323 | B2 | 2012-09-04 | JOSEPH et al. | |
| 235 | 8277469 | B2 | 2012-10-02 | CARMELI et al. | |
| 236 | 8337518 | B2 | 2012-12-25 | NANCE et al. | |
| 237 | 8360995 | B2 | 2013-01-29 | ELSESSER et al. | |
| 238 | 8388549 | B2 | 2013-03-05 | PAUL et al. | |
| 239 | 8500697 | B2 | 2013-08-06 | KURTH et al. | |

PC 6.1.24

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | | 19007196 |
| Filing Date | | 2024-12-31 |
| First Named Inventor | | Gareth Davies |
| Art Unit | | |
| Examiner Name | | |
| Attorney Docket Number | | 051666/13407 |

| | 240 | 8622934 | B2 | 2014-01-07 | MUZSLAY et al. | |
|---|---|---|---|---|---|---|
| | 241 | 9510900 | B2 | 2016-12-06 | ABOU-MARIE et al. | |
| | 242 | 10314541 | B2 | 2019-06-11 | Hilmersson Mats | |
| | 243 | 11339579 | B1 | 2022-05-24 | STEARNS KENNETH W | |

If you wish to add additional U.S. Patent citation information please click the Add button. [Add]

## U.S.PATENT APPLICATION PUBLICATIONS [Remove]

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20010012934 | A1 | 2001-08-09 | CHANDRASEKARAN et al. | |
| | 2 | 20010021867 | A1 | 2001-09-13 | KORDIS et al. | |
| | 3 | 20010044591 | A1 | 2001-11-22 | STEVENS et al. | |
| | 4 | 20020019644 | A1 | 2002-02-14 | HASTINGS et al. | |
| | 5 | 20020022781 | A1 | 2002-02-21 | MCLNTIRE et al. | |

PC 6.1.24

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | Application Number | | 19007196 | |
|---|---|---|---|---|---|
| | | Filing Date | | 2024-12-31 | |
| | | First Named Inventor | | Gareth Davies | |
| | | Art Unit | | | |
| | | Examiner Name | | | |
| | | Attorney Docket  Number | | 051666/13407 | |

| | 6 | 20020022836 | A1 | 2002-02-21 | GOBLE et al. | |
|---|---|---|---|---|---|---|
| | 7 | 20020035361 | A1 | 2002-03-21 | HOUSER et al. | |
| | 8 | 20020087153 | A1 | 2002-07-04 | ROSCHAK et al. | |
| | 9 | 20020087156 | A1 | 2002-07-04 | MAGUIRE et al. | |
| | 10 | 20020111618 | A1 | 2002-08-15 | STEWART et al. | |
| | 11 | 20020123749 | A1 | 2002-09-05 | JAIN MUDIT K | |
| | 12 | 20020147485 | A1 | 2002-10-10 | MAMO et al. | |
| | 13 | 20020169377 | A1 | 2002-11-14 | KHAIRKHAHAN et al. | |
| | 14 | 20020188302 | A1 | 2002-12-12 | BERG et al. | |
| | 15 | 20020198521 | A1 | 2002-12-26 | MAGUIRE MARK A | |
| | 16 | 20030032929 | A1 | 2003-02-13 | MCGUCKIN JAMES F | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Application Number | 19007196 | |
| | | | | Filing Date | 2024-12-31 | |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | | | First Named Inventor | Gareth Davies | |
| | | | | Art Unit | | |
| | | | | Examiner Name | | |
| | | | | Attorney Docket  Number | 051666/13407 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 17 | 20030040742 | A1 | 2003-02-27 | UNDERWOOD et al. | |
| | 18 | 20030144658 | A1 | 2003-07-31 | SCHWARTZ et al. | |
| | 19 | 20030158480 | A1 | 2003-08-21 | TORNES et al. | |
| | 20 | 20030163153 | A1 | 2003-08-28 | SCHEIB MARK S | |
| | 21 | 20030208220 | A1 | 2003-11-06 | WORLEY et al. | |
| | 22 | 20030225392 | A1 | 2003-12-04 | MCMICHAEL et al. | |
| | 23 | 20040015162 | A1 | 2004-01-22 | MCGAFFIGAN THOMAS H | |
| | 24 | 20040024396 | A1 | 2004-02-05 | EGGERS PHILIP E | |
| | 25 | 20040030328 | A1 | 2004-02-12 | EGGERS et al. | |
| | 26 | 20040044350 | A1 | 2004-03-04 | MARTIN et al. | |
| | 27 | 20040073243 | A1 | 2004-04-15 | SEPETKA et al. | |

PC 6.1.24

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 19007196 |
| --- | --- | --- |
| | Filing Date | 2024-12-31 |
| | First Named Inventor | Gareth Davies |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 051666/13407 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 28 | 20040077948 | A1 | 2004-04-22 | VIOLANTE et al. | |
| 29 | 20040116851 | A1 | 2004-06-17 | JOHANSEN et al. | |
| 30 | 20040127963 | A1 | 2004-07-01 | UCHIDA et al. | |
| 31 | 20040133113 | A1 | 2004-07-08 | KRISHNAN SUBRAMANIAM C | |
| 32 | 20040133130 | A1 | 2004-07-08 | FERRY et al. | |
| 33 | 20040143256 | A1 | 2004-07-22 | BEDNAREK MICHAEL C | |
| 34 | 20040147950 | A1 | 2004-07-29 | MUELLER et al. | |
| 35 | 20040167436 | A1 | 2004-08-26 | REYNOLDS et al. | |
| 36 | 20040181213 | A1 | 2004-09-16 | GONDO MASAKATSU | |
| 37 | 20040230188 | A1 | 2004-11-18 | CIOANTA et al. | |
| 38 | 20050004585 | A1 | 2005-01-06 | HALL et al. | |

PC 6.1.24

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | | | Application Number | 19007196 |
| --- | --- | --- | --- | --- | --- |
| | | | | Filing Date | 2024-12-31 |
| | | | | First Named Inventor | Gareth Davies |
| | | | | Art Unit | |
| | | | | Examiner Name | |
| | | | | Attorney Docket Number | 051666/13407 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| | 39 | 20050010208 | A1 | 2005-01-13 | WINSTON et al. | |
| | 40 | 20050038359 | A1 | 2005-02-17 | AIMI et al. | |
| | 41 | 20050049628 | A1 | 2005-03-03 | SCHWEIKERT et al. | |
| | 42 | 20050059966 | A1 | 2005-03-17 | MCCLURKEN et al. | |
| | 43 | 20050065507 | A1 | 2005-03-24 | HARTLEY et al. | |
| | 44 | 20050085806 | A1 | 2005-04-21 | AUGE et al. | |
| | 45 | 20050096529 | A1 | 2005-05-05 | COOPER et al. | |
| | 46 | 20050101984 | A1 | 2005-05-12 | CHANDUSZKO ET AL. | Corresponds to JP 2007-510458 A |
| | 47 | 20050119556 | A1 | 2005-06-02 | GILLIES et al. | |
| | 48 | 20050137527 | A1 | 2005-06-23 | KUNIN DAVID | |
| | 49 | 20050149012 | A1 | 2005-07-07 | PENNY et al. | |

PC 6.1.24

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Application Number | | 19007196 | |
| | | | Filing Date | | 2024-12-31 | |
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | | First Named Inventor | | Gareth Davies | |
| | | | Art Unit | | | |
| | | | Examiner Name | | | |
| | | | Attorney Docket  Number | | 051666/13407 | |

| | 50 | 20050203504 | A1 | 2005-09-15 | WHAM et al. | |
|---|---|---|---|---|---|---|
| | 51 | 20050203507 | A1 | 2005-09-15 | TRUCKAI et al. | |
| | 52 | 20050261607 | A1 | 2005-11-24 | JOHANSEN et al. | |
| | 53 | 20050288631 | A1 | 2005-12-29 | LEWIS et al. | |
| | 54 | 20060041253 | A1 | 2006-02-23 | NEWTON et al. | |
| | 55 | 20060074398 | A1 | 2006-04-06 | WHITING et al. | |
| | 56 | 20060079769 | A1 | 2006-04-13 | WHITING et al. | |
| | 57 | 20060079787 | A1 | 2006-04-13 | WHITING et al. | |

| If you wish to add additional U.S. Published Application citation information please click the Add button. | Add |
|---|---|

| **FOREIGN PATENT DOCUMENTS** | Remove |
|---|---|

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | 0465449 | EP | A2 | 1992-01-08 | HEART TECHN INC | English Abstract Submitted | ☐ |

PC 6.1.24

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | **Application Number** | | 19007196 | |
| | | | | **Filing Date** | | 2024-12-31 | |
| | | | | **First Named Inventor** | | Gareth Davies | |
| | | | | **Art Unit** | | | |
| | | | | **Examiner Name** | | | |
| | | | | **Attorney Docket Number** | | 051666/13407 | |

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**

( Not for submission under 37 CFR 1.99)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2 | 2444115 | EP | A1 | 2012-04-25 | ASAHI INTECC CO LTD | Corresponds to US 20120095448 A1 | ☐ |
| 3 | 2550988 | EP | A1 | 2013-01-30 | COOK MEDICAL TECHNOLOGIES LLC | Corresponds to US 20130025588 A1 | ☐ |
| 4 | 60-261465 | JP | A | 1985-12-24 | TERUMO CORP | | ☐ |
| 5 | 2007-510458 | JP | A | 2007-04-26 | NMT MEDICAL INC | Corresponds to US 20050101984 A1 | ☐ |
| 6 | 2009-537255 | JP | A | 2009-10-29 | HASSETT ET AL. | Corresponds to US 20070270741 A1 | ☐ |
| 7 | 2010-227580 | JP | A | 2010-10-14 | CIRCULITE INC | Corresponds to US 20100249491 A1 | ☐ |
| 8 | 2005/065562 | WO | A1 | 2005-07-21 | BIOSENSE WEBSTER INC | | ☐ |
| 9 | 2008/066557 | WO | A1 | 2008-06-05 | MEDTRONIC INC | | ☐ |
| 10 | 2008/079828 | WO | A2 | 2008-07-03 | ONSET MEDICAL CORP | | ☐ |
| 11 | 2011/014496 | WO | A1 | 2011-02-03 | CARDIOSOLUTIONS INC | | ☐ |
| 12 | 2013/101632 | WO | A1 | 2013-07-04 | VOLCANO CORP | | ☐ |

PC 6.1.24

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT**<br>( **Not for submission under 37 CFR 1.99)** | Application Number | 19007196 | |
| | Filing Date | 2024-12-31 | |
| | First Named Inventor | Gareth Davies | |
| | Art Unit | | |
| | Examiner Name | | |
| | Attorney Docket  Number | 051666/13407 | |

If you wish to add additional Foreign Patent Document citation information please click the Add button　[ Add ]

**NON-PATENT LITERATURE DOCUMENTS**　[ Remove ]

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | 1 | European Search Opinion for European Application No. 13891200.1 dated Feb. 7, 2017. | ☐ |
| | 2 | International Search Report and Written Opinion received for PCT Patent Application No. PCT/IB2013/060287, mailed on Mar 06, 2014, 16 pages. | ☐ |
| | 3 | Japanese Patent Office Examination Report for counterpart Japanese Application No. 2016-532745, dated Oct. 3, 2017. | ☐ |
| | 4 | Search Report for corresponding European patent application EP19204215. | ☐ |
| | 5 | Search Report for corresponding Japanese patent application 2018211611. | ☐ |
| | 6 | Supplementary European Search Report for European Application No. 13891200.1 dated Feb. 7, 2017. | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button　[ Add ]

**EXAMINER SIGNATURE**

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

PC 6.1.24

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 19007196 |
|---|---|---|
| | Filing Date | 2024-12-31 |
| | First Named Inventor | Gareth Davies |
| | Art Unit | |
| | Examiner Name | |
| | Attorney Docket Number | 051666/13407 |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97(e) to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☒ A certification statement is not submitted herewith.

### FEE

☐ The fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

### COPIES

☐ An identification of an earlier application pursuant to 37 CFR 1.98 (d) (1) is attached.

### SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | /Jason R. Kraus/ | Date (YYYY-MM-DD) | 2025-01-16 |
|---|---|---|---|
| Name/Print | Jason R. Kraus | Registration Number | 42,765 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

PC 6.1.24

**Privacy Act Statement**

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PC 6.1.24

UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 19/007,196 | 12/31/2024 | Gareth Davies | 051666/13407 | 9930 |

188636        7590        02/28/2025
Nelson Mullins Riley & Scarborough LLP / BSCI
IP Department
301 S. College Center, Suite 2300
301 S. College Street
Charlotte, NC 28202

| EXAMINER |
|---|
| PEFFLEY, MICHAEL F |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3794 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 02/28/2025 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

ipdocket@nelsonmullins.com

PTOL-90A (Rev. 04/07)

| **Office Action Summary** | **Application No.** 19/007,196 | **Applicant(s)** Davies et al. |
|---|---|---|
| | **Examiner** MICHAEL PEFFLEY | **Art Unit** 3794 | **AIA (FITF) Status** Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☑ Responsive to communication(s) filed on <u>12/31/2024</u>.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on ____.
2a) ☐ This action is **FINAL.**     2b) ☑ This action is non-final.
3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on ____; the restriction requirement and election have been incorporated into this action.
4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5) ☑ Claim(s) <u>1-20</u> is/are pending in the application.
   5a) Of the above claim(s) ____ is/are withdrawn from consideration.
6) ☐ Claim(s) ____ is/are allowed.
7) ☑ Claim(s) <u>1-20</u> is/are rejected.
8) ☐ Claim(s) ____ is/are objected to.
9) ☐ Claim(s) ____ are subject to restriction and/or election requirement

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to **PPHfeedback@uspto.gov.**

**Application Papers**

10) ☐ The specification is objected to by the Examiner.
11) ☑ The drawing(s) filed on <u>12/31/2024</u> is/are:  a) ☑ accepted or  b) ☐ objected to by the Examiner.
   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
      a) ☐ All      b) ☐ Some**      c) ☐ None of the:
      1. ☐ Certified copies of the priority documents have been received.
      2. ☐ Certified copies of the priority documents have been received in Application No. ____.
      3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☑ Notice of References Cited (PTO-892)
2) ☑ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b)
      Paper No(s)/Mail Date _____.
3) ☐ Interview Summary (PTO-413)
      Paper No(s)/Mail Date _____.
4) ☐ Other: _____.

Application/Control Number: 19/007,196                                                    Page 2
Art Unit: 3794

## Notice of Pre-AIA or AIA Status

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

## Information Disclosure Statement

The large number of references cited on the Information Disclosure Statements have been afforded a cursory review, similar to what would be expected of a classification search of the prior art. Should there be any references of particular relevance to the instant application claims, applicant is respectfully requested to identify such references for further review by the examiner.

## Double Patenting

The nonstatutory double patenting rejection is based on a judicially created doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or improper timewise extension of the "right to exclude" granted by a patent and to prevent possible harassment by multiple assignees. A nonstatutory double patenting rejection is appropriate where the conflicting claims are not identical, but at least one examined application claim is not patentably distinct from the reference claim(s) because the examined application claim is either anticipated by, or would have been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46 USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA 1970); *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

Application/Control Number: 19/007,196                                                       Page 3
Art Unit: 3794

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d) may be used to overcome an actual or provisional rejection based on nonstatutory double patenting provided the reference application or patent either is shown to be commonly owned with the examined application, or claims an invention made as a result of activities undertaken within the scope of a joint research agreement. See MPEP § 717.02 for applications subject to examination under the first inventor to file provisions of the AIA as explained in MPEP § 2159. See MPEP § 2146 *et seq.* for applications not subject to examination under the first inventor to file provisions of the AIA. A terminal disclaimer must be signed in compliance with 37 CFR 1.321(b).

The filing of a terminal disclaimer by itself is not a complete reply to a nonstatutory double patenting (NSDP) rejection. A complete reply requires that the terminal disclaimer be accompanied by a reply requesting reconsideration of the prior Office action. Even where the NSDP rejection is provisional the reply must be complete. See MPEP § 804, subsection I.B.1. For a reply to a non-final Office action, see 37 CFR 1.111(a). For a reply to final Office action, see 37 CFR 1.113(c). A request for reconsideration while not provided for in 37 CFR 1.113(c) may be filed after final for consideration. See MPEP §§ 706.07(e) and 714.13.

The USPTO Internet website contains terminal disclaimer forms which may be used. Please visit www.uspto.gov/patent/patents-forms. The actual filing date of the application in which the form is filed determines what form (e.g., PTO/SB/25, PTO/SB/26, PTO/AIA/25, or PTO/AIA/26) should be used. A web-based eTerminal Disclaimer may be filled out completely online using web-screens. An eTerminal Disclaimer that meets all requirements is auto-processed and approved immediately

Application/Control Number: 19/007,196                                      Page 4
Art Unit: 3794

upon submission. For more information about eTerminal Disclaimers, refer to

www.uspto.gov/patents/apply/applying-online/eterminal-disclaimer.

Claims 1-20 are rejected on the ground of nonstatutory double patenting as being

unpatentable over claims 1-17 of U.S. Patent No. 11,998,238. Although the claims at

issue are not identical, they are not patentably distinct from each other because the

claims of '238 anticipate the claims of the application.  Accordingly, the application

claims are not patentably distinct from the patent claims.  Here, the more specific patent

claims encompass the broader application claims.  Following the rationale in *In re*

*Goodman* cited in the preceding paragraph, where applicant has once been granted a

patent containing a claim for the specific narrow invention, applicant may not obtain a

second patent with a claim for the generic or broader invention without first submitting

an appropriate terminal disclaimer.


Claims 1-20 are rejected on the ground of nonstatutory double patenting as being

unpatentable over claims 1-18 of U.S. Patent No. 11,154,324. Although the claims at

issue are not identical, they are not patentably distinct from each other because the

claims of '324 anticipate the claims of the application.  Accordingly, the application

claims are not patentably distinct from the patent claims.  Here, the more specific patent

claims encompass the broader application claims.  Following the rationale in *In re*

*Goodman* cited in the preceding paragraph, where applicant has once been granted a

patent containing a claim for the specific narrow invention, applicant may not obtain a

second patent with a claim for the generic or broader invention without first submitting

an appropriate terminal disclaimer.

Application/Control Number: 19/007,196                                                    Page 5
Art Unit: 3794

### *Conclusion*

The prior art made of record and not relied upon is considered pertinent to applicant's disclosure. Davies et al (9,597,146), Eggers et al (5,366,443), Stewart et al (6,325,797), Imran (5,680,860) and Chanduszko et al (2005/0101984) all disclose various catheter devices having an elongate member with straight and curved portions, but none show the specific relationship for the relative diameters of the portions as required by the instant application claims.

Any inquiry concerning this communication or earlier communications from the examiner should be directed to MICHAEL PEFFLEY whose telephone number is (571)272-4770. The examiner can normally be reached Mon-Fri 8 am-5 pm.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Linda Dvorak can be reached on (571) 272-4764. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of published or unpublished applications may be obtained from Patent Center. Unpublished application information in Patent Center is available to registered users. To file and manage patent submissions in Patent Center, visit: https://patentcenter.uspto.gov. Visit https://www.uspto.gov/patents/apply/patent-center for more information about Patent Center and https://www.uspto.gov/patents/docx for information about filing in DOCX format. For

Application/Control Number: 19/007,196                                   Page 6
Art Unit: 3794

additional questions, contact the Electronic Business Center (EBC) at 866-217-9197

(toll-free). If you would like assistance from a USPTO Customer Service

Representative, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/MICHAEL F PEFFLEY/
Primary Examiner, Art Unit 3794


/M.F.P/
February 24, 2025

Doc Code: DIST.E.File
Description: Electronic Terminal Disclaimer - Filed

PTO/SB/25

 **UNITED STATES PATENT AND TRADEMARK OFFICE**

P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# TERMINAL DISCLAIMER TO OBVIATE A DOUBLE PATENTING REJECTION OVER A PRIOR PATENT

| APPLICATION # | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET # |
|---|---|---|---|
| **19007196** | **12/31/2024** | **Gareth Davies** | **051666/13407** |

## Title of Invention

METHODS AND DEVICES FOR PUNCTURING TISSUE

 Filing of terminal disclaimer does not obviate requirement for response under 37 CFR 1.111 to outstanding Office Action

 This electronic Terminal Disclaimer is not being used for a Joint Research Agreement.

| Owner | Percent interest |
|---|---|
| Boston Scientific Medical Device Limited | 100% |
| **Total** | **100%** |

The owner(s) of percent interest listed above in the instant application hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application which would extend beyond the expiration date of the full statutory term of any patent granted on pending reference Application Number(s)

| Application # | Filing Date |
|---|---|

as the term of any patent granted on said reference application may be shortened by any terminal disclaimer filed prior to the grant of any patent on the pending reference application. The owner hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it and any patent granted on the reference application are commonly owned. This agreement runs with any patent granted on the instant application and is binding upon the grantee, its successors or assigns.

In making the above disclaimer, the owner does not disclaim the terminal part of any patent granted on the instant application that would extend to the expiration date of the full statutory term of any patent granted on said reference application, "as the term of any patent granted on said reference application may be shortened by any terminal disclaimer filed prior to the grant of any patent on the pending reference application," in the event that any such patent granted on the pending reference application: expires for failure to pay a maintenance fee, is held unenforceable, is found invalid by a court of competent jurisdiction, is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321, has all claims canceled by a reexamination certificate, is reissued, or is in any manner terminated prior to the expiration of its full statutory term as shortened by any terminal disclaimer filed prior to its grant.

---

The owner(s) of percent interest listed above in the instant application hereby disclaims, except as provided below, the terminal part of the statutory term of any patent granted on the instant application which would extend beyond the expiration date of the full statutory term of prior patent number(s)

| Patent # |
| --- |
| 11998238 |
| 11154324 |

as the term of said prior patent is presently shortened by any terminal disclaimer. The owner hereby agrees that any patent so granted on the instant application shall be enforceable only for and during such period that it and the prior patent are commonly owned. This agreement runs with any patent granted on the instant application and is binding upon the grantee, its successors or assigns.

In making the above disclaimer, the owner does not disclaim the terminal part of the term of any patent granted on the instant application that would extend to the expiration date of the full statutory term of the prior patent, "as the term of said prior patent is presently shortened by any terminal disclaimer," in the event that said prior patent later:
• expires for failure to pay a maintenance fee;
• is held unenforceable;
• is found invalid by a court of competent jurisdiction;
• is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321;
• has all claims canceled by a reexamination certificate;
• is reissued; or
• is in any manner terminated prior to the expiration of its full statutory term as presently shortened by any terminal disclaimer.

---

 Terminal disclaimer fee under 37 CFR 1.20(d) included with Electronic Terminal Disclaimer request.

**Applicant claims the following entity status:**
Regular Undiscounted

---

I hereby declare that all statements made herein of my own knowledge are true and that all statemnts made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

---

I certify, in accordance with 37 CFR 1.4(d)(4) that I am: An attorney or agent registered to practice before the Patent and Trademark Office who is of record in this application

| Signature | Name | Registration # |
|---|---|---|
| /Jason R. Kraus/ | Jason  Kraus | 42765 |

---

* Statement under 37 CFR 3.73(b) is required if terminal disclaimer is signed by the assignee (owner). Form PTO/SB/96 may be used for making this certification. See MPEP 324.

Doc code : DISQ.E.FILE
Description : Electronic Terminal Disclaimer - Approved

 **UNITED STATES PATENT AND TRADEMARK OFFICE**

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# APPROVAL LETTER

**APPLICATION #**
**19/007,196**

**FILING DATE**
**12/31/2024**

**APPLICANT/PATENT UNDER REEXAMINATION**
**Gareth Davies**

## Title of Invention

METHODS AND DEVICES FOR PUNCTURING TISSUE

**Electronic terminal disclaimer filed on 03/14/2025**

☑ Approved

**This patent is subject to a Terminal Disclaimer**

**Approved / Disapproved by: Electronic Terminal Disclaimer automatically approved**

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

188636        7590        03/31/2025

Nelson Mullins Riley & Scarborough LLP / BSCI
IP Department
301 S. College Center, Suite 2300
301 S. College Street
Charlotte, NC 28202

| EXAMINER |
| --- |
| PEFFLEY, MICHAEL F |

| ART UNIT | PAPER NUMBER |
| --- | --- |
| 3794 | |

DATE MAILED: 03/31/2025

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
| --- | --- | --- | --- | --- |
| 19/007,196 | 12/31/2024 | Gareth Davies | 051666/13407 | 9930 |

TITLE OF INVENTION: METHODS AND DEVICES FOR PUNCTURING TISSUE

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
| --- | --- | --- | --- | --- | --- | --- |
| nonprovisional | UNDISCOUNTED | $1290 | $0.00 | $0.00 | $1290 | 06/30/2025 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.** THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN <u>THREE MONTHS</u> FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. <u>THIS STATUTORY PERIOD CANNOT BE EXTENDED.</u> SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 40% the amount of undiscounted fees, and micro entity fees are 20% the amount of undiscounted fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Maintenance fees are due in utility patents issuing on applications filed on or after Dec. 12, 1980. It is patentee's responsibility to ensure timely payment of maintenance fees when due. More information is available at www.uspto.gov/PatentMaintenanceFees.**

Page 1 of 3

PTOL-85 (Rev. 11/23)

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), by mail or fax, or via the USPTO patent electronic filing system.

By mail, send to:      Mail Stop ISSUE FEE
                       Commissioner for Patents
                       P.O. Box 1450
                       Alexandria, Virginia 22313-1450

By fax, send to:      (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications. **Because electronic patent issuance may occur shortly after issue fee payment, any desired continuing application should preferably be filed prior to payment of this issue fee in order not to jeopardize copendency.**

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

| 188636 | 7590 | 03/31/2025 |
|---|---|---|

Nelson Mullins Riley & Scarborough LLP / BSCI

IP Department

301 S. College Center, Suite 2300

301 S. College Street

Charlotte, NC 28202

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via the USPTO patent electronic filing system or by facsimile to (571) 273-2885, on the date below.

|  | (Typed or printed name) |
|---|---|
|  | (Signature) |
|  | (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 19/007,196 | 12/31/2024 | Gareth Davies | 051666/13407 | 9930 |

TITLE OF INVENTION: METHODS AND DEVICES FOR PUNCTURING TISSUE

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $1290 | $0.00 | $0.00 | $1290 | 06/30/2025 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| PEFFLEY, MICHAEL F | 3794 | 606-047000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

❏ Change of correspondence address (or Change of Correspondence Address form PTO/AIA/122 or PTO/SB/122) attached.

❏ "Fee Address" indication (or "Fee Address" Indication form PTO/AIA/47 or PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                          (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ❏ Individual ❏ Corporation or other private group entity ❏ Government

4a. Fees submitted:    ❏ Issue Fee    ❏ Publication Fee (if required)

4b. Method of Payment: *(Please first reapply any previously paid fee shown above)*

❏ Electronic Payment via the USPTO patent electronic filing system        ❏ Enclosed check        ❏ Non-electronic payment by credit card (Attach form PTO-2038)

❏ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. _____

5. **Change in Entity Status** (from status indicated above)

❏ Applicant certifying micro entity status. See 37 CFR 1.29

❏ Applicant asserting small entity status. See 37 CFR 1.27

❏ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.

NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.

NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____        Date _____

Typed or printed name _____        Registration No. _____

PTOL-85 Part B (11/23) Approved for use through 03/31/2026        OMB 0651-0033        U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 19/007,196 | 12/31/2024 | Gareth Davies | 051666/13407 | 9930 |

| | | |
|---|---|---|
| 188636 7590 03/31/2025 | EXAMINER | |
| Nelson Mullins Riley & Scarborough LLP / BSCI | PEFFLEY, MICHAEL F | |
| IP Department | | |
| 301 S. College Center, Suite 2300 | ART UNIT | PAPER NUMBER |
| 301 S. College Street | 3794 | |
| Charlotte, NC 28202 | | |

DATE MAILED: 03/31/2025

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

Page 3 of 3

PTOL-85 (Rev. 11/23)

**OMB Clearance and PRA Burden Statement for PTOL-85 Part B**

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**Privacy Act Statement**

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. The United States Patent and Trademark Office (USPTO) collects the information in this record under authority of 35 U.S.C. 2. The USPTO's system of records is used to manage all applicant and owner information including name, citizenship, residence, post office address, and other information with respect to inventors and their legal representatives pertaining to the applicant's/ owner's activities in connection with the invention for which a patent is sought or has been granted. The applicable Privacy Act System of Records Notice for the information collected in this form is COMMERCE/PAT-TM-7 Patent Application Files, available in the Federal Register at 78 FR 19243 (March 29, 2013). https://www.govinfo.gov/content/pkg/FR-2013-03-29/pdf/2013-07341.pdf

Routine uses of the information in this record may include disclosure to:

1) law enforcement, in the event that the system of records indicates a violation or potential violation of law;

2) a federal, state, local, or international agency, in response to its request;

3) a contractor of the USPTO having need for the information in order to perform a contract;

4) the Department of Justice for determination of whether the Freedom of Information Act (FOIA) requires disclosure of the record;

5) a Member of Congress submitting a request involving an individual to whom the record pertains, when the individual has requested the Member's assistance with respect to the subject matter of the record;

6) a court, magistrate, or administrative tribunal, in the course of presenting evidence, including disclosures to opposing counsel in the course of settlement negotiations;

7) the Administrator, General Services Administration (GSA), or their designee, during an inspection of records conducted by GSA under authority of 44 U.S.C. 2904 and 2906, in accordance with the GSA regulations and any other relevant (i.e., GSA or Commerce) directive, where such disclosure shall not be used to make determinations about individuals;

8) another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c));

9) the Office of Personnel Management (OPM) for personnel research purposes; and

10) the Office of Management and Budget (OMB) for legislative coordination and clearance.

If you do not furnish the information requested on this form, the USPTO may not be able to process and/or examine your submission, which may result in termination of proceedings, abandonment of the application, and/or expiration of the patent.

| *Notice of Allowability* | Application No. 19/007,196 | Applicant(s) Davies et al. | |
|---|---|---|---|
| | Examiner MICHAEL PEFFLEY | Art Unit 3794 | AIA (FITF) Status Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☑ This communication is responsive to the TD filed 3/14/2025.

    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☑ The allowed claim(s) is/are 1-20 . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov.**

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    **Certified copies:**

    a) ☐ All    b) ☐ Some*    c) ☐ None of the:

       1. ☐ Certified copies of the priority documents have been received.

       2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

       3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.

    ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)

2. ☐ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____ .

3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material _____ .

4. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____ .

5. ☐ Examiner's Amendment/Comment

6. ☑ Examiner's Statement of Reasons for Allowance

7. ☐ Other _____ .

/MICHAEL F PEFFLEY/
Primary Examiner, Art Unit 3794

Application/Control Number: 19/007,196                                                          Page 2
Art Unit: 3794

## *Notice of Pre-AIA or AIA Status*

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

## *Reasons for Allowance*

The following is an examiner's statement of reasons for allowance: applicant's acceptable Terminal Disclaimer has obviated the double patenting issues and placed the application in condition for allowance.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee.  Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

## *Conclusion*

Any inquiry concerning this communication or earlier communications from the examiner should be directed to MICHAEL PEFFLEY whose telephone number is (571)272-4770. The examiner can normally be reached Mon-Fri 8 am-5 pm.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Linda Dvorak can be reached on (571) 272-4764. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Application/Control Number: 19/007,196                                                Page 3
Art Unit: 3794

Information regarding the status of published or unpublished applications may be obtained from Patent Center. Unpublished application information in Patent Center is available to registered users. To file and manage patent submissions in Patent Center, visit: https://patentcenter.uspto.gov. Visit https://www.uspto.gov/patents/apply/patent-center for more information about Patent Center and https://www.uspto.gov/patents/docx for information about filing in DOCX format. For additional questions, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/MICHAEL F PEFFLEY/
Primary Examiner, Art Unit 3794


/M.F.P/
March 21, 2025



**UNITED STATES
PATENT AND TRADEMARK OFFICE**

P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# ELECTRONIC PAYMENT RECEIPT

| APPLICATION # | RECEIPT DATE / TIME | ATTORNEY DOCKET # |
|---|---|---|
| **19/007,196** | **06/06/2025 05:04:51 PM Z ET** | **051666/13407** |

## Title of Invention

METHODS AND DEVICES FOR PUNCTURING TISSUE

## Application Information

| | | | |
|---|---|---|---|
| APPLICATION TYPE | Utility - Nonprovisional Application under 35 USC 111(a) | PATENT # | - |
| CONFIRMATION # | 9930 | FILED BY | Aimee Miller |
| PATENT CENTER # | 70772263 | AUTHORIZED BY | Jason Kraus |
| CUSTOMER # | 188636 | FILING DATE | 12/31/2024 |
| CORRESPONDENCE ADDRESS | - | FIRST NAMED INVENTOR | Gareth Davies |

## Payment Information

| PAYMENT METHOD | PAYMENT TRANSACTION ID | PAYMENT AUTHORIZED BY |
|---|---|---|
| **DA / 501196** | **E202566H07167235** | **Aimee Miller** |

| FEE CODE | DESCRIPTION | ITEM PRICE($) | QUANTITY | ITEM TOTAL($) |
|---|---|---|---|---|
| 1202 | EACH CLAIM IN EXCESS OF 20 | 200.00 | 5 | 1000.00 |
| | | | **TOTAL AMOUNT:** | **$1,000.00** |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**

If a new application is being filed and the application includes the necessary components for filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application

**National Stage of an International Application under 35 U.S.C. 371**

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage

submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

# UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| **Inventor(s):** | Gareth Davies | **Examiner:** | MICHAEL F PEFFLEY |
| **Appln. No.:** | 19/007,196 | **Group Art Unit:** | 3794 |
| **Filing Date:** | December 31, 2024 | **Confirmation No.:** | 9930 |
| **Title:** | METHODS AND DEVICES FOR PUNCTURING TISSUE | **Docket No.:** | 051666/13407 |

Mail Stop Issue Fee
Commissioner for Patents
P. O. Box 1450
Alexandria, VA  22313-1450

### AMENDMENT AFTER ALLOWANCE UNDER 37 C.F.R. § 1.312

Prior to issuance of the patent, applicant respectfully requests entry of this amendment under 37 C.F.R. 1.312 for the above-captioned patent application.

**Amendments to the Claims,** begin on page **Error! Bookmark not defined.** of this paper; and

**Remarks/Arguments** begin on page 7 of this paper.

## AMENDMENTS TO THE CLAIMS

1. (Currently Amended)    A medical device for puncturing a septum of a heart, the medical device comprising:

an elongate member including a wire, the elongate member having a proximal section, a distal section including an electrode, and a rail section between the proximal and distal sections;

the an electrode coupled to the distal section operable to deliver energy to create a puncture through the septum; and

the rail section being configured to both act as a rail for supporting installation of one or more tubular members thereupon as well as to be maneuverable for enabling access to the septum;

wherein the distal section defines a distal section curved portion and a distal section straight portion, the distal section straight portion being distal to the distal section curved portion;

wherein an outer diameter of the wire in the distal section straight portion at a distal end of the distal section straight portion is greater than an outer diameter of the wire in the distal section curved portion at a distal end of the distal section curved portion;

wherein the distal section is configured to automatically form a J-shape in a deployed state for anchoring the distal section being advanced through the puncture.

2. (Original) The medical device of claim 1, wherein the outer diameter of the distal section straight portion at the distal end of the distal section straight portion is greater than an outer diameter of the distal section straight portion at a proximal end of the distal section straight portion.

3. (Original) The medical device of claim 1, wherein the distal section straight portion defines a reverse taper along at least a portion thereof.

4. (Original) The medical device of claim 1, wherein the outer diameter of the distal section straight portion at the distal end of the distal section straight portion is the same as an outer

Appln. No.:  16/834,135
Page 3

diameter of the distal section straight portion at a proximal end of the distal section straight portion.

5. (Original) The medical device of claim 1, wherein the electrode comprises an active tip proximate the distal end of the distal section straight portion.

6. (Original) The medical device of claim 5, wherein the active tip is dome-shaped.

7. (Currently Amended) A medical device for puncturing a septum of a heart, the medical device comprising:

> an elongate member including a wire, the elongate member having a proximal section, a distal section, and a rail section between the proximal and distal sections;
> an electrode operable to deliver energy to create a puncture through the septum; and
> the rail section being configured to both act as a rail for supporting installation of one or more tubular members thereupon as well as to be maneuverable for enabling access to the septum;
> wherein the distal section comprises a distal section curved portion having a proximal end with a first outer diameter of the wire and a distal end having a second outer diameter of the wire;
> wherein the distal section comprises a distal section straight portion distal to the distal section curved portion and including an atraumatic tip, the distal section straight portion having a proximal end with a third outer diameter of the wire and a distal end having a fourth outer diameter of the wire;
> wherein the first outer diameter and the fourth outer diameter are greater than the second outer diameter.

8. (Original) The medical device of claim 7, wherein the fourth outer diameter is greater than the third outer diameter.

9. (Original) The medical device of claim 7, wherein the fourth outer diameter is the same as the third outer diameter.

Appln. No.:  16/834,135
Page 4

10. (Original) The medical device of claim 7, wherein the distal section is J-shaped.

11. (Original) The medical device of claim 7, wherein the stiffness of the distal section curved portion decreases between the proximal end of the distal section curved portion and the distal end of the distal section curved portion.

12. (Currently Amended) A medical device for puncturing a septum of a heart, the medical device comprising:

> an elongate member <u>including a wire, the elongate member</u> having a proximal section, a distal section <u>including an electrode</u>, and a rail section between the proximal and distal sections;

> <u>the</u> <s>an</s> electrode <s>coupled to the distal section</s> operable to deliver energy to create a puncture through the septum and an atraumatic tip; and

> the rail section being configured to both act as a rail for supporting installation of one or more tubular members thereupon as well as to be maneuverable for enabling access to the septum;

> wherein the distal section comprises a distal section curved portion and a distal section straight portion, the distal section straight portion being distal to the distal section curved portion, the distal section straight portion <s>of the elongate member</s> defining a proximal end <s>having</s> <u>where the wire has</u> a first outer diameter and the distal section straight portion <s>of the elongate member</s> defining a distal end <s>having</s> <u>where the wire has</u> a second outer diameter;

> wherein the first outer diameter is less than the second diameter and wherein the first and second outer diameters are each between about 0.13 mm to about 0.65 mm.

13. (Original) The medical device of claim 12, wherein the distal section straight portion comprises a constant diameter portion.

14. (Original) The medical device of claim 12, wherein the distal section straight portion comprises a minimum diameter portion.

Appln. No.:  16/834,135
Page 5

15. (Original) The medical device of claim 12, wherein the distal section straight portion has a length of about 3 mm to about 10 mm.

16. (Currently Amended) A medical device for puncturing a septum of a heart, the medical device comprising:

an elongate member <u>including a wire, the elongate member</u> having a proximal section, a distal section <u>including an electrode</u>, and a rail section between the proximal and distal sections;

~~an electrode coupled to the distal section,~~ the electrode operable to deliver energy to create a puncture through the septum; and

the rail section being configured to both act as a rail for supporting installation of one or more tubular members thereupon as well as to be maneuverable for enabling access to the septum;

wherein the distal section comprises a distal section curved portion and a distal section straight portion, the distal section straight portion being distal to the distal section curved portion;

wherein a distal end of the <u>wire in the</u> distal section straight portion ~~of the elongate member~~ defines an outer diameter that is greater than an outer diameter of a distal end of the <u>wire in the</u> distal section curved portion ~~of the elongate member~~;

wherein the distal section curved portion is configured such that, upon deployment of the distal section of the elongate member from a confined state along an axis of advancement, the distal end of the distal section straight portion curves away from the axis of advancement.

17. (Original) The medical device of claim 16, wherein the elongate member is an electrically conductive guidewire.

18. (Canceled)

19. (Original) The medical device of claim 16, wherein the medical device further comprises a radiopaque marker positioned on the distal section of the elongate member.

Appln. No.:  16/834,135
Page 6

20. (Original) The medical device of claim 19, wherein the radiopaque marker is a helical coil surrounding the elongate member at the distal section.

21. (New)    The medical device of claim 7, wherein the distal section is configured to automatically form a J-shape in a deployed state for anchoring the distal section being advanced through the puncture.

22. (New)    The medical device of claim 7, wherein the distal section is configured to automatically form a distal coil in a deployed state for anchoring the distal section being advanced through the puncture.

23. (New)    The medical device of claim 12, wherein the distal section is configured to automatically form a J-shape in a deployed state for anchoring the distal section being advanced through the puncture.

24. (New)    The medical device of claim 12, wherein the distal section is configured to automatically form a distal coil in a deployed state for anchoring the distal section being advanced through the puncture.

25. (New)    The medical device of claim 16, wherein the distal section is configured to automatically form a J-shape in a deployed state for anchoring the distal section being advanced through the puncture.

26. (New)    The medical device of claim 16, wherein the distal section is configured to automatically form a distal coil in a deployed state for anchoring the distal section being advanced through the puncture.

Appln. No.:  16/834,135
Page 7

# REMARKS

With this Amendment, Claims1, 7, 12 and 16 are amended, Claim 18 has been canceled, and Claims 21-26 are new.  No new matter has been introduced into the application.

As such, this Amendment is believed proper under 37 CFR § 1.312.  Entry of the Amendment is respectfully requested.

Submitted herewith is the fee for the addition of five additional claims over 20. No other fee is believed to be necessary in connection with this response.  Should an extension of time, or any fee be required, the applicant authorizes the Office to charge our Deposit Account 50-1196.


June 6, 2025                                    Respectfully submitted,

                                               /Jason R. Kraus/
                                               Jason R. Kraus
                                               Reg. No. 42,765
                                               NELSON MULLINS RILEY & SCARBOROUGH LLP
                                               IP Department
                                               301 South College Street
                                               Charlotte, NC 28202
                                               Phone: (803) 255-9380
                                               Fax: (803) 255-9831

Doc code: RCEX
Doc description: Request for Continued Examination (RCE)

PTO/SB/30EFS (01-22)
Approved for use through 05/31/2024. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

## REQUEST FOR CONTINUED EXAMINATION(RCE)TRANSMITTAL
### (Submitted Only via EFS-Web)

| Application Number | 19007196 | Filing Date | 2024-12-31 | Docket Number (if applicable) | 051666/13407 | Art Unit | 3794 |
|---|---|---|---|---|---|---|---|
| First Named Inventor | Gareth Davies | | | Examiner Name | Peffley, Michael F. | | |

**This is a Request for Continued Examination (RCE) under 37 CFR 1.114 of the above-identified application.**

Request for Continued Examination (RCE) practice under 37 CFR 1.114 does not apply to any utility or plant application filed prior to June 8, 1995, or to any design application. The Instruction Sheet for this form is located at WWW.USPTO.GOV

### SUBMISSION REQUIRED UNDER 37 CFR 1.114

Note: If the RCE is proper, any previously filed unentered amendments and amendments enclosed with the RCE will be entered in the order in which they were filed unless applicant instructs otherwise. If applicant does not wish to have any previously filed unentered amendment(s) entered, applicant must request non-entry of such amendment(s).

☐ Previously submitted. If a final Office action is outstanding, any amendments filed after the final Office action may be considered as a submission even if this box is not checked.

    ☐ Consider the arguments in the Appeal Brief or Reply Brief previously filed on _____

    ☐ Other _____

☒ Enclosed

    ☒ Amendment/Reply

    ☒ Information Disclosure Statement (IDS)

    ☐ Affidavit(s)/ Declaration(s)

    ☐ Other _____

### MISCELLANEOUS

☐ Suspension of action on the above-identified application is requested under 37 CFR 1.103(c) for a period of months _____ (Period of suspension shall not exceed 3 months; Fee under 37 CFR 1.17(i) required)

☐ Other _____

### FEES

**The RCE fee under 37 CFR 1.17(e) is required by 37 CFR 1.114 when the RCE is filed.**

☒ The Director is hereby authorized to charge any underpayment of fees, or credit any overpayments, to Deposit Account No    501196

### SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT REQUIRED

☒ Patent Practitioner Signature

☐ Applicant Signature

EFS - Web 2.1.16

Doc code: RCEX

Doc description:  Request for Continued Examination (RCE)

PTO/SB/30EFS (01-22)
Approved for use through 05/31/2024. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Signature of Registered U.S. Patent Practitioner | | | |
|---|---|---|---|
| Signature | /Jason R. Kraus/ | Date (YYYY-MM-DD) | 2025-07-15 |
| Name | Jason R. Kraus | Registration Number | 42765 |

This collection of information is required by 37 CFR 1.114.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

EFS  -  Web 2.1.16

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.    The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2.    A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.    A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.    A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.    A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6.    A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.    A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.    A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.    A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being transmitted via the Office electronic filing system in accordance with 37 C.F.R. § 1.6(a)(4).

Dated: July 15, 2025    Signature:  /aimee miller/
                                    (Aimee Miller)

Docket No.: 051666/13407
(PATENT)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of:
Gareth Davies

Application No.: 19/007,196

Filed: December 31, 2024

For: METHODS AND DEVICES FOR
     PUNCTURING TISSUE

Allowed: March 31, 2025

Confirmation No.: 9930

Art Unit: 3794

Examiner: Peffley, Michael F.

## PETITION TO WITHDRAW APPLICATION FROM ISSUE PURSUANT TO 37 C.F.R. § 1.313(c)(2)

MS Petition
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Madam:

Petitioner hereby petitions the Commissioner to withdraw the above-identified application from issue.  The Issue Fee in this application was timely paid on June 30, 2025. The petition fee set forth in 37 C.F.R. § 1.17(h) in the amount of $150.00 is submitted herewith.

Petitioner respectfully petitions that the above-identified application be withdrawn from issue in order to permit consideration of a submission under 37 C.F.R. § 1.114 (Request for Continued Examination with an Information Disclosure Statement) a copy of which is enclosed.

Application No.: 19/007,196                                    Docket No.: 051666/13407

The Director is hereby authorized to charge any deficiency in the fees filed, asserted to be filed or which should have been filed herewith (or with any paper hereafter filed in this application by this firm) to our Deposit Account No. 501196.

Dated: July 15, 2025                          Respectfully submitted,

                                              By__/Jason R. Kraus/_____
                                              Jason R. Kraus
                                              Registration No.: 42,765
                                              NELSON MULLINS RILEY & SCARBOROUGH LLP
                                              612-464-7549
                                              Attorney/Agent for Applicant

2

**uspto** UNITED STATES
PATENT AND TRADEMARK OFFICE

P.O. Box 1450
Alexandria, VA 22313 - 1450
www.uspto.gov

# ELECTRONIC ACKNOWLEDGEMENT RECEIPT

| APPLICATION # | RECEIPT DATE / TIME | ATTORNEY DOCKET # |
|---|---|---|
| **19/007,196** | **07/15/2025 06:54:31 PM Z ET** | **051666/13407** |

## Title of Invention

METHODS AND DEVICES FOR PUNCTURING TISSUE

## Application Information

| | | | |
|---|---|---|---|
| APPLICATION TYPE | Utility - Nonprovisional Application under 35 USC 111(a) | PATENT # | - |
| CONFIRMATION # | 9930 | FILED BY | Aimee Miller |
| PATENT CENTER # | 71382354 | FILING DATE | 12/31/2024 |
| CUSTOMER # | 188636 | FIRST NAMED INVENTOR | Gareth Davies |
| CORRESPONDENCE ADDRESS | - | AUTHORIZED BY | Jason Kraus |

## Documents

# TOTAL DOCUMENTS: 6

| DOCUMENT | | PAGES | DESCRIPTION | SIZE (KB) |
|---|---|---|---|---|
| 051666-13407-RCE.pdf | | 3 | Request for Continued Examination (RCE) | 1654 KB |
| 051666-13407-Petition-to-Withdraw.pdf | | 2 | Petition to Withdraw from Issue | 144 KB |
| 051666-13407-IDS.pdf | | 6 | Information Disclosure Statement (IDS) Form (SB08) | 1492 KB |
| 051666-13407-Preliminary-Amendment.pdf | | 7 | - | 118 KB |
| 051666-13407-Preliminary-Amendment-A.PE.pdf | (1-1) | 1 | Preliminary Amendment | 104 KB |
| 051666-13407-Preliminary-Amendment-CLM.pdf | (2-6) | 5 | Claims | 114 KB |

| 051666-13407-Preliminary-Amendment-REM.pdf | (7-7) | 1 | Applicant Arguments/Remarks Made in an Amendment | 104 KB |

## Digest

| DOCUMENT | MESSAGE DIGEST(SHA-512) |
|---|---|
| 051666-13407-RCE.pdf | 518667D86EC45B49BF1373E331408BE0A5744D04397BF937A45325850AB8B67A56B2A1BC5356F33C580261CBFD9EB2A0CF58905B942BF6CECE2340C43B87B1DF |
| 051666-13407-Petition-to-Withdraw.pdf | 99D38877087CA3BA4A4533DDF76C2CBA14F2DC5B1DA74779707FA83971468962E00FCC0E8B07D8CF3A6014CC9478BA21F15BFF0CD11A379169BB8074403E2C94 |
| 051666-13407-IDS.pdf | 317351CE88CA0BEAD7484483200BC7E3148E1B0D0B9F659B2147F14F212AF31A34768FF346F9CA9B63DD6BCB3D257BF92F451C5D8B16A2E26E1561DF4F23A8E5 |
| 051666-13407-Preliminary-Amendment.pdf | 3E0C42DB6921E9C8F96573FA311E57586A51BC6767C77062B47CC17FB23439EBB60DD8926D834952BC0AC17E943778FAEC2BF2985027E5AEB22BD96418A58013 |
| 051666-13407-Preliminary-Amendment-A.PE.pdf | 9E00C835BA70085E6B5F545E64A5D726EF308E835FE8872EDEFFB4A04F059EC2A99CB774C62FD5DC2672CB2BD2E51C6EECACA32B4696CA36AB0142A3B86FDC49 |
| 051666-13407-Preliminary-Amendment-CLM.pdf | 2AD30BDD822D821D9620B0C9E45182F5A57EDF2220F7E87614087206CC993CF69E8CCA5E301ABF748FF7B22EE324B07A9772D50D46021FE7ED398722BD6CC9E0 |
| 051666-13407-Preliminary-Amendment-REM.pdf | 8EF137043E37492DAD777E1A5156C130576438AFB124E1B25EC182B96002470ED67320C59B74C63982A9198377D18CA57E12389585113201B2D948841536B60E |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security,

and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

Doc code: IDS
Doc description: Information Disclosure Statement (IDS) Filed

PTO/SB/08 (01-25)
Approved for use through 11/30/2027. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | |
|---|---|---|
| Application Number | | 19007196 |
| Filing Date | | 2024-12-31 |
| First Named Inventor | Gareth Davies | |
| Art Unit | | 3794 |
| Examiner Name | Peffley, Michael F. | |
| Attorney Docket Number | | 051666/13407 |

**U.S. PATENTS**  [Remove]

| Examiner Initial* | Cite No | Patent Number | Kind Code1 | Issue Date | Name of Inventor of cited Document | Pages, Columns, Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 4951677 | A | 1990-08-28 | Prutech Research and Development Partnership II | |
| | 2 | 5437664 | A | 1995-08-01 | Endovascular, Inc. | |
| | 3 | 7715903 | B2 | 2010-05-11 | Cook Incorporated | |
| | 4 | 8096959 | B2 | 2012-01-17 | Medtronic, Inc. | |
| | 5 | 8235916 | B2 | 2012-08-07 | Pacesetter, Inc. | |
| | 6 | 8417332 | B2 | 2013-04-09 | Sorin CRM S.A.S. | |
| | 7 | 8721633 | B2 | 2014-05-13 | Boston Scientific Scimed, Inc. | |
| | 8 | 8968175 | B2 | 2015-03-03 | BioVentrix, Inc. | |

| If you wish to add additional U.S. Patent citation information, please click the Add button. | Add |
|---|---|

PC.1.19.25

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application Number | 19007196 |
|---|---|---|
| | Filing Date | 2024-12-31 |
| | First Named Inventor | Gareth Davies |
| | Art Unit | 3794 |
| | Examiner Name | Peffley, Michael F. |
| | Attorney Docket Number | 051666/13407 |

## U.S. PATENT APPLICATION PUBLICATIONS    Remove

| Examiner Initial* | Cite No | Publication Number | Kind Code[1] | Publication Date | Name of Inventor or Applicant of cited Document | Pages, Columns, Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 20140188108 | A1 | 2014-07-03 | Mitralign, Inc. | |
| | 2 | 20140012228 | A1 | 2014-01-09 | Promed, Inc. | |
| | 3 | 20020066450 | A1 | 2002-06-06 | Bonutti | |
| | 4 | 20050065588 | A1 | 2005-03-24 | Medtronic, Inc. | |
| | 5 | 20100228330 | A1 | 2010-09-09 | Pacesetter, Inc. | |

If you wish to add additional U.S. Published Application citation information, please click the Add button    Add

## FOREIGN PATENT DOCUMENTS    Remove

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages, Columns, Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information, please click the Add button    Add

## NON-PATENT LITERATURE DOCUMENTS    Remove

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|

PC.1.19.25

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application Number | 19007196 |
|---|---|---|
| | Filing Date | 2024-12-31 |
| | First Named Inventor | Gareth Davies |
| | Art Unit | 3794 |
| | Examiner Name | Peffley, Michael F. |
| | Attorney Docket Number | 051666/13407 |

| | 1 | | ☐ |
|---|---|---|---|

If you wish to add additional non-patent literature document citation information, please click the Add button   Add

### EXAMINER SIGNATURE

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Initial if reference considered and whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

PC.1.19.25

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | Application Number | 19007196 |
| | Filing Date | 2024-12-31 |
| | First Named Inventor | Gareth Davies |
| | Art Unit | 3794 |
| | Examiner Name | Peffley, Michael F. |
| | Attorney Docket  Number | 051666/13407 |

## TIMING STATEMENT

Please see 37 CFR 1.97(e) to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☐ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached timing statement under 37 CFR 1.97(e).

☒ A timing statement under 37 CFR 1.97(e) is not submitted herewith.

### TIMING FEE

☐ The fee set forth in 37 CFR 1.17(p) has been submitted herewith.

## COPIES

☐ An identification of an earlier application pursuant to 37 CFR 1.98(d)(1) is attached.

## SIZE FEE ASSERTION

Please see 37 CFR 1.17(v) and the IDS Auto-Load Instructions for completing this form to make the appropriate selection of an assertion under 37 CFR 1.98. For the information disclosure statement (IDS) submitted herewith, the applicant or patent owner certifies the following with respect to the cumulative number of applicant-provided or patent-owner provided items of information submitted to date including those in the accompanying IDS (select only one):

☒ No IDS size fee is required under 37 CFR 1.17(v) at this time.

☐ The IDS is accompanied by the IDS size fee under 37 CFR 1.17(v)(1).

☐ The IDS is accompanied by the IDS size fee under 37 CFR 1.17(v)(2).

☐ The IDS is accompanied by the IDS size fee under 37 CFR 1.17(v)(3).

## SIGNATURE

A signature of the applicant or representative is required in accordance with 37 CFR 1.33 and 11.18. Please see 37 CFR 1.4(d) for the form of the signature.

| Signature | /Jason R. Kraus/ | Date (YYYY-MM-DD) | 2025-07-15 |
| Name/Print | Jason R. Kraus | Registration Number | 42765 |

PC.1.19.25

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | Application Number | 19007196 |
| | Filing Date | 2024-12-31 |
| | First Named Inventor | Gareth Davies |
| | Art Unit | 3794 |
| | Examiner Name | Peffley, Michael F. |
| | Attorney Docket  Number | 051666/13407 |

This collection of information is required by 37 CFR 1.97 and 1.98.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

PC.1.19.25

**Privacy Act Statement**

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these record s.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/ her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PC.1.19.25

# UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | | |
|---|---|---|---|---|
| **Inventor(s):** | Gareth Davies et al. | | **Examiner:** | MICHAEL F PEFFLEY |
| **Appln. No.:** | 19/007,196 | | **Group Art Unit:** | 3794 |
| **Filing Date:** | December 31, 2024 | | **Confirmation No.:** | 9930 |
| **Title:** | METHODS AND DEVICES FOR PUNCTURING TISSUE | | **Docket No.:** | 051666/13407 |

Commissioner for Patents
P. O. Box 1450
Alexandria, VA  22313-1450

## PRELIMINARY AMENDMENT

Prior to examination of this application, applicant respectfully requests entry of this amendment.

**Amendments to the Claims,** begin on page 2 of this paper; and

**Remarks/Arguments** begin on page 7 of this paper.

Appln. No.:  16/834,135
Page 2

## AMENDMENTS TO THE CLAIMS

1. (Currently Amended)    A medical device for puncturing a septum of a heart, the medical device comprising:

an elongate member including a wire, the elongate member having a proximal section, a distal section including an electrode, and a rail section between the proximal and distal sections;

the electrode to deliver energy to create a puncture through the septum; and

the rail section being configured to both act as a rail for supporting installation of one or more tubular members thereupon as well as to be maneuverable for enabling access to the septum;

wherein the distal section defines a ~~distal section~~ curved portion and a ~~distal section~~ straight portion, the ~~distal section~~ straight portion being distal to the ~~distal section~~ curved portion;

wherein an outer diameter of the wire in the ~~distal section~~ straight portion at a distal end of the ~~distal section~~ straight portion is greater than an outer diameter of the wire in the ~~distal section~~ curved portion at a distal end of the ~~distal section~~ curved portion;

wherein the distal section is configured to automatically form a J-shape in a deployed state for anchoring the distal section being advanced through the puncture.

2. (Currently Amended) The medical device of claim 1, wherein the outer diameter of the ~~distal section~~ straight portion at the distal end of the ~~distal section~~ straight portion is greater than an outer diameter of the ~~distal section~~ straight portion at a proximal end of the ~~distal section~~ straight portion.

3. (Currently Amended) The medical device of claim 1, wherein the ~~distal section~~ straight portion defines a reverse taper along at least a portion thereof.

4. (Currently Amended) The medical device of claim 1, wherein the outer diameter of the ~~distal section~~ straight portion at the distal end of the ~~distal section~~ straight portion is the same as an

Appln. No.:  16/834,135
Page 3

outer diameter of the ~~distal section~~ straight portion at a proximal end of the ~~distal section~~ straight portion.

5. (Currently Amended) The medical device of claim 1, wherein the electrode comprises an active tip proximate the distal end of the ~~distal section~~ straight portion.

6. (Original) The medical device of claim 5, wherein the active tip is dome-shaped.

7. (Currently Amended) A medical device for puncturing a septum of a heart, the medical device comprising:

>  an elongate member including a wire, the elongate member having a proximal section, a distal section, and a rail section between the proximal and distal sections;
>
>  an electrode operable to deliver energy to create a puncture through the septum; and
>
>  the rail section being configured to both act as a rail for supporting installation of one or more tubular members thereupon as well as to be maneuverable for enabling access to the septum;
>
>  wherein the distal section comprises a ~~distal section~~ curved portion having a proximal end with a first outer diameter of the wire and a distal end having a second outer diameter of the wire;
>
>  wherein the distal section comprises a ~~distal section~~ straight portion distal to the ~~distal section~~ curved portion and including an atraumatic tip, the ~~distal section~~ straight portion having a proximal end with a third outer diameter of the wire and a distal end having a fourth outer diameter of the wire;
>
>  wherein the first outer diameter and the fourth outer diameter are greater than the second outer diameter.

8. (Original) The medical device of claim 7, wherein the fourth outer diameter is greater than the third outer diameter.

9. (Original) The medical device of claim 7, wherein the fourth outer diameter is the same as the third outer diameter.

10. (Original) The medical device of claim 7, wherein the distal section is J-shaped.

11. (Currently Amended) The medical device of claim 7, wherein the stiffness of the ~~distal section~~ curved portion decreases between the proximal end of the ~~distal section~~ curved portion and the distal end of the ~~distal section~~ curved portion.

12. (Currently Amended) A medical device for puncturing a septum of a heart, the medical device comprising:

> an elongate member including a wire, the elongate member having a proximal section, a distal section including an electrode, and a rail section between the proximal and distal sections;

> the electrode operable to deliver energy to create a puncture through the septum and an atraumatic tip; and

> the rail section being configured to both act as a rail for supporting installation of one or more tubular members thereupon as well as to be maneuverable for enabling access to the septum;

> wherein the distal section comprises a ~~distal section~~ curved portion and a ~~distal section~~ straight portion, the ~~distal section~~ straight portion being distal to the ~~distal section~~ curved portion, the ~~distal section~~ straight portion defining a proximal end where the wire has a first outer diameter and the ~~distal section~~ straight portion defining a distal end where the wire has a second outer diameter;

> wherein the first outer diameter is less than the second diameter and wherein the first and second outer diameters are each between about 0.13 mm to about 0.65 mm.

13. (Currently Amended) The medical device of claim 12, wherein the ~~distal section~~ straight portion comprises a constant diameter portion.

14. (Currently Amended) The medical device of claim 12, wherein the ~~distal section~~ straight portion comprises a minimum diameter portion.

15. (Currently Amended) The medical device of claim 12, wherein the ~~distal section~~ straight portion has a length of about 3 mm to about 10 mm.

Appln. No.: 16/834,135
Page 5

16. (Currently Amended) A medical device for puncturing a septum of a heart, the medical device comprising:

> an elongate member including a wire, the elongate member having a proximal section, a distal section including an electrode, and a rail section between the proximal and distal sections;

> the electrode operable to deliver energy to create a puncture through the septum; and

> the rail section being configured to both act as a rail for supporting installation of one or more tubular members thereupon as well as to be maneuverable for enabling access to the septum;

> wherein the distal section comprises a ~~distal section~~ curved portion and a ~~distal section~~ straight portion, the ~~distal section~~ straight portion being distal to the ~~distal section~~ curved portion;

> wherein a distal end of the wire in the ~~distal section~~ straight portion defines an outer diameter that is greater than an outer diameter of a distal end of the wire in the ~~distal section~~ curved portion;

> wherein the ~~distal section~~ curved portion is configured such that, upon deployment of the distal section of the elongate member from a confined state along an axis of advancement, the distal end of the ~~distal section~~ straight portion curves away from the axis of advancement.

17. (Original) The medical device of claim 16, wherein the elongate member is an electrically conductive guidewire.

18. (Canceled)

19. (Original) The medical device of claim 16, wherein the medical device further comprises a radiopaque marker positioned on the distal section of the elongate member.

20. (Original) The medical device of claim 19, wherein the radiopaque marker is a helical coil surrounding the elongate member at the distal section.

Appln. No.:  16/834,135
Page 6

21. (Previously Presented)    The medical device of claim 7, wherein the distal section is configured to automatically form a J-shape in a deployed state for anchoring the distal section being advanced through the puncture.

22. (Previously Presented)    The medical device of claim 7, wherein the distal section is configured to automatically form a distal coil in a deployed state for anchoring the distal section being advanced through the puncture.

23. (Previously Presented)    The medical device of claim 12, wherein the distal section is configured to automatically form a J-shape in a deployed state for anchoring the distal section being advanced through the puncture.

24. (Previously Presented)    The medical device of claim 12, wherein the distal section is configured to automatically form a distal coil in a deployed state for anchoring the distal section being advanced through the puncture.

25. (Previously Presented)    The medical device of claim 16, wherein the distal section is configured to automatically form a J-shape in a deployed state for anchoring the distal section being advanced through the puncture.

26. (Previously Presented)    The medical device of claim 16, wherein the distal section is configured to automatically form a distal coil in a deployed state for anchoring the distal section being advanced through the puncture.

Appln. No.:  16/834,135
Page 7

# REMARKS

With this Amendment, claims 1-5, 7 and 11-16 are amended, such that claims 1-17 and 19-26 are pending. No new matter has been introduced into the application.  As such, this Amendment is believed proper under 37 CFR § 1.115.  Entry of the Amendment is respectfully requested.

No fee is believed to be necessary in connection with this response.  Should an extension of time, or any fee be required, the applicant authorizes the Office to charge our Deposit Account 50-1196.


June 15, 2025                              Respectfully submitted,

                                          /Jason R. Kraus/
                                          Jason R. Kraus
                                          Reg. No. 42,765
                                          NELSON MULLINS RILEY & SCARBOROUGH LLP
                                          IP Department
                                          301 South College Street
                                          Charlotte, NC 28202
                                          Phone: (803) 255-9380
                                          Fax: (803) 255-9831

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

188636          7590          08/12/2025

Nelson Mullins Riley & Scarborough LLP / BSCI
IP Department
301 S. College Center, Suite 2300
301 S. College Street
Charlotte, NC 28202

| EXAMINER |
|---|
| PEFFLEY, MICHAEL F |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3794 | |

DATE MAILED: 08/12/2025

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 19/007,196 | 12/31/2024 | Gareth Davies | 051666/13407 | 9930 |

TITLE OF INVENTION: METHODS AND DEVICES FOR PUNCTURING TISSUE

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $1290 | $0.00 | $1290.00 | $0 | 11/12/2025 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 40% the amount of undiscounted fees, and micro entity fees are 20% the amount of undiscounted fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Maintenance fees are due in utility patents issuing on applications filed on or after Dec. 12, 1980. It is patentee's responsibility to ensure timely payment of maintenance fees when due. More information is available at www.uspto.gov/PatentMaintenanceFees.**

Page 1 of 3

PTOL-85 (Rev. 11/23)

# PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), by mail or fax, or via the USPTO patent electronic filing system.

By mail, send to:    Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

By fax, send to:    (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications. **Because electronic patent issuance may occur shortly after issue fee payment, any desired continuing application should preferably be filed prior to payment of this issue fee in order not to jeopardize copendency.**

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

| 188636 | 7590 | 08/12/2025 |

Nelson Mullins Riley & Scarborough LLP / BSCI
IP Department
301 S. College Center, Suite 2300
301 S. College Street
Charlotte, NC 28202

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via the USPTO patent electronic filing system or by facsimile to (571) 273-2885, on the date below.

| | (Typed or printed name) |
| | (Signature) |
| | (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 19/007,196 | 12/31/2024 | Gareth Davies | 051666/13407 | 9930 |

TITLE OF INVENTION: METHODS AND DEVICES FOR PUNCTURING TISSUE

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $1290 | $0.00 | $1290.00 | $0 | 11/12/2025 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| PEFFLEY, MICHAEL F | 3794 | 606-047000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

❏ Change of correspondence address (or Change of Correspondence Address form PTO/AIA/122 or PTO/SB/122) attached.

❏ "Fee Address" indication (or "Fee Address" Indication form PTO/ AIA/47 or PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list
(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE

(B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ❏ Individual ❏ Corporation or other private group entity ❏ Government

4a. Fees submitted:    ❏ Issue Fee    ❏ Publication Fee (if required)

4b. Method of Payment: *(Please first reapply any previously paid fee shown above)*

❏ Electronic Payment via the USPTO patent electronic filing system    ❏ Enclosed check    ❏ Non-electronic payment by credit card (Attach form PTO-2038)

❏ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. _____

5. **Change in Entity Status**  (from status indicated above)

❏ Applicant certifying micro entity status. See 37 CFR 1.29

❏ Applicant asserting small entity status. See 37 CFR 1.27

❏ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.

NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.

NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____    Date _____

Typed or printed name _____    Registration No. _____

PTOL-85 Part B (11/23) Approved for use through 03/31/2026    OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 19/007,196 | 12/31/2024 | Gareth Davies | 051666/13407 | 9930 |

| | | |
|---|---|---|
| 188636        7590        08/12/2025 | EXAMINER | |
| Nelson Mullins Riley & Scarborough LLP / BSCI | PEFFLEY, MICHAEL F | |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3794 | |

IP Department
301 S. College Center, Suite 2300
301 S. College Street
Charlotte, NC 28202

DATE MAILED: 08/12/2025

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
### (Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

Page 3 of 3

PTOL-85 (Rev. 11/23)

## OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. The United States Patent and Trademark Office (USPTO) collects the information in this record under authority of 35 U.S.C. 2. The USPTO's system of records is used to manage all applicant and owner information including name, citizenship, residence, post office address, and other information with respect to inventors and their legal representatives pertaining to the applicant's/ owner's activities in connection with the invention for which a patent is sought or has been granted. The applicable Privacy Act System of Records Notice for the information collected in this form is COMMERCE/PAT-TM-7 Patent Application Files, available in the Federal Register at 78 FR 19243 (March 29, 2013).

https://www.govinfo.gov/content/pkg/FR-2013-03-29/pdf/2013-07341.pdf

Routine uses of the information in this record may include disclosure to:

1) law enforcement, in the event that the system of records indicates a violation or potential violation of law;

2) a federal, state, local, or international agency, in response to its request;

3) a contractor of the USPTO having need for the information in order to perform a contract;

4) the Department of Justice for determination of whether the Freedom of Information Act (FOIA) requires disclosure of the record;

5) a Member of Congress submitting a request involving an individual to whom the record pertains, when the individual has requested the Member's assistance with respect to the subject matter of the record;

6) a court, magistrate, or administrative tribunal, in the course of presenting evidence, including disclosures to opposing counsel in the course of settlement negotiations;

7) the Administrator, General Services Administration (GSA), or their designee, during an inspection of records conducted by GSA under authority of 44 U.S.C. 2904 and 2906, in accordance with the GSA regulations and any other relevant (i.e., GSA or Commerce) directive, where such disclosure shall not be used to make determinations about individuals;

8) another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c));

9) the Office of Personnel Management (OPM) for personnel research purposes; and

10) the Office of Management and Budget (OMB) for legislative coordination and clearance.

If you do not furnish the information requested on this form, the USPTO may not be able to process and/or examine your submission, which may result in termination of proceedings, abandonment of the application, and/or expiration of the patent.

| *Notice of Allowability* | Application No. 19/007,196 | Applicant(s) Davies et al. | |
|---|---|---|---|
| | Examiner MICHAEL PEFFLEY | Art Unit 3794 | AIA (First Inventor to File) Status Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☑ This communication is responsive to the RCE filed 7/15/2025.

   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☑ The allowed claim(s) is/are 1-17 and 19-26 . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information , please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov.**

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

   **Certified copies:**

   a) ☐ All    b) ☐ Some*    c) ☐ None of the:

   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
   3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.

   ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .

   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)
2. ☑ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____ .
3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material _____ .
4. ☐ Interview Summary (PTO-413), Paper No./Mail Date. _____ .

5. ☐ Examiner's Amendment/Comment
6. ☑ Examiner's Statement of Reasons for Allowance
7. ☐ Other _____ .

/MICHAEL F PEFFLEY/
Primary Examiner, Art Unit 3794

Application/Control Number: 19/007,196                                          Page 2
Art Unit: 3794

### Notice of Pre-AIA or AIA Status

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

### Continued Examination Under 37 CFR 1.114

A request for continued examination under 37 CFR 1.114, including the fee set forth in 37 CFR 1.17(e), was filed in this application after allowance or after an Office action under *Ex Parte Quayle*, 25 USPQ 74, 453 O.G. 213 (Comm'r Pat. 1935). Since this application is eligible for continued examination under 37 CFR 1.114, and the fee set forth in 37 CFR 1.17(e) has been timely paid, prosecution in this application has been reopened pursuant to 37 CFR 1.114.  Applicant's submission filed on July 15, 2025 has been entered.

### Reasons for Allowance

The following is an examiner's statement of reasons for allowance: the amendments filed with the July 15, 2025 RCE do not substantively change the scope of the claims.  Rather, the amendments clarify the language of the claims but do not substantively change the scope of the limitations of the claims.  Thus, the claims remain allowable over the prior art of record.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee.  Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

Application/Control Number: 19/007,196                                          Page 3
Art Unit: 3794

### *Conclusion*

Any inquiry concerning this communication or earlier communications from the examiner should be directed to MICHAEL PEFFLEY whose telephone number is (571)272-4770. The examiner can normally be reached Mon-Fri 8 am-5 pm.

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Linda Dvorak can be reached at (571) 272-4764. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of published or unpublished applications may be obtained from Patent Center. Unpublished application information in Patent Center is available to registered users. To file and manage patent submissions in Patent Center, visit: https://patentcenter.uspto.gov. Visit https://www.uspto.gov/patents/apply/patent-center for more information about Patent Center and https://www.uspto.gov/patents/docx for information about filing in DOCX format. For additional questions, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/MICHAEL F PEFFLEY/
**Primary Examiner, Art Unit 3794**

Application/Control Number: 19/007,196                                                                Page 4
Art Unit: 3794

/M.F.P/
July 29, 2025

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 19/007,196 | 10/07/2025 | 12433639 | 051666/13407 | 9930 |

188636          7590          09/24/2025
Nelson Mullins Riley & Scarborough LLP / BSCI
IP Department
301 S. College Center, Suite 2300
301 S. College Street
Charlotte, NC 28202

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above. The patent will issue electronically. The electronically issued patent is the official patent grant pursuant to 35 U.S.C. § 153. The patent may be accessed on or after the issue date through Patent Center at https://patentcenter.uspto.gov/. The patent will be available in both the public and the private sides of Patent Center. Further assistance in electronically accessing the patent, or about Patent Center, is available by calling the Patent Electronic Business Center at 1-888-217-9197.

The USPTO is implementing electronic patent issuance with a transition period, during which period the USPTO will mail a ceremonial paper copy of the electronic patent grant to the correspondence address of record. Additional copies of the patent (i.e., certified and presentation copies) may be ordered for a fee from the USPTO's Certified Copy Center at https://certifiedcopycenter.uspto.gov/index.html. The Certified Copy Center may be reached at (800)972-6382.

### Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 0 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Center (https://patentcenter.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Patents Stakeholder Experience (OPSE), Stakeholder Support Division (SSD) at (571)-272-4200.

IR103 (Rev. 10/09)

INVENTOR(s)  (Please see PATENT CENTER site https://patentcenter.uspto.gov for additional inventors):

Gareth Davies, Toronto, CANADA;
John Paul Urbanski, Toronto, CANADA;
Ferryl Alley, Devonshire, BERMUDA;
Bogdan Beca, Thornhill, CANADA;

APPLICANT(s)  (Please see PATENT CENTER site https://patentcenter.uspto.gov for additional applicants):

Boston Scientific Medical Device Limited, Galway, IRELAND;


The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage and facilitate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit SelectUSA.gov.

IR103 (Rev. 10/09)

UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 19/007,196 | 12/31/2024 | Gareth Davies | 051666/13407 | 9930 |

188636        7590        10/07/2025
Nelson Mullins Riley & Scarborough LLP / BSCI
IP Department
301 S. College Center, Suite 2300
301 S. College Street
Charlotte, NC 28202

| EXAMINER |
|---|
| PEFFLEY, MICHAEL F |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3794 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 10/07/2025 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

ipdocket@nelsonmullins.com

PTOL-90A (Rev. 04/07)

 UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. |
|---|---|---|
| 19/007,196 | 07-Oct-2025 | 12433639 |

Nelson Mullins Riley & Scarborough LLP / BSCI
IP Department
301 S. College Center, Suite 2300
Charlotte, NC 28202

# EGRANT NOTIFICATION

Your electronic patent grant (eGrant) is now available, which can be accessed via Patent Center at https://patentcenter.uspto.gov

The electronic patent grant is the official patent grant under 35 U.S.C. 153. For more information, please visit https://www.uspto.gov/electronicgrants

# EXHIBIT 13

Journal of Interventional Cardiac Electrophysiology
https://doi.org/10.1007/s10840-025-02126-4

**ORIGINAL RESEARCH**



# Comparison of a guidewire with an uninsulated tip versus dedicated radiofrequency wire with discrete electrode for energy-based transseptal puncture: a pre-clinical study

Amin Al-Ahmad[1] · Pamela Horton Embrey[2] · Rodney Horton[1] · Christian Balkovec[3] · Rhodaba Ebady[3] · Aravin Sukumar[3] · Saja Al-Dujaili[3] · Andrea Natale[1]

Received: 10 June 2025 / Accepted: 11 August 2025
© The Author(s) 2025

## Abstract

**Background** Dedicated radiofrequency (RF) needles and wires for transseptal puncture (TSP) achieve better outcomes vs. electrified open-ended needles and guidewires due to optimized electrode design and energy delivery. This study benchmarked TSP performance between the dedicated VersaCross wire system (VC; Boston Scientific) and an electrified guidewire with an alternative electrode configuration similar to commercially available devices.

**Methods** A 0.025″ guidewire (Cordis) was modified to mimic the 15 cm 0.025″ distal uninsulated wire length of the HOT-WIRE (Atraverse) device and electrified using a ValleyLab generator (EG; 30–50 W, 1 s and 300 ms). EG was extended 0–3.5 mm from the dilator tip to mimic clinical use. RF puncture using VC and EG was performed on *ex vivo* porcine septa ($n = 18$) and in vivo swine heart ($n = 3$), to compare TSP performance, thermal damage and energy output measured using an oscilloscope.

**Results** Ex vivo, VC had 100% TSP success with 1 attempt using 1 s (constant) and 300 ms (pulse) modes; EG demonstrated higher failure rates and less consistency at 30 W (78%) and 40 W (88%), requiring more RF applications, longer duration and energy output. EG crossings ex vivo and in vivo showed thermal damage on septa and device charring along the uninsulated distal end, unlike VC. Successful TSP with EG (1 s, 30–50 W) in vivo demonstrated wire charring and thrombus along the uninsulated wire length within the dilator.

**Conclusion** Manual protrusion of a wire with a long uninsulated length can be difficult to control in a clinical setting, thus, introducing variability, excess energy, and risk of thermal injury and thrombus formation. A purpose-built electrode and dedicated generator optimize RF delivery for efficient and safe TSP.

**Keywords** Transseptal puncture · Radiofrequency · Electrode · Generator · Current density

# 1 Introduction

Interatrial transseptal puncture (TSP) is a critical step in performing percutaneous left atrial (LA) procedures for the treatment of arrhythmias and structural heart disorders [1]. During TSP, operators can often encounter challenges due to variations in patient anatomy and atrial septal properties (fibrotic, aneurysmal, repeat TSP) [2, 3]. Since the 1960s, the conventional approach for achieving TSP has been the usage of a sharp, mechanical needle (e.g., BRK); however, this approach can increase the risk of pericardial effusion [4]. A safer approach can be to use perforating radiofrequency (RF) energy, instead of mechanical force, to facilitate TSP [5]. Dedicated RF platforms, such as the NRG RF needle

✉ Amin Al-Ahmad
   aalahmadmd@gmail.com

1   Texas Cardiac Arrhythmia Institute, St. David's Medical Center, 3000 N Interstate 35, Suite 700, Austin, TX 78705, USA

2   Division of Internal Medicine, The University of Texas Health Science Center at Houston (UTHealth Houston), Houston, TX, USA

3   Department of Scientific Affairs, Boston Scientific Corporation, Mississauga, ON, Canada

Published online: 06 September 2025

🙋 Springer

and the VersaCross RF transseptal solution (Boston Scientific), both with an optimized electrode design and dedicated RF generator, have been associated with improved TSP success, consistency, and safety compared to conventional needles [4, 6–8].

Alternatively, the application of RF energy to conventional mechanical needles and guidewires to assist with failed TSP attempts can introduce several potential safety risks [2, 9]. For example, applying energy to an open-ended needle (e.g. BRK needle, FlexCath Cross needle) can result in tissue coring, which presents an embolic risk [10, 11]. Electrification of guidewires has been shown to create greater levels of thermal damage, such as tissue charring and dilator melting, compared to dedicated RF wires [12].

Puncturing the interatrial septum is dependent on resistive heating through the application of RF energy [13]. The total RF energy delivered at the electrode-tissue interface is dependent on current density—the ratio of the total current delivered to the electrode and the electrode surface area. A high current density at the electrode tip promotes efficient tissue vaporization, ensuring the success of the TSP procedure [14]. Conversely, insufficient current density leads to gradual tissue heating, causing greater thermal damage and tissue scarring over a larger area—similar to the effects observed in RF ablations, but distinct from perforating RF energy [5, 15]. Mechanical transseptal needles and guidewires are not electrically insulated; when RF energy is applied, the entire length, effectively, becomes an electrode with a considerably large surface area. The extent that this "electrode" is protruding from the dilator impacts the current density and effectiveness of RF TSP. Moreover, because the protrusion length is highly variable and not precisely controlled during a procedure (i.e., due to operator handling or incompatibility with third-party sheaths and dilators), the consistency in TSP success can vary dramatically [12, 16]. In contrast, dedicated RF wires with well-defined, isolated electrodes, such as the VersaCross system, have a consistent surface area for optimized current density irrespective of how much wire is extended from the dilator [11].

The RF energy waveform delivered to the electrode is another key factor in optimizing TSP. The magnitude and duration of RF energy used during TSP is widely different between standard electrosurgical generators. Standard electrosurgical generators used to electrify needles and guidewires deliver current at high power output (30–50 W) for the full duration of the RF delivery. In contrast, the purpose-built RF puncture generator (e.g. RFP-100A, Boston Scientific) is optimized to rapidly increase current for efficient TSP while minimizing power output. As a result, non-dedicated RF energy delivery can lead to larger defects, as well as significantly more thermal damage, tissue necrosis

and coagulation compared to purpose-built RF transseptal systems [11, 12, 17].

Other tools have been approved for transseptal access using a combination of mechanical and/or energy-assisted puncture. However, these tools utilize generic RF generators that are not optimized for local tissue perforation and lack a purpose-built electrode to enable an efficient and safe TSP. The objective of this study was to test the hypothesis of the importance of electrode design and RF delivery waveform in setups that are similar to new commercially available devices with large uninsulated wire lengths. Both ex vivo and in vivo models were used to compare the performance of an electrified guidewire with a 15 cm long uninsulated distal end, versus the VersaCross RF wire with a discrete electrode and a dedicated RF generator.

## 2 Methods

### 2.1 Ethics approval

Animal testing was performed under the supervision of veterinary staff and in accordance with the guidelines and regulations set forth by the Canadian Council on Animal Care (CCAC). The study protocol was reviewed and approved by the Institutional Animal Care Committee (IACC) at UHN, under the approval number AUP 2198. Bench testing was performed on ex vivo porcine tissues acquired from a third-party supplier (Sofina Foods), which were sourced as by-products for the purposes of this study. As such, the use of these tissues did not require additional ethical approval.

### 2.2 Transseptal devices and RF generators

The VersaCross RF Transseptal Access Solution (VC; Boston Scientific) is comprised of an insulated 0.035″ RF wire with a discrete, atraumatic electrode at the distal end (~0.7 mm in length) and a dedicated shapeable dilator (Fig. 1a). RF energy is delivered using the dedicated RF generator (RFP-100A, Boston Scientific). The electrode was protruded 1–3 mm from dilator tip; RF puncture was attempted up to two times to assess success, despite up to 5 attempts allowed per the manufacturer IFU.

Since other commercial wires (e.g., HOTWIRE, Atraverse Medical) were not available for direct comparison, a proxy was developed with a similar uninsulated distal end. Specifically, a 0.025″ EMERALD wire (Cordis) was laser ablated to remove 15–20 cm of PTFE coating at the distal end to recreate the HOTWIRE's long 0.025″ uninsulated distal wire segment; both the HOTWIRE and proxy wire have a similar wind profile at the tip (spring-coil design) (Fig. 1b). A FARADRIVE dilator and sheath (Boston Scientific) were

**Fig. 1** Transseptal devices and energy delivery parameters. **a** The VersaCross RF wire (VC; Boston Scientific) is an insulated wire that contains a discrete, atraumatic ~0.7 mm electrode. RF energy was delivered with the VersaCross RF wire using the dedicated RFP-100A generator (Boston Scientific). **b** The electrified guidewire (EG) was generated by removing insulation from the distal end of a 0.025″ EMERALD wire (Cordis) using laser ablation to produce a 15–20 cm uninsulated distal segment (*representative of the HOTWIRE radiofrequency guidewire). EG was used with a standard electrosurgical generator (ValleyLab; Medtronic) to deliver energy



used to position the uninsulated tip on the septa with varying amounts of wire length protrusion (0–3.5 mm), to mimic clinical variability. As with current clinical practice, an electrocautery pen (Bovie pen, Aspen Surgical) was used to deliver energy using an electrosurgical generator unit (ValleyLab Force FXc Electrosurgical Generator; Medtronic). Since a standard generator requires manual application of RF, a computer program was created to precisely timed RF delivery to comparable durations as the VersaCross system (i.e., RF delivery for 1 s (s) or 300 ms (ms)). Up to five RF applications using CUT mode at 30 W (EG-30), 40 W (EG-40) or 50 W (EG-50) were attempted with the proxy wire to reflect on-label clinical practices, and the HOTWIRE indication for use recommendations.

### 2.3 Ex vivo transseptal puncture

Interatrial septa were freshly excised from swine (approx. 100 kg) and immersed in saline at room temperature until experiments were performed within 10 h of animal sacrifice. Porcine septa were fixed onto a cork ring to normalize force during tenting and energy application, and placed in a beaker filled with 100% liquid egg white (Fig. 2a, b) at

room temperature to mimic electrical properties of human blood [11, 18, 19].

Punctures were attempted on both fossa ovalis (FO) and limbus tissue, to represent TSP on normal ($n = 18$) and thick (fibrotic; $n = 6$) septa, respectively. Punctured septa were visualized under microscopy (VHX-5000, Keyence) to assess thermal damage and defect size on both RA and LA sides. TSP endpoints assessed were (1) *TSP success* (full puncture to LA side), (2) *TSP consistency* (number of RF applications), and (3) *Safety*: assessed in terms of thermal damage (qualitative evaluation of septal defects, evidence of coagulation along wires, and device damage) and cumulative energy output during energy application measured by an oscilloscope.

### 2.4 In vivo transseptal puncture

A live swine model ($n = 3$) was used to compare TSP using VC and EG workflows. Animals were sedated using an injection of atropine 0.04 mg/kg, ketamine 20 mg/kg, and midazolam 0.3 mg/kg, and maintained by isoflurane (1–5% dose to effect) throughout the procedure. Heparin was administered at 100–150 IU/kg IV bolus hourly. The femoral vein was used to access the right atrium (RA) to perform



**Fig. 2** Experimental models and study endpoints. Ex vivo models for the **a** VersaCross RF wire and RFP-100A (VC) workflow, and **b** electrified guidewire and electrosurgical generator (EG) workflow with RF delivery time controlled using a computer program. TSP was performed on porcine interatrial septum in egg-white medium, either on fossa ovalis (FO) or limbus regions using parameters outlined in TSP.

Fig. 1. In vivo model set-up for the **c** VersaCross RF wire and RFP-100A (VC) and **d** electrified guidewire and electrosurgical generator (EG) workflows. The ICE catheter was positioned in the right atrium to guide positioning of puncture devices on the septum. An oscilloscope was used to record energy outputs (voltage and current). FD, FARADRIVE; ICE, intracardiac echocardiography

TSP. VC and EG (with FARADRIVE sheath and dilator) devices were positioned on the interatrial septum under intracardiac echocardiographic and fluoroscopic guidance (Fig. 2c, d). TSP was performed by two operators (A.A. and C.B.) using the following parameters: VC (1 s, constant); EG (1 s, 30 W, 40 W and 50 W). After the puncture, the TSP assembly was allowed to dwell in the animal for 1 min before removal to represent clinical workflows. After removal from the animal, wires were inspected and assessed for device damage and the presence of thrombus. Interatrial

septa were harvested and gross images of the fossa ovalis were taken immediately after isolation.

## 2.5 Cumulative energy output during RF application

Current and voltage were recorded during energy delivery in both ex vivo and in vivo models using an oscilloscope (MDO4000C, Tektronix). Mean power for VC during RF applications was calculated since there is no preset power

Journal of Interventional Cardiac Electrophysiology

setting for the RFP-100A generator. Cumulative energy outputs were assessed for all VC and EG punctures.

### 2.6 Statistical analysis

The Shapiro–Wilk was used to assess the normality of datasets. TSP success rate was compared using the Fisher exact test. The number of RF applications and cumulative energy output were compared using a Wilcoxon rank-sum test. Variance in TSP success rate and number of RF applications were compared using $F$-test (Levene's test). A probability value of $p < 0.05$ was used as a threshold for statistical significance. Statistical analysis was performed using Prism 10 (GraphPad).

## 3 Results

### 3.1 TSP success and consistency

#### 3.1.1 Ex vivo transseptal puncture model

VC demonstrated 100% success with both 1 s (constant mode) and 300 ms (pulse mode) RF energy with a mean of $1.0 \pm 0.0$ RF applications (Fig. 3a, b). At 1 s energy application, EG at 30 W and 40 W punctured the septum only 78% and 88% of the time, respectively, despite 5 RF attempts, which translated to a failure rate of 23% and 12%, respectively, with significantly higher variability compared to VC ($p < 0.05$, $F$-test). Furthermore, EG, with 50 W RF, achieved 100% success rate with a mean of $1.3 \pm 1.0$ RF applications (Fig. 3a, b). The number of RF applications required for TSP was significantly greater for EG at 30 W compared to VC ($2.1 \pm 1.7$ vs. $1.0 \pm 0.0$, $p = 0.016$), but no significant difference was seen between VC and EG at 40 W ($1.5 \pm 1.3$) and 50 W ($1.3 \pm 1.0$). However, greater variability in RF applications was observed with all EG punctures compared to VC ($p < 0.05$, $F$-test) (Fig. 3b).

When applying RF for 300 ms, TSP success was significantly higher with VC (100%) compared to EG at 30 W (33%), 40 W (39%) and 50 W (33%) ($p < 0.0001$, Fig. 3a). The number of RF applications required was significantly higher with EG at 30 W ($3.8 \pm 1.8$), 40 W ($3.6 \pm 1.9$), and 50 W ($3.8 \pm 1.8$) compared to only $1.0 \pm 0.0$ for VC ($p < 0.001$), with significantly greater variability in RF applications for all EG punctures ($p < 0.05$, $F$-test; Fig. 3b).

To assess potential TSP performance in a thicker septum, puncture success was evaluated in the limbus region. EG-30W at 1 s RF was successful in 83% of punctures with $1.0 \pm 0.0$ RF application compared to 100% for VC with $1.0 \pm 0.0$ RF application ($p = 0.36$). Although this difference was not statistically significant, it contributed to greater variability in TSP success for EG at 30 W and 40 W vs. VC ($p < 0.05$, $F$-test; Fig. 3c, d).

#### 3.1.2 In vivo transseptal puncture model

The ex vivo experiments were validated in a live porcine model (Fig. 2c, d). Both VC and EG led to 100% TSP success (Fig. 3e). However, VC required only $1.0 \pm 0.0$ RF application, whereas EG at 30 W and 40 W required $1.3 \pm 0.58$ RF applications, demonstrating greater variability (Fig. 3f); EG was successful with $1.0 \pm 0.0$ RF application only with 50 W of RF.

### 3.2 Thermal damage of septa and devices

Septal tissues were imaged after punctures to assess RF-mediated thermal damage ex vivo and in vivo. In ex vivo septa, all VC punctures were small with no evidence of thermal damage around puncture sites on both the RA and LA sides of the septum with both settings (1 s, constant and pulse, 300 ms; Fig. 4a, b). EG punctures were larger compared to VC, with visible signs of thermal damage indicated by tissue hemorrhage and blanching around the puncture sites. This damage was most noticeable with increasing power settings (40 W, 50 W; Fig. 4a). Thermal damage was observed on both the RA and LA sides of the septum, with greater damage observed typically on the RA side where the uninsulated distal end was in direct contact with the tissue. Although no significant damage was observed for failed EG punctures, there was some residual tissue blanching within the area in direct contact with the uninsulated distal end (Fig. 4a, b).

Gross assessment of in vivo punctures was consistent with ex vivo observations. EG punctures were much larger than VC and exhibited more hemorrhage and tissue damage around the puncture site on both RA and LA sides, especially at higher power (40 W and 50 W; Fig. 4c).

The TSP devices were assessed for thermal damage and thrombus after each puncture. There was no evidence of significant charring on VC after ex vivo punctures (both 1 s, constant and 300 ms, pulse) (Fig. 5a). Varying levels of charring were observed on EG at all power settings and becoming more pronounced with higher power and longer RF application (i.e. 1 s) (Fig. 5b, c, d). In addition, dilator melting was observed in one instance with EG at 50 W of RF delivery (red arrow; Fig. 5d). Punctures with EG at 300 ms did not result in excessive charring across all power settings due to insufficient energy at the puncture site, which is consistent with its failure to puncture at shorter RF durations (Fig. 3a).

In the in vivo model, VC did not exhibit signs of thermal damage or thrombus on the electrode and along the distal



**Fig. 3** Evaluation of TSP success and consistency between VC and EG. Ex vivo model: **a** TSP success rate and **b** number of RF applications in fossa for 1 s and 300 ms of RF delivery using VC and EG at 30 W (EG-30W), 40 W (EG-40W) and 50 W (EG-50W), $n = 18$, and **c** TSP success and **d** number of RF applications in limbus for 1 s of RF delivery using VC and EG at 30 W (EG-30W), $n = 6$. In vivo model: **e** TSP success rate and **f** number of RF applications in fossa using VC and EG at 30 W (EG-30W), 40 W (EG-40W) and 50 W (EG-50W) with 1 s of RF delivery, $n = 3$. Mean $\pm$ SD *$p < 0.05$ vs. VC (t-test), †$p < 0.05$ vs. VC (F-test), ‡a puncture with EG at 30 W in one of the replicates was reported as successful with 1 RF application but later discovered as failed puncture (i.e., >1 RF application would have been attempted)

wire within the dilator (Fig. 5e). In contrast, EG exhibited charring at the uninsulated distal end and evidence of thrombotic debris along the uninsulated wire length within the dilator (blue arrow; Fig. 5f).

## 3.3 Energy output during RF application

Total energy output for VC (RFP-100A) for 1 s RF during ex vivo punctures was $4.4 \pm 1.4$ J, which was significantly lower and more consistent compared to EG at 30 W ($18.0 \pm 6.4$ J, $p < 0.0001$; $p < 0.0001$, F-test), 40 W ($21.8 \pm 8.0$ J, $p < 0.0001$; $p < 0.0001$, F-test), and 50 W ($26.0 \pm 8.0$ J, $p < 0.0001$; $p < 0.0001$, F-test) (Fig. 6a). A similar trend was observed for 300 ms RF, where energy output was significantly lower and more consistent for VC ($2.2 \pm 0.23$ J) compared to EG at 30 W ($5.29 \pm 2.2$ J, $p < 0.0005$), 40 W ($6.8 \pm 2.7$ J, $p < 0.0001$), and 50 W ($9.1 \pm 3.4$ J, $p < 0.0001$) (Fig. 6b). These results were replicated *in vivo*, with VC demonstrating lower cumulative energy ($7.3 \pm 0.76$ J) relative to EG at 30 W ($15 \pm 4.5$ J), 40 W ($22.4 \pm 4.9$ J) and 50 W ($26.2 \pm 0.65$ J) with 1 s RF (Fig. 6c). Furthermore, mean power during RF application for VC (constant and pulse mode) was measured to be < 10 W for





**Fig. 4** Qualitative assessment of lesion size and thermal damage in ex vivo and in vivo punctures. Images acquired using VHX microscope of both the right (RA) and left (LA) atrium sides demonstrating tissue damage after punctures with VC vs. EG at 30 W (EG-30W), 40 W (EG-40W) and 50 W (EG-50W), ex vivo using **a** 1 s of RF and **b** 300 ms of RF, and **c** in vivo, using 1 s of RF delivery. Scale bars: 1–2 mm, red arrows indicate signs of acute thermal damage. Representative septum images shown reflect the relative TSP success rate between groups. Asterisk (*) indicates failed puncture

## 4  Discussion

This pre-clinical study benchmarked RF wire-based TSP performance and safety between two approaches: (1) the purpose-built VersaCross (VC) RF wire and its dedicated RF generator; and (2) an electrified guidewire (EG) with a long uninsulated distal end, representative of a commercially available device, and electrified using a standard electrosurgical generator. Compared to the dedicated VC platform, EG was associated with a higher rate of failure and less consistency to puncture septa ex vivo in both normal and thick septa, necessitating either more RF applications or higher power settings. The variability in number of both *ex vivo* and *in vivo* models, which is lower compared to the standard electrosurgical generator settings typically used in clinical settings for TSP (30–50 W).

energy applications to achieve successful puncture was also observed in the in vivo porcine model. With higher power (40–50 W), the EG punctures were larger, with greater levels of thermal damage compared to VC punctures. In addition, higher power was associated with extensive charring along the distal end of the EG, as well as evidence of thrombotic debris along the uninsulated region of the EG wire within the dilator, both using ex vivo and in vivo models. The presence of thrombus and/or coagulum along the uninsulated length of the guidewire, albeit, shielded by the dilator, presents a significant embolic risk, especially, with subsequent wire advancement and device exchanges into the LA.

This divergence in TSP performance and safety profiles can be attributed to distinct differences in electrode design and RF energy output from each respective generator. Since the HOTWIRE device was not available for testing at the time of this study, The EG puncture device was used as a proxy for the HOTWIRE device with similar OD (0.025″),

Journal of Interventional Cardiac Electrophysiology

**Fig. 5** Assessment of thermal damage to the TSP devices due to RF delivery. Assessment of thermal damage to TSP device after 1 s of RF delivery in ex vivo model: **a** VC wire, **b** EG wire at 30 W, **c** EG wire at 40 W, and **d** EG wire and dilator (melting of dilator indicated by red arrow) at 50 W. Assessment of thermal damage to TSP device after 1 s of RF delivery in in vivo model: **e** VC wire and **f** EG wire with incidence of RF-mediated wire charring and thrombus formation along uninsulated region within dilator (blue arrow indicating thrombus on wire seen after removal of excess blood with gauze)



length (15 cm), and spring-coiled design at the uninsulated distal end. Given the larger surface area of the uninsulated length of EG representing an electrode, a lower current density is expected which, in turn, reduces TSP success and consistency [12]. Since the electrode is not isolated or optimized in geometry, how an operator advances the guidewire from the dilator during energy application impacts the current density and effectiveness of RF-mediated tissue perforation [16]. This introduces uncertainty and a lack of predictability in obtaining LA access which can prolong the start of the procedure. In contrast, the small, discrete electrode with a purpose-built RF wire system, such as VersaCross, enables the delivery of optimized, consistent current density that does not require manual optimization by the operator.

Due to its low, non-optimized current density, the long uninsulated end of the EG required more power to augment TSP success and consistency than the VersaCross wire with its discrete electrode. Thus, EG punctures at higher power were correlated with greater thermal damage to the septal tissue, as well as the actual wire and dilator. Thermal damage around EG puncture sites can lead to a larger, fibrotic

scar after healing and a reduction in tissue elasticity [20]. Consequently, this may increase the risk of tearing [21] or incidence of persistent atrial septal defects, especially with frequent use of large bore sheaths [22, 23]. Furthermore, RF-mediated thermal damage causes tissue desiccation within the septum and eventual scar formation, making subsequent RF-assisted TSP more difficult due to lower conduction [14, 20]. This necessitates higher power and potentially more RF applications, thereby increasing procedural, fluoroscopy, and anesthesia time. Recently presented data of in vivo septal punctures using HOTWIRE did not describe incidence of thrombus formation or wire charring [24]. However, we consistently saw thrombus formation along the EG uninsulated wire length at 30–50 W (*n*=3), specifically within the dilator, and it is unclear if this was assessed in their respective study. Furthermore, a direct comparison of in vivo septal punctures between EG and HOTWIRE experiments is not trivial due to multiple factors that influence septal defect size and damage, such as RF duration and waveform, visualization of LA or RA side of septum (generally, more thermal damage observed on RA side for RF punctures), and

Journal of Interventional Cardiac Electrophysiology

**Fig. 6** Comparison of cumulative energy output during RF puncture attempts between VC and EG at 30 W (EG-30W), 40 W (EG-40W) and 50 W (EG-50W). Ex vivo model: **a** VC (1 s constant) vs. 1 s RF with EG or **b** VC (pulse, 300 ms) vs. 300 ms RF with EG; $n = 18$. In vivo model: **c** VC (1 s constant); vs. 1 s RF with EG; $n = 3$. Dotted green line represents TSP success in respective model. Cumulative energies are reported as Mean ± SD. *$p < 0.05$ vs. VC ($t$-test); †$p < 0.05$ vs. VC ($F$-test)



image magnification (i.e. reported images lack a scale bar for accurate quantification of defect size).

In addition to the importance of having a purpose-built electrode design, RF energy delivery needs to be optimized for tissue perforation (i.e., transseptal puncture). Standard electrosurgical generators deliver high-power RF current that is maintained over the entire RF application to heat cardiac tissue and provoke coagulative necrosis of a large surface area [25]. When used to electrify standard metal needles and guidewires, this can lead to excess energy delivery and thermal insult to the tissue. The dedicated RF puncture generator (RFP-100A, Boston Scientific) utilizes an optimized rapid increase in voltage to generate sufficient current for local tissue vaporization with minimal collateral damage [11]. In this study, the EG wire was used with a standard electrosurgical generator in CUT mode at 30–50 W to reflect HOTWIRE indication for use, and current clinical practices. We observed that the VersaCross wire and its dedicated generator required lower cumulative energy to achieve TSP compared to a guidewire with a long uninsulated distal tip electrified using a standard electrosurgical generator for punctures. Interestingly, the VersaCross system achieved successful puncture with as little as 300 ms of energy delivery (pulse mode), while the electrified guidewire failed to cross with 300 ms of energy delivery at, even, 50 W. Although others have claimed to develop impedance-based energy cessation systems to minimize RF duration, the RF delivery time for the HOTWIRE generator was still reported to be 550 ± 180 ms in an in vivo swine model, which is nearly double and more variable than the VersaCross system in pulse model (300 ms) without an automated energy cessation feature [24].

With the increased prevalence of patients with previous left heart procedures (e.g., redo ablation) and in the absence of pre-procedural assessment of the interatrial septum, it is not possible to predict a challenging transseptal puncture. New puncture tools, such as the HOTWIRE device, have limited clinical experience; therefore, their effectiveness and consistency in different patient anatomies, as well as using different operator workflows, have not been validated [26]. In contrast, the VersaCross system has been demonstrated to allow for predictable LA access compared to other standard of care transseptal tools for a wide range of septal anatomies [6, 27, 28].

## 5 Limitations

These findings are based on an *ex vivo* model that has been previously published and designed to mimic clinical workflows and physiological conditions but may be different from actual clinical use and manual operator handling. The



observations were validated in an *in vivo* porcine model but were not powered for statistical analysis or to reflect anatomical variability in humans. Comparisons are based on acute gross observations and did not include a chronic model. Finally, the electrified guidewire was modeled after a new transseptal wire without an optimized electrode (HOT-WIRE device) which may have different performance.

## 6 Conclusion

The safety and reliability of RF-based transseptal puncture is improved with a purpose-built wire with a discrete electrode design, as well as a dedicated RF puncture generator with optimized energy delivery waveform and safety features. Alternative options for RF transseptal puncture exist, both in the form of off-label electrified needles and wires or on-label devices on the market; however, they lack a dedicated and optimized design that ensures TSP safety, efficacy and predictability. Instead, they require additional operator handling that adds burden to the procedural workflow and introduces variability. We demonstrate that the discrete electrode of the VersaCross RF wire with its dedicated generator provides more effective and consistent punctures with minimal energy output and thermal damage compared to other transseptal guidewires with suboptimal design.

**Acknowledgements** The authors would like to acknowledge Boston Scientific for equipment, lab and study support, and the University Health Network (MaRS) lab facilities.

## Declarations

**Conflict of interest** AA, RH, and AN are paid consultants for Boston Scientific. AA, RH, PHE, and AN did not receive compensation related to this work. AS, CB, RE, and SA are employed by Boston Scientific.

**Open Access** This article is licensed under a Creative Commons Attribution-NonCommercial-NoDerivatives 4.0 International License, which permits any non-commercial use, sharing, distribution and reproduction in any medium or format, as long as you give appropriate credit to the original author(s) and the source, provide a link to the Creative Commons licence, and indicate if you modified the licensed material. You do not have permission under this licence to share adapted material derived from this article or parts of it. The images or other third party material in this article are included in the article's Creative Commons licence, unless indicated otherwise in a credit line to the material. If material is not included in the article's Creative Commons licence and your intended use is not permitted by statutory regulation or exceeds the permitted use, you will need to obtain permission directly from the copyright holder. To view a copy of this licence, visit http://creativecommons.org/licenses/by-nc-nd/4.0/.

## References

1. Kaplan RM, Wasserlauf J, Knight BP. Transseptal access: a review of contemporary tools. J Cardiovasc Electrophysiol. 2022;33(8):1927–31.
2. Marcus GM, Ren X, Tseng ZH, Badhwar N, Lee BK, Lee RJ, et al. Repeat transseptal catheterization after ablation for atrial fibrillation. J Cardiovasc Electrophysiol. 2007;18(1):55–9.
3. Russo G, Taramasso M, Maisano F. Transseptal puncture: procedural guidance, challenging situations and management of complications. EuroIntervention. 2021;17(9):720–7.
4. Winkle RA, Mead RH, Engel G, Patrawala RA. The use of a radiofrequency needle improves the safety and efficacy of transseptal puncture for atrial fibrillation ablation. Heart Rhythm. 2011;8(9):1411–5.
5. Veldtman GR, Wilson GJ, Peirone A, Hartley A, Estrada M, Norgard G, et al. Radiofrequency perforation and conventional needle percutaneous transseptal left heart access: pathological features. Catheter Cardiovasc Interv. 2005;65(4):556–63.
6. Inohara T, Gilhofer T, Luong C, Tsang M, Saw J. Versacross radiofrequency system reduces time to left atrial access versus conventional mechanical needle. J Interv Card Electrophysiol. 2022;63(1):9–12.
7. Hsu JC, Badhwar N, Gerstenfeld EP, Lee RJ, Mandyam MC, Dewland TA, et al. Randomized trial of conventional transseptal needle versus radiofrequency energy needle puncture for left atrial access (the TRAVERSE-LA study). J Am Heart Assoc. 2013;2(5): e000428.
8. Jauvert G, Grimard C, Lazarus A, Alonso C. Comparison of a radiofrequency powered flexible needle with a classic rigid Brockenbrough needle for transseptal punctures in terms of safety and efficacy. Heart Lung Circ. 2014;24(2):173–8.
9. Knecht S, Jais P, Nault I, Wright M, Matsuo S, Madaffari A, et al. Radiofrequency puncture of the fossa ovalis for resistant transseptal access. Circ Arrhythm Electrophysiol. 2008;1:169–74.
10. Greenstein E, Passman R, Lin AC, Knight BP. Incidence of tissue coring during transseptal catheterization when using electrocautery and a standard transseptal needle. Circ Arrhythm Electrophysiol. 2012;5(2):341–4.
11. Knight BP, Wasserlauf J, Al-Dujaili S, Al-Ahmad A. Comparison of transseptal puncture using a dedicated RF wire versus a mechanical needle with and without electrification in an animal model. J Cardiovasc Electrophysiol. 2024;35(1):16–24.
12. Wasserlauf J, Knight BP. Comparing the safety and effectiveness of dedicated radiofrequency transseptal wires to electrified metal guidewires. J Cardiovasc Electrophysiol. 2022;33(3):371–9.
13. Eick OJ. Factors influencing lesion formation during radiofrequency catheter ablation. Indian Pacing Electrophysiol J. 2003;3(3):117–28.
14. Shimko N, Savard P, Shah K. Radio frequency perforation of cardiac tissue: modelling and experimental results. Med Biol Eng Comput. 2000;38(5):575–82.
15. Gracia E, Miranda-Arboleda AF, Hoyos C, Matos CD, Osorio J, Romero JE, et al. Understanding lesion creation biophysics and improved lesion assessment during radiofrequency catheter ablation. The perfect combination to achieve durable lesions in atrial fibrillation ablation. Rev Cardiovasc Med. 2024;25(2):44.
16. Khan JM, Rogers T, Greenbaum AB, Babaliaros VC, Yildirim DK, Bruce CG, et al. Transcatheter electrosurgery: JACC state-of-the-art review. J Am Coll Cardiol. 2020;75(12):1455–70.
17. Asirvatham SJ, van Zyl M. The coagulation and atrial fibrillation ablation cascades: a complex interaction. JACC Clin Electrophysiol. 2019;5(12):1428–31.
18. Wagenpfeil J, Schollig C, Mayer V, Feuer R, Nold B, Neugebauer A, et al. In silico evaluation of geometry variations with respect to



the thermal spread during coagulation of egg white using bipolar vessel sealing instruments. Biomed Eng Online. 2016;15(1):117.

19. Hasgall PA, Di Gennaro F, Baumgartner C, Neufeld E, Lloyd B, Gosselin MC, Payne D, Klingenböck A, Kuster N. IT'IS Database for thermal and electromagnetic parameters of biological tissues 2022 Available from: https://itis.swiss/virtual-population/tissue-properties/overview/.

20. Hara H, Jones TK, Ladich ER, Virmani R, Auth DC, Eichinger JE, et al. Patent foramen ovale closure by radiofrequency thermal coaptation: first experience in the porcine model and healing mechanisms over time. Circulation. 2007;116(6):648–53.

21. Sanchez-Luna JP, Amat-Santos IJ. Interventional management of mechanical complications in acute myocardial infarction. Revista Española de Cardiología (English Edition). 2023;76(5):362–9.

22. Kamada H, Iriki Y, Yoshimoto I, Ninomiya Y, Ichiki H, Maenosono R, et al. Incidence and predictors of persistent iatrogenic atrial septal defect following catheter ablation. J Cardiol. 2024;84(6):372–8.

23. Eshcol J, Wimmer AP. Hemodynamically significant iatrogenic atrial septal defects after cryoballoon ablation. HeartRhythm Case Rep. 2019;5(1):17–21.

24. Wasserlauf J, Krothapalli S, Mickelsen S, Metzl M. Impedance-based energy cessation reduces overall energy duration during RF-powered transseptal puncture. 30th Annual Atrial Fibrillation Symposium; January 16–18, 2025; Boston, MA.

25. Benson LN, Nykanen D, Collison A. Radiofrequency perforation in the treatment of congenital heart disease. Catheter Cardiovasc Interv. 2002;56(1):72–82.

26. Nair D, Siddiqui U, Metzl M, Maldonado N, Doty B, Gabrah K, et al. First-in-human multicenter experience using a novel sheath-agnostic radiofrequency transseptal wire. Heart Rhythm; April 24–27, 2025; San Diego, CA.

27. Nair D, Alli S, Rajendra A, Feldman L, DeLurgio DB, Goodman A, et al. Optimization of access using dedicated RF-TSP devices increases efficiency and consistency of LAAC with Watchman FLX Pro: a report from a HEAL-LAA primary analysis subset. 36th Annual Transcatheter Cardiovascular Therapeutics (TCT) Conference; October 27–30, 2024; Washington, D.C.: JACC.

28. Singhal M, Malek A, Soliman W, Yim S, Shafer C, Lerner D, et al. Integrated transseptal puncture and therapy delivery systems provide highly efficient and consistent left atrial appendage closure solutions. 36th Annual Transcatheter Cardiovascular Therapeutics (TCT) Conference; October 27–30, 2024; Washington, D.C.

**Publisher's Note**  Springer Nature remains neutral with regard to jurisdictional claims in published maps and institutional affiliations.



# EXHIBIT 14



A. Al-Ahmad, MD, R. Horton, MD, C. Balkovec, PhD, R. Ebady, PhD, S. Al-Dujaili, PhD, A. Natale, MD, FACC

Al-Ahmad A et al. *J Cardiovasc Electrophysiol*. 2025. Abstracts from the 30th Annual Fibrillation Symposium, January 16-18, 2025. doi: 10.1111/jce.16619



Boston Scientific
*Advancing science for life™*

# Comparison of a guidewire with large uninsulated electrode tip vs. dedicated RF wire with discrete electrode for energy-based transseptal puncture: A pre-clinical study

## HIGHLIGHTS

▶ The VersaCross™ RF Wire and dedicated RFP-100A RF Puncture Generator* achieved 100% transseptal puncture success with only 1 RF application.

▶ The non-dedicated system (electrified guidewire with long uninsulated electrode and standard electrosurgical generator) required up to 5 RF applications and did not consistently achieve puncture at 30–40 W despite greater total RF energy output.

▶ The electrified guidewire resulted in larger puncture sites, greater thermal damage to tissue and devices, and thrombus formation.

## INTRODUCTION

▶ Dedicated radiofrequency (RF) needles and wires, such as the VersaCross Access Solution (Boston Scientific), have been shown to achieve better outcomes for transseptal puncture (TSP) than electrified open-ended needles and guidewires due to their discrete electrode design and unique RF energy profile.

▶ This pre-clinical study (Table 1) benchmarked RF wire-based TSP performance and safety between the dedicated VersaCross system and an electrified guidewire with an alternative electrode design (15–20 cm uninsulated distal tip).

## METHODS

**Table 1.** Experimental design comparing the VersaCross system with electrified guidewire for transseptal puncture *in vivo* (live swine under anesthesia and heparin administration, n=2) and *ex vivo* (porcine interatrial septum in egg-white medium, n=18).

|  | VersaCross System | Electrified Guidewire |
|---|---|---|
| Puncture device | 0.035" VersaCross RF Wire (Boston Scientific) with 1–3 mm tip protrusion | 0.025" EMERALD™ Guidewire (Cordis) with 0–3.5 mm tip protrusion† |
| RF generator | Dedicated RFP-100A* (Boston Scientific) | Standard electrosurgical unit (ValleyLab; Medtronic) |
| Puncture settings | *In vivo*: 1 s (constant) *Ex vivo*: 1 s (constant), 1 s (pulse, 300 ms) | *In vivo*: 1 s (30–50 W) *Ex vivo*: 1 s or 300 ms (30–50 W) |

## RESULTS

### *In Vivo* — TSP Success and Device Damage



**Figure 1.** Evidence of *in vivo* charring (A) and thrombus formation (B) along the length of the electrified guidewire within the dilator.

▶ **VersaCross system:** 100% TSP success with no evidence of thrombus formation on the electrode.

▶ **Electrified guidewire:** 100% TSP success at all power settings, but with evidence of wire charring (Fig. 1A) and thrombus formation (Fig. 1B) along the uninsulated electrode in the dilator.

### *Ex Vivo* — TSP Reliability and Consistency

▶ The VersaCross system demonstrated 100% TSP success with $1.0 \pm 0.0$ RF application for both 1 s (constant) and 300 ms (1 s pulse) RF energy.

▶ **Electrified guidewire at 1 s RF energy application:**

– TSP success (30 W: 77%, 40 W: 88%) was more variable compared to the VersaCross system (F-test: $p<0.05$).

– Required RF applications at 30 W were 2x greater than the VersaCross system (t-test: $p=0.016$) and were more variable at all power settings (30–50 W, F-test: $p<0.05$).

▶ **Electrified guidewire at 300 ms RF energy application:**

– TSP success was significantly lower than the VersaCross system (30 W: 33%, 40 W: 39%, 50 W: 33%; t-test: $p<0.0001$).

– Required RF applications were 3x greater than the VersaCross system (t-test: $p<0.001$) and were more variable at all power settings (30–50 W, F-test: $p<0.05$).

### *Ex Vivo* — Thermal Damage



**Figure 2.** Examples of thermal damage from *ex vivo* transseptal puncture using an electrified guidewire (EG) vs. VersaCross wire on the right atrium side of a porcine septum (A) and on wire tips after 1 s constant RF (B).

▶ Electrified guidewire punctures were larger than VersaCross punctures and showed greater thermal damage around the puncture site, especially on the right atrium side (Fig. 2A).

▶ Charring occurred on electrified guidewires, most noticeably at higher power (40 W, 50 W), but not on VersaCross wires (Fig. 2B).

### *Ex Vivo* — Total RF Energy Output

▶ VersaCross system total energy output was significantly lower and less variable than the electrified guidewire.

▶ **At 1 s (constant):** 4.4 J VersaCross system vs. 18–26 J electrified guidewire (30–50 W) (t-test: $p<0.05$; F-test $p<0.05$).

▶ **At 300 ms (1 s pulse):** 2.2 J VersaCross system vs. 5–9 J electrified guidewire (30–50 W) (t-test: $p<0.05$; F-test $p<0.05$).

## DISCUSSION AND CONCLUSIONS

▶ Achieving consistent electrode protrusion from the dilator using a wire with a long uninsulated end can be difficult in clinical settings; this inconsistency can introduce variability in TSP performance and cause excess RF energy delivery that increases the risk of thermal injury.

▶ The VersaCross system optimizes RF delivery by pairing a dedicated RF generator with an RF wire that has a discrete electrode. As a result, VersaCross demonstrates more consistent and successful TSP with minimal device and tissue damage.

* Baylis Medical Company Radiofrequency Puncture Generator RFP-100A. Baylis Medical Company is a wholly owned subsidiary of Boston Scientific Corporation.
† PTFE coating removed to expose 15-20 cm from distal end.

# VersaCross™ RF Wire

**CAUTION:** Federal law (USA) restricts this device to sale by or on the order of a licensed practitioner. Prior to use, please refer to all applicable "Instructions for Use" for more information on Intended Use/Indications for Use, Contraindications, Warnings, Precautions, Potential Adverse Events, and Operator's Instructions.

**INTENDED USE/INDICATIONS FOR USE:** The VersaCross™ RF Wire is indicated for creation of an atrial septal defect in the heart.

**CONTRAINDICATIONS:** The VersaCross™ RF Wire is not recommended for use with any conditions that do not require the creation of an atrial septal defect. The Connector Cable is not recommended for use with any other Baylis RF Generator or any other device. **In the EU:** The VersaCross RF Wire is not intended for use with neonatal patients that are less than one month of age.

**WARNINGS:** • Only physicians with a thorough understanding of angiography and percutaneous interventional procedures should use this device.  It is recommended that physicians avail themselves of pre-clinical training, a review of pertinent literature and other appropriate education before attempting new interventional procedures. • The VersaCross RF Wire and Connector Cable are supplied STERILE using an ethylene oxide process.  Do not use if the package is damaged. • Laboratory staff and patients can undergo significant x-ray exposure during RF puncture procedures due to the continuous usage of fluoroscopic imaging. This exposure can result in acute radiation injury as well as increased risk for somatic and genetic effects. Therefore, adequate measures must be taken to minimize this exposure. • The VersaCross RF Wire and Connector Cable are intended for single patient use only. Do not attempt to sterilize and reuse either devices. Reuse can cause patient injury and/or the communication of infectious disease(s) from one patient to another. Reuse may result in patient complications. • The VersaCross RF Wire must be used with the Connector Cable provided.  Attempts to use it with other connector cables can result in electrocution of the patient and/or operator. • Do not use the VersaCross RF Wire with electrocautery or electrosurgery generators, connector cables or accessories as attempted use can result in patient and/or operator injury. • The Connector Cable must only be used with the RFP-100A Baylis RF Generator and the included VersaCross RF Wire. Attempts to use it with other RF Generators and devices can result in electrocution of the patient and/or operator. • The VersaCross RF Wire must be used with 0.035" compatible transseptal sheath and/or dilator devices. Use of incompatible accessory devices may damage the integrity of the VersaCross RF Wire or accessory devices and may cause patient injury. • The VersaCross RF Wire has only been validated for transseptal puncture use through VersaCross dilators which have been demonstrated to provide the required support for optimal function. • The active tip and distal curve of the VersaCross RF Wire are fragile. Be careful not to damage the tip or the distal curve while handling the VersaCross RF Wire.  If the tip or the distal curve becomes damaged at any time during its use, discard the VersaCross RF Wire immediately. Do not attempt to straighten the active tip if bent. Damage to device can lead to patient injury. • The VersaCross RF Wire is not intended for use with neonatal patients (i.e. less than one month of age).  Do not attempt to treat neonatal patients with the VersaCross RF Wire. • Do not attempt to insert or retract the VersaCross RF wire through a metal cannula or a percutaneous needle, which may damage the device and may cause patient injury.

**PRECAUTIONS:** • Do not attempt to use the VersaCross RF Wire and the Connector Cable before thoroughly reading the accompanying Instructions for Use. • RF puncture procedures should be performed only by physicians thoroughly trained in the techniques of RF-powered puncture in a fully equipped catheterization laboratory. • The sterile packaging should be visually inspected prior to use. Do not use the devices if the packaging has been damaged or compromised. • Visually inspect the VersaCross RF Wire and Connector Cable prior to use to ensure there are no cracks or damage to the insulating material.  Do not use the wire or the cable if there is any damage. • Do not use the VersaCross RF Wire and/or Connector Cable after the use-by date indicated on the label. • The VersaCross RF Wire and Connector Cable are intended for use with only those devices listed in Section VIII, Equipment Required. • Read and follow the manufacturer's Instructions For Use for the DIP electrode.  Always use DIP electrodes that meet or exceed IEC 60601-2-2 requirements. • Placement of the DIP electrode on the thigh could be associated with higher impedance. • In order to prevent the risk of ignition, ensure that flammable materials are not present in the room during RF power application. • Take precautions to limit the effects that the electromagnetic interference (EMI) produced by the Baylis RF Generator may have on the performance of other equipment. Check the compatibility and safety of combinations of other physiological monitoring and electrical apparatus to be used on the patient in addition to the Baylis RF Generator. • Adequate filtering must be used to allow continuous monitoring of the surface electrocardiogram (ECG) during RF power applications. • Do not attempt to insert and use the proximal end of the VersaCross RF Wire as the active tip. • Do not bend the VersaCross RF Wire or the Connector Cable. Excessive bending or kinking of the wire shaft, distal curve of the wire and/ or the Connector Cable may damage the integrity of the device components and may cause patient injury. Care must be taken when handling the VersaCross RF Wire and Connector Cable. • Careful manipulation of the VersaCross RF Wire must be performed to avoid vessel trauma. If resistance is encountered, DO NOT use excessive force to advance or withdraw the VersaCross RF Wire or ancillary sheath and/ or dilator assembly. Excessive force may lead to bending or kinking of the device limiting advancement and retraction of sheath and/or dilator device. • VersaCross RF Wire and ancillary sheath and/or dilator assembly advancement should be done under imaging guidance. The use of visible markers on the wire body are only an approximate guide for positioning the wire tip with the distal end of the dilator. • Do not attempt to deliver RF energy until the active tip of the VersaCross RF Wire is confirmed to be in good contact with the target tissue. • Avoid RF energy delivery of the VersaCross RF Wire with incompatible dilator or cannula devices, which may lead to patient burns, ineffective puncture or failure to puncture. • It is recommended not to exceed five (5) RF power applications per VersaCross RF Wire. • Never disconnect the Connector Cable from the Baylis RF Generator while RF power is being delivered. • Never disconnect the Connector Cable from the Baylis RF Generator by pulling on the cable. Failure to disconnect the cable properly may result in damage to the cable. • Do not twist the Connector Cable while inserting or removing it from the Isolated Patient Connector on the Baylis RF Generator.  Twisting the cable may result in damage to the pin connectors. • The Baylis RF Generator is capable of delivering significant electrical power.  Patient or operator injury can result from improper handling of the VersaCross RF Wire and/or DIP electrode, particularly when operating the device. • During power delivery, the patient should not be allowed to come in contact with ground metal surfaces. • Apparent low power output or failure of the equipment to function properly at normal settings may indicate faulty application of the DIP electrode, failure to an electrical lead, or poor tissue contact at the active tip.  Check for obvious equipment defects or misapplication. Attempt to better position the active tip of the VersaCross RF Wire against the atrial septum. Only increase the power if low power output persists. • If using electroanatomical mapping guidance, it is recommended to use it along with alternative imaging modality in the event there is loss of visibility of the device.

**POTENTIAL ADVERSE EVENTS:** Adverse events that may occur while creating an atrial septal defect include: • Tamponade • Sepsis/Infection • Thromboembolic episodes • Vessel perforation • Atrial Fibrillation • Myocardial Infarction • Vessel spasm • Sustained arrhythmias • Atrial Flutter • Hemorrhage • Vascular thrombosis • Perforation of the myocardium • Hematoma • Allergic reaction to contrast medium • Ventricular Tachycardia • Pain and Tenderness • Arteriovenous fistula • Pericardial/pleural effusion • Tachycardia • Vascular Trauma • Additional Surgical Procedure • Wire entrapment/ entanglement • Foreign body/wire fracture

97184047 (Rev. C.5)

# VersaCross™ Transseptal Sheath

**CAUTION:** Federal law (USA) restricts this device to sale by or on the order of a licensed practitioner. Prior to use, please refer to all applicable "Instructions for Use" for more information on Intended Use/Indications for Use, Contraindications, Warnings, Precautions, Potential Adverse Events, and Operator's Instructions.

**INTENDED USE/INDICATIONS FOR USE:** The VersaCross Transseptal Sheath kit is used for the percutaneous introduction of various types of cardiovascular catheters and guidewires to all heart chambers, including the left atrium via transseptal perforation / puncture.

**CONTRAINDICATIONS:** There are no known contraindications for this device.

**WARNINGS:** • Laboratory staff and patients can undergo significant x-ray exposure during interventional procedures due to the continuous usage of fluoroscopic imaging. This exposure can result in acute radiation injury as well as increased risk for somatic and genetic effects. Therefore, adequate measures must be taken to minimize this exposure. The use of echocardiography is recommended. • The VersaCross Transseptal Sheath kit is intended for single patient use only. Do not attempt to sterilize and reuse the VersaCross Transseptal Sheath kit. Reuse can cause patient injury and/or the communication of infectious disease(s) from one patient to another. • The VersaCross Transseptal Sheath kit is supplied STERILE using an ethylene oxide process. • Do not use if the package is damaged. • The sheath's shaft is coated with a lubricious coating. The following warnings must be considered: o Use of the sheath with introducer sheaths smaller than the size listed in the section below may result in a tight fit that affects device performance, including coating integrity. o Excessive wiping and/or wiping of the sheath with a dry gauze may damage the coating. o Manual shaping of the sheath distal curve shall be done with smooth motions along the curve without applying excessive pressure. Excessive manual bending and/or shaping of the sheath shaft may affect the coating integrity. • Care should be taken to ensure that all air is removed from the sheath before infusing through the side port. • Care should be taken when inserting or removing the dilator and catheters from the sheath. • Do not attempt direct percutaneous insertion of the sheath without the dilator as this may cause vessel injury. • Careful manipulation must be performed to avoid cardiac damage or tamponade. Sheath advancement should be done under fluoroscopic guidance. Echocardiographic guidance is also recommended.

**PRECAUTIONS:** • Do not attempt to use the VersaCross Transseptal Sheath kit before thoroughly reading the accompanying Instructions for Use. • Careful manipulation must be performed to avoid cardiac damage or tamponade. Sheath, dilator and compatible guidewire advancement should be done under fluoroscopic guidance. If resistance is encountered, DO NOT use excessive force to advance or withdraw the device. • The sterile packaging and sheath should be visually inspected prior to use. Do not use the device if it has been compromised or damaged. • Only physicians thoroughly trained in the techniques of the approach to be used should perform interventional procedures. • Only physicians or personnel trained in aseptic techniques should perform aseptic presentation. • Note product "Use By" date. • The VersaCross Transseptal Sheath is compatible with introducer sheaths 11Fr or larger. • The VersaCross Transseptal Sheath and Dilator are compatible with transseptal devices and guidewires .035" or smaller. • The VersaCross Transseptal Sheath kit is NOT compatible with transseptal needles such as the "NRGTM Transseptal Needle". • Confirm ancillary devices are compatible with the dilator diameter before use. • Individual patient anatomy and physician technique may require procedural variations.

**POTENTIAL ADVERSE EVENTS:** Adverse events that may occur while using the VersaCross Transseptal Sheath kit include: • Infection • Air embolus • Local nerve damage • Hemorrhage • Embolic events • Vessel spasm • AV fistula formation • Atrial septal defect • Pseudoaneurysm • Perforation and/or tamponade • Arrhythmias • Pericardial/pleural effusion • Hematoma • Vessel trauma • Valve damage • Catheter entrapment

97378284 (Rev. A.1)

All photographs taken by Boston Scientific.

Bench testing or pre-clinical study results may not necessarily be indicative of clinical performance. The testing was performed by or on behalf of Boston Scientific. Data on file.

All trademarks are property of their respective owners. Patents Pending and/or issued.

CAUTION: The law restricts this device to sale by or on the order of a physician. Rx only. Indications, Contraindications, Warnings, and Instructions For Use can be found in the product labelling supplied with each device or at www.IFU-BSCI.com.

Products shown for INFORMATION purposes only and may not be approved or for sale in certain countries. This material not intended for use in France.

Boston Scientific is a Global Company. Please note that model numbers, indications, contraindications, warnings and specifications may differ depending on geographic region. Not all information displayed in this brochure may be licensed in accordance with Canadian law. Please contact your Boston Scientific representative for local labeling, product specifications and licensed model numbers.



Advancing science for life™

© 2025 Boston Scientific Corporation or its affiliates. All rights reserved.

EP-2141407-AA

# EXHIBIT 15



← **Post**

**BostonSci Cardiology** ✓
@BSCCardiology

···

In a pre-clinical study, use of an electrified guidewire with an uninsulated electrode tip for transseptal puncture resulted in wire charring & thrombus formation along the length. View clinical highlights to learn how the VersaCross™ RF Wire compared: bit.ly/3S9XUOK

Safety info: bit.ly/3DQ7NNn



11:50 AM · May 28, 2025 · **1,460** Views

💬     ⟲ 3     ♡ 8     🔖 3     ⬆️

**New to X?**

Sign up now to get you

G  Sign ı

 Sign

Creat

By signing up, you agr
Privacy Policy, includir

**What's happe**

**Paris**
**Wom**
LIVE

Trending in United Sta
**Heat 2**
2,870 posts

Sports · Trending
**Flacco**
Trending with  Watsor
24K posts

Trending in United Sta
**Downgrade**
5,899 posts

Trending in United Sta
**Taco Tuesday**
17.6K posts

Show more

Terms of Service  |  Priva
Accessibility  |  Ads info

**Don't miss what's happening**
People on X are the first to know.

Log in

# EXHIBIT 16

11/7/25, 10:53 AM    BostonSci Cardiology on X: Un a recent pre-clinical study, transseptal punctures using an electrified guidewire were larger with gre…

Case 1:25-cv-01035-JLH    Document 18-1    Filed 11/10/25    Page 362 of 473 PageID #: 1212



**Post**

**BostonSci Cardiology** ✓
@BSCCardiology

In a recent pre-clinical study, transseptal punctures using an electrified guidewire were larger with greater thermal damage around the puncture sites than those using the VersaCross™ RF Wire. View clinical highlights: bit.ly/43chdNH
Safety info: bit.ly/3F6Fc7M

6:00 AM · May 22, 2025 · **744** Views

💬     ↻ 1     ♡ 3     🔖 2     ⬆️

Post your reply                                    Reply

**Search**

🏠 Home
🔍 Explore
🔔 Notifications
✉️ Messages
Ø Grok
≡ Lists
🔖 Bookmarks
👥 Communities
✕ Premium
👤 Profile
⋯ More

Post

Relevant peo

**BostonSci C**
@BSCCardi
Boston Scie
physicians i
our cardiolo
therapies ar

**What's happe**

Politics · Trending
**#GOPHealthCare**
1,732 posts

Technology · Trending
**#LastFourWatche**
Trending with #Letter

Politics · Trending
**Filibuster**
323K posts

Only on X · Trending
**#สิงสาลาตายEP2**
131K posts

Show more

Terms of Service  |  Priva
Accessibility  |  Ads info

Paul Smith
@PaulSmi5626148

# EXHIBIT 17

**Ad Details**



**Boston Scientific Cardiology**
Promoted

In a recent pre-clinical study, transseptal punctures using an electrified guidewire were larger with greater thermal damage around the puncture sites than those using the VersaCross™ RF Wire.

**About the ad**

Video Ad

Advertiser Boston Scientific Cardiology

Paid for by Inizio Evoke Inc

**Linked in Ad Library**



Please note that this ad may have multiple versions. Some versions may appear different on mobile or desktop screens with different sizes.

# EXHIBIT 18



Linkedin Ad Library



# EXHIBIT 19



# BAYLIS MEDICAL COMPANY RADIOFREQUENCY PUNCTURE GENERATOR

## RFP-100A

**ENGLISH**
**User's Manual**



Carefully read all instructions prior to use.  Observe all contraindications, warnings and precautions noted in these instructions.  Failure to do so may result in patient complications.

| | |
|---|---|
| **Manufacturer:** | **Baylis Medical Company Inc** |
| | 5959 Trans-Canada Highway |
| | Montreal, Quebec |
| | Canada |
| | H4T 1A1 |
| | |
| | Phone: +1 (514) 488-9801 |
| | Fax:    +1 (514) 488-7209 |
| | |
| **EU Authorized Representative:** | Quality First International OÜ |
| | Laki 30, 12915 Tallinn |
| | Estonia |
| | Telephone: +372 610 41 96 |
| | Email: enquiries@qualityfirstint.ee |

CE 1639

Baylis Medical and the Baylis Medical logo are trademarks of Baylis Medical Technologies Inc.

This page is intentionally left blank

© 2012-2023 Baylis Medical Company Inc.       2 of 36       DMR RFP-100A 3.3 V-23_EN

TABLE OF CONTENTS

**LIST OF FIGURES** ........................................................................................................... **4**

**LIST OF TABLES** ............................................................................................................. **4**

**SECTION 1:    DEVICE DESCRIPTION** .................................................................. **6**

**SECTION 2:    INDICATIONS/CONTRAINDICATIONS** ........................................ **6**
2.1.    INDICATIONS FOR USE .................................................................................6
2.2.    CONTRAINDICATIONS ...................................................................................6

**SECTION 3:    WARNINGS, PRECAUTIONS, AND ADVERSE EVENTS** ........................ **6**
3.1.    WARNINGS.......................................................................................................6
3.2.    PRECAUTIONS.................................................................................................8
3.3.    ADVERSE EVENTS .........................................................................................9

**SECTION 4:    UNPACKAGING AND REPACKAGING** .......................................... **9**
4.1.    UNPACKAGING................................................................................................9
4.2.    REPACKAGING ..............................................................................................10

**SECTION 5:    CONTROLS, DISPLAYS, AND CONNECTIONS** .................................. **10**
5.1.    FRONT PANEL DISPLAYS, CONTROLS, AND CONNECTIONS.................10
5.2.    REAR PANEL DISPLAYS, CONTROLS, AND CONNECTIONS .................12
5.3.    GENERATOR STATES FLOW CHART ........................................................13

**SECTION 6:    DISPLAYS**.......................................................................................... **14**
6.1.    System Initialization and POST States ...........................................................14
6.2.    STANDBY State ...............................................................................................14
6.3.    READY State ....................................................................................................15
6.4.    ON State ...........................................................................................................15
6.5.    ALERT ..............................................................................................................16
6.6.    FAULT (ERROR) State ....................................................................................16
6.7.    SETUP State .....................................................................................................17

**SECTION 7:    DIRECTIONS FOR USE** ..................................................................... **18**
7.1.    READ INSTRUCTIONS FOR USE .................................................................18
7.2.    CONNECT GENERATOR POWER CORD .....................................................19
7.3.    CONNECT FOOTSWITCH (OPTIONAL) ......................................................19
7.4.    CONNECT CONNECTOR CABLE ..................................................................19
7.5.    CONNECT THE DISPERSIVE (RETURN) ELECTRODE ............................19
7.6.    TURN THE GENERATOR "ON" .....................................................................20
7.7.    SET CUT MODE ..............................................................................................20
7.8.    SET TIME .........................................................................................................20
7.9.    CONFIRM GENERATOR SETTINGS AND STATE ......................................20
7.10.    ACTIVATE RF ENERGY DELIVERY ...........................................................21
7.11.    DEACTIVATE RF POWER DELIVERY .........................................................21
7.12.    RE-APPLY RF POWER ...................................................................................21
7.13.    PROCEDURE COMPLETE .............................................................................21

**SECTION 8:    SERVICE AND MAINTENANCE** ....................................................... **21**
8.1.    CLEANING.......................................................................................................22
8.2.    FUSE REPLACEMENT ...................................................................................22

8.3.    DISPOSAL ................................................................................................................22

**SECTION 9:    SECTION 9: SPECIFICATIONS ................................................................ 22**
9.1.    TECHNICAL SPECIFICATIONS ............................................................................22
9.2.    GENERATOR MODE SETTINGS ...........................................................................23
9.3.    ALERT CODES .......................................................................................................27
9.4.    IEC ELECTRICAL SAFETY AND EMC SPECIFICATIONS...................................29
9.5.    LABELING AND SYMBOLS...................................................................................33

**SECTION 10:  LIMITED WARRANTIES AND DISCLAIMER....................................... 35**

**LIST OF FIGURES**

|  | Page |
|---|---|

Figure 5-1 - Generator Front Panel....................................................................................10
Figure 5-2 - Generator Rear Panel......................................................................................12
Figure 5-3 – Generator States Flow Chart ..........................................................................13
Figure 6-1- System Initialization Display............................................................................14
Figure 6-2- POST Display ..................................................................................................14
Figure 6-3- STANDBY State Display ..................................................................................15
Figure 6-4a- READY State Display .....................................................................................15
Figure 6-4b- READY State Display with Single Dispersive Electrode..................................15
Figure 6-5- ON State Display .............................................................................................16
Figure 6-6- ALERT State Display .......................................................................................16
Figure 6-7- FAULT (ERROR) State Display .......................................................................17
Figure 6-8- SETUP State Display - Page 1..........................................................................17
Figure 6-9- SETUP State Display- Page 2...........................................................................18
Figure 9-1 Maximum Power Output for Mode 10 Constant..................................................24
Figure 9-2 Maximum Power Output for Mode 10 Pulse ......................................................25
Figure 9-3 Maximum Power Output for Mode 12 Constant..................................................25
Figure 9-4 Maximum Power Output for Mode 12 Pulse ......................................................26

**LIST OF TABLES**

|  | Page |
|---|---|

Table 9.2-1- CUT and TIME settings for each Generator Mode..............................................24
Table 9.4-1 IEC Electrical Safety Specifications ..................................................................29
Table 9.4-2 IEC EMC Specifications (Emissions) ................................................................29
Table 9.4-3 IEC EMC Specifications (Immunity).................................................................30
Table 9.4-4 IEC Recommended Separation of RF Communication Equipment .......................32

**PREFACE**

For the user's convenience, the Baylis Medical Company Inc. (BMC, or "Baylis Medical") Radiofrequency Puncture Generator (model: RFP-100A) will be referred to in this Operator's Manual as the "Generator". The Generator is to be used only with BMC radiofrequency (RF) devices that have been separately cleared for use with the Generator. These separately cleared BMC radiofrequency devices include, but are not limited to, the Nykanen Radiofrequency Wire, the *PowerWire*™ Radiofrequency Guidewire, the *NRG*™ Transseptal Needle, and the *VersaCross*™ Radiofrequency Wire - they will generally be referred to in this Operator's Manual as the "BMC RF Device". The BMC RF Device is connected to the Generator through the appropriate BMC connector cable. The DuoMode™ Cable serves as an extension cable that is used with the Generator, BMC RF devices and diagnostic equipment. The footswitch is an accessory to the BMC Radiofrequency Puncture Generator.

User covenants not to use the Generator in conjunction with any unauthorized products, items, consumables, disposables, equipment or parts.

User specifically agrees that Baylis Medical shall not be liable for damages, personal injury or death if the RF Generator is used in conjunction or with any unauthorized products, items, consumables, disposables, equipment or parts.

User specifically agrees that Baylis Medical shall not indemnify the Buyer for claims resulting in damages, personal injury or death if the RF Generator is used in conjunction or with any unauthorized products, items, consumables, disposables, equipment or parts.

User will not resell or redistribute the Generator to entities or persons, except with Baylis Medical's prior written consent.

The use of the BMC Radiofrequency Puncture Generator is fully described in this manual, including a description of the Generator, its controls, displays, and a sequence for its operation. In addition, other information of importance to the user is supplied. For specific instructions pertaining to the use of any one of the separately cleared BMC RF Devices, please refer to the instructions for use for the respective BMC RF Device.

**Caution:** Federal (U.S.A.) law restricts this device to sale by or on the order of a physician.

### SECTION 1:    DEVICE DESCRIPTION

The Generator is a component of the Baylis Medical Company Radiofrequency (RF) Puncture System. The Generator is operated in conjunction with separately cleared BMC RF Devices, BMC connector cables such as (but not limited to) the RFX-BAY-TS, RFX-BAY-TS-12-SU or RFX-BAY-OTW-10-SU cables, an optional DuoMode Cable, a commercially available return (dispersive) electrode that meets or exceeds IEC 60601-2-2, and an optional accessory footswitch. The Generator delivers energy in a voltage-controlled monopolar mode between the BMC RF Device's distal tip electrode and the return electrode. Detailed information regarding the BMC RF Device is contained in a separate manual that accompanies each BMC RF Device.

The Generator produces continuous radiofrequency power output at a fixed frequency in the range of 450 kHz to 480 kHz in a monopolar mode. Connections for the Generator connector cable (which connects to the separately approved BMC RF Device) and a patient return electrode that meets or exceeds IEC 60601-2-2 are provided. Controls on the front panel allow the cut mode and the duration of the RF output to be set. In addition, on/off control of the output can be achieved through the optional accessory footswitch or through the dedicated front panel button. The elapsed time and the cut mode are displayed on the liquid crystal display (LCD) during RF energy delivery. An audible tone synchronized with the RF output is also produced during energy delivery. The Generator has several built-in safety features, such as device identification, alert messages, an automatic shut-off for out-of-range parameters or metal contact, and maximum voltage, current, and power limits.

The Generator has been tested for compliance with the following standards:

- IEC 60601-1
- IEC 60601-2-2
- IEC 60601-1-2

### SECTION 2:    INDICATIONS/CONTRAINDICATIONS

2.1. INDICATIONS FOR USE

The Baylis Medical Company Radiofrequency Puncture Generator & Footswitch (optional accessory) is to be used with separately approved radiofrequency devices in general surgical procedures to cut soft tissues.

2.2. CONTRAINDICATIONS

The BMC Radiofrequency Puncture Generator is not recommended for uses other than the indicated use.

### SECTION 3:    WARNINGS, PRECAUTIONS, AND ADVERSE EVENTS

 The safe and effective use of RF energy is highly dependent upon factors under the control of the operator. There is no substitute for properly trained operating room staff. It is important that the operating instructions supplied with the Generator be read and understood before use.

### 3.1. WARNINGS

- DO NOT attempt to operate the Generator before thoroughly reading this User's Manual. It is vital that the operating instructions for the equipment be read, understood, and followed properly. For future reference, retain this User's Manual in a convenient, readily accessible place.

- The Generator is intended for use with separately cleared BMC RF Devices, BMC connector cables, and the accessory footswitch only. For respective devices/accessories, refer to individual IFUs for more information.

- To avoid risk of electric shock, Generator must only be connected to supply mains with protective earth.

- Do not remove the cover of the Generator. Removal of the cover may result in injury and/or damage to the Generator.

- When the Generator is activated, conducted and radiated electrical fields may interfere with other medical and electrical equipment. Care should be taken to limit the effects that electromagnetic interference (EMI) produced by the Generator has on other equipment.

- Laboratory staff and patients can undergo significant x-ray exposure during RF Puncture procedures due to the continuous usage of fluoroscopic imaging. This exposure can result in acute radiation injury as well as increased risk for somatic and genetic effects. Therefore, adequate measures must be taken to minimize this exposure.

- Do not attempt to perform an RF puncture with an initial cut setting other than that recommended by the BMC RF Device Instructions for Use. The cut setting (and therefore output power) should be as low as possible (as recommended for BMC RF device) to avoid any unintended result.

- Failure of the Generator could result in an unintended increase of output power.

- Place monitoring electrodes as far away from the surgical site as possible, to avoid burns or interference with other equipment. The use of needle monitoring electrodes (or other small area electrodes) during RF output is not recommended. In all cases, incorporating high frequency current limiting devices are recommended.

- Skin-to-skin contact (for example between the arms and body of the patient) should be avoided, for example by insertion of dry gauze.

- During RF output, implanted devices such as pacemakers may be affected. Qualified advice should be obtained as necessary, to minimize the risk from injury due to implanted device malfunction.

- Unless a compatible monitoring return electrode that meets or exceeds IEC 60601-2-2 is used with the contact quality monitor, loss of safe contact between the return electrode and patient will not result in an auditory alarm.

- The Generator should not be operated if the display area (LCD screen) is cracked or broken.

- Devices should be checked for exposed metal between shaft and handle, as well as check for any connection issues prior to use.

- Devices should not be used in the presence of flammable materials, chemicals, and substances (anesthetics, oxygen, etc.).

- No modification of Generator is allowed. Modification may result in patient or operator harm.

- Flammable solutions may pool under the patients or in body depressions such as the umbilicus, and in body cavities such as the vagina.

- Generator failure can lead to neuromuscular stimulation.

- When using RF On/Off switch, the Generator can deliver RF energy without continuous depression of RF On/Off switch for the specified treatment time. Failure to specify correct treatment time could result in an unintended RF delivery.

### 3.2.    PRECAUTIONS

- The Generator is intended for use with separately cleared BMC RF Devices, BMC connector cables and an optional accessory footswitch only. Ensure that the rated accessory voltage is equal to or greater than the Generator's maximum output voltage.

- Ensure that the Generator connector cables and dispersive electrode cables are positioned in such a way that contact with the patient or other leads is avoided.

- Ensure the application and connections of dispersive electrode before selecting a higher output setting on generator.

- Temporarily unused Devices should be disconnected from the Generator, from the Connector Cable or they should be stored in a location that is isolated from the patient.

- It is recommended not to exceed the specified number of RF energy applications per BMC RF Device, as indicated within the BMC RF Device's specific instructions for use.

- Only physicians thoroughly trained in RF Puncture techniques, in a fully equipped catheterization laboratory, should perform RF Puncture procedures.

- Read and follow the manufacturer's instructions for use of the return (dispersive) electrode. **Only use dispersive electrodes that meet or exceed IEC 60601-2-2 requirements.** The entire area of the dispersive electrode should be reliably attached to the patient's body and as close to the operating field as possible.

- The Generator is capable of delivering significant electrical power. Patient or operator injury can result from improper handling of the BMC RF Device and dispersive electrode, particularly when operating the BMC RF Device.

- During RF energy delivery, the patient should not be allowed to come in contact with grounded metal surfaces or metal surfaces which have an appreciable capacitance to earth (for example operating table supports, etc.). The use of antistatic sheeting is recommended for this purpose.

- Apparent failure of the equipment to function properly at normal settings may indicate faulty application of the dispersive electrode or failure of an electrical lead. Do not increase power before checking for obvious defects or misapplication.

- Regularly inspect and test re-usable connector cables and accessory footswitch.

- Perform regular inspections of all system components, including separately cleared BMC RF Devices and BMC Connector Cables, for damage to insulations.

- Associated equipment and BMC RF Devices should be selected with a rated accessory voltage equal to or greater than the maximum output voltage of the mode it is to be used for.

- Baylis Medical Company relies on the physician to determine, assess, and communicate to each individual patient all foreseeable risks of the Generator.

- The mains power cord of the Generator must be connected to a properly grounded receptacle to avoid the risk of electric shock. Extension cords, portable multiple socket outlets and/or adapter plugs must not be used. The mains power cord assembly should be periodically checked for damaged insulation or connectors.

- Although the BMC RF Device and BMC Connector Cables are sterilized, the Generator is not. The Generator must not enter the surgical sterile field.

- Fluids pooled in the body depressions and cavities should be mopped up before RF energy is delivered.

- There is a danger of ignition of endogenous gases (e.g., cotton and gauze saturated with oxygen may be ignited by sparks produced) during normal use of Generator.

- The use of a smoke-plume extractor is recommended for the operator during RF procedures.

## 3.3.    ADVERSE EVENTS

Adverse events that may occur while using the Generator include:

- Atrial Fibrillation and/or Atrial Flutter
- Myocardial Infarction
- Sustained Arrhythmias leading to Ventricular Tachycardia
- Neuromuscular stimulation
- Electric shock
- Thermal damage to tissue
- Thromboembolic Episodes
- Sepsis and Infection
- Unintended Perforation

The BMC RF Device Instructions for Use should be consulted for any other adverse events that may be associated with use of that separately cleared device.

The Dispersive Electrode manufacturer's Instructions for Use should be consulted for any other adverse events that may be associated with use of that dispersive electrode.

## SECTION 4:    UNPACKAGING AND REPACKAGING

### 4.1.  UNPACKAGING

The Generator's shipping carton contains all of the components identified below.  Unpack the Generator and accessories carefully and visually inspect the front panel, chassis, or cover for damage.  If any physical damage is found, DO NOT USE THE GENERATOR. CONTACT Baylis Medical Company for a replacement. Notify the carrier immediately if the shipment carton is damaged.  Verify that the following items are received:

|   |   |
|---|---|
| 1 | Generator |
| 1 | User's Manual |
| 2 | Hospital Grade Power Cords |

Read the Directions for Use in Section 7 of this manual very carefully and thoroughly.  If there are any discrepancies or concerns, notify Baylis Medical Company.  Store the shipping carton in a safe place for future use.

The Generator may be placed on a mounting cart or on any sturdy table or platform rated to hold at least 20 lbs. Do not obstruct the vents underneath and at the rear of the Generator.

**WARNING:** The Generator should not be used adjacent to or stacked with other equipment. If the Generator must be operated adjacent to or stacked with other equipment, the Generator should be observed to verify normal operation in that configuration.

Separately cleared accessory medical devices compatible with the Generator include BMC connector cables such as (but not limited to) the RFX-BAY-TS, RFX-BAY-TS-12-SU or RFX-BAY-OTW-10-SU cables, an optional DuoMode Cable (RFX-BAY-DUO-100A), a commercially available return (dispersive) electrode that meets or exceeds IEC 60601-2-2 and an optional accessory footswitch (RFA-FS).  These devices are packaged separately.

**4.2. REPACKAGING**

If it is necessary to repack and ship the Generator, use the original shipping carton and packing materials to ensure that no breakage occurs. Disconnect all the cables and accessories and place them into the locations in the carton that are reserved for these components. Do not attempt to forcefully fit all the components into the carton.

**SECTION 5:    CONTROLS, DISPLAYS, AND CONNECTIONS**



*Figure 5-1 - Generator Front Panel*

**5.1. FRONT PANEL DISPLAYS, CONTROLS, AND CONNECTIONS**

Descriptions of the front panel displays, controls, and connections are given below. Refer to Figure 5-1 - Generator Front Panel for their location.

(1) **AC Power Indicator**: This green LED illuminates when the Generator is turned on.
(2) **FAULT Indicator**: This red LED illuminates and flashes when a system ERROR has occurred. System errors include self-test failures, hardware protection errors, hardware measurement errors, and software failures. Mains power to the Generator must be cycled (off-on) to attempt recovery from a system error. Consult instructions for use.
(3) **Ambient Light Sensor**: This sensor detects the ambient light level. Screen brightness is automatically adjusted according to ambient light level (bright (HIGH) in a bright room and dimmed (LOW) in a dim room).
(4) **Return Electrode Fault Indicator**: The red LED illuminates when a return electrode is NOT connected to the generator OR when the measured impedance of a monitoring (dual foil) return electrode is greater than

© 2012-2023 Baylis Medical Company Inc.       DMR RFP-100A 3.3 V-23_EN

150 ohm, indicating poor patient contact. Note: Only use return electrodes that meet or exceed IEC 60601-2-2 requirements.

(5) **STATE Status Bar**: This window displays the current STATE of the Generator. The various Generator states and how they are related are shown in Figure 5-3 – Generator States Flow Chart.

(6) **TIME Setting Window**: This window displays the desired RF output duration (in seconds). This window also displays the functions for the soft keys used to adjust the TIME setting.

(7) **Left column soft keys:** These keys allow for parameter adjustment. Their function is displayed on the screen to the right of the soft key, when applicable. For example, the up ▲ and down ▼ arrows are displayed when the keys are to be used to increase or decrease a setting.

(8) **CUT Setting Window**: This window displays the desired CUT mode. CUT modes are BMC RF Device specific and described in Section 0. The BMC RF Device's instructions-for-use should be consulted for appropriate settings to use. This window also displays the function for the soft keys used to adjust the CUT setting.

(9) **Right column soft keys:** These keys allow for parameter adjustment. Their function is displayed on the screen to the left of the soft key, when applicable. For example, the up ▲ and down ▼ arrows are displayed when the keys are to be used to increase or decrease a setting.

(10) **Bottom row soft keys:** These soft keys have various functions. Each key's function is displayed on the screen above the soft key when applicable.

(11) **Message Window:** This window displays functional and informational messages when required.

(12) **Return Electrode Connection**: This patient isolated connection is for attachment of an approved dispersive (return) electrode. **Only use dispersive electrodes that meet or exceed IEC 60601-2-2 requirements.** Either non-monitoring (single foil) or monitoring (dual foil) electrodes can be used.

(13) **Connector Cable Connection**: This patient isolated connection is for the attachment of the RFP-100A connector cable. The user shall refer to the BMC RF Device instructions-for-use to select the proper connector cable model.

(14) **RF ON/OFF Button and Indicator**: Upon press and release, this button initiates RF energy delivery when the Generator is in the READY state. This button terminates RF energy delivery when the Generator is in the ON state. The indicator in the button illuminates yellow when the Generator is in the ON state.

(15) **USB Port (side)**: When a USB memory stick is connected, treatment data from the last twenty (20) RF energy deliveries is downloaded. When left connected, data from subsequent RF deliveries is downloaded on a per treatment basis.



*Figure 5-2 - Generator Rear Panel*

### 5.2. REAR PANEL DISPLAYS, CONTROLS, AND CONNECTIONS

Descriptions of the rear panel displays, controls, and connections are given below. Refer to Figure 5-2 - Generator Rear Panel for their location.

(1) **AC Mains Switch**: This switch controls the initial AC mains power input to the Generator. It is part of the power entry module which also contains the fuse drawer and AC power cord connector.

(2) **AC Power Cord Connection**: This connection is for the attachment of a hospital grade power cord.

(3) **Fuse Drawer:** This fuse drawer contains the fuses that protect the generator from excessive AC mains current.

(4) **Equipotential Ground Connection**: This connector is attached to the chassis/earth ground. It is intended for earth reference connection in environments where equipotential ground cabling is used.

(5) **FOOTSWITCH Connection**: This connection is for the attachment of the FOOTSWITCH. Like the RF ON/OFF button, the FOOTSWITCH initiates and terminates RF energy delivery. However, its action is different than the RF ON/OFF button. The FOOTSWITCH must be pressed and held in the READY state to deliver RF energy and it must be released to terminate RF energy delivery.

(6) **USB Connection (covered):** Connection to be used by authorized service personnel only.

(7) **Fan:** A brushless DC fan is used to exhaust warm air from the Generator. The direction of flow is outward from the rear panel.

**(8) TUV Product Service (c-us) Mark Label**

(9) **Device Label**: This label indicates the model number, serial number, and manufacturer contact information. Symbols found on this label are described in Section 9.5.

Note: Any ports that are not captured in Figure 5-2 - Generator Rear Panel are non-functional and should not be used

### 5.3. GENERATOR STATES FLOW CHART



*Figure 5-3 – Generator States Flow Chart*

## SECTION 6:    DISPLAYS

### 6.1.   System Initialization and POST States

- The System Initialization state is initiated when the Generator is turned on. It lasts for approximately 40s.
- The AC Power Indicator is illuminated and a splash screen appears. The screen will go blank for approximately 20 seconds.



*Figure 6-1- System Initialization Display*

- The Power On Self Test (POST) state is initiated after System Initialization is complete. It lasts for approximately 10s.
- The FAULT indicator illuminates during POST.
- The Return Electrode Fault Indicator and RF ON/OFF indicator flash briefly during POST.
- A tone is sounded once POST is successfully completed.
- If the Generator does not complete POST, then an error will trigger (see FAULT state).
- The presence of the screen display, indicators and tone should be observed prior to operating the Generator.



*Figure 6-2- POST Display*

### 6.2.  STANDBY State

- The Standby State is initiated upon successful completion of the POST state.
- TIME and CUT settings can be adjusted with the left and right soft keys beside the arrows.
- Messages instruct the user to connect a Valid Device and Return Electrode (Grounding Pad).
- RF energy delivery cannot be initiated.



*Figure 6-3- STANDBY State Display*

**6.3. READY State**

- The Ready State is initiated when a Return Electrode (Grounding Pad) is connected AND a valid device is connected OR when RF energy delivery is terminated.
- TIME and CUT settings can be adjusted with the left and right soft keys beside the arrows.
- RF energy delivery can be initiated by either pressing the RF ON/OFF button or pressing and holding the FOOTSWITCH.



*Figure 6-4a- READY State Display*



*Figure 6-4b- READY State Display with Single Dispersive Electrode*

**6.4. ON State**

- The ON State is initiated from the Ready State by either pressing the RF ON/OFF button OR by pressing and holding the FOOTSWITCH.
- TIME and CUT setting adjustment is disabled (adjustment soft key function is grayed out).

- Audible Tone synchronized with RF energy is heard.
- RF ON/OFF Indicator is illuminated in yellow.
- TIME counts up from 0 seconds.
- RF energy delivery is terminated by one of the following:
    o when the set TIME is reached
    o when the RF ON/OFF button is pressed
    o when the FOOTSWITCH is released
    o when there is an ALERT or ERROR condition.



*Figure 6-5- ON State Display*

## 6.5. ALERT

- An ALERT is presented when an alert condition is met in STANDBY, READY, or ON States.
- An alert tone is sounded, "ALERT" is displayed in a red status bar, and a message with a code is displayed. See Section 9.3 for a list of ALERT codes and possible causes.
- The message is displayed until the "DISMISS" soft key is pressed or until five (5) seconds has elapsed, depending on the version of the generator.



*Figure 6-6- ALERT State Display*

## 6.6. FAULT (ERROR) State

- The FAULT State is initiated when a system error has occurred.
- System errors include self-test failures, hardware protection errors, hardware measurement errors, and software failures.
- The user must record the error code and cycle main power (off-on) to the Generator to attempt recovery from a system error. Contact Baylis Medical Clinical support if error persists.
- A tone is sounded, "ERROR" is displayed in a red status bar, an error code is displayed, and the FAULT Indicator flashes red.
- If the Generator does not enter POST, then it will be considered as an error.



*Figure 6-7- FAULT (ERROR) State Display*

**6.7. SETUP State**

- The SETUP State is initiated when the user presses and holds for three (3) seconds:
  - the bottom-most soft key of the right column soft keys AND
  - the left-most soft key of the bottom row soft keys.
- The Generator setting to be adjusted is highlighted in **BLUE** and its value is black.
  - SELECT: The left soft keys are used to scroll through the settings.
  - CHANGE: The right soft keys are used to adjust the value of the highlighted setting.
- The SETUP State is exited and the settings are stored when "Save and Exit" is *pressed and held for three (3) seconds*. A tone sounds to confirm the settings were saved.
- The SETUP State is exited and the settings are NOT stored when "Cancel" is pressed.
- "Next" and "Back" soft keys change between the different SETUP screens.



*Figure 6-8- SETUP State Display - Page 1*

| Parameter | DESCRIPTION | Range | Default Value | Increment |
|---|---|---|---|---|
| VOLUME | Loudness level of the audible tones | 1 - 10 | 10 | 1 |
| AUTO-DIM | Automatic adjustment of screen brightness based on the ambient light level. When ON, the screen dims to BRIGHTNESS-LOW in low ambient light and BRIGHTNESS-HIGH in high ambient light. | ON – OFF | ON | N/A |
| BRIGHTNESS - LOW | Desired screen brightness level in low ambient light. | 1 – 10 | 2 | 1 |

| | | | | |
|---|---|---|---|---|
| BRIGHTNESS - HIGH | Desired screen brightness level in high ambient light Screen brightness when AUTO-DIM is OFF. | 1 – 10 | 8 | 1 |
| STARTUP SETTINGS - TIME | Value for TIME setting when Generator is powered up | See Note 1 | 1s | See Note 1 |
| STARTUP SETTINGS – CUT | Value for CUT mode setting when Generator is powered up | Pulse or Constant | Constant | N/A |

*Note 1: TIME can be set from 1s to 10s in increments of 1s. In addition, in certain units, if the CUT setting is Constant, TIME can also be set to 0.4s, 0.6s, or 0.8s.*



*Figure 6-9- SETUP State Display- Page 2*

| Parameter | DESCRIPTION | Range/Units | Default Value | Increment |
|---|---|---|---|---|
| LANGUAGE | Selects a language to display screens, error messages, and warning messages. | ENGLISH,  FRANÇAIS (FRENCH), DEUTSCH (GERMAN), NEDERLANDS (DUTCH) | ENGLISH | N/A |
| Software Versions | Displays current software versions. Not adjustable. | N/A | N/A | N/A |
| Generator S/N | Displays Generator serial number. Also found on rear device label. Not adjustable. | N/A | N/A | N/A |
| Time / Date | Displays Generator time and date. Adjustable by user. Not available in all versions of the Generator. | N/A | N/A | Standard Time and Date Increment |

## SECTION 7:    DIRECTIONS FOR USE

### 7.1.  READ INSTRUCTIONS FOR USE

Do not operate the Generator or BMC RF Device before thoroughly reading their respective Instructions for Use.  It is vital that the Instructions for Use for all the associated equipment is read, understood, and followed properly.

### 7.2. CONNECT GENERATOR POWER CORD

Connect the Generator Power Cord plug into a properly grounded AC electrical outlet.  To ensure proper grounding, the Power Cord plug must be installed in an AC electrical wall outlet designated "Hospital Grade" or "Hospital Only".  **Never use an outlet without a grounding connection.**

Position the Generator for easy viewing of its front panel displays.

### 7.3. CONNECT FOOTSWITCH (OPTIONAL)

If the footswitch is to be used with Generator, it must be connected to the Generator rear panel. Line up the four (4) pin footswitch connector with the footswitch connection. Rotate the connector until it slides and clicks into place. A light tug on the cable can confirm that the connector is properly seated.

To disconnect the footswitch from the Generator, grasp the connector housing and gently pull it straight out of the receptacle. The connector housing slides backwards to disengage the locking mechanism.

Never disconnect the footswitch by pulling on the cable cord.

### 7.4. CONNECT CONNECTOR CABLE

Verify the BMC Connector Cable model specified by the BMC RF Device Instructions for Use. Connect the four (4) pin connector to the Connector Cable Connection on the Generator front panel.  The connector on the Connector Cable that connects to the Generator is keyed. Gently line up the key while pushing in gently until the connector clicks firmly into the receptacle.

To disconnect the Connector Cable from the Generator, grasp the connector housing and gently pull it straight out of the receptacle. The connector housing slides backwards to disengage the locking mechanism.

Never disconnect the Connector Cable by pulling on the cable cord.

Do not twist the connector of the BMC Connector Cable while inserting or removing it from the Generator receptacle. Doing so may damage the pin connections.

Refer to the Connector Cable Instructions for Use for further details.

To connect the BMC RF Device to the BMC Connector Cable, please refer to the individual Instructions for Use of each BMC RF Device. Check for exposed metal between shaft and handle before use. Also check that there are no fit/connection issues between the Generator, BMC RF Device and BMC connector cable.

**Note:**    Position the Generator near the table where the procedure is to be performed.  The Generator may only be connected to recording systems providing patient electrical isolation in accordance with IEC 60601.

### 7.5. CONNECT THE DISPERSIVE (RETURN) ELECTRODE

**Only use dispersive electrodes that meet or exceed IEC 60601-2-2 requirements.**  Connect the dispersive (return) electrode (also referred to as a grounding pad) connector to the Return Electrode Connection found on the Generator front panel.  Line up the pins in the Generator receptacle with the sockets of the electrode connector and gently push the dispersive electrode connector until it sits firmly in place.  To unplug, grasp the dispersive electrode connector and gently pull it out from the receptacle.

Before use, it is important to check the dispersive electrode's sealed foil packaging for damage. Exposure to air, due to a damaged package, could cause the dispersive electrode to become dry and limit its capability to provide an appropriate return path for RF energy.  Be sure the pad is moist and sticky to the touch before placing it on the patient.  Do not attempt to relocate the patient dispersive electrode after its initial application. Electrode gel that is separate from and additional to any gel that is an integral part of the dispersive electrode is not required and should not be used.

The dispersive electrode should be placed on a well-vascularized, convex skin surface. Dispersive electrode placement on the thigh may be associated with higher impedance. Avoid scar tissue, bony prominence, adipose tissue, or any areas where fluid may pool. Shave, clean, and dry the application site as needed. Check for wrinkles or folds when applying the dispersive electrode, as they can inhibit adequate contact and decrease conductivity.

The Generator is equipped with a Return Electrode Fault Monitor that measures the impedance between the two conductors of the dispersive electrode. For a single foil electrode, the monitor will indicate a fault (the Return Electrode Fault Indicator will illuminate red) if either one or both of the conductors are faulty. For a dual foil electrode, the monitor will indicate a fault if the impedance between the conductors is greater than 150 ohms, which may indicate poor patient contact.

**WARNING**: Unless a compatible dual foil dispersive electrode is used **that meets or exceeds IEC 60601-2-2 requirements**, loss of safe contact between the dispersive electrode and the patient may not result in an auditory alarm.

When using a single foil dispersive electrode, a text string may appear at the bottom of the screen, indicating that monitoring for poor patient contact will not be available with this type of dispersive electrode. However, the user may still continue with the procedure.

## 7.6. TURN THE GENERATOR "ON"

Turn the Generator "ON" by pressing the rocker switch located on the Generator back panel to the "I" position. The Generator immediately performs a self-test of power generation, measurement, and control circuitry, as indicated by the progress bar on the display (POST state). If there are no errors, the Generator enters into the STANDBY state. If the self-test fails, a tone is sounded and the Generator enters into the FAULT state, where the red FAULT INDICATOR flashes and an error code is displayed.

If the FAULT state is entered (i.e. a system malfunction is detected during self-test), the Generator will not operate. To clear any malfunctions found during the self-test, the Generator power must be cycled (powered "OFF" and then back "ON") with the self-test repeated. If the Generator fails again, the Generator will not function properly and the error code should be recorded. Baylis Medical Company should be contacted for service. The Generator will NOT operate unless the power on self-tests have been successfully completed.

If the dispersive electrode is disconnected or a dual foil dispersive electrode is not adequately applied, the Return Electrode Fault Indicator will illuminate red.

## 7.7. SET CUT MODE

Set the desired CUT mode as recommended by the BMC RF Device Instructions for Use, by using the right soft keys to increment ▲ or decrement ▼ through the settings.

**Note**: The CUT ▲/▼ soft keys are inoperative during RF power delivery.

## 7.8. SET TIME

Set the desired duration (in seconds) for RF power delivery, as recommended by the BMC RF Device Instructions for Use, by using the left soft key to increase ▲ or decrease ▼ the setting.

**Note**: The TIME ▲/▼ soft keys are inoperative during RF power delivery.

## 7.9. CONFIRM GENERATOR SETTINGS AND STATE

Prior to delivering RF energy to the BMC RF Device, first check that all the connections have been made properly and that the TIME and CUT settings are correct. The Generator should be in READY state if all connections have been properly made. Confirm that all of the requirements specified in the individual accessories' Instructions for Use have been met. Only after all the above conditions are met should one proceed to deliver RF energy.

## 7.10. ACTIVATE RF ENERGY DELIVERY

RF energy delivery is activated when the RF ON/OFF BUTTON is pressed once or when the footswitch is pressed and held. Pressing the RF ON/OFF BUTTON again or releasing the footswitch before the timer elapses will terminate RF energy delivery. When RF power is delivered to the device, the Generator enters the ON state.

If interference with other equipment is suspected, reposition all cables being sure to keep Generator cables away from monitoring equipment cables.

## 7.11. DEACTIVATE RF POWER DELIVERY

RF energy delivery is terminated and the READY state is entered when either the timer elapses, when the RF ON/OFF BUTTON is pressed, or when the FOOTSWITCH is released during the ON state. The RF ON/OFF BUTTON will extinguish and the tone will no longer sound.

RF energy is also terminated with an ALERT or with an ERROR. If an ALERT terminated energy delivery, the alert message is displayed until the "Dismiss" soft key is pressed or until five (5) seconds has elapsed, depending on the version of the generator. The Generator enters READY state. If an ERROR terminated energy delivery, the error code is displayed, the FAULT Indicator flashes, and the Generator enters FAULT state. To attempt to exit the FAULT state, the Generator power must be cycled, after which the sequence of initializing steps must be performed again from Section 7.7.

**Note:**  If an ERROR is encountered repeatedly, the Generator is not functioning properly and needs servicing; Contact Baylis Medical Company.

## 7.12. RE-APPLY RF POWER

To re-apply RF energy, repeat Steps 7.7 through 7.11. Confirm that the dispersive electrode is properly applied and connected before adjusting to a higher CUT setting.

## 7.13. PROCEDURE COMPLETE

When the Generator is no longer required, turn the Generator "OFF" by pressing the rocker switch located on the Generator back panel to the "O" position.

The BMC RF Device should be disconnected from the BMC connector cable. The BMC connector cable and return electrode should be disconnected from the generator front panel. The BMC RF Device, BMC connector cable and return electrode should be disposed of or stored as indicated in their instructions for use or according to the procedures for the institution.

If other connectors were used (e.g. footswitch, USB, etc), they should be disconnected as necessary to ensure safe storage of the Generator and accessories.

## SECTION 8:    SERVICE AND MAINTENANCE

The Generator requires no routine service or maintenance. Preventative maintenance can be performed annually such as cleaning and fuse replacement. If the Generator fails to operate when plugged into a proper AC power receptacle and the AC Mains Switch is turned "ON", a fuse may have blown.  Replace the fuse as described below or contact Baylis Medical Company for assistance.  The Generator contains no user-serviceable parts.  Disassembly and attempted repair by unqualified personnel may create a hazardous condition and will void the warranty. Annual preventative maintenance may include a test for electrical safety, check that the Dispersive Electrode Fault Indicator illuminates in the absence of a connection, and verification that the rear fan is operational.

**WARNING:** DO NOT remove the cover of the Generator.  Removing the cover may result in personnel injury and/or damage to the Generator.

## 8.1. CLEANING

The outer surface of the Generator may be cleaned with a mild soapy solution. DO NOT immerse the Generator or its accessories in any liquid. Avoid caustic, abrasive or flammable cleaners and disinfectants. If disinfecting is required, 70% isopropyl alcohol or 5% solution of household bleach may be used to clean the outer surfaces. The Generator cannot be sterilized. Any flammable solvents used to wipe the Generator should be allowed to thoroughly dry before turning the Generator "ON".

If the automatic dimming function of the display does not seem to be working, the ambient light sensor may be obstructed or dirty.

## 8.2. FUSE REPLACEMENT

1. Unplug the Power Cord from the Generator.
2. Use a precision slot screwdriver to remove the fuse drawer
3. Remove BOTH fuses from the fuse drawer and discard them.
4. Select TWO new fuses according to the following specifications:
   *5.0A/250V, Low breaking capacity, Slow Blow (or Time Lag), IEC markings*
5. Ensure the integrity of the new fuses by inspecting for physical damage that could affect the function of the fuse. Replace if either or both look damaged.
6. Place the new fuses in the fuse drawer.
7. Return the fuse drawer back into the Generator in any orientation.

**WARNING**: Using different rated fuses than specified can result in permanent damage to the Generator!

## 8.3. DISPOSAL

For disposal of the Generator at the end of its service life, please contact Baylis Medical.

## SECTION 9:    SECTION 9: SPECIFICATIONS

## 9.1. TECHNICAL SPECIFICATIONS

| | |
|---|---|
| Model number: | RFP-100A |
| Description: | Class I, Defibrillation proof Type CF Equipment |
| Generator: | |
| RF Energy: | 468 kHz, Sinusoidal |
| | Maximum output power of 50 Watts* |
| | Maximum output current of 1.27 A * |
| | Maximum output voltage of 565.77 V * |
| | *Into resistive load range of 100-6000 ohms |
| | 300 ohm is the rated "nominal" load |
| Duty Cycle: | Durations from 15 – 1000 ms ± 5 ms (Device dependant) |
| | Repetition frequency of 1 Hz ± 5%. Rest period of 3s is recommended between RF energy applications at 1000ms duty cycle. |

| Measurement Accuracy: | Impedance Range | Accuracy |
|---|---|---|
| | 100 – 1000 ohm: | ± 10% |
| (Power and Impedance) | 1000 – 3200 ohm: | ± 15% |
| | 3200 – 6000 ohm: | ± 20% |

| | |
|---|---|
| Count-up Timer: | Settable from 0.4-10 seconds (Device and CUT setting dependent) |
| | Display resolution: 1 second |
| | Accuracy: 0.1 second |
| Dimensions: | Width: 11.25 inches (28.5 cm) |
| | Length: 15.6 inches (39.6 cm) |
| | Height: 7 inches (17.8 cm) |
| Weight: | 20 lb. (9.1 kg) |
| General: | |

| | |
|---|---|
| Input Voltage: | 100-240 V~ |
| Current Rating: | 5.0A, 50-60 Hz |
| Fuse Rating: | 5.0A/250V, IEC, Slow Blow (Time Lag) |
| Power Cord Length: | 10 feet |
| Connector Cable Connection: | Keyed Quick Connect female 4 pin |
| Return Electrode Connection: | Standard male 2-pin for commercial pads |
| Recommended Dispersive Electrode: | Any commercially available return (dispersive) electrode that meets or exceeds IEC 60601-2-2 |
| Footswitch Connection: | Metal Keyed Quick Connect 4pin |
| RJ45 Cable Connector: | Standard RJ45 female Port Connector |
| Side USB Port: | Bulkhead mounting USB-A Connector |
| Rear USB Port: | Bulkhead mounting USB-B Connector |
| Line-In Connection: | Bulkhead BNC Connector |

Environmental:

Storage:

- Temperature: -20°C to 50°C. The unit should be gradually returned to the operating temperature range before use and stabilized for one hour before operation
- Relative Humidity: ≤90%, non-condensing
- Atmospheric Pressure: 500 to 1060 millibar

Operating:

- Temperature: 15°C to 40°C
- Relative Humidity: 15% to 90%, non-condensing
- Atmospheric Pressure: 700 to 1060 millibar

Leakage Current Measurements (No Fault Condition):

| | |
|---|---|
| Device Source Current | < 10 uA |
| Dispersive Electrode Source Current | < 10 uA |
| Device Sink Current | < 10 uA |
| Dispersive Electrode Sink Current | < 10 uA |
| Enclosure Leakage (Ground Open, Power Normal) | < 300 uA |
| Enclosure Leakage (Ground Open, Power Reversed) | < 300 uA |

Dielectric Withstand (Hi-Pot) Test:

| | |
|---|---|
| Mains to Chassis (1500VAC, 1min) | PASS |
| Mains to Applied Parts (4,000 VAC, 1min) | PASS |

## 9.2. GENERATOR MODE SETTINGS

The CUT and TIME settings that are available to the operator are dependent on the Generator mode. The Generator mode is automatically selected when a BMC RF Device and its specified Connector Cable is connected to the Generator.
The table below provides the output parameters for each CUT and TIME setting available in each Generator mode.

- Mode 10 applications include the Nykanen Radiofrequency Wire and the *PowerWire* Radiofrequency Guidewire.
- Mode 12 applications include the *NRG* Transseptal Needle and the *VersaCross* Radiofrequency Wire

*Table 9.2-1- CUT and TIME settings for each Generator Mode*

| Mode # | CUT setting | Max Output Voltage ($V_{rms}$) | Pulse Duty Cycle (%) | Pulse Frequency (Hz) | max TIME (s) |
|--------|-------------|-------------------------------|----------------------|---------------------|--------------|
| 10 | Constant | 300 | 100 | 1 | 3 |
|    | Pulse | 400 | 30 | 1 | 10 |
| 12 | Constant | 270 | 100 | 1 | 3 |
|    | Pulse | 270 | 30 | 1 | 10 |
| 14 | STX Low | 300 | 1.5 | 1 | 10 |
|    | STX High | 350 | 1.5 | 1 | 10 |

OUTPUT ENERGY FIGURES



*Figure 9-1 Maximum Power Output for Mode 10 Constant*

© 2012-2023 Baylis Medical Company Inc.       24 of 36        DMR RFP-100A 3.3 V-23_EN



*Figure 9-2 Maximum Power Output for Mode 10 Pulse*



*Figure 9-3 Maximum Power Output for Mode 12 Constant*



*Figure 9-4 Maximum Power Output for Mode 12 Pulse*

### 9.3.  ALERT CODES

| \multicolumn{3}{c}{Summary of Alert Codes, Displayed Text, and Description} | | |
|---|---|---|
| **Alert Code** | **Displayed Text** | **Description** |
| A005 | High Impedance Detected. Check device and all cable connections | Greater than 6000 ohm measured during RF energy delivery. May indicate poor connection between Device and connector cable or poor patient contact with dispersive electrode. |
| A006 | Low Impedance Detected | Less than 100 ohm measured during RF energy delivery. Device may be in contact with a metal object. |
| A007 | Check ground pad contact with patient. Replace grounding pad if necessary. | Impedance between the conductors of a dual foil dispersive electrode is greater than 150 ohm. This may indicate poor patient contact. |
| A008 | Check ground pad contact with patient. Replace grounding pad if necessary. | Impedance between the conductors of a dual foil dispersive electrode is greater than 150 ohm. This may indicate poor patient contact. |
| A009 | Check ground pad contact with patient. Replace grounding pad if necessary. | Impedance between the conductors of a dual foil dispersive electrode is greater than 150 ohm. This may indicate poor patient contact. |
| A010 | Check all ground pad connections and ground pad contact with patient. | Open circuit between conductors of dispersive electrode connection. May indicate faulty dispersive electrode or poorly connected dispersive electrode. |
| A011 | Device ID has changed. | Error with connector cable may have altered Device specific settings. The connector cable should be checked for any problems. |
| A012 | Invalid device detected. Record alert code and contact Baylis Clinical Support. | Invalid or broken connector cable or device connected to the Generator. Replace connector cable and device. |
| A013 | Unsupported device detected. Record alert code and contact Baylis Clinical Support. | Device does not have supported output parameters. Replace connector cable and device. |
| A014 | Device connection lost. | Connector cable was disconnected or failed during RF energy delivery or authentication |
| A015 | Invalid device detected. Record alert code and contact Baylis Clinical Support. | Invalid connector cable or device connected to the Generator. Replace connector cable and device. If Alert persists, contact Baylis Medical. |
| A017 | The connected device conflicts with the current channel configuration. | Device parameters have been corrupted. Contact Baylis Clinical Support. |
| A018 | Device not connected | Either connector cable is not functioning or not connected when attempting to deliver RF energy. Check connector cable connection, replace connector cable if necessary. |
| A019 | Metal contact was detected. Reposition the device. | Metal contact detection feature has terminated RF energy delivery due to device proximity to metal. Reposition device before attempting to deliver RF energy. |
| A020 | The treatment time limit has been exceeded. | RF delivery longer than Time setting. If persists, contact Baylis Clinical Support. |
| A021 | The device is not ready for treatment. | RF ON/OFF button has been damaged or is stuck. If persists, contact Baylis Clinical Support. |

© 2012-2023 Baylis Medical Company Inc.             DMR RFP-100A 3.3 V-23_EN

| Summary of Alert Codes, Displayed Text, and Description | | |
|---|---|---|
| **Alert Code** | **Displayed Text** | **Description** |
| A022 | The device is not ready for treatment. | Footswitch has been damaged or is stuck. Disconnect footswitch and deliver RF using RF ON/OFF button. Contact Baylis Clinical Support. |
| A023 | Treatment was terminated early. | RF delivery shorter than Time setting. If persists, contact Baylis Clinical Support. |
| A024 | Settings have changed according to device limits. | Time and Cut setting in Standby state were either out of range for a given Device or the Time setting was out of range for the desired Cut mode. Settings are automatically adjusted to maximum valid setting. |
| A025 | Settings have changed according to device limits. | Time and Cut setting in Standby state were either out of range for a given Device or the Time setting was out of range for the desired Cut mode. Settings are automatically adjusted to maximum valid setting. |
| A026 | Record Alert Code and contact Baylis Clinical Support. | Generator Setup settings have been lost. Settings have been reset to factory defaults. |
| A027 | An unknown failure occurred while exporting treatment data. | Export of treatment data failed. Check USB flash disk connection.  If persists, contact Baylis Clinical Support. |
| A028 | Not enough space free to export treatment data. | USB flash disk is full. Free up space before attempting to obtain treatment logs. |
| A029 | Invalid device detected. Record alert code and contact Baylis Clinical Support. | Invalid connector cable or device connected to the Generator. Replace connector cable and device. |
| A030 | Record Alert Code and contact Baylis Clinical Support. | Handswitch Fault |
| A031 | Check connections between the cable and device. Reposition device, cable and grounding pad cable. | Patient Circuit Issue. Check and re-connect connections between Generator, cable and device. Ensure that the device cable and grounding pad cable are not crossing and are securely connected. If persists, contact Baylis Clinical Support. |

### 9.4. IEC ELECTRICAL SAFETY AND EMC SPECIFICATIONS

*Table 9.4-1 IEC Electrical Safety Specifications*

| Device Description | |
|---|---|
| Class I, Defibrillation proof Type CF Equipment, IPX0, not AP/APG | |
| **Mode of Operation:** Constant (Continuous) | |
| **Electrical Isolation** | • Leakage current conforms to IEC 60601-1<br>• Dielectric withstanding voltage conforms to IEC 60601-1 |
| **EMC Emissions and Susceptibility:** The BMC Radiofrequency Puncture Generator has been tested and found to comply with the limits for medical devices to the IEC 60601-1-2. These limits are designed to provide reasonable protection against harmful interference in a typical medical installation. This Generator generates, uses, and can radiate radiofrequency energy and, if not installed and used in accordance with the instruction given below, may cause harmful interference to other devices in the vicinity. However, there is no guarantee that interference will not occur in a particular installation. | |

*Table 9.4-2 IEC EMC Specifications (Emissions)*

| Guidance and Manufacturer's Declaration – Electromagnetic Emissions | | |
|---|---|---|
| The BMC Radiofrequency Puncture Generator is intended for use in the electromagnetic environment specified below. The customer or the user of the BMC Radiofrequency Puncture Generator should assure that it is used in such an environment. | | |
| **Emissions Test** | **Compliance** | **Electromagnetic Environment – Guidance** |
| RF emissions<br><br>CISPR 11 | Group 2 | The BMC Radiofrequency Puncture Generator must emit electromagnetic energy in order to perform its intended function. Nearby electronic equipment may be affected. |
| RF emissions<br><br>CISPR 11 | Class A | The BMC Radiofrequency Puncture Generator is suitable for use in all establishments other than domestic and those directly connected to the public low-voltage power supply network that supplies buildings used for domestic purposes. |
| Harmonic emissions<br><br>IEC 61000-3-2 | Class A | |
| Voltage fluctuations/<br>flicker emissions<br><br>IEC 61000-3-3 | Complies | |

*Table 9.4-3* IEC EMC Specifications (Immunity)

| Guidance and Manufacturer's Declaration – Electromagnetic Immunity | | | |
|---|---|---|---|
| The BMC Radiofrequency Puncture Generator is intended for use in the electromagnetic environment specified below. The customer or the user of the BMC Radiofrequency Puncture Generator should assure that it is used in such an environment. | | | |
| **Immunity test** | **IEC 60601 test level** | **Compliance level** | **Electromagnetic environment - guidance** |
| Electrostatic discharge (ESD)  IEC 61000-4-2 | ±8 kV contact  ±15 kV air | ±8 kV contact  ±15 kV air | Floors should be wood, concrete or ceramic tile. If floors are covered with synthetic material, the relative humidity should be at least 30%. |
| Electrical fast transient/burst  IEC 61000-4-4 | ±2 kV for power supply lines  ±1 kV for input/output lines | ±2 kV for power supply lines  ±1 kV for input/output lines | Mains power quality should be that of a typical commercial or hospital environment. |
| Surge  IEC 61000-4-5 | ±1 kV differential mode  ±2 kV common mode | ±1 kV differential mode  ±2 kV common mode | Mains power quality should be that of a typical commercial or hospital environment. |
| Voltage dips, short interruptions and voltage variations on power supply input lines  IEC 61000-4-11 | 0 % UT for 0.5 cycle @ 0°, 45°, 90°, 135°, 180°, 225°, 270° and 315°  0 % UT for 1 cycle and 70% UT for 25/30 cycles @ 0°  0 % UT for 250/300 cycles @ 0° and 180° | 0 % UT for 0.5 cycle @ 0°, 45°, 90°, 135°, 180°, 225°, 270° and 315°  0 % UT for 1 cycle and 70% UT for 25/30 cycles @ 0°  0 % UT for 250/300 cycles | Mains power quality should be that of a typical commercial or hospital environment. If the user of the BMC Radiofrequency Puncture Generator requires continued operation during power mains interruptions, it is recommended that the BMC Radiofrequency Puncture Generator be powered from an uninterruptible power supply or battery. |
| Power frequency (50/60 Hz) magnetic field  IEC 61000-4-8 | 30 A/m | 30 A/m | Power frequency magnetic fields should be at levels characteristic of typical location in a typical commercial or hospital environment. |
| **NOTE** *UT*  is the a.c. mains voltage prior to application of the test level. | | | |

| **Guidance and Manufacturer's Declaration – Electromagnetic Immunity (continued)** | | | |
|---|---|---|---|
| The BMC Radiofrequency Puncture Generator is intended for use in the electromagnetic environment specified below. The customer or the user of the BMC Radiofrequency Puncture Generator should assure that it is used in such an environment. | | | |
| **Immunity test** | **IEC 60601 test level** | **Compliance level** | **Electromagnetic environment - guidance** |
| Conducted RF IEC 61000-4-6 | 3 Vrms 150 kHz to 80 MHz | 3 Vrms | Portable and mobile RF communications equipment should be used no closer to any part of the BMC Radiofrequency Puncture Generator including cables, than the recommended separation distance calculated from the equation applicable to the frequency of the transmitter.<br><br>**Recommended separation distance:**<br><br>$d = [1.17]\sqrt{P}$ 80 MHz to 800 MHz |
| Radiated RF IEC 61000-4-3 | 3 V/m 80 MHz to 2.5 GHz | 3 V/m | $d = [2.33]\sqrt{P}$ 800 MHz to 2.5 GHz<br><br>where $P$ is the maximum output power rating of the transmitter in watts (W) according to the transmitter manufacturer and $d$ is the recommended separation distance in meters (m).<br><br>Field strengths from fixed RF transmitters, as determined by an electromagnetic site survey,[a] should be less than the compliance level in each frequency range[b]<br><br>Interference may occur in the vicinity of equipment marked with the following symbol: |

NOTE 1 At 80 MHz and 800 MHz, the higher frequency range applies.

NOTE 2 These guidelines may not apply in all situations. Electromagnetic propagation is affected by absorption and reflection from structures, objects and people.

[a] Field strengths from fixed transmitters, such as base stations for radio (cellular/cordless) telephones and land mobile radios, amateur radio, AM and FM radio broadcast and TV broadcast cannot be predicted theoretically with accuracy. To assess the electromagnetic environment due to fixed RF transmitters, an electromagnetic site survey should be considered. If the measured field strength in the location in which the BMC Radiofrequency Puncture Generator or any of its components are used exceeds the applicable RF compliance level above, the BMC Radiofrequency Puncture Generator should be observed to verify normal operation. If abnormal performance is observed, additional measures may be necessary, such as reorienting or relocating components or the entire BMC Radiofrequency Puncture Generator.

[b] Over the frequency range 150 kHz to 80 MHz, field strengths should be less than 3 V/m.

*Table 9.4-4 IEC Recommended Separation of RF Communication Equipment*

| Recommended separation distances between portable and mobile RF communications equipment and the BMC Radiofrequency Puncture Generator | | | |
|---|---|---|---|
| The BMC Radiofrequency Puncture Generator is intended for use in an electromagnetic environment in which radiated RF disturbances are controlled. The customer or the user of the BMC Radiofrequency Puncture Generator can help prevent electromagnetic interference by maintaining a minimum distance between portable and mobile RF communications equipment (transmitters) and BMC Radiofrequency Puncture Generator as recommended below, according to the maximum output power of the communications equipment. | | | |
| **Rated maximum output power of transmitter W** | **Separation distance according to frequency of transmitter (m)** | | |
| | **150 kHz to 80 MHz** $d = [\dfrac{3.5}{V_1}]\sqrt{P}$ | **80 MHz to 800 MHz** $d = [\dfrac{3.5}{E_1}]\sqrt{P}$ | **800 MHz to 2.5 GHz** $d = [\dfrac{7}{E_1}]\sqrt{P}$ |
| 0.01 | 0.12 | 0.12 | 0.23 |
| 0.1 | 0.37 | 0.37 | 0.74 |
| 1 | 1.17 | 1.17 | 2.33 |
| 10 | 3.69 | 3.69 | 7.38 |
| 50 | 8.25 | 8.25 | 16.50 |
| For transmitters rated at a maximum output power not listed above, the recommended separation distance d in meters (m) can be determined using the equation applicable to the frequency of the transmitter, where P is the maximum output power rating of the transmitter in watts (W) according to the transmitter manufacturer.<br><br>**NOTE 1** At 80 MHz and 800 MHz, the separation distance for the higher frequency range applies.<br><br>**NOTE 2** These guidelines may not apply in all situations. Electromagnetic propagation is affected by absorption and reflection from structures, objects and people. | | | |

**9.5.  LABELING AND SYMBOLS**

| FRONT PANEL | |
|---|---|
| Defibrillator-proof, Patient Isolated connections | |
| Dispersive (Return) Electrode connection; High Frequency Isolated Patient Circuit | |
| Connector Cable connection | |
| RF Output OFF | |
| RF Output ON | |
| AC Mains Power | |
| USB-A Port | |
| Set Time | TIME |
| Cut mode | CUT |
| Up | |
| Down | |

| REAR PANEL | |
|---|---|
| Power OFF | |
| Power ON | |
| Alternating Current | |
| Caution | |
| Dangerous Voltage | |
| Equipotentiality and Earth Ground | |
| Fuses | |

| | |
|---|---|
| Footswitch connection | |
| Line in connection | |
| Ethernet Port | |
| USB-B Port | |
| Non-Ionizing Radiation | |
| Explosion Hazard. Do not use in the presence of flammable anesthetics. | |
| Manufacturer | |
| EU Authorized Representative | EC REP |
| **Caution:** Federal (U.S.A.) law restricts this device to sale by or on the order of a physician. | Rx ONLY |
| Follow Instructions for Use | |
| Storage Conditions | |
| Temperature Limit | 50ºC / -20ºC |
| Humidity Limitation | 90% |
| Atmospheric Pressure Limitation | 1060 mb / 500 mb |
| Catalogue (Model) Number | REF |
| Serial Number, expressed as: YYMMDD-XXX, where "YYMMDD" is the lot manufacture date, and "XXX" is the unique identifier within the lot | SN |
| **Only for EU member states:** Use of this symbol indicates that the product must be disposed of in a way that complies with local and national regulations. For questions regarding recycling of this device please contact your distributor. | |

**SECTION 10:    LIMITED WARRANTIES AND DISCLAIMER**

**LIMITED WARRANTY – RF Generators ("Product")**

Baylis Medical Company Inc. ("BMC", "Baylis", "Baylis Medical" "Baylis Medical Company" or "Seller") warrants the RF Generator and footswitch against defects in materials and workmanship to the registered owner at the time of purchase. All components of the RF Generator and Foot Switch are covered by the warranty as described below, except the connector cables, catheters, guide-wires, and accessories, which are covered in their own manuals and have their own warranties. Under this Limited Warranty, if any covered Product is proved to be defective in materials or workmanship, BMC will replace or repair, in its absolute and sole discretion, any such product, less any charges to BMC for transportation and labor costs incidental to inspection, removal or restocking of the Product. The length of the warranty is:  (i) for the RF Generator, 1 year from shipment date, and (ii) for the Foot Switch, 90 days from shipment date.

This Limited Warranty applies only to new, original factory delivered Products that have been used for their normal and intended uses.  BMC's Limited Warranty shall not apply to BMC Products which have been resterilized, repaired, altered, or modified in any way and shall not apply to BMC products which have been improperly stored or improperly installed, operated or maintained contrary to BMC's instructions. This warranty does not apply to any unit which has been subject to misuse, neglect, improper installation or that which has been altered, adjusted or tampered with by any person other than Baylis Medical authorized personnel.  This Limited Warranty does not apply and will be null and void in whole and in part, if the RF Generator is used in conjunction or with any unauthorized products, items, consumables, disposables, equipment or parts.

If upon examination by authorized service personnel, it is determined that the malfunction is due to misuse or abuse, warranty provisions will not apply. An estimate of the cost of repair work will be given to the customer prior to servicing and repairing the unit.

The customer is responsible for returning the defective Product to Baylis Medical at 5959 Trans-Canada, Montreal, Quebec, H4T 1A1 or to a specified address if different at his or her own expense. The customer shall obtain a return authorization number before shipping the unit back. Baylis Medical at its sole discretion can repair the unit or ship a new one. The units are to be shipped freight pre-paid for both the warranty period and out of warranty.

If, upon examination, it is determined that the fault had been caused by misuse or abnormal conditions of operation, the repairs will be billed to the customer as out-of-warranty repairs.

Instruments repaired under Baylis Medical standard repair program will be issued a thirty-day warranty against defects in both materials and workmanship, provided the original warranty period has passed. Instruments submitted due to defects in materials and workmanship during the thirty-day warranty period will be repaired at no charge to the customer.

**DISCLAIMER AND LIMITATION OF LIABILITY**
**THE LIMITED WARRANTY SET FORTH HEREIN IS EXCLUSIVE AND IN LIEU OF ALL OTHER WARRANTIES, REMEDIES, OBLIGATIONS AND LIABILITIES OF BAYLIS MEDICAL, EXPRESSED OR IMPLIED, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR USE OR PURPOSE. ANY WARRANTY OTHER THAN SET FORTH HEREIN IS EXPRESSLY DISCLAIMED.**

**THE REMEDY SET FORTH HEREIN SHALL BE THE EXCLUSIVE REMEDY FOR ANY WARRANTY CLAIM, AND ADDITIONAL DAMAGES, INCLUDING CONSEQUENTIAL DAMAGES OR DAMAGES FOR BUSINESS INTERRUPTION OR LOSS OF PROFIT, REVENUE, MATERIALS, ANTICIPATED SAVINGS, DATA, CONTRACT, GOODWILL OR THE LIKE (WHETHER DIRECT OR INDIRECT IN NATURE) OR FOR ANY OTHER FORM OF INCIDENTAL, OR INDIRECT DAMAGES OF ANY KIND, SHALL NOT BE AVAILABLE. THESE PRODUCTS ARE BEING SOLD ONLY FOR THE PURPOSE DESCRIBED HEREIN, AND SUCH WARRANTY ONLY RUNS TO THE PURCHASER.**

**IN NO EVENT SHALL BAYLIS MEDICAL BE LIABLE FOR ANY BREACH OF WARRANTY IN ANY AMOUNT EXCEEDING THE PURCHASE PRICE OF THE PRODUCT. SELLER'S MAXIMUM CUMULATIVE LIABILITY RELATIVE TO ALL OTHER CLAIMS AND LIABILITIES, INCLUDING OBLIGATIONS UNDER ANY INDEMNITY, WHETHER OR NOT INSURED, WILL NOT EXCEED THE COST OF THE PRODUCT(S) GIVING RISE TO THE CLAIM OR LIABILITY. SELLER DISCLAIMS ALL LIABILITY RELATIVE TO GRATUITOUS INFORMATION OR ASSISTANCE PROVIDED BY, BUT NOT REQUIRED OF SELLER HEREUNDER. ANY ACTION AGAINST SELLER MUST BE BROUGHT WITHIN EIGHTEEN (18) MONTHS AFTER THE CAUSE OF ACTION ACCRUES. THESE DISCLAIMERS AND LIMITATIONS OF LIABILITY WILL APPLY REGARDLESS OF ANY OTHER CONTRARY PROVISION HEREOF AND REGARDLESS OF THE FORM OF ACTION, WHETHER IN CONTRACT, TORT (INCLUDING NEGLIGENCE AND STRICT LIABILITY) OR OTHERWISE, AND FURTHER WILL EXTEND TO THE BENEFIT OF SELLER'S VENDORS, APPOINTED DISTRIBUTORS AND OTHER AUTHORIZED RESELLERS AS THIRD-PARTY BENEFICIARIES. EACH PROVISION HEREOF WHICH PROVIDES FOR A LIMITATION OF LIABILITY, DISCLAIMER OF WARRANTY OR CONDITION OR EXCLUSION OF DAMAGES IS SEVERABLE AND INDEPENDENT OF ANY OTHER PROVISION AND IS TO BE ENFORCED AS SUCH.**

**IN ANY CLAIM OR LAWSUIT FOR DAMAGES ARISING FROM ALLEGED BREACH OF WARRANTY, BREACH OF CONTRACT, NEGLIGENCE, PRODUCT LIABILITY OR ANY OTHER LEGAL OR EQUITABLE THEORY, THE BUYER SPECIFICALLY AGREES THAT BMC SHALL NOT BE LIABLE FOR DAMAGES OR FOR LOSS OF PROFITS, WHETHER FROM BUYER OR BUYER'S CUSTOMERS. BMC'S LIABILITY SHALL BE LIMITED TO THE PURCHASE COST TO BUYER OF THE SPECIFIED GOODS SOLD BY BMC TO BUYER WHICH GIVE RISE TO THE CLAIM FOR LIABILITY.**

**Buyer covenants not to use the RF Generator in conjunction with any unauthorized products, items, consumables, disposables, equipment or parts.**

**Buyer specifically agrees that Baylis Medical shall not be liable for damages, personal injury or death if the RF Generator is used in conjunction or with any unauthorized products, items, consumables, disposables, equipment or parts.**

**Buyer specifically agrees that Baylis Medical shall not be held to any indemnification of the Buyer for claims resulting in damages, personal injury or death if the RF Generator is used in conjunction or with any unauthorized products, items, consumables, disposables, equipment or parts.**

**Buyer will not resell or redistribute Products to entities or persons, except with Baylis Medical's prior written consent.**

No agent, employee or representative of Baylis Medical has the authority to bind the Company to any other warranty, affirmation or representation concerning the product.

This warranty is valid only to the original purchaser of Baylis Medical products which are directly purchased directly from a Baylis Medical authorized agent. The original purchaser cannot transfer the warranty.

The warranty periods for Baylis Medical products are as follows:

| | |
|---|---|
| RF Generator<br>Baylis #: RFP-100A | 1 year from the shipment date |
| Foot Switch<br>Baylis #: RFA-FS | 90 days from the shipment date |

© 2012-2023 Baylis Medical Company Inc.        36 of 36        DMR RFP-100A 3.3 V-23_EN

# EXHIBIT 20

**Baylis** MEDICAL

www.baylismedical.com

## Instructions for Use
## VersaCross™ RF Wire

[English ...................................................................................1]
[Francais ...................................................................................3]
[Deutsch...................................................................................5]
[Nederlands...................................................................................7]
[Italiano...................................................................................9]
[Español ...................................................................................11]
[Português...................................................................................13]
[Czech...................................................................................15]
[Danish ...................................................................................17]
[Finnish ...................................................................................19]
[Norwegian ...................................................................................21]
[Swedish ...................................................................................23]
[Slovenčina ...................................................................................25]
[Română ...................................................................................28]
[Hrvatski ...................................................................................30]
[Magyar...................................................................................32]
[Türkçe ...................................................................................34]
[Ελληνικά ...................................................................................36]
[Русский...................................................................................39]



CE 1639



Baylis Medical Company Inc.
5959 Trans-Canada Highway
Montreal, Quebec, Canada, H4T 1A1
Tel: (514) 488-9801/ (800) 850-9801
Fax: (514) 488-7209
www.baylismedical.com

**EU Authorized Representative:**
Quality First International OÜ
Laki 30, 12915 Tallinn
Estonia
Telephone: +372 610 41 96
Email: enquiries@qualityfirstint.ee


EC REP

© Copyright Baylis Medical Company Inc., 2008-2023
Baylis Medical and the Baylis Medical logo are trademarks of Baylis Medical Technologies Inc.

---

**English**

Carefully read all instructions prior to use. Observe all contraindications, warnings and precautions noted in these instructions. Failure to do so may result in patient complications.

**Caution**: Federal (U.S.A.) law restricts this device to sale by or on the order of a physician.

Baylis Medical Company relies on the physician to determine, assess and communicate to each individual patient all foreseeable risks of the procedure.

### I. DEVICE DESCRIPTION
The VersaCross™ RF Wire is packaged with a single-use VersaCross RF Wire and a Baylis single-use Connector Cable (Connector Cable) The VersaCross RF Wire must be used with an approved Baylis RFP-100A Radiofrequency Puncture Generator (Baylis RF Generator) and the Connector Cable.

The VersaCross RF Wire delivers radiofrequency (RF) power in a monopolar mode between its distal electrode and a commercially available external Disposable Indifferent (Dispersive) Patch (DIP) Electrode, which is in compliance with current IEC 60601-2-2 requirements. The Connector Cable connects the Baylis RF Generator to the VersaCross RF Wire. This Connector Cable enables RF power to be delivered from the Baylis RF Generator to the VersaCross RF Wire. Detailed information concerning the Baylis RF Generator is contained in a separate manual that accompanies the equipment (entitled "Baylis Medical Company Radiofrequency Puncture Generator Instructions for Use").

The dimensions of the VersaCross RF Wire and the Connector Cable can be found on the device labels. The insulation on the body of the VersaCross RF Wire facilitates smooth advancement of the device and provides electrical insulation. The floppy distal portion of the VersaCross RF Wire has a curve and the active tip is rounded to be atraumatic to cardiac tissue unless RF energy is applied. A radiopaque and echogenic marker coil is positioned on the distal section for visualization during manipulation. The main body of the VersaCross RF Wire provides a stiff rail for advancing ancillary devices into the left atrium following the creation of an atrial septal defect. The VersaCross RF Wire features visible markers along its length to assist with aligning the wire tip in a compatible transseptal sheath and/or dilator assembly (e.g., the VersaCross Transseptal Sheath kit). The proximal end of the VersaCross RF Wire is bare metal to connect only with the provided Connector Cable and not with electrocautery or electrosurgery devices . The other end of the Connector Cable connects to the Baylis RF Generator.

### II. INDICATIONS FOR USE
The VersaCross RF Wire is indicated for creation of an atrial septal defect in the heart.

### III. CONTRAINDICATIONS
The VersaCross RF Wire is not recommended for use with any conditions that do not require the creation of an atrial septal defect. The Connector Cable is not recommended for use with any other Baylis RF Generator or any other device.

**In the EU:** The VersaCross RF Wire is not intended for use with neonatal patients that are less than one month of age.

### IV. WARNINGS
- Only physicians with a thorough understanding of angiography and percutaneous interventional procedures should use this device. It is recommended that physicians avail themselves of pre-clinical training, a review of pertinent literature and other appropriate education before attempting new interventional procedures.
- The VersaCross RF Wire and Connector Cable are supplied STERILE using an ethylene oxide process. Do not use if the package is damaged.
- Laboratory staff and patients can undergo significant x-ray exposure during RF puncture procedures due to the continuous usage of fluoroscopic imaging. This exposure can result in acute radiation injury as well as increased risk for somatic and genetic effects. Therefore, adequate measures must be taken to minimize this exposure.
- The VersaCross RF Wire and Connector Cable are intended for single patient use only. Do not attempt to sterilize and reuse either devices. Reuse can cause patient injury and/or the communication of infectious disease(s) from one patient to another. Reuse may result in patient complications.
- The VersaCross RF Wire must be used with the Connector Cable provided. Attempts to use it with other connector cables can result in electrocution of the patient and/or operator.
- Do not use the VersaCross RF Wire with electrocautery or electrosurgery generators, connector cables or accessories as attempted use can result in patient and/or operator injury.
- The Connector Cable must only be used with the RFP-100A Baylis RF Generator and the included VersaCross RF Wire. Attempts to use it with other RF Generators and devices can result in electrocution of the patient and/or operator.
- The VersaCross RF Wire must be used with 0.035" compatible transseptal sheath and/or dilator devices. Use of incompatible accessory devices may damage the integrity of the VersaCross RF Wire or accessory devices and may cause patient injury.
- The VersaCross RF Wire has only been validated for transseptal puncture use through VersaCross dilators which have been demonstrated to provide the required support for optimal function.
- The active tip and distal curve of the VersaCross RF Wire are fragile. Be careful not to damage the tip or the distal curve while handling the VersaCross RF Wire. If the tip or the distal curve becomes damaged at any time during its use, discard the VersaCross RF Wire immediately. Do not attempt to straighten the active tip if bent. Damage to device can lead to patient injury.
- The VersaCross RF Wire is not intended for use with neonatal patients (i.e. less than one month of age). Do not attempt to treat neonatal patients with the VersaCross RF Wire.
- Do not attempt to insert or retract the VersaCross RF wire through a metal cannula or a percutaneous needle, which may damage the device and may cause patient injury.

### V. PRECAUTIONS
- Do not attempt to use the VersaCross RF Wire and the Connector Cable before thoroughly reading the accompanying Instructions for Use.
- RF puncture procedures should be performed only by physicians thoroughly trained in the techniques of RF-powered puncture in a fully equipped catheterization laboratory.
- The sterile packaging should be visually inspected prior to use. Do not use the devices if the packaging has been damaged or compromised.
- Visually inspect the VersaCross RF Wire and Connector Cable prior to use to ensure there are no cracks or damage to the insulating material. Do not use the wire or the cable if there is any damage.
- Do not use the VersaCross RF Wire and/or Connector Cable after the use-by date indicated on the label.
- The VersaCross RF Wire and Connector Cable are intended for use with only those devices listed in Section VIII, Equipment Required.
- Read and follow the manufacturer's Instructions For Use for the DIP electrode. Always use DIP electrodes that meet or exceed IEC 60601-2-2 requirements.
- Placement of the DIP electrode on the thigh could be associated with higher impedance.
- In order to prevent the risk of ignition, ensure that flammable materials are not present in the room during RF power application.
- Take precautions to limit the effects that the electromagnetic interference (EMI) produced by the Baylis RF Generator may have on the performance of other equipment. Check the compatibility and

safety of combinations of other physiological monitoring and electrical apparatus to be used on the patient in addition to the Baylis RF Generator.

- Adequate filtering must be used to allow continuous monitoring of the surface electrocardiogram (ECG) during RF power applications.
- Do not attempt to insert and use the proximal end of the VersaCross RF Wire as the active tip.
- Do not bend the VersaCross RF Wire or the Connector Cable. Excessive bending or kinking of the wire shaft, distal curve of the wire and/ or the Connector Cable may damage the integrity of the device components and may cause patient injury. Care must be taken when handling the VersaCross RF Wire and Connector Cable.
- Careful manipulation of the VersaCross RF Wire must be performed to avoid vessel trauma. If resistance is encountered, DO NOT use excessive force to advance or withdraw the VersaCross RF Wire or ancillary sheath and/or dilator assembly. Excessive force may lead to bending or kinking of the device limiting advancement and retraction of sheath and/or dilator device.
- VersaCross RF Wire and ancillary sheath and/or dilator assembly advancement should be done under imaging guidance. The use of visible markers on the wire body are only an approximate guide for positioning the wire tip with the distal end of the dilator.
- Do not attempt to deliver RF energy until the active tip of the VersaCross RF Wire is confirmed to be in good contact with the target tissue.
- Avoid RF energy delivery of the VersaCross RF Wire with incompatible dilator or cannula devices, which may lead to patient burns, ineffective puncture or failure to puncture.
- It is recommended not to exceed five (5) RF power applications per VersaCross RF Wire.
- Never disconnect the Connector Cable from the Baylis RF Generator while RF power is being delivered.
- Never disconnect the Connector Cable from the Baylis RF Generator by pulling on the cable. Failure to disconnect the cable properly may result in damage to the cable.
- Do not twist the Connector Cable while inserting or removing it from the Isolated Patient Connector on the Baylis RF Generator. Twisting the cable may result in damage to the pin connectors.
- The Baylis RF Generator is capable of delivering significant electrical power. Patient or operator injury can result from improper handling of the VersaCross RF Wire and/or DIP electrode, particularly when operating the device.
- During power delivery, the patient should not be allowed to come in contact with ground metal surfaces.
- Apparent low power output or failure of the equipment to function properly at normal settings may indicate faulty application of the DIP electrode, failure to an electrical lead, or poor tissue contact at the active tip. Check for obvious equipment defects or misapplication. Attempt to better position the active tip of the VersaCross RF Wire against the atrial septum. Only increase the power if low power output persists.
- If using electroanatomical mapping guidance, it is recommended to use it along with alternative imaging modality in the event there is loss of visibility of the device.

## VI.    PRODUCT SPECIFICATIONS

| Product | VersaCross RF Wire | Product | RFP 100A Connector Cable |
|---|---|---|---|
| Length | 180 or 230cm | Useable Length | 10 feet/3m |
| Wire Diameter | 0.035" / 0.89mm | Generator Connector | 4-pin (3-pin) |
| Curve Diameter | 9 mm J-tip or 24 mm Pigtail | Device Connector | Push Button |

## VII.    ADVERSE EVENTS
Adverse events that may occur while creating an atrial septal defect include:

| | | |
|---|---|---|
| Tamponade | Sepsis/Infection | Thromboembolic episodes |
| Vessel perforation | Atrial Fibrillation | Myocardial Infarction |
| Vessel spasm | Sustained arrhythmias | Atrial Flutter |
| Hemorrhage | Vascular thrombosis | Perforation of the myocardium |
| Hematoma | Allergic reaction to contrast medium | Ventricular Tachycardia |
| Pain and Tenderness | Arteriovenous fistula | Pericardial effusion |
| Tachycardia | Vascular Trauma | Additional Surgical Procedure |
| Wire entrapment/ entanglement | Foreign body/wire fracture | |

## VIII.    EQUIPMENT REQUIRED
RF transseptal procedures should be performed in a specialized clinical setting equipped with appropriate imaging equipment and compatible examination table, echocardiography imaging, physiologic recorder, emergency equipment and instrumentation for gaining vascular access. Ancillary materials required to perform this procedure include:
- RFP-100A Baylis RF Generator
- 0.035" compatible transseptal sheath and/or dilator devices
- DIP electrode, meeting or exceeding IEC 60601-2-2 requirements for electrosurgical electrodes
- DuoMode Cable™ for use with electroanatomic mapping systems

## IX.    INSPECTION PRIOR TO USE
Prior to performing the procedure, the VersaCross RF Wire and the provided Connector Cable should be carefully examined for damage or defects, as should all equipment, including the Baylis RF Generator, used in the procedure. Do not use defective equipment. Do not reuse the VersaCross RF Wire and/or Connector Cable.

## X.    DIRECTIONS FOR USE
- All instructions for equipment required should be carefully read, understood, and followed. Failure to do so may result in complications.
- The VersaCross RF Wire and Connector Cable are supplied sterile. Use aseptic technique when opening the package and handling the product in the sterile field.
- Connect the generator connector end of the Connector Cable to the isolated patient connector port on the Baylis RF Generator as per the Baylis RF Generator Instructions for Use. Gently line up the connector pins with the socket and push in until the connector fits firmly into the socket. Any attempt to connect the cable otherwise will damage the pins on the connector.
- Do not use excessive force in connecting the Connector Cable to the Baylis RF Generator. Use of excessive force may result in damage to the connector pins.
- Thoroughly flush the transseptal sheath and/or dilator (not supplied).
- Perform a standard vein puncture at the desired access site using an access needle (not supplied).

- A transseptal sheath and/or dilator are usually inserted through the access site and are then advanced over a guidewire to be positioned into the Superior Vena Cava (SVC) under image guidance. The VersaCross RF Wire may be used for this purpose.
- If the VersaCross RF Wire was not used to advance the sheath to the SVC, remove the guidewire and exchange for the VersaCross RF Wire with the provided tip straightener.
- Advance the VersaCross RF Wire through the transseptal sheath and/or dilator assembly until the wire tip is just within the dilator tip. The visible markers on the wire body can be used to assist with the positioning of the wire tip with the distal end of the dilator.
- Firmly grasp the catheter connector end of the Connector Cable in one hand. Using your thumb, depress the red button on the top of the connector. Slowly insert the proximal end of the VersaCross RF Wire into the opening of the catheter connector. Once the exposed portion of the proximal end of the device is no longer visible, release the red button on the connector. Gently tug on the device to ensure that you have a secure connection.
- Position the tip of the transseptal assembly (RF wire, sheath and/or dilator assembly) in the right atrium against the fossa ovalis under appropriate imaging guidance including but not limited to fluoroscopic, echocardiographic and/or electroanatomic mapping guidance using standard technique.
- NOTE: If using electroanatomical mapping guidance, it is recommended to confirm tip placement and septal tenting with echocardiographic imaging or another imaging modality.
- Apply pressure to the dilator to tent the septum at the fossa ovalis.
- Advance the VersaCross RF Wire so that the active tip is engaging the septum at the fossa ovalis but still within the dilator.
- Once appropriate positioning has been achieved, deliver RF power via the Baylis RF Generator to the active tip. This results in puncture of the targeted cardiac tissue. Please refer to the Baylis RF Generator Instructions For Use for the correct operation of the generator.
- Apply firm pressure to the VersaCross RF Wire during the application of RF energy to successfully advance the VersaCross RF Wire through the tissue.
- NOTE: Use the lowest appropriate RF settings to achieve the desired puncture.
    - For RFP-100A: An initial RF setting between one (1) second on "PULSE" mode to two (2) seconds on "CONSTANT" mode has been shown to be sufficient for successful puncture.
- RF power delivery can be terminated by pressing the RF ON/OFF button on the Baylis RF Generator if the timer has not expired.
- Entry into the left atrium can be confirmed by monitoring the VersaCross RF Wire under appropriate imaging guidance. Echocardiographic guidance is also recommended.
- If septal puncture is not successful after five (5) RF power applications, it is advised that the user utilize an alternate method for the procedure.
- Once the puncture is successfully completed, the VersaCross RF Wire should be mechanically advanced without any RF power. Positioning in the left atrium is sufficient when the full distal curve and floppy section have crossed the septum and are observed in the left atrium. Echocardiographic guidance is also recommended.
- The dilator can then be advanced over the VersaCross RF Wire to enlarge the puncture.
- To disconnect the VersaCross RF Wire from the Connector Cable, depress the red button on the catheter connector and gently remove the proximal end of the VersaCross RF Wire from the Connector Cable.
- To disconnect the Connector Cable from the Baylis RF Generator, grasp the connector firmly and gently pull it straight out of the socket.
- Retract the VersaCross RF Wire slowly through the transseptal sheath and/or dilator assembly.

## Connections



Baylis RF Generator

Single-Use Connector Cable (Included)

DIP Grounding Pad

VersaCross RF Wire (Pigtail model shown)

Foot Switch (Optional)

## XI.    CLEANING AND STERILIZATION INSTRUCTIONS
The VersaCross RF Wire and Connector Cable are intended for single use only. Do not clean or re-sterilize the VersaCross RF Wire and/or Connector Cable.

## XII.    TROUBLESHOOTING
The following table is provided to assist the user in diagnosing potential problems.

| PROBLEM | COMMENTS | TROUBLESHOOTING |
|---|---|---|
| Connector Cable does not fit into the Isolated Patient Connector on the front panel of the generator | The connectors are designed to connect in a specific way for safety reasons. If the connector "keys" are out of line, the connectors won't fit together. | Check that the connector keys are lined up in the proper orientation. |
| Generator Error Messages | In order to successfully perforate tissue using RF energy, all devices must be properly connected and in good working order. | Ensure that all connections are made i.e.: - VersaCross RF Wire to Connector Cable - Connector Cable to Baylis RF Generator - Baylis RF Generator to power outlet - Baylis RF Generator to grounding pad <br><br>Visually inspect the VersaCross RF Wire and Connector Cable for damage. Immediately discard any damaged devices. If problem persists, discontinue use. <br><br>For error messages encountered while attempting RF puncture, refer to the Instructions for Use that accompanies the Baylis RF Generator. |
| Wire breaks or kinks | Breaks and kinks in the VersaCross RF Wire are a potential cause of patient injury. | Discard immediately. |

## XIII.    CUSTOMER SERVICE AND PRODUCT RETURN INFORMATION

If you have any problems with or questions about Baylis Medical Equipment, contact our technical support personnel.

**NOTES:**
1. In order to return products, you must have a return authorization number before shipping the products back to Baylis Medical Company. Product Return Instructions will be provided to you at this time.
2. Ensure that any product being returned to Baylis Medical has been cleaned, decontaminated and/or sterilized as indicated in the Product Return Instruction before returning it for warrantied service. Baylis Medical will not accept any piece of used equipment that has not been properly cleaned or decontaminated as per the Product Return Instructions.

## XIV.    LABELING AND SYMBOLS

| | | | |
|---|---|---|---|
| ▟▙ | Manufacturer | ⧗ | Use-By Date |
| LOT | Lot Number | ⊘ | Do Not Use if Package is Damaged |
| REF | Model Number | ⚠ | Caution |
| ②STERILIZE | Do Not Resterilize | ☀ | Keep Away from Sunlight |
| ② | Do Not Reuse | ⊠ | Non-Pyrogenic: The RF wire is non-pyrogenic unless packaging is opened or damaged |
| STERILE EO | Sterile using ethylene oxide | 👆 | Follow Instructions for Use |
| EC REP | EU Authorized Rep | Rx ONLY | **Caution:** Federal (U.S.A.) law restricts this device to sale by or on the order of a physician. |
| 🗑 | | **Only for EU member states:** Use of this symbol indicates that the product must be disposed of in a way that complies with local and national regulations. For questions regarding recycling of this device please contact your distributor. | |

## XV.    LIMITED WARRANTY – DISPOSABLES AND ACCESSORIES

Baylis Medical Company Inc. (BMC) warrants its Disposable and Accessory products against defects in materials and workmanship.  BMC warrants that sterile products will remain sterile for a period of time as shown on the label, as long as the original package remains intact. Under this Limited Warranty, if any covered product is proved to be defective in materials or workmanship, BMC will replace or repair, in its absolute and sole discretion, any such product, less any charges to BMC for transportation and labor costs incidental to inspection, removal or restocking of product. The length of the warranty is: (i) for the Disposable products, the shelf life of the product, and (ii) for the Accessory products, 90 days from shipment date.

This limited warranty applies only to new original factory delivered products that have been used for their normal and intended uses.  BMC's Limited Warranty shall not apply to BMC products which have been resterilized, repaired, altered, or modified in any way and shall not apply to BMC products which have been improperly stored or improperly cleaned, installed, operated or maintained contrary to BMC's instructions.

**DISCLAIMER AND LIMITATION OF LIABILITY**
**THE LIMITED WARRANTY ABOVE IS THE SOLE WARRANTY PROVIDED BY SELLER. SELLER DISCLAIMS ALL OTHER WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR USE OR PURPOSE.**
**THE REMEDY SET FORTH HEREIN SHALL BE THE EXCLUSIVE REMEDY FOR ANY WARRANTY CLAIM, AND ADDITIONAL DAMAGES, INCLUDING CONSEQUENTIAL DAMAGES OR DAMAGES FOR BUSINESS INTERRUPTION OR LOSS OF PROFIT, REVENUE, MATERIALS, ANTICIPATED SAVINGS, DATA, CONTRACT, GOODWILL OR THE LIKE (WHETHER DIRECT OR INDIRECT IN NATURE) OR FOR ANY OTHER FORM OF INCIDENTAL, OR INDIRECT DAMAGES OF ANY KIND, SHALL NOT BE AVAILABLE. SELLER'S MAXIMUM CUMULATIVE LIABILITY RELATIVE TO ALL OTHER CLAIMS AND LIABILITIES, INCLUDING OBLIGATIONS UNDER ANY INDEMNITY, WHETHER OR NOT INSURED, WILL NOT EXCEED THE COST OF THE PRODUCT(S) GIVING RISE TO THE CLAIM OR LIABILITY. SELLER DISCLAIMS ALL LIABILITY RELATIVE TO GRATUITOUS INFORMATION OR ASSISTANCE PROVIDED BY, BUT NOT REQUIRED OF SELLER HEREUNDER. ANY ACTION AGAINST SELLER MUST BE BROUGHT WITHIN EIGHTEEN (18) MONTHS AFTER THE CAUSE OF ACTION ACCRUES. THESE DISCLAIMERS AND LIMITATIONS OF LIABILITY WILL APPLY REGARDLESS OF ANY OTHER CONTRARY PROVISION HEREOF AND REGARDLESS OF THE FORM OF ACTION, WHETHER IN CONTRACT, TORT (INCLUDING NEGLIGENCE AND STRICT LIABILITY) OR OTHERWISE, AND FURTHER WILL EXTEND TO THE BENEFIT OF SELLER'S VENDORS, APPOINTED DISTRIBUTORS AND OTHER AUTHORIZED RESELLERS AS THIRD-PARTY BENEFICIARIES. EACH PROVISION HEREOF WHICH PROVIDES FOR A LIMITATION OF LIABILITY, DISCLAIMER OF WARRANTY OR CONDITION OR EXCLUSION OF DAMAGES IS SEVERABLE AND INDEPENDENT OF ANY OTHER PROVISION AND IS TO BE ENFORCED AS SUCH.**
**IN ANY CLAIM OR LAWSUIT FOR DAMAGES ARISING FROM ALLEGED BREACH OF WARRANTY, BREACH OF CONTRACT, NEGLIGENCE, PRODUCT LIABILITY OR ANY OTHER LEGAL OR EQUITABLE THEORY, THE BUYER SPECIFICALLY AGREES THAT BMC SHALL NOT BE LIABLE FOR DAMAGES OR FOR LOSS OF PROFITS, WHETHER FROM BUYER OR BUYER'S CUSTOMERS. BMC'S LIABILITY SHALL BE LIMITED TO THE PURCHASE COST TO BUYER OF THE SPECIFIED GOODS SOLD BY BMC TO BUYER WHICH GIVE RISE TO THE CLAIM FOR LIABILITY.**

No agent, employee or representative of Baylis Medical has the authority to bind the Company to any other warranty, affirmation or representation concerning the product.

This warranty is valid only to the original purchaser of Baylis Medical products directly from a Baylis Medical authorized agent. The original purchaser cannot transfer the warranty.
Use of any BMC product shall be deemed acceptance of the terms and conditions herein.

The warranty periods for Baylis Medical products are as follows:

| Disposable Products | The shelf life of the product |
|---|---|
| Accessory Products | 90 days from the shipment date |

**Francais**

Baylis Medical et le logo Baylis Medical sont des marques déposées de Baylis Medical Technologies Inc.

Lire attentivement toutes les directives avant l'utilisation.  Respecter toutes les contre-indications, avertissements et précautions indiqués dans ces directives.  Leur non-respect risque de causer des complications pour le patient.
**Attention** : La loi fédérale (États-Unis) limite la vente de cet appareil à un médecin ou sur prescription médicale.

La compagnie Baylis Médical se fie sur le médecin pour déterminer, évaluer et communiquer à chaque patient tous les risques potentiels de la procédure.

## I.    DESCRIPTION DU DISPOSITIF

Le fil VersaCross RF est conditionné dans un lot contenant un fil VersaCross RF à usage unique et un câble de connexion (Câble de connexion) à usage unique Baylis. Le fil VersaCross RF doit être utilisé avec un générateur de ponction par radiofréquence RFP-100A approuvé par Baylis (générateur de RF Baylis) et le connecteur.
Le fil VersaCross RF libère une énergie radiofréquence (RF) en mode monopolaire entre son électrode distale et une électrode indifférente de retour à utilisation unique offerte sur le marché, laquelle doit être conforme à la norme CEI 60601-2-2. Le câble de connexion raccorde le Baylis RF Generator au *Le fil VersaCross RF*.  Ce câble de connexion permet de transmettre l'énergie par RF émise par le Baylis RF Generator à un *Le fil VersaCross RF*.Pour obtenir des informations détaillées sur le générateur RF de Baylis, consultez le manuel distinct qui accompagne l'équipement (« Mode d'emploi du générateur de ponction à radiofréquence de Baylis Medical Company »).
Les dimensions du *Le fil VersaCross RF* et du Baylis Connector Cable figurent sur l'étiquette du dispositif.  L'isolant sur le corps du *Le fil VersaCross RF* facilite une progression fluide du dispositif et fournit une isolation électrique. La partie distale pendante du *Le fil VersaCross RF* présente une petite courbure et l'extrémité active est arrondie afin de ne pas causer de traumatisme au tissu cardiaque, à moins d'appliquer de l'énergie par RF.  Une bande de marquage est placée au niveau de la courbure pour une visualisation sous fluoroscopie. Le corps principal du *Le fil VersaCross RF* fournit un rail rigide pour permettre la progression des dispositifs auxiliaires dans l'oreillette gauche après la création d'une communication interauriculaire. Le fil VersaCross RF comporte des marqueurs visibles sur sa longueur pour faciliter l'alignement de l'extrémité du fil dans un ensemble gaine transeptale/dilatateur compatible (ex. : le kit de gaine transeptale VersaCross). L'extrémité proximale du fil VersaCross RF est en métal nu, pour ne se connecter qu'au câble de connexion fourni et non aux dispositifs d'électrocautérisation ou d'électrochirurgie.

## II.    INDICATIONS D'UTILISATION

Le fil VersaCross RF est indiqué pour la création d'une communication interauriculaire dans le cœur.

## III.    CONTRE-INDICATIONS

L'utilisation du *Le fil VersaCross RF* n'est pas recommandée chez les personnes qui présentent une affection n'exigeant pas la création d'une communication interauriculaire dans le cœur.
Il est déconseillé d'utiliser le câble de connexion avec tout autre générateur RF Baylis ou tout autre dispositif.

**En Union européenne :** le fil VersaCross RF n'est pas destiné à une utilisation sur des patients néonatals de moins d'un an.

## IV.    AVERTISSEMENTS

- Seuls les médecins ayant une connaissance approfondie des procédures d'angiographie et des interventions percutanées doivent utiliser ce dispositif.  Il est recommandé aux médecins de suivre une formation préclinique, d'étudier la documentation pertinente et de suivre toute autre formation appropriée avant d'essayer de nouvelles procédures d'intervention.
- Le fil VersaCross RF et le Baylis Connector Cable (câble de connexion) sont fournis STÉRILES suivant un procédé à l'oxyde d'éthylène. Ne pas utiliser si l'emballage est endommagé.
- Le personnel de laboratoire et les patients peuvent subir une exposition aux rayonnements considérable pendant les procédures de RF ponction par radiofréquence en raison de l'usage continu de l'imagerie fluoroscopique.  Cette exposition peut causer des radiolésions aiguës et augmenter le risque d'effets somatiques et génétiques.  Par conséquent, des mesures appropriées doivent être prises pour réduire cette exposition au minimum.
- Le fil VersaCross RF et le câble de connexion sont conçus pour un usage chez un seul patient. N'essayez pas de stériliser et de réutiliser le dispositif.  Une réutilisation peut causer des blessures au patient et/ou la transmission de maladies infectieuses entre patients. La réutilisation de ce dispositif peut entraîner des complications pour le patient.
- Le fil VersaCross RF doit être utilisé avec le câble de connexion fourni.  Toute tentative d'utilisation avec d'autres câbles de connexion risque d'entraîner une électrocution du patient et/ou de l'utilisateur.
- Le fil VersaCross RF ne doit pas être utilisé avec des générateurs d'électrocautérisation ou d'électrochirurgie, des câbles de connexion ou des accessoires, car cela peut entraîner un risque de blessure pour le patient et/ou l'opérateur.
- Le câble de connexion ne doit être utilisé qu'avec le Baylis Radiofrequency Puncture Generator (Baylis RF Generator) et Le fil VersaCross RF inclus. S'il est utilisé avec d'autres générateurs de RF et d'autres dispositifs, il peut en résulter l'électrocution du patient et/ou de l'utilisateur.
- Le fil VersaCross RF doit être utilisé avec une gaine transeptale de 0,035 po et/ou un dilatateur compatibles.  L'utilisation d'accessoires non compatibles peut endommager l'intégrité du fil VersaCross RF ou des accessoires, ce qui peut entraîner des blessures pour le patient.
- Le fil VersaCross RF n'a été validé que pour la ponction transeptale par des dilatateurs VersaCross dont la compatibilité avec un fonctionnement optimal a été démontrée.
- L'extrémité active et la courbure distale du *Le fil VersaCross RF* sont fragiles.  Prendre soin de ne pas les endommager en manipulant Le fil VersaCross RF.  Si l'extrémité ou la courbure distale sont endommagées, jetez immédiatement Le fil VersaCross RF.
- L'extrémité active et la courbe distale du fil VersaCross RF sont fragiles. Prenez soin de ne pas endommager l'extrémité ou la courbure distale lors de la manipulation du fil VersaCross RF.  Si l'extrémité ou la courbure distale sont endommagées à tout moment, le fil VersaCross RF doit être mis au rebut immédiatement. N'essayez pas de redresser l'extrémité active si elle est tordue. Si le dispositif est endommagé, cela peut entraîner un risque de blessure pour le patient.
- Le fil VersaCross RF n'est pas conçu pour être utilisé chez les nouveau-nés (de moins d'un mois). Ne pas essayer de traiter des nouveau-nés avec Le fil VersaCross RF.
- N'essayez pas d'insérer ou de rétracter le fil VersaCross RF par une canule en métal ou une aiguille percutanée, car cela peut endommager le dispositif et blesser le patient.

## V. PRÉCAUTIONS

- Ne pas essayer d'utiliser Le fil VersaCross RF et le Baylis Connector Cable (câble de connexion) ou tout équipement auxiliaire avant d'avoir lu attentivement le Guide d'utilisation qui accompagne le dispositif.
- Les interventions de ponction ayant recours aux radiofréquences doivent être exécutées uniquement par des médecins ayant reçu une formation approfondie sur cette technique dans un laboratoire de cathétérisme entièrement équipé.
- Inspectez visuellement l'emballage stérile avant l'utilisation. N'utilisez pas les dispositifs dont l'emballage a été endommagé ou compromis.
- Inspecter visuellement Le fil VersaCross RF et le câble de connexion avant toute utilisation afin de s'assurer que le matériau isolant n'est ni fissuré ni endommagé. Ne pas utiliser le fil ou le câble s'il est endommagé.
- Ne pas utiliser Le fil VersaCross RF et/ou le câble de connexion au-delà de la date indiquée sur l'étiquette par la mention « utiliser avant le ».
- Le fil VersaCross RF et le câble de connexion ont été conçus pour être utilisés uniquement avec les dispositifs indiqués à la section 0, Équipement requis.
- Il est essentiel de lire et de suivre le mode d'emploi du fabricant de l'électrode DIP. Toujours utiliser des électrodes DIP qui répondent aux exigences de la norme IEC 60601-2-2 ou les dépassent.
- La pose de l'électrode inactive sur la cuisse pourrait produire une impédance plus élevée.
- Pour prévenir le risque d'incendie, vérifier que des matériaux inflammables ne se trouvent pas dans la pièce pendant l'application d'une énergie par RF.
- Prendre les précautions nécessaires pour limiter les effets possibles de l'interférence électromagnétique (IEM) du Baylis Radiofrequency Puncture Generator (Baylis RF Generator) sur la performance des autres appareils. Vérifier la compatibilité et la sécurité des autres appareils électriques et de surveillance physiologique qui seront utilisés sur le patient en plus du Baylis RF Generator.
- Un filtrage adéquat doit être utilisé pour permettre le contrôle continu de l'électrocardiogramme de surface (ECG) pendant les applications d'énergie par RF.
- Ne pas essayer d'insérer ni d'utiliser l'extrémité proximale du *Le fil VersaCross RF* comme l'extrémité active.
- Le fil VersaCross RF et le câble de connexion ne doivent pas être pliés. Si le corps du fil, la courbure distale du fil et/ou le câble de connexion sont pliés ou tordus de façon excessive, cela peut endommager l'intégrité des composants et blesser le patient. Le fil VersaCross RF et le câble de connexion doivent être manipulés avec soin.
- Ne pas plier Le fil VersaCross RF ou le câble de connexion En cas de résistance, NE PAS forcer de manière excessive pour avancer ou retirer le fil VersaCross RF ou l'ensemble accessoire de la gaine et/ou du dilatateur. L'application d'une force excessive peut plier ou tordre le dispositif, ce qui limiterait l'avancement et la rétractation de la gaine et/ou du dilatateur.
- L'avancement du fil VersaCross RF et de l'ensemble accessoire de la gaine et du dilatateur doit être guidé par l'imagerie. L'utilisation de marqueurs visibles sur le corps du fil n'offre qu'un guidage approximatif du positionnement de l'extrémité du fil sur l'extrémité distale du dilatateur.Il convient de manipuler Le fil VersaCross RF avec précaution pour éviter les traumatismes vasculaires. La progression du *Le fil VersaCross RF* et du dilatateur doit être exécutée sous guidage par imagerie. En cas de résistance, NE PAS utiliser une force excessive pour faire progresser ou pour retirer Le fil VersaCross RF ou le dilatateur.
- Ne pas essayer de transmettre une énergie RF par radiofréquence tant qu'on n'a pas confirmation du bon contact de l'extrémité active du *Le fil VersaCross RF* avec le tissu cible.
- N'administrez pas l'énergie RF du fil VersaCross RF avec un dilatateur ou des canules incompatibles, car cela peut entraîner un risque de brûlures pour le patient ou un échec de la ponction.
- Il est recommandé de ne pas dépasser cinq (5) applications d'énergie par RF par *Le fil VersaCross RF*.
- Ne débranchez jamais le câble de connexion du générateur de RF Baylis pendant l'administration d'énergie. Ne jamais débrancher le câble de connexion du Baylis RF Generator en tirant sur le câble. Si le câble n'est pas convenablement débranché, des dommages pourraient être causés.
- Ne pas tordre le câble de connexion pendant l'insertion ou le retrait du connecteur isolé du patient sur le Baylis RF Generator. Une torsion du câble pourrait endommager les broches du connecteur.
- Le Baylis RF Generator est capable d'appliquer une puissance électrique importante. Une mauvaise manipulation du *Le fil VersaCross RF* et/ou de l'électrode DIP lors de l'utilisation du dispositif peut causer des blessures au patient ou à l'utilisateur.
- Le patient ne doit pas se trouver en contact avec des surfaces métalliques au sol pendant la transmission de courant.
- Une faible puissance de sortie apparente ou le mauvais fonctionnement de l'équipement à des réglages normaux pourraient indiquer une application incorrecte de l'électrode DIP, la défaillance d'un fil électrique ou un mauvais contact de l'extrémité active avec le tissu. Vérifier la présence éventuelle de défauts évidents de l'équipement ou d'une mauvaise application. Essayer de mieux positionner l'extrémité active du *Le fil VersaCross RF* contre le septum interauriculaire. Augmenter la puissance uniquement si la faible puissance de sortie persiste.
- Baylis Medical Company se fie au médecin pour déterminer, évaluer et communiquer à chaque patient tous les risques prévisibles du Baylis Medical Radiofrequency Puncture System.
- En cas d'utilisation d'un guide de cartographie électroanatomique, il est recommandé de l'utiliser avec une modalité d'imagerie alternative en cas de perte de visibilité du dispositif.

## VI. SPÉCIFICATIONS DU PRODUIT

| Produit | *Le fil VersaCross RF* | Produit | Câble de connexion RFP 100A |
|---|---|---|---|
| Longueur utile | 180 ou 230cm | Longueur utile | 10 pieds / 3 m |
| Diamètre du fil | 0,035 po / 0,89 mm | Connecteur au générateur | 4 broches (3 broches)<br>Broche 4 / Broche 1<br>Broche 3 / Broche 2 (facultative) |
| Diamètre de la courbe | 9 mm J-tip ou 24 mm Pigtail | Connecteur au dispositif | Bouton-poussoir |

## VII. EFFETS INDÉSIRABLES

Les effets indésirables pouvant survenir pendant la création d'une communication interauriculaire comprennent les suivants :

| | | |
|---|---|---|
| Tamponnade | Septicémie/Infection | Épisodes thrombo-emboliques |
| Perforation de vaisseaux | Fibrillation auriculaire | Infarctus du myocarde |
| Spasme vasculaire | Arythmies persistantes | Flutter auriculaire |
| Hémorragie | Thrombose vasculaire | Perforation du myocarde |
| Hématome | Réaction allergique au produit de contraste | Tachycardie ventriculaire |
| Douleur et sensibilité | Fistule artérioveineuse | Tachycardie |
| Traumatisme vasculaire | Intervention chirurgicale supplémentaire | Effusion péricardique<br>Piégeage/emmêlement du fil |
| Fracture de corps étranger/du fil. | | |

## VIII. ÉQUIPEMENT REQUIS

Les procédures RF transeptales doivent être effectuées dans un contexte clinique comportant un équipement d'imagerie approprié et une table d'examen compatible, ainsi qu'une solution d'échocardiographie, un enregistreur physiologique, un équipement d'urgence et des instruments permettant l'accès vasculaire. Les accessoires suivants peuvent être nécessaires pour effectuer cette procédure :

- RFP-100A Générateur de RF Baylis
- Gaine transeptale de 0,035 po et/ou dilatateurs compatibles
- Électrode DIP satisfaisant ou dépassant les exigences de la norme CEI 60601-2-2 sur les électrodes électrochirurgicales
- DuoMode CableTM destiné à une utilisation avec des systèmes de cartographie électroanatomique

## IX. INSPECTION AVANT UTILISATION

Avant d'effectuer la procédure, le fil VersaCross RF et le câble de connexion fournis doivent être examinés attentivement à la recherche de dommages ou de défauts, ainsi que tout l'équipement, y compris le générateur de RF Baylis. Ne pas utiliser d'équipement défectueux. Ne pas réutiliser le RF Wire et/ou le câble de connexion.

## X. MODE D'EMPLOI

- Toutes les directives concernant l'équipement requis doivent être lues, comprises et suivies attentivement. Leur non-respect peut entraîner des complications.
- Le fil VersaCross RF et le Baylis Connector Cable (câble de connexion) sont fournis stériles. Utiliser une technique aseptique pour ouvrir l'emballage et manipuler produit dans le champ stérile.
- Brancher l'extrémité du connecteur du générateur du câble de connexion au port du connecteur isolé du patient sur le Baylis Radiofrequency Puncture RF Generator (Baylis RF Generator) conformément au mode d'emploi du Baylis RF Generator. Aligner délicatement les broches du connecteur avec la prise et poussez jusqu'à ce que le connecteur soit bien logé dans la prise. Toute tentative visant à raccorder le câble autrement endommagera les broches du connecteur.
- Ne pas utiliser une force excessive en connectant le câble de connexion au Baylis RF Generator. L'utilisation d'une force excessive pourrait endommager les broches du connecteur.
- Rincez abondamment la gaine transeptale et/ou le dilatateur (non fourni).
- Effectuer une ponction veineuse standard au niveau du site d'entrée souhaité à l'aide d'une aiguille d'accès (non fournie).
- La gaine transeptale et/ou le dilatateur sont généralement insérés par le site d'accès, puis avancés sur un fil-guide pour un positionnement dans la veine cave supérieure (VCS) à l'aide de l'imagerie. Le fil VersaCross RF peut être utilisé à cette fin. Retirer le fil-guide.
- Si le fil VersaCross RF a été utilisé pour avancer la gaine dans la VCS, retirez le fil-guide et remplacez-le par le fil VersaCross RF à l'aide du dispositif de redressement de fil fourni.
- Avancez le fil VersaCross RF par l'ensemble de la gaine transeptale et/ou du dilatateur jusqu'à ce que l'extrémité du fil corresponde à l'extrémité du dilatateur. Les marqueurs visibles sur le corps du fil peuvent aider à positionner l'extrémité du fil sur l'extrémité distale du dilatateur.
- Tenir fermement d'une main l'extrémité du connecteur du cathéter du câble de connexion. Avec le pouce, appuyer sur le bouton rouge sur le connecteur. Insérer lentement l'extrémité proximale du *Le fil VersaCross RF* dans l'ouverture du connecteur du cathéter. Lorsque la partie exposée de l'extrémité proximale du dispositif n'est plus visible, relâcher le bouton rouge sur le connecteur. Tirer doucement sur le dispositif pour s'assurer qu'il est bien connecté.
- Positionnez l'extrémité de l'ensemble transeptal (fil RF, gaine et/oudilatateur assemblée) dans l'oreillette droite contre la fosse ovale à l'aide d'une imagerie appropriée, par exemple la fluoroscopie, l'échocardiographie et/ou un guidage par cartographie électroanatomique, avec une technique standard.
- REMARQUE : si vous utilisez un guidage par cartographie électroanatomique, il est recommandé de confirmer le placement de l'extrémité et le tenting septal avec l'imagerie échocardiographique ou une autre modalité d'imagerie.
- Appliquer une pression sur le dilatateur pour faire avancer le septum au niveau de la fosse ovale.
- Faire progresser Le fil VersaCross RF de sorte que l'extrémité active s'engage dans le septum au niveau de la fosse ovale, mais toujours à l'intérieur du dilatateur.
- Lorsque le bon positionnement est obtenu, transmettre de l'énergie par RF à l'extrémité active au moyen du Baylis RF Generator. Cela entraîne une ponction du tissu cardiaque ciblé. Veuillez consulter le mode d'emploi du Baylis RF Generator pour connaître le bon fonctionnement du générateur.
- Appliquer une pression ferme sur Le fil VersaCross RF pendant l'application d'une énergie par RF pour faire avancer Le fil VersaCross RF à travers le tissu.
- **REMARQUE : Utilisez le paramètre de RF le plus faible pour obtenir la ponction souhaitée.**
  - Pour le modèle RFP-100A : On a démontré qu'un réglage RF initial entre une (1) seconde sur le mode « PULSE » et deux (2) secondes sur le mode « CONSTANT » était suffisant pour une ponction réussie.
- La transmission de l'énergie par radiofréquence peut être interrompue en appuyant sur le bouton RF ON/OFF du générateur si la minuterie n'est pas arrêtée.
- L'entrée dans l'oreillette gauche peut être confirmée en surveillant le fil VersaCross RF sur l'imagerie appropriée.
- Si une ponction septale échoue après cinq (5) applications de l'énergie par RF, on recommande à l'utilisateur d'utiliser une autre méthode pour la procédure.
- Lorsque la ponction est menée à terme avec succès, il convient de faire progresser Le fil VersaCross RF mécaniquement sans énergie par RF Le positionnement dans l'oreillette gauche est suffisant lorsque la totalité de la courbe distale et la section souple ont traversé le septum et sont visibles dans l'oreillette gauche. Le guidage échocardiographique est également recommandé.
- Il est alors possible de faire progresser le dilatateur transeptal sur le fil pour élargir la ponction.
- Pour débrancher Le fil VersaCross RF du câble de connexion, appuyer sur le bouton rouge sur le connecteur du cathéter, puis retirer doucement l'extrémité proximale du RF Wire du câble de connexion.
- Pour débrancher le câble de connexion du Baylis RF Generator, tenir fermement le connecteur et le tirer doucement jusqu'à ce qu'il sorte de la prise.

Rétractez doucement le fil VersaCross RF par l'ensemble de la gaine transeptale et/ou du dilatateur.

**Connexions**



Générateur de RF Baylis

Câble de connexion (inclus)

le fil VersaCross RF Modèle en ressort présenté

Bornier terre de l'électrode DIP Pédale (facultative)

## XI. CONSIGNES DE NETTOYAGE ET DE STÉRILISATION

Le fil VersaCross RF et le Baylis Connector Cable ont été conçus pour un usage unique exclusivement. Ne pas nettoyer ou stériliser de nouveau Le fil VersaCross RF et/ou le Baylis Connector Cable.

## XII. DÉPANNAGE

Le tableau suivant est fourni pour aider l'utilisateur à diagnostiquer des problèmes potentiels.

| PROBLÈME | COMMENTAIRES | DÉPANNAGE |
|---|---|---|
| Le Baylis Connector Cable ne rentre pas dans le connecteur isolé du cathéter du patient situé sur le panneau avant du générateur | Les connecteurs sont conçus pour se connecter d'une façon particulière pour des raisons de sécurité. Si les endroits « clavetés » des connecteurs ne sont pas alignés, les connecteurs n'entreront pas l'un dans l'autre. | Vérifier que les endroits clavetés sont alignés dans le bon sens. |
| Messages d'erreurs du générateur | Pour perforer les tissus à l'aide d'une énergie par radiofréquence, tous les dispositifs doivent être connectés de façon adéquate et en bon état de fonctionnement. | S'assurer que tous les raccordements sont faits : <br>- Le fil VersaCross RF au câble de connexion <br>- Câble de connexion au Baylis RF Generator <br>- Baylis RF Generator à la prise de courant <br>- Baylis RF Generator au bornier de mise à la terre <br>Inspecter visuellement Le fil VersaCross RF et le câble de connexion pour détecter tout signe de dommage. Jeter immédiatement tout équipement endommagé. Si le problème persiste, interrompre toute utilisation. <br>Pour les messages d'erreurs qui se produisent lors d'une tentative de ponction par radiofréquence, se reporter au manuel d'utilisateur qui accompagne le Baylis RF Generator. |
| Cassures ou nœuds dans le câble | Un Le fil VersaCross RF cassé ou avec des nœuds peut blesser le patient. | Jeter immédiatement. |

## XIII. SERVICE À LA CLIENTÈLE ET INFORMATION CONCERNANT LE RETOUR D'UN PRODUIT

En cas de problème avec l'équipement de Baylis Medical ou pour toute question à ce sujet, communiquer avec le personnel de notre service de soutien technique, à l'adresse et au numéro de téléphone suivants.

**Baylis Medical Company Inc.**
5959, route Transcanadienne
Montréal (Québec) Canada  H4T 1A1
Téléphone : (514) 488-9801 ou (800) 850-9801
Télécopieur : (514) 488-7209
www.baylismedical.com

**REMARQUES :**
1. Pour retourner des produits, vous devez obtenir un numéro d'autorisation de retour avant de renvoyer les produits à Baylis Medical Company. Les directives sur le retour des produits vous seront fournies à ce moment-là.
2. Assurez-vous de nettoyer, décontaminer ou stériliser tout produit à retourner à Baylis Medical conformément aux directives sur le retour des produits avant de le renvoyer pour un service sous garantie. Baylis Medical n'acceptera aucune pièce d'équipement usagé qui n'a pas été nettoyée ou décontaminée correctement conformément aux directives sur le retour des produits.

## XIV. ÉTIQUETAGE ET SYMBOLES

| | | | | |
|---|---|---|---|---|
| ![] | Fabricant | ![] | Utiliser avant le | |
| **LOT** | Numéro de lot | ⚠ | Avertissement | |
| **REF** | Numéro de modèle | ☼ | Tenir loin de la lumière du soleil | |
| ②STERILIZE | Ne pas stériliser de nouveau | | Non pyrogène: Le fil-guide RF est apyrogène, sauf si l'emballage est ouvert ou endommagé. | |
| ② | Ne pas réutiliser | 📖 | Consulter le mode d'emploi | |
| **EC REP** | **EU Authorized Rep** | ⊘ | Ne pas utiliser si l'emballage est endommagé | |
| **STERILE EO** | Stérile; méthode de stérilisation à l'oxyde d'éthylène | **Rx ONLY** | **Attention :** En vertu de la réglementation fédérale des États-Unis, ce système ne peut être vendu que | |

| | | par un médecin ou que sur ordonnance d'un médecin. |
|---|---|---|
| 🚮 | **Pour les états membres de l'UE seulement :** Ce symbole indique que le produit doit être jeté conformément aux lois régionales et nationales. Pour toute question concernant le recyclage de ce dispositif, veuillez communiquer avec votre distributeur. | |

## XV. GARANTIE LIMITÉE – DISPOSITIFS JETABLES ET ACCESSOIRES

Baylis Medical Company Inc. (BMC) garantit ses dispositifs jetables et accessoires contre tout défaut de matériel et de fabrication. BMC garantit que les produits stériles le resteront pendant la période indiquée sur l'étiquette, tant que l'emballage d'origine demeure intact. En vertu de cette garantie limitée, si un produit couvert comporte un défaut de matériel ou de fabrication, BMC le remplacera ou le réparera, à sa seule et entière discrétion, moins les frais de transport et de main-d'œuvre engagés par BMC pour l'inspection, le retrait ou la reconstitution des stocks de ce produit. La durée de la garantie est la suivante : (i) la durée de vie du produit pour les dispositifs jetables, et (ii) 90 jours à partir de la date d'envoi pour les accessoires.

Cette garantie limitée ne s'applique qu'aux nouveaux produits d'origine provenant directement de l'usine et qui ont été utilisés de la façon normale prévue. La garantie limitée de BMC ne s'applique pas aux produits de BMC qui ont été restérilisés, réparés, altérés ou modifiés de quelque façon que ce soit, ni aux produits de BMC qui ont été mal conservés, nettoyés, installés, utilisés ou entretenus, d'après les modes d'emploi de BMC.

**AVIS DE NON-RESPONSABILITÉ ET LIMITATION DE RESPONSABILITÉ**
**LA GARANTIE LIMITÉE SUSMENTIONNÉE EST LA SEULE GARANTIE OFFERTE PAR LE VENDEUR. LE VENDEUR DÉCLINE TOUTES LES AUTRES GARANTIES EXPLICITES OU IMPLICITES, Y COMPRIS LES GARANTIES DE QUALITÉ MARCHANDE ET D'ADAPTATION À UN USAGE PARTICULIER.**
**LE RECOURS ÉTABLI AUX PRÉSENTES EST LE RECOURS EXCLUSIF POUR TOUTE RÉCLAMATION AU TITRE DE LA GARANTIE, TOUT AUTRE DOMMAGE, Y COMPRIS LES DOMMAGES CONSÉCUTIFS ET LES DOMMAGES DUS À UNE INTERRUPTION DES ACTIVITÉS OU À UNE PERTE DE PROFIT, DE REVENUS, DE MATÉRIEL, D'ÉCONOMIES PRÉVUES, DE DONNÉES, DE CONTRAT, DE CLIENTÈLE OU AUTRE CAUSE DE CE GENRE (DIRECTE OU INDIRECTE) OU TOUT AUTRE DOMMAGE ACCESSOIRE OU INDIRECT, NE SERA PAS COUVERT. LA RESPONSABILITÉ CUMULATIVE MAXIMALE DU VENDEUR RELATIVE À TOUTE AUTRE RÉCLAMATION ET RESPONSABILITÉ, Y COMPRIS LES OBLIGATIONS AUX TERMES DE TOUTE INDEMNITÉ, ASSURÉES OU NON, N'EXCÉDERA PAS LE COÛT DU OU DES PRODUIT(S) DONNANT LIEU À LA RÉCLAMATION OU À LA RESPONSABILITÉ. LE VENDEUR RENONCE À TOUTE RESPONSABILITÉ RELATIVE À UNE INFORMATION GRATUITE OU À UNE AIDE NON NÉCESSAIRE FOURNIE PAR LE VENDEUR EN VERTU DES PRÉSENTES. TOUTE ACTION CONTRE LE VENDEUR DOIT ÊTRE INTENTÉE DANS LES DIX-HUIT (18) MOIS SUIVANT LE DROIT DE FAIRE VALOIR. LES PRÉSENTS AVIS DE NON-RESPONSABILITÉ ET LIMITATION DE RESPONSABILITÉ ENTRERONT EN VIGUEUR NONOBSTANT TOUTE AUTRE DISPOSITION CONTRAIRE À CELLES-CI ET PEU IMPORTE LA FORME D'ACTION, QUE CE SOIT DANS LE CADRE D'UN CONTRAT, D'UN DÉLIT (Y COMPRIS LA NÉGLIGENCE ET LA RESPONSABILITÉ STRICTE) OU AUTRE, ET S'ÉTENDRONT AUX FOURNISSEURS DU VENDEUR, AUX DISTRIBUTEURS DÉSIGNÉS ET AUTRES REVENDEURS AUTORISÉS À TITRE DE TIERS BÉNÉFICIAIRES. CHAQUE DISPOSITION DES PRÉSENTES QUI PRÉVOIT UNE LIMITATION DE RESPONSABILITÉ, UNE CLAUSE D'EXCLUSION DE GARANTIE OU UNE CONDITION OU UNE EXCLUSION DE DOMMAGES EST SÉPARABLE ET INDÉPENDANTE DE TOUTE AUTRE DISPOSITION ET DOIT ÊTRE APPLIQUÉE EN TANT QUE TELLE.**
**DANS TOUTE RÉCLAMATION OU POURSUITE POUR DOMMAGES DÉCOULANT D'UNE VIOLATION DE GARANTIE OU DE CONTRAT PRÉSUMÉE, DE NÉGLIGENCE, DE RESPONSABILITÉ DU FAIT DES PRODUITS OU DE TOUTE AUTRE THÉORIE JURIDIQUE OU FONDÉE SUR L'ÉQUITÉ, L'ACHETEUR ACCEPTE EXPRESSÉMENT QUE BMC NE SOIT PAS RESPONSABLE DES DOMMAGES OU DES PERTES DE BÉNÉFICES SUBIS PAR L'ACHETEUR OU LES CLIENTS DE L'ACHETEUR. LA RESPONSABILITÉ DE BMC SERA LIMITÉE AU PRIX D'ACHAT PAYÉ PAR L'ACHETEUR POUR LES BIENS PRÉCISÉS VENDUS À L'ACHETEUR PAR BMC QUI SONT À L'ORIGINE DE LA RÉCLAMATION DE RESPONSABILITÉ.**

Aucun agent, employé ou représentant de Baylis Medical n'a le pouvoir de lier la Société à toute autre garantie, affirmation ou représentation concernant le produit.

La présente garantie n'est valide que pour l'acheteur d'origine des produits de Baylis Medical obtenus directement d'un agent autorisé de Baylis Medical. L'acheteur d'origine ne peut pas transférer la garantie.

L'utilisation de tout produit de BMC sera considérée comme une acceptation des conditions établies dans les présentes.

La garantie des produits de Baylis Medical sera en vigueur pour la période suivante :

| Produits jetables | Durée de vie du produit |
|---|---|
| Accessoires | 90 jours à partir de la date de livraison |

## Deutsch

Baylis Medical und das Baylis Medical-Logo sind Marken von Baylis Medical Technologies Inc.

Lesen Sie vor der Verwendung aufmerksam alle Anweisungen. Beachten Sie alle in vorliegender Anleitung angegebenen Gegenanzeigen, Warnungen und Vorsichtshinweise. Bei Nichtbeachtung können beim Patienten Komplikationen verursacht werden.

**Achtung**: Nach den US-Bundesgesetzen darf dieses Produkt nur an Ärzte bzw. auf Verschreibung eines Arztes verkauft werden.

Der Arzt ist dafür verantwortlich, alle absehbaren Risiken des Verfahrens zu bestimmen, zu beurteilen und den einzelnen Patienten mitzuteilen.

### I. BESCHREIBUNG DER VORRICHTUNG

Der VersaCross HF-Draht ist mit einem Einweg-VersaCross HF-Draht und einem Baylis Einweg-Anschlusskabel (Connector Cable) ausgestattet. Der VersaCross HF-Draht muss mit einem zugelassenen Baylis RFP-100A HF-Punktionsgenerator (Baylis HF-Generator) und dem Connector verwendet werden.

Der VersaCross HF-Draht führt Hochfrequenz-(HF-)Leistung in einem monopolaren Modus zwischen der distalen Elektrode und einer im Handel erhältlichen externen indifferente Einweg-(DIP-)Elektrode zu, die die aktuellen Anforderungen der IEC 60601-2-2 erfüllt. Das Anschlusskabel verbindet den Baylis-HF-Generator mit dem HF-Draht *VersaCross*. Dieses Anschlusskabel stellt HF-Strom des Baylis-HF-Generators für den HF-Draht *VersaCross* zur Verfügung.

Genauere Informationen zum Baylis HF-Generator finden Sie in einem separaten Handbuch, das im Lieferumfang des Equipments enthalten ist („Baylis Medical Company Radiofrequency Puncture Generator Instructions for Use"). Die Abmessungen des HF-Drahts *VersaCross* und des Baylis-Anschlusskabels sind auf dem Etikett des Geräts angegeben. Die Beschichtung des HF-Drahts *VersaCross* ermöglicht ein sanftes Vordringen der Vorrichtung und sie sorgt für die elektrische Isolierung. Der hochflexible distale Bereich des HF-Drahts *VersaCross* ist leicht gekrümmt und die aktive Spitze ist abgerundet, damit sie für das Herzgewebe atraumatisch ist, solange keine HF-Energie angelegt wird. An der Krümmung ist eine Markierspule positioniert, die sich per Fluoroskopie visualisieren lässt. Ein röntgendichter und echogener Markerspule wird zur Darstellung während der Handhabung im distalen Abschnitt positioniert. Im Hauptteil des HF-Drahtes *VersaCross* ermöglicht eine starre Führung bei der Bildung eines Vorhofseptumdefekts den Vorschub von Zusatzvorrichtungen in den linken Herzvorhof. Der VersaCross HF-Draht umfasst sichtbare Marker entlang seiner Länge, um die Drahtspitze in einer kompatiblen transseptalen Schleuse und/oder Dilatator-Einheit auszurichten (z. B. dem VersaCross Transseptal-Schleusen-Kit). Das proximale Ende des VersaCross HF-Drahts ist blankes Metall für den ausschließlichen Anschluss an das im Lieferumfang enthaltene Anschlusskabel. Es ist nicht für den Anschluss an den Elektrokauter oder die elektrochirurgische Geräte vorgesehen.

### II. GEBRAUCHSANWEISUNG

Der HF-Draht *VersaCross* ist indiziert für für die Schaffung eines Vorhofseptumdefekts im Herzen.

### III. KONTRAINDIKATIONEN

Der Einsatz des HF-Drahts *VersaCross* wird nicht empfohlen bei pathologischen Zuständen, bei denen die Schaffung eines Vorhofseptumdefekts nicht erforderlich ist. Das Anschlusskabel ist nicht zur Verwendung mit anderen Baylis HF-Generatoren oder anderen Produkten vorgesehen.

**In der EU:** Der VersaCross HF-Draht ist nicht zur Verwendung bei neonatalen Patienten vorgesehen, die jünger als 1 Monat sind.

## IV.    WARNHINWEISE

- Diese Vorrichtung dürfen nur Ärzte mit fundierten Kenntnissen im Bereich der Angiographie und der perkutanen Koronarinterventionsverfahren verwenden. Es wird empfohlen, dass jeder Arzt sich einer präklinischen Schulung unterzieht, die betreffende Literatur zur Kenntnis nimmt und weitere angemessene, vorbereitende Schritte unternimmt, ehe er neue Interventionsverfahren ausprobiert.
- Der HF-Draht *VersaCross* und das Baylis-Anschlusskabel (Anschlusskabel) werden in STERILEM Zustand (Ethylenoxid-Sterilisation) geliefert. Nicht benutzen, wenn die Verpackung beschädigt ist.
- Laborpersonal und Patienten können im Zuge einer Hochfrequenz-Punktion wegen der fortlaufenden Verwendung fluoroskopischer Bildgebungsverfahren bedeutenden Röntgenstrahlungsbelastungen ausgesetzt sein. Diese Belastung kann akute Strahlenschäden hervorrufen und mit einem erhöhten Risiko somatischer und genetischer Veränderungen einhergehen. Daher sind geeignete Maßnahmen zur Minimierung der Strahlungsbelastung zu treffen.
- Der HF-Draht *VersaCross* und das Anschlusskabel sind zum Gebrauch bei nur einem einzigen Patienten bestimmt. Versuchen Sie keine Sterilisation und verwenden Sie keines der Elemente erneut. Eine Wiederverwendung kann beim Patienten Verletzungen verursachen oder zur Übertragung von Infektionskrankheiten auf andere Patienten führen. Eine Wiederverwendung kann zu Patientenkomplikationen führen.
- Mit dem HF-Draht *VersaCross* muss das mitgelieferte Anschlusskabel verwendet werden. Versucht man die Verwendung anderer Anschlusskabel, kann dies tödliche Stromschläge für den Patienten oder Anwender zur Folge haben.
- Verwenden Sie den VersaCross HF-Draht nicht mit Elektrokauter oder elektrochirurgischen Generatoren, Anschlusskabeln oder Zubehör, da ein entsprechender Versuch zu Verletzungen des Patienten und/oder Bedieners führen kann.
- Das Anschlusskabel darf nur mit dem Hochfrequenz-Punktionsgenerator von Baylis (Baylis-HF-Generator) und dem mitgelieferten HF-Draht *VersaCross* verwendet werden. Versucht man die Verwendung anderer HF-Generatoren und Vorrichtungen, kann dies tödliche Stromschläge für den Patienten oder Anwender zur Folge haben.
- Der VersaCross HF-Draht muss mit kompatiblen transseptalen 0,035" Schleusen und/oder Dilatatorprodukten verwendet werden. Die Verwendung inkompatiblen Zubehörs kann die Unversehrtheit des VersaCross HF-Drahts oder des Zubehörs beeinträchtigen und zu Verletzungen des Patienten führen.
- Der VersaCross HF-Draht wurde nur für die transseptale Punktion mittels VersaCross Dilatatoren validiert, die die erforderliche Unterstützung für eine optimale Funktion bieten.
- Die aktive Spitze und die distale Krümmung des HF-Drahtes *VersaCross* sind empfindlich. Bitte seien Sie vorsichtig, um beim Umgang mit dem HF-Draht *VersaCross* die Spitze oder die distale Krümmung nicht zu beschädigen. Wenn Spitze oder distale Krümmung beschädigt werden, ist der HF-Draht *VersaCross* umgehend zu entsorgen.
- Die aktive Spitze und distale Kurvatur des VersaCross HF-Drahts sind zerbrechlich. Achten Sie darauf, die Spitze oder distale Kurvatur bei der Handhabung des VersaCross HF-Drahts nicht zu beschädigen. Wenn die Spitze oder distale Kurvatur zu irgendeinem Zeitpunkt bei der Verwendung beschädigt wird, muss der VersaCross HF-Draht umgehend entsorgt werden. Versuchen Sie nicht, die aktive Spitze gerade zu richten, wenn sie gebogen ist. Eine Beschädigung am Produkt kann zu Patientenverletzungen führen.
- Der HF-Draht *VersaCross* ist nicht zur Anwendung bei neonatalen Patienten (jünger als einen Monat) bestimmt. Versuchen Sie nicht, neonatale Patienten mit dem HF-Draht *VersaCross* zu behandeln.
- Versuchen Sie nicht den VersaCross HF-Draht durch eine Kanüle aus Metall oder eine perkutane Nadel zu schieben, da dies zu Schäden am Produkt und zu Patientenverletzungen führen kann.

## V.    VORSICHTMASSNAHMEN

- Versuchen Sie nicht, den HF-Draht *VersaCross* und das Baylis-Anschlusskabel (Anschlusskabel) oder Zusatzvorrichtungen zu benutzen, ehe Sie die beiliegenden Bedienungsanleitungen aufmerksam und vollständig gelesen haben.
- Hochfrequenzpunktions-Verfahren dürfen nur von Ärzten angewendet werden, die umfassend im Umgang mit den Techniken hochfrequenzbetriebener Punktion in einem geschult sind, und sie sind ausschließlich in komplett ausgestatteten Katheterisierungslabors anzuwenden.
- Die sterile Verpackung sollte vor der Verwendung per Sichtprüfung inspiziert werden. Verwenden Sie die Produkte nicht, wenn die Verpackung beschädigt oder kompromittiert ist.
- Prüfen Sie vor ihrer Verwendung visuell den HF-Draht *VersaCross* und das Anschlusskabel, um sich zu vergewissern, dass das Isoliermaterial frei von Rissen oder sonstigen Beschädigungen ist. Verwenden Sie Draht oder Kabel nicht, wenn irgendwelche Schäden vorliegen.
- Verwenden Sie den HF-Draht *VersaCross* oder das Anschlusskabel nicht nach Ablauf des HALTBARKEITSDATUMS auf dem Etikett.
- Der HF-Draht *VersaCross* und das Anschlusskabel sind ausschließlich für die Verwendung in Verbindung mit denjenigen Vorrichtungen bestimmt, die im Abschnitt 0 benötigte Ausrüstung aufgeführt sind.
- Lesen und beachten Sie die Anweisungen des Herstellers zur DIP-Elektrode.Benutzen Sie stets solche DIP-Elektroden, die die Anforderungen gemäß IEC 60601-2-2 erfüllen oder übertreffen.
- Die Platzierung der Neutralelektrode auf dem Oberschenkel kann mit einer erhöhten Impedanz einhergehen.
- Zur Vorbeugung gegen das Entzündungsrisiko müssen Sie sich vergewissern, dass im Raum während der Anwendung von HF-Strom keine entzündlichen Materialien vorhanden sind.
- Treffen Sie die Vorkehrungen zur Begrenzung der elektromagnetischen Interferenz (EMI), die der Hochfrequenz-Punktionsgenerator von Baylis (Baylis-HF-Generator) hinsichtlich der Leistung anderer Vorrichtungen generieren kann. Prüfen Sie die Kompatibilität und Sicherheit der Kombination mit anderen physiologischen Überwachungsgeräten und elektrischen Apparaten, die beim Patienten neben dem Baylis-HF-Generator zur Anwendung kommen.
- Es muss eine adäquate Filterung erfolgen, um eine kontinuierliche Überwachung des Oberflächen-Elektrokardiograms (EKG) während der Hochfrequenzstromanwendung zu ermöglichen.
- Versuchen Sie nicht, das proximale Ende des HF-Drahtes *VersaCross* als aktive Spitze einzuführen.
- Der VersaCross HF-Draht und das Anschlusskabel dürfen nicht gebogen werden. Durch übermäßiges Biegen oder Knicken des Drahtschafts, der distalen Kurvatur des Drahts und/oder des Anschlusskabels kann die Integrität der Gerätekomponenten beeinträchtigt und Patientenverletzungen verursacht werden. Gehen Sie bei der Handhabung des VersaCross HF-Drahts und Anschlusskabels bedachtsam vor.
- Biegen Sie den HF-Draht *VersaCross* oder das Anschlusskabel nicht. Ein übermäßiges Biegen oder Knicken des Führungsschafts oder der distalen bzw. der proximalen Krümmung kann den HF-Draht *VersaCross* beeinträchtigen oder beschädigen, was ein Verletzungsrisiko für den Patienten bedeutet. Beim Umgang mit dem HF-Draht und dem Anschlusskabel ist vorsichtig vorzugehen.
- Der Umgang mit dem HF-Draht *VersaCross* muss umsichtig erfolgen, um Verletzungen der Blutgefäße zu vermeiden. Der Vorschub des HF-Drahts *VersaCross* und des Dilators hat bildgesteuert zu erfolgen. Wenden Sie KEINE übermäßige Kraft an, um den VersaCross HF-Draht und die Dilatator-/Schleuseneinheit über den Führungsdraht vorwärts oder rückwärts zu schieben, wenn Widerstand spürbar ist. Übermäßige Kraft kann zur Verbiegen des Produkts und so das Vorschieben und die Retraktion von Schleuse und/oder Dilatator einschränken.
- Das Vorschieben des VersaCross HF-Drahts, der Zubehörschleuse und/oder der Dilatatorgruppe sollten unter bildgebender Führung erfolgen. Die sichtbaren Marker auf dem Drahtkörper sind nur eine ungefähre Angabe für die Positionierung der Drahtspitze mit dem distalen Ende des Dilatators.Versuchen Sie nicht, Hochfrequenzstrom anzulegen, ehe nicht zweifelsfrei bestätigt ist, dass die aktive Spitze des HF-Drahts *VersaCross* gute mit dem Zielgewebe in Kontakt ist.

- Vermeiden Sie die HF-Energiezufuhr mit dem VersaCross HF-Draht mit einem inkompatiblem Dilatator oder Kanülen, da dies zu Verbrennungen bei Patienten, zu einer unwirksamen oder fehlgeschlagenen Punktion führen kann.
- Es wird empfohlen, pro HF-Draht *VersaCross* maximal fünf (5) HF-Strom-Anwendungen vorzunehmen.
- Trennen Sie das Anschlusskabel nie vom Baylis HF-Generator, während die HF-Leistung zugeführt wird.
- Trennen Sie das Anschlusskabel niemals vom Baylis-HF-Generator, indem Sie am Kabel ziehen. Bei einer unsachgemäßen Trennung des Kabels kann dieses beschädigt werden.
- Drehen Sie das Anschlusskabel nicht, während Sie es vom isolierten Patientenanschluss des Baylis-HF-Generators trennen oder an diesen anschließen. Durch Drehen des Kabels können die Stiftstecker beschädigt werden.
- Der Baylis-HF-Generator ist für die Bereitstellung einer bedeutenden Stromstärke ausgelegt. Eine unsachgemäße Bedienung des HF-Drahts *VersaCross* oder der DIP-Elektrode kann zu Verletzungen beim Patienten oder Bediener führen, insbesondere beim Betrieb des Geräts.
- Während der Stromerzeugung darf der Patient nicht mit geerdeten Metalloberflächen in Kontakt kommen.
- Wenn bei normalen Einstellungen eine zu niedrige Stromausgabe oder eine unkorrekte Funktionsweise festgestellt wird, kann dies auf eine unsachgemäße Anbringung der DIP-Elektrode, eine fehlerhafte elektrische Leitung oder einen schlechten Gewebekontakt der aktiven Spitze hindeuten. Prüfen Sie das Gerät auf sichtbare Defekte oder falsche Verwendung. Versuchen Sie, die aktive Spitze des HF-Drahts *VersaCross* besser am Vorhofseptum zu positionieren. Erhöhen Sie die Stromstärke nur dann, wenn die niedrige Ausgabeleistung andauert.
- Baylis Medical Company versteht sich auf den Arzt, wenn es darum geht, jeden Patienten individuell zu den vorhersehbaren Risiken des Hochfrequenz-Punktursystems von Baylis zu beraten und zu informieren.
- Wenn Sie eine elektroanatomische Mapping-Führung verwenden, wird empfohlen, sie mit zusammen mit einer alternativen Bildgebungsmodalität zu verwenden, falls das Produkt nicht mehr sichtbar ist.

## VI.    ANGABEN ZUM PRODUKT

| Produkt | HF-Draht *VersaCross* | Produkt | Anschlusskabel RFP 100A |
|---|---|---|---|
| Nutzbare Länge | 180 oder 230cm | Nutzbare Länge | 10 Fuß, 3m |
| Führungsdraht-Durchmesser | 0,035" / 0,89mm | Generatoranschluss | 4-polig (3-polig)<br> |
| Kurvatur-Durchmesser | 9 mm J-tip oder 24 mm Pigtail | Geräteanschluss | Drucktaste |

## VII.    UNERWÜNSCHTE EREIGNISSE

Folgende unerwünschte Ereignisse können bei der Bildung eines Vorhofseptumdefekts auftreten:

| | | |
|---|---|---|
| Tamponade | Sepsis/Infektion | Thromboembolische Ereignisse |
| Perforation von Blutgefäßen | Vorhofflimmern | Herzinfarkte |
| Blutgefäßkrämpfe | Anhaltende Herzrhythmusstörungen | Vorhofflattern |
| Blutungen | Gefäßthrombose | Myocardiumperforation |
| Hämatome | Allergische Reaktionen auf Kontrastmittel | Kammertachykardie |
| Schmerz und Druckempfinden | Arteriovenöse Fistel | Tachykardie |
| | | Perikardiale Effusion |
| Gefäßtrauma, | zusätzlicher chirurgischer Eingriff, | Einklemmung/Verhedderung von Drähten, |
| Fremdkörper/Drahtfraktur | | |

## VIII.    ERFORDERLICHE AUSRÜSTUNG

Transseptale HF-Verfahren sollten in einer spezialisierten Klinikumgebung erfolgen, die mit entsprechendem Bildgebungsausrüstungen und kompatiblen Untersuchungstischen, echokardiographischer Bildgebung, einem physiologischen Rekorder, einer Notfallausrüstung und Instrumenten für das Schaffen eines Gefäßzugangs ausgestattet ist. Zu den weiteren für dieses Verfahren erforderliche Materialien zählen:

- RFP-100A Baylis HF-Generator
- kompatible transseptale 0,035"-Schleuse und/oder Dilatatoren
- DIP-Elektrode, die die Anforderungen der IEC 60601-2-2 für elektrochirurgischen Elektroden erfüllt oder übertrifft
- DuoMode CableTM zur Verwendung mit elektroanatomischen Mapping-Systemen

## IX.    INSPEKTION VOR INBETRIEBNAHME

Vor Durchführung des Verfahrens sollte der VersaCross HF-Draht und das im Lieferumfang enthaltene Anschlusskabel wie auch die gesamte Ausrüstung, einschließlich des während des Verfahrens verwendete Baylis HF-Generators sorgfältig auf Schäden oder Defekte inspiziert werden.

## X.    GEBRAUCHSANWEISUNGEN

- Alle Anweisungen für die benötigte Ausrüstung sind aufmerksam zu lesen, zu verstehen und zu befolgen. Bei Nichtbeachtung können Komplikationen verursacht werden.
- Der HF-Draht *VersaCross* und das Baylis-Anschlusskabel (Anschlusskabel) werden in STERILEM Zustand geliefert. Benutzen Sie beim Öffnen der Verpackung und Umgang mit dem Produkt im sterilen Bereich aseptische Techniken.
- Schließen Sie das Generatorende des Anschlusskabels an den isolierten Patientenausgang des Hochfrequenz-Punktionsgenerators von Baylis (Baylis-HF-Generator) an, so wie in der Bedienungsanleitung für den Baylis-HF-Generator angegeben. Richten Sie die Steckerstifte behutsam an der Steckdose aus und stecken Sie den Stecker ein, bis dieser fest in der Dose sitzt. Wird versucht, das Kabel auf andere Art einzustecken, werden die Steckerstifte beschädigt.
- Wenden Sie keine übermäßige Kraft auf, wenn Sie das Anschlusskabel an den Baylis-HF-Generator anschließen. Wenn Sie übermäßige Kraft aufwenden, werden dadurch die Steckerstifte beschädigt.
- Spülen Sie die transseptale Schleuse und/oder den Dilatator gründlich (nicht im Lieferumfang enthalten).
- Nehmen Sie an der gewünschten Zugangsstelle mit einer Kanüle (nicht mitgeliefert) eine normale Venenpunktion durch.
- Normalerweise werden die transseptale Schleuse und/oder der Dilatator unter bildgebender Führung eingeführt und anschließend über einen Führungsdraht vorgeschoben, um in der oberen Hohlvene (VCS) platziert zu werden. Der VersaCross HF-Draht ist dafür geeignet.
- Wenn der VersaCross HF-Draht nicht dazu verwendet wurde, um die Schleuse zur oberen Hohlvene (VCS) vorzuschieben, entfernen Sie den Führungsdraht und tauschen Sie ihn gegen den VersaCross HF-Draht mit dem im Lieferumfang enthaltenen Spitzenausrichter aus.
- Entfernen Sie den Führungsdraht.
- Richten Sie mit dem mitgelieferten Spitzenausrichter die distale Krümmung des HF-Drahtes *VersaCross* aus.

- Führen Sie die Spitze des HF-Drahts *VersaCross* in den Dilator-Hub ein und schieben Sie den Draht durch transseptale Führungsschaft und/oder Dilator, bis die Drahtspitze genau in der Dilatorspitze sitzt.
- Greifen Sie das Kathederanschlussende des Anschlusskabels fest mit einer Hand. Drücken Sie den roten Knopf oben auf dem Anschluss mit dem Daumen herunter.  Führen Sie das proximale Ende des HF-Drahts *VersaCross* langsam in die Öffnung des Kathederanschlusses.  Sobald der freiliegende Bereich des proximalen Endes der Vorrichtung nicht mehr sichtbar ist, lösen Sie den roten Knopf des Anschlusses.  Ziehen Sie sachte an der Vorrichtung und vergewissern Sie sich, dass Sie eine sichere Verbindung hergestellt haben.
- Schieben Sie den VersaCross HF-Draht durch die Schleuse und/oder die Dilatatoreinheit, bis sich die Drahtspitze gerade in der Dilatatorspitze befindet. Die sichtbaren Marker auf dem Drahtkörper können zur Unterstützung bei der Positionierung der Drahtspitze mit dem distalen Ende des Dilatators verwendet werden.
- HINWEIS: Bei Einsatz von elektroanatomischem Mapping wird empfohlen, vor der HF-Punktion die Platzierung der Spitze an der Fossa ovalis und des Septums mithilfe von Echokardiographie oder anderer bildgebender Verfahren zu bestätigen.
- Üben Sie Druck auf den Dilator aus und spannen Sie das Septum an der Fossa Ovalis.
- Schieben Sie den HF-Draht *VersaCross* dergestalt vor, dass die aktive Spitze an das Septum der Fossa Ovalis stößt, jedoch im Dilator verbleibt.
- Sobald die geeignete Positionierung erreicht ist, legen Sie mit dem Baylis-HF-Generator HF-Strom an die aktive Spitze an.  Dadurch erfolgt eine Punktion des Ziel-Herzgewebes.  Bitte beachten Sie die Gebrauchsanweisung des Baylis-HF-Generators für einen korrekten Betrieb des Generators.
- Üben Sie während des Anlegens von HF-Strom beständigen Druck auf den HF-Draht *VersaCross* aus, damit der HF-Draht *VersaCross* erfolgreich das Gewebe durchdringt.
- **ANM.:  Verwenden Sie die niedrigste geeignete HF-Einstellung, um die gewünschte Punktion zu erzielen.**
  - Für RFP-100A: Eine Ausgangs-HF-Einstellung zwischen einer (1) Sekunde im "PULSE"-Modus bis hin zu zwei (2) Sekunden im "CONSTANT"-Modus hat sich als ausreichend für eine erfolgreiche Punktion erwiesen.
- Die Bereitstellung von Hochfrequenzstrom kann durch Drücken des Knopfes RF ON/OFF am Generator beendet werden, wenn der Zeitgeber noch nicht abgelaufen ist.
- Der Zugang zum linken Vorhof kann durch Überwachung des VersaCross HF-Drahts unter geeigneter bildgebender Führung erfolgen.
- Wenn die Septumpunktion nach fünfmaligem (5) Anlegen von HF-Strom nicht erfolgreich war, wird geraten, dass der Benutzer für die Behandlung ein alternatives Verfahren verwendet.
- Nach erfolgreichem Abschluss der Punktion muss der HF-Draht *VersaCross* ohne angelegten HF-Strom mechanisch vorgeschoben werden Positionierung im linken Atrium reicht aus, wenn die vollständige distale Kurvatur und der Floppy-Abschnitt das Septum überquert haben und im linken Vorhof sichtbar sind. Führung per Echokardiographie wird empfohlen.
- Der transseptale Dilator kann dann über den Draht vorgeschoben werden, um die Punktion zu erweitern.
- Zum Abtrennen des HF-Drahts *VersaCross* vom Anschlusskabel drücken Sie den roten Knopf auf dem Katheteranschluss und entfernen Sie sachte das proximale Ende des HF-Drahts vom Anschlusskabel.
- Zum Abtrennen des Anschlusskabels vom Baylis-HF-Generator greifen Sie fest den Stecker und ziehen Sie ihn sachte und gerade aus der Steckdose.
- Ziehen Sie den VersaCross HF-Draht langsam durch die transseptale Schleuse und/oder Dilatator-Einheit zurück.

## Anschlüsse



Hochfrequenz-Punktionsgenerator von Baylis

Baylis-Anschlusskabel (inbegriffen)

DIP-Erdungskontakt

Fußschalter (wahlweise)

HF-Draht VersaCross Pigtail-Modell abgebildet

## XI.    ANWEISUNGEN FÜR REINIGUNG UNS STERILISIERUNG

Der HF-Draht *VersaCross* und das Baylis-Anschlusskabel sind zum einmaligen Gebrauch bestimmt. Reinigen oder sterilisieren Sie den HF-Draht *VersaCross* oder das Baylis-Anschlusskabel nicht.

## XII.    FEHLERBESEITIGUNG

Die folgende Tabelle soll dem Benutzer bei der Diagnose eventueller Probleme helfen.

| PROBLEM | KOMMENTAR | FEHLERBESEITIGUNG |
|---|---|---|
| **Baylis-Anschlusskabel passt nicht in den isolierten Patientenanschluss des Bedienpanels des Generators** | Die Anschlüsse sind aus Sicherheitsgründen so designt, dass sie nur auf eine bestimmte Art und Weise angeschlossen werden können.  Wenn die "Schlüssel"des Anschlusses nicht genau aufeinander ausgerichtet sind, passt der Stecker nicht. | Prüfen Sie, dass die Steckerführungen korrekt aufeinander ausgerichtet sind. |
| **Fehlermeldungen Generator** | Zum erfolgreichen Perforieren von Gewebe mit Hochfrequenzstrom müssen alle Geräte korrekt angeschlossen und in gutem Betriebszustand sein. | Stellen Sie sicher, dass alle Anschlüsse vorgenommen wurden:<br>- HF-Draht *VersaCross* an das Anschlusskabel<br>- Anschlusskabel an den Baylis-HF-Generator<br>- Baylis-HF-Generator an den Stromausgang<br>- Baylis-HF-Generator an die Steckdose<br>Prüfen Sie den HF-Draht *VersaCross* visuell auf Beschädigungen.  Sondern Sie beschädigte Ausrüstung umgehend aus. Wenn das Problem fortbesteht, stellen Sie die Benutzung ein.<br>Zu Fehlermeldungen, die während des Versuchs einer Hochfrequenzpunktion auftreten, schlagen Sie bitte in der Bedienungsanleitung nach, die dem Baylis-HF-Generator beiliegt. |

| Gebrochene oder geknickte Drähte | Brüche und Knicke des HF-Drahts *VersaCross* sind eine potentielle Ursache für Verletzungen des Patienten. | Sofort aussondern. |
|---|---|---|

## XIII.    INFORMATIONEN ZU KUNDENDIENST UND PRODUKTRÜCKGABE

Wenn Sie Probleme mit oder Fragen zu Baylis Medical Equipment haben, kontaktieren Sie bitte unseren technischen Kundendienst unter folgender Adresse oder Telefonnummer:

**Baylis Medical Company Inc.**
5959 Trans-Canada Highway
Montreal, Quebec, Kanada, H4T 1A1
Telefon: (514) 488-9801 oder (800) 850-9801
Fax: (514) 488-7209
www.baylismedical.com

**HINWEISE:**
1. Zur Rückgabe von Produkten brauchen Sie eine Rückgabeauthorisierungnummer, ehe Sie die Produkte an Baylis Medical Company zurücksenden. Mit der Authorisierungsnummer erhalten Sie die entsprechenden Anweisungen zur Abwicklung der Rückgabe.
2. Vergewissern Sie sich, dass das an Baylis Medical zurückgegebene Produkt gemäß Rückgabeanweisung gesäubert, dekontaminiert oder sterilisiert wurde, ehe Sie das Produkt für Garantieleistungen zurücksenden. Baylis Medical nimmt keine Komponenten benutzter Ausrüstung an, die nicht gemäß Rückgabeanweisung korrekt gereinigt oder dekontaminiert wurden.

## XIV.    ETIKETTIERUNG UND SYMBOLE

| | | | |
|---|---|---|---|
| | Hersteller | | Verwendung durch |
| **LOT** | Chargennummer | | Achtung |
| **REF** | Modellnummer | | Vor Sonnenlicht schützen |
| (2 STERILIZE) | Nicht erneut sterilisieren | | Nicht-pyrogen: Der HF-Draht ist nur bei ungeöffneter und unbeschädigter Verpackung nicht pyrogen. |
| (2) | Nicht erneut verwenden | | Gebrauchsanweisung befolgen |
| EC REP | Autorisierter Stellvertreter in der Europäischen Gemeinschaft | | Nicht benutzen, wenn die Verpackung beschädigt ist |
| STERILE EO | Sterilisiert mit Ethylenoxid | **Rx ONLY** | **Achtung:** Nach den US-Bundesgesetzen darf dieses Produkt nur an Ärzte bzw. auf Verschreibung eines Arztes verkauft werden. |
| | **Nur für EU-Mitgliedsstaaten:** Die Verwendung dieses Symbols weist darauf hin, dass das Produkt auf eine den lokalen und nationalen Bestimmungen gerechte Weise entsorgt werden muss. Mit Fragen zum Recycling dieses Geräts wenden Sie sich bitte an Ihren Händler. | | |

## Nederlands

Baylis Medical en het Baylis Medical-logo zijn handelsmerken van Baylis Medical Technologies Inc.

Lees de instructies aandachtig voorafgaand aan gebruik.  Let op alle contra-indicaties, waarschuwingen en voorzorgsmaatregelen in deze instructies.  Als u dit nalaat kan dit leiden tot complicaties bij de patiënten.
**Waarschuwing:** Federale (V.S.) wetgeving limiteert verkoop van dit apparaat aan or in opdracht van een arts.

Baylis Medical Company vertrouwt op de arts om alle te voorziene risico's van de procedure vast te stellen, te beoordelen en aan elke individuele patiënt te communiceren.

## I.    APPARAATOMSCHRIJVING

De VersaCross RF-draad wordt verpakt met een VersaCross RF-draad voor eenmalig gebruik en een Baylis aansluitkabel voor eenmalig gebruik (aansluitkabel). De VersaCross RF-draad moet worden gebruikt in combinatie met een goedgekeurde Baylis RFP-100A radiofrequentie-punctiegenerator (Baylis RF-generator) en de connector.
De VersaCross RF-draad levert radiofrequent (RF) vermogen in een monopolaire modus tussen de distale elektrode en een in de handel verkrijgbare externe DIP-elektrode (Disposable Indifferent (Dispersive) Patch) die aan de huidige IEC 60601-2-2-vereisten voldoet. De verbindingskabel verbindt de Baylis RF-generator met De VersaCross RF-draad.  Deze verbindingskabel zorgt ervoor dat RF-stroom van de Baylis RF-generator aan een *VersaCross* RF Wire geleverd kan worden.
Gedetailleerde informatie over de Baylis RF-generator is te vinden in een aparte handleiding die bij de generator wordt geleverd (getiteld: "Baylis Radiofrequency Puncture Generator gebruiksinstructies". Baylis RF-generators die verenigbaar zijn met De VersaCross RF-draad omvatten de RFP-100A.
De afmetingen van De VersaCross RF-draad en de Baylis Connector Cable zijn te vinden op het apparaatlabel.  De isolatie op het lichaam van De VersaCross RF-draad zorgt voor soepele voortgang van het apparaat en levert elektrische isolatie. Het slappe distale gedeelte van De VersaCross RF-draad heeft een kleine bocht en het actieve uiteinde is afgerond om niet traumatisch te zijn voor hartweefsel, tenzij de RF-stroom wordt toegepast Een radiopake en echogene markeringsspoel wordt voor visualisatie tijdens de manipulatie op het distale gedeelte geplaatst. Het hoofdgedeelte van De VersaCross RF-draad biedt een stijve rail om ondersteunende apparaten in het linker atrium te voeren na de creatie van een atriumseptumdefect. De VersaCross RF-draad is over de hele lengte van zichtbare markeringen voorzien om te helpen bij het uitlijnen van de draadtip in een compatibele transseptale huls en/of dilatator (bijv. de VersaCross transseptale hulskit). Het proximale uiteinde van de VersaCross RF-draad is van blank metaal en kan alleen met de meegeleverde aansluitkabel worden aangesloten en niet met elektrocauterisatie- of elektrochirurgische apparatuur.

## II.    INDICATIES VOOR GEBRUIK

De VersaCross RF-draad is aangeduid voor de creatie van een atriumseptumdefect in het hart.

## III.  CONTRA-INDICATIES

De VersaCross RF-draad wordt niet aangeraden voor gebruik by conidities waarbij de creatie van een atriumseptumdefect niet nodig is.

De Baylis verbindingskabel, verpakt met De VersaCross RF-draad, is niet aangeraden voor gebruik met een andere RF-generator of enig ander apparaat.

**In de EU**: De VersaCross RF-draad is niet bedoeld voor gebruik bij neonatale patiënten die jonger dan één maand oud zijn.

## IV.  WAARSCHUWINGEN

- Alleen artsen met een grondige kennis van angiografie en percutane interventieprocedures mogen dit apparaat gebruiken.  Het wordt aangeraden dat artsen een preklinische training volgen, de relevante literatuur doornemen, evenals andere geschikte opleidingen alvorens nieuw interventieprocedures te proberen.
- De VersaCross RF-draad en Baylis Connector Cable (verbindingskabel) worden STERIEL geleverd door middel van een etheenoxideproces.  Niet gebruiken als de verpakking is beschadigd.
- Laboratoriumpersoneel en patiënten kunnen significante blootstelling aan röntgenstralen ondervinden tijdens punctieprocedures door het continue gebruik van fluoroscopiebeeldvorming.  Deze blootstelling kan leiden tot acute stralingsschade en een verhoogd risico op somatische en genetische effecten.  Daarom moeten er adequate maatregelen genomen worden om deze blootstelling te minimaliseren.
- De VersaCross RF-draad en verbindingskabel zijn bedoeld voor gebruik op één patient.  Probeer de apparaten niet opnieuw te steriliseren en gebruiken.  Hergebruik kan letsel bij de patiënt opleveren en/of leiden tot besmetting met besmettelijke ziekte(s) tussen patiënten.  Hergebruik kan tot complicaties bij de patiënt leiden.
- De VersaCross RF-draad moet worden gebruikt met de meegeleverde Connector Cable.  Pogingen tot gebruik met andere verbindingskabels kan leiden tot elektrocutie van de patiënt en/of operator.
- De Connector Cable mag alleen gebruikt worden met de Baylis Radiofrequency Puncture Generator (Baylis RF-generator) en de bijgevoegDe VersaCross RF-draad. Pogingen tot gebruik met andere RF-generators en apparaten kan leiden tot elektrocutie van de patiënt en/of operator.
- Gebruik de VersaCross RF-draad niet in combinatie met elektrocauterisatie- of elektrochirurgische generatoren, aansluitkabels of accessoires, aangezien een poging tot gebruik tot letsel bij de patiënt en/of de gebruiker kan leiden.
- De VersaCross RF-draad moet met 0,035"-compatibele transseptale hulzen en/of dilatatoren worden gebruikt. Het gebruik van incompatibele accessoire-instrumenten kan de integriteit van de VersaCross RF-draad of accessoire-apparaten beschadigen en kan letsel bij de patiënt tot gevolg hebben.
- De VersaCross RF-draad is uitsluitend gevalideerd voor gebruik bij transseptale puncties met VersaCross-dilatatoren waarvan aangetoond is dat ze de vereiste ondersteuning voor een optimale werking bieden.
- Het actieve uiteinde en de distale kromming van De VersaCross RF-draad zijn fragiel.  Wees voorzichtig het uiteinde of de distale kromming niet te beschadigen terwijl u De VersaCross RF-draad gebruikt.  Als het uiteinde of de distale kromming beschadigd raken, gooi De VersaCross RF-draad dan onmiddellijk weg.
- De actieve tip en de distale curve van de VersaCross RF-draad zijn fragiel. Zorg ervoor dat u de tip of de distale curve tijdens het hanteren van de VersaCross RF-draad niet beschadigt.  Als de tip of de distale curve op enig moment tijdens het gebruik beschadigd raakt, gooi de VersaCross RF-draad dan onmiddellijk weg. Probeer de actieve tip niet recht te trekken wanneer deze gebogen is. Schade aan het instrument kan letsel bij de patiënt tot gevolg hebben.
- De VersaCross RF-draad is niet bedoeld voor gebruik met neonatale patiënten (minder dan een maand oud).  Probeer neonatale patiënten niet te behandelen met De VersaCross RF-draad.
- Probeer de VersaCross RF-draad niet door een metalen canule of een percutane naald te steken of terug te trekken, aangezien dit het instrument kan beschadigen en letsel bij de patiënt kan veroorzaken.

## V.  VOORZORGSMAATREGELEN

- Probeer De VersaCross RF-draad en Baylis Connector Cable (verbindingskabel) of ondersteunende apparatuur niet te gebruiken voordat u de bijgevoegde gebruiksinstructies grondig heeft doorgelezen.
- Radiofrequentie punctieprocedures mogen alleen worden uitgevoerd door artsen die grondig opgeleid zijn in de technieken van radiofrequentie punctieprocedures in volledig uitgeruste katherisatielaboratoria.
- De steriele verpakking moet voor gebruik visueel worden geïnspecteerd. Gebruik de instrumenten niet als de verpakking beschadigd of aangetast is.
- Kijk De VersaCross RF-draad en verbindingskabel visueel na voor gebruik om na te kijken dat er geen scheuren of schade is ana het isolatiemateriaal.  Gebruik de draad of kabel niet als er enige schade is.
- Gebruik De VersaCross RF-draad en/of verbindingskabel niet na de USE BY (gebruiken vóór)-datum op het etiket.
- De VersaCross RF-draad en verbindingskabel zijn alleen bedoeld voor gebruik met apparaten opgenomen in Sectie 0, Benodigde Apparatuur.
- Lees de gebruiksinstructies voor gebruik van de DIP-elektrode van de fabrikant en neem deze in acht. Gebruik altijd DIP-elektrodes die voldoen of beter zijn dan de eisen van IEC 60601-2-2.
- Plaatsing van de elektrode op het dijbeen kan zorgen voor hogere impedantie.
- Om ontvlammingsgevaar te voorkomen, moet u ervoor zorgen dat er geen brandbare materialen aanwezig zijn in de kamer tijdens toepassing van de RF-stroom.
- Neem voorzorgsmaatregelen om de effecten van elektromagnetische interferentie (EMI) die wordt geproduceerd door de Baylis Radiofrequency Puncture Generator (Baylis RF-generator) mogelijk heeft op de prestaties van andere apparatuur te minimaliseren.  De verenigbaarheid en veiligheid van combinaties na voor andere fysiologische controle- en elektrische apparatuur die wordt gebruikt op de patiënt, met de Baylis RF-generator.
- Er moet geschikte filtratie worden gebruikt om continue controle van het oppervlakte-elektrocardiogram (ECG) te controleren tijdens de toepassing van radiofrequentiestroom.
- Probeer het proximale uiteinde van De VersaCross RF-draad niet in te brengen en te gebruiken als het actieve uiteinde.
- Probeer de VersaCross RF-draad niet in een metalen canule of een percutane naald te steken of deze eruit te trekken.
- Buig de VersaCross RF-draad of de aansluitkabel niet. Overmatig buigen of knikken van de draadschacht, distale curve van de draad en/of de aansluitkabel kan de integriteit van de instrumentcomponenten beschadigen en letsel bij de patiënt veroorzaken. Voorzichtigheid is geboden bij het hanteren van de VersaCross RF-draad en aansluitkabel.
- Er moet voorzichtig omgegaan worden met De VersaCross RF-draad om schade aan de bloedvaten te voorkomen.  Progressie van De VersaCross RF-draad en Dilator moeten gedaan worden onder begeleiding van beelden.  Als er weerstand wordt ondervonden, gebruik dan GEEN buitensporige kracht om De VersaCross RF-draad of Dilator verder in te brengen of te verwijderen. Probeer geen radiofrequentie-energie toe te passen totdat het actieve uiteinde van De VersaCross RF-draad duidelijk in goed contact is met het doelweefsel. Als u weerstand ondervindt, mag u GEEN overmatige kracht gebruiken om De VersaCross RF-draad of hulphuls en/of dilatator voort te bewegen of terug te trekken. Door overmatige kracht uit te oefenen, kan het instrument buigen of knikken, waardoor het voortbewegen en terugtrekken van de huls en/of de dilatator wordt beperkt.
- De VersaCross RF-draad, hulphuls en/of dilatator moeten onder begeleiding van beeldvorming worden voortbewogen. Het gebruik van zichtbare markeringen op het draadlichaam is slechts een richtlijn bij benadering voor het positioneren van de draadtip met het distale uiteinde van de dilatator.

- Vermijd de afgifte van RF-energie van de VersaCross RF-draad met niet-compatibele dilatatoren of canules, aangezien dit kan leiden tot brandwonden bij de patiënt, ondoeltreffende punctie of het mislukken van de punctie.
- Het wordt aangeraden om niet meer dan vijf (5) RF-sroomapplicaties per *VersaCross* RF Wire toe te passen.
- Koppel de aansluitkabel nooit los van de Baylis RF-generator terwijl er RF-stroom wordt afgegeven.
- Koppel nooit de verbindingskabel los van de Baylis RF-generator door aan de kabel te trekken.  Als u de kabel niet correct loskoppelt kan dit leiden tot schade aan de kabel.
- Draai de verbindingskabel niet terwijl u deze inbrengt of verwijdert van Isolated Patient Connector op de Baylis RF-generator.  Het draaien van de kabel kan leiden tot schade aan de pinverbindingen.
- De Baylis RF-generator is in staat om significante elektrische stroom te leveren.  Onjuist gebruik van De VersaCross RF-draad en/of DIP-elektrode kan leiden tot letsel bij de operator of patiënt, in het bijzonder tijdens gebruik van het apparaat.
- Tijdens stroomtoepassing mag de patiënt niet in contact komen met geaarde metalen oppervlakken.
- Lage stroomoutput of het niet juist functioneren van de apparatuur bij normale instellingen kan wijzen op een foutieve applicatie van de DIP-elektrode, een falende elektrische leiding of slecht weefselcontact met het actieve uiteinde. Bekijk of er duidelijke apparaatdefecten zijn of dat het foutief wordt toegepast. Probeer het actieve uiteinde van De VersaCross RF-draad beter te positioneren tegen het atriale septum.  Verhoog de stroom alleen als het lage stroomoutput blijft plaatsvinden.
- Baylis Medical Company vertrouwt op de arts om alle voorspelbare risico's van het Baylis Medical Radiofrequency Puncture System te bepalen, evalueren en communiceren met elke individuele patiënt.
- Bij het gebruik van elektro-anatomische mappingbegeleiding wordt het aanbevolen om deze in het geval dat het instrument niet meer zichtbaar is samen met alternatieve beeldvormingsmodaliteiten te gebruiken.

## VI.  PRODUCTSPECIFICATIES

| Product | *VersaCross* RF Wire | Product | RFP 100A Connector Cable |
|---|---|---|---|
| **Bruikbare lengte** | 180 cm of 230cm | **Bruikbare lengte** | 10 voet/3m |
| **Draaddiameter** | 0.035"  / 0.89mm | **Generatorconnector** | 4-pin (3-pin)<br>Pin 4    Pin 1<br>Pin 3    Pin 2 (optioneel) |
| **Curvediameter** | 9 mm J-tip of 24 mm Pigtail | **Apparaatconnector** | Drukknop |

## VII.  ONGUNSTIGE GEBEURTENISSEN

Ongunstige gebeurtenissen die kunnen optreden bij het creëren van een atriumseptumdefect omvatten:

| | | |
|---|---|---|
| Tamponade | Sepsis/infectie | Trombo-embolische episodes |
| Bloedvatperforatie | Atriumfibrillatie | Myocardisch infarct |
| Bloedvatspasme | Aanhoudende aritmie | Atriale flutter |
| Bloedingen | Vasculaire trombose | Perforatie van het myocardium |
| Hematoma | Allergische reactie op het contrastmedium | Ventriculaire tachycardie |
| Pijn en gevoeligheid | Arterioveneuze fistel | Tachycardie |
| Vasculair trauma, vreemd voorwerp/draadbreuk | aanvullende chirurgische procedure | Pericardiale effusie verstrikking/verwarring van draden |

## VIII.  BENODIGDE APPARATUUR

Transseptale RF-procedures moeten in een gespecialiseerde klinische omgeving worden uitgevoerd die is uitgerust met geschikte beeldvormingsapparatuur en een compatibele onderzoekstafel, echocardiografische beeldvorming, fysiologische recorder, noodapparatuur en instrumentatie voor het verkrijgen van vasculaire toegang. Hulpmaterialen die nodig zijn om deze procedure uit te voeren, zijn onder meer:

- RFP-100A Baylis RF-generator
- 0,035" compatibele transseptale huls en/of dilatator
- DIP-elektrode, die aan de IEC 60601-2-2-vereisten voor elektrochirurgische elektroden voldoet of deze overtreft
- DuoMode CableTM voor gebruik met elektro-anatomische mappingsystemen

## IX.  INSPECTIE VOOR GEBRUIK

Voordat de procedure wordt uitgevoerd, moeten de VersaCross RF-draad en de meegeleverde aansluitkabel zorgvuldig op schade of defecten worden onderzocht, evenals alle in de procedure gebruikte apparatuur, inclusief de Baylis RF-generator.

## X.  GEBRUIKSAANWIJZINGEN

- Alle instructies voor de benodigde apparatuur moeten nauwkeurig worden gelezen, begrepen en gevolgd.  Als u dit nalaat kan dit leiden tot complicaties.
- De VersaCross RF-draad en Baylis Connector Cable (verbindingskabel) worden steriel geleverd. Gebruik aseptische techniek bij het openen van de verpakking en gebruik van het product in het steriele veld.
- Verbind het uiteinde van de generatorconnector van de verbindingskabel met de geïsoleerde patiëntconnectorpoort op de Baylis Radiofrequency Puncture RF Generator (Baylis RF-generator) volgens de Baylis RF-generator instructies voor gebruik. Lijn de connectorpinnen voorzichtig uit met het contact en druk totdat de connector stevig in het contact past. Enige poging om de kabel anderszins te verbinden zal de pinnen op de connector beschadigen.
- Gebruik geen overmatige kracht tijdens het verbinden van de verbindingskabel met de Baylis RF-generator.  Gebruik van overmatige kracht kan leiden tot schade aan de connectorpinnen.
- Spoel de transseptale huls en/of dilatator (niet meegeleverd) grondig door.
- Voer een standaard bloedvatpunctie uit op de gewenste toegangsplek met een toegangsnaald (niet meegeleverd).
- Een transseptale huls en/of dilatator worden gewoonlijk via de toegangsplaats ingebracht en vervolgens over een voerdraad voortbewogen om onder beeldgeleiding in de vena cava superior te worden geplaatst.  De VersaCross RF-draad kan voor dit doel worden gebruikt.
- Als de VersaCross RF-draad niet is gebruikt om de huls naar de vena cava superior te leiden, verwijdert u de voerdraad en vervangt u deze middels de meegeleverde tiprichter door de VersaCross RF-draad.
- Verwijder de geleidedraad.
- Leid De VersaCross RF-draad door de transseptale huls en/of dilatator totdat de draadtip zich net binnen de dilatatortip bevindt. De zichtbare markeringen op het draadlichaam kunnen gebruikt worden om te helpen bij het positioneren van de draadtip met het distale uiteinde van de dilatator.
- Plaats het uiteinde van De VersaCross RF-draad in de dilatorhub en breng de draad door de sheath/dilator-set totdat het draadeinde net in het dilatoreinde komt.
- Pak het katheterconnector-uiteinde van de verbindingskabel stevig vast in één hand. Druk de rode knop op de bovenkant van de connector in met uw duim.  Breng langzaam het proximale gedeelte van De VersaCross RF-draad in, in de opening van de katheterconnector.  Zodra het blootliggende gedeelte van het proximale uiteinde van het apparaat niet langer zichtbaar is laat u de rode knop op

DMR VXW 3.3 V-10 (CE Marked)

de connector los. Trek voorzichtig aan het apparaat om er zeker van te zijn dat u een betrouwbare verbinding heeft.

- Plaats de tip van de transseptale assemblage (RF-draad, huls en/of dilatator assemblage) in het rechter atrium tegen de fossa ovalis onder geschikte beeldvormingsbegeleiding, inclusief maar niet beperkt tot fluoroscopische, echocardiografische en/of elektroanatomische mappingbegeleiding met behulp van standaardtechniek.
- OPMERKING: Als u gebruikmaakt van elektroanatomische mappingbegeleiding, wordt het aanbevolen om de plaatsing van de tip en 'tenting' (tentvorming) van het septum met echocardiografische beeldvorming of een andere beeldvormingsmodaliteit te bevestigen.
- Oefen druk uit op de dilator om het septum op te zetten bij de fossa ovalis.
- Voer De VersaCross RF-draad door zodat het actieve uiteinde engageert met het septum bij de fossa ovalis, maar nog binnen de dilator.
- Zodra de correcte positie is bereikt, levert u RF-stroom aan het actieve uiteinde via de Baylis RF-generator. Dit resulteert in een punctie in het bedoelde hartweefsel. Zie a.u.b.de Baylis RF-generator instructies voor gebruik voor het correcte gebruik van de generator.
- Oefen ferme druk uit op De VersaCross RF-draad tijdens de applicatie van RF-stroom om De VersaCross RF-draad succesvol door het weefsel te brengen.
- **OPMERKING: Voor Baylis RF Generator-eenheden, gebruik de laagste RF-instellingen om de gewenste punctie te bereiken.**
  - Voor RFP-100A: Een initiële RF-instelling tussen één (1) seconden op "PULSE"-modus tot twee (2) seconden op "CONSTANT"-modus is aangetoond voldoende te zijn voor een succesvolle punctie.
- De levering van radiofrequentiestroom kan worden beëindigd door op de RF ON/OFF-knop op de Generator te drukken als de tijd nog niet is verlopen.
- Binnenkomst in het linker atrium kan worden bevestigd door de VersaCross RF-draad te bewaken onder de juiste beeldvormingsbegeleiding.
- Als septale punctie niet succesvol is na vijf (5) RF-stroomapplicaties wordt de gebruiker geadviseerd een andere methode te gebruiken voor de procedure.
- Zodra de punctie succesvol is afgerond moet De VersaCross RF-draad mechanisch worden doorgebracht zonder enige RF-stroom. Positionering in het linker atrium is voldoende wanneer de volledige distale curve en het slappe gedeelte het septum hebben gekruist en in het linker atrium worden waargenomen. Tevens wordt echocardiografische begeleiding aanbevolen.
- De Transseptal Dilator kan dan worden voortgebracht over de draad om de punctie te vergroten.
- Om De VersaCross RF-draad te ontkoppelen van de verbindingskabel drukt u de rode knop op de katheterconnector in en verwijdert u voorzichtig het proximale uiteinde van de RF Wire van de verbindingskabel.
- Om de Connector Cable van de Baylis RF-generator te verwijderen pakt u de connector stevig vast en trekt u hem voorzichtig recht uit het contact.
- Trek de VersaCross RF-draad langzaam door de transseptale huls en/of dilatator terug.

## Verbindingen



Baylis Radiofrequentie-punctiegenerator

Baylis Verbindingskabel (inbegrepen)

DIP aardingskussen

Voetschakelaar (optioneel)

VersaCross RF-draad Pigtail-model weergegeven

## XI.    INSTRUCTIES VOOR SCHOONMAKEN EN STERILISATIE
De VersaCross RF-draad en verbindingskabel zijn bedoeld voor eenmalig gebruik. Maak De VersaCross RF-draad en/of de verbindingskabel niet schoon en steriliseer ze niet opnieuw.

## XII.    PROBLEEMOPLOSSING
De volgende tabel wordt aangeboden om de gebruiker te helpen om potentiële problemen vast te stellen.

| PROBLEEM | OPMERKINGEN | PROBLEEMOPLOSSING |
|---|---|---|
| **Baylis Connector Cable past niet in de geïsoleerde patiëntconnector op het voorpaneel van de generator** | De connectors zijn om veiligheidsredenen ontworpen om op een bepaalde manier te verbinden. Als de connector 'sleutels' niet uitgelijnd zijn passen de connectors niet. | Kijk na of de connectorsleutels correct uitgelijnd zijn. |
| **Foutmeldingen generator** | Om weefsel succesvol te perforeren met radiofrequentiestroom moeten alle apparaten correct zijn verbonden en juist werken. | Kijk na of alle verbindingen zijn gemaakt: <br> - VersaCross RF Wire met Connector Cable <br> - Connector Cable met Baylis RF Generator <br> - Baylis RF Generator met stopcontact <br> - Baylis RF Generator met aardblok <br> Kijk De VersaCross RF-draad en Connector Cable na op schade. Gooi beschadigde apparatuur onmiddellijk weg. Als het probleem voortduurt, stop dan het gebruik. Zie de instructies voor gebruik bij de Baylis RF-generator voor foutmeldingen die worden weergegeven tijdens een radiofrequentiepunctie. |
| **Draadbreuken of -knikken** | Draadbreuken en -knikken in De VersaCross RF-draad kunnen de patiënt verwonden. | Onmiddellijk weggooien. |

## XIII.    KLANTENSERVICE EN INFORMATIE OVER RETOUR PRODUCTEN
Als u problemen heeft met of vragen over apparatuur van Baylis Medical kunt u contact opnemen met onze personeel voor technische ondersteuning via het onderstaande adres en/of telefoonnummer.

**Baylis Medical Company Inc.**
5959 Trans-Canada Highway
Montreal, Quebec, Canada, H4T 1A1
Telefoon: (514) 488-9801 of (800) 850-9801
Fax: (514) 488-7209
www.baylismedical.com

**OPMERKINGEN:**

1. Om producten retour te zenden moet u een authorisatienummer hebben voordat u de producten terugstuurt naar Baylis Medical Company. Instructies voor het retoursturen van producten zullen op dat moment aan u verstrekt worden.
2. Zorg ervoor dat een product dat teruggestuurd wordt naar Baylis Medical is schoongemaakt, ontsmet en/of gesteriliseerd zoals aangegeven in de Retourinstructies voordat u het terugstuurt voor de garantieservice. Baylis Medical accepteert geen apparatuur die niet correct is schoongemaakt of ontsmet volgens de Retourinstructies.

## XIV.    ETIKETTERING EN SYMBOLEN

| | | | | |
|---|---|---|---|---|
| | Fabrikant | | | Gebruik voor |
| LOT | Partijnummer | | ! | Waarschuwing |
| REF | Modelnummer | | | Weghouden bij zonlicht |
| (2) STERILIZE | Niet opnieuw steriliseren | | | Niet-pyrogeen: De RF-draad is niet-pyrogeen, tenzij de verpakking geopend of beschadigd is. |
| (2) | Niet opnieuw gebruiken | | | Volg instructies voor gebruik |
| EC REP | Bevoegde vertegenwoordiger in de Europese Gemeenschap | | | Niet gebruiken als de verpakking is beschadigd |
| STERILE EO | Steriel via etheenoxide | | **Rx ONLY** | **Waarschuwing:** Federale (V.S.) wetgeving limiteert verkoop van dit apparaat aan of in opdracht van een arts. |
| | **Alleen voor EU-lidstaten:** Gebruik van dit symbool geeft aan dat dit product moet worden weggegooid in overeenstemming met plaatselijke en nationale regelgeving. Voor vragen over recycling van dit apparaat kunt u contact opnemen met uw distributeur. | | | |

## Italiano
Baylis Medical e il logo Baylis Medical sono marchi registrati di Baylis Medical Technologies Inc.

Leggere attentamente tutte le istruzioni prima dell'uso. Osservare tutte le controindicazioni, avvertenze e precauzioni specificate in queste istruzioni. La mancata osservanza delle stesse può causare complicazioni per il paziente.
**Attenzione**: La legge federale (USA) limita la vendita del presente dispositivo da parte o dietro prescrizione di un medico.

La Baylis Medical Company si affida al medico per quanto attiene alla determinazione, alla valutazione e alla comunicazione a ciascun singolo paziente dei rischi prevedibili associati alla procedura.

### I.    DESCRIZIONE DEL DISPOSITIVO
Il Filo a Radiofrequenza VersaCross è confezionato con un Filo a Radiofrequenza VersaCross monouso e un Cavo di collegamento Baylis monouso (Cavo di collegamento). Il Filo a Radiofrequenza VersaCross deve essere usato con un Generatore di puntura a radiofrequenza Baylis RFP-100A approvato (Generatore RF Baylis) e il Connettore. Il Filo a Radiofrequenza VersaCross eroga potenza a radiofrequenza (RF) in modalità monopolare tra il suo elettrodo distale e un elettrodo esterno DIP (Disposable Indifferent (Dispersive) Patch) disponibile in commercio, che è conforme agli attuali requisiti IEC 60601-2-2. Il cavo collega l'ablatore a RF Baylis al filo RF *VersaCross*. Questo cavo di collegamento permette di passare l'energia in RF dall'ablatore a RF Baylis a un filo RF *VersaCross*. Informazioni dettagliate sull'ablatore a RF Baylis si trovano in un manuale a parte che lo accompagna (dal nome "Istruzioni per l'uso dell'ablatore a radiofrequenza Baylis"). Tra gli ablatori a RF Baylis compatibili con il filo RF *VersaCross* c'è lo RFP-100A.
Le dimensioni del filo RF e del cavo di collegamento Baylis *VersaCross* si trovano sull'etichetta del dispositivo. L'isolamento del filo RF *VersaCross* agevola l'avanzamento del dispositivo e crea isolamento elettrico. La porzione distale flessibile del filo RF *VersaCross* ha una piccola curva e la punta attiva è arrotondata in modo che non provochi traumi al tessuto cardiaco a meno che non venga applicata energia in RF. Una bobina di marker radiopaco ed ecogenico è posizionata sulla sezione distale per la visualizzazione durante la manipolazione. Il corpo principale del filo RF del *VersaCross* fornisce una guida rigida per fare avanzare i dispositivi ausiliari nell'atrio sinistro in seguito alla creazione di un difetto del setto atriale Il Filo a Radiofrequenza VersaCross è dotato di marker visibili lungo la sua lunghezza per facilitare l'allineamento della punta del filo in una guaina transettale e/o un dilatatore compatibili (ad esempio, il kit Guaina Transettale VersaCross). L'estremità prossimale del Filo a Radiofrequenza VersaCross RF è in metallo nudo per connettersi solo con il cavo di collegamento fornito e non con dispositivi di elettrocauterizzazione o elettrochirurgia. L'altra estremità del cavo di collegamento incluso si collega all'ablatore a RF Baylis.

### II.    ISTRUZIONI PER L'USO
Il filo RF *VersaCross* è indicato per la creazione di un difetto del setto atriale nel cuore.

### III.    CONTROINDICAZIONI
Il filo RF *VersaCross* non è raccomandato per l'uso in malattie che non richiedano la creazione di un difetto del setto atriale.
Il cavo di collegamento Baylis, confezionato con il filo RF *VersaCross*, non è raccomandato per l'uso con qualsiasi altro ablatore RF o qualunque altro dispositivo.

**Nell'UE**: il Filo a Radiofrequenza VersaCross non è destinato all'uso con pazienti neonatali di età inferiore a un mese.

### IV.    AVVERTENZE
- Devono usare questo dispositivo solo i medici con una comprensione approfondita delle angiografie e delle procedure percutanee. Si raccomanda che i medici seguano la preformazione clinica, rivedano la letteratura pertinente e sfruttino altre opportunità di formazione prima di tentare nuove procedure interventistiche.
- Il filo RF *VersaCross* e il cavo di collegamento Baylis sono forniti sterilizzati con ossido di etilene. Non usare se la confezione è danneggiata.
- Il personale del laboratorio e i pazienti possono essere esposti in modo abbondante ai raggi X durante le procedure di puntura a radiofrequenza a causa del continuo utilizzo dell'immaginografia con fluoroscopio. Questa esposizione può comportare gravi danni dovuti alle radiazioni, oltre a un maggiore rischio di disturbi somatici e conseguenze genetiche. Pertanto, devono essere prese misure adeguate per ridurre al minimo questa esposizione.

- Il filo RF e il cavo di collegamento *VersaCross* devono essere usati in un solo paziente.  Non tentare di sterilizzare e riutilizzare nessuno dei due dispositivi.  Il riutilizzo può causare danni al paziente e/o la trasmissione di malattie infettive da un paziente all'altro. La mancata osservanza di quanto sopra, può causare complicazioni per il paziente.
- Il filo RF *VersaCross* dev'essere utilizzato con il cavo di collegamento fornito.  I tentativi di utilizzarlo con altri cavi di collegamento può provocare la folgorazione del paziente e/o dell'operatore.
- Non utilizzare il Filo a Radiofrequenza VersaCross RF con generatori di elettrocauterizzazione o elettrochirurgia, cavi di collegamento o accessori in quanto il tentativo di utilizzo può provocare lesioni al paziente e/o all'operatore.
- Il cavo di collegamento deve essere utilizzato solo con l'ablatore a radiofrequenza Baylis (Baylis RF Generator) e il filo di RF *VersaCross* incluso. I tentativi di utilizzarlo con altri ablatori e dispositivi a RF può provocare la folgorazione del paziente e/o dell'operatore.
- Il Filo a Radiofrequenza VersaCross deve essere utilizzato con dispositivi guaina transettale e/o dilatatore compatibili da 0,035". L'uso di dispositivi accessori incompatibili può danneggiare l'integrità del Filo a Radiofrequenza VersaCross o dei dispositivi accessori e può causare lesioni al paziente.
- Il Filo a Radiofrequenza VersaCross RF è stato convalidato solo per l'uso nella puntura transettale attraverso i dilatatori VersaCross che hanno dimostrato di fornire il supporto necessario per un funzionamento ottimale.
- La punta attiva e la curva distale del Filo a Radiofrequenza VersaCross RF sono fragili. Fare attenzione a non danneggiare la punta o la curva distale mentre si maneggia il Filo a Radiofrequenza VersaCross.  Se la punta o la curva distale viene danneggiata in qualsiasi momento durante il suo utilizzo, gettare immediatamente il Filo a Radiofrequenza VersaCross. Non tentare di raddrizzare la punta attiva se piegata. I danni al dispositivo possono provocare lesioni al paziente.
- Se la punta attiva del filo RF *VersaCross* si piega in qualunque momento durante l'utilizzo, gettare via immediatamente il filo RF *VersaCross*.  Non tentare di raddrizzare la punta attiva.
- Il filo RF *VersaCross* non è destinato all'uso in pazienti neonatali (meno di un mese di età).  Non tentare di trattare i pazienti neonatali con il filo a RF *VersaCross*.
- Non tentare di inserire o ritrarre il Filo a Radiofrequenza VersaCross attraverso una cannula di metallo o un ago percutaneo, i quali potrebbero danneggiare il dispositivo e causare lesioni al paziente.

### V. PRECAUZIONI

- Non tentare di usare il filo RF *VersaCross* e il cavo di collegamento Baylis o i dispositivi accessori prima di leggere il manuale d'istruzioni allegato.
- Le procedure di puntura in radiofrequenza devono essere eseguite esclusivamente da medici accuratamente addestrati nelle tecniche di puntura in radiofrequenza in un laboratorio di caterizzazione completamente attrezzato.
- Il confezionamento sterile dev'essere ispezionato visivamente prima dell'uso per individuare eventuali compromissioni.  Assicurarsi che la confezione non sia danneggiata.  Non usare l'apparecchiatura se la confezione non è intatta.
- Ispezionare visivamente il filo a RF e il cavo di collegamento *VersaCross* prima dell'uso per assicurarsi che non vi siano incrinature o danni al materiale isolante.  Non usare il filo o il cavo se ci sono danni.
- Non usare il filo RF e/o il cavo di collegamento *VersaCross* dopo la data di scadenza indicata sull'etichetta.
- Il filo RF e il cavo di collegamento *VersaCross* sono solo intesi per l'uso con i dispositivi indicati nella sezione 0, Attrezzatura necessaria.
- Leggere e seguire le istruzioni del costruttore per l'uso dell'elettrodo patch indifferente (dispersivo) (DIP) monouso.  Usare sempre elettrodi DIP che soddisfano o superano i requisiti IEC 60601-2-2.
- Il posizionamento dell'elettrodo dispersivo sulla coscia potrebbe essere associato a un'impedenza maggiore.
- Per evitare il rischio di ignizione, assicurarsi che nella stanza non siano presenti materiali infiammabili durante l'applicazione dell'energia in radiofrequenza.
- Prendere le precauzioni per limitare gli effetti che l'interferenza elettromagnetica (EMI) prodotta dall'ablatore a radiofrequenza Baylis (Baylis RF Generator) possa avere su altre apparecchiature. Verificare la compatibilità e la sicurezza dell'uso in combinazione con altra apparecchiatura di monitoraggio fisiologico ed elettrica sul paziente.
- Durante le applicazioni di energia in radiofrequenza, dev'essere usato un filtraggio adeguato per permettere il monitoraggio continuo dell'elettrocardiogramma (ECG) di superficie.
- Non piegare il Filo a Radiofrequenza VersaCross o il Cavo di collegamento. Una piegatura o un attorcigliamento eccessivo dello stelo del filo, della curva distale del filo e/o del Cavo di collegamento possono danneggiare l'integrità dei componenti del dispositivo e possono causare lesioni al paziente. Prestare attenzione durante la manipolazione del Filo a Radiofrequenza VersaCross e del Cavo di collegamento.
- Non tentare di inserire o ritirare il Filo VersaCross RF attraverso un catetere metallico o un ago per accesso percutaneo.
- Non piegare il filo RF o il cavo di collegamento *VersaCross*.  Il piegamento o l'attorcigliamento del perno, della curva distale o della curva prossimale possono danneggiare l'integrità del filo RF *VersaCross* e provocare lesioni al paziente.  È necessario prestare attenzione quando si maneggia il filo RF e il cavo di collegamento.
- Il filo RF *VersaCross* dev'essere maneggiato con cura per evitare un trauma vasale Se si incontra resistenza, NON usare una forza eccessiva per far avanzare o ritirare il Filo a Radiofrequenza VersaCross o il gruppo guaina e/o dilatatore accessorio. Una forza eccessiva può portare alla piegatura o all'attorcigliamento del dispositivo limitando l'avanzamento e la retrazione del gruppo guaina e/o dilatatore.
- L'avanzamento del Filo a Radiofrequenza VersaCross e del gruppo accessorio guaina e/o dilatatore deve essere effettuato sotto la guida di imaging. L'uso di marker visibili sul corpo del filo rappresenta solo una guida approssimativa per il posizionamento della punta del filo con l'estremità distale del dilatatore.Non cercare di fornire energia in radiofrequenza finché si ha conferma che la punta attiva del filo RF *VersaCross* ha un buon contatto con il tessuto di destinazione.
- Evitare l'erogazione di energia RF del Filo a Radiofrequenza VersaCross con dispositivi come dilatatori o cannule incompatibili, che possono provocare ustioni al paziente, una puntura inefficace o una mancata puntura.
- Si raccomanda di non superare cinque (5) applicazioni di energia in RF a filo RF *VersaCross*.
- Non scollegare mai il cavo di collegamento dall'ablatore in RF Baylis mentre l'ablatore fornisce energia in RF.
- Non scollegare mai il cavo di collegamento dall'ablatore in RF Baylis tirando il cavo. Se il cavo non viene scollegato correttamente può essere danneggiato.
- Non attorcigliare il cavo di collegamento durante l'inserimento o la rimozione dal connettore isolato del paziente all'ablatore in RF Baylis.  La torsione del cavo può provocare danni ai perni del connettore.
- L'ablatore in RF Baylis è in grado di fornire energia elettrica significativa. La manipolazione errata del filo RF e/o dell'elettrodo DIP *VersaCross* può provocare infortuni all'operatore, in particolare durante il funzionamento del dispositivo.
- Durante l'erogazione di energia, il paziente non deve venire in contatto con superfici di metallo di messa a terra.
- L'apparente bassa potenza in uscita o il mancato funzionamento ottimale dell'apparecchiatura secondo le impostazioni normali possono indicare che l'applicazione dell'elettrodo DIP non è corretta, un filo elettrico difettoso o un contatto insufficiente della punta attiva con il tessuto.  Verificare la presenza di evidenti difetti o di applicazioni errate. Tentare di posizionare meglio la punta attiva del filo RF del *VersaCross* sul setto atriale.  Aumentare l'energia solo se la bassa emissione di potenza continua.

- Baylis Medical Company si affida al medico per determinare, valutare e comunicare a ogni paziente tutti i rischi prevedibili del sistema di ablazione in radiofrequenza Baylis Medical.
- Se si utilizza la guida di mappaggio elettroanatomico, si raccomanda di utilizzarla insieme a una modalità di imaging alternativa nel caso in cui vi sia una perdita di visibilità del dispositivo.

### VI. CARATTERISTICHE TECNICHE DEL PRODOTTO

| Prodotto | Filo RF *VersaCross* | Prodotto | Cavo di collegamento RFP 100A |
|---|---|---|---|
| Lunghezza utile | 180 cm o 230cm | Lunghezza utile | 10 piedi/3m |
| Diametro del filo | 0.035"  / 0.89mm | Connettore dell'ablatore | 4-pin (3-pin) |
| Diametro della curva | 9 mm J-tip  o 24 mm Pigtail | Connettore del dispositivo | Pulsante |

### VII. EVENTI AVVERSI

Gli eventi avversi che possono verificarsi durante la creazione di un difetto del setto atriale comprendono:

| | | |
|---|---|---|
| Tamponamento | Sepsi/infezione | Episodi tromboembolici |
| Perforazione vasale | Fibrillazione atriale | Infarto miocardico |
| Spasmo vasale | Aritmie prolungate | Flutter atriale |
| Emorragia | Trombosi vascolare | Perforazione del miocardio |
| Ematoma | Reazione allergica al mezzo di contrasto | Tachicardia ventricolare |
| Dolore e sensibilità | Fistola arterovenosa | Tachicardia |
| Trauma vascolare, , | Procedura chirurgica aggiuntiva | Versamento pericardico intrappolamento/aggrovigliamento del filo |
| Frattura di corpo estraneo/filo | | |

### VIII. Attrezzatura necessaria

Le procedure transettali RF devono essere eseguite in un ambiente clinico specializzato dotato di attrezzature di imaging appropriate e di un tavolo d'esame compatibile, di imaging ecocardiografico, di un registratore fisiologico, di attrezzature di emergenza e di strumenti per ottenere un accesso vascolare. I materiali ausiliari necessari per eseguire questa procedura includono:

- Generatore RF Baylis RFP-100A
- Dispositivi guaina transettale e/o dilatatore compatibili da 0,035"
- Elettrodo DIP, conforme o superiore ai requisiti IEC 60601-2-2 per elettrodi elettrochirurgici
- DuoMode CableTM per l'uso con sistemi di mappaggio elettroanatomico

### IX. ISPEZIONE PRIMA DELL'USO

Prima di eseguire la procedura, i componenti individuali tra cui il filo RF e il cavo di collegamento Baylis dell'ablatore a radiofrequenza Baylis, *VersaCross* devono essere ispezionati attentamente per individuare eventuali danni o difetti, come pure tutte le apparecchiature della procedura.  Non usare attrezzature difettose.  Non utilizzare nuovamente il filo RF o il cavo di collegamento.

### X. ISTRUZIONI PER L'USO

- Tutte le istruzioni per le apparecchiature devono essere lette attentamente, comprese e seguite.  La mancata osservanza di quanto sopra, può causare complicazioni.
- Il filo RF e il cavo di collegamento Baylis *VersaCross* sono forniti sterilizzati.  Aprire il pacchetto seguendo una tecnica asettica e manipolare il prodotto in un campo sterile.
- Collegare l'estremità del cavo dell'ablatore alla porta del connettore isolato del paziente sull'ablatore a RF Baylis (Baylis RF Generator) come da istruzioni per l'uso dell'ablatore a RF Baylis. Allineare delicatamente i pin del connettore alla presa e premerli verso dentro finché il connettore entra fermamente nella presa. Qualsiasi tentativo di collegare il cavo in modo diverso danneggerà le puntine del connettore.
- Non forzare il collegamento del cavo all'ablatore in RF Baylis.  L'uso di forza eccessiva può danneggiare le puntine del connettore.
- Lavare accuratamente la guaina transettale e/o il dilatatore (non forniti).
- Eseguire una puntura nella vena standard al punto di accesso desiderato, usando una siringa di accesso (non in dotazione).
- Una guaina transettale e/o un dilatatore vengono solitamente inseriti attraverso il sito di accesso e vengono poi fatti avanzare su un filo guida per essere posizionati nella Vena Cava Superiore (SVC) sotto la guida di imaging.  Il Filo a Radiofrequenza VersaCross può essere utilizzato a tal fine.
- Se il Filo a Radiofrequenza VersaCross non è stato utilizzato per far avanzare la guaina fino alla SVC, rimuovere il filo guida e sostituirlo con il Filo a Radiofrequenza VersaCross con il raddrizzatore di punta in dotazione.
- Rimuovere il filo guida.
- Usando il raddrizzatore della punta, raddrizzare la curva distale del filo RF *VersaCross*.
- Inserire la punta del filo RF *VersaCross* nel raccordo del dilatatore e fare avanzare il filo attraverso il set guaina transettale e/o dilatatore fino a quando la punta del filo si trova dentro la punta del dilatatore.
- Afferrare saldamente con una mano l'estremità del connettore del catetere del cavo di collegamento. Usando il pollice, premere il pulsante rosso sulla parte superiore del connettore. Inserire lentamente l'estremità prossimale del filo RF *VersaCross* nell'apertura del connettore del catetere.  Una volta che la porzione esposta dell'estremità prossimale del dispositivo non sarà più visibile, rilasciare il pulsante rosso del connettore. Tirare delicatamente il dispositivo per verificare che il collegamento sia sicuro.
- Posizionare la punta del gruppo transettale (filo RF, guaina e/o dilatatore gruppo) nell'atrio destro contro la fossa ovale sotto una guida di imaging appropriata, compresa, ma non solo, la guida fluoroscopica, ecocardiografica e/o di mappaggio elettroanatomico utilizzando la tecnica standard.
- NOTA: se si utilizza la guida di mappaggio elettroanatomico, si raccomanda di confermare il posizionamento della punta e il tenting del setto con l'imaging ecocardiografico o un'altra modalità di imaging.
- Premere sul dilatatore per allargare il setto nella fossa ovalis.
- Far passare il filo RF *VersaCross* in modo che la punta attiva tocchi la fossa ovalis mentre è ancora nel dilatatore.
- Una volta raggiunta la posizione giusta, passare energia in RF attraverso l'ablatore RF Baylis alla punta attiva.  Questo si traduce nella puntura del tessuto cardiaco di destinazione. Si prega di fare riferimento alle istruzioni per l'uso dell'ablatore RF Baylis per l'uso corretto dell'ablatore.
- Esercitare una pressione ferma sul filo RF *VersaCross* durante l'applicazione dell'energia in RF per riuscire a fare avanzare il filo RF *VersaCross* attraverso il tessuto.
- **NOTA: Per gli ablatori RF Baylis, usare le impostazioni in RF più basse per raggiungere la foratura desiderata.**
  - Per RFP-100A: L'impostazione iniziale di RF di un (1) secondo in modalità "PULSE", poi due (2) secondi in modalità "CONSTANT" hanno dimostrato di essere sufficienti per una foratura ben riuscita.

- La fornitura dell'energia in radiofrequenza può essere interrotta premendo il pulsante ON/OFF dell'ablatore se il timer non ha ancora finito di scorrere.
- L'ingresso nell'atrio sinistro può essere confermato dal monitoraggio del Filo a Radiofrequenza VersaCross sotto un'appropriata guida di imaging.
- Se la puntura settale non riesce dopo cinque (5) applicazioni di energia in RF, si consiglia di utilizzare un metodo alternativo per la procedura.
- Una volta completata la puntura, il filo RF *VersaCross* dev'essere inserito meccanicamente senza energia in RF. Il posizionamento nell'atrio sinistro è sufficiente quando l'intera curva distale ha attraversato il setto ed è osservabile sotto fluoroscopia nell'atrio sinistro. Si raccomanda anche la guida ecocardiografica.
- Il dilatatore transettale può essere fatto avanzare sul filo per ingrandire la puntura.
- Per scollegare il filo RF del *VersaCross* dal cavo di collegamento, premere il pulsante rosso sul connettore del catetere e rimuovere delicatamente l'estremità prossimale del filo RF dal cavo di collegamento.
- Per scollegare il cavo del connettore dall'ablatore a RF Baylis, afferrare fermamente il connettore e staccarlo delicatamente dalla presa.
- Estrarre lentamente il filo RF del *VersaCross* attraverso il set della guaina/dilatatore transettale.
- Ritrarre lentamente il Filo a Radiofrequenza VersaCross attraverso il gruppo guaina transettale e/o dilatatore.

## Collegamenti



Ablatore a radiofrequenza Baylis

Cavo di collegamento Baylis (incluso)

Elettrodo dispersivo

Filo per RF VersaCross
Modello a spirale mostrato

Interruttore a pedale (opzionale)

## XI.    ISTRUZIONI PER LA PULIZIA E LA STERILIZZAZIONE
Il filo RF e il cavo di collegamento *VersaCross* sono monouso.  Non pulire e non risterilizzare il filo RF e/o il cavo di collegamento Baylis *VersaCross.*

## XII.    RISOLUZIONE DEI PROBLEMI
La seguente tabella è fornita per agevolare l'utente nella diagnosi dei potenziali problemi.

| PROBLEMI | COMMENTI | RISOLUZIONE DEI PROBLEMI |
|---|---|---|
| Il cavo di collegamento Baylis non entra nel *connettore del paziente isolato* sul pannello anteriore dell'ablatore | I connettori sono progettati in modo da collegarsi in modo specifico per motivi di sicurezza. Se le parti del connettore non sono allineate, i connettori non potranno essere montati. | Verificare che le parti del connettore siano allineate nell'orientamento giusto. |
| Messaggi d'errore dell'ablatore | Per potere praticare correttamente una puntura nel tessuto usando l'energia in radiofrequenza, tutti i dispositivi devono essere collegati correttamente ed essere perfettamente funzionanti. | Assicurarsi che tutti i collegamenti siano stati fatti:<br>- Il filo RF *VersaCross* al cavo di collegamento<br>- Il cavo di collegamento all'ablatore a RF Baylis<br>- L'ablatore a RF Baylis alla presa di corrente<br>- L'ablatore a RF Baylis all'elettrodo dispersivo<br>Ispezionare visivamente il filo RF *VersaCross* e il cavo di collegamento per escludere eventuali danni.  Gettare immediatamente eventuali apparecchiature danneggiate.  Se il problema persiste interrompere l'utilizzo.<br>Per messaggi di errore riscontrati durante il tentativo di puntura in radiofrequenza, fare riferimento alle istruzioni per l'uso che accompagnano l'ablatore a RF Baylis. |
| Il filo si rompe o si attorciglia | Le rotture o gli attorcigliamenti del filo RF *VersaCross* sono una potenziale causa di lesioni per il paziente. | Gettarli immediatamente |

## XIII.    INFORMAZIONI SULL'ASSISTENZA CLIENTI E PER IL RESO DEL PRODOTTO
In caso di problemi o domande sulle apparecchiature mediche Baylis, contattare il nostro personale di assistenza tecnica al seguente indirizzo e/o numero di telefono.

**Baylis Medical Company Inc.**
5959 Trans-Canada Highway
Montreal, Quebec, Canada, H4T 1A1
Telefono: (514) 488-9801 oppure (800) 850-9801
Fax: (514) 488-7209
www.baylismedical.com

**NOTE:**
1. Per rendere i prodotti, è necessario avere un numero di autorizzazione per la restituzione prima di spedire i prodotti indietro a Baylis Medical Company. Le istruzioni per il reso del prodotto saranno fornite in tale momento.
2. Assicurarsi che i prodotti restituiti a Baylis Medical siano stati puliti, decontaminati e/o sterilizzati come indicato nelle istruzioni per il reso dei prodotti, prima di restituirli per il servizio sotto garanzia. Baylis Medical non accetta parti di apparecchiature utilizzate che non siano state pulite o decontaminate accuratamente come da istruzioni per la restituzione del prodotto.

## XIV.    ETICHETTE E SIMBOLI

| | | | |
|---|---|---|---|
| ᴍ | Produttore | ⧖ | Scadenza |
| **LOT** | Numero di lotto | ⊗ | Non usare se la confezione è danneggiata. |

| | | | |
|---|---|---|---|
| **REF** | Numero di modello | ⚠ | Attenzione |
| STERILIZE 2 | Non risterilizzare | ☀ | Tenere lontano dalla luce diretta del sole |
| ②  | Non riutilizzare | | Non pirogenico: Il filo RF non è pirogeno, purché la confezione non sia aperta o danneggiata. |
| EC  REP | Rappresentante autorizzato nella Comunità Europea | | Seguire le istruzioni per l'uso |
| STERILE  EO | Sterilizzare usando ossido di etilene | **Rx ONLY** | **Attenzione:** la legge federale (USA) limita la vendita del presente dispositivo da parte o su prescrizione di un medico. |
| | **Solo per gli stati membri dell'UE:** L'uso di questo simbolo indica che il prodotto dev'essere smaltito in conformità ai regolamenti nazionali e locali. Per domande riguardanti il riciclaggio di questo dispositivo contattare il proprio distributore. | | |

## Español
Baylis Medical y el logotipo de Baylis Medical son marcas comerciales de Baylis Medical Technologies Inc.

Lea cuidadosamente todas las instrucciones antes del uso.  Respete todas las contraindicaciones, advertencias y precauciones mencionadas en estas instrucciones.  Si no lo hace, podrían presentarse complicaciones con el paciente.
**Precaución**: La Ley Federal (EE. UU.) restringe la venta de este dispositivo a médicos o bajo prescripción facultativa.

Baylis Medical Company confía en que el médico determine, valore y comunique a cada paciente todos los riesgos predecibles del procedimiento.

### I.    DESCRIPCIÓN DEL DISPOSITIVO
El cable de RF VersaCross está empaquetado con un cable de RF VersaCross de un solo uso y un Connector Cable (cable conector) de Baylis de un solo uso El cable de RF VersaCross debe utilizarse con un generador de punción de radiofrecuencia Baylis RFP-100A (generador de radiofrecuencia Baylis) aprobado y el conector.
El cable de RF VersaCross suministra energía de radiofrecuencia (RF) en modo monopolar entre su electrodo distal y un electrodo externo de parche indiferente (dispersivo) (DIP) disponible en el mercado, que cumpla con los requisitos actuales de la norma IEC 60601-2-2. El cable conector conecta el generador RF Baylis al catéter *VersaCross* RF.  Este cable conector permite que la energía de RF se envíe desde el generador de RF Baylis al catéter *VersaCross* RF.
Puede encontrar información detallada sobre el generador RF Baylis en un manual aparte que viene incluido con el generador (bajo el título "Generador de perforación por radiofrecuencia Baylis Instrucciones de uso"). El generador RF Baylis compatible con el catéter *VersaCross* RF incluye el RFP-100A.
Las dimensiones del catéter *VersaCross* RF y del cable conector Baylis pueden verse en la etiqueta de cada dispositivo.  El aislamiento del cuerpo del catéter *VersaCross* RF facilita el deslizamiento suave del dispositivo y además ofrece aislamiento eléctrico. La parte distal flexible del catéter *VersaCross* RF tiene una pequeña curva y la punta activa es redondeada para que no produzca trauma en el tejido cardíaco a menos que se aplique energía de RF.  Se coloca una bobina marcadora radiopaca y ecogénica en la sección distal para su visualización durante la manipulación. El cuerpo principal del catéter *VersaCross* RF ofrece una guía rígida para deslizar dispositivos complementarios en la aurícula izquierda después de la creación de un defecto septal auricular La guía de RF VersaCross cuenta con marcadores visibles a lo largo de su longitud para ayudar a alinear la punta de la guía en un conjunto compatible de vaina transeptal y/o dilatador (por ejemplo, el kit de vaina transeptal VersaCross). El extremo proximal del cable de RF VersaCross es de metal desnudo para conectarlo únicamente con el Connector Cable suministrado y no con dispositivos de electrocauterización o electrocirugía. El otro extremo del cable conector que se incluye lo conecta con el generador de RF Baylis.

### II.    INDICACIONES PARA SU USO
El catéter *VersaCross* RF está indicado en la creación de un defecto septal auricular en el corazón.

### III.    CONTRAINDICACIONES
El catéter *VersaCross* RF no se recomienda para su uso en ninguna condición que no requiera la creación de un defecto septal auricular.
El cable conector Baylis, incluido con el catéter *VersaCross* RF, no se recomienda para su uso con ningún otro generador de RF ni con ningún otro dispositivo.

**En la UE**: El cable de RF VersaCross no está destinado a ser utilizado en pacientes neonatales de menos de un mes de edad.

### IV.    ADVERTENCIAS
- Únicamente los médicos con una buena comprensión de la angiografía y de procedimientos de intervenciones percutáneas deberían utilizar este dispositivo.  Se recomienda que los médicos reciban capacitación pre-clínica y otra formación adecuada, y que revisen la literatura pertinente antes de intentar nuevos procedimientos de intervención.
- El catéter *VersaCross* RF y el cable conector Baylis (cable conector) se suministran en estado ESTÉRIL después de haberse sometido a un proceso de óxido de etileno.  No lo utilice si el embalaje está dañado.
- El personal de laboratorio y los pacientes pueden exponerse a cantidades significativas de rayos x durante los procedimientos de perforación por radiofrecuencia debido al uso continuo del proceso de obtención de imágenes fluoroscópicas. Dicha exposición puede ocasionar severas lesiones por radiación, así como un riesgo más elevado de efectos somáticos y genéticos.  Por lo tanto, se deben tomar las medidas adecuadas para minimizar la exposición.
- El catéter *VersaCross* RF y el cable conector están destinados para su uso con un solo paciente únicamente.  No intente esterilizar y reutilizar ningún dispositivo.  La reutilización puede lesionar al paciente y/o transmitir enfermedades infecciosas de un paciente a otro. Si no lo hace, podrían presentarse complicaciones con el paciente.
- El catéter *VersaCross* RF debe utilizarse con el cable conector que se incluye.  El intento de utilizarlo con otros cables conectores puede ocasionar la electrocución del paciente y/o del operador.
- No utilice el cable de RF VersaCross con generadores de electrocauterización o electrocirugía, cables conectores o accesorios, ya que su uso puede provocar lesiones al paciente y/o al operador.
- El cable conector debe utilizarse exclusivamente con el generador de perforación por radiofrecuencia Baylis (generador de FR Baylis) y el catéter *VersaCross* RF incluido. El intento de utilizarlo con otros generadores RF puede ocasionar la electrocución del paciente y/o del operador.

- El cable de RF VersaCross debe utilizarse con dispositivos de vaina transeptal y/o dilatadores compatibles de 0,035". El uso de dispositivos accesorios incompatibles puede dañar la integridad del cable de RF VersaCross o de los dispositivos accesorios y puede causar lesiones al paciente.
- El cable de RF VersaCross solamente ha sido validado para su uso en la punción transeptal a través de los dilatadores VersaCross, que han demostrado proporcionar el soporte necesario para un funcionamiento óptimo.
- La punta activa y la curva distal del catéter *VersaCross* RF son frágiles. Tenga cuidado de no dañar la punta ni la curva distal mientras manipula el catéter *VersaCross* RF. Si se daña la punta o la curva distal, deseche el catéter *VersaCross* RF inmediatamente.
- La punta activa y la curva distal del cable de RF VersaCross son frágiles. Tenga cuidado de no dañar la punta o la curva distal al manipular el cable de RF VersaCross. Si la punta o la curva distal se dañan en cualquier momento durante su uso, deseche el cable de RF VersaCross inmediatamente. No intente enderezar la punta activa si está doblada. Los daños en el dispositivo pueden provocar lesiones en el paciente. No intente enderezar la punta activa.
- El catéter *VersaCross* RF no está destinado a usarse con pacientes neonatales (menores a un mes de edad). No intente hacer tratamientos a pacientes neonatales con el catéter *VersaCross* RF.
- No intente insertar o retraer el cable de RF VersaCross a través de una cánula metálica o una aguja percutánea, ya que podría dañar el dispositivo y causar lesiones al paciente.

## V.        PRECAUCIONES
- No intente usar el catéter *VersaCross* RF y el cable conector Baylis (cable conector) o equipos complementarios antes de leer completamente las Instrucciones de uso incluidas con el mismo.
- Los procedimientos de perforación por radiofrecuencia deberían realizarlos únicamente médicos capacitados en las técnicas de perforación accionada por radiofrecuencia en un laboratorio de cateterismo totalmente equipado.
- Deberá realizar una inspección visual del embalaje estéril antes de usarlo para detectar cualquier cambio. Asegúrese de que no se ha dañado el embalaje. No utilice el equipo si el embalaje ha sufrido cambios.
- El envase estéril debe ser inspeccionado visualmente antes de su uso. No utilice los dispositivos si el envase está dañado o afectado.
- Realice una inspección visual del catéter *VersaCross* RF y del cable conector antes de usarlos para asegurarse de que el material aislante no esté agrietado ni dañado. No utilice el catéter ni el cable si tienen algún daño.
- No utilice el catéter *VersaCross* RF ni el cable conector después de la fecha de caducidad (USE BY) indicada en la etiqueta.
- El catéter *VersaCross* RF y el cable conector están destinados únicamente para usarse con aquellos dispositivos que se listan en la Sección 0, Equipo necesario.
- Lea y siga las instrucciones del fabricante sobre cómo usar el electrodo de almohadilla (DIP) indiferente (dispersivo) desechable. Utilice siempre electrodos DIP que cumplan o superen los requisitos de la norma IEC 60601-2-2.
- La colocación del electrodo dispersivo en el muslo podría estar asociada a una mayor impedancia.
- A fin de evitar el riesgo de incendio, asegúrese de que no haya materiales inflamables presentes en la sala durante la aplicación de energía de RF.
- Tome precauciones para limitar los efectos que la interferencia electromagnética (EMI) producida por el generador de perforación por radiofrecuencia Baylis (generador de RF Baylis) podría tener sobre el desempeño de otros equipos. Verifique la compatibilidad y la seguridad de las combinaciones de otros aparatos eléctricos y de control fisiológico que vayan a usarse en el paciente, además del generador de RF Baylis.
- Se debe utilizar un filtrado adecuado para permitir el control continuo del electrocardiograma superficial (ECG) durante la aplicación de energía de RF.
- No intente introducir y utilizar el extremo proximal del catéter *VersaCross* RF como punta activa.
- No intente insertar o recoger el cable VersaCross RF mediante una cánula metálica o un aguja percutánea
- No doble el catéter *VersaCross* RF ni el cable conector. Si encuentra resistencia, NO fuerce el avance ni la retirada del conjunto del cable de RF VersaCross o el conjunto auxiliar de vaina y dilatador. Una fuerza excesiva puede hacer que el dispositivo se doble o se retuerza, limitando el avance y la retracción de la vaina y del dispositivo dilatador.
- Evite la alimentación de energía de RF del cable de RF VersaCross con dilatadores o cánulas incompatibles, ya que puede provocar quemaduras en el paciente, una punción ineficaz o un fallo en la punción.
- El avance del cable de RF VersaCross y del conjunto de vaina y/o dilatador auxiliares debe realizarse bajo la guía por imágenes. El uso de marcadores visibles en el cuerpo del cable son únicamente una guía aproximada para posicionar la punta del cable con el extremo distal del dilatador.Se debe manipular el catéter *VersaCross* RF con sumo cuidado para evitar los traumas en el vaso sanguíneo. El desplazamiento del catéter *VersaCross* RF y/o del dilatador deben realizarse bajo la guía del sistema de obtención de imágenes. Si encuentra resistencia, NO use excesiva fuerza para deslizar y/o retirar el catéter *VersaCross* RF ni el dilatador.
- No intente emitir energía de radiofrecuencia hasta que se confirme que la punta activa del catéter *VersaCross* RF hace buen contacto con el tejido diana.
- Se recomienda no exceder las cinco (5) aplicaciones de energía de RF por cada catéter *VersaCross* RF.
- Nunca desconecte el cable conector del generador de RF Baylis mientras el generador está emitiendo energía de RF.
- Nunca desconecte el cable conector del generador de RF Baylis tirando del cable. Si no se desconecta correctamente, el cable podría dañarse.
- No gire el cable conector mientras lo introduce o lo retira del conector del paciente aislado o del generador de RF Baylis. Girar el cable puede dañar los conectores de clavijas.
- El generador de RF Baylis puede emitir una cantidad significativa de energía eléctrica. La manipulación incorrecta del catéter *VersaCross* RF y/o del electrodo DIP, particularmente al operar el dispositivo, podría producir lesiones al paciente o al operador.
- Mientras se emite energía, no se le debería permitir al paciente estar en contacto con superficies de suelos de metal.
- Una aparentemente salida de energía baja o funcionamiento incorrecto del equipo con la configuración adecuada podrían indicar una aplicación incorrecta del electrodo DIP, el fallo de un cable eléctrico o un contacto insuficiente con el tejido en la punta activa. Verifique a fin de detectar defectos evidentes en el equipo o una utilización incorrecta. Intente colocar la punta activa del catéter *VersaCross* RF en una mejor posición hacia el tabique auricular. Aumente la potencia únicamente si la salida baja persiste.
- Baylis Medical Company confía en el médico para determinar, evaluar y comunicarle a cada paciente todos los riesgos previsibles del sistema de perforación por radiofrecuencia médico Baylis.
- Si se utiliza la guía de mapeo electroanatómico, se recomienda utilizarla junto con una modalidad de imagen alternativa, por si se produjera pérdida de visibilidad del dispositivo.

## VI.        ESPECIFICACIONES DEL PRODUCTO

| Producto | Catéter *VersaCross* RF | Producto | Cable conector RFP 100A |
|---|---|---|---|
| Longitud utilizable | 180 cm o 230cm | Longitud utilizable | 10 pies/3 m |
| Diámetro del cable | 0.035" / 0.89mm | Conector del generador | 4 clavijas (3 clavijas) |
| | | | |
| Diámetro de la curva | 9 mm J-tip o 24 mm Pigtail | Conector del dispositivo | Pulsador |

## VII.        EFECTOS ADVERSOS

Entre los efectos adversos que podrían producirse al momento de crear un defecto septal auricular se incluyen:

| | | |
|---|---|---|
| Taponamiento | Sepsis/Infección | Episodios tromboembólicos |
| Perforación de vasos | Fibrilación auricular | Infarto de miocardio |
| Espasmo de vasos sanguíneos | Arritmias continuadas | Aleteo auricular |
| Hemorragia | Trombosis vascular | Perforación del miocardio |
| Hematoma | Reacción alérgica al medio de contraste | Taquicardia ventricular |
| Dolor y sensibilidad | Fístula arteriovenosa | Taquicardia |
| Traumatismo vascular, , | Procedimiento quirúrgico adicional, | Derrame pericárdico Atrapamiento/enredo del alambre |
| Fractura de cuerpo extraño/alambre | | |

## VIII.        EQUIPOS NECESARIOS

Los procedimientos transeptales de RF deben realizarse en un entorno clínico especializado equipado con un equipo de imagen adecuado y una mesa de exploración compatible, imágenes de ecocardiografía, registrador fisiológico, equipo de emergencia e instrumentación para obtener el acceso vascular. Los materiales auxiliares necesarios para realizar este procedimiento incluyen:
- Generador de RF Baylis RFP-100A
- Vainas transeptales y/o dilatadores compatibles de 0,035"
- Electrodo DIP, que cumpla o supere los requisitos de la norma IEC 60601-2-2 para electrodos electroquirúrgicos
- Cable DuoMode™ para su uso con sistemas de mapeo electroanatómico

## IX.        INSPECCIÓN PREVIA AL USO

Antes de realizar el procedimiento, el cable de RF VersaCross y el Connector Cable deben examinarse cuidadosamente para detectar posibles daños o defectos, al igual que todo el equipo, incluido el generador de RF Baylis, utilizado en el procedimiento. No utilice equipos defectuosos. No reutilice el catéter de RF ni el cable conector.

## X.        INDICACIONES DE USO

- Se deben leer cuidadosamente, entender y seguir todas las instrucciones para el equipo. Si no lo hace, podrían presentarse complicaciones.
- El catéter *VersaCross* RF y el cable conector Baylis (cable conector) se suministran en estado estéril. Utilice técnicas asépticas al abrir el embalaje y manipular el producto en el campo estéril.
- Conecte el extremo del conector del generador del cable conector al puerto conector del paciente aislado en el generador de perforación por radiofrecuencia Baylis (generador de FR Baylis) según las Instrucciones de uso del generador de RF Baylis. Alinee las clavijas del conector con la toma y presione hasta que el conector encaje con firmeza en la misma. Cualquier intento de conectar el cable de otra forma dañará las clavijas del conector.
- No use excesiva fuerza al conectar el cable conector al generador de RF Baylis. El uso de fuerza excesiva podría dañar las clavijas del conector.
- Lave a fondo la vaina transeptal y/o el dilatador (no suministrado).
- Realice una perforación de vaso sanguíneo normal en el sitio de acceso deseado mediante una aguja de acceso (no suministrada).
- La vaina y/o el dilatador transeptales se suelen insertar a través de la vena femoral derecha y se hacen avanzar mediante una guía hasta colocarlos en la vena cava superior (VCS) con asistencia visual. El cable de RF VersaCross puede utilizarse para este fin.
- Si no se ha utilizado el cable de RF VersaCross para hacer avanzar la vaina hasta la VCS, retire la aguja guía y cámbiela por el cable de RF VersaCross con el enderezador de puntas suministrado..
- Retire el catéter guía.
- Por medio del instrumento para enderezar puntas, enderece la curva distal del catéter *VersaCross* RF.
- Haga avanzar el cable de RF VersaCross a través del conjunto de vaina transeptal y/o dilatador hasta que la punta del cable esté justo dentro de la punta del dilatador. Se pueden usar marcadores visibles en el cuerpo del cable para ayudar a posicionar la punta del cable con el extremo distal del dilatador.
- Sostenga con firmeza el extremo conector del catéter del cable conector en una mano. Haciendo uso de su dedo pulgar, presione el botón rojo en la parte superior del conector. Introduzca lentamente el extremo proximal del catéter *VersaCross* RF en la abertura del conector del catéter. Cuando la parte expuesta del extremo proximal del dispositivo ya no esté visible suelte el botón rojo del conector. Tire suavemente del dispositivo para asegurarse de que tiene una conexión segura.
- Coloque la punta del conjunto transeptal (cable de RF, vaina y dilatador) en la aurícula derecha, contra la fosa oval, con asistencia visual que incluya, entre otras, las técnicas estándar de mapeo fluoroscópico, ecocardiográfico y/o electroanatómico.. NOTA: Si se guía por el mapeo electroanatómico, se recomienda confirmar la colocación de la punta y la presión septal ayudándose de imágenes ecocardiográficas o de otra índole.
- Aplique presión al dilatador para abultar el tabique en la fosa oval.
- Deslice el catéter *VersaCross* RF de modo que la punta activa alcance el tabique en la fosa oval, pero mientras aún permanece dentro del dilatador.
- Una vez que se ha alcanzado la posición correcta, emita energía de RF a la punta activa través del generador de RF Baylis RF. Esto produce la perforación del tejido cardíaco diana. Por favor, consulte las Instrucciones de uso del generador de RF Baylis para la correcta operación del generador.
- Aplique presión firme al catéter *VersaCross* RF durante la aplicación de energía de RF para deslizar correctamente el catéter *VersaCross* RF a través del tejido.
- **NOTA: En las unidades del generador de RF Baylis, utilice los parámetros de RF adecuados más bajos para lograr la perforación deseada.**

- Para el RFP-100A: Se ha demostrado que una configuración de RF inicial entre un (1) segundo en modo PULSO ("PULSE") y dos (2) segundos en modo CONSTANTE ("CONSTANT") es suficiente para la correcta perforación.
- La emisión de energía de radiofrecuencia puede interrumpirse presionando el botón RF ON/OFF del generador si el temporizador no ha terminado.
- La entrada en la aurícula izquierda puede confirmarse mediante la monitorización del cable de RF VersaCross bajo una guía de imagen adecuada.
- Si la perforación septal no tiene éxito después de cinco (5) aplicaciones de energía de RF, se aconseja que el usuario utilice un método alternativo para el procedimiento.
- Una vez que la perforación se ha realizado correctamente, el catéter *VersaCross* RF debe deslizarse de forma mecánica sin emitir energía de RF. El posicionamiento en la aurícula izquierda es suficiente cuando la curva distal completa y la sección flexible han cruzado el tabique y se observan en la aurícula izquierda. También se recomienda la guía ecocardiográfica.
- Entonces se puede deslizar el dilatador transeptal por el catéter para agrandar la perforación.
- Para desconectar el catéter *VersaCross* RF del cable conector, oprima el botón rojo en el conector del catéter y retire cuidadosamente el extremo proximal del catéter de RF del cable conector.
- Para desconectar el cable conector del generador de RF Baylis, sostenga el conector con firmeza y tire de él suavemente para sacarlo de la toma.

Retraiga el cable de RF VersaCross lentamente a través del conjunto de la vaina transeptal y/o el dilatador.

## Conexiones



Generador de perforación por radiofrecuencia Baylis

Cable conector Baylis (incluido)

Almohadilla de tierra DIP

Catéter *VersaCross* RF Mostrado modelo Pigtail

Interruptor de pie (opcional)

## XI.    INSTRUCCIONES DE LIMPIEZA Y ESTERILIZACIÓN
El catéter *VersaCross* RF y el cable conector están destinados para un solo uso exclusivamente.  No limpie ni esterilice nuevamente el catéter *VersaCross* RF ni el cable conector Baylis.

## XII.    RESOLUCIÓN DE PROBLEMAS
Se proporciona el siguiente cuadro para ayudar al usuario a diagnosticar potenciales problemas.

| PROBLEMA | COMENTARIOS | RESOLUCIÓN DE PROBLEMAS |
|---|---|---|
| El cable conector Baylis no encaja en el conector de paciente aislado en la parte frontal del generador. | Por motivos de seguridad, los conectores están diseñados para conectarse de una forma específica.  Si las "llaves" del conector no están alineadas, los conectores no encajan. | Verifique que las llaves del conector estén alineadas en la orientación adecuada. |
| Mensajes de error del generador | A fin de realizar perforaciones de tejido por medio de energía de radiofrecuencia con éxito, todos los dispositivos deben estar conectados correctamente y en buen estado de funcionamiento. | Asegúrese de que se hayan hecho todas las conexiones:<br>- Catéter *VersaCross* RF al cable conector<br>- Cable conector al generador de RF Baylis<br>- Generador de RF Baylis a la salida de energía eléctrica<br>- Generador de RF Baylis a la almohadilla de tierra<br>Realice una inspección visual del catéter *VersaCross* RF y del cable conector para detectar si están dañados. Deseche cualquier equipo dañado de inmediato.  Si el problema persiste, interrumpa su uso.<br>En cuanto a los mensajes de error que aparezcan mientras intenta realizar una perforación por radiofrecuencia, consulte el documento "Instrucciones de uso" que viene incluido con el generador de RF Baylis. |
| Rotura o torcedura del catéter | Las roturas o torceduras del catéter *VersaCross* RF son una causa potencial de lesiones en el paciente. | Deséchelo inmediatamente. |

## XIII.    INFORMACIÓN SOBRE DEVOLUCIÓN DE PRODUCTOS Y SERVICIO AL CLIENTE
Si tiene algún problema o pregunta acerca de los equipos médicos de Baylis, póngase en contacto con nuestro personal de asistencia técnica en la siguiente dirección y/o número de teléfono.

**Baylis Medical Company Inc.**
5959 Trans-Canada Highway
Montreal, Quebec, Canadá, H4T 1A1
Teléfono: (514) 488-9801/ (800) 850-9801
Fax: (514) 488-7209
www.baylismedical.com

**NOTAS:**
1. Para devolver productos, primero necesita un número de autorización de devolución antes de enviar los productos a Baylis Medical Company. En ese momento, se le proporcionarán las "Instrucciones para la devolución de productos".
2. Asegúrese de que cualquier producto que se devuelva a Baylis Medical se haya limpiado, descontaminado y/o esterilizado según se indica en las Instrucciones para la devolución de productos antes de devolverlo al servicio de garantía. Baylis Medical no aceptará ningún equipo usado que no haya sido limpiado y descontaminado adecuadamente según las Instrucciones para la devolución de productos.

## XIV.    ETIQUETAS Y SÍMBOLOS

| | | | |
|---|---|---|---|
| ■ | Fabricante | ⏳ | Utilizado por |
| **LOT** | Número de lote | ⚠ | Precaución |

| | | | |
|---|---|---|---|
| **REF** | N.º de modelo | ☀ | Manténgase alejado de la luz solar |
| STERILIZE 2 | No lo esterilice nuevamente | ⊗ | No lo utilice si el embalaje está dañado |
| ② | No lo utilice nuevamente | | No pirógeno: el cable de RF no es pirogénico, a menos que el envase esté abierto o dañado. |
| EC REP | Representante autorizado en la Comunidad Europea | | Siga las Instrucciones de uso |
| STERILE EO | Esterilizado con óxido de etileno (EO) | **Rx ONLY** | **Precaución:** La Ley Federal (EE. UU.) restringe la venta de este dispositivo a médicos o bajo prescripción facultativa. |
| | **Únicamente para los estados miembro de la UE:**<br>El uso de este símbolo indica que el producto debe desecharse de forma que cumpla con la normativa local y nacional. Si tiene preguntas sobre el reciclaje de este dispositivo, por favor póngase en contacto con su distribuidor. | | |

## Português
Baylis Medical e o logótipo Baylis Medical são marcas comerciais da Baylis Medical Technologies Inc.

Leia atentamente todas as instruções antes de usar.  Respeite todas as contraindicações, advertências e precauções indicadas nestas instruções.  O desrespeito por esta regra pode resultar em complicações no doente.

**Cuidado**: A Lei Federal (EUA) restringe a venda deste dispositivo que só pode ser vendido por um médico ou    por ordem deste.

A Baylis Medical Company deixa à responsabilidade do médico assistente a decisão, avaliação e a comunicação dos riscos previsíveis do procedimento a cada doente individualmente.

### I.    DESCRIÇÃO DO DISPOSITIVO
O Fio de Radiofrequência VersaCross é embalado com um Fio de Radiofrequência VersaCross e com um Cabo Conetor (Connector Cable) Baylis, ambos de utilização única. O Fio de Radiofrequência VersaCross destina-se a ser utilizado com um Gerador de Radiofrequência de Punção Baylis RFP-100A (Baylis RF Generator) e com o cabo conetor. O Fio de Radiofrequência VersaCross fornece energia de radiofrequência (RF) de modo monopolar entre o respetivo elétrodo distal e um elétrodo adesivo (DIP) indiferente (dispersivo) descartável, comercialmente disponível, que cumpra as atuais exigências da IEC 60601-2-2. O Cabo Conetor liga o Gerador de RF Baylis ao Fio de RF *VersaCross*. Este Cabo Conetor permite que a energia de RF seja fornecida a partir do Gerador de RF Baylis a um Fio de RF *VersaCross*.

Informações detalhadas sobre o Gerador de RF Baylis estão incluídas num manual separado que acompanha o Gerador (intitulado "Instruções de Utilização do Gerador de Punção por Radiofrequência da Baylis"). Os Geradores de RF Baylis compatíveis com o RFP-100A. As dimensões do Fio de RF *VersaCross* e do Cabo Conetor Baylis podem ser encontradas no rótulo do dispositivo.  O isolamento do corpo do Fio de RF *VersaCross* facilita o avanço suave do dispositivo e fornece isolamento elétrico. A porção distal frouxa do Fio de RF *VersaCross* tem uma pequena curva e a ponta ativa é arredondada para não ser traumática para o tecido cardíaco, a menos que seja aplicada energia de RF.  Uma bobina de marcação radiopaca e ecogénica está posicionada na secção distal para visualização durante a manipulação. O corpo principal do Fio de RF *VersaCross* fornece uma via rígida para o avanço de dispositivos auxiliares para a aurícula esquerda após a criação de um defeito do septo atrial. O Fio de Radiofrequência VersaCross inclui marcadores visíveis ao longo do respetivo comprimento para ajudar a alinhar a ponta do fio num conjunto de bainha e/ou dilatador transeptais compatível (por exemplo, o kit de Bainha Transeptal VersaCross). A extremidade proximal do Fio de Radiofrequência VersaCross é em metal descoberto para ligação apenas com o Cabo Conetor fornecido e não com os dispositivos de eletrocauterização ou eletrocirurgia. A outra extremidade do Cabo Conetor incluído liga ao Gerador de RF Baylis.

### II.    INDICAÇÕES DE UTILIZAÇÃO
O Fio de RF VersaCross é indicado para a criação de um defeito do septo atrial no coração.

### III.    CONTRAINDICAÇÕES
O Fio de RF VersaCross não é recomendado para uso com quaisquer condições que não exijam a criação de um defeito do septo atrial.

O Cabo Conetor Baylis, fornecido com o Fio de RF *VersaCross* , não é recomendado para uso com qualquer outro Gerador de RF ou qualquer outro dispositivo.

**Na UE**: o Fio de Radiofrequência VersaCross não se destina a ser utilizado em pacientes neonatais com menos de um mês de idade.

### IV.    AVISOS
- Apenas médicos com uma compreensão completa de angiografia e dos procedimentos de intervenção percutânea devem usar este dispositivo.  É recomendável que os médicos procurem formação pré-clínica, uma revisão da literatura pertinente e outros sistemas de formação adequados, antes de tentarem novos procedimentos de intervenção.
- O Fio de RF *VersaCross* e o Cabo Conetor Baylis (Cabo Conetor) são fornecidos em condições ESTÉREIS, usando um processo com óxido de etileno.  Não utilizar se a embalagem estiver danificada.
- O pessoal de laboratório e os pacientes podem sofrer exposição significativa de raios-X durante os procedimentos de punção por radiofrequência devido ao uso contínuo de imagens fluoroscópicas. Esta exposição pode resultar em lesões agudas por radiação, bem como no aumento do risco de efeitos somáticos e genéticos.  Portanto, devem tomar-se medidas adequadas para minimizar essa exposição.
- O Fio de RF VersaCros® e o Cabo Conetor destinam-se à utilização num único paciente.  Não tente esterilizar e reutilizar qualquer destes dispositivos.  A reutilização pode causar uma lesão ao paciente e/ou a comunicação de doença(s) infeciosa(s) de um paciente para outro. O desrespeito por esta regra pode resultar em complicações no doente.
- O Fio de RF VersaCross deve ser usado com o Cabo Conetor fornecido.  As tentativas de usá-lo com outros cabos conectores podem resultar em eletrocussão do paciente e/ou do operador.
- Não utilize o Fio de Radiofrequência VersaCross com geradores, cabos conetores ou acessórios de eletrocauterização ou eletrocirurgia, uma vez que isto pode dar origem a lesões no paciente e/ou no operador.
- O Cabo Conetor só deve ser usado com o Gerador de Punção por Radiofrequência Baylis (Gerador de RF Baylis) e com o Fio de RF VersaCross incluído. As tentativas de usá-lo com outros Geradores de RF e dispositivos podem resultar em eletrocussão do paciente e/ou do operador.

- O Fio de Radiofrequência VersaCross tem de ser utilizado com os dispositivos de bainha e/ou dilatador transeptais de 0,035" (0,889 mm) compatíveis. A utilização de dispositivos acessórios incompatíveis pode danificar a integridade do Fio de Radiofrequência VersaCross ou dos dispositivos acessórios e provocar ferimentos no paciente.
- O Fio de Radiofrequência VersaCross foi apenas validado para punção transeptal através dos dilatadores VersaCross que demonstraram fornecer o apoio necessário para uma função otimizada.
- A ponta ativa e a curva distal do Fio de RF *VersaCross* são frágeis. Tenha cuidado para não danificar a ponta ou a curva distal quando manusear o Fio de RF *VersaCross*. Se a ponta ou a curva distal ficarem danificadas, deite fora o Fio de RF *VersaCross* imediatamente.
- A ponta ativa e a curva distal do Fio de Radiofrequência VersaCross são frágeis. Tenha cuidado para não danificar a ponta ou a curva distal durante o manuseamento do Fio de Radiofrequência VersaCross. Se a ponta ou a curva distal ficarem danificadas em qualquer momento durante a utilização, elimine o Fio de Radiofrequência VersaCross de imediato. Não tente endireitar a ponta ativa caso esteja dobrada. Os danos no dispositivo podem provocar lesões no paciente. Não tente endireitar a ponta ativa.
- O Fio de RF *VersaCross* não se destina a ser usado em pacientes neonatais (menos de um mês de idade). Não tente tratar pacientes neonatais com o Fio de RF *VersaCross*.
- Não tente inserir nem retrair o fio VersaCross RF através de uma cânula metálica ou de uma agulha percutânea, uma vez que isto pode danificar o dispositivo e provocar lesões no paciente.

## V.        PRECAUÇÕES

- Não tente usar o Fio de RF VersaCross e o Cabo Conector Baylis (Cabo Conector) ou equipamentos auxiliares antes de ler atentamente as instruções de utilização que os acompanham.
- Os procedimentos de punção por radiofrequência devem ser realizados apenas por médicos com a devida formação em técnicas de punção por radiofrequência num laboratório de cateterismo totalmente equipado.
- A embalagem estéril deve ser visualmente inspecionada antes da utilização para detetar qualquer situação que possa comprometer essa esterilidade. Certifique-se de que a embalagem não está danificada. Não utilize o equipamento se a embalagem tiver sinais de danos.
- Inspecione visualmente o Fio de RF VersaCross e o Cabo Conector antes de os usar, para garantir que não há nenhuma racha ou danos no material de isolamento. Não use o fio ou o cabo se houver algum dano.
- Não use o Fio de RF VersaCross e/ou o Cabo Conector após a data de VALIDADE indicada no rótulo.
- O Fio de RF VersaCross e o Cabo Conector destinam-se a ser usados apenas com os dispositivos enumerados na Seção 0, Equipamento Necessário.
- Leia e siga as instruções do fabricante para a utilização do elétrodo indiferente de placa (dispersivo) descartável (DIP). Use sempre elétrodos DIP que igualem ou excedam os requisitos da norma IEC 60601-2-2.
- A colocação do elétrodo dispersivo na coxa pode ser associada a impedância mais alta.
- Para evitar o risco de ignição, certifique-se de que não estão presentes na sala materiais inflamáveis durante a aplicação de energia de RF.
- Tome precauções para limitar os efeitos que a interferência eletromagnética (EMI) produzida pelo Gerador de Punção por Radiofrequência Baylis (Gerador de RF Baylis) possa ter no desempenho de outros equipamentos. Verifique a compatibilidade e a segurança de combinações de outros aparelhos elétricos e de monitorização fisiológica, a serem usados no paciente além do Gerador de RF Baylis.
- Deve ser efetuada uma filtragem adequada para permitir a monitorização contínua da superfície do eletrocardiograma (ECG) durante aplicações de energia de radiofrequência.
- Não tente inserir e usar a extremidade proximal do Fio de RF VersaCross como ponta ativa.
- Não dobre o Fio de Radiofrequência VersaCross nem o Cabo Conetor. Uma dobragem ou torção excessiva do eixo do fio, da curva distal do fio e/ou do Cabo Conetor pode danificar a integridade dos componentes do dispositivo e pode provocar lesões no paciente. Tenha cuidado ao manusear o Fio de Radiofrequência VersaCross e o Cabo Conetor. Tenha cuidado ao manusear o Fio de RF e o Cabo Conector.
- Se sentir resistência, NÃO utilize força excessiva para fazer avançar ou remover o Fio de Radiofrequência VersaCross ou conjunto de dilatador/bainha auxiliar. A aplicação de força excessiva pode levar a dobrar ou torcer o dispositivo, limitando o avanço e a retração do dispositivo de bainha e/ou dilatador.
- O avanço do Fio de Radiofrequência VersaCross e do conjunto de bainha e/ou dilatador deve ser levado a cabo com orientação de imagiologia. A utilização de marcadores visíveis no corpo do fio é apenas uma guia aproximado para o posicionamento da ponta do fio com a extremidade distal do dilatador.
- Deve ser efetuada uma manipulação cuidadosa do Fio de RF *VersaCross* para evitar o trauma dos vasos. O avanço do Fio de RF VersaCross e do Dilatador deve ser feito sob orientação por imagem. Se encontrar resistência, NÃO use força excessiva para avançar ou retirar o Fio de RF *VersaCross* ou o Dilatador.
- Não tente fornecer energia de radiofrequência, antes de ter a confirmação de que a ponta ativa do Fio de RF *VersaCross* tem um bom contacto com o tecido-alvo.
- Evite o fornecimento de energia de RF do Fio de Radiofrequência VersaCross com dispositivos dilatadores ou de cânula incompatíveis, uma vez que isto pode provocar queimaduras no paciente ou uma punção ineficaz ou falhada.
- Não é aconselhável ultrapassar cinco (5) aplicações de energia de RF por cada Fio de RF *VersaCross*.
- Nunca desligue o Cabo Conector do Gerador de RF Baylis enquanto o Gerador estiver a fornecer energia de RF.
- Nunca desligue o Cabo Conector do Gerador de RF Baylis puxando pelo cabo. Se não desligar o cabo corretamente pode provocar danos no cabo.
- Não torça o Cabo Conector quando o inserir ou remover do Conector Isolado do Paciente no Gerador de RF Baylis. Torcer o cabo pode causar danos aos conectores de pinos.
- O Gerador de RF Baylis pode fornecer uma energia elétrica significativa. O manuseamento inadequado do Fio de RF VersaCross e/ou do elétrodo DIP pode causar lesões ao paciente e ao operador, sobretudo ao operar o dispositivo.
- Durante o fornecimento de energia, o paciente não deve entrar em contacto com superfícies metálicas no chão.
- Uma aparente saída de baixa potência ou a falha do equipamento em funcionar corretamente em configurações normais pode indicar uma aplicação errada do elétrodo DIP, uma falha numa ligação elétrica, ou um contacto deficiente entre o tecido e a ponta ativa. Verifique se existem defeitos óbvios no equipamento ou uma aplicação indevida. Tente posicionar melhor a ponta ativa do Fio de RF *VersaCross* contra o septo atrial. Aumente a potência apenas se a saída de baixa potência persistir.
- A Baylis Medical Company conta com o médico para determinar, avaliar e comunicar a cada paciente individual todos os riscos previsíveis do Sistema de Punção por Radiofrequência da Baylis Medical.
- Caso utilize orientação de mapeamento eletroanatómico, recomenda-se que o utilize em conjunto com uma modalidade de imagiologia alternativa para o caso de perder a visibilidade do dispositivo.

## VI.        ESPECIFICAÇÕES DO PRODUTO

| Produto | Fio de RF *VersaCross* | Produto | Cabo Conector RFP 100A |
|---|---|---|---|
| Comprimento utilizável | 180 cm o 230cm | Comprimento utilizável | 10 pés/3 metros |
| Diâmetro do fio | 0.035" / 0.89mm | Conector do gerador | 4 pinos (3 pinos) |
| Diâmetro da curva | 9 mm J-tip o 24 mm Pigtail | Conector do dispositivo | Botão de pressão |

## VII.        EVENTOS ADVERSOS

Os eventos adversos que podem ocorrer durante a criação de um defeito do septo atrial incluem:

| | | |
|---|---|---|
| Tamponamento | Sépsis/infeção | Episódios tromboembólicos |
| Perfuração do vaso | Fibrilação auricular | Enfarte do miocárdio |
| Espasmo do vaso | Arritmias sustentadas | Fibrilação auricular |
| Hemorragia | Trombose vascular | Perfuração do miocárdio |
| Hematoma | Reação alérgica ao meio de contraste | Taquicardia ventricular |
| Dor e sensibilidade | Fístula arteriovenosa | Taquicardia |
| Trauma vascular | Procedimento cirúrgico adicional, | Efusão pericárdica Aprisionamento/emaranhamento do fio |
| Corpo estranho/rutura do fio | | |

## VIII.        EQUIPAMENTO NECESSÁRIO

Os procedimentos transeptais de RF devem ser realizados em ambiente clínico especializado equipado com equipamento de imagiologia adequado e mesa para exame compatível, imagiologia ecocardiográfica, gravador fisiológico, equipamento de emergência e instrumentação de obtenção de acesso vascular. Os materiais auxiliares necessários para a realização deste procedimento incluem:

- Gerador de RF RFP-100A Baylis
- Dispositivos de bainha e/ou dilatador transeptais de 0,035" (0,889 mm) compatíveis
- Elétrodo DIP em conformidade ou superior aos requisitos da norma IEC 60601-2-2 relativa a elétrodos de eletrocirurgia
- DuoMode CableTM para utilização com sistemas de mapeamento eletroanatómico

## IX.        INSPEÇÃO ANTES DA UTILIZAÇÃO

Antes da realização do procedimento, o Fio de Radiofrequência VersaCross e o Cabo Conetor fornecido devem ser cuidadosamente inspecionados quanto à existência de danos ou defeitos, tal como todo o equipamento, incluindo o Gerador de RF Baylis, utilizado no procedimento.Não utilize o equipamento caso apresente qualquer defeito. Não reutilize o Fio de RF e/ou o Cabo Conector.

## X.        INSTRUÇÕES DE UTILIZAÇÃO

- Todas as instruções para o equipamento necessário devem ser cuidadosamente lidas, compreendidas e seguidas. A não observância das instruções pode resultar em complicações.
- O Fio de RF *VersaCross* e o Cabo Conector Baylis (Cabo Conector) são fornecidos estéreis. Utilize uma técnica asséptica ao abrir a embalagem e ao manipular o produto no campo estéril.
- Ligue a extremidade do conector do gerador do Cabo Conector à porta do conector isolado do paciente no Gerador de RF de Punção por Radiofrequência Baylis (Gerador de RF Baylis) conforme as instruções de utilização do Gerador de RF Baylis. Delicadamente, alinhe os pinos do conector com a tomada e empurre até o conector se encaixar firmemente na tomada. Qualquer tentativa de ligar o cabo de outra forma irá danificar os pinos no conector.
- Não use força excessiva ao ligar o Cabo Conector ao Gerador de RF Baylis. O uso de força excessiva pode causar danos nos pinos do conector.
- Irrigue cuidadosamente a bainha e/ou o dilatador transeptais (não fornecidos).
- Efetue uma punção normal da veia no local de acesso desejado usando uma agulha de acesso (não fornecida).
- Normalmente, são inseridos um dilatador e/ou uma bainha transeptais através da veia femoral direita. Estes são depois deslocados sobre um fio-guia até ficarem posicionados na veia cava superior (VCS) com orientação de imagiologia. O Fio de Radiofrequência VersaCross pode ser utilizado para esta finalidade.
- Se o Fio de Radiofrequência VersaCross não foi utilizado para fazer avançar a bainha para a VCS, remova o fio-guia e troque-o pelo Fio de Radiofrequência VersaCross com o endireitador de ponta fornecido.
- Faça avançar o Fio de Radiofrequência VersaCross através do da bainha transeptais e/ou dilatador conjunto até que a ponta do fio esteja ao alcance da ponta do dilatador. Os marcadores visíveis no corpo do fio podem ser utilizados para ajudar a posicionar a ponta do fio com a extremidade distal do dilatador.
- Retire o fio-guia.
- Usando o alisador de ponta fornecido, endireite a curva distal do Fio de RF *VersaCross*.
- Introduza a ponta do Fio de RF *VersaCross* no dilatador e avance o fio através do conjunto de dilatador e/ou bainha até que a ponta do fio fique apenas um pouco dentro da ponta do dilatador.
- Segure com firmeza a extremidade do conector de cateter do Cabo Conector numa mão. Usando o polegar aperte o botão vermelho na parte superior do conector. Lentamente, insira a extremidade proximal do Fio de RF VersaCross na abertura do conector de cateter. Logo que a parte exposta da extremidade proximal do dispositivo deixe de estar visível, solte o botão vermelho no conector. Puxe suavemente o dispositivo para garantir que tem uma ligação segura.
- Com a técnica padrão, posicione a ponta do conjunto transeptal (fio de RF, bainha e/ou dilatador conjunto) na aurícula direita, contra a fossa oval, com a orientação de imagiologia adequada, incluindo, entre outros, o mapeamento fluoroscópico, ecocardiográfico e/ou eletroanatómico. Também é recomendada a orientação por ecocardiografia.
- NOTA: se estiver a utilizar a orientação do mapeamento eletroanatómico, recomenda-se que confirme o posicionamento da ponta e da cobertura septal através de imagiologia ecocardiográfica ou outra modalidade de imagiologia.
- Aplique pressão no dilatador para tapar o septo na fossa oval.
- Avance o Fio de RF *VersaCross* de modo a que a ponta ativa esteja a envolver o septo na fossa oval, mas ainda dentro do dilatador.
- Depois de alcançado um posicionamento adequado, forneça energia de RF através do Gerador de RF Baylis à ponta ativa. Isto resulta na punção do tecido cardíaco alvo. Por favor, consulte as Instruções de Utilização do Gerador de RF Baylis para informações sobre a operação correta do gerador.
- Aplique pressão firme ao Fio de RF VersaCross durante a aplicação de energia de RF para avançar com sucesso o Fio de RF VersaCross através do tecido.

- **NOTA: para unidades de Gerador de RF Baylis, use as configurações de RF mais baixas adequadas para alcançar a punção desejada.**
  - Para o RFP-100A: Foi demonstrado ser suficiente para punção bem-sucedida uma configuração inicial de RF entre um (1) segundo em modo de "IMPULSO" e dois (2) segundos em modo "CONSTANTE".
- O fornecimento de potência de radiofrequência pode ser interrompido pressionando o botão de Ligar/Desligar a RF no Gerador, se o temporizador ainda não tiver expirado.
- A entrada para a aurícula esquerda pode ser confirmada monitorizando o Fio de RF *VersaCross* através de fluoroscopia. Também é recomendada a orientação por ecocardiografia.
- Se a punção septal não for bem-sucedida após cinco (5) aplicações de energia de RF, é aconselhável que o utilizador utilize um método alternativo para o procedimento.
- Quando a punção for concluída com êxito, o Fio de RF *VersaCross* deve ser avançado mecanicamente sem qualquer energia de RF. O posicionamento na aurícula esquerda é suficiente quando a curva distal completa já cruzou o septo e pode ser observada sob fluoroscopia na aurícula esquerda. Também é recomendada a orientação por ecocardiografia.
- O Dilatador Transeptal pode então ser avançado sobre o fio para ampliar a punção.
- Para desligar o Fio de RF *VersaCross* do Cabo Conector, prima o botão vermelho no conector do cateter e remova cuidadosamente a extremidade proximal do Fio de RF do cabo conector.
- Para desligar o Cabo Conector do Gerador de RF Baylis, segure o conector firmemente e, delicadamente, puxe-o para fora da tomada.

Retraia o Fio de Radiofrequência VersaCross lentamente através do conjunto da bainha e/ou do dilatador transeptais.

## Ligações



Gerador de Punção por Radiofrequência Baylis

Cabo Conector Baylis (incluído)

Almofada de aterramento de DIP

Fio de RF VersaCross Modelo espiral apresentado

Interruptor de pé (opcional)

## XI.  INSTRUÇÕES DE LIMPEZA E ESTERILIZAÇÃO
O Fio de RF VersaCross e o Cabo Conector Baylis destinam-se a uma única utilização. Não limpe nem volte a esterilizar o Fio de RF *VersaCross* e/ou o Cabo Conector Baylis.

## XII.  RESOLUÇÃO DE PROBLEMAS
A tabela seguinte é fornecida para ajudar o utilizador a diagnosticar problemas potenciais.

| PROBLEMA | COMENTÁRIOS | RESOLUÇÃO DE PROBLEMAS |
|---|---|---|
| O Cabo Conector Baylis não se encaixa no Conector Isolado do Paciente no painel frontal do gerador | Os conectores são projetados para serem ligados de uma forma específica, por razões de segurança. Se as "cavilhas" do conector estiverem desalinhadas, os conectores não se encaixam. | Verifique se as cavilhas do conector estão alinhadas na orientação adequada. |
| Mensagens de Erro do Gerador | A fim de perfurar o tecido com sucesso, utilizando energia de radiofrequência, todos os dispositivos devem estar ligados corretamente e em bom estado de funcionamento. | Certifique-se de que todas as ligações estão feitas:<br>- Fio de RF *VersaCross* ao Cabo Conector<br>- Cabo Conector ao Gerador de RF Baylis<br>- Gerador de RF Baylis à tomada de alimentação<br>- Gerador de RF Baylis à almofada de aterramento<br>Inspecione visualmente o fio de RF VersaCross e o Cabo Conector para verificar que não têm danos. Deite fora imediatamente qualquer equipamento danificado. Se o problema persistir interrompa o uso.<br>Para mensagens de erro encontradas durante a tentativa de punção por radiofrequência, consulte o documento das Instruções de Utilização que acompanha o Gerador de RF Baylis. |
| Fio quebrado ou dobrado | Quebras e torções no Fio de RF VersaCross são uma causa potencial de lesão do paciente. | Deite fora imediatamente. |

## XIII.  INFORMAÇÕES DE ASSISTÊNCIA AO CLIENTE E DEVOLUÇÃO DE PRODUTOS
Se tiver quaisquer problemas com equipamentos médicos Baylis ou dúvidas a esclarecer, entre em contacto com o nosso pessoal de assistência técnica no seguinte endereço e/ou número de telefone.

**Baylis Medical Company Inc.**
5959 Trans-Canada Highway
Montreal, Quebeque, Canadá, H4T 1A1
Telefone: (514) 488-9801 ou (800) 850-9801
Fax: (514) 488-7209
www.baylismedical.com

**NOTAS:**
1. Para devolver os produtos deve ter um número de autorização de devolução antes de enviar os produtos para a Baylis Medical Company. Nessa ocasião ser-lhe-ão fornecidas as instruções de devolução do produto.
2. Certifique-se de que qualquer produto que esteja a ser devolvido à Baylis Medical foi limpo, descontaminado e/ou esterilizado, como indicado nas Instruções de Devolução de Produto antes de o devolver para obter assistência dentro da garantia. A Baylis Medical não aceitará qualquer peço de equipamentos usados que não tenha sido devidamente limpa ou descontaminada conforme as Instruções de Devolução de Produto.

## XIV.  RÓTULOS E SÍMBOLOS

| | | | |
|---|---|---|---|
| ![Fabricante] | Fabricante | ![Usar até] | Usar até |
| **LOT** | Número de Lote | ⊗ | Não utilizar se a embalagem estiver danificada. |

| | | | |
|---|---|---|---|
| **REF** | Número de Modelo | ⚠ | Cuidado |
| Símbolo STERILIZE 2 | Não voltar a esterilizar | ☀ | Manter afastado da luz solar direta |
| Símbolo 2 | Não reutilizar | Símbolo | Não pirogénico: o fio RF é não pirogénico, exceto se a embalagem estiver aberta ou danificada. |
| **EC REP** | Representante autorizado en la UE | Símbolo | Seguir as Instruções de Utilização. |
| **STERILE EO** | Esterilizado com óxido de etileno | **Rx ONLY** | **Cuidado:** A Lei Federal (EUA) restringe a venda deste dispositivo que só pode ser vendido por um médico ou sob encomenda deste. |
| Símbolo | **Apenas para Estados-Membros da UE:** A utilização deste símbolo indica que o produto deve ser eliminado de uma forma que esteja em conformidade com os regulamentos locais e nacionais. Para perguntas sobre a reciclagem deste dispositivo, por favor, contacte o seu distribuidor. | | |

## Česky
Baylis Medical a logo Baylis Medical jsou ochranné známky společnosti Baylis Medical Technologies Inc.

Před použitím si pečlivě pročtěte veškeré pokyny. Dodržujte všechny kontraindikace, varování a bezpečnostní opatření uvedená v těchto pokynech. Pokud tak neučiníte, může to vést ke komplikacím u pacienta.
**Upozornění:** Federální zákony (USA.) omezují prodej tohoto zařízení na lékaře nebo na jeho objednávku.

Společnost Baylis Medical spoléhá na to, že všechna předpokládaná rizika operace stanoví, posoudí a každému jednotlivému pacientovi sdělí lékař.

### I.  POPIS ZAŘÍZENÍ
RF drát VersaCross je zabalen s jednorázovým RF drátem VersaCross RF a jednorázovým kabelem konektoru Baylis (kabel konektoru) RF drát VersaCross musí být použit se schváleným radiofrekvenčním punkčním generátorem Baylis RFP-100A (RF generátor Baylis) a konektorem. RF drát VersaCross slouží k dodávání radiofrekvenční (RF) energie v monopolárním režimu mezi jeho distální elektrodu a komerčně dostupnou externí jednorázovou indiferentní (disperzní) samolepicí (DIP) elektrodu, jež vyhovuje aktuálním požadavkům normy IEC 60601-2-2. Konektor kabelu připojuje RF generátor Baylis k RF drátu *VersaCross*. Tento konektor kabelu umožňuje dodávání RF energie z RF generátoru Baylis do RF drátu *VersaCross*.
Podrobné informace týkající se RF generátoru Baylis jsou uvedeny v samostatné příručce dodávané s generátorem (s názvem „Návod k použití radiofrekvenčního punkčního generátoru Baylis"). RF generátory Baylis jsou kompatibilní s RF drátem VersaCross, včetně RFP-100A.
Rozměry RF drátu *VersaCross* a konektoru kabelu Baylis lze nalézt na štítku zařízení. Izolace na těle RF drátu *VersaCross* usnadňuje hladký posun zařízení směrem vpřed a poskytuje elektrickou izolaci. Pružná distální část RF drátu *VersaCross* má malé zakřivení a aktivní hrot je zaoblen tak, aby byl atraumatický pro srdeční tkáň, pokud není použita RF energie. Značicí vinutí je umístěno na zakřivení pro vizualizaci pomocí fluoroskopického zobrazení. Hlavní část RF drátu *VersaCross* poskytuje tuhou dráhu pro posun pomocných zařízení do levé síně po vytvoření atriálního septálního defektu. Echogenní značka v podobě spirály nepropouštějící rentgenové paprsky je umístěna na distální části pro vizualizaci během manipulace. RF drát VersaCross se vyznačuje po své délce viditelnými značkami, které napomáhají se zarovnáním hrotu drátu v kompatibilní sestavě transseptálního pláště a/nebo dilatátoru (např. sada transseptálního pláště VersaCross). Proximální konec RF drátu VersaCross RF Wire je z kovu pro připojení pouze s dodaným kabelem konektoru a nikoli s elektrokauterizačními či elektrochirurgickými zařízeními. Druhý konec přiloženého konektoru kabelu se připojuje k RF generátoru Baylis.

### II.  INDIKACE K POUŽITÍ
RF drát VersaCross je indikován pro vytvoření atriálního septálního defektu v srdci.

### III.  KONTRAINDIKACE
RF drát VersaCross se nedoporučuje používat k žádným jiným podmínkám, které nevyžadují vytvoření atriálního septálního defektu.
Kabel konektoru Baylis zabalený společně s RF drátem *VersaCross* se nedoporučuje používat s žádným jiným RF generátorem ani jiným zařízením.
V EU: RF drát VersaCross není určen k použití u novorozenců, kterým je méně než jeden měsíc.

### IV.  VAROVÁNÍ
- Toto zařízení by měli používat pouze lékaři, kteří naprosto rozumí angiografickým a perkutánním intervenčním výkonům. Před pokusem o nové intervenční výkony se doporučuje, aby lékaři využili předklinické školení, přezkoumání příslušné literatury a další vhodné vzdělání.
- RF drát *VersaCross* a konektor kabelu Baylis (konektor kabelu) jsou dodávány STERILNÍ a sterilizační proces se provádí ethylenoxidem. Nepoužívejte prostředek, pokud je poškozený obal.
- Zaměstnanci laboratoře a pacienti mohou být během radiofrekvenčních punkčních výkonů vystaveni značnému RTG záření v důsledku nepřetržitého používání fluoroskopického zobrazování. Tato expozice může mít za následek akutní radiační poranění i zvýšené riziko somatických a genetických účinků. Proto musí být přijata odpovídající opatření k minimalizaci této expozice.
- RF drát VersaCross a konektor kabelu jsou určeny k použití pouze u jednoho pacienta. Nepokoušejte se zařízení sterilizovat a používat opakovaně. Opětovné použití může způsobit poranění pacienta a/nebo přenos infekční nemoci/infekčních nemocí z jednoho pacienta na druhého. Pokud jej budete používat opakovaně, může to vést ke komplikacím u pacienta.
- RF drát *VersaCross* s dodávaným konektorem kabelu. Pokusy o použití s jinými kabely konektorů mohou mít za následek úraz elektrickým proudem pacienta nebo osoby provádějící obsluhu.
- Nepoužívejte RF drát VersaCross s elektrokauterizačními nebo elektrochirurgickými generátory, kabely konektoru nebo příslušenstvím, protože pokus o použití může mít za následek poranění pacienta a/nebo obsluhy.
- Kabel konektoru smí být použit pouze s radiofrekvenčním punkčním generátorem Baylis (RF generátorem Baylis RF) a přiloženým RF drátem *VersaCross*. Pokusy o použití s jinými RF generátory a zařízeními mohou mít za následek úraz elektrickým proudem pacienta nebo osoby provádějící obsluhu.
- RF drát VersaCross musí být použit s kompatibilním transseptálním pláštěm o průměru 0,035" a/nebo zařízeními dilatátoru. Použití nekompatibilního příslušenství může poškodit integritu RF drátu VersaCross nebo příslušenství a způsobit poranění pacienta.
- RF drát VersaCross byl validován pouze pro použití u transseptální punkce pomocí dilatátorů VersaCross, u nichž bylo prokázáno, že poskytují požadovanou podporu pro optimální funkci.

- Aktivní hrot a distální křivka RF drátu VersaCross jsou křehké. Při manipulaci s RF drátem VersaCross dávejte pozor, abyste nepoškodili hrot nebo distální křivku. Pokud se hrot nebo distální křivka kdykoli během používání poškodí, okamžitě zlikvidujte RF drát VersaCross. Nesnažte se aktivní hrot narovnat, pokud je ohnutý. Poškození zařízení může vést k poranění pacienta. Pokud se hrot nebo distální křivka poškodí, okamžitě vyřaďte RF drát *VersaCross*.
- Pokud se aktivní hrot RF drátu *VersaCross* ohne kdykoli během použití, okamžitě RF drát *VersaCross* zlikvidujte. Nesnažte se aktivní hrot narovnat.
- RF drát VersaCross není určen k použití u novorozenců (kterým je méně než jeden měsíc). Nesnažte se léčit novorozence pomocí RF drátu *VersaCross*.
- Nesnažte se zavádět nebo zatahovat RF drát VersaCross přes kovovou kanylu nebo perkutánní jehlu; mohlo by to poškodit zařízení a způsobit poranění pacienta.

## V.    BEZPEČNOSTNÍ OPATŘENÍ

- Nepokoušejte se používat RF drát *VersaCross* a kabel konektoru Baylis (kabel konektoru) nebo pomocné vybavení předtím, než si důkladně pročtete přiložený Návod k použití.
- Radiofrekvenční výkony by měli provádět pouze lékaři řádně proškolení v technikách radiofrekvenčně napájené punkce v plně vybavené katetrizační laboratoři.
- Sterilní obal by měl být před použitím vizuálně zkontrolován. Pokud bylo balení poškozeno nebo narušeno, výrobek nepoužívejte.
- Před použitím vizuálně zkontrolujte RF drát *VersaCross* a kabel konektoru, abyste zajistili, že izolační materiál není popraskaný nebo poškozený. Pokud je přítomno jakékoli poškození, drát ani kabel nepoužívejte.
- Neohýbejte RF drát VersaCross RF ani kabel konektoru. Nadměrné ohýbání či zauzlování násady drátu, distální křivky nebo drátu a/nebo kabelu konektoru může poškodit integritu součástí zařízení a způsobit poranění pacienta. Při manipulaci s RF drátem VersaCross a kabelem konektoru je třeba postupovat opatrně.
- Pokud narazíte na odpor, NEPOUŽÍVEJTE nadměrnou sílu, abyste posunuli nebo vytáhli RF drát VersaCross nebo pomocnou sestavu pláště a dilatátoru. Nadměrná síla může vést k ohnutí nebo zauzlování zařízení, což omezuje postup a zatažení pláště a dilatátoru.
- Posunutí RF drátu VersaCross a pomocné sestavy pláště a dilatátoru by mělo být prováděno za navádění pomocí zobrazovací techniky. Použití viditelných značek na těle drátu je jediným přibližným vodítkem pro umístění hrotu drátu s distálním koncem dilatátoru.RF drát *VersaCross* a kabel konektoru jsou určeny k použití pouze se zařízeními uvedenými v části 0, Požadované vybavení.
- Pročtěte si a dodržujte pokyny k použití výrobce jednorázové indiferentní (disperzní) samolepicí (DIP) elektrody. Vždy používejte DIP elektrody, aby byly splněny nebo překročeny požadavky normy IEC 60601-2-2.
- Umístění disperzní elektrody na stehno může být spojeno s vyšší impedancí.
- Aby se zabránilo riziku vznícení, zajistěte, aby se v místnosti během aplikace RF energie nenacházely hořlavé materiály.
- Přijměte bezpečnostní opatření k omezení účinků, které může mít elektromagnetické rušení (EMI) produkované radiofrekvenčním punkčním generátorem Baylis (RF generátorem Baylis) na výkon jiných zařízení. Kromě RF generátoru Baylis zkontrolujte kompatibilitu a bezpečnost kombinací dalších fyziologických monitorovacích a elektrických přístrojů, které mají být použity u pacienta.
- Je nutné použít odpovídající filtrování, které umožní nepřetržité monitorování povrchového elektrokardiogramu (EKG) během použití radiofrekvenční energie.
- Nepokoušejte se vložit ani použít proximální konec RF drátu *VersaCross* jako aktivní hrot.
- Nepokoušejte se vložit ani zatahovat za RF drát VersaCross přes kovovou kanylu nebo perkutánní jehlu.
- Neohýbejte RF drát VersaCross RF ani kabel konektoru. Nadměrné ohýbání či zauzlování násady drátu, distální křivky nebo proximální křivku může poškodit integritu RF drátu *VersaCross* a může způsobit poranění pacienta. Při manipulaci s RF drátem a kabelem konektoru je třeba postupovat opatrně.
- S RF drátem *VersaCross* se musí manipulovat opatrně, aby se předešlo poranění cév. Posunutí RF drátu *VersaCross* a sestava pomocného pláště a/nebo dilatátoru by mělo být prováděno za navádění pomocí zobrazovací techniky. Pokud narazíte na odpor, NEPOUŽÍVEJTE nadměrnou sílu, abyste posunuli nebo vytáhli RF drát *VersaCross* a sestavu pláště a/nebo dilatátoru.
- Nepokoušejte se dodávat radiofrekvenční energii, dokud není potvrzeno, že je aktivní hrot RF drátu *VersaCross* v dobrém kontaktu s cílovou tkání.
- Doporučuje se nepřekročit pět (5) aplikací RF energie na jeden RF drát *VersaCross*.
- Nikdy neodpojujte kabel konektoru od RF generátoru Baylis, když generátor dodává RF energii.
- Nikdy neodpojujte kabel konektoru od RF generátoru Baylis zatažením za kabel. Pokud neodpojíte kabel správným způsobem, může to vést k poškození kabelu.
- Při vkládání nebo vyjímání z izolovaného konektoru pro pacienta na RF generátoru Baylis nekruťte připojovacím kabelem. Kroucení kabelu může vést k poškození konektorů s piny.
- RF generátor Baylis je schopen dodávat značnou elektrickou energii. Nesprávné zacházení s RF drátem *VersaCross* a/nebo DIP elektrodou může mít za následek poranění pacienta nebo osoby provádějící obsluhu, zejména při provozu zařízení.
- Během dodávky energie by pacient neměl přijít do styku s uzemněnými kovovými povrchy.
- Zdánlivý nízký výstupní výkon nebo porucha funkce vybavení při normálním nastavení může naznačovat chybné použití DIP elektrody, poruchu elektrického vedení nebo špatný kontakt tkáně na aktivním hrotu. Zkontrolujte zjevné vady vybavení nebo nesprávné použití. Pokuste se lépe umístit aktivní hrot RF drátu *VersaCross* proti atriálnímu septu. Výkon zvyšte, pouze pokud nízký výkon přetrvává.
- Společnost Baylis Medical Company se spoléhá na to, že lékař určí, posoudí a sdělí každému jednotlivému pacientovi všechna předvídatelná rizika radiofrekvenčního punkčního systému společnosti Baylis Medical.
- Pokud využíváte navádění pomocí elektroanatomického mapování, doporučuje se jej použít společně s alternativní zobrazovací modalitou v případě ztráty viditelnosti zařízení.

## VI.    SPECIFIKACE VÝROBKU

| Výrobek | RF drát *VersaCross* | Výrobek | Kabel konektoru RFP 100A |
|---|---|---|---|
| Průměr drátu | 180 cm nebo 230 cm | Použitelná délka | 10 stop/3 m |
| Průměr křivky | 0,035" / 0,89 mm | Konektor generátoru | 4 piny (3 piny) |
| | | | Pin 4   Pin 1 |
| | | | Pin 3   Pin 2 (volitelný) |
| Značicí vinutí | 9 mm J-tip  nebo 24 mm Pigtail | Konektor zařízení | Tlačítko |

## VII.    NEŽÁDOUCÍ PŘÍHODY

Mezi nežádoucí příhody, ke kterým může dojít při vytváření atriálního septálního defektu, patří:

| | | |
|---|---|---|
| Tamponáda | Sepse/infekce | Tromboembolické epizody |
| Perforace cév | Fibrilace síní | Infarkt myokardu |
| Spazmus cév | Setrvalé arytmie | Flutter síní |
| Krvácení | Cévní trombóza | Perforace myokardu |

| | | |
|---|---|---|
| Hematom | Alergická reakce na kontrastní látku | Komorová tachykardie |
| Bolest a citlivost | Arteriovenózní píštěl | Tachykardie Perikardiální výpotek |
| Vaskulární trauma Cizí těleso/zlomení drátu | Dodatečný chirurgický zákrok Perikardiální výpotek | Zachycení/zapletení drátu |

## VIII.    POŽADOVANÉ VYBAVENÍ

RF transseptální postupy by měly být prováděny ve specializovaném klinickém prostředí vybaveném vhodným zobrazovacím zařízením a kompatibilním vyšetřovacím stolem, zobrazením echokardiografickou technikou, zařízením k zaznamenávání fyziologických funkcí, pohotovostním vybavením a nástroji určenými k vytvoření cévního přístupu. K pomocnému vybavení potřebnému k provedení tohoto postupu patří:

- RF generátor RFP-100A Baylis
- kompatibilní transseptální plášť o průměru 0,035" a/nebo zařízení dilatátoru
- DIP elektroda, která splňuje nebo přesahuje požadavky IEC 60601-2-2 na elektrochirurgické elektrody
- Kabel DuoModeTM určený k použití s elektroanatomickými mapovacími systémy

## IX.    KONTROLA PŘED POUŽITÍM

Před zahájením provádění postupu by měly být RF drát VersaCross, dodaný kabel konektoru a také veškeré vybavení použité v tomto postupu, včetně RF generátoru Baylis, pečlivě zkontrolovány ohledně poškození a vad. Nepoužívejte závadné vybavení. Nepoužívejte RF drát a/nebo kabel konektoru opakovaně.

## X.    POKYNY K POUŽITÍ

- Veškeré pokyny k požadovanému vybavení by měly být pečlivě přečteny, pochopeny a dodržovány. Pokud tak neučiníte, může to vést ke komplikacím.
- RF drát *VersaCross* a konektor kabelu Baylis (konektor kabelu) jsou dodávány sterilní. Při otevírání obalu a zacházení s výrobkem ve sterilní oblasti používejte aseptickou techniku.
- Připojte konec konektoru generátoru pro kabel konektoru k izolovanému portu konektoru pro pacienta na radiofrekvenčním punkčním RF generátoru Baylis (RF generátoru Baylis) podle Návodu k použití RF generátoru Baylis. Jemně zarovnejte piny konektoru se zásuvkou a zatlačte, dokud konektor pevně nezapadne do zásuvky. Jakýkoli pokus o jiné připojení kabelu by poškodil piny na konektoru.
- Při připojování kabelu konektoru k RF generátoru Baylis nepoužívejte nadměrnou sílu. Použití nadměrné síly může mít za následek poškození pinů konektoru.
- Pečlivě propláchněte transseptální plášť a/nebo dilatátor (není dodáván).
- Proveďte standardní punkci žíly na požadovaném místě přístupu pomocí přístupové jehly (není součástí dodávky).
- Transseptální plášť a/nebo dilatátor se obvykle zavádějí místem vstupu a poté se posouvají vodicím drátem tak, aby byly umístěny do horní duté žíly (HDŽ) za navádění zobrazovací technikou. RF drát VersaCross lze použít pro tento účel.Odstraňte vodicí drát.
- Pokud k posunutí pláště do HDŽ nebyl použit RF drát VersaCross, odstraňte vodicí drát a vyměňte jej za RF drát VersaCross RF pomocí dodaného prostředku k narovnání hrotů.
- Pomocí přiloženého nástroje pro narovnávání hrotů narovnejte distální křivku RF drátu *VersaCross*.
- Vložte hrot RF drátu *VersaCross* do střední části dilatátoru a posuňte drát přes sadu Transseptální pláště a/nebo dilatátoru, dokud nebude hrot drátu těsně uvnitř hrotu dilatátoru.
- Jednou rukou pevně uchopte konec konektoru katétru na kabelu konektoru. Pomocí palce stiskněte červené tlačítko v horní části konektoru. Pomalu zasuňte proximální konec RF drátu *VersaCross* do otvoru konektoru katétru. Jakmile již není odhalená část proximálního konce zařízení vidět, uvolněte červené tlačítko na konektoru. Jemně zatáhněte za zařízení, abyste zajistili, že máte zabezpečené připojení.
- Umístěte sestavu drátu/pláště/dilatátoru do pravé síně proti fossa ovalis pod fluoroskopickým naváděním pomocí standardní techniky. Doporučuje se také echokardiografické navádění.
- Zatlačte na dilatátor tak, aby septum zastřešilo fossa ovalis.
- Posunujte RF drát VersaCross přes sestavu pláště a/nebo dilatátoru, dokud není hrot drátu přesně v hrotu dilatátoru. Viditelné značky na těle drátu mohou být použity k usnadnění umístění hrotu drátu s distálním koncem dilatátoru.
- Jakmile je dosaženo vhodného umístění, dodávejte RF energii prostřednictvím RF generátoru Baylis do aktivního hrotu. To má za následek punkci cílové srdeční tkáně. Správnou obsluhu generátoru naleznete v Návodu k použití RF generátoru Baylis.
- Během aplikace RF energie silně přitlačte na RF drát *VersaCross* , abyste úspěšně posunuli RF drát *VersaCross* přes tkáň.
- **POZNÁMKA: K dosažení požadované punkce použijte u jednotek RF generátorů nejnižší vhodná nastavení RF.**
  - Pro RFP-100A: Ukázalo se, že pro úspěšnou punkci je dostatečné počáteční nastavení RF mezi jednou (1) sekundou v režimu „PULSE" a dvěma (2) sekundami v režimu „CONSTANT".
- Dodávání radiofrekvenční energie lze ukončit stisknutím tlačítka RF ON/OFF (ZAP/VYP) na generátoru, pokud nevypršel časovač.
- Vstup do levé síně lze potvrdit monitorováním RF drátu *VersaCross* pomocí fluoroskopického zobrazování. Doporučuje se také echokardiografické navádění.
- Umístěte hrot transseptální sestavy (RF drát, plášť, dilatátor) do pravé síně proti fossa ovalis za vhodného navádění pomocí zobrazovací techniky, například navádění prostřednictvím fluoroskopického, echokardiografického a/nebo elektroanatomického mapování za použití standardního postupu.
- POZNÁMKA: Pokud využíváte navádění pomocí elektroanatomického mapování, doporučuje se potvrdit umístění hrotu prostřednictvím zobrazení echokardiografickou či jinou zobrazovací technikou.
- Pokud punkce septa není úspěšná po pěti (5) aplikacích RF energie, doporučuje se, aby uživatel pro tento postup využil alternativní metodu.
- Jakmile je punkce úspěšně dokončena, měl by být RF drát *VersaCross* mechanicky posunut bez jakékoli RF energie. Umístění v levé síni je dostatečné, pokud celá distální křivka přešla přes septum a lze ji pozorovat v levé síni pomocí fluoroskopického zobrazení. Doporučuje se také echokardiografické navádění.
- Transseptální dilatátor může být následně posunut přes drát pro rozšíření punkce.
- Chcete-li odpojit RF drát *VersaCross* od kabelu konektoru, stiskněte červené tlačítko na konektoru katétru a jemně vyjměte proximální konec RF drátu z kabelu konektoru.
- Chcete-li odpojit kabel konektoru od RF generátoru Baylis, pevně uchopte konektor a jemně jej vytáhněte přímo ze zásuvky.
- Pomalu zatáhněte RF drát *VersaCross* přes sestavu transseptálního pláště/dilatátoru.
- Pomalu zatáhněte RF drát VersaCross přes sestavu transseptálního pláště a/nebo dilatátoru.

## Připojení

Radiofrekvenční punkční generátor Baylis

Kabel konektoru Baylis (zahrnuta)

Uzemňovací podložka pro DIP elektrodu

Nožní spínač (volitelný)

VersaCross
RF drát
Zobrazený model Pigtailu

## XI. POKYNY PRO ČIŠTĚNÍ A STERILIZACI

RF drát *VersaCross* a konektoru kabelu Baylis jsou určeny k jednorázovému použití.  Nečistěte ani neresterilizujte RF drát *VersaCross* a/nebo konektor kabelu Baylis.

## XII. ŘEŠENÍ PROBLÉMŮ

Následující tabulka poskytuje uživateli pomoc při diagnostice potenciálních problémů.

| PROBLÉM | KOMENTÁŘE | ŘEŠENÍ PROBLÉMŮ |
|---|---|---|
| Kabel konektoru Baylis nepasuje do izolovaného konektoru pacienta na předním panelu generátoru | Konektory jsou z bezpečnostních důvodů navrženy pro připojení specifickým způsobem.  Pokud „klíče" konektoru nejsou zarovnány, konektory do sebe nezapadnou. | Zkontrolujte, zda jsou klíče konektoru zarovnány při správné orientaci. |
| Chybové zprávy generátoru | Aby bylo možné úspěšně perforovat tkáň pomocí radiofrekvenční energie, musí být všechna zařízení správně připojena a v dobrém funkčním stavu. | Zajistěte, aby byla vytvořena veškerá připojení:<br>- RF drátu *VersaCross* <1455>ke konektoru kabelu</1455><br>- Konektoru kabelu k RF generátoru Baylis<br>- RF generátoru Baylis k elektrické zásuvce<br>- RF generátoru Baylis k uzemňovací podložce<br><br>Vizuálně zkontrolujte RF drát *VersaCross* a konektor kabelu ohledně poškození.  Jakékoli poškozené vybavení okamžitě vyřaďte.<br>Pokud problém přetrvává, přerušte používání.<br>Chybové zprávy, se kterými se setkáte při pokusu o radiofrekvenční punkci, naleznete v dokumentu Návod k použití, který je přiložen k RF generátoru Baylis. |
| Drát je zlomený nebo zauzlený | Zlomení a zauzlení u RF drátu *VersaCross* jsou potenciální příčinou poranění pacienta. | Okamžitě jej vyřaďte. |

## XIII. INFORMACE O ZÁKAZNICKÝCH SLUŽBÁCH A K VRÁCENÍ VÝROBKU

Pokud máte nějaké problémy nebo dotazy týkající se lékařského vybavení společnosti Baylis, kontaktujte náš personál technické podpory na následující adrese a/nebo telefonním čísle.

**Baylis Medical Company Inc.**
5959 Trans-Canada Highway
Montreal, Quebec, Kanada, H4T 1A1
Telefon: (514) 488-9801 nebo (800) 850-9801
Fax: (514) 488-7209
www.baylismedical.com

**POZNÁMKY:**
1. Abyste mohli výrobky společnosti Baylis Medical Company vrátit, musíte mít před odesláním výrobků číslo autorizace pro vrácení. V tuto dobu vám budou poskytnuty pokyny k vrácení výrobku.
2. Před vrácením za účelem provedení servisu v rámci záruky zajistěte, aby byl jakýkoli výrobek vrácený společnosti Baylis Medical vyčištěn, dekontaminován a/nebo sterilizován tak, jak je uvedeno v Pokynu pro vrácení výrobku. Společnost Baylis Medical nepříjme žádné použité zařízení, které nebylo řádně vyčištěno nebo dekontaminováno podle Pokynů pro vrácení produktu.

## XIV. OZNAČENÍ A SYMBOLY

| | | | | |
|---|---|---|---|---|
| | Výrobce | | Spotřebujte do | |
| **LOT** | Číslo šarže | | Upozornění | |
| **REF** | Číslo modelu | | Uchovávejte mimo dosah slunečního záření | |
| | Neresterilizujte | | Apyrogenní: RF vodič je nepyrogenní, pokud nedojde k otevření nebo poškození obalu. | |
| | Nepoužívejte opakovaně | | Dodržujte návod k použití | |
| EC REP | Autorizovaný zástupce pro EU | | Nepoužívejte prostředek, pokud je poškozený obal | |
| STERILE EO | Sterilizováno ethylenoxidem | **Rx ONLY** | Upozornění: Federální zákony (USA.) omezují prodej tohoto zařízení na lékaře nebo na jeho objednávku. | |

---

**Pouze pro členské státy EU:**
Použití tohoto symbolu uvádí, že výrobek musí být zlikvidován způsobem, který je v souladu s místními a národními předpisy.  V případě dotazů ohledně recyklace tohoto zařízení se obraťte na svého distributora.

## XV. OMEZENÁ ZÁRUKA – JEDNORÁZOVÉ PROSTŘEDKY A PŘÍSLUŠENSTVÍ

Společnost Baylis Medical Company Inc. (BMC) zaručuje, že její jednorázové výrobky a výrobky příslušenství nebudou obsahovat žádné vady materiálu a zpracování.  Společnost BMC zaručuje, že sterilní výrobky zůstanou po určitou dobu sterilní tak, jak je uvedeno na štítku, pokud původní balení zůstane neporušené. Podle této omezené záruky, pokud se prokáže, že některý krytý výrobek vykazuje vady materiálu nebo zpracování, společnost BMC podle svého absolutního a výhradního uvážení nahradí nebo opraví jakýkoli takový výrobek, po odečtení veškerých poplatků společnosti BMC za dopravu a mzdové náklady související s kontrolou, odstraněním nebo opětovným naskladněním výrobku. Délka záruky je: (i) u jednorázových produktů doba použitelnosti výrobku a (ii) u výrobků příslušenství 90 dní od data odeslání.

Tato omezená záruka se vztahuje pouze na nové originální výrobky dodané z výroby, které byly použity pro jejich běžné a zamýšlené použití.  Omezená záruka společnosti BMC se nevztahuje na výrobky BMC, které byly resterilizovány, opraveny, pozměněny nebo jakýmkoli způsobem upraveny, a nevztahuje se na výrobky BMC, které byly nesprávně skladovány nebo nesprávně vyčištěny, nainstalovány, provozovány nebo udržovány v rozporu s pokyny společnosti BMC.

**ZŘEKNUTÍ SE A OMEZENÍ ODPOVĚDNOSTI**
**VÝŠE UVEDENÁ OMEZENÁ ZÁRUKA JE JEDINOU ZÁRUKOU POSKYTOVANOU PRODEJCEM. PRODEJCE SE ZŘÍKÁ VEŠKERÝCH DALŠÍCH ZÁRUK, AŤ VÝSLOVNÝCH ČI ODVOZENÝCH, VČETNĚ ZÁRUKY PRODEJNOSTI NEBO VHODNOSTI PRO ZVLÁŠTNÍ POUŽITÍ NEBO ÚČEL.**
**<1719>Opravný prostředek zde uvedený bude výhradním opravným prostředkem pro jakýkoli nárok na záruku a další škody, včetně následných škod NEBO ŠKOD ZA </1719>PŘERUŠENÍ OBCHODU NEBO ZTRÁTU ZISKU, VÝNOSU, MATERIÁLŮ, PŘEDPOKLÁDANÝCH ÚSPOR, DAT, SMLOUVY, POVĚSTI APOD. (AŤ JIŽ PŘÍMÉ ČI NEPŘÍMÉ SVOJÍ POVAHOU), NEBO JAKÁKOLI JINÁ FORMA NÁHODNÝCH NEBO NEPŘÍMÝCH ŠKOD<1725> nebudou zohledněny.</1725> MAXIMÁLNÍ KUMULATIVNÍ ODPOVĚDNOST PRODEJCE VZTAHUJÍCÍ SE NA VŠECHNY OSTATNÍ NÁROKY A ODPOVĚDNOSTI, VČETNĚ POVINNOSTÍ V RÁMCI JAKÉHOKOLI ODŠKODNĚNÍ, BEZ POJIŠTĚNÍ NEBO S POJIŠTĚNÍM, NEPŘEKROČÍ NÁKLADY NA VÝROBEK/VÝROBKY, KTERÉ BY ZPŮSOBILY ZVÝŠENÍ NÁROKU NEBO ODPOVĚDNOSTI. PRODEJCE SE ZŘÍKÁ VEŠKERÉ ODPOVĚDNOSTI VZTAHUJÍCÍ SE K DOBROVOLNĚ POSKYTNUTÝM INFORMACÍM NEBO POMOCI POSKYTOVANÉ PRODEJCEM, JEŽ NENÍ PODLE TÉTO DOHODY VYŽADOVÁNA. JAKÉKOLI OPATŘENÍ PROTI PRODEJCI MUSÍ BÝT UČINĚNO DO (18) MĚSÍCŮ PO VZNIKU PŘÍČINY TOHOTO OPATŘENÍ. TATO ZŘEKNUTÍ SE ODPOVĚDNOSTI A OMEZENÍ ODPOVĚDNOSTI PLATÍ BEZ OHLEDU NA JAKÁKOLI JINÁ OPAČNÁ USTANOVENÍ A BEZ OHLEDU NA FORMU OPATŘENÍ, AŤ JIŽ VE SMLOUVĚ, V RÁMCI PORUŠENÍ (VČETNĚ NEDBALOSTI A PŘESNĚ VYMEZENÉ ODPOVĚDNOSTI) NEBO Z JAKÉHOKOLI JINÉHO HLEDISKA, A DÁLE ROZŠÍŘÍ VÝHODU PRO PRODEJCE, STANOVENÉ DISTRIBUTORY A DALŠÍ AUTORIZOVANÉ DEALERY JAKO PŘÍJEMCE TŘETÍCH STRAN. KAŽDÉ USTANOVENÍ UVEDENÉ V TOMTO DOKUMENTU, KTERÉ POSKYTUJE OMEZENÍ ODPOVĚDNOSTI, ZŘEKNUTÍ SE ZÁRUKY NEBO PODMÍNKU ČI VYLOUČENÍ ŠKOD, JE ODDĚLITELNÉ A NEZÁVISLÉ NA JAKÉMKOLI JINÉM USTANOVENÍ A MUSÍ BÝT JAKO TAKOVÉ UPLATŇOVÁNO.**
**U JAKÉHOKOLI NÁROKU ČI SOUDNÍ PŘE TÝKAJÍCÍ SE ŠKOD VYPLÝVAJÍCÍCH Z DOMNĚLÉHO PORUŠENÍ ZÁRUKY, PORUŠENÍ SMLOUVY, NEDBALOSTI, ODPOVĚDNOSTI ZA VÝROBEK NEBO PRÁVNÍ ČI SPRAVEDLIVÉ TEORIE KUPUJÍCÍ VÝSLOVNĚ SOUHLASÍ, ŽE SPOLEČNOST BMC NEBUDE ODPOVĚDNÁ ZA ŠKODY NEBO ZTRÁTY ZISKŮ, AŤ JIŽ ZPŮSOBENÉ KUPUJÍCÍM NEBO ZÁKAZNÍKY KUPUJÍCÍHO. ODPOVĚDNOST SPOLEČNOSTI BMC SE OMEZÍ NA NÁKUPNÍ NÁKLADY PRO KUPUJÍCÍHO SPECIFIKOVANÉHO ZBOŽÍ PRODANÉHO KUPUJÍCÍMU SPOLEČNOSTÍ BMC, ČÍMŽ VZNIKÁ NÁROK NA ODPOVĚDNOST.**

Žádný zprostředkovatel, zaměstnanec nebo zástupce společnosti Baylis Medical nemá oprávnění zavázat společnost k jakékoli jiné záruce, potvrzení nebo prohlášení týkajícímu se výrobku.

Tato záruka platí pouze pro původního kupujícího výrobků společnosti Baylis Medical přímo od autorizovaného zprostředkovatele společnosti Baylis Medical. Původní kupující nemůže převést záruku. Použití jakéhokoliv výrobku společnosti BMC se považuje za přijetí zde uvedených podmínek.

Záruční doby pro výrobky společnosti Baylis Medical jsou následující:

| Jednorázové výrobky | Doba použitelnosti výrobku |
|---|---|
| Výrobky příslušenství | 90 dní od data odeslání |

## Dansk

Baylis Medical og Baylis Medical-logoet er varemærker, der tilhører Baylis Medical Technologie Inc.

Læs alle anvisninger omhyggeligt før brug.  Overhold alle kontraindikationer, advarsler og forholdsregler, der er anført i denne vejledning.  I modsat fald kan det forårsage komplikationer for patienten.
**Vigtigt**: I henhold til amerikansk (føderal) lovgivning må dette udstyr kun sælges af eller efter ordinering af en læge.

Baylis Medical Company forlader sig på, at lægen bestemmer, vurderer og informerer hver enkelt patient om alle forudsigelige risici, som indgrebet indebærer.

### I. BESKRIVELSE AF UDSTYRET

En VersaCross RF-tråd til engangsbrug og et Baylis-stikkabel til engangsbrug (stikkabel) er inkluderet i VersaCross RF-trådpakken Baylis RFP-100A radiofrekvens-punkturgenerator (Baylis RF-generator) og stikket skal anvendes sammen med VersaCross RF-tråd. VersaCross RF-tråd overfører radiofrekvent (RF) strøm i monopolar tilstand mellem dens distale elektrode og en ekstern, kommercielt tilgængelig, ekstern engangsindifferent (dispersiv) plasterelektrode (DIP), som krævet i IEC 60601-2-2. Tilslutningskablet forbinder Baylis RF-generatoren med VersaCross RF-tråd. Dette tilslutningskabel muliggør tilførsel af RF-strøm fra Baylis RF-generatoren til en VersaCross RF-tråd.
Nærmere oplysninger om Baylis RF-generatoren kan findes i den særskilte vejledning, der følger med generatoren ("Brugervejledning til Baylis Radiofrequency Puncture Generator"). Baylis RF-generatorer, der er kompatible med VersaCross RF-tråd, er blandt andet RFP-100A.
Målene på VersaCross RF-tråd og Baylis-tilslutningskablet kan findes på udstyrets mærkning. Isoleringen på VersaCross RF-tråd letter indføringen af udstyret og fungerer som elektrisk isolering. Den bløde distale del af VersaCross RF-tråd har en lille bøjning, og den aktive spids er afrundet, hvilket gør den mindre traumatisk for hjertevævet, medmindre den tilføres RF-energi. En røntgenabsorberende og ekkogen mærkespole er placeret på den distale sektion til visualisering under håndtering. Hoveddelen af VersaCross RF-tråd er en fast skinne til indføring af andet udstyr ind i venstre atrium efter dannelsen af en atrieseptumdefekt VersaCross RF-tråd har synlige markører langs sin længde til at hjælpe med at justere trådspidsen i en kompatibel transseptal skede og/eller dilatorenhed (f.eks. VersaCross Transseptal skede-sættet). Den proximale ende af VersaCross RF-tråd er af nøgent metal, så den kun kan tilsluttes det medfølgende forbindelseskabel og ikke elektrokautere eller elektrokirurgiske apparater. Den anden ende af det medfølgende tilslutningskabel tilsluttes til Baylis RF-generatoren.

### II. INDIKATIONER FOR BRUG

*VersaCross RF-tråd* er indiceret til dannelse af en atrieseptumdefekt i hjertet.

### III. KONTRAINDIKATIONER

Anvendelse af *VersaCross RF-tråd* anbefales ikke i tilfælde af sygdomme, der ikke kræver dannelse af en atrieseptumdefekt.
Anvendelse af Baylis-tilslutningskablet, som følger med *VersaCross RF-tråd*, til andre RF-generatorer eller andet udstyr anbefales ikke.

I EU: VersaCross RF-tråd er ikke beregnet til brug med neonatale patienter, der er under en måned gamle.

## IV.      ADVARSLER

- Dette udstyr må kun anvendes af læger med indgående kendskab til angiografi og perkutane indgreb. Det anbefales, at læger gennemgår præklinisk oplæring, gennemgår relevant litteratur og anden relevant uddannelse, inden de udfører nye indgreb.
- *VersaCross RF-tråd* og Baylis Connector Cable (tilslutningskablet) leveres STERILE efter sterilisering med ethylenoxid.  Må ikke bruges, hvis emballagen er beskadiget.
- Laboratoriepersonale og patienter kan blive udsat for signifikant røntgeneksponering ved indgreb til radiofrekvenspunktur på grund af den uafbrudte anvendelse af fluoroskopisk billeddannelse.  Denne eksponering kan forårsage akutte stråleskader og øget risiko for somatiske og genetiske virkninger. Derfor skal der træffes passende foranstaltninger for at minimere denne eksponering.
- *VersaCross RF-tråd* og tilslutningskablet er kun beregnet til brug på en enkelt patient.  Ingen dele af udstyret må steriliseres eller genanvendes.  Genanvendelse kan forårsage patientskader og/eller overførsel af smitsomme sygdomme mellem patienter. I modsat fald kan det forårsage komplikationer for patienten.
- *VersaCross RF-tråd* skal anvendes med det medfølgende tilslutningskabel.  Forsøg på at bruge den med andre tilslutningskabler kan forårsage elektrokauterisering af patienten og/eller brugeren.
- Brug ikke VersaCross RF-tråd sammen med elektrokauteri eller elektrokirurgiske generatorer, tilslutningskabler eller tilbehør, da forsøg på brug kan medføre skader på patient og/eller operatør.
- Tilslutningskablet må kun anvendes med den Baylis Radiofrequency Puncture Generator (Baylis RF-generator) og den medfølgende *VersaCross RF-tråd*. Forsøg på at bruge det med andre RF-generatorer og andet udstyr kan forårsage elektrisk stød af patienten og eller brugeren.
- *VersaCross RF-tråd skal anvendes med 0,035" kompatible transseptale skede og/eller dilatoranordninger. Brug af inkompatibelt tilbehør kan beskadige VersaCross RF-tråd eller tilbehørets integritet og kan forårsage patientskade.*
- VersaCross RF-tråd er kun blevet valideret til brug ved transseptalpunktur gennem VersaCross dilatorer, som har vist sig at give den nødvendige støtte for optimal funktion.
- Den aktive spids og den distale bøjning på *VersaCross RF-tråd* er skrøbelige.  Vær forsigtig med ikke at beskadige spidsen eller den distale bøjning under håndteringen af *VersaCross RF-tråd*.  Hvis spidsen eller den distale bøjning bliver beskadiget, skal *VersaCross RF-tråd* omgående bortskaffes.
- Hvis den aktive spids på *VersaCross RF-tråd* på noget tidspunkt bliver bøjet under anvendelsen, skal *VersaCross RF-tråd* omgående bortskaffes.  Gør ikke forsøg på at rette den aktive spids ud.
- *VersaCross RF-tråd* er ikke beregnet til anvendelse på neonatale patienter (mindre end en måned gamle).  Gør ikke forsøg på at behandle neonatale patienter med *VersaCross RF-tråd*.
- Forsøg ikke at indsætte eller trække VersaCross RF-kablet ind eller ud gennem en metalkanyle eller en perkutan nål, da dette kan beskadige enheden og forårsage patientskade.

## V.      FORHOLDSREGLER

- Gør ikke forsøg på at anvende *VersaCross RF-tråd* og Baylis Connector Cable (tilslutningskablet) eller andet udstyr, inden du har læst den medfølgende brugervejledning omhyggeligt igennem.
- Indgreb til radiofrekvenspunktur må kun udføres af læger med passende oplæring i teknikkerne til radiofrekvenspunktur på et fuldt udstyret kateteriseringslaboratorium.
- Før anvendelsen skal den sterile emballage efterses for eventuel beskadigelse.  Sørg for, at emballagen ikke er beskadiget.  Udstyret må ikke anvendes, hvis emballagen er beskadiget.
- Før anvendelsen skal *VersaCross RF-tråd* og tilslutningskablet efterses for at sikre, at der ikke er nogen revner i eller skader på isoleringsmaterialet.  Ledningen og kablet må ikke anvendes, hvis de er beskadiget.
- *VersaCross RF-tråd* og/eller tilslutningskablet må ikke anvendes efter den holdbarhedsdato (BRUG FØR), der er anført på mærkningen.
- *VersaCross RF-tråd* og tilslutningskablet er kun beregnet til at blive anvendt med det udstyr, der er anført i afsnit 0, Påkrævet udstyr.
- Læs og følg producentens brugervejledning til den indifferente (dispersive) elektrode (DIP) til engangsbrug.  Brug altid DIP-elektroder, der lever op til eller overstiger kravene i IEC 60601-2-2.
- Placering af den dispersive elektrode på låret kan forårsage en øget impedans.
- Til forebyggelse af antændelse skal det sikres, at der ikke er brændbare materialer i rummet i forbindelse med RF-indgrebet.
- Træf foranstaltninger for at begrænse den indvirkning, som den elektromagnetiske interferens (EMI) fra Baylis Radiofrequency Puncture Generator (Baylis RF-generatoren) måtte have på funktionen af andet udstyr.  Kontrollér kompatibiliteten og sikkerheden af kombinationer med andet elektrisk udstyr og udstyr til fysiologisk overvågning, som skal bruges på patienten sammen med Baylis RF-generatoren.
- Der skal anvendes egnet filtrering for at muliggøre uafbrudt overvågning af elektrokardiogrammet (EKG) under anvendelsen af radiofrekvensenergi.
- Gør ikke forsøg på at indføre og anvende den proksimale ende af *VersaCross RF-tråd* som den aktive spids.
- Gør ikke forsøg på at indføre eller udtage VersaCross RF-tråd igennem en metalkanyle eller en perkutan kanyle.
- *VersaCross RF-tråd* og tilslutningskablet må ikke bøjes.  For kraftig bøjning eller knæk af ledningens skaft, den distale bøjning eller den proksimale bøjning kan beskadige integriteten af *VersaCross RF-tråd* og forårsage patientskade..  Der skal udvises omhu ved håndtering af RF-ledningen og tilslutningskablet.
- *VersaCross RF-tråd* skal håndteres forsigtigt for at undgå karskader.  *VersaCross RF-tråd* og dilatatoren skal indføres under billeddannelse.  Hvis der stødes på modstand, må der IKKE anvendes magt til at fremføre eller udtrække *VersaCross RF-tråd* eller dilatatoren.
- Du må ikke bøje VersaCross RF-tråden eller stikkablet. Overdreven bøjning eller knækning af trådskaftet, den distale kurve af tråden og/eller stikkablet kan beskadige enhedskomponenternes integritet og forårsage patientskade. Der skal udvises forsigtighed ved håndtering af VersaCross RF-tråden og stikkablet.
- Hvis der opstår modstand, må der IKKE anvendes overdreven kraft til at fremføre eller trække VersaCross RF-tråden eller den tilhørende skede- og/eller dilatorenhed frem eller tilbage. Overdreven kraft kan føre til, at enheden bøjes eller knækkes, hvilket begrænser fremføring og tilbagetrækning af skede- og/eller dilatorenheden.
- Fremføring af VersaCross RF-tråd og supplerende skede- og/eller dilatorenhed bør ske under billedstyring. Brugen af synlige markører på trådlegemet er kun en tilnærmelsesvis vejledning til at placere trådspidsen med dilatorens distale ende.
- *VersaCross RF-tråd* har i berøring med målvævet.
- Det anbefales ikke at overstige fem (5) RF-anvendelser pr. *VersaCross RF-tråd*.
- Tilslutningskablet må aldrig kobles fra Baylis RF-generatoren, mens generatoren tilfører RF-energi.
- Tilslutningskablet må aldrig kobles fra Baylis RF-generatoren ved at trække i kablet.  Hvis kablet ikke frakobles på korrekt vis, kan kablet blive beskadiget.
- Tilslutningskablet må ikke snos, når det tilsluttes eller fjernes fra det isolerede patientstik på Baylis RF-generatoren.  Snoning af kablet kan medføre beskadigelse af stikbenene.
- Baylis-generatoren kan levere en høj elektrisk strøm.  Patienten eller brugeren kan komme til skade på grund af forkert håndtering af *VersaCross RF-tråd* og/eller DIP-elektroden, især under anvendelsen af udstyret.
- Når der tilføres strøm, må patienten ikke komme i berøring med metaloverflader, der har jordforbindelse.
- En tilsyneladende lav strømtilførsel eller hvis udstyret ikke fungerer korrekt ved normale indstillinger, kan det være tegn på forkert anbringelse af DIP-elektroden, fejl på en elektrisk leder eller dårlig vævskontakt ved den aktive spids.  Kontrollér for synlige defekter på udstyret eller forkert anvendelse

af udstyret. Forsøg at forbedre placeringen af den aktive spids på *VersaCross RF-tråd* i forhold til atrieseptum. Øg kun effekten, hvis den lave strømtilførsel varer ved.
- Baylis Medical Company sætter sin lid til lægen med henblik på bestemmelse, vurdering og kommunikation af alle forudsigelige risici i forbindelse med Baylis Medical Radiofrequency Puncture System for hver patient.
- Hvis der anvendes elektroanatomisk kortlægningsvejledning, anbefales det at bruge den sammen med en alternativ billeddannelsesmodalitet i tilfælde af tab af synlighed af enheden.

## VI.      PRODUKTSPECIFIKATIONER

| Produkt | *VersaCross RF-tråd* | Produkt | RFP 100A Connector Cable |
|---|---|---|---|
| Brugbar længde | 180 cm eller 230 cm | Brugbar længde | 3 m / 10 fod |
| Tråddiameter | 0,035" / 0,89 mm | Generatortilslutning | 4-polet (3-polet)<br>Polet 4   Polet 1<br>Polet 3   Polet 2 (ekstraudstyr) |
| Kurvediameter | 9 mm J-tip  eller 24 mm Pigtail | Udstyrstilslutning | Trykknap |

## VII.      KOMPLIKATIONER

Nogen af de komplikationer, der kan opstå ved dannelse af en atrieseptumdefekt, er:

| | | |
|---|---|---|
| Tamponade | Sepsis/infektion | Tromboembolier |
| Karperforering | Atrieflimren | Myokardieinfarkt |
| Karspasmer | Vedvarende arytmier | Atrieflagren |
| Blødning | Vaskulær trombose | Perforering af myokardiet |
| Hæmatomer | Allergisk reaktion på kontrastmidlet | Ventrikulær takykardi |
| Smerter og ømhed | Arteriovenøs fistel | Tachykardi<br>Pericardial effusion |
| Vaskulært traume | Yderligere kirurgisk indgreb | Ledningsindfangning/-sammenfiltring |
| Fremmedlegeme/ledningsbrud | | |

## VIII.      PÅKRÆVET UDSTYR

RF-transseptale procedurer bør udføres i et specialiseret klinisk miljø, der er udstyret med passende billeddannelsesudstyr og kompatibelt undersøgelsesbord, ekkokardiografibilleddannelse, fysiologisk optager, nødudstyr og instrumentering til at opnå vaskulær adgang. De hjælpematerialer, der er nødvendige for at udføre denne procedure, omfatter:

- RFP-100A Baylis RF-generator
- 0,035" kompatible transseptale skede- og/eller dilatorenheder
- DIP-elektrode, der opfylder eller overgår kravene i IEC 60601-2-2 for elektrokirurgiske elektroder
- DuoMode kabelTM til brug med elektroanatomiske kortlægningssystemer

## IX.      EFTERSYN FØR BRUG

Før proceduren udføres, skal VersaCross RF-tråd og det medfølgende stikkabel undersøges omhyggeligt for skader eller defekter, ligesom alt udstyr, herunder Baylis RF-generatoren, der anvendes i proceduren..  RF-ledningen og/eller tilslutningskablet må ikke genanvendes.

## X.      BRUGSANVISNING

- Alle vejledninger til påkrævet udstyr skal læses omhyggeligt igennem, forstås og følges.  I modsat fald kan det forårsage komplikationer.
- *VersaCross RF-tråd* og Baylis Connector Cable (tilslutningskablet) leveres sterile.  Brug en aseptisk teknik ved åbning a emballagen og håndtering af produktet i det sterile felt.
- Sæt tilslutningskablets generatortilslutningsende i det isolerede patientstik på Baylis Radiofrequency Puncture RF Generator (Baylis RF-generatoren) i henhold til brugervejledningen til Baylis RF-generatoren. Ret forsigtigt stikbenene ind efter stikket, og tryk ind, indtil tilslutningen er udført korrekt. Forsøg på at tilslutte kablet på anden vis, medfører beskadigelse af stikbenene.
- Brug ikke magt ved tilslutning af tilslutningskablet til Baylis RF-generatoren.  Brug af magt kan medføre beskadigelse af stikbenene.
- Skyl grundigt den transseptale skede og/eller dilator (medfølger ikke).
- Udfør en standard venepunktur på det ønskede adgangssted ved brug af en adgangskanyle (medfølger ikke).
- En transseptal skede og/eller dilator indsættes normalt gennem adgangsstedet og føres derefter frem over en guidewire, der skal placeres i Superior Vena Cava (SVC) under billedstyring.  VersaCross RF-tråden kan anvendes til dette formål.
- Fjern guidewiren, og udskift den med VersaCross RF-tråd med den medfølgende spidsretter, hvis VersaCross RF-tråd ikke blev brugt til at føre skeden frem til SVC.
- Fjern ledetråden.
- Brug den medfølgende spidsafretter til at rette den distale bøjning på *VersaCross RF-tråd* ud.
- Før spidsen på *VersaCross RF-tråd* ind i dilatatoren, og fremfør ledningen igennem transseptal indførings-og/eller dilatatorsættet, indtil ledningens spids lige netop er inden for dilatatorspidsen.
- Tag godt fat i katetertilslutningsenden på tilslutningskablet med den ene hånd. Tryk den røde knap øverst på tilslutningen ned med tommelfingeren.  Indfør langsomt den proksimale ende af *VersaCross RF-tråd* i åbningen på katetertilslutningen.  Når den eksponerede del af den proksimale ende af udstyret ikke længere kan ses, skal du slippe den røde knap på tilslutningen.  Træk forsigtigt i udstyret for at sikre, at tilslutningen er udført korrekt.
- Anbring kombinationen af transseptale forsamling ledningen/indførings-, skede og/eller dilatatorsættet i højre atrium ind mod fossa ovalis under fluoroskopisk billeddannelse ved brug af en standardteknik. Det anbefales også at anvende ekkokardiografi.
- Udøv tryk på dilatatoren for at løfte septum ved fossa ovalis.
- Før VersaCross RF-tråd frem, så den aktive spids berører septum ved fossa ovalis, men stadigvæk er inden i dilatatoren.
- Når den passende placering er opnået, skal du levere RF-energien via Baylis RF-generatoren til den aktive spids.  Det resulterer i punktering af målvævet i hjertet.  Der henvises til brugervejledningen til Baylis RF-generatoren for oplysninger om korrekt anvendelse af generatoren.
- Udøv et fast tryk på *VersaCross RF-tråd* under tilførslen af RF-energi for at fremføre *VersaCross RF-tråd* igennem vævet.
- **BEMÆRK:  Ved brug af Baylis RF-generatorer skal der anvendes de laveste passende RF-indstillinger for at opnå den ønskede punktur.**
    - Ved brug af RFP-100A: Det er påvist, at en indledende RF-indstilling mellem et (1) sekund i tilstanden "PULSE" (Impuls) til to (2) sekunder i tilstanden "CONSTANT" (Uafbrudt) er tilstrækkeligt til at opnå en vellykket punktur.
- Tilførslen af radiofrekvensenergi kan afsluttes ved tryk på tænd/sluk-knappen RF ON/OFF på generatoren, hvis timeren er løbet ud.
- Indføring i venstre atrium kan bekræftes ved at overvåge *VersaCross RF-tråd* med fluoroskopi. Det anbefales også at anvende ekkokardiografi.
- Hvis septumpunktur ikke er opnået efter fem (5) anvendelser af RF-energi, anbefales det, at brugeren udfører indgrebet ved brug af en anden metode.
- Når punkturen er udført, skal *VersaCross RF-tråd* fremføres mekanisk uden tilførsel af RF-energi.  Placér spidsen af den transseptale samling (RF-tråd, skede, dilator) i højre atrium mod fossa ovalis

under passende billeddannelsesvejledning, herunder, men ikke begrænset til, fluoroskopisk, ekkokardiografisk og/eller elektroanatomisk kortlægningsvejledning ved hjælp af standardteknik.

- BEMÆRK: Hvis der anvendes elektroanatomisk kortlægningsvejledning, anbefales det at bekræfte spidsens placering og septal tenting med ekkokardiografisk billeddannelse eller en anden billeddannelsesmodalitet.
- Derefter kan den transseptale dilatator fremføres hen over ledningen for at udvide punkturen.
- *VersaCross RF-tråd* kobles fra tilslutningskablet ved at trykke den røde knap på katetertilslutningen ned og forsigtigt fjerne den proksimale ende af RF-ledningen fra tilslutningskablet.
- Tilslutningskablet kobles fra Baylis RF-generatoren ved at tage godt fat i tilslutningen og trække den lige ud af udtaget.
- Træk langsomt *VersaCross RF-tråd* ud igennem det transseptale indførings-/dilatatorsæt.
- Træk VersaCross RF-tråden langsomt tilbage gennem den transseptale skede og/eller dilatorenhed.

## Tilslutninger



Baylis Radiofrekvens-punkturgenerator

Baylis-stikkabel (inkluderet)

DIP-jordforbindelsespude

Fodkontakt (ekstraudstyr)

VersaCross RF-tråd Pigtailmodel vist

## XI.  RENGØRINGS- OG STERILISERINGSVEJLEDNING

*VersaCross RF-tråd* og Baylis-tilslutningskablet er kun beregnet til engangsbrug. *VersaCross RF-tråd* og/eller Baylis-tilslutningskablet må ikke rengøres eller steriliseres.

## XII.  FEJLFINDING

Nedenstående tabel er beregnet til at hjælpe brugeren med at finde årsagen til mulige problemer.

| PROBLEM | KOMMENTARER | FEJLFINDING |
|---|---|---|
| Baylis-tilslutningskablet passer ikke ind i det isolerede patientstik på forsiden af generatoren. | Af hensyn til sikkerheden er stikkene designet til at blive tilsluttet på en bestemt måde. Hvis stikkets "ben" ikke er rettet korrekt ind, kan det ikke tilsluttes. | Kontrollér, at stikbenene er rettet korrekt ind. |
| Fejlmeddelelser på generatoren | For at kunne perforere vævet ved brug af radiofrekvensenergi skal alt udstyr være tilsluttet korrekt og være i god stand. | Sørg for, at alle tilslutninger er foretaget korrekt:<br>- *VersaCross RF-tråd* til tilslutningskablet<br>- Tilslutningskablet til Baylis RF-generatoren<br>- Baylis RF-generatoren til stikkontakten<br>- Baylis RF-generatoren til jordforbindelsespude<br>Efterse *VersaCross RF-tråd* og tilslutningskablet for beskadigelse. Beskadiget udstyr skal bortskaffes omgående. Hvis problemet varer ved, skal brugen afbrydes.<br>For oplysninger om fejlmeddelelser, der kan blive vist under forsøget på at udføre radiofrekvenspunktur henvises der til brugervejledningen, der følger med Baylis RF-generatoren. |
| Brud eller knæk på ledningen | Brud og knæk på *VersaCross RF-tråd* udgør en potentiel risiko for patientskader. | Bortskaf omgående. |

## XIII.  KUNDESERVICE OG OPLYSNINGER OM RETURNERING AF PRODUKTER

Hvis du har problemer med eller spørgsmål om udstyr fra Baylis Medical, kan du kontakte vores tekniske servicepersonale på følgende adresse og/eller telefonnummer.

**Baylis Medical Company Inc.**
5959 Trans-Canada Highway
Montreal, Quebec, Canada, H4T 1A1
Tlf.: (514) 488-9801 eller (800) 850-9801
Fax: (514) 488-7209
www.baylismedical.com

**BEMÆRK:**

3. For at kunne returnere produkter skal du have et returgodkendelsesnummer, inden du sender produkterne retur til Baylis Medical Company. I den forbindelse vil du modtage anvisninger vedrørende returneringen af produkterne.

4. Sørg for, at alle produkter, der returneres til Baylis Medical er blevet rengjort, desinficeret og/eller steriliseret i henhold til anvisningerne vedrørende returnering af produkterne, inden de returneres med henblik på service, der er dækket af garantien. Baylis Medical tager ikke imod brugt udstyr, der ikke er rengjort eller desinficeret korrekt i henhold til anvisningerne vedrørende returnering af produkterne.

## XIV.  MÆRKNING OG SYMBOLER

| | Producent | | Brug før |
|---|---|---|---|
| **LOT** | Lotnummer | ⚠ | Vigtigt |
| **REF** | Modelnummer | ☼ | Skal beskyttes mod sollys |
| (2) STERILIZE | Må ikke resteriliseres | | Ikke-pyrogen: RF-ledningen er ikke-pyrogenisk, med mindre pakken er åbnet eller beskadiget |
| (2) | Må ikke genanvendes | | Følg brugervejledningen |

| EC REP | Autoriseret repræsentant i EU | ⊗ | Må ikke anvendes, hvis emballagen er beskadiget |
|---|---|---|---|
| STERILE EO | Steriliseret med ethylenoxid | **Rx ONLY** | **Vigtigt:** I henhold til amerikansk (føderal) lovgivning må dette udstyr kun sælges af eller efter ordinering af en læge. |
| | **Kun til EU-medlemslande:** Brugen af dette symbol angiver, at produktet skal bortskaffes i overensstemmelse med de gældende lokale og nationale bestemmelser. Kontakt venligst forhandleren, hvis du har spørgsmål om genbrug af dette udstyr. | | |

## XV.  BEGRÆNSET GARANTI – ENGANGSPRODUKTER OG TILBEHØR

Baylis Medical Company Inc. (BMC) giver garanti for, at virksomheden engangsprodukter og tilbehør er fri for materiale- og produktionsfejl. BMC giver garanti for, at sterile produkter forbliver sterile i det tidsrum, der er anført på mærkningen, når den originale emballage er intakt. Hvis der påvises materiale- eller produktionsfejl, i et produkt, der er dækket af denne begrænsede garanti, erstatter eller reparerer BMS efter eget skøn produktet og fratrækker eventuelle omkostninger, som BMC har i forbindelse med transport og arbejdstimer med henblik på eftersyn, fjernelse eller udskiftning af produktet. Garantiens gyldighedsperiode er: (i) produktets holdbarhedstid for engangsprodukter og (ii) 90 dage fra forsendelsesdatoen for tilbehør.

Denne begrænsede garanti gælder kun for nye originale produkter, der leveres fra fabrikken, som er blevet anvendt til deres normale og tilsigtede formål. BMC's begrænsede garanti gælder ikke for produkter fra BMC, som er blevet resteriliseret, repareret, ændret eller modificeret på nogen måde, og den gælder ikke for produkter fra BMC, som er blevet opbevaret forkert, eller som ikke er blevet rengjort, installeret, anvendt eller vedligeholdt i henhold til BMC's anvisninger.

**ANSVARSFRASKRIVELSE OG BEGRÆNSNING AF ERSTATNINGSANSVARET**
**OVENSTÅENDE BEGRÆNSEDE GARANTI, ER DEN ENESTE GARANTI, SOM SÆLGER GIVER. SÆLGEREN FRASKRIVER SIG ENHVER ANDEN GARANTI, BÅDE UDTRYKKELIG OG UNDERFORSTÅET, HERUNDER OGSÅ ENHVER GARANTI FOR SALGBARHED ELLER EGNETHED TIL EN BESTEMT ANVENDELSE ELLER ET BESTEMT FORMÅL.**
**DET RETSMIDDEL, DER ER ANFØRT HERI, ER DET ENESTE RETSMIDDEL FOR ALLE GARANTIKRAV, OG ANDEN ERSTATNING, HERUNDER FØLGESKADER ELLER ERSTATNING FOR ARBEJDSSTANDSNING ELLER TABT OMSÆTNING ELLER TABT INDTJENING, MATERIALER, FORVENTEDE OPSPARINGER, DATA, KONTRAKTER, GOODWILL ELLER TILSVARENDE (UNANSET OM DER ER TALE OM DIREKTE ELLER INDIREKTE SKADER) ELLER FOR ANDRE FORMER FOR FØLGESKADER ELLER INDIREKTE SKADER AF NOGEN ART, ER IKKE MULIG. SÆLGERENS MAKSIMALE SAMLEDE ERSTATNINGSANSVAR MED HENBLIK PÅ ALLE ANDRE KRAV ELLER ERSTATNINGSANSVAR, HERUNDER FORPLIGTELSER I FORBINDELSE MED SKADESERSTATNING, UANSET OM DER FORELIGGER EN FORSIKRING, OVERSTIGER IKKE PRISEN PÅ PRODUKTET/PRODUKTERNE, DER LIGGER TIL GRUND FOR KRAVET ELLER ERSTATNINGSANSVARET. SÆLGER FRASKRIVER SIG ETHVERT ANSVAR I FORBINDELSE MED GRATIS OPLYSNINGER ELLER ASSISTANCE, SOM SÆLGER LEVERER, MEN IKKE ER FORPLIGTET TIL AT LEVERE I HENHOLD HERTIL. ENHVER SAG MOD SÆLGER SKAL ANLÆGGES INDEN FOR ATTEN (18) MÅNEDER EFTER ÅRSAGEN TIL SAGSANLÆGGET OPSTÅR. DISSE ANSVARSFRASKRIVELSER OG BEGRÆNSNINGER AF ERSTATNINGSANSVARET GÆLDER UAFHÆNGIGT AF ANDRE MODSTRIDENDE BESTEMMELSER HERI OG UAFHÆNGIGT AF SAGSANLÆGGETS GRUNDLAG, DET VÆRE SIG AFTALERET, ERSTATNINGSSAGER UDEN FOR KONTRAKT (HERUNDER UAGTSOMHED OG OBJEKTIVT ANSVAR) ELLER ANDET, OG DETTE GÆLDER LIGELEDES FOR SÆLGERENS FORHANDLERE, UDPEGEDE DISTRIBUTØRER OG ANDRE AUTORISEREDE FORHANDLERE SOM BEGUNSTIGEDE TREDJEPARTER. ALLE BESTEMMELSER HERI, DER RESULTERER I EN BEGRÆNSNING AF GARANTIEN, FRASKRIVER GARANTIER ELLER BESTEMMELSER ELLER UDELUKKER ERSTATNINGSANSVAR ADSKILLELIGE OG UAFHÆNGIGE AF ALLE ANDRE BESTEMMELSER OG SKAL HÅNDHÆVES I HENHOLD HERMED.**
**I FORBINDELSE MED ETHVERT KRAV ELLER SØGSMÅL FOR SKADESERSTATNING PÅ BAGGRUND AF PÅSTÅET BRUD PÅ GARANTIEN, KONTRAKTBRUD, UAGTSOMHED, PRODUKTANSVAR ELLER NOGEN ANDEN FORM TERORI OM RET OG RIMELIGHED ACCEPTERER KUNDEN UDTRYKKELIGT, AT BMC IKKE ER ANSVARLIG FOR SKADER ELLER TABT INDTJENING, HVERKEN KØBERS ELLER KØBERENS KUNDERS. BMC'S ERSTATNINGSANSVAR ER BEGRÆNSET TIL KØBERENS KØBSPRIS FOR DE PÅGÆLDENDE PRODUKTER, SOM BMC HAR SOLGT TIL KØBEREN, OG SOM LIGGER TIL GRUND FOR ERSTATNINGSKRAVET.**

Ingen af Baylis Medicals agenter, medarbejdere eller repræsentanter er berettigede til at binde virksomheden til nogen anden garanti, løfte eller påstand vedrørende produktet.

Denne garanti gælder kun for den oprindelige køber af produkter fra Baylis Medical direkte fra en autoriseret agent fra Baylis Medical. Den oprindelige køber kan ikke overdrage garantien.

Brug af ethvert produkt fra BMC anses som accept af nærværende vilkår og betingelser.

Følgende garantiperiode gælder for produkter fra Baylis Medical:

| Engangsprodukter | Produktets holdbarhedstid |
|---|---|
| Tilbehør | 90 dage fra forsendelsesdatoen |

## Suomi

Baylis Medical ja Baylis Medical -logo ovat Baylis Medical Technologies Inc. -yhtiön tavaramerkkejä.

Lue kaikki ohjeet huolellisesti ennen käyttöä. Huomioi kaikki näissä ohjeissa mainitut vasta-aiheet, varoitukset ja varotoimet. Muuten seurauksena saattaa olla potilaskomplikaatioita.

**Huomio**: Yhdysvaltain liittovaltion lain mukaan tämän laitteen saa myydä vain lääkäri tai lääkärin määräyksestä.

Baylis Medical Company luottaa siihen, että lääkäri määrittää ja arvioi kaikki toimenpiteen odotettavissa olevat riskit ja kertoo ne kullekin yksittäiselle potilaalle.

## I.  LAITTEEN KUVAUS

*VersaCross*-RF-vaijerin toimitukseen sisälty Baylis-liitäntäkaapeli. *VersaCross*-RF-vaijeria tulee käyttää hyväksytyn Baylis-radiotaajuuspunktiogeneraattorin ("Baylis-RF-generaattori") ja Baylis-liitäntäkaapelin ("liitäntäkaapeli") kanssa.

*VersaCross*-RF-vaijeri tuottaa RF- eli radiotaajuusenergiaa monopolaarisessa tilassa distaalisen elektrodinsa ja kaupallisesti saatavilla olevan ulkoisen DIP-elektrodin (Disposable Indifferent (Dispersive) Patch) välillä. DIP-elektrodin tulee olla IEC 60601-2-2 -standardien mukainen. *VersaCross*-RF-vaijeri liitetään Baylis-RF-generaattoriin liitäntäkaapelilla. Tämä liitäntäkaapeli mahdollistaa radiotaajuusenergian tuoton Baylis-RF-generaattorista *VersaCross*-RF-vaijeriin.

Tarkat tiedot Baylis-RF-generaattorista ovat erillisessä generaattorin mukana toimitetussa käyttöoppaassa ("Baylis-radiotaajuuspunktiogeneraattorin käyttöohjeet"). *VersaCross*-RF-vaijerin kanssa yhteensopiva Baylis-RF-generaattori on esimerkiksi RFP-100A.

*VersaCross*-RF-vaijerin ja Baylis-liitäntäkaapelin mitat ovat laitteen etiketissä. *VersaCross*-RF-vaijerin rungon eristys mahdollistaa laitteen sujuvan eteenpäin viemisen sekä tarjoaa sähköeristyksen. *VersaCross*-RF-vaijerin veltossa distaalisessa osassa on pieni kaari. Aktiivinen kärki on pyöristetty, jotta se ei vaurioita sydämen kudosta, paitsi kun radiotaajuusenergiaa tuotetaan. Kaaressa on merkkikierukka visualisointiin fluoroskopian avulla. *VersaCross*-RF-vaijerin runko tarjoaa jäykän kiskon lisävarusteiden viemiseen vasempaan eteiseen, kun eteisväliseinän aukko on luotu. *VersaCross*-RF-vaijerin veltossa proksimaalisessa osassa on suuri ympyränmuotoinen kaari. Proksimaalinen pää on

DMR VXW 3.3 V-10 (CE Marked)

paljasta metallia, ja se liitetään toimitukseen sisältyvään liitäntäkaapeliin. Toimitukseen sisältyvän liitäntäkaapelin toinen pää liitetään Baylis-RF-generaattoriin.

## II.    KÄYTTÖAIHEET
*VersaCross*-RF-vaijeri on tarkoitettu sydämen eteisväliseinän aukon luomiseen.

## III.    VASTA-AIHEET
*VersaCross*-RF-vaijeria ei suositella käytettäväksi indikaatioihin, jotka eivät vaadi sydämen eteisväliseinän aukon luomista.
*VersaCross*-RF-vaijerin mukana toimitettavaa Baylis-liitäntäkaapelia ei suositella käytettäväksi muiden RF-generaattoreiden tai laitteiden kanssa.
**EU**: VersaCross-radiotaajuusjohdinta ei ole tarkoitettu käytettäväksi vastasyntyneillä (ts. alle yhden kuukauden ikäisillä)

## IV.    VAROITUKSET
- Tätä laitetta saavat käyttää vain lääkärit, joilla on perinpohjainen ymmärrys angiografiasta ja perkutaanisista interventiotoimenpiteistä. On suositeltavaa, että lääkärit suorittavat prekliinisen koulutuksen, tutustuvat aiheeseen liittyvään kirjallisuuteen ja suorittavat muut soveltuvat koulutukset ennen uusiin interventiotoimenpiteisiin ryhtymistä.
- *VersaCross*-RF-vaijeri ja Baylis-liitäntäkaapeli ("liitäntäkaapeli") toimitetaan STERIILEINÄ, ja ne on steriloitu etyleenioksidilla. Ei saa käyttää, jos pakkaus on vaurioitunut.
- Laboratoriohenkilökunta ja potilaat saattavat altistua voimakkaalle röntgensäteilylle radiotaajuuspunktiotoimenpiteissä, koska niissä käytetään jatkuvaa läpivalaisua. Tällainen altistus voi aiheuttaa akuutin säteilyvaurion sekä lisätä somaattisten ja geneettisten vaikutusten riskiä. Näin ollen tämän altistumisen minimoimiseksi tulee ryhtyä asianmukaisiin toimenpiteisiin.
- *VersaCross*-RF-vaijeri ja liitäntäkaapeli ovat kertakäyttöisiä. Kumpaakaan laitetta ei saa steriloida eikä käyttää uudelleen. Uudelleenkäyttö saattaa aiheuttaa potilaan loukkaantumisen ja/tai tartuntataudin/-tautien tarttumiseen potilaalta toiselle. Seurauksena saattaa olla potilaskomplikaatioita.
- *VersaCross*-RF-vaijeria tulee käyttää mukana toimitetun liitäntäkaapelin kanssa. Jos sitä yritetään käyttää muiden liitäntäkaapelien kanssa, seurauksena voi olla tappava sähköisku potilaalle ja/tai käyttäjälle.
- Liitäntäkaapelia saa käyttää vain Baylis-radiotaajuuspunktiogeneraattorin ("Baylis-RF-generaattori") ja mukana toimitetun *VersaCross*-RF-vaijerin kanssa. Jos sitä yritetään käyttää muiden RF-generaattorien ja laitteiden kanssa, seurauksena voi olla tappava sähköisku potilaalle ja/tai käyttäjälle.
- *VersaCross*-RF-vaijeria tulee käyttää 0,035" yhteensopivien transseptaaliholkki- ja/tai laajenninlaitteiden kanssa.
- *VersaCross*-RF-vaijerin aktiivinen kärki ja distaalisen pään kaari ovat hauraita. Varo kärjen tai distaalisen pään kaaren vaurioittamista käsitellessäsi *VersaCross*-RF-vaijeria. Jos kärki tai distaalisen pään kaari vaurioituvat, *VersaCross*-RF-vaijeri tulee heti poistaa käytöstä.
- Jos *VersaCross*-RF-vaijerin aktiivinen kärki taipuu milloin tahansa käytön aikana, *VersaCross*-RF-vaijeri tulee hävittää välittömästi. Aktiivista kärkeä ei saa yrittää suoristaa.
- *VersaCross*-RF-vaijeria ei ole tarkoitettu käytettäväksi vastasyntyneillä potilailla (alle kuukauden ikäisillä). Vastasyntyneitä potilaita ei saa yrittää hoitaa *VersaCross*-RF-vaijerilla.

## V.    VAROTOIMET
- Älä yritä käyttää *VersaCross*-RF-vaijeria ja Baylis-liitäntäkaapelia ("liitäntäkaapeli") tai lisävarusteita ennen kuin mukana toimitetut käyttöohjeet on luettu huolellisesti.
- Radiotaajuuspunktiotoimenpiteitä saavat suorittaa vain lääkärit, joilla on perinpohjainen koulutus radiotaajuuspunktiomenetelmistä. Toimenpiteet tulee suorittaa täysin varustellussa katetrointilaboratoriossa.
- Steriili pakkaus tulee tarkastaa silmämääräisesti ennen käyttöä mahdollisen vaarantumisen havaitsemiseksi. Varmista, että pakkaus ei ole vaurioitunut. Älä käytä laitteita, jos pakkaus on vaarantunut.
- Tarkasta *VersaCross*-RF-vaijeri ja liitäntäkaapeli silmämääräisesti ennen käyttöä varmistaaksesi, että eristysmateriaalissa ei ole murtumia tai vaurioita. Älä käytä vaijeria tai kaapelia, jos vaurioita on havaittavissa.
- Älä käytä *VersaCross*-RF-vaijeria ja/tai liitäntäkaapelia tuotemerkinnöissä olevan viimeisen käyttöpäivän jälkeen.
- *VersaCross*-RF-vaijeri ja liitäntäkaapeli on tarkoitettu käytettäväksi vain sellaisten laitteiden kanssa, jotka on lueteltu osiossa 0 Tarvittavat välineet.
- Lue DIP-elektrodia koskevat valmistajan käyttöohjeet ja noudata niitä. Käytä aina DIP-elektrodeja, jotka täyttävät tai ylittävät IEC 60601-2-2 -vaatimukset.
- DIP-elektrodin sijoittamisesta reiteen saattaa aiheutua suurempi impedanssi.
- Varmista, että tilassa ei ole herkästi syttyviä materiaaleja radiotaajuusenergian tuottamisen aikana, jotta syttymisriski vältetään.
- Ryhdy varotoimiin rajoittaaksesi Baylis-radiotaajuuspunktiogeneraattorin ("Baylis-RF-generaattori") aiheuttamien sähkömagneettisten häiriöiden mahdollisia vaikutuksia muiden laitteiden suorituskykyyn. Tarkista muiden Baylis-RF-generaattorin lisäksi potilaalla käytettävien fysiologisten monitorointi- ja sähkölaitteiden yhdistelmien yhteensopivuus ja turvallisuus.
- Riittävää suodatusta tulee käyttää, jotta pinnan EKG:n jatkuva tarkkailu radiotaajuusenergian tuottamisen aikana on mahdollista.
- Älä yritä asettaa ja käyttää *VersaCross*-RF-vaijerin proksimaalista päätä aktiivisena kärkenä.
- Älä yritä asettaa tai vetää pois VersaCross-RF-vaijeria metallisen kanyylin tai perkutaanisen neulan läpi.
- Älä taivuta *VersaCross*-RF-vaijeria tai liitäntäkaapelia. *VersaCross*-RF-vaijerin varren, distaalisen kaaren tai proksimaalisen kaaren liiallinen taivuttaminen tai taittaminen saattaa vaurioittaa vaijeria ja aiheuttaa potilaan loukkaantumisen. RF-vaijeria ja liitäntäkaapelia tulee käsitellä huolellisesti.
- *VersaCross*-RF-vaijeria tulee käsitellä varovasti verisuonivaurioiden välttämiseksi. *VersaCross*-RF-vaijerin ja laajentimen eteenpäin vieminen tulee tehdä kuvantamisohjauksessa. Jos vastusta havaitaan, *VersaCross*-RF-vaijerin ja/tai laajentimen eteenpäin viemiseen tai pois vetämiseen EI SAA käyttää liiallista voimaa.
- Älä yritä tuottaa radiotaajuusenergiaa ennen kuin *VersaCross*-RF-vaijerin aktiivisen kärjen on vahvistettu olevan hyvin kosketuksissa kohdekudoksen kanssa.
- On suositeltavaa, että yhdellä *VersaCross*-RF-vaijerilla tuotetaan radiotaajuusenergiaa enintään viisi (5) kertaa.
- Liitäntäkaapelia ei saa irrottaa Baylis-RF-generaattorista, kun generaattori tuottaa radiotaajuusenergiaa.
- Liitäntäkaapelia ei saa irrottaa Baylis-RF-generaattorista vetämällä. Jos kaapelia ei irroteta asianmukaisesti, se saattaa vaurioitua.
- Liitäntäkaapelia ei saa vääntää, kun se asetetaan Baylis-RF-generaattorin eristettyyn potilasliitäntään tai irrotetaan siitä. Kaapelin vääntäminen saattaa vaurioittaa liittimen nastoja.
- Baylis-RF-generaattori pystyy tuottamaan huomattavan suurta sähkövirtaa. Jos *VersaCross*-RF-vaijeria ja/tai DIP-elektrodia käsitellään virheellisesti, erityisesti laitetta käytettäessä, seurauksena voi olla potilaan tai käyttäjän loukkaantuminen.
- Kun virtaa tuotetaan, potilas ei saa olla kosketuksissa maadoitettuihin metallipintoihin.
- Jos laitteen tehontuotto on selvästi matala tai laite ei toimi oikein normaaleilla asetuksilla, syynä saattaa olla DIP-elektrodin virheellinen asettaminen, sähköjohdon vika tai aktiivisen kärjen heikko kudoskontakti. Selvitä, onko kyse selkeästä laitevikasta tai virheellisestä asettelusta. Pyri asettamaan *VersaCross*-RF-vaijerin aktiivinen kärki paremmin eteisväliseinää vasten. Kasvata tehoa vain jos se on edelleen matala.
- Baylis Medical Company luottaa siihen, että lääkäri määrittää ja arvioi kunkin potilaan kohdalla kaikki lääketieteellisen Baylis-radiotaajuuspunktiojärjestelmän ennakoitavissa olevat riskit sekä viestii niistä potilaalle.

## VI.    TUOTTEEN TEKNISET TIEDOT

| Tuote | *VersaCross*-RF-vaijeri | Tuote | RFP 100A -liitäntäkaapeli |
|---|---|---|---|
| Käytettävissä oleva pituus | 180 cm | Käytettävissä oleva pituus | 3 m / 10 jalkaa |
| Ulkohalkaisija | 0,89 mm / 0,035" | Generaattoriliitin | 4-nastainen (3-nastainen) |
| Merkkikierukka | 1 x 30 mm kierukka Proksimaalinen elektrodiin nähden | Laiteliitin | Painike |

## VII.    HAITTATAPAHTUMAT
Eteisväliseinän aukon luomisen yhteydessä saattaa esiintyä muun muassa seuraavia haittatapahtumia:

| | | |
|---|---|---|
| Tamponaatio | Sepsis/infektio | Tromboemboliset episodit |
| Verisuonen lävistyminen | Eteisvärinä | Sydäninfarkti |
| Verisuonispasmi | Pysyvät rytmihäiriöt | Eteislepatus |
| Verenvuoto | Verisuonitromboosi | Sydänlihaksen lävistyminen |
| Hematooma | Allerginen reaktio varjoaineelle | Kammiotakykardia |
| Kipu ja arkuus | Valtimo-laskimofisteli | Verisuonitrauma, , , |
| Kirurginen lisätoimenpide | | |
| | Langan juuttuminen/kietoutuminen | Vierasesine / langan murtuma |

## VIII.    TARVITTAVAT VÄLINEET
Radiotaajuustransseptaalitoimenpiteet tulee suorittaa erikoistuneessa kliinisessä ympäristössä, jossa on läpivalaisulaite, röntgentutkimuspöytä, sydämen kaikukuvauslaitteet, fysiologinen nauhuri, hätävarusteet sekä instrumentit verisuoniyhteyttä varten. Tämän toimenpiteen suorittamiseen tarvitaan seuraavat lisävarusteet:
- Baylis-radiotaajuuspunktiogeneraattori (RFP-100A)
- 0,035" yhteensopiva transseptaaliholkki- ja/tai laajenninkokoonpano
- DIP-elektrodi, joka täyttää tai ylittää sähkökirurgisia elektrodeja koskevat IEC 60601-2-2 -standardin vaatimukset

## IX.    TARKASTUS ENNEN KÄYTTÖÄ
Yksittäiset osat, mukaan lukien Baylis-radiotaajuuspunktiogeneraattori, *VersaCross*-RF-vaijeri ja Baylis-liitäntäkaapeli ("liitäntäkaapeli"), tulee huolellisesti tutkia vaurioiden tai vikojen varalta ennen toimenpiteen suorittamista. Näin tulee tehdä kaikille muillekin toimenpiteessä käytettäville laitteille. Älä käytä viallisia laitteita. Älä käytä uudelleen RF-vaijeria ja/tai liitäntäkaapelia.

## X.    KÄYTTÖOHJEET
- Kaikki laitteita koskevat ohjeet tulee lukea huolellisesti ja sisäistää ja niitä tulee noudattaa. Muuten seurauksena saattaa olla potilaskomplikaatioita.
- *VersaCross*-RF-vaijeri ja Baylis-liitäntäkaapeli ("liitäntäkaapeli") toimitetaan steriileinä. Käytä aseptista tekniikkaa avatessasi pakkausta ja käsitellessäsi tuotetta steriililllä alueella.
- Liitä liitäntäkaapelin generaattoriliitäntäpää Baylis-radiotaajuuspunktiogeneraattorin ("Baylis-RF-generaattori") eristettyyn potilasliitäntäporttiin Baylis-RF-generaattorin käyttöohjeiden mukaisesti. Kohdista liittimen nastat varovasti liitännän kanssa ja paina sisään, kunnes liitin on kunnolla liitännässä. Jos kaapelia yritetään liittää muulla tavalla, liittimen nastat vaurioituvat.
- Älä käytä liiallista voimaa yhdistäessäsi liitäntäkaapelia Baylis-RF-generaattoriin. Liiallinen voimankäyttö saattaa vaurioittaa liittimen nastoja.
- Huuhtele transseptaaliholkki ja/tai -laajennin (ei sisälly toimitukseen) huolellisesti.
- Suorita tavanomainen laskimopunktio halutussa sisäänvientikohdassa käyttämällä sisäänvientineulaa (ei sisälly toimitukseen).
- Transseptaaliholkki ja/tai -laajennin viedään tavallisesti sisäänvientikohdasta. Tämän jälkeen niitä viedään eteenpäin ohjainvaijerin päällä läpivalaisuohjauksessa, jotta ne voidaan sijoittaa yläonttolaskimoon.
- Poista ohjainvaijeri.
- Suorista *VersaCross*-RF-vaijerin distaalinen kaari käyttämällä toimitukseen sisältyvää kärjen suoristinta.
- Aseta *VersaCross*-RF-vaijerin kärki laajentimen napaan ja vie vaijeria eteenpäin transseptaaliholkki- ja/tai laajenninkokoonpanon läpi, kunnes vaijerin kärki on juuri laajentimen kärjen sisällä.
- Pidä liitäntäkaapelin katetriliitinpäätä napakasti toisessa kädessä. Paina liittimen päällä oleva punainen painike pohjaan peukalolla. Aseta *VersaCross*-RF-vaijerin proksimaalinen pää hitaasti katetriliitinaukkoon. Kun laitteen proksimaalisen pään paljas osa ei enää ole näkyvissä, vapauta liittimen punainen painike. Vedä varovasti laitetta varmistaaksesi, että liitäntä on pitävä.
- Sijoita vaijeri, holkki ja/tai laajenninkokoonpano oikeaan eteiseen soikeaa kuoppaa vasten käyttäen läpivalaisuohjausta tavanomaisella menetelmällä. Myös sydämen kaikukuvausohjausta suositellaan.
- Kohdista painetta laajentimeen, jotta väliseinän tenting-ilmiö saadaan aikaan soikean kuopan kohdalla.
- Vie *VersaCross*-RF-vaijeria eteenpäin siten, että aktiivinen kärki on kosketuksissa väliseinän kanssa soikean kuopan kohdalla, mutta edelleen laajentimen sisällä.
- Kun sopiva kohta on saavutettu, tuota radiotaajuusenergiaa Baylis-RF-generaattorilla aktiiviseen kärkeen. Tuloksena on kohteena olevan sydämen kudoksen punktio. Lisätietoja generaattorin asianmukaisesta käytöstä on Baylis-RF-generaattorin käyttöohjeissa.
- Kohdista napakkaa painetta *VersaCross*-RF-vaijerin radiotaajuusenergian tuottamisen aikana, jotta *VersaCross*-RF-vaijeri etenee sujuvasti kudoksen läpi.
- **HUOMAUTUS: Käytä Baylis-RF-generaattoreissa matalimpia soveltuvia RF-asetuksia, joilla aukko saadaan tehtyä.**
    - RFP-100A: Aukon tekemiseen on osoitettu riittävän, että RF-asetus asetetaan aluksi yhdestä (1) sekunnista PULSE-tilassa kahteen (2) sekuntiin CONSTANT-tilassa.
- Radiotaajuusenergian tuottaminen voidaan lopettaa painamalla generaattorin RF ON/OFF -painiketta, jos ajastimen aika ei ole kulunut loppuun.
- Sisäänvienti vasempaan eteiseen voidaan varmistaa tarkkailemalla *VersaCross*-RF-vaijeria fluoroskopian avulla. Myös sydämen kaikukuvausohjausta suositellaan.
- Jos väliseinän aukon tekeminen ei ole onnistunut, kun radiotaajuusenergiaa on tuotettu viisi (5) kertaa, on suositeltavaa käyttää toista menetelmää toimenpiteeseen.
- Kun aukko on tehty onnistuneesti, *VersaCross*-RF-vaijeri tulee viedä mekaanisesti eteenpäin ilman radiotaajuusenergiaa. Sijainti vasemmassa eteisessä on riittävä, kun distaalisen pään koko kaari on ylittänyt väliseinän ja se on havaittavissa fluoroskopian avulla vasemmassa eteisessä. Myös sydämen kaikukuvausohjausta suositellaan.
- Tämän jälkeen transseptaalilaajennin voidaan viedä eteenpäin vaijerin päällä aukon suurentamiseksi.
- Irrota *VersaCross*-RF-vaijeri liitäntäkaapelista painamalla katetrin liittimessä olevaa punaista painiketta ja poistamalla RF-vaijerin proksimaalinen pää liitäntäkaapelista.
- Irrota liitäntäkaapeli Baylis-RF-generaattorista, tartu napakasti liittimeen ja vedä se suoraan pois liitännästä.
- Vedä *VersaCross*-RF-vaijeri hitaasti pois transseptaaliholkki- ja/tai laajenninkokoonpanosta.

## Liitännät



Baylis-radiotaajuuspunktiogeneraattori (ingår)

Baylis-liitäntäkaapeli (mukana)

DIP-maadoitustyyny

Jalkakytkin (valinnainen)

VersaCross-RF-vaijeri

### XI. PUHDISTUS- JA STERILOINTIOHJEET

*VersaCross*-RF-vaijeri ja Baylis-liitäntäkaapeli ovat kertakäyttöisiä. Älä puhdista tai steriloi uudelleen *VersaCross*-RF-vaijeria ja/tai Baylis-liitäntäkaapelia.

### XII. VIANMÄÄRITYS

Seuraava taulukko on tarkoitettu käyttäjän avuksi mahdollisten ongelmien vianmääritykseen.

| ONGELMA | KOMMENTIT | VIANMÄÄRITYS |
|---|---|---|
| **Baylis-liitäntäkaapeli ei mene generaattorin etupaneelissa olevaan eristettyyn potilasliitäntään** | Liittimet on tarkoitettu liitettäväksi tietyllä tavalla turvallisuussyistä. Jos liittimen nastat eivät ole suorassa, liitin ei mene liitäntään. | Varmista, että liittimen nastat ovat rivissä oikeassa suunnassa. |
| **Generaattorin virheviestit** | Jotta kudos voidaan onnistuneesti lävistää radiotaajuusenergialla, kaikkien laitteiden tulee olla asianmukaisesti liitetty ja toimintakunnossa. | Varmista, että kaikki liitännät on tehty: <br> - *VersaCross*-RF-vaijeri liitäntäkaapeliin <br> - Liitäntäkaapeli Baylis-RF-generaattoriin <br> - Baylis-RF-generaattori pistorasiaan <br> - Baylis-RF-generaattori maadoitustyynyyn <br> Tarkasta silmämääräisesti, ettei *VersaCross*-RF-vaijerissa ja liitäntäkaapelissa ole vaurioita. Hävitä vaurioituneet laitteet välittömästi. Jos ongelma jatkuu, lopeta käyttö. <br> Jos radiotaajuuspunktion yrittämisen yhteydessä näytetään virheviestejä, katso ohjeita Baylis-RF-generaattorin mukana toimitetuista käyttöohjeista. |
| **Vaijerin murtumat tai taitokset** | Jos *VersaCross*-RF-vaijerissa on murtumia tai taitoksia, seurauksena voi olla potilaan loukkaantuminen. | Tällainen laite tulee hävittää välittömästi. |

### XIII. ASIAKASPALVELU JA TIETOJA TUOTTEEN PALAUTTAMISESTA

Jos Baylis Medical -laitteisiin liittyen ilmenee ongelmia tai kysymyksiä, ota yhteyttä tekniseen tukeen. Yhteystiedot ovat alla.

**Baylis Medical Company Inc.**
5959 Trans-Canada Highway
Montreal, Quebec, Kanada, H4T 1A1
Puhelin: (514) 488-9801 tai (800) 850-9801
Fax: (514) 488-7209
www.baylismedical.com

**HUOMAUTUKSIA:**
5. Tuotteiden palauttamiseen Baylis Medical Companylle tarvitaan palautusvaltuutusnumero. Tuotteen palautusohjeet annetaan samalla.
6. Ennen kuin palautat tuotteen Baylis Medicalille takuuhuoltoon, varmista, että tuote on puhdistettu, dekontaminoitu ja/tai steriloitu tuotteen palautusohjeiden mukaisesti. Baylis Medical ei ota vastaan käytettyjä laitteita, joita ei ole asianmukaisesti puhdistettu tai dekontaminoitu tuotteen palautusohjeiden mukaisesti.

### XIV. MERKINNÄT JA SYMBOLIT

| | | | |
|---|---|---|---|
| (symboli) | Valmistaja | (symboli) | Viimeinen käyttöpäivä |
| **LOT** | Eränumero | (symboli) | Huomio |
| **REF** | Mallinumero | (symboli) | Pidettävä poissa auringonvalosta |
| (symboli) | Ei saa steriloida uudelleen | (symboli) | Ei-pyrogeeninen: radiotaajuuslanka on pyrogeenitön, ellei pakkausta ole avattu tai se ole vaurioitunut. |
| (symboli) | Ei saa käyttää uudelleen | (symboli) | Noudata käyttöohjeita |
| **EC REP** | EU:n valtuutettu edustaja | (symboli) | Ei saa käyttää, jos pakkaus on vaurioitunut |
| **STERILE EO** | Steriloitu etyleenioksidilla | **Rx ONLY** | **Huomio:** Yhdysvaltain liittovaltion lain mukaan tämän laitteen saa myydä vain lääkäri tai lääkärin määräyksestä. |
| (symboli) | | **Vain EU:n jäsenvaltiot:** Tämä symboli ilmaisee, että tuote tulee hävittää paikallisten ja kansallisten määräysten mukaisesti. Lisätietoja tämän laitteen kierrättämisestä saa jakelijalta. | |

### XV. RAJOITETTU TAKUU – KERTAKÄYTTÖTUOTTEET JA LISÄVARUSTEET

Baylis Medical Company Inc. (BMC) antaa kertakäyttö- ja lisävarustetuotteilleen materiaali- ja valmistusvirheitä koskevan takuun. BMC takaa, että steriilit tuotteet säilyvät steriileinä tuotemerkinnöissä olevan ajan edellyttäen, että alkuperäinen pakkaus on ehjä. Jos tämän rajoitetun takuun piiriin kuuluvassa tuotteessa todetaan materiaali- tai valmistusvirhe, BMC täysin oman harkintansa mukaan joko vaihtaa tai korjaa tällaisen tuotteen tämän takuun puitteissa. Takuu ei kata BMC:lle aiheutuvia kuljetus- tai työkustannuksia liittyen tuotteen tarkastukseen, poistamiseen tai takaisin varaston ottamiseen. Takuun pituus: (i) kertakäyttötuotteiden osalta tuotteen säilyvyysaika ja (ii) lisävarustetuotteiden osalta 90 päivää lähetyspäivästä.

Tämä rajoitettu takuu kattaa vain uudet alkuperäiset tehtaalta toimitetut tuotteet, joita on käytetty tavanomaisiin käyttötarkoituksiinsa. BMC:n rajoitettu takuu ei koske BMC:n tuotteita, jotka on uudelleensteriloitu tai korjattu tai joita on muutettu tai joita jollain tavalla muokattu. Takuu ei koske BMC:n tuotteita, joita on säilytetty virheellisesti tai jotka on puhdistettu tai asennettu virheellisesti tai joita on käytetty tai ylläpidetty virheellisesti BMC:n ohjeita vastoin.

**VASTUUVAPAUTUS JA VASTUUNRAJOITUS**

**YLLÄ SELOSTETTU RAJOITETTU TAKUU ON AINOA MYYJÄN ANTAMA TAKUU. MYYJÄ EI ANNA MITÄÄN MUITA NIMENOMAISIA TAI HILJAISIA TAKUITA, MUKAAN LUKIEN TAKUITA SOVELTUVUUDESTA KAUPANKÄYNNIN KOHTEEKSI TAI SOPIVUUDESTA TIETTYYN KÄYTTÖÖN TAI TARKOITUKSEEN.**

**TÄSSÄ ESITETTY OIKEUSKEINO ON YKSINOMAINEN OIKEUSKEINO KAIKISSA TAKUUVAATIMUKSISSA. MITÄÄN MUITA KORVAUKSIA EI MYÖNNETÄ, MUKAAN LUKIEN KORVAUKSIA VÄLILLISISTÄ VAHINGOISTA TAI VAHINGOISTA KOSKIEN LIIKETOIMINNAN KESKEYTYMISTÄ TAI TUOTTOJEN, TULOJEN, MATERIAALIEN, ODOTETTUJEN SÄÄSTÖJEN, TIETOJEN, SOPIMUKSEN, LIIKEARVON TAI VASTAAVIEN (RIIPPUMATTA SIITÄ, OVATKO NE LUONTEELTAAN VÄLITTÖMIÄ TAI VÄLILLISIÄ) MENETTÄMISTÄ, EIKÄ MINKÄÄNLAISISTA SATUNNAISISTA TAI VÄLILLISISTÄ VAHINGOISTA. MYYJÄN SUURIN KUMULATIIVINEN VASTUU LIITTYEN KAIKKIIN MUIHIN (KORVAUS)VAATIMUKSIIN EI YLITÄ (KORVAUS)VAATIMUKSEN AIHEUTTANEEN TUOTTEEN (TAI TUOTTEIDEN) HINTAA. TÄMÄ PÄTEE MYÖS MIHIN TAHANSA KORVAUSVASTUUSEEN PERUSTUVIIN VELVOITTEISIIN JA VAKUUTUKSEN OLEMASSAOLOSTA RIIPPUMATTA. MYYJÄ EI OTA MITÄÄN VASTUUTA LIITTYEN VASTIKKEETTA ANTAMIINSA TIETOIHIN TAI OPASTUKSEEN, JOITA EI TÄSSÄ YHTEYDESSÄ VELVOITETA MYYJÄLTÄ. VAATIMUKSET MYYJÄÄ VASTAAN TULEE ESITTÄÄ KAHDEKSANTOISTA (18) KUUKAUDEN KULUESSA SIITÄ, KUN VAATIMUKSEN PERUSTE ON SYNTYNYT. NÄMÄ VASTUUVAPAUTUKSET JA VASTUUNRAJOITUKSET PÄTEVÄT RIIPPUMATTA MUISTA TÄSSÄ YHTEYDESSÄ ESITETYISTÄ RISTIRIITAISISTA EHDOISTA JA RIIPPUMATTA VAATIMUKSEN PERUSTEESTA, OLIPA SE SOPIMUKSEEN PERUSTUVA TAI PERUSTUMATON (MUKAAN LUKIEN HUOLIMATTOMUUS JA ANKARA VASTUU) TAI MUU SEIKKA. NE PÄTEVÄT MYÖS MYYJÄN TOIMITTAJIEN, NIMETTYJEN JAKELIJOIDEN JA MUIDEN VALTUUTETTUJEN JÄLLEENMYYJIEN SEKÄ KOLMANTENA OSAPUOLENA OLEVIEN EDUNSAAJIEN EDUKSI. JOKAINEN TÄSSÄ YHTEYDESSÄ ESITETTY EHTO, JOKA LIITTYY VASTUUNRAJOITUKSEEN, TAKUUN VASTUUVAPAUTUKSEEN TAI KORVAUKSIIN LIITTYVÄÄN EHTOON TAI NIIDEN POISSULKEMISEEN, ON EROTETTAVISSA JA RIIPPUMATON KAIKISTA MUISTA EHDOISTA JA ON TÄYTÄNTÖÖNPANTAVISSA SELLAISENAAN.**

**KAIKISSA VAHINGONKORVAUSVAATIMUKSISSA TAI -KANTEISSA, JOTKA AIHEUTUVAT VÄITETYSTÄ TAKUUEHTOJEN TAI SOPIMUKSEN RIKKOMUKSESTA, HUOLIMATTOMUUDESTA, TUOTEVASTUUSTA TAI MUUSTA OIKEUDELLISESTA TAI KOHTUULLISESTA KÄYTÄNNÖSTÄ, OSTAJA NIMENOMAISESTI HYVÄKSYY, ETTÄ BMC EI VASTAA OSTAJALLE TAI OSTAJAN ASIAKKAILLE AIHEUTUNEISTA VAHINGOISTA TAI TUOTTOJEN MENETYKSESTÄ. BMC:N VASTUU RAJOITTUU BMC:N OSTAJALLE MYYMIEN KORVAUSVAATIMUKSEN AIHEUTTANEIDEN TUOTTEIDEN HANKINTAHINTAAN.**

Baylis Medicalin työntekijöillä tai edustajalla ei ole valtuuksia sitoa yhtiötä mihinkään muihin tuotetta koskeviin takuisiin tai vakuutuksiin.

Tämä takuu koskee vain Baylis Medical -tuotteiden alkuperäistä ostajaa ja tuotteita, jotka on hankittu suoraan Baylis Medicalin valtuuttamalta edustajalta. Alkuperäinen ostaja ei voi siirtää takuuta.

BMC-tuotteen käyttäminen katsotaan näiden ehtojen hyväksymiseksi.

Baylis Medical -tuotteiden takuuajat ovat seuraavat:

| Kertakäyttötuotteet | Tuotteen säilyvyysaika |
|---|---|
| Lisävarustetuotteet | 90 päivää lähetyspäivästä |

---

**Norsk**

Baylis Medical og Baylis Medical-logoen er varemerker som tilhører Baylis Medical Technologies Inc.

Les alle instruksjoner nøye før bruk. Følg alle kontraindikasjoner, advarsler og forholdsregler som står i disse instruksjonene. Hvis disse ikke følges kan det føre til komplikasjoner for pasienten.

**Forsiktig:** Federal (U.S.A.) Law (Føderal lov i USA) begrenser denne enheten til salg av, eller på ordre fra, en lege.

Baylis Medical Company er avhengig av at legen bestemmer, vurderer og kommuniserer til hver enkelt pasient alle forutsigbare risikoer ved prosedyren.

### I. ENHETSBESKRIVELSE

VersaCross RF-kabelen er pakket med en éngangs VersaCross RF-kabel og en Baylis éngangs tilkoblingsledning (Connector Cable). VersaCross RF-kabelen må brukes med en godkjent Baylis RFP-100A RF Punkturgenerator (Baylis RF Generator) og tilkoblingen.. VersaCross RF-kabelen leverer radiofrekvens(RF)-effekten i en monopolær modus mellom den distale elektroden og en kommersielt tilgjengelig eksterne ikke-dispersive patch (DIP) elektroden for engangsbruk, som er i samsvar med de gjeldende kravene i IEC 60601-2-2. Kontaktkabelen skal kobles til Baylis RF-generatoren til *VersaCross* RF-ledningen.

Denne kontaktkabelen gjør det mulig å levere RF-strøm fra Baylis RF-generatoren til en *VersaCross* RF-ledning.

Detaljert informasjon om Baylis RF-generatoren befinner seg i en separat håndbok som medfølger generatoren (denne heter "Baylis radiofrekvens-punkturgenerator Bruksanvisning"). Baylis RF-generator er kompatibel med *VersaCross* RF-ledning, inkludert RFP-100A.

Dimensjonene på *VersaCross* RF-ledning og Baylis kontaktkabel finner du på enhetens etikett. Isolasjonen av *VersaCross* RF-ledning enmuliggjør jevn fremføring av enheten og gir elektrisk isolasjon. Den floppy distale delen av *VersaCross* RF-ledningen har en liten bøy og den aktive spissen er avrundet slik at den er atraumatisk til hjertevev hvis ikke RF-energi brukes En røntgentett og ekkogen markørspole er plassert på den distale seksjonen for visualisering under manipulasjon. Hovedenheten på *VersaCross* RF-ledningen gir en stiv skinne for andre enheter inn i venstre atrium, etter opprettelse av en atriell septal defekt. VersaCross RF-kabelen har synlige markører i lengderetningen for å hjelpe til med å justere inn kabelspissen i en kompatibel transseptal kappe og/eller dilatorenhet (f.eks. VersaCross transseptalt kappesett). Den proksimale enden av VersaCross RF-kabelen er bart metall som kun kan kobles til den medfølgende tilkoblingsledningen, og ikke med elektrokauter- eller elektrokirurgiutstyr. Den andre enden av den inkluderte kontaktkabelen skal kobles til Baylis RF-generator.

### II. INDIKAJONSER FOR BRUK

*VersaCross* RF-ledningen er ment for opprettelse av en atrial septal defekt i hjertet.

### III. KONTRAINDIKASJONER

*VersaCross* RF-ledningen anbefales ikke for bruk med noen av tilstandene som ikke krever opprettelse av en atrial septal defekt.

Baylis-kontaktkabel, pakket med *VersaCross* ,RF-ledningen,anbefales ikke for bruk med annen RF-generator eller annen enhet.

Innenfor EU: VersaCross RF-kabelen er ikke beregnet for bruk på nyfødte pasienter med under én måneds alder.

## IV.    ADVARSLER

- Kun leger med en grundig forståelse av angiografi og perkutane intervensjonsprosedyrer skal bruke denne enheten.  Det anbefales av leger benytter seg av preklinisk opplæring, går gjennom aktuell litteratur og gjennomgår annet egnet opplæring før de utfører intervensjonsprosedyrer.
- *VersaCross*  RF-ledningen og Baylis-kontaktkabel (kontaktkabel) leveres STERILE ved bruk av en etylenoksidprosess.  Må ikke brukes hvis pakken er skadet.
- Laboratoriepersonell og pasienter gjennomgår betydelig røntgeneksponering i løpet av radiofrekvens punktur-prosedyrer som skyldes kontinuerlig bruk av fluoroskopisk avbildning  Denne eksponeringen kan føre til akutt strålingsulykke samt økt risiko for somatiske og genetiske konsekvenser.  Derfor må man iverksette tilstrekkelige tiltak for å minimere eksponeringen.
- *VersaCross*  RF-ledningen og kontaktkabelen skal kun brukes på én pasient.  Ikke prøv å sterilisere og bruke enhetene flere ganger.  Gjenbruk kan føre til at pasienten blir skadet og/eller smitte av infeksjonssykdom(mer) fra en pasient til en annen. Hvis disse ikke følges kan det føre til komplikasjoner for pasienten.
- The *VersaCross* RF-ledningen må brukes med den medfølgende kontaktkabelen.  Forsøk på å bruke den med andre kontaktkabler kan føre til elektrosjokk for pasienten og/eller legen.
- Ikke bruk VersaCross RF-kabelen med elektrokauter- eller elektrokirurgi-generatorer, kontaktledninger eller tilbehør, ettersom forsøk på bruk kan føre til skader på pasienten og / eller operatøren.
- Kontaktkabelen må kun brukes med Baylis radiofrekvens punkteringsgenerator (Baylis RF-generator) og den inkluderte *VersaCross RF-ledningen*. Forsøk på å bruke den med andre RF-generatorer og enheter kan føre til elektrosjokk for pasient og/eller operatør.
- VersaCross RF-kabelen må brukes med 0,035 "kompatibel transseptal kappe og/eller dilatorenheter. Bruk av inkompatible tilbehørsenheter kan skade VersaCross RF-kabel eller tilbehørsenhetene, og kan forårsake pasientskader..
- VersaCross RF-kabelen er bare validert for transseptal punktur gjennom VersaCross-dilatorer, som har vist seg å gi den nødvendige støtten for optimal funksjon.
- Den aktive spissen og den distale kurven til VersaCross RF-kabelen er skjør. Vær forsiktig så du ikke skader spissen eller den distale kurven mens du håndterer VersaCross RF-kabelen.  Hvis spissen eller den distale kurven blir skadet når som helst under bruk, må VersaCross RF-kabelen øyeblikkelig avhendes. Ikke forsøk å rette opp den aktive spissen dersom den er bøyd. Skade på enheten kan føre til at pasienten blir skadet.Hvis den aktive spissen på *VersaCross* RF-ledningen blir bøyd i løpet av bruken, må VersaCross RF-ledningen kasseres umiddelbart.  Ikke prøv å rette ut den aktive spissen.
- *VersaCross*  RF-ledningen er ikke ment for bruk med neonatale pasienter (yngre enn en måned). Ikke prøv å behandle neonatale pasienter med*VersaCross* RF-ledningen.
- Ikke prøv å sette inn eller trekke ut VersaCross RF-kabelen gjennom en metallkanyle eller en perkutan nål. Det kan skade enheten og forårsake pasientskader.

## V.    FORHOLDSREGLER

- Ikke prøv å bruke *VersaCross* RF-ledningen og Baylis-kontaktkabel (kontaktkabel) eller tilleggsutstyr før du har lest den medfølgende bruksanvisningen grundig.
- Prosesser for radiofrekvenspunktur bør kun utføres av leger som er grundig trent i teknikkene for radiofrekvensdrevet punktering i et fullt utstyrt kateteriseringslaboratorium.
- Den sterile emballasjen må inspiseres visuelt før bruk. Ikke bruk enhetene hvis emballasjen er skadet eller kompromitert.
- Inspiser *VersaCross* RF-ledningen og kontaktkabelen visuelt før bruk for å sikre at den ikke er sprukket eller skadet i isolasjonsmaterialet.  Ikke bruk ledningen eller kabelen hvis de er skadet.
- Må ikke brukes med *VersaCross* RF-ledningen og/eller kontaktkabel etter at brukes innen-datoen på etiketten er overskredet.
- VersaCross RF-ledningen og kontaktkabelen er kun ment for bruk med enheter som er oppgitt i avsnitt 0, Nødvendig utstyr.
- Les og følg produsentens bruksanvisninger for DIP-elektroden.  Bruk alltid DIP-elektroder som oppfyller eller overstiger IEC 60601-2-2-kravene.
- Plassering av DIP-elektroden på låret kan være tilknyttet høyere impedans.
- For å forhindre risiko for antenning må du sikre at antennbare materialer ikke er tilstede i rommet i løpet av bruk av RF-strøm.
- Ta forholdsregler for å begrense effekten som den elektromagnetiske forstyrrelsen (EMI) produsert av Baylis radiofrekvens punkteringsgenerator (Baylis RF-generator) kan ha på ytelsen til annet utstyr. Kontroller kompatibiliteten og sikkerheten til kombinasjoner av andre fysiologiske overvåkings- og elektriske apparater som skal brukes på pasienten i tillegg til Baylis RF-generator.
- Tilstrekkelig filtrering må brukes for å muliggjøre kontinuerlig overvåking av overflateelektrokardiogrammet (EKG) under bruk av radiofrekvensstrøm.
- Ikke prøv å sette inn og bruke den proksimale enden på *VersaCross* RF-ledningen som aktiv spiss.
- Ikke bøy VersaCross RF-kabelen eller tilkoblingsledningen. Overdreven bøying eller vridning av ledningsskaftet, distal kurve på kabelen og/eller kontaktledningen kan skade enhetens komponenter og kan forårsake pasientskader. Vær meget forsiktig når du håndterer VersaCross RF-kabelen og kontaktledningen.
- Hvis du føler motstand, må du IKKE bruke for mye kraft å trekke VersaCross RF-kabelen eller tilleggskappen og/eller dilatorenheten fram eller tilbake. Overdreven bruk av kraft kan føre til at enheten bøyes eller vris rundt, noe som begrenser fremføringen og tilbaketrekkingen av kappe og/eller dilatorenheten.
- Fremføringen av VersaCross RF-ledning og tilleggskappe og/eller dilatorenheten bør gjøres under veiledning av bilder. Bruken av synlige markører på kabelen er bare en omtrentlig veileder for posisjoneringen av kabelspissen med den distale enden av dilatatoren.
- Ikke prøv å bøye*VersaCross* RF-ledningen eller kontaktkabelen.  For mye bøying eller knekk på ledningskaftet, den distale kurven eller den proksimale kurven kan skade integriteten til *VersaCross* RF-ledningen og kan føre til skade på pasienten.  RF-ledningen og kontaktkabelen må behandles med varsomhet.
- Forsiktig manipulering av *VersaCross* RF-ledningen må utføres for å unngå skade på kar. *VersaCross* RF-ledningen og dilatorfremføringen må gjøres under bildeveiledning.  Hvis du kjenner motstand må du IKKE bruke  *VersaCross* RF-ledningen eller dilatoren.
- Ikke prøv å levere radiofrekvensenergi før den aktive spissen på*VersaCross* RF-ledningen har bekreftet god kontakt med målvevet.
- Det anbefales å ikke overstige fem (5) RF-applikasjoner per *VersaCross* RF-ledning
- Koble aldri kontaktkabelen fra Baylis RF-generatoren mens generatoren leverer RF-strøm.
- Koble aldri kontaktkabelen fra Baylis RF-generatoren ved å trekke i kabelen.  Hvis man ikke kobler kabelen fra riktig, kan det føre til skade på kabelen.
- Ikke vri kontaktkabelen mens du setter inn eller fjerner den fra den isolerte pasientkontakten på Baylis RF-generatoren.  Hvis man vrir kabelen kan det føre til skade på pinnekontakten.
- Baylis RF-generatoren er kapabel til å levere betydelig elektrisk strøm.  Pasienten eller operatøren kan bli skadet på grunn av feil håndtering av *VersaCross* RF-ledningen og/eller DIP-elektroden, spesielt under betjening av enheten.
- Under strømlevering skal ikke pasienten komme i kontakt med jordede metalloverflater.
- Tilsynelatende lav effekt eller svikt i at utstyret fungerer som det skal ved normale innstillinger, kan indikere feil påsetting av DIP-elektroden, svikt i elektrisk ledning eller dårlig vevskontakt ved den aktive spissen. Se etter åpenbare utstyrsdefekter eller feil påføring. Forsøk på å plassere den aktive spissen på *VersaCross* RF-ledningen mot det atrielle septum.  Øk kun strømmen hvis den lave strømeffekten vedvarer.
- Baylis Medical Company er avhengig av at legen bestemmer, vurderer og kommuniserer til hver enkelt pasient alle forutsigbare risikoer ved Baylis Medical Radiofrequency Puncture System.

- Hvis du bruker elektroanatomisk kartleggingsveiledning, anbefales det å bruke den sammen med alternativ bildemodalitet i tilfelle enhetens synlighet svekkes.

## VI.    PRODUKTSPESIFIKASJONER

| Produkt | *VersaCross* RF-ledning | Produkt | RFP 100A-kontaktkabel |
|---|---|---|---|
| Brukelig lengde | 180 cm eller 230 cm | Brukelig lengde | 10 feet/3m |
| Kabeldiameter | 0,035" / 0,89 mm | Generatorkontakt | 4-pin (3-pin) |
| | | | Pin 4  Pin 1 |
| | | | Pin 3  Pin 2 (valgfritt) |
| Kurvediameter | 9 mm J-tip  eller 24 mm Pigtail | Enhetskontakt | Trykknapp |

## VII.    BIVIRKNINGER

Bivirkninger som kan oppstå når man oppretter en atriell septal defekt inkluderer:

| | | |
|---|---|---|
| Tamponade | Sepsis/Infeksjon | Tromboemboliske episoder |
| Blodkarperforering | Atriell fibrillering | Myokardisk infarkt |
| Karspasme | Vedvarende arytmier | Atrieflimmer |
| Blødning | Vaskulær trombose | Perforering av myokardium |
| Hematom | Allergisk reaksjon på kontrastmedium | Ventrikulær takykardi |
| Smerte og ømhet | Arterievenøs fistula | Takykardi |
| | | Perikardiell effusjon |
| Vaskulære traumer, | Kirurgiske tilleggsprosedyrer, | Fastklemming/vikling av tråd, |
| Fremmedlegeme/kabelbrudd | | |

## VIII.    NØDVENDIG UTSTYR

RF-transseptalprosedyrene bør utføres i en spesialisert klinisk setting utstyrt med egnet bildebehandlingsutstyr og kompatibel undersøkelsestabell, ekkokardiografi, fysiologisk opptaker, nødutstyr og instrumentering for å få vaskulær tilgang. Hjelpemateriell som kreves for å utføre denne prosedyren inkluderer:

- RFP-100A Baylis RF-generator
- 0.035" kompatible transseptalkapper og/eller dilator-enheter
- DIP-elektrode som oppfyller eller overgår kravene i IEC 60601-2-2 for elektrokirurgiske elektroder
- DuoMode CableTM for bruk med elektroanatomiske kartleggingssystemer.

## IX.    INSPEKSJON FØR BRUK

Før du utfører prosedyren, må de enkelte komponentene, inkludert Baylis radiofrekvens punkteringsgenerator, *VersaCross* RF-ledningen og Baylis-kontaktkabelen undersøkes nøye for skader eller mangler, sammen med alt utstyr som brukes i prosedyren.  Defekt utstyr må ikke brukes.  RF-ledningen og/eller kontaktkabelen må ikke brukes flere ganger.

## X.    BRUKSANVISNING

- Alle instruksjoner for nødvendig utstyr skal leses, forstås og følges nøye.  Hvis dette ikke gjøres kan det føre til komplikasjoner.
- *VersaCross* RF-ledningen og Baylis-kontaktkabelen leveres sterile.  Bruk aseptisk teknikk når du åpner pakningen og håndter produktet i det sterile feltet.
- Koble enden av generatorkontakten på kontaktkabelen til den isolerte pasientkontaktporten på Baylis Radiofrequency Puncture RF Generator (Baylis RF-generator) i henhold til Baylis RF-generatorens bruksanvisning. Sett forsiktig opp kontakttappene med kontakten og skyv inn til kontakten sitter ordentlig i kontakten. Alle forsøk på å koble kabelen på andre måter vil skade tappene på kontakten.
- Ikke bruk for mye kraft når du kobler kontaktkabelen til Baylis RF-generatoren.  Bruk av for mye kraft kan føre til skade på kontakttappene.
- Skyll transseptalkappen og/eller dilatatoren grundig (følger ikke med).
- Utfør en standard venepunktur på ønsket tilgangssted ved bruk av en tilgangsnål (ikke levert).
- En transseptalkappe og/eller dilator settes vanligvis inn gjennom tilgangssiden og føres deretter via en føringstråd for å bli plassert i øvre hulvene (SVC) under bildeveiledning.  VersaCross RF-kabelen kan brukes til dette formålet.
- Hvis VersaCross RF-kabelen ikke ble brukt til å føre kappen til SVC, fjern føringstråden og bytt den ut mot VersaCross RF-kabelen med den medfølgende tuppretteren.
- Bruk den medfølgende tupprettteren, rett ut den distale kurven på *VersaCross* RF-ledningen.
- Sett spissen på VersaCross RF-ledningen inn i dilatornavet og før vaieren gjennom transseptal hylse- og/eller dilator-settet til ledningsspissen er bare like innenfor dilatorspissen.
- Grip kateterkontakten på enden av kontaktkabelen i én hånd. Bruk tommelen for å presse ned den røde knappen på toppen av kontakten.  Sett den proksimale enden på *VersaCross* RF-ledningen inn i åpningen på kateterkontakten.  Når den proksimale delen av den proksimale enden av enheten ikke lenger er synlig, må du slippe den røde knappen på kontakten.  Rykk litt å enheten for å sikre at tilkoblingen er sikker.
- Plasser spissen på transseptalenheten (RF-kabel, kappe, dilator) i høyre forkammer mot fossa ovalis under passende bildebehandling, inkludert men ikke begrenset til fluoroskopisk, ekkokardiografisk og / eller elektroanatomisk kartlegging ved bruk av standardteknikk.
- MERK:  Hvis du bruker elektroanatomisk kartleggingsveiledning, anbefales det å bekrefte plasseringen av spiss og septal "telting" med ekkokardiografisk avbildning eller annen bildebehandling.
- Bruk trykk på dilatoren for å feste septum ved fossa ovalis.
- Før *VersaCross* RF-ledningen frem slik at den aktive spissen kobles til septum ved fossa ovalis, men fortsatt er innen dilatoren.
- Når riktig posisjonering er oppnådd må du levere RF-strøm via Baylis RF-generatoren til den aktive spissen.  Dette fører til punktering av hjertevevet som behandles.  Se bruksanvisningen for Baylis RF-generatoren for riktig betjening av generatoren.
- Bruk fast trykk på*VersaCross* RF-ledningen i løpet av påføring av RF-energien for å føre *VersaCross* RF-ledningen gjennom vevet..
- **MERK:  For Baylis RF-generatorenheter må man bruke de lavest egnede RF-innstillingene for å oppnå ønsket punktur.**
  - For RFP-100A: En innledende RF-innstilling mellom ett (1) sekund på "PULSE"-modus og to (2) sekunder i "CONSTANT"-modus har vist seg å være tilstrekkelig for vellykket punktering.
- Strømsynyingen til radiofrekvensen kan avsluttes ved å trykke på RF ON/OFF-knappen på generatoren hvis timeren ikke er utløpt.
- Inngang til venstre atrium kan bekreftes ved å overvåke *VersaCross* RF-ledningen under fluoroskopi. Ekkokardiografisk veiledning anbefales også.
- Hvis septalpunksjon ikke lykkes etter fem (5) RF-strømapplikasjoner, anbefales det at brukeren bruker en alternativ metode for prosedyren.
- Når punksjonen er fullført, bør*VersaCross* RF-ledningen fremføres mekanisk uten RF-strøm. Posisjonering i venstre atrium er tilstrekkelig når full distal kurve har krysset septum og blir observert under fluoroskopi i venstre atrium. Ekkokardiografisk veiledning anbefales også.
- Den transeptale dilatoren kan deretter føres frem over ledningen for å forstørre punksjonen.

- For å koble *VersaCross* RF-ledningen fra kontaktkabelen, trykk på den røde knappen på kateterkontakten og fjern forsiktig den nærmeste enden av RF-ledningen fra kontaktkabelen.
- For å koble kontaktkabelen fra Baylis RF-generator, tar du tak i kontakten og trekker den forsiktig rett ut av kontakten.
- Trekk *VersaCross* RF-ledningen langsomt tilbake gjennom det transeptale hylse-/dilator-settet.
- Trekk VersaCross RF-kabelen sakte tilbake gjennom transseptalkappen og/eller dilator-enheten.

## Tilkoblinger



Baylis radiofrekvens punkteringsgenerator

Baylis kontaktkabel (inkludert)

DIP-jordingselektrode

*VersaCross* RF-ledning Pigtailmodell vist

Fotbryter (valgfritt)

## XI.    RENGJØRINGS- OG STERILISERINGSINSTRUKSJONER

*VersaCross* RF-ledningen og Baylis-kontaktkabelen er kun ment til engangsbruk.  Ikke rengjør eller resteriliser *VersaCross* RF-ledningen og/eller Baylis kontaktkabelen.

## XII.    FEILSØKING

Følgende tabell er ment å hjelpe brukeren i å diagnostisere potensielle problemer.

| PROBLEM | KOMMENTARER | FEILSØKING |
|---|---|---|
| **Baylis-kontaktkabelen passer ikke inn i den isolerte pasientkontakten på frontpanelet på generatoren** | Kontaktene er designet for å kobles til på en spesifikk måte av sikkerhetsmessige årsaker.  Hvis kontaktnøklene ikke er riktig tilpasset, vil det ikke være mulig å sette kontaktene sammen. | Sjekk at kontaktnøklene er tilpasset i riktig retning. |
| **Generatorens feilmeldinger** | For å lykkes med å perforere vev ved bruk av radiofrekvensenergi, må alle enhetene være riktig tilkoblet og i god stand. | Kontroller at tilkoblingene er riktige.<br>- *VersaCross* RF-ledning til kontaktkabel<br>- kontaktkabel to Baylis RF-generator<br>- Baylis RF-generator til strømuttak<br>- Baylis RF-generator til jordingselektrode<br>Inspiser visuelt *VersaCross* RF ledningen og kontaktkabelen for skade.  Kasser umiddelbart alt skadet utstyr.  Hvis problemet vedvarer må du avbryte bruken.<br>For feilmeldinger som oppstod under forsøk på radiofrekvenspunktur, se bruksanvisningen som følger med Baylis RF-generator. |
| **Knekt eller bøyd ledning** | Knekt eller bøyd *VersaCross* RF-ledning er en potensiell risiko for pasientskade. | Kasser umiddelbart. |

## XIII.    INFORMASJON OM KUNDESERVICE OG PRODUKTRETUR

Hvis du har problemer med eller spørsmål om Baylis Medical Equipment, kan du kontakte vårt *tekniske* supportpersonell på følgende adresse og/eller telefonnummer.

**Baylis Medical Company Inc.**
5959 Trans-Canada Highway
Montreal, Quebec, Canada, H4T 1A1
Telefon: (514) 488-9801 eller (800) 850-9801
Faks: (514) 488-7209
www.baylismedical.com

**MERKNADER:**
7. For å returnere produkter må du ha et autorisasjonsnummer for retur før du sender produktene tilbake til Baylis Medical Company. Instruksjonen for produktretur vil bli gitt til deg på dette tidspunktet.
8. Forsikre deg om at ethvert produkt som returneres til Baylis Medical er rengjort, dekontaminert og / eller sterilisert som angitt i produktreturinstruksjonene før du returnerer det for garantert service. Baylis Medical godtar ikke noe brukt utstyr som ikke er blitt rengjort eller dekontaminert i henhold til instruksjonene for produktretur.

## XIV.    MERKING OG SYMBOLER

| | | | |
|---|---|---|---|
|  | Produsent | (hourglass) | Brukes innen |
| **LOT** | Serienummer | ⚠ | Forsiktig |
| **REF** | Modellnummer | (sun) | Holdes unna sollys |
| (2 STERILIZE) | Må ikke steriliseres på nytt | (no pyrogen) | Ikke-pyrogenisk: RF-kabelen er ikke-pyrogen med mindre emballasjen er åpnet eller skadet. |
| (2) | Må ikke brukes på nytt | (hand/book) | Følg bruksanvisningen |
| EC REP | Autorisert representant i EU | (no package) | Må ikke brukes hvis pakningen er skadet. |
| STERILE EO | Sterilisert ved bruk av etylenoksid | **Rx ONLY** | **Forsiktig:** Forsiktig: Federal (U.S.A.) Law (Føderal lov i USA) begrenser denne enheten til salg av, |

| | | | |
|---|---|---|---|
| | | | eller på ordre fra, en lege. |
| (crossed bin) | **Kun for EU-medlemsland:**<br>Bruk av dette symbolet indikerer at produktet må kastes på en måte som er i samsvar med lokale og nasjonale forskrifter. For spørsmål om resirkulering av denne enheten kan du kontakte distributøren din. | | |

## XV.    BEGRENSET GARANTI – ENGANGSARTIKLER OG TILBEHØR

Baylis Medical Company Inc. (BMC) garanterer sine engangsprodukter og tilbehør mot defekter i materialer og utførelse.  BMC garanterer at sterile produkter vil forbli sterile i den perioden som er vist på etiketten så lenge originalemballasjen forblir intakt.  I henhold til denne begrensede garantien, hvis noe dekket produkt viser seg å være mangelfullt i materialer eller utførelse, vil BMC erstatte eller reparere, etter eget skjønn, ethvert slikt produkt, minus eventuelle gebyrer til BMC for transport og arbeidskostnader i forbindelse med inspeksjon, fjerning eller påfylling av produktet. Lengden på garantien er: (i) for engangsproduktene, holdbarheten til produktet, og (ii) for tilbehørsproduktene, 90 dager fra leveringsdato.

Denne begrensede garantien gjelder bare nye originale fabrikkleverte produkter som har blitt brukt til normal og tiltenkt bruk.  BMCs begrensede garanti gjelder ikke BMC-produkter som er resterilisert, reparert, endret eller modifisert på noen måte, og gjelder ikke BMC-produkter som er blitt lagret  på feil måte eller rengjort, installert, betjent vedlikeholdt i strid med BMCs instruksjoner.

**ANSVARSFRASKRIVELSE OG ANSVARSBEGRENSNING**
**DEN BEGRENSEDE GARANTIEN OVENFOR ER DEN ENESTE GARANTIEN SOM ER GITT AV SELGER.  SELGEREN FRASKRIVER SEG ALLE ANDRE GARANTIER, UTTRYKKELIG ELLER UNDERFORSTÅTT, INKLUDERT GARANTI FOR SALGBARHET ELLER EGNETHET FOR EN BESTEMT BRUK ELLER FORMÅL.**
**LØSNINGEN SOM ER ANGITT HER, SKAL VÆRE DEN EKSKLUSIVE LØSNINGEN FOR ETHVERT GARANTIKRAV, OG YTTERLIGERE SKADER, INKLUDERT FØLGESKADER ELLER SKADER FOR AVBRUDDSTAP ELLER TAP AV RESULTAT, INNTEKTER, MATERIALER, ANTATT BESPARELSE, DATA, KONTRAKT, VILJEN ELLER LIGNENDE (HVIS DET ER DIREKTE ELLER INDIREKTE I NATUREN) ELLER FOR ANDRE FORMER FOR TILFELDIGE, ELLER INDIREKTE SKADER AV NOE SLIK, SKAL IKKE VÆRE TILGJENGELIG. SELGERS MAKSIMALE KUMULATIVE ANSVAR RELATIVT TIL ALLE ANDRE KRAV OG FORPLIKTELSER, INKLUDERT FORPLIKTELSER UNDER NOEN FORSIKRING, VIL IKKE OVERSTIGE KOSTNADEN FOR PRODUKTET (S) SOM GIR GRUNN TIL KRAVET ELLER ANSVARET. SELGER FRASKRIVER ALT ANSVAR RELATERT TIL INFORMASJON ELLER HJELP GITT AV, MEN IKKE KREVD AV SELGER HERUNDER. ALLE SØKSMÅL MOR SELGER MÅ FREMSETTES INNEN ATTEN (18) MÅNEDER EFTER ÅRSAKEN TIL SØKSMÅLET OPPSTO. DISSE ANSVARSFRASKRIVELSENE OG BEGRENSNINGENE FOR ANSVAR GJELDER ANVENDELSE AV ALLE ANDRE MOTSTRIDENDE BESTEMMELSER TIL DETTE, UANSETT OM DET ER I KONTRAKT, SKADEVOLDELSE (INKLUDERT UAKTSOMHET OG ANSVAR) ELLER PÅ ANNEN MÅTE, OG VIL VIDERE STREKKE SEG TIL DISTRIBUTØRER OG ANDRE GODKJENTE FORHANDLERE SOM TREDJEPARTSMOTTAKERE HVER BESTEMMELSE HERI SOM GIR EN BEGRENSNING AV ANSVAR, FRASKRIVELSE AV GARANTI ELLER BETINGELSER ELLER UTELUKKELSE AV SKADER, ER TYDELIG OG UAVHENGIG AV NOEN ANDRE BESTEMMELSER, OG SKAL FORVALTES SOM DETTE.**
**I ALLE KRAV ELLER SØKSMÅL FOR SKADER FRA PÅSTÅTT BRUDD PÅ GARANTI, KONTRAKTSBRUDD, UAKTSOMHET, PRODUKTANSVAR ELLER NOEN ANNEN JURIDISK ELLER RETTFERDIG TEORI, GODTAR KJØPER SPESIFIKT AT BMC IKKE ER ANSVARLIG FOR TAP AV INNTEKT , VERKEN FOR KJØPER ELLER KJØPERS KUNDER.  BMCS ANSVAR SKAL VÆRE BEGRENSET TIL KJØPEKOSTNADEN FOR KJØPEREN AV DE SPESIFISERTE VARENE SOLGT AV BMC TIL KJØPER SOM GIR GRUNN TIL ANSVARET.**

Ingen agent, ansatt eller representant for Baylis Medical har myndighet til å binde selskapet til noen annen garanti, bekreftelse eller representasjon angående produktet.

Denne garantien gjelder bare den opprinnelige kjøperen av Baylis Medical-produkter direkte fra en autorisert agent fra Baylis Medical. Den opprinnelige kjøperen kan ikke overføre garantien.

Bruk av et BMC-produkt skal anses som at man godtar vilkårene og betingelsene heri.

Garantiperioden for Baylis Medical-produkter er som følger:

| Engangsprodukter | Produktets holdbarhet |
|---|---|
| Tilbehørsprodukter | 90 dager fra forsendelsesdatoen |

# Svenska

Baylis Medical och Baylis Medical-logotypen är varumärken som tillhör Baylis Medical Technologies Inc.

Läs noggrant alla anvisningar före användning.  Observera alla kontraindikationer, varningar och försiktighetsåtgärder som anges i dessa anvisningar.  Underlåtenhet att göra detta kan leda till komplikationer för patienterna.
**Försiktighet:** Enligt federal lagstiftning (USA) får denna produkt endast säljas av läkare eller på läkares ordination.

Baylis Medical Company förlitar sig på att läkaren avgör, bedömer och kommunicerar till varje enskild patient alla förutsebara risker med proceduren.

## I.    ENHETSBESKRIVNING

VersaCross RF Wire (radiofrekvent tråd) är förpackad med en VersaCross RF Wire för engångsbruk och en Baylis kontaktkabel för engångsbruk (kontaktkabel) VersaCross RF Wire (radiofrekvent tråd) måste användas tillsammans med en godkänd Baylis RFP-100A Radiofrequency Puncture Generator (Baylis RF Generator) och kontakten. VersaCross RF Wire (radiofrekvent tråd) levererar radiofrekvent (RF) energi i ett monopolärt läge mellan dess distala elektrod och en kommersiellt tillgänglig extern engångselektrod (Disposable Indifferent (Dispersive) Patch (DIP) Electrode), vilket är i enlighet med de nuvarande kraven i IEC 60601-2-2. Anslutningskabeln kopplar Baylis RF-generatorn till *VersaCross* RF-kabeln.  Denna anslutningskabel levererar RF-energi från Baylis RF-generatorn till en *VersaCross* RF-kabel.

Mer detaljerad information om Baylis RF-generatorn finns i en separat handbok som medföljer generatorn (titel: "Bruksanvisning till Baylis RF-punktionsgenerator"). Baylis RF-generatorer kompatibla med *VersaCross* RF-kabeln inkluderar RFP-100A.

*VersaCross* RF-kabelns och Baylis-anslutningskabelns dimensioner anges på enhetens etikett. Isoleringen på *VersaCross* RF-kabeln underlättar framförande av enheten och ger en elektrisk isolering.

*VersaCross* RF-kabelns flexibla distala del har en liten slinga och dess aktiva spets är rundad för att vara atraumatisk för hjärtvävnad om inte RF-energi levereras En radiopak och ekogen markörspiral placeras på den distala sektionen för visualisering under manipuleringen.  *VersaCross* RF-kabelns huvuddel är försedd med en styv skena för framförande av hjälpenheter in i vänster förmak efter att en atriell septumdefekt skapats. VersaCross RF Wire (radiofrekvent tråd) har synliga markeringar längs sin längd för att hjälpa till att rikta kabelns spets i en kompatibel transseptal skida och/eller dilatator (t.ex. VersaCross Transseptal Sheath kit (transseptal skidsats). Den proximala änden av VersaCross RF Wire (radiofrekvent tråd) är av ren metall som endast ska anslutas till den medföljande anslutningskabeln och inte till elektrokautriska eller elektrokirurgiska apparater. Den andra änden av den medföljande anslutningskabeln ansluts till Baylis RF-generatorn.

## II.    INDIKATIONER FÖR ANVÄNDNING

*VersaCross* RF-kabeln är indikerad för skapande av en atriell septumdefekt i hjärtat.

## III.    KONTRAINDIKATIONER

*VersaCross* RF-kabeln rekommenderas inte för användning vid patologiska tillstånd som inte kräver skapande av en atriell septumdefekt.

Baylis-anslutningskabeln, som medföljer *VersaCross* RF-kabeln, rekommenderas inte för användning med en annan RF-generator eller en annan enhet.

I EU: VersaCross RF Wire (radiofrekvent tråd) är inte avsedd för användning på neonatala patienter som är yngre än en månad.

### IV.    VARNINGAR

- Denna enhet ska endast användas av läkare som har djupgående kunskaper om angiografi och perkutana interventionsprocedurer. Det rekommenderas att läkare genomgår preklinisk utbildning, läser relevant litteratur och vidtar ytterligare lämpliga förberedande åtgärder innan nya interventionsmetoder utprovas.
- *VersaCross* RF-kabeln och Baylis-anslutningskabeln (anslutningskabel) levereras STERILISERADE genom etylenoxidsterilisering. Använd inte enheterna om förpackningen är skadad.
- Laboratoriepersonal kan utsättas för en betydande mängder röntgenstrålning vid procedurer med radiofrekvenspunktion på grund av kontinuerlig fluoroskopisk avbildning. Denna exponering kan leda till akut strålningsskada samt ökad risk för somatiska och genetiska effekter. Därför måste lämpliga åtgärder vidtas för att minimera denna exponering.
- *VersaCross* RF-kabeln och anslutningskabeln är endast avsedda för användning på en patient. Försök inte att sterilisera eller återanvända en av dessa enheter. Återanvändning kan leda till patientskada och/eller överföring av infektionssjukdom(ar) från en patient till en annan. Underlåtenhet att göra detta kan leda till komplikationer för patienterna.
- *VersaCross* RF-kabeln måste användas med den medföljande anslutningskabeln. Försök att använda RF-kabeln med andra anslutningskablar kan leda till elektrisk stöt för patienten och/eller användaren.
- Använd inte VersaCross RF Wire (radiofrekvent tråd) med generatorer, anslutningskablar eller tillbehör för elektrokauteri eller elektrokirurgi, eftersom försök till användning kan leda till skador på patient och/eller operatör.
- Anslutningskabeln får endast användas med Baylis RF-punktionsgenerator (Baylis RF-generator) och den medföljande *VersaCross* RF-kabeln. Försök att använda anslutningskabeln med andra RF-generatorer och enheter kan resultera i elektrisk stöt för patienten och/eller användaren.
- VersaCross RF Wire (radiofrekvent tråd) måste användas med 0,035" kompatibla transseptala skid-och/eller dilatationsanordningar. Användning av inkompatibla tillbehör kan skada VersaCross RF Wire (radiofrekvent tråd) eller tillbehören och kan orsaka patientskador.
- VersaCross RF Wire (radiofrekvent tråd) har endast validerats för användning vid transseptalpunktion genom VersaCross dilatatorer som har visat sig ge det stöd som krävs för optimal funktion.
- *VersaCross* RF-kabelns aktiva spets och distala slinga är ömtåliga. Var försiktig så att varken spetsen eller den distala spetsen skadas när *VersaCross* RF-kabeln hanteras. Kassera *VersaCross* RF-kabeln omedelbart om spetsen eller den distala slingan skadas.
- Kassera *VersaCross* RF-kabeln omedelbart om den aktiva spetsen böjs under användning. Försök inte att räta ut den aktiva spetsen.
- *VersaCross* RF-kabeln är inte avsedd för användning med neonatala patienter (under en månads ålder). Försök inte att behandla neonatala patienter med *VersaCross* RF-kabeln.
- Försök inte föra in eller dra tillbaka VersaCross RF Wire (radiofrekvent tråd) genom en metallkanyl eller en perkutan nål, vilket kan skada enheten och orsaka patientskador.

### V.    FÖRSIKTIGHETSÅTGÄRDER

- Använd inte *VersaCross* RF-kabeln och Baylis-anslutningskabeln (anslutningskabeln) eller hjälputrustning innan du har läst den medföljande bruksanvisningen helt.
- Procedurer med radiofrekvenspunktioner ska utföras av läkare som är grundligt utbildade i tekniker för radiofrekvent punktion i ett fullständigt utrustat kateteriseringslaboratorium.
- Inspektera den sterila förpackningen före användning för tecken på skador. Säkerställ att förpackningen inte är skadad. Använd inte utrustningen om förpackningen inte längre är steril.
- Inspektera *VersaCross* RF-kabeln och anslutningskabeln visuellt före användning för att säkerställa att isoleringsmaterialet inte har sprickor eller skador. Använd inte RF-kabeln eller kabeln om det finns skador.
- Använd inte *VersaCross* RF-kabeln och/eller anslutningskabeln efter utgångsdatumet som anges på etiketten.
- *VersaCross* RF-kabeln och anslutningskabeln är endast avsedda för användning med enheterna som anges i avsnitt 0, Utrustning som krävs.
- Läs och följ tillverkarens bruksanvisning för den indifferenta klisterelektroden för engångsbruk (Disposable Indifferent Patch, DIP). Använd endast DIP-elektroder som uppfyller eller överskrider kraven i IEC 60601-2-2.
- Placering av dispersionselektroden på låret kan vara associerat med en högre impedans.
- Undvik antändningsrisk genom att säkerställa att inget brandfarligt material finns i rummet under applicering av RF-energi.
- Vidta försiktighetsåtgärder för att begränsa effekterna av den elektromagnetiska interferens (EMI) som produceras av Baylis RF-punktionsgenerator (Baylis RF-generator) kan ha på prestandan hos annan utrustning. Kontrollera kompatibiliteten och säkerheten hos olika kombinationer av andra fysiologisk övervakningsapparater och elektriska apparater som ska användas på patienten utöver Baylis RF-generator.
- Använd lämplig filtrering för kontinuerlig övervakning av ytelektrokardiogrammet (EKG) under applicering av RF-energi.
- Försök inte att sätta in och använda den proximala änden av *VersaCross* RF-kabeln som aktiv spets.
- Försök inte att sätta in i eller dra tillbaka *VersaCross* RF-kabeln genom en metallkanyl eller en perkutan nål.
- Böj inte VersaCross RF Wire (radiofrekvent tråd) eller anslutningskabeln. Om ledningsskaftet, ledningens distala kurva och/eller anslutningskabeln böjs eller knycklas för mycket kan detta skada enhetskomponenternas integritet och orsaka patientskador. Försiktighet måste vidtas när man hanterar VersaCross RF Wire (radiofrekvent tråd) och anslutningskabeln. Iakttta försiktighet under hantering av RF-kabeln och anslutningskabeln.
- Om motstånd uppstår får du INTE använda överdriven kraft för att flytta fram eller dra tillbaka VersaCross RF Wire (radiofrekvent tråd) eller den tillhörande skidan och/eller dilatatorn. För mycket kraft kan leda till att anordningen böjs eller knäcks, vilket begränsar fram- och tillbakadragning av skidan och/eller dilatatorn.
- VersaCross RF Wire (radiofrekvent tråd) och andra tillbehör till skida och/eller dilatatoranordning ska framskrida med vägledning av avbildningen. Användningen av synliga markeringar på ledningskroppen är endast en ungefärlig vägledning för att placera ledningsspetsen med dilatatorns distala ände.
- Var försiktig vid manipulering av *VersaCross* RF-kabeln för att undvika kärlskador. Framförande av *VersaCross* RF-kabeln och dilatatorn ska göras under bildvägledning. Om motstånd påträffas, använd inte överdriven kraft för att föra fram eller dra tillbaka *VersaCross* RF-kabeln eller dilatatorn.
- Applicera inte RF-energi utan att ha kontrollerat att *VersaCross* RF-kabelns aktiva spets har en tillräckligt god kontakt med målvävnaden.
- Det rekommenderas att inte överskrida fem (5) appliceringar av RF-energi per *VersaCross* RF-kabel.
- Koppla aldrig bort anslutningskabeln från Baylis RF-generatorn medan generatorn levererar RF-energi.
- Koppla aldrig bort anslutningskabeln från Baylis RF-generatorn genom att dra i kabeln. Kabeln kan ta skada om den inte kopplas bort på ett korrekt sätt.
- Vrid inte anslutningskabeln när du sätter in eller avlägsnar den från den isolerade patientporten på Baylis RF-generatorn. Att vrida kabeln kan leda till skada på stiftanslutningarna.
- Baylis RF-generator är kapabel att leverera betydande mängder elektrisk ström. Patient- eller användarskador kan uppstå som ett resultat av felaktig hantering av RF-kabeln och/eller DIP-elektroden, särskilt när apparaten används.
- Under applicering av ström får patienten inte komma i kontakt med metallytor.

- Om en låg uteffekt eller en felaktig funktion upptäcks kan det tyda på felaktig applicering av DIP-elektroden, fel på en elektrisk ledning eller dålig vävnadskontakt vid den aktiva spetsen. Leta efter tecken på utrustningsfel eller felaktig anslutning. Försök att bättre placera den aktiva spetsen av *VersaCross* RF-kabeln mot förmaksseptum. Öka strömmen endast om den låga uteffekten kvarstår.
- Baylis Medical Company förlitar sig på att läkaren informerar varje enskild patient om alla förutsebara risker med Baylis Medical RF-punktionssystem.
- Om man använder elektroanatomisk mappning rekommenderas det att man använder den tillsammans med en alternativ avbildningsmodalitet i händelse av att apparaten inte är synlig.

### VI.    PRODUKTSPECIFIKATIONER

| Produkt | *VersaCross* RF-kabel | Produkt | RFP 100A-anslutningskabel |
|---|---|---|---|
| Användbar längd | 180 cm eller 230 cm | Användbar längd | 3 m / 10 fot |
| Ledningsdiameter | 0,035" / 0,89 mm | Generatoranslutning | 4-stift (3-stift) Stift 4, Stift 1, Stift 3, Stift 2 (tillval) |
| Kurvdiameter | 9 mm J-tip eller 24 mm Pigtail | Enhetsanslutning | Tryckknapp |

### VII.    BIVERKNINGAR

Biverkningar som kan uppstå vid skapandet av en atriell septumdefekt:

| | | |
|---|---|---|
| Tamponad | Sepsis/infektion | Tromboemboliska episoder |
| Kärlperforation | Förmaksflimmer | Hjärtinfarkt |
| Kärlspasm | Ihållande arytmier | Förmaksfladder |
| Hemorragi | Vaskulär trombos | Myokardperforation |
| Hematom | Allergiska reaktioner på kontrastmedel | Kammartakykardi Takykardi |
| Smärta och ömhet | Arteriovenös fistel | Perikardiell utgjutning |
| Kärltrauma | Ytterligare kirurgiskt ingrepp | Trådinneslutning/trassel, |
| Främmande kropp/trådfraktur | | |

### VIII.    UTRUSTNING SOM KRÄVS

RF-transseptalprocedurer bör utföras i en specialiserad klinisk miljö som är utrustad med lämplig avbilddiagnostikutrustning och ett kompatibelt undersökningsbord, ekokardiografisk avbilddiagnostik, fysiologisk inspelningsapparat, akututrustning och instrumentering för vaskulär åtkomst. De kompletterande material som krävs för att utföra detta förfarande är bland annat:

- RFP-100A Baylis RF-generator
- 0,035" kompatibla transseptala skidor och/eller dilatationsanordningar
- DIP-elektrod som uppfyller eller överskrider kraven i IEC 60601-2-2 för elektrokirurgiska elektroder
- DuoMode CableTM för användning med elektroanatomiska mappningssystem

### IX.    INSPEKTION FÖRE ANVÄNDNING

Innan proceduren utförs ska VersaCross RF Wire (radiofrekvent tråd) och den medföljande anslutningskabeln undersökas noggrant för skador eller defekter, liksom all utrustning, inklusive Baylis RF-generatorn, som används vid proceduren. Använd inte defekt utrustning. Återanvänd inte RF-kabeln och/eller anslutningskabeln.

### X.    BRUKSANVISNING

- Alla anvisningar för utrustning som krävs bör noggrant läsas, förstås och följas. Underlåtenhet att göra detta kan leda till komplikationer.
- *VersaCross* RF-kabeln och Baylis-anslutningskabeln (anslutningskabel) levereras sterila. Använd aseptisk teknik när förpackningen öppnas och produkten hanteras i det sterila fältet.
- Koppla anslutningskabelns generatoranslutningsände till den isolerade patientkontaktporten på Baylis RF-punktionsgenerator (Baylis RF-generator) i enlighet med bruksanvisningen till Baylis RF-generator. Rikta försiktigt in kontaktstiften mot uttaget och tryck in tills kontakten sitter ordentligt i uttaget. Alla försök att ansluta kabeln på andra sätt kommer att skada stiften på kontakten.
- Använd inte överdriven kraft vid anslutning av anslutningskabeln till Baylis RF-generatorn. Användning av överdriven kraft kan leda till skador på kontaktstiften.
- Spola noggrant den transseptala skidan och/eller dilatatorn (medföljer inte).
- Utför en normal venpunktion vid det önskade åtkomststället med en kanyl (medföljer ej).
- En transseptal skida och/eller en dilatator förs vanligen in genom åtkomststället och förs sedan fram över en styrledning som placeras i Superior Vena Cava (SVC) under vägledning av avbildningen. VersaCross RF Wire (radiofrekvent tråd) kan användas för detta ändamål.
- Om VersaCross RF Wire (radiofrekvent tråd) inte användes för att föra skidan till SVC, ta bort styrledningen och byt ut den mot VersaCross RF Wire (radiofrekvent tråd) med den medföljande spetsuträtaren.
- Avlägsna ledaren.
- Använd den medföljande spetsuträtaren för att räta ut den distala slingan *VersaCross* RF-kabeln.
- Sätt in spetsen av *VersaCross* RF-kabeln i dilatatorhubben och för fram kabeln genom transseptal mantel-och/eller dilatatorsatsen tills trådspetsen sitter precis inuti dilatatorspetsen.
- Ta ett ordentligt tag i kateteranslutningsänden av anslutningskabeln med ena handen. Tryck ner den röda knappen ovanpå kontakten med tummen. För långsamt in den proximala änden av *VersaCross* RF-kabeln i kateterkontaktens öppning. Släpp den röda knappen på kontakten när den exponerade delen av enhetens proximala ände inte längre är synlig. Dra försiktigt i enheten för att säkerställa att anslutningen sitter ordentligt.
- Använd standardteknik för att positionera kabel, mantel och/eller dilatatorenheten i höger förmak mot fossa ovalis med hjälp av fluoroskopisk vägledning. Även ekokardiografisk vägledning rekommenderas.
- Applicera tryck på dilatatorn för att fästa septum vid fossa ovalis.
- För fram *VersaCross* RF-kabeln så att den aktiva spetsen kommer i kontakt med septum vid fossa ovalis samtidigt som den hålls kvar i dilatatorn.
- När lämplig positionering har uppnåtts, tillför RF-energi med Baylis RF-generatorn till den aktiva spetsen. Detta leder till punktering av målhjärtvävnaden. Se bruksanvisningen till Baylis RF-generatorn för anvisningar om korrekt användning av generatorn.
- Applicera ett fast tryck på *VersaCross* RF-kabeln under leverans av RF-energi för att framgångsrikt föra fram *VersaCross* RF-kabeln genom vävnaden.
- **OBS: Använd lägsta lämpliga RF-inställningar med Baylis RF-generatorn för att uppnå en önskad punktion.**
  - För RFP-100A: En inledande RF-inställning på mellan en (1) sekund i "PULSE"-läge till två (2) sekunder i "CONSTANT"-läge har visat sig vara tillräckligt en för framgångsrik punktion.
- Leveransen av radiofrekvent ström kan avslutas genom att trycka på RF ON/OFF-knappen på generatorn om timern ännu inte har gått ut.
- Ingång i vänster förmak kan bekräftas genom övervakning av *VersaCross* RF-kabeln under fluoroskopi. Även ekokardiografisk vägledning rekommenderas.

- För VersaCross RF Wire (radiofrekvent tråd) genom skidan och dilatatoraggregatet tills ledningens spets befinner sig precis innanför dilatatorspetsen. De synliga markeringarna på ledningskroppen kan användas för att hjälpa till att placera ledningsspetsen i den distala änden av dilatatorn.
- Placera spetsen på den transseptala enheten (RF-ledning, skida, dilatator) i höger förmak mot fossa ovalis under lämplig vägledning med avbildning, inklusive men inte begränsat till fluoroskopisk, ekokardiografisk och/eller elektroanatomisk mappningsstyrning med hjälp av standardteknik.
- Om septal punktion inte har uppnåtts efter fem (5) appliceringar av RF-energi rekommenderas det att användaren utnyttjar en alternativ metod för proceduren.
- När punktionen har genomförts framgångsrikt ska *VersaCross* RF-kabeln föras framåt mekaniskt utan RF-energi. Positionering i vänster förmak är tillräckligt när hela den distala slingan har korsat septum och den observeras i vänster förmak under fluoroskopi. Även ekokardiografisk vägledning rekommenderas.
- Den transseptala dilatatorn kan sedan föras fram över kabeln för att förstora punktionen.
- Koppla bort *VersaCross* RF-kabeln från anslutningskabeln genom att trycka ner den röda knappen på kateterkontakten och försiktigt avlägsna den proximala änden av RF-kabeln från anslutningskabeln.
- Koppla bort anslutningskabeln från Baylis RF-generatorn genom att ta ett ordentligt tag om kontakten och försiktigt dra ut den ur uttaget.
- Dra *VersaCross* RF-kabeln långsamt tillbaka genom den transseptala mantel-/dilatatorenheten.
- Dra tillbaka VersaCross RF Wire (radiofrekvent tråd) långsamt genom den transseptala skidan och/eller dilatatoranordning.

### Anslutningar



Baylis RF-punktionsgenerator

Baylis-anslutningskabel (ingår)

DIP-jordningsplatta

VersaCross RF-kabel
Modell med pigtail visas

Fotomkopplare (tillval)

## XI.  RENGÖRINGS- OCH STERILISERINGSANVISNINGAR
*VersaCross* RF-kabeln och Baylis-anslutningskabeln är endast avsedda för engångsbruk. Rengör eller omsterilisera inte *VersaCross* RF-kabeln och/eller Baylis-anslutningskabeln.

## XII.  FELSÖKNING
Följande tabell tillhandahålls för att hjälpa användaren att diagnostisera eventuella problem.

| PROBLEM | KOMMENTARER | FELSÖKNING |
|---|---|---|
| Baylis-anslutningskabeln passar inte i den isolerade patientporten på generatorns frampanel. | Kontakterna är avsedda att anslutas på ett specifikt sätt av säkerhetsskäl. Om kontaktens "nycklar" inte är korrekt inriktade passar kontakterna inte ihop. | Kontrollera att kontaktens nycklar är korrekt inriktade. |
| Generatorns felmeddelanden | För att genomtränga vävnad med radiofrekvent energi måste alla enheter vara korrekt anslutna och fungera felfritt. | Säkerställ att alla anslutningar har gjorts:<br>- *VersaCross* RF-kabeln till anslutningskabeln<br>- Anslutningskabeln till Baylis RF-generatorn<br>- Baylis RF-generatorn till eluttaget<br>- Baylis RF-generatorn till jordningsplattan<br>Inspektera *VersaCross* RF-kabeln och anslutningskabeln visuellt för tecken på skador. Kassera omedelbart alla skadade enheter. Avbryt användningen om problemet kvarstår.<br>För felmeddelanden som uppstår när en radiofrekvenspunktion utförs, se bruksanvisningen som medföljer Baylis RF-generator. |
| Kabelbrott eller -böjningar | Om *VersaCross* RF-kabeln bryts av eller böjs kan det eventuellt leda till patientskada. | Kassera en sådan enhet omedelbart. |

## XIII.  KUNDTJÄNST OCH INFORMATION OM PRODUKTRETUR
Vid eventuella problem eller frågor om Baylis Medical Equipment kan du kontakta vår tekniska supportpersonal på följande adress och/eller telefonnummer:

**Baylis Medical Company Inc.**
5959 Trans-Canada Highway
Montreal, Quebec, Kanada, H4T 1A1
Tel: (514) 488-9801 eller (800) 850-9801
Fax: (514) 488-7209
www.baylismedical.com

**ANMÄRKNINGAR:**
9. För produktreturer krävs ett returauktoriseringsnummer innan en produkt returneras till Baylis Medical Company. Anvisningar om produktretur kommer att tillhandahållas vid den tiden.
10.  Se till att alla produkter som ska returneras till Baylis Medical har rengjorts, dekontaminerats och/eller steriliserats som angivet i anvisningarna om produktretur innan de skickas in på garantiservice. Baylis Medical accepterar inte utrustning som använts om de inte har rengjorts eller dekontaminerats på korrekt sätt i enlighet med anvisningarna om produktretur.

## XIV.  ETIKETTER OCH SYMBOLER

| | | | |
|---|---|---|---|
| ![tillverkare] | Tillverkare | ![utgångsdatum] | Utgångsdatum |
| **LOT** | Lot-nummer | ⚠ | Försiktighet |
| **REF** | Modellnummer | ☀ | Skyddas mot solljus |

| | | | |
|---|---|---|---|
| ![] | Får inte omsteriliseras | ![] | Icke-pyrogen: RF-tråden är icke-pyrogen om inte förpackningen öppnas eller skadas. |
| ![] | Får inte återanvändas | ![] | Följ bruksanvisningen |
| EC REP | Auktoriserad EU-representant | ![] | Använd inte om förpackningen är skadad |
| STERILE EO | Steriliserad med etylenoxid | **Rx ONLY** | **Försiktighet:** Enligt federal lagstiftning (USA) får denna produkt endast säljas av läkare eller på läkares ordination. |
| ![] | **Endast för EU-medlemsstater:**<br>Användning av denna symbol anger att produkten måste kasseras på ett sätt som överensstämmer med lokala och nationella bestämmelser. Kontakta din återförsäljare om du har frågor om återvinning av denna enhet. | | |

## XV.  BEGRÄNSAD GARANTI – FÖRBRUKNINGSMATERIAL OCH TILLBEHÖR
Baylis Medical Company Inc. (BMC) garanterar sina engångs- och tillbehörsprodukter mot defekter i material och utförande. BMC garanterar att deras sterila produkter förblir sterila under den tid som anges på etiketten förutsatt att den ursprungliga förpackningen hålls intakt. Om en produkt som omfattas av denna begränsade garanti visar sig vara defekt i material eller utförande kommer BMC att, efter eget gottfinnande, ersätta eller reparera en sådan produkt, med undantag för eventuella kostnader som uppstår med avseende på transport och arbete i samband med inspektion, avlägsning eller utbyte av produkten. Garantins längd är: (i) för engångsprodukterna, produktens hållbarhet och (ii) för tillbehörsprodukterna, 90 dagar från leveransdatum.

Denna begränsade garanti gäller endast nya fabrikstillverkade produkter som har använts för deras normala och avsedda användningsändamål. BMC:s begränsade garanti gäller inte BMC-produkter som har omsteriliserats, reparerats, ändrats eller modifierats på något sätt, och gäller inte BMC-produkter som har förvarats på felaktigt sätt eller rengjorts, installerats, använts eller underhållits på felaktigt sätt i strid med BMC:s anvisningar.

**GARANTIFRISKRIVNING OCH ANSVARSBEGRÄNSNING**
**DEN BEGRÄNSADE GARANTI SOM ANGES OVAN ÄR DEN ENDA GARANTI SOM TILLHANDAHÅLLS AV SÄLJAREN. SÄLJAREN FRÅNSÄGER SIG ALLA ANDRA GARANTIER, VARE SIG UTTRYCKLIGA ELLER UNDERFÖRSTÅDDA, INKLUSIVE GARANTIER OM SÄLJBARHET ELLER LÄMPLIGHET FÖR EN VISS ANVÄNDNING ELLER ETT VISST ÄNDAMÅL. GOTTGÖRELSEN SOM ANGES HÄRI SKA VARA DEN ENDA GOTTGÖRELSE FÖR ALLA GARANTIANSPRÅK, OCH YTTERLIGARE SKADOR, INKLUSIVE FÖLJDSKADOR ELLER SKADOR FÖR AVBROTT I VERKSAMHETEN ELLER FÖRLUST AV VINST, INTÄKTER, MATERIAL, FÖRVÄNTADE INBESPARINGAR, DATA, KONTRAKT, GOODWILL ELLER LIKNANDE (VARE SIG DIREKTA ELLER INDIREKTA), ELLER FÖR NÅGON ANNAN FORM AV OAVSIKTLIG ELLER INDIREKT SKADA AV NÅGOT SLAG, SKA INTE VARA TILLGÄNGLIG. SÄLJARENS MAXIMALA KUMULATIVA ANSVAR I FÖRHÅLLANDE TILL ALLA ANDRA FORDRINGAR OCH SKULDER, INKLUSIVE SKYLDIGHETER ENLIGT EVENTUELLA ERSÄTTNINGAR, OAVSETT OM DE ÄR FÖRSÄKRADE ELLER INTE FÖRSÄKRADE, SKA INTE ÖVERSKRIDA KOSTNADEN FÖR DEN PRODUKT SOM GER UPPHOV TILL FORDRAN ELLER SKULDEN. SÄLJAREN FRÅNSÄGER SIG ALLT ANSVAR I FÖRHÅLLANDE TILL KOSTNADSFRI INFORMATION ELLER HJÄLP SOM TILLHANDAHÅLLS AV, MEN INTE KRÄVS AV, SÄLJAREN HÄRUNDER. ALL TALAN MOT SÄLJAREN MÅSTE VÄCKAS INOM ARTON (18) MÅNADER EFTER DET ATT ORSAKEN TILL TALAN UPPKOMMIT. DESSA ANSVARSFRISKRIVNINGAR OCH ANSVARSBEGRÄNSNINGAR SKA GÄLLA OAVSETT ANDRA MOTSTRIDIGA BESTÄMMELSER HÄRI OCH OAVSETT FORMEN AV ÅTGÄRD, VARE SIG IFRÅGA OM AVTAL, SKADESTÅND (INKLUSIVE VÅRDSLÖSHET OCH STRIKT ANSVAR) ELLER PÅ ANNAT SÄTT, OCH KOMMER DESSUTOM ATT OMFATTA FÖRMÅNEN FÖR SÄLJARENS LEVERANTÖRER, UTSEDDA DISTRIBUTÖRER OCH ANDRA AUKTORISERADE ÅTERFÖRSÄLJARE I EGENSKAP SOM TREDJEPARTSMOTTAGARE. VARJE BESTÄMMELSE HÄRI SOM FÖRESKRIVER EN BEGRÄNSNING AV ANSVAR, ANSVARSFRISKRIVNING AV GARANTI ELLER VILLKOR ELLER UTESLUTANDE AV SKADOR ÄR AVSKILJBAR OCH OBEROENDE AV NÅGON ANNAN BESTÄMMELSE OCH SKA VERKSTÄLLAS SOM SÅDAN.**
**VID ALLA ANSPRÅK ELLER STÄMNINGAR IFRÅGA OM SKADOR SOM UPPSTÅR TILL FÖLJD AV PÅSTÅDD ÖVERTRÄDELSE AV GARANTI, AVTALSBROTT, VÅRDSLÖSHET, PRODUKTANSVAR ELLER NÅGON ANNAN JURIDISK ELLER RÄTTVIS TEORI, SAMTYCKER KÖPAREN SPECIFIKT TILL ATT BMC INTE SKA VARA ANSVARIGT FÖR SKADOR ELLER FÖRLUST AV VINST, VARE SIG FÖR KÖPAREN ELLER KÖPARENS KUNDER. BMC:S ANSVAR SKA BEGRÄNSAS TILL INKÖPSKOSTNADEN FÖR KÖPAREN AV DE ANGIVNA VAROR SOM BMC SÅLT TILL KÖPAREN SOM GER UPPHOV TILL SKADESTÅNDSKRAV.**

Ingen agent, anställd eller representant för Baylis Medical har befogenhet att binda företaget till någon annan garanti, bekräftelse eller representation avseende produkten.

Denna garanti gäller endast den ursprungliga köparen av Baylis Medicals produkter direkt från en auktoriserad Baylis Medical-agent. Den ursprungliga köparen kan inte överföra garantin.

Användning av en BMC-produkt ska betraktas som ett godkännande av villkoren häri.

Garantiperioderna för Baylis Medicals produkter är följande:

| Engångsprodukter | Produktens hållbarhetstid |
|---|---|
| Tillbehörsprodukter | 90 dagar från leveransdatum |

## Slovenčina
Baylis Medical a logo Baylis Medical sú ochranné známky spoločnosti Baylis Medical Technologies Inc.

Pred použitím si pozorne prečítajte všetky pokyny. Dodržujte všetky kontraindikácie, varovania a preventívne opatrenia uvedené v tomto návode. V opačnom prípade hrozí riziko komplikácií pre pacienta.

**Upozornenie**: Federálne zákony (USA) obmedzujú predaj tohto zariadenia iba na pokyn alebo objednávku lekára.

Spoločnosť Baylis Medical Company sa spolieha na lekára, že určí, zhodnotí a oznámi každému jednotlivému pacientovi všetky predvídateľné riziká zákroku.

### I.  OPIS ZARIADENIA
RF vodič VersaCross™ sa dodáva spolu s jednorazovým RF vodičom VersaCross a jednorazovým konektorovým káblom Baylis (konektorový kábel). RF vodič VersaCross sa musí používať spolu so schváleným rádiofrekvenčným punkčným generátorom Baylis RFP-100A (RF generátor Baylis) a konektorovým káblom.

RF vodič VersaCross aplikuje rádiofrekvenčná (RF) energia v monopolárnom režime medzi svojou distálnou elektródou a komerčne dostupnou externou jednorazovou indiferentnou (disperznou) náplasťovou (DIP) elektródou, ktorá vykazuje súlad s aktuálnym znením normy IEC 60601-2-2 a jej požiadavkami. Konektorový kábel pripája RF generátor Baylis k RF vodiču VersaCross. Tento konektorový kábel umožňuje aplikovať RF energiu z RF generátora Baylis do RF vodiča VersaCross .

Podrobné informácie týkajúce sa RF generátora Baylis sú uvedené v samostatnej príručke, ktorá je priložená k zariadeniu (s názvom „Návod na použitie rádiofrekvenčného punkčného generátora Baylis Medical Company").

Rozmery RF vodiča VersaCross a konektorového kábla nájdete na štítkoch zariadenia. Izolácia tela RF vodiča VersaCross uľahčuje plynulosť posunu zariadenia a zabezpečuje elektrickú izoláciu. Pružná distálna časť RF vodiča VersaCross je zakrivená a aktívny hrot je zaoblený, aby bol atraumatický voči srdcovému tkanivu (ak sa neaplikuje RF energia). Röntgenkontrastná a echogénna markerová cievka je umiestnená na distálnej časti na vizualizáciu počas manipulácie. Driek RF vodiča VersaCross poskytuje tuhý vodiaci mechanizmus pre posuvné pomocné zariadenia do ľavej predsiene po vytvorení predsieňového septálneho defektu. RF vodič VersaCross má po celej svojej dĺžke viditeľné značky, ktoré slúžia ako pomôcka na zarovnanie hrotu vodiča v kompatibilnom transseptálnom puzdre a/alebo zostave dilatátora (napr. súprava transseptálneho puzdra VersaCross). Proximálny koniec RF vodiča VersaCross je z odhaleného kovu a je určený na výlučné spojenie s poskytovaným konektorovým káblom (nie s elektrokauterizačnými ani elektrochirurgickými zariadeniami). Druhý koniec konektorového kábla sa pripája k RF generátoru Baylis.

## II.        INDIKÁCIE NA POUŽITIE
RF vodič VersaCross je indikovaný na vytvorenie predsieňového septálneho defektu v srdci.

## III.        KONTRAINDIKÁCIE
RF vodič VersaCross sa neodporúča používať v prípadoch, v ktorých sa nevyžaduje vytvorenie predsieňového septálneho defektu. Konektorový kábel sa neodporúča používať s iným RF generátorom Baylis ani s iným zariadením.

**V krajinách EÚ:** RF vodič VersaCross nie je určený na použitie u novorodencov mladších ako jeden mesiac.

## IV.        VAROVANIA
- Toto zariadenie smú používať iba lekári, ktorí dôkladne rozumejú angiografii a perkutánnym intervenčným postupom. Odporúča sa, aby lekári pred pokusom o nové intervenčné zákroky využili predklinické školenie, prehľad príslušnej literatúry a ďalšie vhodné vzdelávanie.
- RF vodič VersaCross a konektorový kábel sa dodávajú STERILNÉ (sterilizované etylénoxidom). Nepoužívajte, ak je obal poškodený.
- Laboratórny personál a pacienti môžu byť počas RF punkcie vystavení röntgenovému žiareniu v dôsledku nepretržitého používania skiaskopického zobrazovania. Táto expozícia môže viesť k akútnemu poškodeniu zdravia z ožiarenia, ako aj k zvýšenému riziku somatických a genetických vplyvov. Preto je potrebné prijať primerané opatrenia na minimalizáciu tejto expozície.
- RF vodič VersaCross a konektorový kábel sú určené na použitie iba u jedného pacienta. Nepokúšajte sa sterilizovať a znova používať žiadne z týchto zariadení. Opakované použitie môže spôsobiť zranenie pacienta a/alebo prenos infekčných ochorení z jedného pacienta na druhého. Opakované použitie môže viesť ku komplikáciám u pacienta.
- RF vodič VersaCross sa musí používať spolu s dodávaným konektorovým káblom. Snaha o použitie s inými konektorovými káblami môže viesť k usmrteniu pacienta a/alebo operátora elektrickým prúdom.
- Nepoužívajte RF vodič VersaCross s elektrokauterizačnými alebo elektrochirurgickými generátormi, konektorovými káblami ani príslušenstvom – v opačnom prípade hrozí riziko zranenia pacienta a/alebo operátora.
- Konektorový kábel sa smie používať iba s RF generátorom RFP-100A Baylis a s pribaleným RF vodičom VersaCross. Pokusy o jeho použitie s inými RF generátormi a zariadeniami môžu viesť k usmrteniu pacienta a/alebo operátora v dôsledku zásahu elektrickým prúdom.
- RF vodič VersaCross sa musí používať spolu s kompatibilným transseptálnym puzdrom (0,035") a/alebo dilatačnými zariadeniami. Používanie nekompatibilných doplnkových zariadení môže poškodiť celistvosť RF vodiča VersaCross alebo doplnkových zariadení a môže spôsobiť zranenie pacienta.
- RF vodič VersaCross bol schválený iba na použitie v rámci transseptálnej punkcie pomocou dilatátorov VersaCross, ktoré poskytujú požadovaný základ na jeho fungovanie.
- Aktívny hrot a distálne zakrivenie RF vodiča VersaCross sú krehké. Dbajte na to, aby ste počas manipulácie s RF vodičom VersaCross nepoškodili hrot ani distálne zakrivenie. Ak sa hrot alebo distálne zakrivenie poškodí (kedykoľvek počas používania), bezodkladne zlikvidujte RF vodič VersaCross. Nepokúšajte sa narovnať ohnutý aktívny kryt. Poškodenie zariadenia môže viesť k zraneniu pacienta.
- RF vodič VersaCross nie je určený na použitie u novorodencov (t. j. pacientov mladších ako jeden mesiac). Nepokúšajte sa liečiť novorodencov pomocou RF vodiča VersaCross.
- Nepokúšajte sa zavádzať ani vyťahovať RF vodič VersaCross cez kovovú kanylu alebo perkutánnu ihlu – v opačnom prípade hrozí riziko poškodenia zariadenia a zranenia pacienta.

## V.        PREVENTÍVNE OPATRENIA
- Nepokúšajte sa používať RF vodič VersaCross ani konektorový kábel, kým si pozorne neprečítate priložený návod na použitie.
- RF punkcie by mali vykonávať iba lekári dôkladne vyškolení v technikách RF punkcie v plne vybavenom katetrizačnom laboratóriu.
- Sterilné balenie je potrebné pred použitím skontrolovať a overiť. Zariadenia nepoužívajte, ak je obal poškodený alebo narušený.
- Pred použitím vizuálne skontrolujte RF vodič VersaCross a konektorový kábel a overte, či nedošlo k prasknutiu alebo poškodeniu izolačného materiálu. Ak došlo k poškodeniu, vodič ani kábel nepoužívajte.
- Nepoužívajte RF vodič VersaCross ani konektorový kábel po uplynutí dátumu použiteľnosti uvádzaného na štítku.
- RF vodič VersaCross a konektorový kábel sú určené na použitie iba so zariadeniami uvádzanými v časti VIII – Potrebné vybavenie.
- Prečítajte si a dodržiavajte návod výrobcu na použitie elektródy DIP. Vždy používajte výlučne tie elektródy DIP, ktoré spĺňajú alebo presahujú požiadavky normy IEC 60601-2-2.
- Umiestnenie elektródy DIP na stehno môže byť spojené s vyššou impedanciou.
- Aby ste predišli riziku vznietenia, overte, či sa počas aplikácie RF energie v miestnosti nenachádzajú horľavé materiály.
- Prijmite preventívne opatrenia na obmedzenie účinkov, ktoré môže mať elektromagnetické rušenie (EMI) generované RF generátorom Baylis na výkon iných zariadení. Skontrolujte kompatibilitu a bezpečnosť kombinácií iných fyziologických monitorovacích a elektrických prístrojov, ktoré sa majú použiť na pacientovi spolu s RF generátorom Baylis.
- Aby bolo možné nepretržité monitorovať povrchový elektrokardiogram (EKG) počas aplikácií RF energie, musí sa použiť primerané filtrovanie.
- Nepokúšajte sa zaviesť ani používať proximálny koniec RF vodiča VersaCross ako aktívny hrot.
- Neohýbajte RF vodič VersaCross ani konektorový kábel. Nadmerné ohýbanie alebo zalomenie drieku drôtu, distálneho zakrivenia drôtu alebo konektorového kábla môže poškodiť celistvosť komponentov zariadenia a môže spôsobiť zranenie pacienta. Pri manipulácii s RF vodičom VersaCross a konektorovým káblom postupujte opatrne.
- S RF vodičom VersaCross sa musí manipulovať opatrne, aby sa predišlo poraneniu ciev. Ak narazíte na odpor, NEPOUŽÍVAJTE nadmernú silu na posunutie alebo vytiahnutie RF vodiča VersaCross alebo pomocného puzdra alebo zostavy dilatátora. Nadmerná sila môže viesť k ohnutiu alebo zalomeniu zariadenia, čo obmedzí posun a stiahnutie puzdra alebo dilatátora.

- Posun RF vodiča VersaCross a pomocného puzdra a/alebo dilatátora je potrebné vykonávať pod obrazovým navádzaním. Použitie viditeľných značiek na tele vodiča je len približná pomôcka na umiestnenie hrotu vodiča s distálnym koncom dilatátora.
- Nepokúšajte sa aplikovať RF energiu, kým aktívny hrot RF vodiča VersaCross nebude v dobrom kontakte s cieľovým tkanivom.
- Neaplikujte RF energiu RF vodiča VersaCross použitím nekompatibilného dilatátora alebo kanyly – v opačnom prípade hrozí riziko popálení pacienta, neúčinnej punkcie alebo nemožnosti dosiahnuť punkciu.
- Odporúčame, aby ste neprekročili päť (5) aplikácií RF energie na jeden RF vodič VersaCross.
- Nikdy neodpájajte konektorový kábel od RF generátora Baylis v režime aplikácie RF energie.
- Konektorový kábel nikdy neodpájajte od RF generátora Baylis ťahaním za kábel. Ak kábel neodpojíte správne, môže dôjsť k jeho poškodeniu.
- Nekrúťte konektorovým káblom počas jeho pripájania alebo odpájania od izolovaného pacientskeho konektora na RF generátore Baylis. Skrútenie kábla môže viesť k poškodeniu kolíkových konektorov.
- RF generátor Baylis dokáže aplikovať elektrickú energiu znacnej intenzity. Zranenie pacienta alebo operátora môže byť dôsledkom nesprávnej manipulácie s RF vodičom VersaCross a/alebo elektródou DIP, a to najmä pri obsluhe zariadenia.
- Počas aplikácie energie by sa pacient nemal dostať do kontaktu s uzemnenými kovovými povrchmi.
- Zjavne nízky výstupný výkon alebo zlyhanie zariadenia pri normálnych nastaveniach môže naznačovať chybnú aplikáciu DIP elektródy, zlyhanie elektrického vedenia alebo slabý kontakt tkaniva na aktívnom hrote. Skontrolujte zjavné chyby zariadenia alebo nesprávne použitie. Pokúste sa lepšie umiestniť aktívny hrot RF vodiča VersaCross na predsieňovom septe. Výkon zvyšujte iba vtedy, ak pretrváva nízky výstupný výkon.
- Ak používate elektroanatomické mapovacie navádzanie, odporúčame, aby ste ho používali spolu s alternatívnou zobrazovacou modalitou v prípade, že dôjde ku strate viditeľnosti zariadenia.

## VI.        ŠPECIFIKÁCIE PRODUKTU

| Produkt | RF vodič VersaCross | Produkt | Konektorový kábel RFP 100A |
|---|---|---|---|
| Dĺžka | 180 alebo 230 cm | Použiteľná dĺžka | 10 stôp/3 m |
| Priemer vodiča | 0,035"/0,89 mm | Konektor generátora | 4-kolíkový (3-kolíkový) |
| Priemer zakrivenia | 9 mm hrot v tvare J alebo 24 mm hrot typu Pigtail | Konektor zariadenia | Tlačidlo |

## VII.        NEŽIADUCE UDALOSTI
Medzi nežiaduce udalosti, ktoré sa môžu vyskytnúť počas vytvárania predsieňového septálneho defektu, patria:

| | | |
|---|---|---|
| Tamponáda | Sepsa/infekcia | Tromboembolické epizódy |
| Perforácia cievy | Fibrilácia predsiení | Infarkt myokardu |
| Spazmus cievy | Pretrvávajúce arytmie | Predsieňový flutter |
| Krvácanie | Cievna trombóza | Perforácia myokardu |
| Hematóm | Alergická reakcia na kontrastnú látku | Komorová tachykardia |
| Bolesť a citlivosť | Artériovenózna fistula | Perikardiálny výpotok |
| Tachykardia | Poranenie cievy | Ďalší chirurgický zákrok |
| Zachytenie/ zapletenie vodiča | Cudzie teleso/zlomenie vodiča | |

## VIII.        POTREBNÉ VYBAVENIE
RF transseptálne zákroky by sa mali vykonávať v špecializovanom klinickom zariadení vybavenom vhodným zobrazovacím zariadením a kompatibilným vyšetrovacím stolom, fyziologickým záznamníkom, núdzovým vybavením a prístrojmi na získanie cievneho prístupu. Medzi pomocné materiály potrebné na vykonanie tohto zákroku patria:
- RF generátor RFP-100A Baylis
- 0,035" kompatibilné transseptálne puzdro alebo dilatátor
- Elektróda DIP, ktorá spĺňa alebo prekračuje požiadavky normy IEC 60601-2-2 pre elektrochirurgické elektródy
- Kábel DuoMode Cable™ na použitie s elektroanatomickými systémami mapovania

## IX.        KONTROLA PRED POUŽITÍM
Pred začatím zákroku je potrebné pozorne skontrolovať RF vodič VersaCross a dodávaný konektorový kábel z hľadiska poškodenia alebo defektov, rovnako ako RF generátor Baylis používaný v rámci zákroku. Nepoužívajte chybné zariadenie. RF vodič VersaCross ani konektorový kábel nepoužívajte opakovane.

## X.        NÁVOD NA POUŽITIE
- Všetky pokyny k požadovanému vybaveniu by ste si mali pozorne prečítať, pochopiť a dodržiavať. V opačnom prípade hrozí riziko komplikácií.
- RF vodič VersaCross a konektorový kábel sa dodávajú v sterilnom stave. Pri otváraní balenia a manipulácii s produktom v sterilnom prostredí používajte aseptickú techniku.
- Pripojte koniec konektora generátora konektorového kábla k izolovanému portu konektora pacienta na RF generátor Baylis podľa pokynov na použitie RF generátora Baylis. Opatrne zarovnajte kolíky konektora so zásuvkou a zatlačte, aby konektor riadne zapadol do zásuvky. Akýkoľvek pokus o pripojenie kábla iným spôsobom poškodí kolíky na konektore.
- Pri pripájaní konektorového kábla k RF generátoru Baylis nepoužívajte nadmernú silu. Použitie nadmernej sily môže viesť k poškodeniu kolíkových konektorov.
- Dôkladne prepláchnite transseptálne puzdro alebo dilatátor (nie je súčasťou dodávky).
- Vykonajte štandardnú punkciu žily na požadovanom prístupovom mieste pomocou prístupovej ihly (nie je súčasťou dodávky).
- Transseptálne puzdro a/alebo dilatátor sa zvyčajne zavádzajú cez prístupové miesto a potom sa posúvajú cez vodiaci drôt, aby sa umiestnili do hornej dutej žily (SVC) pod obrazovým navádzaním. Na tento účel možno použiť RF vodič VersaCross.
- Ak ste RF vodič VersaCross nepoužili na posun puzdra do žily SVC, vytiahnite vodiaci drôt a vymeňte ho za RF vodič VersaCross s dodávaným narovnávacím hrotom.
- Zavádzajte RF vodič VersaCross cez súpravu transseptálneho puzdra a/alebo dilatátora, kým sa hrot vodiča nebude nachádzať priamo v hrote dilatátora. Viditeľné značky na tele vodiča možno použiť ako pomôcku pri polohovaní vodiča vzhľadom k distálnemu koncu dilatátora.
- Jednou rukou riadne uchopte koniec konektora katétra konektorového kábla. Palcom stlačte červené tlačidlo v hornej časti konektora. Pomaly zavádzajte proximálny koniec RF vodiča VersaCross do otvoru konektora katétra. Keď už nebude viditeľná odkrytá časť proximálneho

DMR VXW 3.3 V-10 (CE Marked)

konca zariadenia, uvoľnite červené tlačidlo na konektore. Jemne zatiahnite za zariadenie a overte, či je pripojenie v poriadku.

- Umiestnite hrot transseptálnej zostavy (RF vodič, puzdro alebo dilatátor) do pravej predsiene proti fossa ovalis pod príslušným obrazovým navádzaním vrátane (nielen) skiaskopického, echokardiografického alebo elektroanatomického mapovania pomocou štandardnej techniky.
- POZNÁMKA: Ak používate navádzanie pomocou elektroanatomického mapovania, odporúčame, aby ste overili umiestnenie hrotu a natiahnutie septa pomocou echokardiografického zobrazenia alebo inej zobrazovacej metódy.
- Aplikujte tlak na dilatátor na natiahnutie septa vo fossa ovalis.
- Zavádzajte RF vodič VersaCross tak, aby sa aktívny hrot nachádzal na septe vo fossa ovalis, ale aby sa stále nachádzal v rámci dilatátora.
- Po dosiahnutí požadovanej polohy aplikujte RF energiu pomocou RF generátora Baylis do aktívneho hrotu. Výsledkom je punkcia cieľového srdcového tkaniva. Informácie o správnom používaní generátora nájdete v návode na použitie generátora Baylis RF.
- Aplikujte primeraný tlak na RF vodič VersaCross počas aplikácie RF energie na úspešné zavedenie RF vodiča VersaCross cez tkanivo.
- POZNÁMKA: Na dosiahnutie požadovanej punkcie použite najnižšie vhodné nastavenia RF.
  - Zariadenie RFP-100A: Ukázalo sa, že počiatočné nastavenie RF medzi jednou (1) sekundou v režime „PULSE" a dvoma (2) sekundami v režime „CONSTANT" postačuje na dosiahnutie úspešnej punkcie.
- Aplikáciu RF energie je možné ukončiť stlačením tlačidla RF ON/OFF (RF zapnuté/vypnuté) na RF generátore Baylis v prípade, že časový limit časovača neuplynul.
- Vstup do ľavej predsiene možno overiť monitorovaním RF vodiča VersaCross pomocou vhodného obrazového navádzania. Odporúča sa aj echokardiografické navádzanie.
- Ak punkcia septa nie je úspešná po piatich (5) aplikáciách RF energie, odporúča sa, aby používateľ využil alternatívnu metódu zákroku.
- Po úspešnom dokončení punkcie je potrebné RF vodič VersaCross mechanicky posúvať bez akejkoľvek RF energie. Polohovanie v ľavej predsieni je dostatočné, keď celá distálna krivka a pružná časť prešli cez septum a sú pozorované v ľavej predsieni. Odporúča sa aj echokardiografické navádzanie.
- Dilatátor je potom možné posunúť ponad RF vodič VersaCross, aby sa punkcia zväčšila.
- Ak chcete odpojiť RF vodič VersaCross od konektorového kábla, stlačte červené tlačidlo na konektore katétra a opatrne odpojte proximálny koniec RF vodiča VersaCross od konektorového kábla.
- Ak chcete odpojiť konektorový kábel od RF generátora Baylis, riadne uchopte konektor a jemne ho vytiahnite priamo zo zásuvky.
- Vytiahnite RF vodič VersaCross pomaly cez transseptálne puzdro a/alebo zostavu dilatátora.

## Pripojenia



RF generátor Baylis

Jednorazový konektorový kábel (je súčasťou dodávky)

Uzemňovacia podložka DIP

RF vodič VersaCross (zobrazený je model typu Pigtail)

Nožný spínač (voliteľný)

## XI.       POKYNY NA ČISTENIE A STERILIZÁCIU
RF vodič VersaCross a konektorový kábel sú určené iba na jednorazové použitie.  RF vodič VersaCross ani konektorový kábel nečistite ani opakovane nesterilizujte.

## XII.       RIEŠENIE PROBLÉMOV
Nasledujúca tabuľka je určená ako pomôcka pre používateľov pri diagnostike potenciálnych problémov.

| PROBLÉM | KOMENTÁRE | RIEŠENIE PROBLÉMOV |
|---|---|---|
| Konektorový kábel sa nezmestí do izolovaného pacientskeho konektora na prednom paneli generátora | Konektory sú z bezpečnostných dôvodov navrhnuté tak, aby sa pripájali špecifickým spôsobom. Ak označenia konektora nie sú zarovnané, konektory do seba nezapadnú. | Skontrolujte, či sú označenia konektora zarovnané v správnej orientácii. |
| Chybové hlásenia generátora | Aby bolo možné úspešne perforovať tkanivo pomocou RF energie, všetky zariadenia musia byť v dobrom prevádzkovom stave. | Overte, či sú vytvorené všetky pripojenia, t. j.:<br>- RF vodič VersaCross ku konektorovému káblu<br>- Konektorový kábel do RF generátora Baylis<br>- RF generátor Baylis do elektrickej zásuvky<br>- RF generátor Baylis k uzemňovacej podložke<br><br>Vizuálne overte, či RF vodič VersaCross a konektorový kábel nie sú poškodené. Poškodené zariadenie okamžite zlikvidujte. Ak problém pretrváva, prestaňte zariadenie používať.<br><br>Chybové hlásenia, ktoré sa vyskytli pri pokuse o RF punkciu, nájdete v návode na obsluhu, ktorý je priložený k RF generátoru Baylis. |
| Vodič sa zlomí alebo zalomí | Zlomenia a ohnutia RF vodiča VersaCross sú potenciálnymi príčinami poranenia pacienta. | Produkt bezodkladne zlikvidujte. |

## XIII.       INFORMÁCIE O SLUŽBÁCH PRE ZÁKAZNÍKOV A O VRÁTENÍ PRODUKTU
Ak sa vyskytnú akékoľvek problémy alebo máte otázky týkajúce sa zdravotníckeho vybavenia od spoločnosti Baylis Medical, obráťte sa na personál nášho oddelenia technickej podpory.

**POZNÁMKY:**
1. Ak chcete vrátiť produkty, je potrebné, aby ste pred odoslaním produktov späť spoločnosti Baylis Medical Company mali k dispozícii autorizačné číslo na vrátenie. V danom momente vám budú poskytnuté pokyny na vrátenie produktu.
2. Pred vrátením do záručného servisu dbajte na to, aby bol každý produkt, ktorý sa vracia spoločnosti Baylis Medical, vyčistený, dekontaminovaný a/alebo sterilizovaný podľa pokynov na vrátenie produktu. Spoločnosť Baylis Medical neprijme žiadny kus použitého zariadenia, ktoré nebolo riadne vyčistené alebo dekontaminované podľa pokynov na vrátenie produktu.

## XIV.       OZNAČENIE A SYMBOLY

| | | | |
|---|---|---|---|
| (symbol) | Výrobca | (symbol) | Dátum použiteľnosti |
| LOT | Číslo šarže | (symbol) | Nepoužívajte, ak je obal poškodený |
| REF | Číslo modelu | (symbol) | Upozornenie |
| STERILIZE 2 (symbol) | Nesterilizujte opakovane. | (symbol) | Chráňte pred slnečným svetlom. |
| 2 (symbol) | Nepoužívajte opakovane. | (symbol) | Nepyrogénne: RF vodič je nepyrogénny, pokiaľ nie je otvorený alebo poškodený obal. |
| STERILE | EO | Sterilizované etylénoxidom | (symbol) | Postupujte podľa návodu na použitie. |
| EC REP | Autorizovaný zástupca pre krajiny EÚ | **Rx ONLY** | **Upozornenie:** Federálne zákony (USA) obmedzujú predaj tohto zariadenia iba na pokyn alebo objednávku lekára. |
| (symbol) | **Len pre členské štáty EÚ:** Použitie tohto symbolu znamená, že produkt musí byť zlikvidovaný spôsobom, ktorý je v súlade s miestnymi a národnými predpismi. V prípade otázok týkajúcich sa recyklácie tohto zariadenia sa obráťte na svojho distribútora. | | |

## XV.       OBMEDZENÁ ZÁRUKA – JEDNORAZOVÉ PRODUKTY A PRÍSLUŠENSTVO
Spoločnosť Baylis Medical Company Inc. (BMC) poskytuje záruku na svoje jednorazové materiály a príslušenstvo v súvislosti s chybami materiálu a spracovania.  Spoločnosť BMC ručí za to, že sterilné produkty zostanú sterilné v priebehu časového obdobia uvedeného na štítku, v prípade, ak pôvodný obal zostane neporušený. Ak sa v rámci tejto obmedzenej záruky preukáže, že niektorý zahrnutý produkt vykazuje chyby materiálu alebo spracovania, spoločnosť BMC podľa vlastného uváženia vymení alebo opraví akýkoľvek takýto produkt, po odpočítaní akýchkoľvek poplatkov spoločnosti BMC za prepravu a náklady na prácu spojené s kontrolou, odstránením alebo opätovným naskladnením produktu. Dĺžka záruky je: (i) pre jednorazové produkty v trvaní skladovateľnosti produktu a (ii) pre príslušenstvo 90 dní od dátumu odoslania.

Táto obmedzená záruka sa vzťahuje len na nové originálne produkty dodané z výroby, ktoré boli použité v súlade s ich normálnym a zamýšľaným použitím.  Obmedzená záruka spoločnosti BMC sa nevzťahuje na produkty BMC, ktoré boli opakovane sterilizované, opravené, zmenené alebo akýmkoľvek spôsobom upravené, a nevzťahuje sa na produkty BMC, ktoré boli nesprávne skladované alebo nesprávne čistené, inštalované, používané alebo udržiavané v rozpore s pokynmi BMC.

**ZRIEKNUTIE SA ZODPOVEDNOSTI A OBMEDZENIE ZODPOVEDNOSTI**
**OBMEDZENÁ ZÁRUKA UVEDENÁ VYŠŠIE JE JEDINOU ZÁRUKOU POSKYTOVANOU PREDÁVAJÚCIM. PREDÁVAJÚCI SA ZRIEKA VŠETKÝCH OSTATNÝCH ZÁRUK, ČI UŽ VÝSLOVNÝCH ALEBO IMPLICITNÝCH, VRÁTANE AKEJKOĽVEK ZÁRUKY PREDAJNOSTI ALEBO VHODNOSTI NA KONKRÉTNE POUŽITIE ALEBO ÚČEL. OPRAVNÝ PROSTRIEDOK UVEDENÝ V TOMTO DOKUMENTE BUDE VÝHRADNÝM OPRAVNÝM PROSTRIEDKOM PRE AKÚKOĽVEK ZÁRUČNÚ REKLAMÁCIU A OPRAVNÉ PROSTRIEDKY PRE ĎALŠIE ŠKODY VRÁTANE NÁSLEDNÝCH ŠKÔD ALEBO ŠKÔD SÚVISIACICH S PRERUŠENÍM PODNIKANIA ALEBO STRATOU ZISKU, PRÍJMOV, MATERIÁLOV, PREDPOKLADANÝCH ÚSPOR, ÚDAJOV, ZMLUVY, DOBRÉHO MENA APOD. (ČI UŽ PRIAMYCH ALEBO NEPRIAMYCH) ALEBO ZA AKÚKOĽVEK ĎALŠIU FORMU NÁHODNÝCH ALEBO NEPRIAMYCH ŠKÔD AKÉHOKOĽVEK DRUHU NEBUDÚ DOSTUPNÉ. MAXIMÁLNA KUMULATÍVNA ZODPOVEDNOSŤ PREDÁVAJÚCEHO VZŤAHUJÚCA SA NA VŠETKY OSTATNÉ NÁROKY A ZÁVÄZKY VRÁTANE ZÁVÄZKOV V RÁMCI AKÉHOKOĽVEK ODŠKODNENIA, ČI UŽ POISTENÉHO ALEBO NEPOISTENÉHO, NEPRESIAHNE NÁKLADY NA PRODUKTY, KTORÉ SÚ PREDMETOM REKLAMÁCIE ALEBO ZODPOVEDNOSTI. PREDÁVAJÚCI SA ZRIEKA AKEJKOĽVEK ZODPOVEDNOSTI TÝKAJÚCEJ SA BEZDÔVODNÝCH INFORMÁCIÍ ALEBO POMOCI, KTORÚ POSKYTUJE, A KTORÁ SA OD PREDÁVAJÚCEHO V RÁMCI TOHTO DOKUMENTU NEVYŽADUJE. AKÝKOĽVEK KROK VOČI PREDÁVAJÚCEMU MUSÍ BYŤ UČINENÝ DO OSEMNÁSTICH (18) MESIACOV OD VZNIKU PRÍČINY DANÉHO KROKU. TOTO ODMIETNUTIE ZODPOVEDNOSTI A OBMEDZENIE ZODPOVEDNOSTI PLATÍ BEZ OHĽADU NA AKÉKOĽVEK INÉ TU UVEDENÉ USTANOVENIA BEZ OHĽADU NA FORMU KONANIA, ČI UŽ IDE O ZMLUVU, DELIKT (VRÁTANE NEDBALOSTI A STRIKTNEJ ZODPOVEDNOSTI) ALEBO INÚ FORMU, A BUDE SA VZŤAHOVAŤ NA DODÁVATEĽOV PREDÁVAJÚCEHO, VYMENOVANÝCH DISTRIBÚTOROV A OSTATNÝCH AUTORIZOVANÝCH PREDAJCOV AKO BENEFICIENTOV TRETEJ STRANY. KAŽDÉ TU UVEDENÉ USTANOVENIE, KTORÉ UVÁDZA OBMEDZENIE ZODPOVEDNOSTI, ODMIETNUTIE ZÁRUKY ALEBO PODMIENKU ALEBO VYLÚČENIE ŠKÔD, JE ODDELITEĽNÉ A NEZÁVISLÉ OD AKÉHOKOĽVEK INÉHO USTANOVENIA A MUSÍ BYŤ PRÍSLUŠNÝM SPÔSOBOM UPLATŇOVANÉ. V AKOMKOĽVEK NÁROKU ALEBO SÚDNOM SPORE O NÁHRADU ŠKODY VYPLÝVAJÚCEJ Z ÚDAJNÉHO PORUŠENIA ZÁRUKY, PORUŠENIA ZMLUVY, NEDBANLIVOSTI, ZODPOVEDNOSTI ZA PRODUKT ALEBO AKEJKOĽVEK INEJ PRÁVNEJ ALEBO SPRAVODLIVEJ TEÓRIE KUPUJÚCI VÝSLOVNE SÚHLASÍ S TÝM, ŽE SPOLOČNOSŤ BMC NEZODPOVEDÁ ZA ŠKODY ANI ZA STRATU ZISKU, ČI UŽ SA TO TÝKA KUPUJÚCEHO ALEBO JEHO ZÁKAZNÍKOV.  ZODPOVEDNOSŤ SPOLOČNOSTI BMC BUDE OBMEDZENÁ DO VÝŠKY NÁKLADOV NA NÁKUP KUPUJÚCEHO, KTORÝ SI KÚPIL DANÝ TOVAR, KTORÝ SPOLOČNOSŤ BMC PREDALA KUPUJÚCEMU, NA ZÁKLADE ČOHO VZNIKÁ NÁROK NA UPLATNENIE ZODPOVEDNOSTI.**

Žiadny agent, zamestnanec ani zástupca spoločnosti Baylis Medical nemá oprávnenie viazať spoločnosť k akejkoľvek inej záruke, potvrdeniu alebo vyhláseniu týkajúcemu sa tohto produktu. Táto záruka sa vzťahuje iba na pôvodného kupujúceho produktov Baylis Medical priamo od autorizovaného zástupcu spoločnosti Baylis Medical. Pôvodný kupujúci nemôže preniesť záruku. Používanie akéhokoľvek produktu BMC sa považuje za súhlas s tu uvedenými zmluvnými podmienkami.

Záručné doby vzťahujúce sa na produkty od spoločnosti Baylis Medical sú nasledovné:

| Jednorazové produkty | Skladovateľnosť produktu |
|---|---|
| Príslušenstvo | 90 dní od dátumu odoslania |

## Română

Baylis Medical și sigla Baylis Medical sunt mărci comerciale ale Baylis Medical Technologies Inc.

Citiți cu atenție toate instrucțiunile înainte de utilizare. Respectați toate contraindicațiile, avertismentele și precauțiile menționate în aceste instrucțiuni. În caz contrar, pacientul poate suferi complicații.

**Atenție**: Legea federală (S.U.A.) permite vânzarea acestui dispozitiv numai de către sau la comanda unui medic.

Baylis Medical Company se bazează pe medic pentru a determina, a evalua și a-i comunica fiecărui pacient în parte toate riscurile previzibile ale procedurii.

### I. DESCRIEREA DISPOZITIVULUI
Firul RF VersaCross™ conține în ambalajul său un fir RF VersaCross de unică folosință și un cablu conector Baylis de unică folosință (cablul conector). Firul RF VersaCross trebuie utilizat cu un generator de radiofrecvență pentru puncții Baylis RFP-100A (generatorul de RF Baylis) și cablul conector aferent.

Firul RF VersaCross furnizează energie de radiofrecvență (RF) într-un mod monopolar între electrodul său distal și un electrod extern de tip Plasture adeziv neutru (dispersiv) (DIP – Dispersive Indifferent Patch) de unică folosință, disponibil în comerț, care corespunde cerințelor IEC 60601-2-2 actuale. Cablul conector leagă generatorul de RF Baylis la firul RF VersaCross. Acest cablu conector permite furnizarea energiei RF de la generatorul de RF Baylis la firul RF VersaCross. Informații detaliate referitoare la generatorul de RF Baylis sunt conținute într-un manual separat, care însoțește echipamentul (intitulat „Instrucțiuni de utilizare pentru generatorul de radiofrecvență pentru puncții Baylis Medical Company").

Dimensiunile firului RF VersaCross și ale cablului conector se găsesc pe etichetele dispozitivului. Izolația firului RF VersaCross facilitează introducerea lină a dispozitivului și asigură izolarea electrică. Porțiunea distală moale a firului RF VersaCross este curbată, iar vârful activ este rotunjit pentru a preveni traumele țesutului cardiac, cu excepția cazului în care se aplică energie RF. O bobină de marcare radioopacă și ecogenă este poziționată pe secțiunea distală pentru vizualizare în timpul manipulării. Corpul principal al firului RF VersaCross reprezintă o șină rigidă pentru introducerea dispozitivelor auxiliare în atriul stâng după crearea unui defect septal atrial. Firul RF VersaCross are marcaje vizibile pe întreaga sa lungime, pentru a ajuta la alinierea vârfului firului într-un ansamblu transseptal și/sau dilatator compatibil (de exemplu, setul de teacă transseptală VersaCross). Capătul proximal al firului RF VersaCross este metalic și neizolat, pentru a se conecta numai la cablul conector furnizat, nu și la dispozitive de electrocauterizare sau electrochirurgie. Celălalt capăt al cablului conector se conectează la generatorul de RF Baylis.

### II. INDICAȚII DE UTILIZARE
Firul RF VersaCross este indicat pentru crearea unui defect septal atrial în inimă.

### III. CONTRAINDICAȚII
Firul RF VersaCross nu este recomandat pentru utilizare în condiții care nu necesită crearea unui defect septal atrial. Cablul conector nu este recomandat pentru utilizare cu niciun alt generator de RF Baylis sau cu orice alt dispozitiv.

**În UE:** Firul RF VersaCross nu este destinat utilizării la pacienți nou-născuți, cu vârsta sub o lună.

### IV. AVERTISMENTE
- Numai medicii care au o înțelegere aprofundată a angiografiei și a procedurilor intervenționale percutanate ar trebui să utilizeze acest dispozitiv. Se recomandă ca medicii să se folosească de pregătirea pre-clinică și să consulte literatura științifică relevantă și alte surse adecvate de informații înainte de a încerca noi proceduri intervenționale.
- Firul RF și cablul conector VersaCross sunt furnizate în stare STERILĂ, în urma unui proces de sterilizare cu oxid de etilenă. A nu se utiliza dacă ambalajul este deteriorat.
- Personalul de laborator și pacienții pot suferi o expunere semnificativă la raze X în timpul procedurilor de puncție prin RF, din cauza utilizării continue a imagisticii fluoroscopice. Această expunere poate duce la leziuni acute din cauza radiațiilor, precum și la creșterea riscului de efecte somatice și genetice. Prin urmare, trebuie luate măsuri adecvate pentru a minimiza această expunere.
- Firul RF VersaCross și cablul conector sunt destinate utilizării pe un singur pacient. Nu încercați să sterilizați și să reutilizați niciunul dintre dispozitive. Reutilizarea poate cauza rănirea pacientului și/sau transmiterea bolilor infecțioase de la un pacient la altul. Reutilizarea poate duce la complicații ale pacientului.
- Firul RF VersaCross trebuie utilizat cu cablul conector furnizat. Încercările de utilizare cu alte cabluri de conectare pot duce la electrocutarea pacientului și/sau operatorului.
- Nu utilizați firul RF VersaCross împreună cu generatoare de electrocauterizare sau electrochirurgie, cabluri de conectare sau accesorii, deoarece o astfel de încercare poate duce la rănirea pacientului și/sau a operatorului.
- Cablul conector trebuie utilizat numai cu generatorul de RF Baylis RFP-100A și firul RF VersaCross inclus. Încercările de utilizare împreună cu alte generatoare și dispozitive RF pot duce la electrocutarea pacientului și/sau a operatorului.
- Firul RF VersaCross trebuie utilizat cu dispozitive transseptale compatibile de 0,035" și/sau dilatatoare. Utilizarea accesoriilor incompatibile poate afecta integritatea firului RF VersaCross sau a accesoriilor și poate cauza rănirea pacientului.
- Firul RF VersaCross a fost validat numai pentru utilizarea pentru puncție transseptală prin dilatatoare VersaCross, care s-a demonstrat că oferă suport necesar pentru o funcționare optimă.
- Vârful activ și curba distală a firului RF VersaCross sunt fragile. Aveți grijă să nu deteriorați vârful sau curba distală în timp ce manipulați firul RF VersaCross. Dacă vârful sau curba distală se deteriorează în orice moment în timpul utilizării, aruncați imediat firul RF VersaCross. Nu încercați să îndreptați vârful activ dacă este îndoit. Deteriorarea dispozitivului poate duce la rănirea pacientului.
- Firul RF VersaCross nu este destinat utilizării la pacienți nou-născuți (cu vârsta sub o lună). Nu încercați să tratați pacienți nou-născuți cu firul RF VersaCross.
- Nu încercați să introduceți sau să retrageți firul VersaCross RF printr-o canulă metalică sau un ac percutanat, deoarece acest lucru poate deteriora dispozitivul și poate cauza rănirea pacientului.

### V. PRECAUȚII
- Nu încercați să utilizați firul RF VersaCross și cablul conector înainte de a citi cu atenție instrucțiunile de utilizare însoțitoare.
- Procedurile de puncție prin RF trebuie efectuate numai de către medici bine pregătiți în tehnicile de puncție prin RF într-un laborator de cateterizare complet echipat.

- Ambalajul steril trebuie inspectat vizual înainte de utilizare. Nu utilizați dispozitivele dacă ambalajul a fost deteriorat sau compromis.
- Inspectați vizual firul RF VersaCross și cablul conector înainte de utilizare pentru a vă asigura că nu există fisuri sau deteriorări ale izolației. Nu folosiți firul sau cablul dacă există vreo deteriorare.
- Nu utilizați firul RF VersaCross și/sau cablul conector după data-limită de utilizare indicată pe etichetă.
- Firul RF VersaCross și cablul conector sunt destinate utilizării numai cu dispozitivele enumerate în secțiunea VIII, Echipamente necesare.
- Citiți și urmați instrucțiunile de utilizare a electrodului DIP furnizate de producător. Utilizați întotdeauna electrozi DIP care îndeplinesc sau depășesc cerințele IEC 60601-2-2.
- Plasarea electrodului DIP pe coapsă sau șold ar putea fi asociată cu o impedanță mai mare.
- Pentru a preveni riscul de aprindere, asigurați-vă că nu există materiale inflamabile în încăpere în timpul aplicării energiei RF.
- Luați măsuri de precauție pentru a limita efectele pe care interferențele electromagnetice (IEM) produse de generatorul de RF Baylis le pot avea asupra performanțelor altor echipamente. Verificați compatibilitatea și siguranța combinațiilor de alte aparate de monitorizare a parametrilor fiziologici și aparate electrice care urmează să fie utilizate pe pacient în plus față de generatorul de RF Baylis.
- Trebuie utilizată o filtrare adecvată pentru a permite monitorizarea continuă a electrocardiogramei (ECG) de suprafață în timpul aplicării de energie RF.
- Nu încercați să introduceți și să utilizați capătul proximal al firului RF VersaCross ca vârf activ.
- Nu îndoiți firul RF VersaCross sau cablul conector. Îndoirea sau răsucirea excesivă a axului firului, a curbei distale a firului și/sau a cablului conector poate deteriora integritatea componentelor dispozitivului și pot cauza rănirea pacientului. Procedați cu atenție când manipulați firul RF VersaCross și cablul conector.
- Firul RF VersaCross trebuie manipulat cu atenție pentru a se evita traumatismele vasculare. Dacă întâmpinați rezistență, NU aplicați forță excesivă pentru a avansa sau a retrage firul RF VersaCross sau teaca auxiliară și/sau ansamblul dilatatorului. Forța excesivă poate duce la îndoirea sau răsucirea dispozitivului, limitând avansarea și retragerea tecii și/sau a dispozitivului dilatator.
- Avansarea firului RF VersaCross și a tecii auxiliare și/sau a ansamblului dilatatorului trebuie să aibă loc cu ghidaj imagistic. Utilizarea marcajelor vizibile pe corpul firului este doar un ghid aproximativ pentru poziționarea vârfului firului cu capătul distal al dilatatorului.
- Nu încercați să aplicați energie RF până când se confirmă că vârful activ al firului RF VersaCross face contact corect cu țesutul țintă.
- Evitați aplicarea de energie RF pe firul RF VersaCross combinat cu dispozitive precum dilatatoare sau canule incompatibile, fapt care poate cauza arsuri pacientului și poate duce la o puncție ineficientă sau eșuată.
- Se recomandă să nu depășiți cinci (5) aplicări de energie RF pentru fiecare fir RF VersaCross.
- Nu deconectați niciodată cablul conector de la generatorul de RF Baylis în timp ce generatorul furnizează energie RF.
- Nu deconectați niciodată cablul conector de la generatorul de RF Baylis trăgând de cablu. Deconectarea incorectă a cablului poate duce la deteriorarea acestuia.
- Nu răsuciți cablul conector în timp ce îl introduceți sau îl scoateți din conectorul izolat pentru pacient de pe generatorul de RF Baylis. Răsucirea cablului poate duce la deteriorarea pinilor conectorului.
- Generatorul de RF Baylis este capabil să furnizeze energie electrică semnificativă. Manipularea necorespunzătoare a firului RF VersaCross și/sau a electrodului DIP poate cauza rănirea pacientului sau a operatorului, în special în timpul operării dispozitivului.
- În timpul aplicării energiei, pacientul nu trebuie lăsat să intre în contact cu suprafețe metalice care pot servi drept împământare.
- Puterea de ieșire aparent scăzută sau funcționarea incorectă a echipamentului la setările normale poate indica aplicarea defectuoasă a electrodului DIP, o defecțiune a unui cablu electric sau contact slab cu țesutul la vârful activ. Verificați dacă există defecte evidente ale echipamentului sau semne de aplicare greșită. Încercați să poziționați mai bine vârful activ al firului RF VersaCross pe septul atrial. Măriți puterea doar dacă puterea scăzută persistă.
- Dacă utilizați ghidarea prin cartografiere electroanatomică, este recomandat să o utilizați împreună cu o modalitate imagistică alternativă pentru eventualele situații în care vizibilitatea dispozitivului se pierde.

### VI. SPECIFICAȚIILE PRODUSULUI

| Produs | Fir RF VersaCross | Produs | Cablu conector RFP-100A |
|---|---|---|---|
| Lungime | 180 sau 230 cm | Lungime utilă | 3 m (10 ft) |
| Diametru fir | 0,89 mm (0,035") | Conector generator | 4 pini (3 pini) |
| Diametru curbă | Vârf în J de 9 mm sau coadă de 24 mm | Conector dispozitiv | Buton |

### VII. EVENIMENTE ADVERSE
Evenimentele adverse care pot apărea în timpul creării unui defect septal atrial includ:

| | | |
|---|---|---|
| Tamponadă | Septicemie/infecție | Episoade tromboembolice |
| Perforarea vaselor | Fibrilație atrială | Infarct miocardic |
| Spasme vasculare | Aritmii susținute | Flutter atrial |
| Hemoragii | Tromboză vasculară | Perforarea miocardului |
| Hematoame | Reacție alergică la substanța de contrast | Tahicardie ventriculară |
| Durere și sensibilitate | Fistulă arteriovenoasă | Efuziune pericardică |
| Tahicardie | Traumatisme vasculare | Procedură chirurgicală suplimentară |
| Prinderea/încurcarea firelor | Fracturarea firului/corpurilor străine | |

### VIII. ECHIPAMENTE NECESARE
Procedurile transseptale cu RF trebuie efectuate într-un cadru clinic specializat, prevăzut cu echipament adecvat de imagistică și masă de examinare compatibilă, sistem de imagistică ecocardiografică, aparat pentru măsurarea și înregistrarea parametrilor fiziologici, echipament de urgență și instrumentar pentru obținerea accesului vascular. Materialele auxiliare necesare pentru efectuarea acestei proceduri includ:
- Generatorul de RF Baylis RFP-100A
- Teaca transseptală compatibilă de 0,035" și/sau dilatatoare
- Electrodul DIP, care trebuie să îndeplinească sau să depășească cerințele IEC 60601-2-2 pentru electrozii electrochirurgicali
- Cablu DuoMode™ pentru utilizarea cu sisteme de cartografiere electroanatomică

DMR VXW 3.3 V-10 (CE Marked)

## IX. INSPECȚIA ÎNAINTE DE UTILIZARE

Înainte de efectuarea procedurii, firul RF VersaCross și cablul conector furnizat trebuie examinate cu atenție pentru a detecta eventualele deteriorări sau defecte, așa cum ar trebui procedat cu toate echipamentele utilizate în cadrul procedurii, inclusiv generatorul de RF Baylis. Nu folosiți echipamente defecte. Nu reutilizați firul RF VersaCross și/sau cablul conector.

## X. INSTRUCȚIUNI DE UTILIZARE

- Toate instrucțiunile privind echipamentele necesare trebuie citite, înțelese și urmate cu atenție. În caz contrar, pot surveni complicații.
- Firul RF VersaCross și cablul conector sunt furnizate în stare sterilă. Utilizați o tehnică aseptică atunci când deschideți ambalajul și manipulați produsul în câmpul steril.
- Conectați capătul pentru generator al cablului conector la portul izolat al conectorului pentru pacientului de pe generatorul de RF Baylis, conform instrucțiunilor de utilizare ale generatorului de RF Baylis. Aliniați ușor pinii conectorului cu mufa și împingeți până când conectorul se fixează ferm în mufă. Orice încercare de a conecta cablul în alt mod va deteriora pinii conectorului.
- Nu aplicați forță excesivă la conectarea cablului conector la generatorul de RF Baylis. Folosirea unei forțe excesive poate duce la deteriorarea pinilor conectorului.
- Purjați bine teaca transseptală și/sau dilatatorul (nu sunt incluse).
- Efectuați o puncție venoasă standard în punctul de acces dorit, folosind un ac de acces (nu este inclus).
- O teacă transseptală și/sau un dilatator sunt de obicei introduse prin punctul de acces și apoi sunt avansate pe un fir de ghidaj pentru a fi poziționate în vena cavă superioară (VCS), cu ghidare imagistică. Firul RF VersaCross poate fi utilizat în acest scop.
- Dacă firul RF VersaCross nu a fost folosit pentru a avansa teaca către VCS, scoateți firul de ghidaj și înlocuiți-l cu firul RF VersaCross folosind dispozitivul de îndreptat vârfuri furnizat.
- Avansați firul RF VersaCross prin teaca transseptală și/sau ansamblul dilatatorului până când vârful firului ajunge chiar în vârful dilatatorului. Marcajele vizibile de pe corpul firului pot fi utilizate pentru a ajuta la poziționarea vârfului firului cu capătul distal al dilatatorului.
- Prindeți ferm, cu o mână, capătul pentru cateter al cablului conector. Folosind degetul mare, apăsați butonul roșu din partea de sus a conectorului. Introduceți încet capătul proximal al firului RF VersaCross în mufa conectorului cateterului. Odată ce porțiunea expusă a capătului proximal al dispozitivului nu mai este vizibilă, eliberați butonul roșu de pe conector. Trageți ușor de dispozitiv pentru a vă asigura că aveți o conexiune sigură.
- Poziționați vârful ansamblului transseptal (fir RF, teacă și/sau ansamblu dilatator) în atriul drept față, lipit de fosa ovală, sub ghidare imagistică adecvată, care va include, fără limitare, ghidarea prin cartografiere fluoroscopică, ecocardiografică și/sau electroanatomică, folosind tehnica standard.
- NOTĂ: Dacă utilizați ghidarea prin cartografiere electroanatomică, se recomandă confirmarea plasării vârfului și efectuarea procedurii de tenting septal prin imagistică ecocardiografică sau altă modalitate de imagistică.
- Aplicați presiune pe dilatator pentru a efectua procedura de tenting septal la nivelul fosei ovale.
- Avansați firul RF VersaCross astfel încât vârful activ să atingă septul la nivelul fosei ovale, fără a ieși din dilatator.
- Odată ce ați atins poziția corectă, aplicați energia RF la vârful activ, folosind generatorul de RF Baylis. Acest lucru duce la puncția țesutului cardiac vizat. Vă rugăm să consultați Instrucțiunile de utilizare a generatorului de RF Baylis pentru operarea corectă a generatorului.
- Aplicați presiune fermă asupra firului RF VersaCross în timpul aplicării energiei RF, pentru a avansa cu succes firul RF VersaCross prin țesut.
- NOTĂ: Utilizați cele mai mici setări RF adecvate pentru a obține puncția dorită.
  - Pentru RFP-100A: O setare RF inițială între o (1) secundă în modul „PULSE" (Impuls) și două (2) secunde în modul „CONSTANT" s-a dovedit a fi suficientă pentru efectuarea cu succes a puncției.
- Aplicarea energiei RF fi oprită prin apăsarea butonului RF ON/OFF (Pornire/oprire RF) de pe generatorul de RF Baylis dacă cronometrul nu s-a oprit.
- Intrarea în atriul stâng poate fi confirmată prin monitorizarea firului RF VersaCross sub ghidaj imagistic corespunzător. De asemenea, se recomandă ghidarea ecocardiografică.
- Dacă puncția septală nu reușește după cinci (5) aplicări ale energiei RF, se recomandă ca utilizatorul să continue cu o metodă alternativă pentru procedură.
- Odată ce puncția este finalizată cu succes, firul RF VersaCross trebuie avansat mecanic, fără aplicarea de energie RF. Poziționarea în atriul stâng este suficientă atunci când curba distală completă și secțiunea moale au traversat septul și sunt observate în atriul stâng. De asemenea, se recomandă ghidarea ecocardiografică.
- Dilatatorul poate fi apoi avansat peste firul RF VersaCross pentru a mări puncția.
- Pentru a deconecta firul RF VersaCross de la cablul conector, apăsați butonul roșu de pe conectorul cateterului și scoateți ușor capătul proximal al firului RF VersaCross din cablul conector.
- Pentru a deconecta cablul conector de la generatorul de RF Baylis, prindeți ferm conectorul și trageți-l ușor pentru a-l scoate din mufă, menținându-l drept.
- Retrageți lent firul RF VersaCross prin teaca transseptală și/sau ansamblul dilatator.

### Conexiunile



Generatorul de RF Baylis

Cablu conector de unică folosință

Placă de împământare DIP

Fir RF VersaCross (Este prezentat modelul cu coadă)

Comutatorul de picior (opțional)

## XI. INSTRUCȚIUNI DE CURĂȚARE ȘI STERILIZARE

Firul RF VersaCross și cablul conector sunt produse de unică folosință. Nu curățați și nu resterilizați firul RF VersaCross și/sau cablul conector.

## XII. DEPANAREA

Următorul tabel este oferit pentru a ajuta utilizatorul să diagnosticheze potențialele probleme.

| PROBLEMĂ | COMENTARII | DEPANAREA |
|---|---|---|
| Cablul conector nu se potrivește în conectorul izolat pentru pacient de pe panoul frontal al generatorului | Conectorii sunt proiectați să se conecteze într-un anumit mod, din motive de siguranță. Dacă profilul conectorilor nu este aliniat, conectorii nu se potrivesc unii cu ceilalți. | Verificați dacă profilul conectorilor este orientat corespunzător. |
| Mesaje de eroare ale generatorului | Pentru a perfora cu succes țesutul folosind energie RF, toate dispozitivele trebuie să fie conectate corect și să se afle în stare bună de funcționare. | Asigurați-vă că toate conexiunile sunt realizate, respectiv:<br>- Fir RF VersaCross la cablul conector<br>- Cablul conector la generatorul de RF Baylis<br>- Generatorul de RF Baylis la priza electrică<br>- Generatorul de RF Baylis la placa de împământare<br><br>Inspectați vizual firul RF VersaCross și cablul conector pentru a detecta eventualele semne de deteriorare. Aruncați imediat orice dispozitiv deteriorat. Dacă problema persistă, întrerupeți utilizarea.<br><br>Pentru mesajele de eroare întâlnite în timpul încercării de puncție prin RF, consultați manualul de utilizare care însoțește generatorul de RF Baylis. |
| Firul se rupe sau se îndoaie. | Ruperea sau îndoirea firului RF VersaCross pot duce la rănirea pacientului. | Aruncați imediat firul. |

## XIII. INFORMAȚII PRIVIND SERVICIUL CLIENȚI ȘI RETURNAREA PRODUSELOR

Dacă aveți probleme sau întrebări despre echipamentele Baylis Medical, contactați personalul nostru de asistență tehnică.

**NOTE:**
1. Pentru a returna produsele, trebuie să aveți un număr de autorizare pentru returnare înainte de a expedia produsele înapoi la Baylis Medical Company. Cu această ocazie, vi se vor furniza instrucțiuni de returnare a produsului.
2. Asigurați-vă că orice produs returnat la Baylis Medical a fost curățat, decontaminat și sterilizat conform instrucțiunilor de returnare a produselor înainte de a-l returna pentru lucrările de service acoperite de garanție. Baylis Medical nu va accepta niciun echipament folosit care nu a fost curățat sau decontaminat în mod corespunzător conform instrucțiunilor de returnare a produselor.

## XIV. ETICHETE ȘI SIMBOLURI

| | | | |
|---|---|---|---|
| | Producător | | Data-limită de utilizare |
| **LOT** | Număr lot | | A nu se utiliza dacă ambalajul este deteriorat |
| **REF** | Număr model | ⚠ | Atenție |
| | A nu se resteriliza | | A se păstra în locuri ferite de lumina soarelui |
| | A nu se reutiliza | | Apirogen: Firul RF este apirogen, cu excepția cazului în care ambalajul este deschis sau deteriorat |
| **STERILE | EO** | Sterilizat cu oxid de etilenă | | Urmați instrucțiunile de utilizare |
| **EC | REP** | Reprezentant autorizat în UE | **Rx ONLY** | **Atenție:** Legea federală (S.U.A.) permite vânzarea acestui dispozitiv numai de către sau la comanda unui medic. |
| | | **Numai pentru statele membre UE:** Utilizarea acestui simbol indică faptul că produsul trebuie eliminat într-un mod care respectă reglementările locale și naționale. Pentru întrebări referitoare la reciclarea acestui dispozitiv, vă rugăm să contactați distribuitorul. | |

## XV. GARANȚIE LIMITATĂ – CONSUMABILE ȘI ACCESORII

Baylis Medical Company Inc. (BMC) oferă garanții pentru produsele de unică folosință și accesoriile sale în cazul defectelor de materiale și de manoperă. BMC garantează că produsele sterile vor rămâne sterile pentru perioada de timp indicată pe etichetă, cât timp ambalajul original rămâne intact. În conformitate cu această garanție limitată, dacă se dovedește că un produs acoperit prezintă defecte de materiale sau de manoperă, BMC va înlocui sau repara, la discreția sa absolută și unică, orice astfel de produs, însă nu va acoperi comisioanele suportate de BMC pentru transport și costurile de manoperă aferente inspecției, eliminării sau reaprovizionării cu produsul. Durata garanției este: (i) pentru produsele de unică folosință, durata de valabilitate a produsului și (ii) pentru produsele accesorii, 90 de zile de la data expedierii.

Această garanție limitată se aplică numai produselor noi originale livrate din fabrică, care au fost utilizate în modul normal și în scopurile prevăzute. Garanția limitată a BMC nu se va aplica produselor BMC care au fost resterilizate, reparate, schimbate sau modificate în orice mod, nici produselor BMC care au fost depozitate, curățate, instalate, operate sau întreținute necorespunzător, contrar instrucțiunilor BMC.

**LIMITAREA RĂSPUNDERII PENTRU DAUNE**
**GARANȚIA LIMITATĂ DE MAI SUS ESTE SINGURA GARANȚIE OFERITĂ DE VÂNZĂTOR. VÂNZĂTORUL RESPINGE ORICE ALTĂ GARANȚIE, EXPLICITĂ SAU IMPLICITĂ, INCLUSIV ORICE GARANȚIE DE VANDABILITATE SAU ADECVARE PENTRU UN ANUMIT SCOP.**
**DESPĂGUBIREA STABILITĂ AICI VA FI SINGURA OFERITĂ PENTRU ORICE SOLICITARE DE DESPĂGUBIRE ÎN BAZA GARANȚIEI ȘI NU SE VOR ACORDA DAUNE SUPLIMENTARE, INCLUSIV DAUNE SURVENITE PE CALE DE CONSECINȚĂ SAU DAUNE**

LEGATE DE ÎNTRERUPEREA ACTIVITĂȚII SAU PIERDERILE DE PROFIT, VENITURI, MATERIALE, ECONOMII ANTICIPATE, DATE, CONTRACTE, REPUTAȚIE SAU BUNURI SIMILARE (DE NATURĂ DIRECTĂ SAU INDIRECTĂ) SAU PENTRU ORICE ALT TIP DE PREJUDICII ACCIDENTALE SAU INDIRECTE DE ORICE FEL. RESPONSABILITATEA CUMULATĂ MAXIMĂ A VÂNZĂTORULUI ÎN URMA TUTUROR CELORLALTE RECLAMAȚII ȘI RESPONSABILITĂȚI, INCLUSIV OBLIGAȚIILE LEGATE DE ORICE DESPĂGUBIRE, INDIFERENT DACĂ EXISTĂ O ASIGURARE SAU NU, NU VA DEPĂȘI COSTUL PRODUSELOR ASOCIATE CU RECLAMAȚIILE SAU RĂSPUNDEREA ÎN CAUZĂ. VÂNZĂTORUL ÎȘI DECLINĂ ORICE RESPONSABILITATE LEGATĂ DE INFORMAȚIILE SAU ASISTENȚA GRATUITĂ OFERITĂ DE VÂNZĂTOR FĂRĂ CA ACESTEA SĂ FIE OBLIGATORII ÎN BAZA PREZENTULUI DOCUMENT. ORICE ACȚIUNE ÎMPOTRIVA VÂNZĂTORULUI TREBUIE INIȚIATĂ ÎN TERMEN DE OPTSPREZECE (18) LUNI DUPĂ APARIȚIA CAUZEI. ACESTE DENEGĂRI ȘI LIMITĂRI ALE RĂSPUNDERII SE VOR APLICA INDIFERENT DE ORICE ALTĂ DISPOZIȚIE CONTRARĂ A PREZENTULUI DOCUMENT ȘI INDIFERENT DE FORMA DE ACȚIUNE, BAZATĂ PE UN CONTRACT, CULPĂ (INCLUSIV NEGLIJENȚA ȘI RĂSPUNDEREA STRICTĂ) SAU PE ALTE PRINCIPII JURIDICE ȘI SE VA EXTINDE ASUPRA FURNIZORILOR VÂNZĂTORULUI, A DISTRIBUITORILOR DESEMNAȚI ȘI A ALTOR FURNIZORI, CA BENEFICIARI TERȚI. FIECARE DISPOZIȚIE CARE PREVEDE O LIMITARE A RESPONSABILITĂȚII, DENEGAREA RESPONSABILITĂȚII PRIVIND GARANȚIA SAU O LIMITARE ORI EXCLUDERE A DAUNELOR ESTE SEPARABILĂ ȘI INDEPENDENTĂ DE ORICE ALTE DISPOZIȚII ȘI TREBUIE APLICATĂ CA ATARE. ÎN CAZUL ORICĂROR PRETENȚII SAU ACȚIUNI ÎN INSTANȚĂ PENTRU DAUNE CARE DECURG DINTR-O PRESUPUSĂ ÎNCĂLCARE A GARANȚIEI, ÎNCĂLCARE A CONTRACTULUI, NEGLIJENȚĂ, RĂSPUNDERE PENTRU PRODUSE SAU ORICE ALT PRINCIPIU LEGAL SAU ECHITABIL, CUMPĂRĂTORUL ÎȘI EXPRIMĂ EXPLICIT ACORDUL CĂ BMC NU VA FI RĂSPUNZĂTOARE PENTRU DAUNE SAU PIERDERI DE PROFIT ÎN RELAȚIA CU CUMPĂRĂTORUL SAU CLIENȚII ACESTUIA. RĂSPUNDEREA BMC VA FI LIMITATĂ LA COSTUL DE CUMPĂRARE PENTRU CUMPĂRĂTOR AL BUNURILOR SPECIFICATE, VÂNDUTE DE BMC CUMPĂRĂTORULUI, CU CARE SUNT ASOCIATE PRETENȚIILE LEGATE DE RĂSPUNDEREA VÂNZĂTORULUI.

Niciun agent, angajat sau reprezentant al Baylis Medical nu are autoritatea de a angaja răspunderea Companiei pentru orice altă garanție, afirmație sau declarație referitoare la produs.
Această garanție este valabilă numai pentru cumpărătorul inițial al produselor Baylis Medical, care a achiziționat produsele direct de la un agent autorizat Baylis Medical. Cumpărătorul inițial nu poate transfera garanția.
Utilizarea oricărui produs BMC va fi considerată o acceptare a termenilor și condițiilor din prezentul document.

Perioadele de garanție pentru produsele Baylis Medical sunt următoarele:

| Produse de unică folosință | Perioada de valabilitate a produsului |
| Accesorii | 90 de zile de la data expedierii |

**Hrvatski**

Baylis Medical i logotip Baylis Medical žigovi su društva Baylis Medical Technologies Inc.

Pažljivo pročitajte sve upute prije uporabe. Pridržavajte se svih kontraindikacija, upozorenja i mjera opreza navedenih u ovim uputama. Ako to ne učinite, može doći do komplikacija kod pacijenata.

**Oprez**: savezni (SAD) zakon ograničava prodaju ovog uređaja samo od strane liječnika ili po nalogu liječnika.

Baylis Medical Company oslanja se na liječnika da odredi, procijeni i priopći svakom pojedinom pacijentu sve predvidive rizike postupka.

**I.    OPIS UREĐAJA**
RF žica VersaCross™ upakirana je s RF žicom VersaCross za jednokratnu upotrebu i priključnim kabelom Baylis za jednokratnu upotrebu (priključni kabel) RF žica VersaCross mora se upotrebljavati s odobrenim radiofrekvencijskim punkcijskim generatorom RFP-100A društva Baylis (Baylis RF generator) i priključnim kabelom.

RF žica VersaCross isporučuje radiofrekvencijsku (RF) snagu u monopolarnom načinu rada između svoje distalne elektrode i komercijalno dostupne vanjske jednokratne indiferentne (disperzivne) elektrode (DIP), koja je sukladna trenutačnim zahtjevima norme IEC 60601-2-2. Priključni kabel povezuje Baylis RF generator i RF žicu VersaCross. Priključni kabel omogućava upotrebu RF energije od Baylis RF generatora do RF žice VersaCross. Detaljne informacije o Baylis RF generatoru nalaze se u zasebnom priručniku koji prati opremu (pod nazivom „Upute za uporabu radiofrekvencijskog punkcijskog generatora društva Baylis Medical Company").

Dimenzije RF žice VersaCross i priključnog kabela mogu se pronaći na naljepnicama uređaja. Izolacija tijela RF žice VersaCross olakšava glatko umetanje uređaja i pruža električnu izolaciju. Viseći distalni dio RF žice VersaCross ima zakrivljenost, a aktivni vrh je zaobljen kako bi bio atraumatičan za srčano tkivo osim ako se ne primijeni RF energija. Radiološki vidljiva i ehogena markerska zavojnica postavljena je na distalni dio za vizualizaciju tijekom manipulacije. Glavno tijelo RF žice VersaCross pruža krutu vodilicu za uvođenje pomoćnih uređaja u lijevu pretklijetku nakon stvaranja defekta atrijalnog septuma. RF žica VersaCross ima vidljive markere duž svoje duljine za pomoć pri poravnavanju vrha žice u kompatibilnom transseptalnom omotaču i/ili sklopu dilatatora (npr. komplet transseptalnog omotača VersaCross). Proksimalni kraj RF žice VersaCross je goli metal za povezivanje samo s isporučenim priključnim kabelom, a ne s uređajima za elektrokauterizaciju ili elektrokirurgiju. Drugi kraj priključnog kabela povezuje se s Baylis RF generatorom.

**II.    INDIKACIJE ZA UPORABU**
RF žica VersaCross indicirana je za stvaranje atrijalnog septalnog defekta u srcu.

**III.    KONTRAINDIKACIJE**
RF žica VersaCross ne preporučuje se za uporabu u bilo kakvim stanjima koja ne zahtijevaju kreiranje atrijskog septalnog defekta. Priključni kabel se ne preporučuje za upotrebu s bilo kojim drugim Baylis RF generatorom ili bilo kojim drugim uređajem.

**U EU:** RF žica VersaCross nije namijenjena za upotrebu s neonatalnim pacijentima mlađim od mjesec dana.

**IV.    UPOZORENJA**
- Samo liječnici s temeljitim poznavanjem angiografije i perkutanih intervencijskih postupaka trebaju upotrebljavati ovaj uređaj. Preporuča se da liječnici iskoriste pretkliničku obuku, pregled relevantne literature i drugu odgovarajuću edukaciju prije pokušaja novih intervencijskih postupaka.
- RF žica VersaCross i priključni kabel isporučuju se STERILNI procesom etilen oksida. Ne upotrebljavati ako je pakiranje oštećeno.
- Laboratorijsko osoblje i pacijenti mogu biti izloženi značajnom rendgenskom zračenju tijekom postupaka RF punkcije zbog kontinuirane upotrebe fluoroskopskog snimanja. Ova izloženost može rezultirati akutnom ozljedom zbog zračenja, kao i povećanim rizikom od somatskih i genetskih učinaka. Stoga se moraju poduzeti odgovarajuće mjere za smanjenje ove izloženosti.

- RF žica VersaCross i priključni kabel namijenjeni su za upotrebu samo na jednom pacijentu. Ne pokušavajte sterilizirati i ponovno upotrebljavati bilo koji uređaj. Ponovna uporaba može uzrokovati ozljedu pacijenta i/ili prijenos zaraznih bolesti s jednog pacijenta na drugog. Ponovna uporaba može dovesti do komplikacija kod pacijenata.
- RF žica VersaCross mora se upotrebljavati s priloženim priključnim kabelom. Pokušaji upotrebe s drugim priključnim kabelima mogu rezultirati strujnim udarom pacijenta i/ili rukovatelja.
- Nemojte upotrebljavati RF žicu VersaCross s generatorom za elektrokauteriju ili elektrokirurgiju, priključnim kabelima ili dodatnom opremom jer pokušaj upotrebe može dovesti do ozljeda pacijenta i/ili rukovatelja.
- Priključni kabel mora se upotrijebiti samo s RF generatorom RFP-100A društva Baylis i priloženom RF žicom VersaCross. Pokušaji upotrebe s drugim RF generatorima i uređajima mogu rezultirati strujnim udarom pacijenta i/ili rukovatelja.
- RF žica VersaCross mora se upotrebljavati s kompatibilnim transseptalnim omotačem od 0,035" i/ili uređajima za dilataciju. Upotreba nekompatibilnih pomoćnih uređaja može oštetiti integritet RF žice VersaCross i/ili pomoćnih uređaja i može uzrokovati ozljedu pacijenta.
- RF žica VersaCross potvrđena je samo za upotrebu transseptalne punkcije putem dilatatora VersaCross za koje je dokazano da pružaju potrebnu podršku za optimalnu funkciju.
- Aktivni vrh i distalna krivulja RF žice VersaCross su lomljivi. Pazite da ne oštetite vrh ili distalnu krivinu dok rukujete RF žicom VersaCross. Ako se vrh ili distalna krivina oštete u bilo kojem trenutku tijekom upotrebe, RF žicu VersaCross odmah bacite. Ne pokušavajte izravnati aktivni vrh ako je savijen. Oštećenje uređaja može dovesti do ozljeda pacijenata.
- RF žica VersaCross nije namijenjena za upotrebu s neonatalnim pacijentima (tj. mlađim od mjesec dana). Ne pokušavajte liječiti novorođenčad RF žicom VersaCross.
- Nemojte pokušavati umetnuti ili uvući RF žicu VersaCross kroz metalnu kanilu ili perkutanu iglu jer to može oštetiti uređaj i ozlijediti pacijenta.

**V.    MJERE OPREZA**
- Ne pokušavajte upotrebljavati RF žicu VersaCross i priključni kabel prije nego što temeljito pročitate priložene Upute za uporabu.
- Postupke RF punkcije trebaju izvoditi samo liječnici koji su temeljito obučeni za tehnike RF punkcije u potpuno opremljenom laboratoriju za kateterizaciju.
- Sterilno pakiranje treba vizualno pregledati prije uporabe. Nemojte upotrebljavati uređaje ako je pakiranje oštećeno ili kompromitirano.
- Vizualno pregledajte RF žicu VersaCross i priključni kabel prije uporabe kako biste bili sigurni da nema pukotina ili oštećenja izolacijskog materijala. Nemojte upotrebljavati žicu ili kabel ako postoje bilo kakva oštećenja.
- Nemojte upotrebljavati RF žicu VersaCross i/ili priključni kabel nakon datuma „Upotrijebiti do" navedenog na naljepnici.
- RF žicu VersaCross i priključni kabel namijenjena je za upotrebu samo s uređajima navedenim u odjeljku VIII „Potrebna oprema".
- Pročitajte i slijedite upute proizvođača za uporabu DIP elektrode. Uvijek upotrebljavajte DIP elektrode koje zadovoljavaju ili premašuju zahtjeve norme IEC 60601-2-2.
- Postavljanje DIP elektrode na bedro može biti povezano s većom impedancijom.
- Kako biste spriječili rizik od paljenja, pobrinite se da u prostoriji nema zapaljivih materijala tijekom primjene RF energije.
- Poduzmite mjere opreza kako biste ograničili učinke koje elektromagnetske smetnje (EMI) koje proizvodi Baylis RF generator mogu imati na nad druge opreme. Provjerite kompatibilnost i sigurnost kombinacija drugih aparata za fiziološko praćenje i električnih aparata koji će se upotrebljavati na pacijentu uz Baylis RF generator.
- Potrebno je upotrebljavati odgovarajuće filtriranje kako bi se omogućilo kontinuirano praćenje površinskog elektrokardiograma (EKG) tijekom primjene RF energije.
- Ne pokušavajte umetnuti i upotrebljavati proksimalni kraj RF žice VersaCross kao aktivni vrh.
- Ne savijajte RF žicu VersaCross ili priključni kabel. Pretjerano savijanje ili savijanje osovine žice, distalne krivulje žice i/ili priključnog kabela može oštetiti cjelovitost komponenti uređaja i uzrokovati ozljedu pacijenta. Morate biti oprezni pri rukovanju RF žicom VersaCross i priključnim kabelom.
- Mora se pažljivo rukovati RF žicom VersaCross kako bi se izbjeglo oštećenje krvne žile. Ako naiđete na otpor, NEMOJTE upotrebljavati pretjeranu silu za uvođenje ili povlačenje RF žice VersaCross ili pomoćnog omotača i/ili sklopa dilatatora. Prekomjerna sila može dovesti do savijanja ili krivljenja uređaja ograničavajući uvođenje i izvlačenje omotača i/ili dilatatora.
- Uvlačenje RF žice VersaCross i pomoćnog omotača i/ili sklopa dilatatora treba obaviti pod slikovnim navođenjem. Upotreba vidljivih oznaka na tijelu žice samo je približna smjernica za postavljanje vrha žice s distalnim krajem dilatatora.
- Ne pokušavajte isporučiti RF energiju dok se ne potvrdi da je aktivni vrh RF žice VersaCross u dobrom kontaktu s ciljnim tkivom.
- Izbjegavajte isporuku RF energije RF žice VersaCross s nekompatibilnim dilatatorom ili kanilom, što može dovesti do opeklina pacijenta, neučinkovite punkcije ili neuspješne punkcije.
- Ne preporučuje se prekoračenje pet (5) primjena RF snage po RF žici VersaCross.
- Nikada ne odspajajte priključni kabel iz Baylis RF generatora dok se RF energija isporučuje.
- Nikada ne odspajajte priključni kabel iz Baylis RF generatora povlačenjem kabela. Ako kabel ne odspojite pravilno, može doći do oštećenja kabela.
- Ne uvrćite priključni kabel dok ga umećete ili uklanjate iz izoliranog priključka za pacijenta na Baylis RF generatoru. Uvijanje kabela može dovesti do oštećenja pinova priključka.
- Baylis RF generator je sposoban isporučiti značajnu električnu energiju. Ozljeda pacijenta ili rukovatelja može biti posljedica nepravilnog rukovanja RF žicom VersaCross i/ili DIP elektrodom, osobito tijekom rada s uređajem.
- Tijekom isporuke energije, pacijentu se ne smije dopustiti da dođe u dodir s uzemljenim metalnim površinama.
- Očito niska izlazna snaga ili neispravno funkcioniranje opreme pri normalnim postavkama može ukazivati na pogrešnu primjenu DIP elektrode, kvar na električnom vodu ili loš kontakt s tkivom na aktivnom vrhu. Provjerite očite nedostatke opreme ili pogrešnu primjenu. Pokušajte bolje postaviti aktivni vrh RF žice VersaCross na atrijski septum. Povećajte snagu samo ako niska izlazna snaga i dalje postoji.
- Ako upotrebljavate smjernice za elektroanatomsko mapiranje, preporučuje se da ih upotrebljavate zajedno s alternativnim načinom snimanja u slučaju gubitka vidljivosti uređaja.

## VI. TEHNIČKE SPECIFIKACIJE

| Proizvod | RF žica VersaCross | Proizvod | Priključni kabel RFP 100A |
|---|---|---|---|
| Duljina | 180 ili 230 cm | Korisna duljina | 10 stopa/3 m |
| Promjer žice | 0,035" / 0,89 mm | Priključak generatora | 4-pinski (3-pinski)<br> |
| Promjer krivulje | J-vrh od 9 mm ili Pigtail od 24 mm | Priključak uređaja | Gumb |

## VII. ŠTETNI DOGAĐAJI

Štetni događaji koji se mogu pojaviti tijekom stvaranja defekta atrijalnog septuma uključuju:

| | | |
|---|---|---|
| tamponadu | sepsu / infekciju | tromboembolijske epizode |
| perforaciju krvne žile | fibrilaciju atrija | infarkt miokarda |
| spazam krvne žile | kontinuirane aritmije | podrhtavanje atrija |
| krvarenje | vaskularnu trombozu | perforaciju miokarda |
| hematom | alergijsku reakciju na kontrastno sredstvo | ventrikularnu tahikardiju |
| bol i osjetljivost | arteriovensku fistulu | perikardni izljev |
| tahikardiju | vaskularnu ozljedu | dodatni kirurški zahvat |
| uklještenje žice / zapetljavanje | prijelom stranog tijela / žice | |

## VIII. POTREBNA OPREMA

RF transseptalni postupci trebaju se provoditi u specijaliziranom kliničkom okruženju opremljenom odgovarajućom opremom za snimanje i kompatibilnim stolom za pregled, ehokardiografskim snimanjem, fiziološkim snimačem, opremom za hitne slučajeve i instrumentima za dobivanje vaskularnog pristupa. Pomoćni materijali potrebni za izvođenje ovog postupka uključuju:

- RFP-100A Baylis RF generator
- kompatibilni transseptalni omotač od 0,035" i/ili uređaji za dilataciju
- DIP elektroda, koja ispunjava ili premašuje zahtjeve norme IEC 60601-2-2 za elektrokirurške elektrode
- DuoMode Cable™ za upotrebu sa sustavima za elektroanatomsko mapiranje

## IX. PREGLED PRIJE UPOTREBE

Prije izvođenja postupka, RF žicu VersaCross i isporučeni priključni kabel treba pažljivo ispitati na oštećenja ili nedostatke, kao i svu opremu, uključujući Baylis RF generator, koja se upotrebljava u postupku. Nemojte upotrebljavati neispravnu opremu. Nemojte ponovno upotrebljavati RF žicu VersaCross i/ili priključni kabel.

## X. UPUTE ZA UPORABU

- Sve upute za potrebnu opremu treba pažljivo pročitati, razumjeti i slijediti. Ako to ne učinite, može doći do komplikacija.
- RF žica VersaCross i priključni kabel isporučuju se sterilni. Upotrebljavajte aseptičnu tehniku pri otvaranju pakiranja i rukovanju proizvodom u sterilnom polju.
- Spojite kraj priključka generatora na priključnom kabelu na izolirani priključak za pacijenta na Baylis RF generatoru prema uputama za uporabu Baylis RF generatora. Nježno poravnajte igle priključka s utičnicom i gurajte dok priključak čvrsto ne sjedne u utičnicu. Svaki pokušaj spajanja kabela na drugi način oštetit će igle na priključku.
- Nemojte upotrebljavati pretjeranu silu pri spajanju priključnog kabela na Baylis RF generator. Upotreba prekomjerne sile može dovesti do oštećenja pinova priključka.
- Temeljito isperite transseptalni omotač i/ili dilatator (nije isporučen).
- Izvedite standardnu punkciju vene na željenom pristupnom mjestu pomoću pristupne igle (nije isporučena).
- Transseptalni omotač i dilatator obično se umeću kroz pristupno mjesto, a zatim se provlače preko žice vodilicu kako bi se postavili u gornju šuplju venu (SVC) pod slikovnim navođenjem. U tu svrhu može se upotrebljavati RF žica VersaCross.
- Ako RF žica VersaCross nije upotrijebljena za pomicanje omotača do SVC-a, uklonite žicu vodilicu i zamijenite je RF žicom VersaCross s priloženim ispravljačem vrha.
- Umetnite RF žicu VersaCross kroz komplet transseptalnog omotača i/ili dilatatora sve dok vrh žice ne bude unutar vrha dilatatora. Vidljive oznake na tijelu žice mogu se upotrijebiti kao pomoć pri pozicioniranju vrha žice s distalnim krajem dilatatora.
- Jednom rukom čvrsto uhvatite kraj priključka katetera na priključnom kabelu. Palcem pritisnite crvenu tipku na vrhu priključka. Polako umetnite proksimalni kraj RF žice VersaCross u otvor priključka katetera. Nakon što se izloženi dio proksimalnog kraja uređaja više vidljiv, otpustite crvenu tipku na priključku. Nježno povucite uređaj kako biste bili sigurni da imate sigurnu vezu.
- Postavite vrh transseptalnog sklopa (RF žica, sklop omotača i/ili dilatator) u desnu pretkljetku naspram ovalnog otvora (fossa ovalis) pod slikovnim navođenjem, uključujući ali ne ograničavajući se na fluoroskopsko, ehokardiografsko i/ili elektroanatomsko mapiranje pomoću standardne tehnike.
- NAPOMENA: Ako upotrebljavate smjernice za elektroanatomsko mapiranje, preporučuje se potvrditi postavljanje vrha i septalnog defekta u obliku šatora pomoću ehokardiografskog snimanja ili drugog modaliteta snimanja.
- Primijenite pritisak na dilatator kako biste zategnuli septum na fossa ovalis.
- Umetnite RF žicu VersaCross tako da aktivni vrh zahvati septum na fossa ovalis, ali još uvijek unutar dilatatora.
- Nakon što se postigne odgovarajući položaj, isporučite RF snagu putem Baylis RF generatora do aktivnog vrha. To rezultira punkcijom ciljanog srčanog tkiva. Za ispravan rad generatora pogledajte upute za uporabu Baylis RF generatora.
- Čvrsto pritisnite RF žicu VersaCross tijekom primjene RF energije kako biste uspješno promicali RF žicu VersaCross kroz tkivo.
- NAPOMENA: Upotrijebite najniže odgovarajuće RF postavke za postizanje željene punkcije.
  - Za RFP-100A: pokazalo se da je početna RF postavka između jedne (1) sekunde u „PULSE" načinu rada i dvije (2) sekunde u „CONSTANT" načinu rada dovoljna za uspješnu punkciju.
- Isporuka RF energije može se prekinuti pritiskom na tipku za uključivanje/isključivanje RF energije na Baylis RF generatoru ako mjerač vremena nije istekao.
- Ulazak u lijevu pretkljetku može se potvrditi praćenjem RF žice VersaCross pod odgovarajućim slikovnim navođenjem. Također se preporučuje ehokardiografsko vođenje.
- Ako septalna punkcija ne bude uspješna nakon pet (5) primjena RF energije, savjetuje se da korisnik upotrijebi alternativnu metodu postupka.

- Nakon što se punkcija uspješno dovrši, RF žicu VersaCross treba mehanički pomaknuti bez ikakve RF energije. Pozicioniranje u lijevoj pretkljetki je dovoljno kada su potpuna distalna krivina i viseći dio prešli septum i promatraju se u lijevoj pretkljetki. Također se preporučuje ehokardiografsko vođenje.
- Dilatator se može pomicati preko RF žice VersaCross kako bi se povećala punkcija.
- Za odspajanje RF žice VersaCross od priključnog kabela, pritisnite crvenu tipku na priključku katetera i nježno uklonite proksimalni kraj RF žice VersaCross od priključnog kabela.
- Za odspajanje priključnog kabela s Baylis RF Generatora, čvrsto uhvatite kućište priključka i nježno ga izvucite ravno iz utičnice.
- Nježno uvucite RF žicu VersaCross kroz transseptalni omotač i/ili sklop dilatatora.

## Priključci

Baylis RF generator

Jednokratni priključni kabel (uključeno)

DIP podloga za uzemljenje

Nožni prekidač (neobavezno)

RF žica VersaCross (Prikazan model s Pigtail priključkom)

## XI. UPUTE ZA ČIŠĆENJE I STERILIZACIJU

RF žica VersaCross i priključni kabel namijenjeni su samo za jednokratnu upotrebu. Nemojte čistiti ili ponovno sterilizirati RF žicu VersaCross i/ili priključni kabel.

## XII. RJEŠAVANJE PROBLEMA

Sljedeća tablica služi kao pomoć korisniku u dijagnosticiranju potencijalnih problema.

| PROBLEM | KOMENTARI | RJEŠAVANJE PROBLEMA |
|---|---|---|
| Priključni kabel ne pristaje u izolirani priključak za pacijenta na prednjoj ploči generatora | Priključci su dizajnirani za spajanje na poseban način iz sigurnosnih razloga. Ako su „ključevi" priključka izvan linije, priključci se neće uklopiti. | Provjerite jesu li ključevi priključka poredani u pravilnoj orijentaciji. |
| Poruke o pogreškama generatora | Za uspješno perforiranje tkiva upotrebom RF energije, svi uređaju moraju biti pravilno povezani i u ispravnom stanju. | Uvjerite se da postoje svi spojevi, tj.:<br>- RF žica VersaCross i priključni kabel<br>- Priključni kabel i Baylis RF generator<br>- Baylis RF generator i utičnica<br>- Baylis RF generator i podloga za uzemljenje<br><br>Vizualno pregledajte RF žicu VersaCross i priključni kabel radi oštećenja. Odmah bacite sve oštećene uređaje. Ako se problem nastavi, prekinite upotrebu.<br><br>Za poruke o pogreškama koje se pojave pri pokušaju RF punkcije, pogledajte Upute za uporabu koje se isporučene uz Baylis RF generator. |
| Žica se lomi ili savija | Lomovi i pregibi RF žice VersaCross potencijalni su uzrok ozljede pacijenta. | Odmah je bacite. |

## XIII. INFORMACIJE O KORISNIČKOM SERVISU I POVRATU PROIZVODA

Ako imate bilo kakvih problema ili pitanja u vezi s opremom društva Baylis Medical, obratite se našem osoblju za tehničku podršku.

**NAPOMENE:**
1. Kako biste vratili proizvode, morate imati broj autorizacije povrata prije slanja proizvoda natrag društvu Baylis Medical Company. Upute za povrat proizvoda dobit ćete u ovom trenutku.
2. Uvjerite se da je svaki proizvod koji se vraća društvu Baylis Medical očišćen, dekontaminiran i/ili steriliziran kako je navedeno u Uputama za povrat proizvoda prije nego što ga vratite na servis pod jamstvom. Baylis Medical neće prihvatiti nijedan dio rabljene opreme koji nije pravilno očišćen ili dekontaminiran prema Uputama za povrat proizvoda.

## XIV. OZNAČAVANJE I SIMBOLI

| | | | |
|---|---|---|---|
| ▲▲▲ | Proizvođač | ⌛ | Rok upotrebe |
| LOT | Broj lota | ⊗ | Nemojte upotrebljavati ako je pakiranje oštećeno |
| REF | Broj modela | ⚠ | Oprez |
| ⊘ (2 STERILIZE) | Nemojte ponovno sterilizirati | ☀ | Čuvati podalje od sunčeve svjetlosti |
| ② | Jednokratna uporaba | ⚕ | Nepirogeno: RF žica nije pirogena osim ako pakiranje nije otvoreno ili oštećeno |
| STERILE EO | Sterilizirano pomoću etilen oksida | 📖 | Slijedite upute za uporabu |

| | | | |
|---|---|---|---|
| EC REP | Ovlašteni predstavnik za EU | **Rx ONLY** | **Oprez:** savezni (SAD) zakon ograničava prodaju ovog uređaja samo po strane liječnika ili po nalogu liječnika. |

| | **Samo za zemlje članice EU:** |
|---|---|
| | Upotreba ovog simbola označava da se proizvod mora zbrinuti na način koji je u skladu s lokalnim i nacionalnim propisima. Za pitanja u vezi recikliranja ovog uređaja obratite se svom distributeru. |

### XV.  OGRANIČENO JAMSTVO – PROIZVODI ZA JEDNOKRATNU UPOTREBU I PRIBOR

Društvo Baylis Medical Company Inc. (BMC) jamči da njegovi proizvodi za jednokratnu upotrebu i pribor nemaju nedostataka u materijalu i izradi. BMC jamči da će sterilni proizvodi ostati sterilni tijekom razdoblja kako je prikazano na etiketi sve dok originalno pakiranje ostane netaknuto. Prema ovom Ograničenom jamstvu, ako se dokaže da je bilo koji obuhvaćeni proizvod neispravan u materijalu ili izradi, BMC će zamijeniti ili popraviti, prema vlastitom i isključivom nahođenju, bilo koji takav proizvod, umanjen za bilo kakve naknade BMC-a za troškove prijevoza i rada povezane s pregledom, uklanjanje ili obnavljanje zaliha proizvoda. Trajanje jamstva je: (i) za proizvode za jednokratnu upotrebu, rok trajanja proizvoda, i (ii) za pribor, 90 dana od datuma otpreme.

Ovo ograničeno jamstvo odnosi se samo na nove izvorne tvornički isporučene proizvode koji su upotrijebljeni za svoju normalnu i predviđenu upotrebu. Ograničeno jamstvo BMC-a neće se primjenjivati na proizvode BMC-a koji su bili ponovno sterilizirani, popravljeni, izmijenjeni ili modificirani na bilo koji način i neće se primjenjivati na proizvode BMC-a koji su nepropisno pohranjeni ili nepropisno očišćeni, instalirani, rukovani ili održavani suprotno uputama BMC-a.

**OGRANIČENJE OD ODGOVORNOSTI**
**GORNJE OGRANIČENO JAMSTVO JE JEDINO JAMSTVO KOJE DAJE PRODAVAČ. PRODAVAČ SE ODRIČE SVIH DRUGIH JAMSTAVA, BILO IZRIČITIH ILI IMPLICIRANIH, UKLJUČUJUĆI SVA JAMSTVA O MOGUĆNOSTI PRODAJE ILI PRIKLADNOSTI ZA ODREĐENU UPOTREBU ILI SVRHU.**
**PRAVNI LIJEK NAVEDEN OVDJE BIT ĆE ISKLJUČIVI PRAVNI LIJEK ZA BILO KOJE JAMSTVENO POTRAŽIVANJE I DODATNE ŠTETE, UKLJUČUJUĆI POSLJEDIČNE ŠTETE ILI ŠTETE ZA PREKID POSLOVANJA ILI GUBITAK DOBITI, PRIHODA, MATERIJALA, OČEKIVANIH UŠTEDA, PODATAKA, UGOVORA, DOBRE VOLJE ILI SLIČNO (BILO IZRAVNE ILI NEIZRAVNE PRIRODE) ILI ZA BILO KOJI DRUGI OBLIK SLUČAJNE ILI NEIZRAVNE ŠTETE BILO KOJE VRSTE, NEĆE BITI DOSTUPAN. MAKSIMALNA KUMULATIVNA ODGOVORNOST PRODAVAČA U ODNOSU NA SVA DRUGA POTRAŽIVANJA I OBVEZE, UKLJUČUJUĆI OBVEZE PREMA BILO KOJOJ ODŠTETI, BILO DA IMA OSIGURANJE ILI NE, NEĆE PREMAŠITI TROŠAK PROIZVODA KOJI JE PROIZVOD POTRAŽIVANJA ILI ODGOVORNOSTI. PRODAVAČ SE ODRIČE SVIH ODGOVORNOSTI VEZANIH ZA BESPLATNE INFORMACIJE ILI POMOĆ KOJU JE PRODAVAČ PRUŽIO, ALI SE OVDJE OD NJEGA NE ZAHTJEVA. SVAKI POSTUPAK PROTIV PRODAVAČA MORA SE PODNIJETI U ROKU OD OSAMNAEST (18) MJESECI NAKON NASTUPANJA UZROKA ZA POSTUPAK. OVA ODRICANJA OD ODGOVORNOSTI PRIMJENJIVAT ĆE SE BEZ OBZIRA NA BILO KOJU DRUGU OVDJE SUPROTNU ODREDBU I BEZ OBZIRA NA OBLIK POSTUPKA, BILO U UGOVORU, DELIKTU (UKLJUČUJUĆI NEMAR I STRIKTNU ODGOVORNOST) ILI NA DRUGI NAČIN, I DALJE ĆE SE PRIMIJENITI U KORIST DISTRIBUTERA, PRODAVAČA I DRUGIH OVLAŠTENIH PREPRODAVAČA KAO KORISNIKA TREĆE STRANE. SVAKA ODREDBA KOJA PREDVIĐA OGRANIČENJE ODGOVORNOSTI, ODRICANJE OD JAMSTVA ILI UVJETA ILI ISKLJUČENJE ŠTETE ODJELJIVA JE I NEOVISNA OD BILO KAKVE DRUGE ODREDBE I TREBA SE KAO TAKVA PRIMIJENITI.**
**U BILO KOJEM ZAHTJEVU ILI TUŽBI ZA NAKNADU ŠTETE KOJA PROIZLAZI IZ NAVODNOG KRŠENJA JAMSTVA, KRŠENJA UGOVORA, NEMARA, ODGOVORNOSTI ZA PROIZVOD ILI BILO KOJE DRUGE PRAVNE ILI PRAVEDNE TEORIJE, KUPAC SE IZRIČITO SLAŽE DA BMC NEĆE BITI ODGOVORAN ZA ŠTETU ILI GUBITAK DOBITI, BILO OD KUPCA ILI MUŠTERIJE KUPCA. ODGOVORNOST BMC-A OGRANIČENA JE NA TROŠAK NABAVE KUPCA ZA ODREĐENU ROBU KOJU JE BMC PRODAO KUPCU, ŠTO DOVODI DO POTRAŽIVANJA ODGOVORNOSTI.**

Nijedan agent, zaposlenik ili predstavnik društva Baylis Medical nema ovlasti obvezati društvo na bilo koje drugo jamstvo, potvrdu ili zastupanje u vezi s proizvodom.
Ovo jamstvo vrijedi samo za prvobitnog kupca proizvoda društva Baylis Medical izravno od ovlaštenog predstavnika društva Baylis Medical. Izvorni kupac ne može prenijeti jamstvo.
Upotreba bilo kojeg proizvoda BMC-a smatrat će se prihvaćanjem ovdje navedenih uvjeta i odredbi.

Jamstveni rokovi za proizvode društva Baylis Medical su sljedeći:

| Proizvodi za jednokratnu upotrebu | Rok trajanja proizvoda |
|---|---|
| Dodatni proizvodi | 90 dana od datuma otpreme |

### Magyar

A Baylis Medical és a Baylis Medical embléma a Baylis Medical Technologies Inc. védjegye.

Használat előtt olvassa el figyelmesen az összes utasítást. Vegye figyelembe az ezen utasításokban felsorolt összes ellenjavallatot, figyelmeztetést és óvintézkedést. Ennek elmulasztása esetén szövődmények alakulhatnak ki.

**Figyelem**: Az Amerikai Egyesült Államok szövetségi törvényeinek értelmében ez az eszköz csak orvos által vagy orvosi rendelvényre értékesíthető.

A Baylis Medical Company az orvosra bízza az eljárás előre látható kockázatainak meghatározását és felmérését, valamint azok közlését a beteggel.

#### I.  ESZKÖZLEÍRÁS

A VersaCross™ RF drót csomagolásában egy egyszer használatos VersaCross RF drót és egy Baylis egyszer használatos csatlakozókábel (a továbbiakban „csatlakozókábel") található. A VersaCross RF drótot jóváhagyott Baylis RFP-100A rádiófrekvenciás punkciós generátorral (a továbbiakban „Baylis RF generátor") és a csatlakozókábellel kell használni.

A VersaCross RF drót rádiófrekvenciás (RF) energiát ad le monopoláris üzemmódban a disztális elektróda és az IEC 60601-2-2 szabvány aktuális követelményeinek megfelelő, kereskedelemben kapható külső, egyszer használatos, indifferens (diszperzív) tappancs- (Dispersive Indifferent Patch – DIP) elektróda között. A csatlakozókábel a Baylis RF generátort és a VersaCross RF drótot köti össze. Ez a csatlakozókábel lehetővé teszi, hogy a Baylis RF generátor rádiófrekvenciás energiát adjon le a VersaCross RF drótra. A Baylis RF generátorra vonatkozó részletes információk a berendezéshez mellékelt külön kézikönyvben találhatók (ennek címe: „A Baylis Medical Company rádiófrekvenciás punkciós generátor használati utasítása").

A VersaCross RF drót és a csatlakozókábel méretei az eszközök címkéjén találhatók. A VersaCross RF drót törzsének szigetelése elősegíti az eszköz könnyű felvezetését, valamint elektromos szigetelést biztosít. A VersaCross RF drót hajlékony disztális része ívelt, aktív hegye pedig lekerekített, így a szívszövetre atraumatikus (amikor nem alkalmaznak RF energiát). A disztális részen sugárfogó és echogén marker tekercs található az eszköz manipuláció közbeni vizualizálása érdekében. A VersaCross RF drót testének fő része merev sínként működik, amikor a pitvari szeptum defektus kialakítása után kiegészítő eszközöket vezetnek be a bal pitvarba. A VersaCross RF drót teljes hosszán látható jelölések segítik a drót hegyének kompatibilis transzszeptális sheath és/vagy dilatátor szerelvényhez (például a VersaCross transzszeptális sheath készlethez) való igazítását. A VersaCross RF drót proximális vége csupasz fém, amely csak a mellékelt csatlakozókábelhez csatlakoztatható, elektrokauterező vagy elektrosebészeti eszközökhöz nem. A csatlakozókábel másik vége a Baylis RF generátorhoz csatlakozik.

#### II.  FELHASZNÁLÁSI TERÜLET

A VersaCross RF drót pitvari szeptum defektus kialakítására szolgál a szívben.

#### III.  ELLENJAVALLATOK

A VersaCross RF drót használata nem javasolt olyan állapotok esetében, amelyek nem igénylik pitvari szeptum defektus kialakítását. A csatlakozókábelt nem ajánlott semmilyen más Baylis RF generátorral és semmilyen más eszközzel használni.

**Az Európai Unióban:** A VersaCross RF drót nem használható egyhónaposnál fiatalabb újszülött betegeknél.

#### IV.  FIGYELMEZTETÉSEK

- Ezt az eszközt kizárólag olyan orvos használhatja, aki alapos ismeretekkel rendelkezik az angiográfia és a perkután intervenciós eljárások területén. Javasoljuk, hogy új intervenciós eljárások elvégzésének megkísérlése előtt az orvosok vegyenek részt preklinikai képzésen, tekintsék át a vonatkozó szakirodalmat vagy részesüljenek egyéb megfelelő oktatásban.
- A VersaCross RF drót és a csatlakozókábel STERILEN, etilén-oxidos eljárással sterilizálva kerül forgalomba. Ne használja, ha sérült a csomagolás.
- A fluoroszkópia folyamatos használata miatt a laboratóriumi személyzet és a betegek jelentős röntgensugárzásnak lehetnek kitéve a rádiófrekvenciás punkciós eljárások során. Ez a sugárterhelés akut sugársérülést okozhat, illetve a szomatikus és genetikai hatások fokozott kockázatát eredményezheti. Megfelelő intézkedéseket kell tenni ezen sugárterhelés minimalizálása érdekében.
- A VersaCross RF drót és a csatlakozókábel csak egyetlen betegen történő alkalmazásra javallott. Egyik eszközt se próbálja meg sterilizálni és újra használni! Az ismételt használat a beteg sérülését és/vagy fertőző betegségek átvitelét okozhatja egyik betegről a másikra. Ismételt használat esetén a betegnél szövődmények alakulhatnak ki.
- A VersaCross RF drótot a mellékelt csatlakozókábellel kell használni. Ha más csatlakozókábellel próbálják használni, akkor a beteget vagy az operátort halálos áramütés érheti.
- Ne használja a VersaCross RF drótot elektrokauterezéshez való vagy elektorsebészeti generátorokkal, csatlakozókábelekkel vagy tartozékokkal, mert az ilyen használat megkísérlése a beteg és/vagy az operátor sérülését okozhatja.
- A csatlakozókábelt csak az RFP-100A Baylis RF generátorral és a mellékelt VersaCross RF dróttal szabad használni. Ha más rádiófrekvenciás generátorokkal és eszközökkel próbálják meg használni, akkor a beteget vagy az operátort halálos áramütés érheti.
- A VersaCross RF drótot 0,035 hüvelykes, kompatibilis transzszeptális sheath-tel és/vagy dilatátorral kell használni. A nem kompatibilis tartozékok használata károsíthatja a VersaCross RF drót vagy a tartozékok épségét, és beteg sérülést okozhatja.
- A VersaCross RF drótot csak VersaCross dilatátorokon keresztül végzett transzszeptális punkciók során értékelték; ezekről kimutatták, hogy megfelelő megtámasztást nyújtanak az optimális működéshez.
- A VersaCross RF drót aktív hegye és disztális íve törékeny. Ügyeljen arra, hogy a VersaCross RF drót kezelése közben ne sérüljön meg a hegy vagy a disztális ív. Ha használat közben bármikor megsérül a hegy vagy a disztális ív, haladéktalanul dobja ki a VersaCross RF drótot. Ha meghajolt, ne próbálja meg kiegyenesíteni az aktív hegyet. Az eszköz károsodása a beteg sérüléséhez vezethet.
- A VersaCross RF drót nem használható újszülött (azaz egyhónaposnál fiatalabb) betegeknél. Ne próbáljon újszülött betegeket kezelni a VersaCross RF dróttal.
- Ne kísérelje meg bevezetni vagy visszahúzni a VersaCross RF drótot fémkanülön vagy perkután tűn keresztül, mert az károsíthatja az eszközt, és a beteg sérülését okozhatja.

#### V.  ÓVINTÉZKEDÉSEK

- Ne próbálja meg használni a VersaCross RF drótot és a csatlakozókábelt anélkül, hogy előbb figyelmesen el ne olvasta volna a mellékelt használati utasítást.
- Rádiófrekvenciás punkciós eljárásokat csak a rádiófrekvenciás punkciós módszerekkel kapcsolatban alapos képzésben részesült orvosok végezhetnek, teljesen felszerelt katéteres laboratóriumban.
- Használatbavétel előtt szemrevételezéssel ellenőrizze a steril csomagolást. Ne használja az eszközöket, ha sérült a csomagolás.
- Használat előtt szemrevételezéssel ellenőrizze a VersaCross RF drótot és a csatlakozókábelt, és győződjön meg arról, hogy nincs rajta repedés, illetve nem sérült meg a szigetelése. Ne használja a vezetéket, illetve a kábelt, ha sérülést észlel rajta.
- Ne használja a VersaCross RF drótot és/vagy a csatalakozókábelt a címkén feltüntetett szavatosság lejárta dátum után.
- A VersaCross RF drót és a csatlakozókábel csak a „Szükséges eszközök" című VIII. fejezetben felsorolt eszközökkel használható.
- Olvassa el és kövesse a gyártó által a DIP-elektródához adott használati utasítást. Mindig olyan DIP-elektródát használjon, mely megfelel az IEC 60601-2-2 szabvány előírásainak vagy annál szigorúbb követelményeknek.
- A DIP-elektróda combon történő elhelyezése nagyobb impedanciával járhat.
- A gyulladás veszélyének elkerülése érdekében gondoskodjon arról, hogy az RF energia alkalmazása közben ne legyen gyúlékony anyag a helyiségben.
- Tegyen óvintézkedéseket a Baylis RF generátor által keltett elektromágneses interferencia (EMI) más berendezések teljesítményére gyakorolt esetleges hatásainak korlátozására. Ellenőrizze a Baylis RF generátoron kívül a betegen használandó egyéb fiziológiai monitorozó és elektromos készülékek kombinációinak kompatibilitását és biztonságosságát.
- A rádiófrekvenciás energia alkalmazása során megfelelő szűrést kell alkalmazni, ezzel lehetővé téve a felszíni elektrokardiogram (EKG) monitorizálását.
- Ne próbálja a VersaCross RF drót proximális végét aktív hegyként bevezetni vagy használni.
- Ne hajlítsa meg a VersaCross RF drótot és a csatlakozókábelt. A drót szárának, disztális ívének és/vagy a csatlakozókábelnek a túlzott meghajlítása vagy megtörése károsíthatja az eszköz komponenseinek épségét, és a beteg sérülését okozhatja. A VersaCross RF drót és a csatlakozókábel kezelésekor különös figyelemmel kell eljárni.
- Óvatosan irányítsa a VersaCross RF drótot, hogy elkerülje az érsérülést. Ha ellenállásba ütközik, NE próbálja meg erővel előretolni vagy visszahúzni a VersaCross RF drótot vagy a kiegészítő sheath és/vagy dilatátor szerelvényt. A túlzott erő alkalmazása az eszköz olyan elhajlásához vagy megtöréséhez vezethet, amely korlátozza a sheath és/vagy a dilatátor előretolását vagy visszahúzását.
- A VersaCross RF drótot a kiegészítő sheath és/vagy dilatátor szerelvényt képalkotásos ellenőrzés mellett kell előretolni. A drót testén látható jelölők csak hozzávetőleges útmutatásként használhatók a drót hegyének a dilatátor disztális végéhez történő elhelyezéséhez.

- Ne kíséreljen meg rádiófrekvenciás energiát leadni, amíg meg nem erősítette, hogy a VersaCross RF drót aktív hegye megfelelően érintkezik a célszövettel.
- Ne adjon le rádiófrekvenciás energiát a VersaCross RF drótra nem kompatibilis dilatátor vagy kanül használata esetén, mert az a beteg égési sérüléséhez, illetve nem hatékony vagy sikertelen punkcióhoz vezethet.
- Egy-egy VersaCross RF drót esetében nem javallott ötnél (5) többször alkalmazni rádiófrekvenciás energiát.
- Soha ne válassza le a csatlakozókábelt a Baylis RF generátorról, amikor az éppen rádiófrekvenciás energiát ad le.
- Soha ne válassza le a csatlakozókábelt a Baylis RF generátorról úgy, hogy a kábelnél fogva kihúzza belőle. Ha nem megfelelően választja le, megsérülhet a kábel.
- Ne csavarja meg a csatlakozókábelt, amikor a Baylis RF generátor izolált páciens-csatlakozóaljzatába dugja be vagy abból húzza ki. A kábel csavarása károsíthatja az érintkezőtűket.
- A Baylis RF generátor jelentős elektromos teljesítmény leadására képes. A VersaCross RF drót és/vagy a DIP-elektróda nem megfelelő kezelése a beteg vagy az operátor sérülését okozhatja, különösen az eszköz működtetése közben.
- Az energia leadása során a beteg nem érintkezhet földelt fémfelülettel.
- A láthatóan kis teljesítmény vagy a berendezés nem megfelelő működése a szokásos beállítások mellett a DIP-elektróda nem megfelelő alkalmazására, egy elektromos vezeték hibájára vagy arra utalhat, hogy az aktív hegy nem megfelelően érintkezik a szövettel. Ellenőrizze a berendezés nyilvánvaló hibáit vagy helytelen alkalmazását. Próbálja meg jobb pozícióba helyezni a VersaCross RF drót aktív hegyét a pitvari szeptumon. Csak akkor növelje a teljesítményt, ha a kis kimeneti teljesítmény fennmarad.
- Elektroanatómiai térképezési ellenőrzés használata esetén javasolt azt alternatív képalkotó modalitással együtt használni, felkészülve arra az esetre, ha megszűnne az eszköz láthatósága.

## VI.    A TERMÉK MŰSZAKI ADATAI

| Termék | VersaCross RF drót | Termék | RFP 100A csatlakozókábel |
|---|---|---|---|
| Hosszúság | 180 vagy 230 cm | Hasznos hossz | 10 láb/3 m |
| A drót átmérője | 0,035 hüvelyk / 0,89 mm | Generátorcsatlakozó | 4 tűs (3 tűs)  |
| Az ív átmérője | 9 mm-es J-végű vagy 24 mm-es pigtail | Eszközcsatlakozó | Nyomógomb |

## VII.    NEMKÍVÁNATOS ESEMÉNYEK

Pitvari szeptum defektus kialakítása során a következő nemkívánatos események fordulhatnak elő:

| | | |
|---|---|---|
| Tamponád | Szepszis/fertőzés | Thromboemboliás események |
| Érperforáció | Pitvarfibrilláció | Miokardiális infarktus |
| Érgörcs | Tartós szívritmuszavarok | Pitvari flutter |
| Vérzés | Értrombózis | A miokardium perforációja |
| Vérömleny | Allergiás reakció a kontrasztanyagra | Kamrai tachycardia |
| Fájdalom és érzékenység | Arteriovenózus fisztula | Perikardiális folyadékgyülem |
| Tachycardia | Értrauma | További sebészeti eljárás |
| A drót beszorulása/ összegubancolódása | Idegentest/drót törése | |

## VIII.    SZÜKSÉGES ESZKÖZÖK

A rádiófrekvenciás transzszeptális eljárások speciális klinikai felszereltséget igényelnek, szükség van megfelelő képalkotó berendezésre és kompatibilis vizsgálóasztalra, echokardiográfiás képalkotásra, fiziológiás paraméterek rögzítését szolgáló berendezésre, sürgősségi eszközökre és a vaszkuláris behatolást segítő eszközökre. Az eljárás végrehajtásához szükséges további eszközök:

- RFP-100A Baylis RF generátor
- 0,035 hüvelykes, kompatibilis transzszeptális sheath és/vagy dilatátor
- Az IEC 60601-2-2 szabvány elektrosebészeti elektródákra vonatkozó előírásainak vagy annál szigorúbb követelményeknek megfelelő DIP-elektróda
- DuoMode Cable™ elektroanatómiai térképező rendszerekkel való használatra

## IX.    HASZNÁLAT ELŐTTI ÁTVIZSGÁLÁS

Az eljárás végrehajtása előtt a VersaCross RF drótot és a csatlakozókábelt, továbbá az eljárás során használt összes eszközt, beleértve a Baylis RF generátort is, alaposan át kell vizsgálni, hogy nincs-e rajtuk sérülés vagy meghibásodás. Ne használjon hibás eszközt. Ne használja újra a VersaCross RF drótot és/vagy a csatlakozókábelt.

## X.    HASZNÁLATI ÚTMUTATÓ

- A szükséges eszközökre vonatkozó összes utasítást figyelmesen el kell olvasni, meg kell érteni, és követni kell. Ennek elmulasztása szövődményeket okozhat.
- A VersaCross RF drót és a csatlakozókábel sterilen kerül forgalomba. A csomagolás kinyitásakor és a termék steril területen történő kezelésekor alkalmazzon aszeptikus technikát.
- Csatlakoztassa a csatlakozókábel generátorcsatlakozós végét a Baylis RF generátor izolált páciens-csatlakozóaljzatához a Baylis RF generátor használati utasítása szerint. Óvatosan igazítsa egymáshoz az érintkezőtűket és az aljzatot, és nyomja egymásba őket, amíg a csatlakozó stabilan nem illeszkedik az aljzatba. Ha bármilyen más állásban próbálja meg csatlakoztatni a kábelt, akkor tönkremennek a csatlakozó érintkezőtűi.
- A csatlakozókábel és a Baylis RF generátor csatlakoztatásakor ne alkalmazzon túlzott erőt. A túlzott erő alkalmazása károsíthatja az érintkezőtűket.
- Alaposan öblítse át a transzszeptális sheathet és/vagy a dilatátort (nem tartozék).
- Punkciós tűvel (nem tartozék) végezzen standard vénapunkciót a kívánt behatolási helyen.
- A transzszeptális sheathet és/vagy a dilatátort általában a behatolási helyen keresztül vezetik be, majd vezetődróton tolják előre és helyezik el a vena cava superiorba képalkotásos ellenőrzés mellett. Erre a célra a VersaCross RF drót is használható.
- Ha nem a VersaCross RF drótot használták a sheath vena cava superiorba történő bevezetésére, akkor távolítsa el a vezetődrótot, és a mellékelt hegykiegyenesítő segítségével cserélje le a VersaCross RF drótra.
- Addig vezesse be a VersaCross RF drótot a transzszeptális sheath és/vagy dilatátor szerelvényen át, amíg a drót hegye éppen a dilatátor hegyébe nem kerül. A drót testén látható jelölők segíthetnek a drót hegyének a dilatátor disztális végénél történő elhelyezésében.
- Egyik kezével erősen fogja meg a csatlakozókábel katétercsatlakozós végét. Hüvelykujjával nyomja meg a csatlakozó tetején található piros gombot. Lassan vezesse be a VersaCross RF drótot a

katétercsatlakozó nyílásába. Amikor már nem látható az eszköz proximális végének csupasz része, engedje el a csatlakozón található piros gombot. Az eszközt óvatosan meghúzva bizonyosodjon meg a biztonságos csatlakozásról.

- Helyezze a transzszeptális szerelvény (RF drót, sheath és/vagy dilatátor szerelvény) hegyét a jobb pitvarban a fossa ovalishoz megfelelő képalkotásos ellenőrzés mellett (megfelelő lehet többek között a standard fluoroszkópos, echokardiográfiás és/vagy elektroanatómiai térképezési ellenőrzés).
- MEGJEGYZÉS: Elektroanatómiai térképezési ellenőrzés használata esetén ajánlott echokardiográfiás képalkotással vagy más képalkotó módszerrel ellenőrizni a hegy pozícióját és a szeptum „tenting"-et.
- A dilatátorra gyakorolt nyomással érje el, hogy a szeptum sátorszerűen kiemelkedjen a fossa ovalisnál.
- Addig tolja előre a VersaCross RF drótot, amíg az aktív hegy hozzá nem ér a szeptumhoz a fossa ovalisnál, de ügyeljen arra, hogy az aktív hegy még benne maradjon a dilatátorban.
- A megfelelő pozíció elérése után adjon le rádiófrekvenciás energiát az aktív hegyre a Baylis RF generátorral. Ez a megcélzott szívszövet punkcióját eredményezi. A generátor helyes üzemeltetését a Baylis RF generátor használati utasítása ismerteti.
- A rádiófrekvenciás energia leadása közben gyakoroljon határozott nyomást a VersaCross RF drótra, hogy keresztül tudja tolni a VersaCross RF drótot a szöveten.
- MEGJEGYZÉS: A lehető legalacsonyabb RF-beállításokat használja, amelyekkel már elérhető a kívánt punkció.
    - Az RFP-100A esetében: A „PULSE" (IMPULZUS) üzemmódú egy (1) másodperc és a „CONSTANT" (ÁLLANDÓ) üzemmódú két (2) másodperc közötti kezdeti RF-beállítás a tapasztalat szerint elegendő a sikeres punkcióhoz.
- Ha az időzítő még nem járt le, a rádiófrekvenciás energia leadása a Baylis RF generátor RF ON/OFF (RF Be/Ki) gombjának megnyomásával állítható le.
- A bal pitvarba való belépés a VersaCross RF drót képalkotással történő monitorozásával igazolható. Javasolt az echokardiográfiás ellenőrzés is.
- Ha a szeptális punkció öt (5) rádiófrekvenciás energialeadás után sem sikeres, akkor javasoljuk, hogy a felhasználó más módszerrel végezze el az eljárást.
- A punkció sikeres kialakítása utána a VersaCross RF drótot mechanikusan, rádiófrekvenciás energia nélkül kell előretolni. A bal pitvari pozicionálás akkor kielégítő, amikor a teljes disztális ív és a teljes hajlékony rész áthaladt a szeptumon, és a bal pitvarban figyelhető meg. Javasolt az echokardiográfiás ellenőrzés is.
- Ezután a VersaCross RF dróton előretolható a dilatátor a punkció méretének növelése céljából.
- A VersaCross RF drót csatlakozókábelről való leválasztásához nyomja meg a katétercsatlakozón található piros gombot, és óvatosan húzza ki a VersaCross RF drót disztális végét a csatlakozókábelből.
- A csatlakozókábel Baylis RF generátorról való leválasztásához fogja meg erősen a csatlakozót, és egyenesen tartva, finoman húzza ki az aljzatból.
- Lassan húzza vissza a VersaCross RF drótot a transzszeptális sheath és/vagy dilatátor szerelvényen keresztül.

## Csatlakozások

Baylis RF generátor

Egyszer használatos csatlakozókábel

Földelő DIP-tappancselektróda

VersaCross RF drót (az ábrán a pigtail modell látható)

Lábkapcsoló (opcionális)

## XI.    TISZTÍTÁSRA ÉS STERILIZÁLÁSRA VONATKOZÓ UTASÍTÁSOK

A VersaCross RF drót és a csatlakozókábel kizárólag egyszeri használatra szolgál. Ne tisztítsa meg és ne sterilizálja újra a VersaCross RF drótot és/vagy a csatlakozókábelt.

## XII.    HIBAELHÁRÍTÁS

Az alábbi táblázat segít a felhasználóknak a lehetséges problémák diagnosztizálásában.

| PROBLÉMA | MEGJEGYZÉS | HIBAELHÁRÍTÁS |
|---|---|---|
| A csatlakozókábelt nem lehet bedugni a generátor előlapján található izolált páciens-csatlakozóaljzatba | A csatlakozókat biztonsági megfontolásokból úgy alakították ki, hogy csak bizonyos meghatározott módon lehessen őket csatlakoztatni. Ha a csatlakozón „illesztőelemei" nem illeszkednek egymáshoz, akkor a csatlakozók nem dughatók egymásba. | Ellenőrizze, hogy a csatlakozó illesztőelemei a megfelelő állásban helyezkednek-e el. |
| A generátor hibaüzenetei | Hogy sikeresen végrehajtható legyen a szövet rádiófrekvenciás energiával történő perforálása, minden eszköznek megfelelően működőképes állapotban kell lennie. | Győződjön meg arról, hogy minden csatlakozás létrejött: <br> - a VersaCross RF drót és a csatlakozókábel között <br> - a csatlakozókábel és a Baylis RF generátorhoz között <br> - a Baylis RF generátor és a tápellátást biztosító csatlakozóaljzat között <br> - a Baylis RF generátor és a földelő tappancselektróda között <br><br> Szemrevételezéssel ellenőrizze, hogy nincs-e sérülés a VersaCross RF dróton és a csatlakozókábelen. Haladéktalanul dobjon ki minden sérült eszközt. Ha a probléma továbbra is fennáll, szüntesse be a rendszer használatát. <br><br> A rádiófrekvenciás punkcióra tett kísérlet során észlelhető hibaüzeneteket a Baylis RF generátorhoz mellékelt használati utasítás ismerteti. |

| A drót eltörik vagy megtörik | Az eltört vagy megtört VersaCross RF drót a beteg sérülését okozhatja. | Haladéktalanul dobja ki. |
|---|---|---|

## XIII. AZ ÜGYFÉLSZOLGÁLATRA ÉS A TERMÉKVISSZAKÜLDÉSRE VONATKOZÓ INFORMÁCIÓK

Ha bármilyen problémája vagy kérdése merül fel a Baylis Medical eszközeivel vagy készülékeivel kapcsolatban, forduljon műszaki támogatási munkatársainkhoz.

**MEGJEGYZÉSEK:**
1. Mielőtt visszaküldené a termékeket a Baylis Medical Company részére, rendelkeznie kell a visszaküldési engedély számával. Ugyanakkor meg fogja kapni a termék visszaküldésére vonatkozó utasításokat is.
2. Gondoskodjon arról, hogy a Baylis Medical vállalathoz visszaküldött minden terméket még a garanciális szervizre történő visszaküldés előtt megtisztítsanak, fertőtlenítsenek és/vagy sterilizáljanak a termékvisszaküldésre vonatkozó utasításban foglaltaknak megfelelően. A Baylis Medical nem vesz át semmilyen olyan használt eszközt vagy berendezést, amelyet nem tisztítottak meg vagy nem fertőtlenítettek megfelelően a termékvisszaküldésre vonatkozó utasításban foglaltak szerint.

## XIV. CÍMKÉZÉS ÉS SZIMBÓLUMOK

| | | | |
|---|---|---|---|
| ▲▲▲ | Gyártó | ⧗ | Szavatosság lejárta |
| LOT | Tételszám | (package symbol) | Ne használja, ha sérült a csomagolás |
| REF | Modellszám | ⚠ | Figyelem |
| STERILIZE (2) | Ne sterilizálja újra | ☀ | Tartsa távol a napfénytől |
| (2) | Ne használja újra | (RF symbol) | Nem pirogén: Az RF drót nem pirogén, amíg a csomagolás nincs felnyitva és nem sérült. |
| STERILE EO | Etilén-oxiddal sterilizálva | (booklet symbol) | Kövesse a használati utasítást |
| EC REP | Hivatalos képviselő az Európai Unióban | Rx ONLY | **Figyelem:** Az Amerikai Egyesült Államok szövetségi törvényeinek értelmében ez az eszköz csak orvos által vagy orvosi rendelvényre értékesíthető. |
| (crossed-out bin symbol) | | **Csak az EU tagállamai számára:** Ez a jelzés arra hívja fel a figyelmet, hogy a terméket a helyi és országos előírásoknak megfelelően kell hulladékként kezelni. Az eszköz újrahasznosításával kapcsolatos kérdéseivel forduljon a forgalmazóhoz. | |

## XV. KORLÁTOZOTT JÓTÁLLÁS – EGYSZER HASZNÁLATOS ESZKÖZÖK ÉS TARTOZÉKOK

A Baylis Medical Company Inc. (a továbbiakban „BMC") szavatolja, hogy az általa gyártott egyszer használatos eszközök és tartozékok mentesek az anyaghibákról és a gyártási hibáktól. A BMC szavatolja, hogy a steril termékek a címkén feltüntetett ideig sterilek maradnak, amennyiben nem sérül meg az eredeti csomagolásuk. Ha bármilyen olyan termék, amelyre a jelen korlátozott jótállás alkalmazandó, anyaghibásnak vagy gyártási hibásnak bizonyul, akkor a jelen korlátozott jótállás alapján a BMC – saját döntése szerint – kicseréli vagy megjavítja az ilyen terméket, felszámítva az ellenőrzés, az eltávolítás, illetve az ismételt raktározás során a BMC-nél felmerülő szállítási és munkaköltségeket. A jótállás időtartama: (i) egyszer használatos termékek esetében a termék szavatossági ideje, (ii) tartozékok esetében pedig a szállítás dátumától számított 90 nap.

A jelen korlátozott jótállás csak azokra az új, eredeti, gyárból kiszállított termékekre vonatkozik, amelyeket a szokásos módon, rendeltetésszerűen használnak. A BMC korlátozott jótállása nem vonatkozik a BMC olyan termékeire, amelyeket újrasterilizáltak, javítottak, megváltoztattak vagy bármilyen módon módosítottak, és nem vonatkozik a BMC olyan termékeire sem, amelyeket nem megfelelően tároltak, vagy nem megfelelően tisztítottak vagy helyeztek üzembe, vagy nem a BMC utasításainak megfelelően üzemeltettek vagy tartottak karban.

**JOGI NYILATKOZAT ÉS A FELELŐSSÉG KORLÁTOZÁSA**
A FENTI KORLÁTOZOTT JÓTÁLLÁS AZ ELADÓ ÁLTAL BIZTOSÍTOTT KIZÁRÓLAGOS JÓTÁLLÁS. AZ ELADÓ KIZÁR MINDEN EGYÉB JÓTÁLLÁST, LEGYEN AZ KIFEJEZETT VAGY VÉLELMEZETT, BELEÉRTVE A FORGALMAZHATÓSÁGRA ÉS AZ ADOTT CÉLRA VALÓ ALKALMASSÁGRA VONATKOZÓ BÁRMILYEN JÓTÁLLÁST IS.
A JELEN DOKUMENTUMBAN MEGHATÁROZOTT JOGORVOSLAT A KIZÁRÓLAGOS JOGORVOSLAT MINDEN JÓTÁLLÁSI IGÉNY ESETÉN, ÉS TOVÁBBI KÁRTÉRÍTÉSEK – BELEÉRTVE A KÖVETKEZMÉNYI KÁROKAT, AZ ÜZLETVITEL FOLYTONOSSÁGÁNAK MEGSZAKADÁSÁBÓL, A NYERESÉG, A BEVÉTEL, ANYAGOK, A VÁRT MEGTAKARÍTÁSOK, ADATOK, SZERZŐDÉS, A JÓ HÍRNÉV ELVESZTÉSÉBŐL EREDŐ VAGY HASONLÓ KÁROKAT (AKÁR KÖZVETLEN, AKÁR KÖZVETETT JELLEGŰEK), vagy bármilyen más jellegű véletlen vagy közvetett károkat – NEM ÁLLNAK RENDELKEZÉSRE. AZ ELADÓ MINDEN EGYÉB IGÉNYRE ÉS KÖTELEZETTSÉGÉRE VONATKOZÓ MAXIMÁLIS HALMOZOTT FELELŐSSÉGE, BELEÉRTVE BÁRMILYEN KÁRTÉRÍTÉSI KÖTELEZETTSÉGET IS, AKÁR BIZTOSÍTOTT, AKÁR NEM, NEM HALADHATJA MEG AZ IGÉNY VAGY KÖTELEZETTSÉG ALAPJÁUL SZOLGÁLÓ TERMÉK(EK) KÖLTSÉGÉT. AZ ELADÓ KIZÁR MINDEN, AZ ELADÓ ÁLTAL NYÚJTOTT OLYAN INGYENES INFORMÁCIÓHOZ VAGY SEGÍTSÉGNYÚJTÁSHOZ KAPCSOLÓDÓ FELELŐSSÉGET, AMELYET A JELEN DOKUMENTUM ALAPJÁN NEM KÖTELES NYÚJTANI. AZ ELADÓ ELLENI BÁRMILYEN JOGI LÉPÉST AZ ADOTT JOGI LÉPÉS OKÁNAK FELMERÜLÉSÉT KÖVETŐ TIZENNYOLC (18) HÓNAPON BELÜL KELL MEGTENNI. A JELEN JOGI NYILATKOZATOK ÉS FELELŐSSÉGKORLÁTOZÁSOK A SZERZŐDÉS BÁRMILYEN EGYÉB, NEKIK ELLENTMONDÓ RENDELKEZÉSÉTŐL ÉS A JOGI LÉPÉS FORMÁJÁTÓL FÜGGETLENÜL ALKALMAZANDÓK, LEGYEN ANNAK ALAPJA SZERZŐDÉSES RENDELKEZÉS, SZERZŐDÉSEN KÍVÜLI KÁROKOZÁS (BELEÉRTVE A

GONDATLANSÁGOT ÉS AZ OBJEKTÍV FELELŐSSÉGET IS) VAGY MÁS, KITERJEDNEK TOVÁBBÁ AZ ELADÓ BESZÁLLÍTÓINAK, KIJELÖLT FORGALMAZÓINAK ÉS EGYÉB HIVATALOS VISZONTELADÓINAK MINT KEDVEZMÉNYEZETT HARMADIK FELEKNEK A JAVÁRA IS. A JELEN DOKUMENTUM MINDEGYIK OLYAN RENDELKEZÉSE, AMELY FELELŐSSÉG KORLÁTOZÁSÁRÓL, JÓTÁLLÁS VAGY FELTÉTEL KIZÁRÁSÁRÓL VAGY KÁROK KIZÁRÁSÁRÓL RENDELKEZIK, ELVÁLASZTHATÓ ÉS FÜGGETLEN MINDEN MÁS RENDELKEZÉSTŐL, ÉS EKKÉNT HAJTANDÓ VÉGRE.
BÁRMILYEN OLYAN IGÉNY VAGY PER ESETÉN, AMELY A JÓTÁLLÁS ÁLLÍTÓLAGOS MEGSZEGÉSÉBŐL, A SZERZŐDÉS MEGSZEGÉSÉBŐL, HANYAGSÁGBÓL, TERMÉKFELELŐSSÉGBŐL VAGY BÁRMILYEN MÁS JOGI VAGY MÉLTÁNYOSSÁGI ELVBŐL ERED, A VÁSÁRLÓ KIFEJEZETTEN EGYETÉRT AZZAL, HOGY A BMC NEM FELELŐS A KÁROKÉRT VAGY AZ ELMARADT NYERESÉGÉRT, AKÁR A VÁSÁRLÓ, AKÁR ANNAK ÜGYFELEI TÁMASZTANAK ILYEN IGÉNYEKET, ILLETVE INDÍTANAK ILYEN PEREKET. A BMC FELELŐSSÉGE A BMC ÁLTAL A VÁSÁRLÓNAK ÉRTÉKESÍTETT AZON MEGHATÁROZOTT TERMÉKEK ÁRÁRA KORLÁTOZÓDIK, AMELYEK A KÁRTÉRÍTÉSI IGÉNYNEK ALAPOT SZOLGÁLTATNAK.

A Baylis Medical egyetlen megbízottja, alkalmazottja vagy képviselője sem jogosult arra, hogy a Vállalatot a termékre vonatkozó egyéb jótálláshoz, állításhoz vagy kijelentéshez kösse.
A jelen jótállás csak a Baylis Medical termékeinek olyan eredeti vásárlóira érvényes, akik/amelyek közvetlenül a Baylis Medical valamelyik hivatalos megbízottjától vásárolták a termékeket. Az eredeti vásárló nem ruházhatja át a jótállást.
Bármelyik BMC-termék használata a jelen dokumentumban foglalt feltételek és kikötések elfogadásának minősül.

A Baylis Medical termékeinek jótállási időszaka a következő:

| Egyszer használatos termékek | A termék szavatossági ideje |
|---|---|
| Tartozékok | A szállítás dátumától számított 90 nap |

### Türkçe
Baylis Medical ve Baylis Medical logosu, Baylis Medical Technologies Inc.'in ticari markalarıdır.

Kullanmadan önce tüm talimatları dikkatli bir şekilde okuyun. Bu talimatlarda belirtilen tüm kontrendikasyonlara, uyarılara ve önlemlere uyun. Aksi halde hastada komplikasyonlar meydana gelebilir.

**Dikkat**: Federal (ABD) kanunları, bu cihazın satışının yalnızca bir doktor tarafından ya da doktorun siparişiyle yapılması yönünde sınırlama getirmektedir.

Baylis Medical Company, hekimin prosedürün öngörülebilir tüm risklerini belirleyeceğine, değerlendireceğine ve her bir hastaya bildireceğine itimat etmektedir.

## I. CİHAZIN TANIMI
VersaCross™ RF Teli; tek kullanımlık VersaCross RF Teli ve Baylis tek kullanımlık Konektör Kablosu (Konektör Kablosu) ile birlikte ambalajlanmıştır. VersaCross RF Teli, onaylı Baylis RFP-100A Radyofrekanslı Ponksiyon Jeneratörü (Baylis RF Jeneratörü) ve Konektör Kablosu ile birlikte kullanılmalıdır.

VersaCross RF Teli, kendi distal elektrodu ile piyasada bulunan, mevcut IEC 60601-2-2 gerekliliklerine uygun harici Tek Kullanımlık Referans (Dönüş) elektrot yaması (DIP) arasında monopolar modda radiofrekans (RF) enerjisi iletir. Konektör Kablosu, Baylis RF Jeneratörünü VersaCross RF Teline bağlar. Bu Konektör Kablosu, RF enerjisinin Baylis RF Jeneratöründen VersaCross RF Teline iletilmesini sağlar. Baylis RF Jeneratörü ile ilgili ayrıntılı bilgiler ekipman ile birlikte temin edilen ayrı bir kılavuzda bulunmaktadır ("Baylis Medical Company Radyofrekanslı Ponksiyon Jeneratörü Kullanım Talimatları" adlı kılavuz).

VersaCross RF Teli ve Konektör Kablosunun boyutları cihaz etiketlerinde bulunmaktadır. VersaCross RF Telinin gövdesindeki yalıtım malzemesi cihazın sorunsuz bir şekilde ilerletilmesini kolaylaştırır ve elektrik yalıtımı sağlar. VersaCross RF Telinin gevşek distal kısmı kavislidir ve aktif uç, RF enerjisi uygulanmadığı sürece kardiyak dokuya göre atravmatik olacak şekilde yuvarlatılmıştır. Manipülasyon sırasında görüntüleyebilmek için distal bölüme radyoopak ve ekojenik bir işaret bobini yerleştirilmiştir. VersaCross RF Telinin ana gövdesi, atriyal septal defektin oluşturulmasının ardından yardımcı cihazların sol atriyuma ilerletilmesi için sert bir ray görevi görür. VersaCross RF Telinde, telin ucunun uyumlu bir transseptal kılıf ve/veya dilatör düzeneğinde (ör. VersaCross Transseptal Kılıf kiti) hizalanmasına yardımcı olmak amacıyla tüm tel boyunca gözle görülür işaretler bulunur. VersaCross RF Telinin proksimal ucu, elektrokoter ya da elektrocerrahi cihazlarıyla değil, temin edilen Konektör Kablosu ile bağlanabilecek şekilde çıplak metaldir. Konektör Kablosunun diğer ucu Baylis RF Jeneratörüne bağlanır.

## II. KULLANIM ENDİKASYONLARI
VersaCross RF Teli, kalpte atriyal septal defektin oluşturulmasında endikedir.

## III. KONTRENDİKASYONLAR
VersaCross RF Teli, atriyal septal defektin oluşturulmasını gerektirmeyen hiçbir durumda kullanılması tavsiye edilmez. Konektör Kablosunun diğer hiçbir Baylis RF Jeneratörü ya da diğer hiçbir cihazla kullanılması tavsiye edilmez.

**AB'de:** VersaCross RF Teli, bir aylıktan küçük yenidoğan hastalarda kullanılmak üzere tasarlanmamıştır.

## IV. UYARILAR
- Bu cihazı yalnızca anjiyografi ve perkütan girişimsel prosedürler hakkında kapsamlı bilgiye sahip hekimler kullanmalıdır. Hekimlerin yeni girişimsel prosedürleri denemeden önce klinik öncesi eğitim, ilgili literatürlerin incelenmesi ve diğer uygun eğitim fırsatlarından yararlanmaları tavsiye edilir.
- VersaCross RF Teli ve Konektör Kablosu etilen oksit işleminden geçirilerek STERİL bir şekilde temin edilir. Ambalaj hasarlıysa kullanmayın.
- RF ponksiyon prosedürleri sırasında floroskopik görüntülemenin aralıksız kullanımına bağlı olarak laboratuvar personeli ve hastalar önemli ölçüde röntgen ışınına maruz kalabilir. Bu maruz kalım akut radyasyon yaralanmasına ve somatik ve genetik etki riskinin artmasına neden olabilir. Bu nedenle, bu maruz kalımın en aza indirilmesi için yeterli önlemler alınmalıdır.
- VersaCross RF Teli ve Konektör Kablosu yalnızca tek bir hastada kullanılacak şekilde tasarlanmıştır. Her iki cihazı da sterilize edip yeniden kullanmayın. Yeniden kullanılmaları hastanın zarar görmesine ve/veya bulaşıcı hastalıkların bir hastadan diğerine geçmesine neden olabilir. Yeniden kullanılmaları hastada komplikasyonlara neden olabilir.
- VersaCross RF Teli, ürünle birlikte temin edilen Konektör Kablosuyla birlikte kullanılmalıdır. Diğer konektör kablolarıyla kullanılması hastada ve/veya operatörde elektrik çarpmasına neden olabilir.
- Hasta ve/veya operatörün zarar görmesine neden olabileceğinden VersaCross RF Telini elektrokoter ya da elektrocerrahi jeneratörleri, konektör kabloları ya da aksesuarlarıyla birlikte kullanmayın.
- Konektör Kablosu yalnızca RFP-100A Baylis RF Jeneratörü ve ürünle birlikte temin edilen VersaCross RF Teli ile birlikte kullanılmalıdır. Diğer RF Jeneratörleri ve cihazlarıyla kullanılması hastada ve/veya operatörde elektrik çarpmasına neden olabilir.

- VersaCross RF Teli, 0,89 mm'lik uyumlu transseptal kılıf ve/veya dilatör cihazları ile birlikte kullanılmalıdır. Uyumlu olmayan aksesuar cihazlarının kullanılması VersaCross RF Telinin ya da aksesuar cihazlarının bütünlüğüne hasar verebilir ve hastanın zarar görmesine neden olabilir.
- VersaCross RF Telinin yalnızca, optimum işlev için gerekli desteği sağladığı gösterilmiş VersaCross dilatörlerle gerçekleştirilen transseptal ponksiyonda kullanımı valide edilmiştir.
- VersaCross RF Telinin aktif ucu ve distal kavisi hassastır. VersaCross RF Telini kullanırken ucun ya da distal kavisin hasar görmesine dikkat edin. Kullanılırken herhangi bir anda uç ya da distal kavis hasar görürse VersaCross RF Telini derhal atın. Bükülmüşse, aktif ucu düzeltmeye çalışmayın. Cihazdaki hasar hastanın zarar görmesine neden olabilir.
- VersaCross RF Teli, yenidoğan (bir aylıktan küçük) hastalarda kullanılacak şekilde tasarlanmamıştır. Yenidoğan hastaları VersaCross RF Teli ile tedavi etmeye çalışmayın.
- Cihaza hasar verebileceğinden ve hastanın zarar görmesine neden olabileceğinden, VersaCross RF telini metal kanül ya da perkütan iğneyle sokmaya ya da çıkarmaya çalışmayın.

## V. ÖNLEMLER

- Ürünle birlikte temin edilen Kullanım Talimatlarını tamamen okumadan VersaCross RF Telini ve Konektör Kablosunu kullanmaya çalışmayın.
- RF ponksiyon prosedürleri yalnızca tam donanımlı bir kateterizasyon laboratuvarında, RF enerjisiyle gerçekleştirilen ponksiyon teknikleri konusunda kapsamlı eğitim almış hekimler tarafından gerçekleştirilmelidir.
- Kullanılmadan önce steril ambalaj görsel olarak incelenmelidir. Ambalajı hasar görmüş veya bozulmuşsa cihazları kullanmayın.
- Yalıtım malzemesinde çatlama veya hasar olmadığından emin olmak için kullanmadan önce VersaCross RF Telini ve Konektör Kablosunu görsel olarak inceleyin. Herhangi bir hasar varsa teli ya da kabloyu kullanmayın.
- VersaCross RF Telini ve/veya Konektör kablosunu etikette belirtilen son kullanma tarihinden sonra kullanmayın.
- VersaCross RF teli ve Konektör Kablosu, yalnızca Gerekli Ekipman başlıklı VIII. bölümde listelenen cihazlarla kullanılacak şekilde tasarlanmıştır.
- DIP elektrodu üreticisinin Kullanım Talimatlarını okuyup uygulayın. Daima IEC 60601-2-2 gerekliliklerini karşılayan ya da aşan DIP elektrotlarını kullanın.
- DIP elektrodunun uyluk üzerine yerleştirilmesi daha yüksek empedans ile ilişkilendirilebilir.
- Alev alma riskini önlemek için RF enerjisi uygulaması sırasında odada yanıcı malzeme olmadığından emin olun.
- Baylis RF Jeneratörü tarafından üretilen elektromanyetik interferansın (EMI) diğer ekipmanın performansına olan etkilerini sınırlamak için önlem alın. Baylis RF Jeneratöre ek olarak hasta üzerinde kullanılacak diğer fizyolojik izleme ve elektrikli cihaz kombinasyonlarının uyumluluğunu ve güvenliğini kontrol edin.
- RF enerjisi uygulamaları sırasında yüzey elektrokardiyogramının (EKG) sürekli izlenebilmesinin sağlanması için yeterli filtreleme kullanılmalıdır.
- VersaCross RF Telinin proksimal ucunu aktif uç olarak sokup kullanmaya çalışmayın.
- VersaCross RF Telini ya da Konektör Kablosunu bükmeyin. Tel şaftının, telin distal kavisinin ve/veya Konektör Kablosunun aşırı eğilmesi ya da bükülmesi cihaz bileşenlerinin bütünlüğüne hasar verebilir ve hastanın zarar görmesine neden olabilir. VersaCross RF Teli ve Konektör Kablosu kullanırken dikkatli olunmalıdır.
- Damar travmasını önlemek için VersaCross RF Teli dikkatli bir şekilde manipüle edilmelidir. Direnç ile karşılaşırsanız, VersaCross RF Telini ya da yardımcı kılıf ve/veya dilatör düzeneğini ilerletmek ya da geri çekmek için aşırı güç KULLANMAYIN. Aşırı güç uygulanması, kılıf ve/veya dilatör cihazının ilerlemesini ve geri çekilmesini sınırlayacak şekilde cihazın eğilmesi ya da bükülmesi neden olabilir.
- VersaCross RF Teli ve yardımcı kılıf ve/veya dilatör düzeneği görüntülü yönlendirme ile ilerletilmelidir. Telin gövdesindeki görünür işaretlerin kullanılması, telin ucunun dilatörün distal ucu ile yerleştirilmesi için yalnızca yaklaşık bir yönlendirme niteliği taşır.
- VersaCross RF Telini aktif ucunun hedef doku ile temasının yeterli olduğunu doğrulayana kadar RF enerjisi iletmeye çalışmayın.
- Hastada yanıklara, ponksiyonun faydasız ya da başarısız olmasına neden olabileceğinden, VersaCross RF Telinden gerçekleştirilecek RF enerjisi iletimini uyumlu olmayan dilatör ya da kanül cihazları ile yapmaktan kaçının.
- VersaCross RF Teli başına beş (5) RF enerjisi uygulamasının aşılmaması tavsiye edilir.
- RF enerjisi iletirken Konektör Kablosunu Baylis RF Jeneratöründen asla çıkarmayın.
- Konektör Kablosunu asla kablodan çekerek Baylis RF Jeneratöründen çıkarmayın. Kablonun doğru şekilde çıkarılmaması kablonun hasar görmesine neden olur.
- Konektör Kablosunu, Baylis RF Jeneratörü üzerindeki Yalıtılmış Hasta Konektörüne takıp çıkarırken bükmeyin. Kablonun bükülmesi pim konektörlerinin hasar görmesine neden olabilir.
- Baylis RF Jeneratör önemli ölçüde elektriksel güç iletme yeteneğine sahiptir. VersaCross RF Telinin ve/veya DIP elektrodunun hatalı kullanılması nedeniyle, özellikle cihaz kullanılırken hasta ya da operatör zarar görebilir.
- Güç iletimi sırasında hastanın topraklanmış metal yüzeylerle temas etmesine izin verilmemelidir.
- Belirgin düşük güç çıkışı ya da normal ayarlarda ekipmanın doğru şekilde çalışmaması DIP elektrodunun hatalı uygulandığını gösterirken, elektrikli kısat arızasının ya da aktif ucun dokuya yeterince temas etmediğini göstergesi olabilir. Ekipmanda belirgin bir arıza ya da hatalı uygulama olup olmadığını kontrol edin. VersaCross RF Telinin aktif ucunu atriyal septumda daha iyi konumlandırmaya çalışın. Gücü yalnızca düşük güç çıkışı devam ederse artırın.
- Elektroanatomik haritalama ile yönlendirme yöntemi kullanılıyorsa, cihazın görünürlüğünün kaybedilmesi durumuna karşı alternatif görüntüleme modalitesiyle birlikte kullanılması tavsiye edilir.

## VI. ÜRÜNÜN TEKNİK ÖZELLİKLERİ

| Ürün | VersaCross RF Teli | Ürün | RFP 100A Konektör Kablosu |
|---|---|---|---|
| Uzunluk | 180 ya da 230 cm | Kullanılabilir Uzunluk | 3 m |
| Tel Çapı | 0,89 mm | Jeneratör Konektörü | 4 pimli (3 pimli) |
| Kavis Çapı | 9 mm J uç ya da 24 mm İki Örgü | Cihaz Konektörü | Düğme |

## VII. TERS ETKİLER

Atriyal septal defekt oluşturulurken meydana gelebilecek ters etkiler arasında aşağıdakiler bulunmaktadır:

| | | |
|---|---|---|
| Tamponad | Sepsis/Enfeksiyon | Tromboembolik epizodlar |
| Damar perforasyonu | Atriyal Fibrilasyon | Miyokard Enfarktüsü |
| Damar spazmı | Uzun süreli aritmi | Atriyal Çarpıntı |
| Hemoraji | Vasküler tromboz | Miyokardiyum perforasyonu |
| Hematom | Kontrast maddeye karşı alerjik reaksiyon | Ventriküler Taşikardi |
| Ağrı ve Hassasiyet Taşikardi | Arteriovenöz fistül | Perikardiyal efüzyon |
| Telin sıkışması/ dolaşması | Vasküler Travma | Ek Cerrahi Prosedür |
| | Yabancı cisim/tel kırılması | |

## VIII. GEREKLİ EKİPMAN

RF transseptal prosedürleri; uygun görüntüleme ekipmanı ve uyumlu muayene masası, ekokardiyografi görüntüleme, fizyolojik kaydedici, acil durum ekipmanı ve vasküler erişimi sağlayan aletler bulunan uzmanlaşmış bir klinikte gerçekleştirilmelidir. Bu prosedürü gerçekleştirmek için gerekli yardımcı malzemeler aşağıdakileri içerir:

- RFP-100A Baylis RF Jeneratörü
- 0,89 mm'lik uyumlu transseptal kılıf ve/veya dilatör cihazları
- Elektrocerrahi elektrotlarına yönelik IEC 60601-2-2 gerekliliklerini karşılayan ya da aşan DIP elektrodu
- Elektroanatomik haritalama sistemlerinde kullanılan DuoMode Cable™

## IX. KULLANIM ÖNCESİ İNCELEME

Prosedürü gerçekleştirmeden önce, VersaCross RF Teli ve temin edilen Konektör Kablosu prosedürde kullanılan Baylis RF Jeneratörü dahil tüm ekipmanlar için olduğu üzere hasar ya da kusur olup olmadığı bakımından dikkatli bir şekilde incelenmelidir. Arızalı ekipmanları kullanmayın. VersaCross RF Telini ve/veya Konektör Kablosunu yeniden kullanmayın.

## X. KULLANIM TALİMATLARI

- Gerekli ekipmana yönelik tüm talimatlar dikkatli bir şekilde okunmalı, anlaşılmalı ve uygulanmalıdır. Aksi halde komplikasyonlar oluşabilir.
- VersaCross RF Teli ve Konektör Kablosu steril bir şekilde temin edilir. Ambalajı açarken ve ürünü steril alanda kullanırken aseptik teknik kullanın.
- Konektör Kablosunun jeneratör konektörü ucunu Baylis RF Jeneratöründeki yalıtımlı hasta konektörü bağlantı noktasına Baylis RF Jeneratörü Kullanım Talimatları uyarınca bağlayın. Konektör pimlerini soket ile dikkatli bir şekilde hizalayın ve konektör sokete sıkıca oturana kadar itin. Kablonun başka türlü bağlanması konektör üzerindeki pimlere zarar verir.
- Konektör Kablosunu Baylis RF Jeneratörüne bağlarken aşırı güç kullanmayın. Aşırı güç kullanılması konektör pimlerinin hasar görmesine neden olabilir.
- Transseptal kılıf ve/veya dilatörü (ürünle birlikte temin edilmez) iyice yıkayın.
- Bir erişim iğnesi (ürünle birlikte temin edilmez) kullanarak, istenen erişim bölgesinde standart bir damar ponksiyonu işlemi gerçekleştirin.
- Transseptal kılıf ve/veya dilatör genellikle erişim bölgesinden sokulur ve görüntülü yönlendirme ile kılavuz tel üzerinden ilerletilerek Superior Vena Kavaya (SVC) yerleştirilir. VersaCross RF Teli bu amaç için kullanılabilir.
- Kılıfın SVC'ye ilerletilmesi için VersaCross RF Teli kullanılmıyorsa kılavuz teli çıkarın ve temin edilen uç düzleştiricisi olan VersaCross RF Teli ile değiştirin.
- Telin ucu dilatörün ucunun içinde olana kadar VersaCross RF Telini transseptal kılıf ve/veya dilatör düzeneğinde ilerletin. Telin gövdesindeki görünür işaretler, telin ucunun dilatörün distal ucuyla konumlandırılmasına yardımcı olmak amacıyla kullanılır.
- Konektör Kablosunun kateter konektörü ucunu tek elinizle sıkıca kavrayın. Başparmağınızı kullanarak konektörün ön üstündeki kırmızı düğmeye basın. VersaCross RF Telinin proksimal ucunu kateter konektörünün açık kısmından yavaşça sokun. Cihazın proksimal ucunun açıkta kalan kısmı artık görülmediğinde konektör üzerindeki kırmızı düğmeye basmayı bırakın. Bağlantının sağlam olduğundan emin olmak için cihazı hafifçe çekin.
- Standart teknik kullanarak floroskopik, ekokardiyografik ve/veya elektroanatomik haritalama ile yönlendirme dahil ancak bunlarla sınırlı olmamak kaydıyla uygun bir görüntülü yönlendirme yöntemi ile transseptal düzeneğin ucunu (RF teli, kılıf ve/veya dilatör) sağ atriyumda fossa ovalise karşı konumlandırın.
- NOT: Elektroanatomik haritalama ile yönlendirme yöntemi kullanılıyorsa, ekokardiyografi görüntüleme ya da diğer bir görüntüleme modalitesi ile uç yerleşiminin ve septal tenting'in doğrulanması tavsiye edilir.
- Septumu fossa ovaliste tent etmek için dilatöre basınç uygulayın.
- VersaCross RF Telini, aktif uç septumu fossa ovaliste kavrayacak ancak yine de dilatörün içinde olacak şekilde ilerletin.
- Uygun konum elde edildikten sonra, aktif uca Baylis RF Jeneratörü ile RF enerjisi iletin. Böylece, hedef kardiyak dokuda ponksiyon işlemi gerçekleştirilmiş olur. Jeneratörün doğru şekilde çalıştırılması için lütfen Baylis RF Jeneratörü Kullanım Talimatlarına bakın.
- VersaCross RF Telini dokuda başarılı bir şekilde ilerletmek için, RF enerjisi iletimi sırasında VersaCross RF Teline sabit bir basınç uygulayın.
- NOT: İstenilen ponksiyonu elde etmek için uygun olan en düşük RF ayarlarını kullanın.
  - RFP-100A için: Ponksiyonun başarılı olması için "PULS" modunda bir (1) saniye ile "SABİT" modda iki (2) saniye arasındaki bir başlangıç RF ayarının yeterli olduğu gösterilmiştir.
- Zamanlayıcı dolmadıysa, Baylis RF Jeneratörü üzerindeki RF Açma/Kapama düğmesine basılarak RF enerjisi iletimi sonlandırılabilir.
- Sol atriyuma giriş, VersaCross RF Teli uygun görüntülü yönlendirme yöntemi ile izlenerek doğrulanabilir. Ekokardiyografik yönlendirmenin kullanılması tavsiye edilir.
- Beş (5) RF enerjisi uygulamasının ardından septal ponksiyon başarılı olmazsa, kullanıcının prosedür için alternatif bir yöntem kullanması tavsiye edilir.
- Ponksiyon işlemi başarılı bir şekilde tamamlandıktan sonra, VersaCross RF Teli herhangi bir RF enerjisi olmadan mekanik olarak ilerletilmelidir. Distal kavis ve gevşek kısmın tamamı septumu geçmişse ve sol atriyumda gözlenmişse sol atriyumdaki konumlandırma yeterlidir. Ekokardiyografik yönlendirmenin kullanılması tavsiye edilir.
- Dilatör ancak bundan sonra ponksiyonu büyütmek için VersaCross RF Telinin üzerinden ilerletilebilir.
- VersaCross RF Telini Konektör Kablosundan ayırmak için kateter konektörü üzerindeki kırmızı düğmeye basın ve VersaCross RF Telinin proksimal ucunu Konektör Kablosundan usulca çıkarın.
- Konektör Kablosunu Baylis RF Jeneratöründen ayırmak için konektörü sıkıca kavrayın ve düz ve soketten dışarı doğru düz bir şekilde hafifçe çekin.
- VersaCross RF Telini transseptal kılıf ve/veya dilatör düzeneğinden yavaşça geri çekin.

## Bağlantılar



Baylis RF Jeneratörü

Tek Kullanımlık Konektör Kablosu (Dahil)

DIP Topraklama Pedi

VersaCross RF Teli (İki örgü modeli gösterilmiştir)

Ayak Pedalı (İsteğe bağlı)

## XI. TEMİZLEME VE STERİLİZASYON TALİMATLARI

VersaCross RF Teli ve Konektör Kablosu yalnızca tek kullanımlıktır. VersaCross RF Telini ve/veya Konektör Kablosunu temizlemeyin veya yeniden sterilize etmeyin.

## XII. SORUN GİDERME

Aşağıdaki tablo, kullanıcıya olası sorunların teşhis edilmesinde yardımcı olmak amacıyla verilmiştir.

| SORUN | YORUMLAR | SORUN GİDERME |
|---|---|---|
| Konektör Kablosu jeneratörün ön panelindeki Yalıtılmış Hasta Konektörüne uymuyor | Konektörler, güvenlik nedeniyle belirli bir şekilde bağlanmak üzere tasarlanmıştır. Konektör "kilitleri" hizalanmamışsa konektörler birbirine uymaz. | Konektör kilitlerinin doğru yönde hizalanıp hizalanmadığını kontrol edin. |
| Jeneratör Hata Mesajları | RF enerjisi kullanarak dokuda başarılı bir perforasyon gerçekleştirmek için tüm cihazlar düzgün bir şekilde bağlanmış ve çalışır durumda olmalıdır. | Tüm bağlantıların yapıldığından emin olun:<br>- VersaCross RF Teli ile Konektör Kablosu<br>- Konektör Kablosu ile Baylis RF Jeneratörü<br>- Baylis RF Jeneratörü ile elektrik prizi<br>- Baylis RF Jeneratörü ile topraklama pedi<br><br>VersaCross RF Telini ve Konektör Kablosunu görsel olarak inceleyip hasar olup olmadığını kontrol edin. Hasar görmüş tüm cihazları derhal atın. Sorun devam ederse kullanmayı bırakın.<br><br>RF ponksiyonu gerçekleştirmeye çalışırken karşılaşılan hata mesajları için Baylis RF Jeneratör ile birlikte temin edilen Kullanım Talimatlarına bakın. |
| Telin kopması ya da bükülmesi | VersaCross RF Telindeki kopmalar ve bükülmeler hastanın zarar görmesine neden olabilir. | Derhal atın. |

## XIII. MÜŞTERİ HİZMETLERİ VE ÜRÜN İADE BİLGİLERİ

Baylis Medical Ekipmanıyla herhangi bir sorun yaşamanız ya da ekipmanla ilgili sorunuzun olması durumunda teknik destek personelimizle iletişim kurun.

**NOTLAR:**
1. Ürünleri iade etmek için, ürünleri Baylis Medical Company'ye göndermeden önce iade onay numaranızın olması gereklidir. Ürün İade Talimatları size bu aşamada verilecektir.
2. Garanti hizmeti için Baylis Medical'a gönderilen tüm ürünlerin iade edilmeden önce Ürün İade Talimatlarında belirtildiği şekilde temizlendiğinden, dekontamine edildiğinden ve sterilize edildiğinden emin olun. Baylis Medical, Ürün İade Talimatları uyarınca düzgün bir şekilde temizlenmemiş ya da dekontamine edilmemiş hiçbir kullanılmış ekipman parçasını kabul etmeyecektir.

## XIV. ETİKET VE SEMBOLLER

| | | | |
|---|---|---|---|
| 🏭 | Üretici | ⧖ | Son Kullanma Tarihi |
| LOT | Lot Numarası | ⊘ | Ambalaj Hasarlıysa Kullanmayın |
| REF | Model Numarası | ⚠ | Dikkat |
| (2 STERILIZE) | Yeniden Sterilize Etmeyin | ☀ | Güneş Işığından Uzak Tutun |
| ② | Yeniden Kullanmayın | | Pirojenik Değildir: Ambalaj açılmadığı ya da hasar görmediği sürece RF teli pirojenik değildir |
| STERILE EO | Etilen oksit ile sterilize edilmiştir | 👆 | Kullanım Talimatlarına Uyun |
| EC REP | AB Yetkili Temsilcisi | Rx ONLY | Dikkat: Federal (ABD) kanunları, bu cihazın satışının yalnızca bir doktor tarafından ya da doktorun siparişiyle yapılması yönünde sınırlama getirmektedir. |



| | |
|---|---|
| | **Yalnızca AB üyesi ülkeler için:** Bu sembolün kullanılması, ürünün yerel ve ulusal düzenlemelere uygun bir şekilde atılması gerektiğini belirtir. Bu cihazın geri dönüşümü ile ilgili sorular için lütfen distribütörünüz ile iletişim kurun. |

## XV. SINIRLI GARANTİ – TEK KULLANIMLIK MALZEMELER VE AKSESUARLAR

Baylis Medical Company Inc. (BMC), Tek Kullanımlık Malzeme ve Aksesuar ürünlerinin malzeme ve işçilik açısından herhangi bir kusur taşımadığını garanti eder. BMC, steril ürünlerin orijinal ambalaj bozulmadığı sürece etiket üzerinde gösterilen süre boyunca steril kalacağını garanti eder. Bu Sınırlı Garanti ile, kapsam dahilindeki herhangi bir ürünün malzeme ya da işçilik açısından kusurlu olduğu kanıtlanırsa, BMC tamamen kendi kararına bağlı olarak böyle bir ürünü, ürünün incelenmesi, stoktan çıkarılması ya da yeniden stoka alınmasına bağlı işçilik ve nakliye maliyetleri açısından BMC için en aza mal olacak şekilde değiştirir ya da onarır. Garanti süresi: (i) Tek Kullanımlık ürünler için ürünün raf ömrüdür ve (ii) Aksesuar ürünleri için sevkiyat tarihinden itibaren 90 gündür.

Bu sınırlı garanti sadece normal bir şekilde ve kullanım amaçları doğrultusunda kullanılmış, fabrikadan teslim edilen yeni orijinal ürünler için geçerlidir. BMC'nin Sınırlı Garantisi, herhangi bir şekilde yeniden sterilize edilmiş, onarılmış, üzerinde değişiklik yapılmış ya da modifiye edilmiş BMC ürünleri ve BMC'nin talimatlarının tersine hatalı bir şekilde saklanmış ya da hatalı bir şekilde temizlenmiş, kurulmuş, çalıştırılmış ya da bakımı yapılmış BMC ürünleri için geçerli değildir.

**SORUMLULUK REDDİ VE SINIRLAMASI**
**YUKARIDAKİ SINIRLI GARANTİ SATICI TARAFINDAN SUNULAN TEK GARANTİDİR. SATICI, TİCARETE ELVERİŞLİLİK YA DA BELİRLİ BİR KULLANIM VEYA AMACA UYGUNLUK DA DAHİL OLMAK ÜZERE AÇIK YA DA ZIMNİ DİĞER TÜM GARANTİLERİ REDDEDER.**
**BURADA BELİRTİLEN ÇÖZÜM TÜM GARANTİ TALEPLERİ İÇİN TEK ÇÖZÜM OLACAKTIR VE DOLAYLI HASARLAR YA DA FAALİYET KESİNTİSİ VEYA KAR, GELİR, MALZEME, BEKLENEN TASARRUF, VERİ, SÖZLEŞME, İTİBAR KAYBI VEYA BENZERİ (DOĞRUDAN YA DA DOLAYLI NİTELİKTE) VEYA DİĞER TÜM ZIMNİ YA DA DOLAYLI HASARLAR DAHİL EK HASARLAR İÇİN HERHANGİ BİR ÇÖZÜM SUNULMAYACAKTIR. SİGORTALANMIŞ OLSUN YA DA OLMASIN HER TÜRLÜ TAZMİNAT KAPSAMINDAKİ YÜKÜMLÜLÜKLER DE DAHİL OLMAK ÜZERE KULLANICININ DİĞER TÜM TALEP VE SORUMLULUKLARA İLİŞKİN MAKSİMUM KÜMÜLATİF SORUMLULUĞU TALEP VEYA SORUMLULUĞU OLUŞTURAN ÜRÜN/ÜRÜNLERİN MALİYETİNİ AŞMAYACAKTIR. SATICI, İŞBU GARANTİ KAPSAMINDA SATICININ SUNMAKLA YÜKÜMLÜ OLMADIĞI KARŞILIKSIZ OLARAK SUNULAN BİLGİ VEYA DESTEĞE İLİŞKİN TÜM SORUMLULUKLARDAN FERAGAT EDER. SATICIYA KARŞI AÇILACAK HER TÜRLÜ DAVA, DAVA KONUSU OLAN EYLEMİN MEYDANA GELMESİNİN ARDINDAN ON SEKİZ (18) AY İÇİNDE AÇILMALIDIR. BU SORUMLULUK REDDİ VE SINIRLAMALARI İŞBU BELGEDEKİ HERHANGİ BİR DİĞER AKSİ MADDEYE BAKILMAKSIZIN VE SÖZLEŞMEYE UYGUN, HAKSIZ FİİL (İHMAL VE KUSURSUZ SORUMSUZLUK DAHİL OLMAK ÜZERE) VEYA DİĞER HER TÜRLÜ OLMAK ÜZERE EYLEM BİÇİMİNE BAĞLI OLMAKSIZIN GEÇERLİ OLACAK VE AYRICA SATICININ BAYİLERİ, ATANMIŞ DİSTRİBÜTÖRLERİNİ VE DİĞER YETKİLİ SATICILARI ÜÇÜNCÜ TARAF HAK SAHİPLERİ OLARAK KAPSAYACAKTIR. SORUMLULUK SINIRLAMA, GARANTİ YA DA KOŞUL REDDİ VEYA HASARLARIN HARİÇ TUTULMASI İÇİN İŞBU BELGEDEKİ HER MADDE AYRILABİLİR NİTELİKTE OLUP DİĞER HER TÜRLÜ MADDEDEN BAĞIMSIZDIR VE BU ŞEKİLDE GEÇERLİ OLACAKTIR.**
**GARANTİ İHLALİ, SÖZLEŞME İHLALİ, İHMAL, ÜRÜN SORUMLULUĞU YA DA DİĞER TÜM YASAL YA DA HAKKANİYETE UYGUN TEORİLERE BAĞLI OLARAK MEYDANA GELEN HASARLARA YÖNELİK TÜM İDDİA YA DA DAVALARDA ALICI, ALICIDAN YA DA ALICININ MÜŞTERİLERİNDEN KAYNAKLANAN HASARLARDA YA DA KAR KAYBINDA BMC'NİN SORUMLU OLMAYACAĞINI ÖZELLİKLE KABUL EDER. BMC'NİN SORUMLULUĞU, BMC TARAFINDAN ALICIYA SATILAN VE SORUMLULUK TALEPLERİNE KONU OLAN BELİRTİLEN ÜRÜNLERİN ALICIYA OLAN SATIN ALMA MALİYETİ İLE SINIRLI OLACAKTIR.**

Hiçbir Baylis Medical acentesi, çalışanı ya da temsilcisi, Şirketi ürünle ilgili bağlayıcı nitelikteki diğer garanti, onay ya da temsilciliklerle ilişkilendirme yetkisine sahip değildir.
Bu garanti yalnızca Baylis Medical ürünlerini doğrudan Baylis Medical yetkili temsilcisinden satın alan asıl alıcı için geçerlidir. Ürünün asıl alıcısı garantiyi devredemez.
Herhangi bir BMC ürününün kullanılması işbu belgedeki şart ve koşulların kabul edildiği anlamına gelecektir.

Baylis Medical ürünlerinin garanti süreleri aşağıdaki şekildedir:

| Tek Kullanımlık Ürünler | Ürünün raf ömrü |
|---|---|
| Aksesuar Ürünleri | Sevkiyat tarihinden itibaren 90 gün |

## Ελληνικά

Η επωνυμία Baylis Medical και το λογότυπο Baylis Medical είναι εμπορικά σήματα της Baylis Medical Technologies Inc.

Διαβάστε προσεκτικά όλες τις οδηγίες πριν από τη χρήση. Τηρείτε όλες τις αντενδείξεις, τις προειδοποιήσεις και τις προφυλάξεις που αναφέρονται σε αυτές τις οδηγίες. Σε αντίθετη περίπτωση, ενδέχεται να προκληθούν επιπλοκές στον ασθενή.

**Προσοχή:** Η ομοσπονδιακή νομοθεσία (ΗΠΑ) περιορίζει την πώληση αυτής της συσκευής από ή κατόπιν εντολής ιατρού.

Η Baylis Medical Company θεωρεί ότι ο ιατρός είναι υπεύθυνος για τον προσδιορισμό, την αξιολόγηση και την ενημέρωση του κάθε ασθενούς σχετικά με όλους τους προβλεπόμενους κινδύνους της επέμβασης.

## I. ΠΕΡΙΓΡΑΦΗ ΤΟΥ ΟΡΓΑΝΟΥ

Το σύρμα RF VersaCross™ συνοδεύεται από ένα Σύρμα RF VersaCross και ένα καλώδιο σύνδεσης μίας χρήσης (Καλώδιο σύνδεσης) Baylis. Το Σύρμα RF VersaCross πρέπει να χρησιμοποιείται με την εγκεκριμένη Γεννήτρια παρακέντησης με ραδιοσυχνότητες Baylis RFP-100A (Γεννήτρια RF Baylis) και το καλώδιο σύνδεσης.

Το Σύρμα RF VersaCross χορηγεί ισχύ ραδιοσυχνοτήτων (RF) σε μονοπολική λειτουργία μεταξύ του περιφερικού ηλεκτροδίου του και ενός εμπορικά διαθέσιμου εξωτερικού ουδέτερου ηλεκτροδίου (Δισσπόράς) μίας χρήσης (DIP), το οποίο συμμορφώνεται με τις τρέχουσες απαιτήσεις του προτύπου IEC 60601-2-2. Το καλώδιο σύνδεσης συνδέει την Γεννήτρια RF Baylis με το Σύρμα RF VersaCross. Αυτό το καλώδιο σύνδεσης επιτρέπει τη χορήγηση ισχύος RF από τη Γεννήτρια RF Baylis στο Σύρμα RF VersaCross. Λεπτομερείς πληροφορίες σχετικά με τη Γεννήτρια RF Baylis περιέχονται σε ξεχωριστό εγχειρίδιο που συνοδεύει τον εξοπλισμό (με τίτλο «Οδηγίες χρήσης της Γεννήτριας παρακέντησης με ραδιοσυχνότητες της Baylis Medical Company»).

Οι διαστάσεις του Σύρματος RF VersaCross και του καλωδίου σύνδεσης μπορούν να βρεθούν στις ετικέτες της συσκευής. Η μόνωση στο σώμα του Σύρματος RF VersaCross διευκολύνει την ομαλή

προώθηση της συσκευής και παρέχει ηλεκτρική μόνωση. Το εύκαμπτο περιφερικό τμήμα του Σύρματος RF VersaCross έχει μια καμπύλη και το ενεργό άκρο γίνεται στρογγυλό για να είναι ατραυματικό για τον καρδιακό ιστό, εκτός εάν εφαρμόζεται ενέργεια RF. Ένα ακτινοσκιερό και ηχογενές πηνίο δείκτη τοποθετείται στο περιφερικό τμήμα για οπτικοποίηση κατά τη διάρκεια του χειρισμού. Το κύριο σώμα του Σύρματος RF VersaCross παρέχει μια άκαμπτη ράγα για την προώθηση βοηθητικών οργάνων στον αριστερό κόλπο μετά τη δημιουργία κολπικού διαφραγματικού ελλείματος. Το σύρμα RF VersaCross διαθέτει ορατούς δείκτες κατά μήκος του για την ευθυγράμμιση του άκρου του καλωδίου σε συμβατή διάταξη διαφραγματικού θηκαριού ή/και διαστολέα (π.χ.,το κιτ διαφραγματικού θηκαριού SupraCross™). Το εγγύς άκρο του σύρματος RF VersaCross είναι γυμνό μέταλλο για σύνδεση μόνο με το παρεχόμενο καλώδιο σύνδεσης και όχι με συσκευές ηλεκτροκαυτηρίασης ή ηλεκτροχειρουργικές συσκευές. Το άλλο άκρο του καλωδίου σύνδεσης συνδέεται με τη Γεννήτρια RF Baylis.

## II.     ΕΝΔΕΙΞΕΙΣ ΧΡΗΣΗΣ

Το καλώδιο RF VersaCross ενδείκνυται για τη δημιουργία κολπικού διαφραγματικού ελλείματος στην καρδιά.

## III.     ΑΝΤΕΝΔΕΙΞΕΙΣ

Το σύρμα RF VersaCross δεν συνιστάται για χρήση με οποιεσδήποτε συνθήκες που δεν απαιτούν τη δημιουργία κολπικού διαφραγματικού ελλείματος. Το καλώδιο σύνδεσης δεν συνιστάται για χρήση με οποιαδήποτε άλλη Γεννήτρια RF Baylis ή οποιαδήποτε άλλη συσκευή.

**Στην ΕΕ:** Το Σύρμα RF VersaCross δεν προορίζεται για χρήση σε νεογνικούς ασθενείς ηλικίας κάτω του ενός μηνός.

## IV.     ΠΡΟΕΙΔΟΠΟΙΗΣΕΙΣ

- Αυτή η συσκευή θα πρέπει να χρησιμοποιείται μόνο από ιατρούς με πλήρη κατανόηση της αγγειογραφίας και των διαδερμικών επεμβατικών διαδικασιών. Συνιστάται οι ιατροί να λαμβάνουν προκλινική εκπαίδευση, να διενεργούν ανασκόπηση της σχετικής βιβλιογραφίας και να λαμβάνουν άλλη κατάλληλη εκπαίδευση πριν επιχειρήσουν την εκτέλεση νέων επεμβατικών διαδικασιών.
- Το σύρμα RF VersaCross και το καλώδιο σύνδεσης παρέχονται ΑΠΟΣΤΕΙΡΩΜΕΝΑ μέσω διαδικασίας αποστείρωσης με χρήση οξειδίου του αιθυλενίου. Μην χρησιμοποιείτε τη συσκευή εάν η συσκευασία έχει υποστεί ζημιά.
- Το προσωπικό του εργαστηρίου και οι ασθενείς μπορούν να υποβληθούν σε σημαντική έκθεση σε ακτίνες Χ κατά τη διάρκεια των διαδικασιών παρακέντησης με RF λόγω της συνεχούς χρήσης της ακτινοσκοπικής απεικόνισης. Αυτή η έκθεση μπορεί να οδηγήσει σε οξεία βλάβη από ακτινοβολία καθώς και σε αυξημένο κίνδυνο για σωματικές και γενετικές επιπτώσεις. Συνεπώς, πρέπει να ληφθούν κατάλληλα μέτρα για την ελαχιστοποίηση αυτής της έκθεσης.
- Το σύρμα RF VersaCross και το καλώδιο σύνδεσης προορίζονται για χρήση σε έναν ασθενή μόνο. Μην επιχειρήσετε να αποστειρώσετε και να επαναχρησιμοποιήσετε τις συσκευές. Η επαναχρησιμοποίηση μπορεί να προκαλέσει τραυματισμό του ασθενούς ή/και τη μετάδοση μολυσματικού/ών νοσήματος/ων από έναν ασθενή σε άλλον. Η επαναχρησιμοποίηση μπορεί να προκαλέσει επιπλοκές στον ασθενή.
- Το σύρμα RF VersaCross πρέπει να χρησιμοποιείται με το παρεχόμενο καλώδιο σύνδεσης. Κάθε προσπάθεια χρήσης της με άλλα καλώδια σύνδεσης μπορεί να οδηγήσουν σε ηλεκτροπληξία του ασθενούς ή/και του χειριστή.
- Μη χρησιμοποιείτε το σύρμα RF VersaCross με γεννήτριες ηλεκτροκαυτηρίασης ή ηλεκτροχειρουργικές γεννήτριες, καλώδια σύνδεσης ή παρελκόμενα, καθώς κάθε απόπειρα χρήσης μπορεί να οδηγήσει σε τραυματισμό ασθενούς ή/και του χειριστή.
- Το καλώδιο σύνδεσης πρέπει να χρησιμοποιείται μόνο με τη Γεννήτρια RFP-100A Baylis RF και το παρεχόμενο σύρμα RF VersaCross. Απόπειρα χρήσης με άλλες γεννήτριες και συσκευές RF μπορεί να οδηγήσει σε ηλεκτροπληξία του ασθενούς ή/και του χειριστή.
- Το σύρμα RF VersaCross πρέπει να χρησιμοποιείται με συμβατό διαφραγματικό θηκάρι 0,035" ή/και συσκευές διαστολέα. Η χρήση μη συμβατών παρελκόμενων συσκευών μπορεί να προκαλέσει ζημιά στην ακεραιότητα του σύρματος RF VersaCross ή των παρελκόμενων συσκευών και μπορεί να προκαλέσει τραυματισμό του ασθενούς.
- Το σύρμα RF VersaCross έχει επικυρωθεί μόνο για χρήση διαφραγματικής παρακέντησης μέσω διαστολέων VersaCross που έχει αποδειχθεί ότι παρέχουν την απαιτούμενη υποστήριξη για βέλτιστη λειτουργία.
- Το ενεργό άκρο και η περιφερική καμπύλη του σύρματος RF VersaCross είναι εύθραυστα. Απαιτείται προσοχή ώστε να μην προκληθεί ζημιά στο άκρο ή στην περιφερική καμπύλη κατά τον χειρισμό του σύρματος RF VersaCross . Εάν το άκρο ή η περιφερική καμπύλη υποστεί ζημιά ανά πάσα στιγμή κατά τη χρήση, απορρίψτε το σύρμα VersaCross αμέσως. Μην επιχειρήσετε να ισιώσετε το ενεργό άκρο εάν είναι λυγισμένο. Η ζημιά στη συσκευή μπορεί να προκαλέσει τραυματισμό του ασθενούς.
- Το σύρμα RF VersaCross δεν προορίζεται για χρήση σε νεογνικούς ασθενείς (δηλ. ηλικία κάτω του ενός μηνός). Μην επιχειρήσετε την εφαρμογή θεραπείας σε νεογνικούς ασθενείς με το σύρμα RF VersaCross .
- Μην επιχειρήσετε να εισαγάγετε ή να αποσύρετε το σύρμα RF VersaCross μέσω μεταλλικού σωληνίσκου ή διαδερμικής βελόνας, το οποίο μπορεί να προκαλέσει βλάβη στη συσκευή και να προκαλέσει τραυματισμό του ασθενούς.

## V.     ΠΡΟΦΥΛΑΞΕΙΣ

- Μην επιχειρήσετε να χρησιμοποιήσετε το σύρμα RF VersaCross και το καλώδιο σύνδεσης πριν διαβάσετε προσεκτικά τις συνοδευτικές οδηγίες χρήσης.
- Οι διαδικασίες παρακέντησης με RF πρέπει να εκτελούνται μόνο από ιατρούς εκπαιδευμένους στις τεχνικές παρακέντησης με RF σε ένα πλήρως εξοπλισμένο εργαστήριο καθετηριασμού.
- Η αποστειρωμένη συσκευασία πρέπει να ελέγχεται οπτικά πριν από τη χρήση. Μην χρησιμοποιείτε τις συσκευές εάν η συσκευασία έχει υποστεί ζημιά ή φθορά.
- Επιθεωρήστε οπτικά το σύρμα RF VersaCross και το καλώδιο σύνδεσης για να βεβαιωθείτε ότι δεν υπάρχουν ρωγμές ή ζημιά στο μονωτικό υλικό. Μην χρησιμοποιείτε το καλώδιο εάν υπάρχει ζημιά.
- Μη χρησιμοποιείτε το σύρμα RF VersaCross ή/και το καλώδιο σύνδεσης μετά την ημερομηνία λήξης που αναγράφεται στην ετικέτα.
- Το σύρμα RF VersaCross και το καλώδιο σύνδεσης προορίζονται για χρήση μόνο με τις συσκευές που αναφέρονται στην Ενότητα VIII "Απαιτούμενος εξοπλισμός".
- Διαβάστε και ακολουθήστε τις οδηγίες του κατασκευαστή για τη χρήση του ηλεκτροδίου DIP. Να χρησιμοποιείτε πάντα ηλεκτρόδια DIP που πληρούν ή υπερβαίνουν τις απαιτήσεις του προτύπου IEC 60601-2-2.
- Η τοποθέτηση του ηλεκτροδίου DIP στο μηρό μπορεί να συσχετιστεί με τη υψηλότερη σύνθετη αντίσταση.
- Προκειμένου να αποφευχθεί ο κίνδυνος ανάφλεξης, βεβαιωθείτε ότι δεν υπάρχουν εύφλεκτα υλικά στην αίθουσα κατά την εφαρμογή ισχύος RF.
- Πρέπει να λαμβάνονται προφυλάξεις για τον περιορισμό των επιπτώσεων των ηλεκτρομαγνητικών παρεμβολών (ΗΜΠ) που παράγονται από τη Γεννήτρια Baylis RF στην απόδοση άλλου εξοπλισμού. Ελέγξτε τη συμβατότητα και την ασφάλεια του συνδυασμού άλλων συσκευών παρακολούθησης φυσιολογικών παραμέτρων και του ηλεκτρικού εξοπλισμού που θα χρησιμοποιηθεί στον ασθενή, εκτός από τη Γεννήτρια Baylis RF.
- Πρέπει να χρησιμοποιήσετε επαρκές φιλτράρισμα ούτως ώστε να είναι δυνατή η συνεχής παρακολούθηση του ηλεκτροκαρδιογραφήματος (ΗΚΓ) επιφανείας κατά τη διάρκεια εφαρμογής ισχύος RF.
- Μην επιχειρήσετε να εισαγάγετε και να χρησιμοποιήσετε το εγγύς άκρο του σύρματος RF VersaCross ως ενεργό άκρο.
- Μη λυγίζετε το σύρμα RF VersaCross ή το καλώδιο σύνδεσης. Η υπερβολική κάμψη ή συστροφή του άξονα του καλωδίου, της περιφερικής καμπύλης του καλωδίου ή/και του καλωδίου σύνδεσης

μπορεί να διακυβεύσει την ακεραιότητα των εξαρτημάτων της συσκευής και να προκαλέσει τραυματισμό του ασθενούς. Πρέπει να δίνεται προσοχή κατά τον χειρισμό του σύρματος RF VersaCross και του καλωδίου σύνδεσης.

- Απαιτείται προσεκτικός χειρισμός του σύρματος RF VersaCross για την αποφυγή τραυματισμού αγγείων. Εάν συναντήσετε αντίσταση, ΜΗ χρησιμοποιείτε υπερβολική δύναμη για να προωθήσετε ή να αποσύρετε το σύρμα RF VersaCross ή την παρελκόμενη διάταξη θηκαριού ή/και διαστολέα. Η υπερβολική δύναμη μπορεί να οδηγήσει σε κάμψη ή συστροφή της συσκευής περιορίζοντας την προώθηση και την απόσυρση της συσκευής θηκαριού ή/και διαστολέα.
- Η προώθηση του σύρματος RF VersaCross ή/και της παρελκόμενης διάταξης θηκαριού ή/και διαστολέα θα πρέπει να εκτελείται υπό απεικονιστική καθοδήγηση. Η χρήση ορατών δεικτών στο σώμα του σύρματος είναι μόνο ένας κατά προσέγγιση οδηγός για την τοποθέτηση του άκρου του σύρματος για το περιφερικό άκρο του διαστολέα.
- Μην επιχειρήσετε να χορηγήσετε ενέργεια RF έως ότου επιβεβαιωθεί ότι το ενεργό άκρο του σύρματος RF VersaCross έχει καλή επαφή με τον στοχευόμενο ιστό.
- Αποφύγετε την παροχή ενέργειας RF του σύρματος RF VersaCross με μη συμβατούς διαστολείς ή συσκευές με σωληνίσκο, γεγονός που μπορεί να οδηγήσει στην πρόκληση εγκαυμάτων στον ασθενή, σε αναποτελεσματική παρακέντηση ή αστοχία παρακέντησης.
- Δεν συνιστάται η υπέρβαση των πέντε (5) εφαρμογών ισχύος RF ανά σύρμα RF VersaCross.
- Ποτέ μην αποσυνδέετε το καλώδιο σύνδεσης από τη Γεννήτρια Baylis RF κατά τη χορήγηση ισχύος RF.
- Μην αποσυνδέετε ποτέ το καλώδιο σύνδεσης από τη Γεννήτρια Baylis RF τραβώντας το καλώδιο. Εάν το καλώδιο δεν αποσυνδεθεί σωστά, ενδέχεται να προκληθεί ζημιά στο καλώδιο.
- Μην συστρέφετε το καλώδιο σύνδεσης κατά την εισαγωγή ή την αφαίρεσή του από τον μονωμένο σύνδεσμο ασθενούς που βρίσκεται στη Γεννήτρια Baylis RF. Η συστροφή του καλωδίου ενδέχεται να προκαλέσει ζημιά στους συνδέσμους με ακίδες.
- Η Γεννήτρια RF Baylis είναι σε θέση να διοχετεύσει σημαντική ηλεκτρική ισχύ. Τραυματισμός του ασθενούς ή του χειριστή μπορεί να προκύψει από ακατάλληλο χειρισμό του σύρματος RF VersaCross ή/και του ηλεκτροδίου DIP, ιδιαίτερα κατά τη λειτουργία της συσκευής.
- Κατά τη διάρκεια χορήγησης ισχύος, ο ασθενής δεν πρέπει να έρχεται σε επαφή με γειωμένες μεταλλικές επιφάνειες.
- Η φαινομενική χαμηλή ισχύς εξόδου ή η αστοχία ορθής λειτουργίας του εξοπλισμού υπό κανονικές ρυθμίσεις μπορεί να υποδηλώνει εσφαλμένη εφαρμογή του ηλεκτροδίου DIP, αστοχία ηλεκτρικής απαγωγής ή κακή επαφή του ιστού στο ενεργό άκρο. Ελέγχετε για εμφανή ελαττώματα του εξοπλισμού ή κακή εφαρμογή. Επιχειρήστε να τοποθετήσετε καλύτερα το ενεργό άκρο του σύρματος RF VersaCross στο κολπικό διάφραγμα. Αυξήστε την ισχύ μόνο εάν η ισχύς εξόδου είναι χαμηλή.
- Εάν χρησιμοποιείται καθοδήγηση ηλεκτροανατομικής χαρτογράφησης, συνιστάται η χρήση της μαζί με εναλλακτική μέθοδο απεικόνισης σε περίπτωση απώλειας της ορατότητας της συσκευής.

## VI.     ΠΡΟΔΙΑΓΡΑΦΕΣ ΠΡΟΪΟΝΤΟΣ

| Προϊόν | Σύρμα RF VersaCross | Προϊόν | Καλώδιο σύνδεσης RFP 100A |
|---|---|---|---|
| Μήκος | 180 ή 230 cm | Ωφέλιμο μήκος | 3 μέτρα /10 πόδια |
| Διάμετρος σύρματος | 0,035" / 0,89 mm | Σύνδεσμος Γεννήτριας | 4 ακίδων (3 ακίδων) |
| | | | |
| Διάμετρος καμπύλης | Άκρο J 9 mm ή Pigtail 24 mm | Σύνδεσμος συσκευής | Πιεστικό κουμπί |

## VII.     ΑΝΕΠΙΘΥΜΗΤΑ ΣΥΜΒΑΝΤΑ

Τα ανεπιθύμητα συμβάντα που μπορεί να προκύψουν κατά τη δημιουργία κολπικού διαφραγματικού ελλείματος περιλαμβάνουν:

| | | |
|---|---|---|
| Επιπωματισμός | Σήψη/Λοίμωξη | Θρομβοεμβολικά επεισόδια |
| Διάτρηση αγγείου | Κολπική μαρμαρυγή | Έμφραγμα του μυοκαρδίου |
| Αγγειόσπασμος | Εμμένουσες αρρυθμίες | Κολπικός πτερυγισμός |
| Αιμορραγία | Αγγειακή θρόμβωση | Διάτρηση του μυοκαρδίου |
| Αιμάτωμα | Αλλεργική αντίδραση στο σκιαγραφικό μέσο | Κοιλιακή ταχυκαρδία |
| Άλγος και ευαισθησία | Αρτηριοφλεβικό συρίγγιο | Περικαρδιακή συλλογή |
| Ταχυκαρδία | Τραυματισμός αγγείου | Πρόσθετη χειρουργική διαδικασία |
| Παγίδευση σύρματος/ εμπλοκή | Θραύση ξένου σώματος/σύρματος | |

## VIII.     ΑΠΑΙΤΟΥΜΕΝΟΣ ΕΞΟΠΛΙΣΜΟΣ

Οι διαφραγματικές διαδικασίες με RF θα πρέπει να εκτελούνται σε εξειδικευμένο κλινικό περιβάλλον εξοπλισμένο με κατάλληλο εξοπλισμό απεικόνισης και συμβατή εξεταστική τράπεζα, ηχοκαρδιογραφική απεικόνιση, καταγραφέα φυσιολογικών λειτουργιών, εξοπλισμό έκτακτης ανάγκης και εργαλεία για την επίτευξη αγγειακής προσπέλασης. Τα βοηθητικά υλικά που απαιτούνται για την εκτέλεση αυτής της διαδικασίας περιλαμβάνονται τα εξής:

- Γεννήτρια RF Baylis RFP-100A
- διαφραγματικού θηκάρι 0,035" ή/και διαστολέας
- ηλεκτρόδιο DIP που πληροί ή υπερκαλύπτει τις απαιτήσεις του προτύπου IEC 60601-2-2 για ηλεκτροχειρουργικά ηλεκτρόδια
- Καλώδιο DuoMode™ για χρήση με ηλεκτροανατομικά συστήματα χαρτογράφησης

## IX.     ΕΠΙΘΕΩΡΗΣΗ ΠΡΙΝ ΤΗ ΧΡΗΣΗ

Πριν την εκτέλεση της διαδικασίας, το σύρμα RF VersaCross και το παρεχόμενο καλώδιο σύνδεσης, συμπεριλαμβανομένης της Γεννήτριας RF Baylis, θα πρέπει να επιθεωρηθεί προσεκτικά για ζημιές ή ελαττώματα, καθώς και όλος ο εξοπλισμός που χρησιμοποιείται στη διαδικασία. Μη χρησιμοποιείτε ελαττωματικό εξοπλισμό. Μην επαναχρησιμοποιείτε το σύρμα RF VersaCross ή/και το καλώδιο σύνδεσης.

## X.     ΟΔΗΓΙΕΣ ΧΡΗΣΗΣ

- Θα πρέπει να διαβάσετε προσεκτικά, να κατανοήσετε και να ακολουθήσετε προσεκτικά όλες τις οδηγίες για τον απαιτούμενο εξοπλισμό. Σε αντίθετη περίπτωση, ενδέχεται να προκληθούν επιπλοκές.
- Το σύρμα RF VersaCross και το καλώδιο σύνδεσης παρέχονται αποστειρωμένα. Χρησιμοποιήστε άσηπτη τεχνική όταν ανοίγετε τη συσκευασία και χειρίζεστε το προϊόν στο αποστειρωμένο πεδίο.
- Συνδέστε το άκρο του συνδέσμου της γεννήτριας του καλωδίου σύνδεσης στη μονωμένη θύρα σύνδεσης ασθενούς στη Γεννήτρια RF Baylis σύμφωνα με τις Οδηγίες χρήσης της Γεννήτριας RF Baylis. Ευθυγραμμίστε ήπια τις ακίδες του συνδέσμου με την υποδοχή και ωθήστε προς τα μέσα έως ότου ο σύνδεσμος εφαρμόσει σταθερά στην υποδοχή. Τυχόν προσπάθεια σύνδεσης του καλωδίου με διαφορετικό τρόπο θα προκαλέσει ζημιά στις ακίδες που βρίσκονται στον σύνδεσμο.

- Μην ασκείτε υπερβολική δύναμη κατά τη σύνδεση του καλωδίου σύνδεσης στη Γεννήτρια RF Baylis. Η άσκηση υπερβολικής δύναμης μπορεί να προκαλέσει ζημιά στις ακίδες του συνδέσμου.
- Εκπλύνετε σχολαστικά το διαφραγματικό θηκάρι ή/και τον διαστολέα (δεν παρέχεται).
- Εκτελέστε μια τυπική παρακέντηση φλέβας στο επιθυμητό σημείο προσπέλασης μέσω βελόνα προσπέλασης (δεν παρέχεται).
- Το διαφραγματικό θηκάρι ή/και ο διαστολέας εισάγονται συνήθως μέσω του σημείου προσπέλασης αι στη συνέχεια προωθούνται πάνω από ένα οδηγό σύρμα για να τοποθετηθούν στην άνω κοίλη φλέβα (SVC) υπό απεικονιστική καθοδήγηση.  Για τον σκοπό αυτό, μπορεί να χρησιμοποιηθεί το σύρμα RF VersaCross.
- Εάν το σύρμα RF VersaCross δεν χρησιμοποιήθηκε για την προώθηση του θηκαριού στην SVC, αφαιρέστε το οδηγό σύρμα και αντικαταστήστε το σύρμα RF VersaCross με την παρεχόμενη διάταξη ευθυγράμμισης άκρου.
- Προωθήστε το σύρμα RF VersaCross μέσα από τη διάταξη του διαφραγματικού θηκαριού ή/και διαστολέα έως ότου το άκρο του σύρματος βρεθεί ακριβώς μέσα στο άκρο του διαστολέα. Οι ορατοί δείκτες στο σώμα του σύρματος μπορούν να χρησιμοποιηθούν για την τοποθέτηση του άκρου του σύρματος με το περιφερικό άκρο του διαστολέα.
- Κρατήστε σταθερά το άκρο του συνδέσμου καθετήρα του καλωδίου σύνδεσης με το ένα χέρι. Χρησιμοποιώντας τον αντίχειρά σας, πατήστε το κόκκινο κουμπί στο επάνω μέρος του συνδέσμου. Εισαγάγετε αργά το εγγύς άκρο του σύρματος RF VersaCross στο άνοιγμα του συνδέσμου καθετήρα.  Μόλις το εκτεθειμένο τμήμα του εγγύς άκρου της συσκευής δεν είναι πλέον ορατό, απελευθερώστε το κόκκινο κουμπί στον σύνδεσμο. Τραβήξτε προσεκτικά τη συσκευή για να βεβαιωθείτε ότι η σύνδεση είναι ασφαλής.
- Τοποθετήστε το άκρο του διαφραγματικού συγκροτήματος (σύρμα RF, διάταξη θηκαριού ή/και διαστολέα) στον δεξιό κόλπο στον ωοειδή βόθρο υπό κατάλληλη απεικονιστική καθοδήγηση, συμπεριλαμβανομένης, ενδεικτικά, ακτινοσκοπικής, ηχοκαρδιογραφικής ή/και ηλεκτροανατομικής καθοδήγησης χαρτογράφησης μέσω τυπική τεχνικής.
- ΣΗΜΕΙΩΣΗ: Εάν χρησιμοποιείται καθοδήγηση ηλεκτροανατομικής χαρτογράφησης, συνιστάται η επιβεβαίωση της τοποθέτησης του άκρου και της τοποθέτησης του διαφράγματος με ηχοκαρδιογραφική απεικόνιση ή άλλη μέθοδο απεικόνισης.
- Εφαρμόστε πίεση στον διαστολέα για τη διάταση του διαφράγματος στον ωοειδή βόθρο.
- Προωθήστε το σύρμα RF VersaCross έτσι ώστε το ενεργό άκρο να εμπλακεί στο διάφραγμα στον ωοειδή βόθρο, αλλά εντός του διαστολέα.
- Μόλις επιτευχθεί η κατάλληλη τοποθέτηση, χορηγήστε ισχύ RF μέσω της Γεννήτριας RF Baylis στο ενεργό άκρο.  Αυτό έχει ως αποτέλεσμα την παρακέντηση του στοχευόμενου καρδιακού ιστού. Ανατρέξτε στις Οδηγίες χρήσης της Γεννήτριας RF Baylis για τη σωστή λειτουργία της γεννήτριας.
- Εφαρμόστε σταθερή πίεση στο σύρμα RF VersaCross κατά την εφαρμογή ενέργειας RF για την επιτυχή προώθηση του σύρματος RF VersaCross μέσω του ιστού.
- ΣΗΜΕΙΩΣΗ:  Χρησιμοποιήστε τις κατάλληλες ρυθμίσεις χαμηλότερης RF για να επιτύχετε την επιθυμητή παρακέντηση.
  - Για την RFP-100A: Μια αρχική ρύθμιση RF μεταξύ ενός (1) δευτερολέπτου στη λειτουργία "PULSE" έως δύο (2) δευτερολέπτων στη λειτουργία "CONSTANT" έχει αποδειχθεί ότι είναι επαρκής για επιτυχή παρακέντηση.
- Η χορήγηση ισχύος RF μπορεί να τερματιστεί πατώντας το κουμπί ON/OFF RF στη Γεννήτρια RF Baylis, εάν ο χρονοδιακόπτης δεν έχει λήξει.
- Η είσοδος στον αριστερό κόλπο μπορεί να επιβεβαιωθεί με παρακολούθηση του σύρματος RF VersaCross υπό κατάλληλη απεικονιστική καθοδήγηση. Συνιστάται επίσης ηχοκαρδιογραφική καθοδήγηση.
- Εάν η διαφραγματική παρακέντηση δεν είναι επιτυχής μετά από πέντε (5) εφαρμογές ισχύος RF, συνιστάται ο χρήστης να χρησιμοποιήσει μια εναλλακτική μέθοδο για τη διαδικασία.
- Μόλις ολοκληρωθεί επιτυχώς η παρακέντηση, το σύρμα RF VersaCross θα πρέπει να προωθηθεί μηχανικά χωρίς ισχύ RF. Η τοποθέτηση στον αριστερό κόλπο είναι επαρκής όταν η πλήρης περιφερική καμπύλη και το εύκαμπτο τμήμα έχουν διασχίσει το διάφραγμα και παρατηρούνται στον αριστερό κόλπο. Συνιστάται επίσης ηχοκαρδιογραφική καθοδήγηση.
- Ο διαστολέας μπορεί έπειτα να προωθηθεί πάνω από το σύρμα RF VersaCross για τη διεύρυνση της παρακέντησης.
- Για να αποσυνδέσετε το σύρμα RF VersaCrossαπό το καλώδιο σύνδεσης, πατήστε το κόκκινο κουμπί στον σύνδεσμο του καθετήρα και αφαιρέστε προσεκτικά το εγγύς άκρο του σύρματος RF VersaCrossαπό το καλώδιο σύνδεσης.
- Για να αποσυνδέσετε το καλώδιο σύνδεσης από τη Γεννήτρια RF Baylis, πιάστε τον σύνδεσμο σταθερά και αφαιρέστε τον από την πρίζα.
- Ανασύρετε το σύρμα RF VersaCrossαργά μέσω της διάταξης διαφραγματικού θηκαριού ή/και του διαστολέα.

## Συνδέσεις



Γεννήτρια RF Baylis

-Καλώδιο σύνδεσης μίας χρήσης (περιλαμβάνεται)

Επίθεμα γείωσης DIP

Σύρμα RF VersaCross (Εμφανίζεται το μοντέλο pigtail)

Ποδοδιακόπτης (Προαιρετικός)

## XI.       ΟΔΗΓΙΕΣ ΚΑΘΑΡΙΣΜΟΥ ΚΑΙ ΑΠΟΣΤΕΙΡΩΣΗΣ

Το σύρμα RF VersaCross και το καλώδιο σύνδεσης προορίζονται για μία χρήση μόνο.  Μην καθαρίζετε ή επαναποστειρώνετε το σύρμα RF VersaCrossή/και το καλώδιο σύνδεσης.

## XII.       ΑΝΤΙΜΕΤΩΠΙΣΗ ΠΡΟΒΛΗΜΑΤΩΝ

Ο παρακάτω πίνακας παρέχεται για να βοηθήσει τον χρήστη στη διάγνωση πιθανών προβλημάτων.

| ΠΡΟΒΛΗΜΑ | ΣΧΟΛΙΑ | ΑΝΤΙΜΕΤΩΠΙΣΗ ΠΡΟΒΛΗΜΑΤΩΝ |
|---|---|---|
| Το καλώδιο σύνδεσης δεν ταιριάζει με τον σύνδεσμο απομόνωσης ασθενούς στο μπροστινό μέρος της γεννήτριας | Οι σύνδεσμοι έχουν σχεδιαστεί να συνδέονται με έναν ειδικό τρόπο για λόγους ασφάλειας. Εάν τα «κλειδιά» των συνδέσμων δεν αντιστοιχούν, οι σύνδεσμοι δεν θα ταιριάζουν μεταξύ τους | Επιβεβαιώστε ότι τα κλειδιά του συνδέσμου είναι ευθυγραμμισμένα στη σωστή κατεύθυνση. |
| Μηνύματα σφάλματος γεννήτριας | Για την επιτυχή διατήρηση ιστού με χρήση ενέργειας RF, όλες οι συσκευές πρέπει να συνδεθούν κατάλληλα και να είναι σε καλή κατάσταση λειτουργίας. | Βεβαιωθείτε ότι έχουν πραγματοποιηθεί όλες οι συνδέσεις, όπως:<br>- Σύρμα RF VersaCrossστο καλώδιο σύνδεσης<br>- Καλώδιο σύνδεσης στη Γεννήτρια RF Baylis<br>- Γεννήτρια RF Baylis στην πρίζα<br>- Γεννήτρια RF Baylis στο επίθεμα γείωσης<br><br>Επιθεωρήστε οπτικά το σύρμα RF VersaCross  και το καλώδιο σύνδεσης για ζημιές. Απορρίψτε αμέσως κάθε συσκευή που έχει υποστεί ζημιά. Εάν το πρόβλημα παραμένει, διακόψτε τη χρήση.<br><br>Για μηνύματα σφάλματος που προέκυψαν κατά την προσπάθεια παρακέντησης RF, ανατρέξτε στις Οδηγίες χρήσης που συνοδεύουν τη Γεννήτρια RF Baylis. |
| Θραύση ή συστροφή σύρματος | Τυχόν θραύσεις και συστροφές στο σύρμα RF VersaCrossαποτελούν πιθανή αιτία τραυματισμού του ασθενούς. | Απορρίψτε αμέσως. |

## XIII.       ΕΞΥΠΗΡΕΤΗΣΗ ΠΕΛΑΤΩΝ ΚΑΙ ΠΛΗΡΟΦΟΡΙΕΣ ΕΠΙΣΤΡΟΦΗΣ ΠΡΟΪΟΝΤΩΝ

Εάν αντιμετωπίζετε τυχόν προβλήματα ή έχετε ερωτήσεις σχετικά με τον εξοπλισμό της Baylis Medical, επικοινωνήστε με το προσωπικό τεχνικής υποστήριξης.

**ΣΗΜΕΙΩΣΕΙΣ:**

1. Για την επιστροφή προϊόντων, πρέπει να έχετε έναν αριθμό άδειας επιστροφής πριν την αποστολή των προϊόντων στην Baylis Medical Company. Οδηγίες επιστροφής προϊόντων θα σας δοθούν τη δεδομένη στιγμή.

2. Βεβαιωθείτε ότι κάθε προϊόν που επιστρέφεται στο Baylis Medical έχει καθαριστεί, απολυμανθεί ή/και αποστειρωθεί, όπως υποδεικνύεται στις οδηγίες επιστροφής προϊόντων πριν την επιστροφή για σέρβις με εγγύηση. Η Baylis Medical δεν θα δεχτεί κανένα τμήμα χρησιμοποιημένου εξοπλισμού που δεν έχει καθαριστεί ή απολυμανθεί κατάλληλα, σύμφωνα με τις Οδηγίες Επιστροφής Προϊόντων.

## XIV.       ΕΠΙΣΗΜΑΝΣΗ ΚΑΙ ΣΥΜΒΟΛΑ

| | | | |
|---|---|---|---|
| ▰▰▰ | Κατασκευαστής | ⧗ | Ημερομηνία λήξης |
| LOT | Αριθμός παρτίδας | ⊗ | Μην χρησιμοποιείτε τη συσκευή εάν η συσκευασία έχει υποστεί ζημιά |
| REF | Αριθμός μοντέλου | ⚠ | Προσοχή |
| ② STERILIZE | Μην επαναποστειρώνετε | ☀ | Να φυλάσσεται μακριά από το ηλιακό φως |
| ② | Μην επαναχρησιμοποιείτε | ⌇ | Μη πυρετογόνο: Το καλώδιο RF δεν είναι πυρετογόνο, εκτός εάν η συσκευασία έχει ανοιχτεί ή υποστεί ζημιά |
| STERILE \| EO | Αποστειρωμένο με χρήση οξειδίου του αιθυλενίου | 📖 | Ακολουθήστε τις Οδηγίες χρήσης |
| EC \| REP | Εξουσιοδοτημένος αντιπρόσωπος στην ΕΕ | **Rx ONLY** | **Προσοχή:** Η ομοσπονδιακή νομοθεσία (ΗΠΑ) περιορίζει την πώληση αυτής της συσκευής από ή κατόπιν εντολής ιατρού. |
| 🗑 | | **Μόνο για τα κράτη μέλη της ΕΕ:**<br>Η χρήση αυτού του συμβόλου υποδεικνύει ότι το προϊόν πρέπει να απορριφθεί με τρόπο που να συμμορφώνεται με τους τοπικούς και εθνικούς κανονισμούς. Για ερωτήσεις σχετικά με την ανακύκλωση αυτής της συσκευής, επικοινωνήστε με τον διανομέα σας. | | |

## XV.       ΠΕΡΙΟΡΙΣΜΕΝΗ ΕΓΓΥΗΣΗ – ΑΝΑΛΩΣΙΜΑ ΚΑΙ ΠΑΡΕΛΚΟΜΕΝΑ

Η Baylis Medical Company Inc. (BMC) παρέχει εγγύηση για τα προϊόντα μίας χρήσης και τα παρελκόμενα έναντι ελαττωμάτων στα υλικά και την κατασκευή.  Η BMC εγγυάται ότι τα αποστειρωμένα προϊόντα θα παραμείνουν αποστειρωμένα για το χρονικό διάστημα που αναφέρεται στην ετικέτα, εφόσον η αρχική συσκευασία παραμένει άθικτη. Σύμφωνα με αυτή την Περιορισμένη εγγύηση, εάν κάποιο καλυπτόμενο προϊόν αποδειχθεί ελαττωματικό στα υλικά ή στην κατασκευή, η BMC θα αντικαταστήσει ή θα επισκευάσει, κατά την απόλυτη και αποκλειστική της κρίση, οποιοδήποτε τέτοιο προϊόν, μείον τα έξοδα μεταφοράς και τα εργατικά που προκύπτουν από την επιθεώρηση, την απομάκρυνση ή την εκ νέου παραγγελία του προϊόντος. Η διάρκεια της εγγύησης είναι: (i) για τα προϊόντα μίας χρήσης, τη διάρκεια ζωής του προϊόντος και (ii) για τα παρελκόμενα, 90 ημέρες από την ημερομηνία αποστολής.

Αυτή η περιορισμένη εγγύηση ισχύει μόνο για νέα, γνήσια προϊόντα που παραδίδονται από το εργοστάσιο, για τα οποία έχει ακολουθηθεί η φυσιολογική και προβλεπόμενη χρήση τους.  Η Περιορισμένη Εγγύηση της BMC δεν ισχύει για προϊόντα της BMC που έχουν επαναποστειρωθεί, επισκευαστεί, αλλοιωθεί ή τροποποιηθεί με οποιονδήποτε τρόπο και δεν ισχύει για προϊόντα της BMC που έχουν αποθηκευτεί ή έχουν καθαριστεί, εγκατασταθεί, τεθεί σε λειτουργία ή συντηρηθεί ακατάλληλα αντίθετα με τις οδηγίες της BMC.

**ΑΠΟΠΟΙΗΣΗ ΚΑΙ ΠΕΡΙΟΡΙΣΜΟΣ ΕΥΘΥΝΗΣ**

Η ΠΑΡΑΠΑΝΩ ΠΕΡΙΟΡΙΣΜΕΝΗ ΕΓΓΥΗΣΗ ΕΙΝΑΙ Η ΜΟΝΑΔΙΚΗ ΕΓΓΥΗΣΗ ΠΟΥ ΠΑΡΕΧΕΤΑΙ ΑΠΟ ΤΟΝ ΠΩΛΗΤΗ. Ο ΠΩΛΗΤΗΣ ΑΠΟΠΟΙΕΙΤΑΙ ΟΛΕΣ ΤΙΣ ΑΛΛΕΣ ΕΓΓΥΗΣΕΙΣ, ΡΗΤΕΣ Ή ΣΙΩΠΗΡΕΣ, ΣΥΜΠΕΡΙΛΑΜΒΑΝΟΜΕΝΗΣ ΟΠΟΙΑΣΔΗΠΟΤΕ ΕΓΓΥΗΣΗΣ ΕΜΠΟΡΕΥΣΙΜΟΤΗΤΑΣ Ή ΚΑΤΑΛΛΗΛΟΤΗΤΑΣ ΓΙΑ ΜΙΑ ΣΥΓΚΕΚΡΙΜΕΝΗ ΧΡΗΣΗ Ή ΣΚΟΠΟ.

ΤΟ ΈΝΔΙΚΟ ΜΈΣΟ ΠΟΥ ΟΡΊΖΕΤΑΙ ΣΤΟ ΠΑΡΌΝ ΘΑ ΕΊΝΑΙ ΤΟ ΑΠΟΚΛΕΙΣΤΙΚΌ ΈΝΔΙΚΟ ΜΈΣΟ ΓΙΑ ΟΠΟΙΑΔΉΠΟΤΕ ΑΞΊΩΣΗ ΕΓΓΎΗΣΗΣ ΚΑΙ ΠΡΌΣΘΕΤΕΣ ΖΗΜΊΕΣ, ΣΥΜΠΕΡΙΛΑΜΒΑΝΟΜΈΝΩΝ ΕΠΑΚΌΛΟΥΘΩΝ ΖΗΜΙΏΝ Ή ΖΗΜΙΏΝ ΑΠΌ ΔΙΑΚΟΠΉ ΕΠΙΧΕΙΡΗΜΑΤΙΚΏΝ ΔΡΑΣΤΗΡΙΟΤΉΤΩΝ Ή ΑΠΏΛΕΙΑ ΚΕΡΔΏΝ, ΕΣΌΔΩΝ, ΥΛΙΚΏΝ, ΠΡΟΒΛΕΠΌΜΕΝΩΝ ΕΞΟΙΚΟΝΟΜΉΣΕΩΝ, ΔΕΔΟΜΈΝΩΝ, ΣΥΜΒΆΣΗΣ, ΦΉΜΗΣ ΚΑΙ ΠΕΛΑΤΕΊΑΣ (ΆΜΜΕΣΑ Ή ΈΜΜΕΣΑ) Ή ΟΠΟΙΩΝΔΉΠΟΤΕ ΆΛΛΩΝ ΖΗΜΙΏΝ,, ΔΕΝ ΘΑ ΕΊΝΑΙ ΔΙΑΘΈΣΙΜΟ. Η ΜΕΓΙΣΤΗ ΣΥΝΟΛΙΚΉ ΕΥΘΎΝΗ ΤΟΥ ΠΩΛΗΤΉ ΣΧΕΤΙΚΆ ΜΕ ΌΛΕΣ ΤΙΣ ΆΛΛΕΣ ΑΞΙΏΣΕΙΣ ΚΑΙ ΥΠΟΧΡΕΏΣΕΙΣ, ΣΥΜΠΕΡΙΛΑΜΒΑΝΟΜΈΝΩΝ ΤΩΝ ΥΠΟΧΡΕΏΣΕΩΝ ΓΙΑ ΟΠΟΙΑΔΉΠΟΤΕ ΑΠΟΖΗΜΊΩΣΗ, ΕΊΤΕ ΜΕ ΑΣΦΑΛΙΣΗ ΕΙΤΕ ΟΧΙ, ΔΕΝ ΘΑ ΥΠΕΡΒΑΙΝΕΙ ΤΟ ΚΟΣΤΟΣ ΤΩΝ ΠΡΟΪΌΝΤΩΝ. Ο ΠΩΛΗΤΉΣ ΑΠΟΠΟΙΕΊΤΑΙ ΚΆΘΕ ΕΥΘΎΝΗ ΣΧΕΤΙΚΆ ΜΕ ΤΙΣ ΔΩΡΕΆΝ ΠΛΗΡΟΦΟΡΊΕΣ Ή ΒΟΉΘΕΙΑ ΠΟΥ ΠΑΡΈΧΕΤΑΙ, ΑΛΛΆ ΔΕΝ ΑΠΑΙΤΕΊΤΑΙ ΑΠΌ ΤΟΝ ΠΩΛΗΤΉ. ΟΠΟΙΑΔΉΠΟΤΕ ΕΝΈΡΓΕΙΑ ΚΑΤΆ ΤΟΥ ΠΩΛΗΤΉ ΠΡΈΠΕΙ ΝΑ ΓΊΝΕΙ ΕΝΤΌΣ ΔΕΚΑΟΚΤΏ (18) ΜΗΝΏΝ ΑΠΌ ΤΗΝ ΕΝ ΛΌΓΩ ΑΞΊΩΣΗ. ΑΥΤΈΣ ΟΙ ΑΠΟΠΟΙΉΣΕΙΣ ΚΑΙ ΟΙ ΠΕΡΙΟΡΙΣΜΟΊ ΤΗΣ ΕΥΘΎΝΗΣ ΘΑ ΙΣΧΎΟΥΝ ΑΝΕΞΑΡΤΉΤΑ ΑΠΌ ΟΠΟΙΑΔΉΠΟΤΕ ΆΛΛΗ ΑΝΤΊΘΕΤΗ ΔΙΆΤΑΞΗ ΤΟΥ ΠΑΡΌΝΤΟΣ ΚΑΙ ΑΝΕΞΆΡΤΗΤΑ ΑΠΌ ΤΗ ΜΟΡΦΉ ΕΝΈΡΓΕΙΑΣ, ΕΊΤΕ ΣΕ ΣΎΜΒΑΣΗ, ΑΔΙΚΟΠΡΑΞΊΑ (ΣΥΜΠΕΡΙΛΑΜΒΑΝΟΜΈΝΗΣ ΤΗΣ ΑΜΈΛΕΙΑΣ ΚΑΙ ΤΗΣ ΑΥΣΤΗΡΉΣ ΕΥΘΎΝΗΣ) ΕΊΤΕ ΑΛΛΏΣ, ΚΑΙ ΘΑ ΕΠΕΚΤΑΘΕΊ ΠΕΡΑΊΤΕΡΩ ΠΡΟΣ ΌΦΕΛΟΣ ΤΩΝ ΠΩΛΗΤΏΝ, ΔΙΑΝΟΜΈΩΝ ΚΑΙ ΆΛΛΩΝ ΕΞΟΥΣΙΟΔΟΤΗΜΈΝΩΝ ΜΕΤΑΠΩΛΗΤΏΝ ΤΟΥ ΠΩΛΗΤΉ ΩΣ ΔΙΚΑΙΟΎΧΟΙ ΤΡΊΤΩΝ. ΚΆΘΕ ΔΙΆΤΑΞΗ ΤΟΥ ΠΑΡΌΝΤΟΣ ΠΟΥ ΠΡΟΒΛΈΠΕΙ ΠΕΡΙΟΡΙΣΜΌ ΕΥΘΎΝΗΣ, ΑΠΟΠΟΊΗΣΗ ΕΓΓΎΗΣΗΣ Ή ΠΡΟΫΠΌΘΕΣΗ Ή ΑΠΟΚΛΕΙΣΜΌ ΖΗΜΙΏΝ ΕΊΝΑΙ ΔΙΑΚΡΙΤΉ ΚΑΙ ΑΝΕΞΆΡΤΗΤΗ ΑΠΌ ΟΠΟΙΑΔΉΠΟΤΕ ΆΛΛΗ ΔΙΆΤΑΞΗ ΚΑΙ ΠΡΕΠΕΙ ΝΑ ΕΠΙΒΆΛΛΕΤΑΙ ΩΣ ΤΕΤΟΙΑ.

**Για οποιαδήποτε αξίωση ή αγωγή που προκύπτει από την ισχυριζόμενη παραβίαση της εγγύησης, παραβίαση της σύμβασης, αμέλεια, ελαττωματικότητα του προϊόντος ή οποιαδήποτε άλλη νομική ή σύμφωνη με τις αρχές του δικαίου θεωρία, ο αγοραστής συμφωνεί ρητά ότι η BMC δεν είναι υπεύθυνη για αποζημίωση για απώλεια κερδών ή εσόδων, είτε από τον αγοραστή είτε από τους πελάτες του αγοραστή. Η ευθύνη της BMC περιορίζεται στο κόστος αγοράς για τον αγοραστήτων συγκεκριμένων αγαθών που πωλούνται από την BMC στον αγοραστή και τα οποία εγείρουν την αξίωση για ευθύνη.**

Κανένας εκπρόσωπος, υπάλληλος ή αντιπρόσωπος της Baylis Medical δεν έχει την εξουσιοδότηση να δεσμεύει την εταιρεία με οποιαδήποτε άλλη εγγύηση, επιβεβαίωση ή εκπροσώπηση που αφορά το προϊόν.

Η παρούσα εγγύηση ισχύει μόνο για τον αρχικό αγοραστή των προϊόντων της Baylis Medical απευθείας από εξουσιοδοτημένο αντιπρόσωπο της Baylis Medical. Ο αρχικός αγοραστής δεν μπορεί να μεταβιβάσει την εγγύηση.

Η χρήση οποιουδήποτε προϊόντος BMC θεωρείται αποδοχή των όρων και προϋποθέσεων του παρόντος.

Οι περίοδοι εγγύησης για προϊόντα της Baylis Medical είναι οι εξής:

| | |
|---|---|
| Προϊόντα μίας χρήσης | Η διάρκεια ζωής του προϊόντος |
| Παρελκόμενα | 90 ημέρες από την ημερομηνία αποστολής |

**Русский**

Название «Baylis Medical» и логотип «Baylis Medical» являются товарными знаками компании Baylis Medical Technologies Inc.

Внимательно прочтите все инструкции перед использованием. Соблюдайте все противопоказания, предупреждения и меры предосторожности, указанные в данных инструкциях. Невыполнение этого требования может привести к осложнениям у пациента.

**Внимание!** Федеральный закон (США) ограничивает продажу этого устройства врачам или по назначению врача.

Компания Baylis Medical Company полагается на врача в вопросах определения, оценки и информирования каждого конкретного пациента обо всех прогнозируемых рисках процедуры.

**I.    ОПИСАНИЕ УСТРОЙСТВА**
В упаковку РЧ-проводника VersaCross™ входят одноразовый РЧ-проводник VersaCross и одноразовый соединительный кабель Baylis (далее — «Соединительный кабель»). Радиочастотный проводник VersaCross следует использовать только с утвержденным пункционным радиочастотным генератором компании Baylis RFP-100A (далее — «РЧ-генератор Baylis») и соединительным кабелем.

Радиочастотный проводник VersaCross подает радиочастотную (РЧ) энергию в монополярном режиме между своим дистальным электродом и доступной в продаже внешней одноразовой прокладкой с индифферентным (дисперсионным) электродом (DIP), который соответствует требованиям IEC 60601-2-2. Соединительный кабель служит для подключения РЧ-генератора Baylis к РЧ-проводнику VersaCross. Соединительный кабель позволяет подавать РЧ-энергию от РЧ-генератора Baylis на РЧ-проводник VersaCross. Подробная информация о РЧ-генераторе Baylis содержится в отдельном руководстве, прилагаемом к оборудованию (инструкции по эксплуатации пункционного радиочастотного генератора Baylis Medical Company).

Размеры РЧ-проводника VersaCross и соединительного кабеля указаны на этикетках изделия. Изоляция корпуса РЧ-проводника VersaCross обеспечивает плавное продвижение устройства и электрическую изоляцию. Гибкая дистальная часть РЧ-проводника VersaCross имеет изгиб, активный наконечник закруглен, чтобы не травмировать сердечную ткань без подачи РЧ-энергии. На дистальном конце располагается рентгеноконтрастная и эхогенная маркерная спираль для визуализации во время манипуляции. Основной корпус РЧ-проводника VersaCross обеспечивает жесткую основу для продвижения вспомогательных устройств в левое предсердие после формирования дефекта межпредсердной перегородки. По длине РЧ-проводника VersaCross нанесены видимые маркеры для помощи при совмещении кончика проводника с комплектом совместимого транссептального интродьюсера и (или) дилататора (например, комплектом транссептального интродьюсера VersaCross). Проксимальный конец РЧ-проводника VersaCross изготовлен из оголенного металла и предназначен для подключения только к прилагаемому соединительному кабелю, его нельзя подключать к устройствам для электрокоагуляции или электрохирургическому оборудованию. Другой конец соединительного кабеля подключается к РЧ-генератору Baylis.

**II.    ПОКАЗАНИЯ К ПРИМЕНЕНИЮ**
Радиочастотный проводник VersaCross используется для формирования дефекта межпредсердной перегородки в сердце.

**III.    ПРОТИВОПОКАЗАНИЯ**
Радиочастотный проводник VersaCross не рекомендуется использовать при любых состояниях, не требующих формирования дефекта межпредсердной перегородки. Соединительный кабель не рекомендуется использовать с любым другим РЧ-генератором Baylis или любым другим устройством.

**В ЕС:** Радиочастотный проводник VersaCross не предназначен для применения у новорожденных в возрасте до одного месяца.

**IV.    ПРЕДУПРЕЖДЕНИЯ**
- Это устройство должны использовать только врачи, хорошо разбирающиеся в ангиографии и чрескожных интервенционных процедурах. Перед проведением новых интервенционных процедур врачам рекомендуется пройти доклиническую подготовку, ознакомиться с соответствующей литературой и получить иное соответствующее обучение.
- Радиочастотный проводник VersaCross и соединительный кабель поставляются СТЕРИЛЬНЫМИ, стерилизация осуществляется этиленоксидом. Не используйте устройство, если упаковка повреждена.
- Лабораторный персонал и пациенты могут подвергаться значительному рентгеновскому облучению во время процедур РЧ-пункции из-за постоянного использования рентгеноскопической визуализации. Это облучение может привести к острой лучевой болезни, а также к повышенному риску соматических и генетических эффектов. Следовательно, необходимо принять надлежащие меры для сведения данного воздействия к минимуму.
- Радиочастотный проводник VersaCross и соединительный кабель предназначены только для применения у одного пациента. Не пытайтесь стерилизовать и повторно использовать любое из данных устройств. Повторное использование может привести к травмированию пациента и (или) передаче инфекционных заболеваний от одного пациента к другому. Повторное использование может привести к осложнениям у пациента.
- Радиочастотный проводник VersaCross необходимо использовать с прилагаемым соединительным кабелем. Попытки использования с другими соединительными кабелями могут привести к поражению пациента и (или) оператора электрическим током.
- Не используйте РЧ-проводник VersaCross с устройствами для электрокоагуляции, генераторами, соединительными кабелями или принадлежностями для электрохирургического оборудования, так как данные попытки могут привести к травмированию пациента и (или) оператора.
- Соединительный кабель должен использоваться только с РЧ-генератором Baylis RFP-100A и входящим в комплект РЧ-проводником VersaCross. Попытки использовать его с другими РЧ-генераторами и устройствами могут привести к поражению электрическим током пациента и (или) оператора.
- Радиочастотный проводник VersaCross необходимо использовать с совместимым транссептальным интродьюсером 0,035 дюйма и (или) дилататором. Использование несовместимых принадлежностей может стать причиной повреждения РЧ-проводника VersaCross или принадлежности, что может привести к травмированию пациента.
- Применение РЧ-проводника VersaCross допущено только для транссептальной пункции с использованием дилататоров VersaCross, которые, как было показано, обеспечивают требуемую производительность для оптимальной функции устройства.
- Активный наконечник и дистальный изгиб РЧ-проводника VersaCross являются хрупкими. Соблюдайте осторожность, чтобы не повредить дистальный наконечник РЧ-проводника VersaCross при манипуляциях. При повреждении наконечника или дистального изгиба в любое время при применении изделия немедленно прекратите использование РЧ-проводник VersaCross. Не пытайтесь выпрямить активный наконечник, если он погнулся. Повреждение устройства может привести к травмированию пациента.
- Радиочастотный проводник VersaCross не предназначен для применения у новорожденных пациентов (то есть у пациентов в возрасте до одного месяца). Не пытайтесь применять РЧ-проводник VersaCross для лечения новорожденных.
- Не пытайтесь проводить или извлекать РЧ-проводник VersaCross через металлические канюли и чрескожные иглы, так как это может привести к повреждению устройства и травмированию пациента.

**V.    МЕРЫ ПРЕДОСТОРОЖНОСТИ**
- Не пытайтесь использовать РЧ-проводник VersaCross и соединительный кабель без внимательного ознакомления с прилагаемой инструкцией по применению.
- Процедуры РЧ-пункции должны выполняться только врачами, хорошо обученными технике РЧ-пункции, в полностью оборудованной катетеризационной лаборатории.
- Перед использованием необходимо визуально осмотреть стерильную упаковку. Не используйте устройства при нарушении целостности или повреждении упаковки.
- Визуально осмотрите РЧ-проводник VersaCross и соединительный кабель перед применением, чтобы убедиться в отсутствии трещин или повреждений изоляционного материала. Не используйте проводник или кабель при наличии повреждений.
- Не используйте РЧ-проводник VersaCross и (или) соединительный кабель после даты окончания срока годности, указанной на этикетке.
- Радиочастотный проводник VersaCross и соединительный кабель предназначены для применения только с устройствами, перечисленными в разделе VIII «Требуемое оборудование».
- Прочтите и следуйте инструкции по эксплуатации производителя электрода DIP. Всегда используйте DIP-электроды, которые соответствуют требованиям IEC 60601-2-2 или превосходят их.
- Размещение электрода DIP на бедре может быть связано с более высоким сопротивлением.
- Во избежание риска воспламенения убедитесь, что во время подачи РЧ-энергии в помещении нет легковоспламеняющихся материалов.
- Примите меры предосторожности, чтобы ограничить влияние электромагнитных помех (ЭМП), создаваемых РЧ-генератором Baylis, на работу другого оборудования. Проверьте совместимость и безопасность комбинаций другого оборудования мониторинга физиологических функций и электрического оборудования, которое будет использоваться у пациента помимо РЧ-генератора Baylis.
- Для обеспечения непрерывного мониторинга поверхностной электрокардиограммы (ЭКГ) во время применения РЧ-энергии требуется использование достаточной фильтрации.
- Не пытайтесь провести проксимальный конец РЧ-проводника VersaCross и использовать его в качестве активного наконечника.
- Не сгибайте РЧ-проводник VersaCross или соединительный кабель. Чрезмерный изгиб или перекручивание стержня проводника, дистального изгиба проводника и (или) соединительного кабеля могут привести к нарушению целостности компонентов устройства и травмированию пациента. При обращении с РЧ-проводником и соединительным кабелем VersaCross необходимо соблюдать осторожность.
- Манипуляции с РЧ-проводником VersaCross следует выполнять с осторожностью во избежание травмирования сосудов. При ощущении сопротивления НЕ применяйте чрезмерную силу для продвижения или извлечения РЧ-проводника VersaCross или дополнительного комплекса интродьюсера/дилататора. Чрезмерное усилие может привести к изгибу или перекручиванию устройства, что ограничит продвижение и извлечение интродьюсера и (или) дилататора.
- Радиочастотный проводник VersaCross и дополнительный комплекс интродьюсера/дилататора следует продвигать под визуализационным контролем. Визуальные маркеры на корпусе проводника являются лишь приблизительным ориентиром для позиционирования кончика проводника относительно дистального конца дилататора.
- Не пытайтесь подавать РЧ-энергию, пока не будет подтвержден надлежащий контакт активного наконечника РЧ-проводника VersaCross с целевой тканью.
- Избегайте подачи РЧ-энергии на РЧ-проводник VersaCross с несовместимым дилататором или канюлей, так как это может привести к ожогам у пациента, неэффективности пункции или невозможности пункции.
- Не рекомендуется применять более пяти (5) подач РЧ-энергии на РЧ-проводник VersaCross.
- Не отсоединяйте соединительный кабель от РЧ-генератора Baylis в момент подачи РЧ-энергии.

- Не отсоединяйте соединительный кабель от РЧ-генератора Baylis, потянув за кабель. Неправильное отсоединение кабеля может привести к его повреждению.
- Не перекручивайте соединительный кабель, подключая или отключая его от изолированного штекера пациента на РЧ-генераторе Baylis. Перекручивание кабеля может привести к повреждению контактных штекеров.
- РЧ-генератор Baylis способен подавать значительную электрическую мощность. Неправильное обращение с РЧ-проводником VersaCross и (или) DIP-электродом, особенно при работе с устройством, может привести к травмированию пациента или оператора.
- Во время подачи энергии нельзя допускать контакта пациента с заземленными металлическими поверхностями.
- Кажущаяся низкая выходная мощность или невозможность надлежащей работы оборудования при обычных настройках могут указывать на неправильное наложение электрода DIP, неисправность электрического контакта или плохой контакт активного наконечника с тканями. Проверьте наличие явных дефектов оборудования или неправильного применения. Попробуйте установить активный наконечник РЧ-проводника VersaCross в лучшее положение на межпредсердной перегородке. Увеличивайте мощность только в том случае, если сохраняется низкая выходная мощность.
- При выполнении манипуляции под контролем электроанатомического картирования рекомендуется также применять альтернативные методы визуализации на случай утраты видимости изделия.

## VI.    ТЕХНИЧЕСКИЕ ХАРАКТЕРИСТИКИ ПРОДУКТА

| Продукт | Радиочастотный проводник VersaCross | Продукт | Соединительный кабель RFP 100A |
|---|---|---|---|
| Длина | 180 или 230 см | Полезная длина | 10 футов/3 м |
| Диаметр проводника | 0,035 дюйма/0,89 мм | Штекер генератора | 4-контактный (3-контактный) |
| Диаметр изгиба | J-образный наконечник 9 мм или наконечник «пигтейл» 24 мм | Штекер устройства | Кнопка без фиксации |

## VII.    НЕЖЕЛАТЕЛЬНЫЕ ЯВЛЕНИЯ

Нежелательные явления, которые могут возникнуть при формировании дефекта межпредсердной перегородки:

- тампонада;
- перфорация сосуда;
- спазм сосудов;
- кровотечение;
- гематома;
- боль и болезненность;
- тахикардия;
- застревание/блокировка проводника;

- сепсис/инфекция;
- фибрилляция предсердий;
- устойчивые аритмии;
- тромбоз сосудов;
- аллергическая реакция на контрастное вещество;
- артериовенозная фистула;
- травмирование сосудов;
- инородное тело/облом проводника;

- эпизоды тромбоэмболии;
- инфаркт миокарда;
- трепетание предсердий;
- перфорация миокарда;
- желудочковая тахикардия;
- перикардиальный выпот;
- дополнительная хирургическая процедура.

## VIII.    ТРЕБУЕМОЕ ОБОРУДОВАНИЕ

Радиочастотные трансептальные процедуры должны выполняться в условиях специализированных клиник, оснащенных соответствующим оборудованием для визуализации и совместимым оборудованием для обследований, столом, оборудованием для эхокардиографии, регистратором физиологических параметров, оборудованием для оказания неотложной помощи и инструментами для выполнения сосудистого доступа. Вспомогательные материалы, необходимые для выполнения этой процедуры:

- РЧ-генератор Baylis RFP-100A;
- совместимый трансептальный интродьюсер и (или) дилататор 0,035 дюйма;
- электрод DIP, который соответствует требованиям IEC 60601-2-2 для электрохирургических электродов или превосходит их;
- кабель DuoMode™ для использования с системами электроанатомического картирования.

## IX.    ПРОВЕРКА ПЕРЕД ИСПОЛЬЗОВАНИЕМ

Перед выполнением процедуры тщательно проверьте РЧ-проводник VersaCross и входящий в комплект соединительный кабель, а также все оборудование, используемое при процедуре, включая РЧ-генератор Baylis, на наличие повреждений или дефектов. Не используйте неисправное оборудование. Не используйте РЧ-проводник VersaCross и (или) соединительный кабель повторно.

## X.    УКАЗАНИЯ ПО ПРИМЕНЕНИЮ

- Необходимо внимательно прочесть, понять и соблюдать все инструкции к требуемому оборудованию. Невыполнение этого требования может привести к осложнениям.
- Радиочастотный проводник VersaCross и соединительный кабель поставляются стерильными. Соблюдайте правила асептики при вскрытии упаковки и выполняйте манипуляции с изделием в стерильном поле.
- Подключите конец штекера генератора кабеля DuoMode к изолированному порту пациента на РЧ-генераторе Baylis в соответствии с инструкцией по эксплуатации РЧ-генератора Baylis. Аккуратно совместите контакты штекера с гнездом и надавите, пока штекер плотно не войдет в гнездо. Любая попытка подключить кабель иным образом приведет к повреждению контактов штекера.
- Не применяйте избыточных усилий при подключении соединительного кабеля к РЧ-генератору Baylis. Чрезмерные усилия могут привести к повреждению контактов штекера.
- Тщательно промойте трансептальный интродьюсер и (или) дилататор (не входят в комплект поставки).
- Выполните стандартную пункцию вены в требуемом участке доступа иглой для венозного доступа (не входит в комплект поставки).
- Трансептальный интродьюсер и (или) дилататор обычно вводятся через область доступа, после чего проводятся по проводнику с позиционированием в верхней полой вене (ВПВ) под визуализационным контролем. Для этой цели можно использовать РЧ-проводник VersaCross.

- Если РЧ-проводник VersaCross не использовался для проведения интродьюсера в ВПВ, извлеките проводник и проведите РЧ-проводник VersaCross с прилагающимся выпрямителем наконечника.
- Проведите РЧ-проводник VersaCross через комплект интродьюсера/дилататора, пока кончик проводника не окажется точно внутри наконечника дилататора. Видимые маркеры на корпусе проводника могут использоваться для облегчения позиционирования кончика проводника относительно дистального конца дилататора.
- Крепко удерживайте катетерный конец штекера соединительного кабеля одной рукой. Большим пальцем нажмите красную кнопку в верхней части штекера. Медленно вставьте проксимальный конец РЧ-проводника VersaCross в отверстие штекера катетера. Как только открытая часть проксимального конца устройства больше не будет видна, отпустите красную кнопку на штекере. Осторожно потяните за устройство, чтобы убедиться в надежности соединения.
- Расположите наконечник блока для транссептальной пункции (РЧ-проводник, интродьюсер, дилататор) в правом предсердии вплотную к овальной ямке под соответствующим визуализационным контролем, включая, помимо прочего, рентгеноскопическое, эхокардиографическое и (или) электроанатомическое картирование с использованием стандартных методик.
- ПРИМЕЧАНИЕ. При выполнении манипуляции под контролем электроанатомического картирования рекомендуется подтвердить размещение наконечника и натяжение перегородки с помощью эхокардиографии или другого метода визуализации.
- Нажмите на дилататор для создания натяжения перегородки и овальной ямки.
- Продвиньте РЧ-проводник VersaCross, чтобы активный наконечник коснулся перегородки в области овальной ямки, оставаясь при этом внутри дилататора.
- После достижения нужного положения подайте РЧ-энергию РЧ-генератором Baylis на активный наконечник. Это приводит к пункции целевой сердечной ткани. Обратитесь к инструкции по эксплуатации РЧ-генератора Baylis, где описаны правила работы с генератором.
- При подаче РЧ-энергии не ослабляйте давление на РЧ-проводник VersaCross для успешного продвижения РЧ-проводника VersaCross через ткань.
- ПРИМЕЧАНИЕ. Используйте самые низкие подходящие РЧ-настройки для выполнения требуемой пункции.
  - Для RFP-100A: было показано, что начальной настройки РЧ от одной (1) секунды в режиме PULSE (ИМПУЛЬСНЫЙ) до двух (2) секунд в режиме CONSTANT (ПОСТОЯННЫЙ) достаточно для успешной пункции.
- Подача РЧ-энергии может быть прекращена нажатием кнопки ВКЛ/ВЫКЛ. РЧ на РЧ-генераторе Baylis, если время таймера не истекло.
- Вход в левое предсердие можно подтвердить, наблюдая за РЧ-проводником VersaCross с помощью соответствующего метода визуализационного контроля. Также рекомендуется контроль методом эхокардиографии.
- Если пункция перегородки не увенчалась успехом после пяти (5) применений РЧ-энергии, пользователю рекомендуется использовать альтернативный метод для выполнения процедуры.
- После успешного выполнения пункции РЧ-проводник VersaCross должен продвигаться механически без подачи РЧ-энергии. Положение в левом предсердии будет достаточным, когда весь дистальный изгиб и гибкая часть пройдут через перегородку и будут видны в левом предсердии. Также рекомендуется контроль методом эхокардиографии.
- После этого по РЧ-проводнику VersaCross можно провести дилататор для расширения области пункции.
- Для отключения РЧ-проводника VersaCross от соединительного кабеля нажмите на красную кнопку на штекере катетера и осторожно вытяните проксимальный конец РЧ-проводника VersaCross из соединительного кабеля.
- Чтобы отключить соединительный кабель от РЧ-генератора Baylis, надежно удерживайте штекер и аккуратно вытяните его из гнезда.
- Медленно извлеките РЧ-проводник VersaCross через комплект транссептального интродьюсера и (или) дилататора.

### Разъемы



РЧ-генератор Baylis

Одноразовый соединительный кабель

Прокладка заземления DIP

Радиочастотный проводник VersaCross (показана модель «пигтейл»)

Педаль (дополнительно)

## XI.    УКАЗАНИЯ ПО ОЧИСТКЕ И СТЕРИЛИЗАЦИИ

Радиочастотный проводник VersaCross и соединительный кабель предназначены только для однократного применения. Не очищайте и не стерилизуйте повторно РЧ-проводник VersaCross и (или) соединительный кабель.

## XII.    ПОИСК И УСТРАНЕНИЕ НЕИСПРАВНОСТЕЙ

Следующая таблица приводится с целью помощи пользователю в выявлении потенциальных проблем.

| ПРОБЛЕМА | КОММЕНТАРИИ | ПОИСК И УСТРАНЕНИЕ НЕИСПРАВНОСТЕЙ |
|---|---|---|
| Соединительный кабель не входит в изолированный штекер пациента на передней панели генератора | Разъемы могут быть подключены только одним способом из соображений безопасности. Если «ключи» разъемов не соответствуют друг другу, разъемы не будут подходить друг к другу. | Убедитесь, что ключи разъемов совмещены в правильной ориентации. |
| Сообщения об ошибках генератора | Для успешной перфорации ткани с помощью РЧ-энергии все устройства должны быть | Убедитесь, что выполнены все соединения, то есть: |

| | | |
|---|---|---|
| правильно подключены и находиться в исправном рабочем состоянии. | - от РЧ-проводника VersaCross к соединительному кабелю;<br>- от соединительного кабеля к РЧ-генератору Baylis;<br>- от РЧ-генератора Baylis в розетке электропитания;<br>- от РЧ-генератора Baylis к прокладке заземления.<br><br>Визуально осмотрите РЧ-проводник VersaCross и соединительный кабель на наличие повреждений. Немедленно утилизируйте все поврежденные устройства. Если проблема сохраняется, прекратите использование.<br><br>Сообщения об ошибках, возникающие при попытке РЧ-пункции, приводятся в инструкции по эксплуатации, прилагаемой к РЧ-генератору Baylis. | |
| **Надломы или перегибы проводника** | Надломы и перегибы РЧ-проводника VersaCross могут привести к травмированию пациента. | Немедленно утилизируйте. |

## XIII.     ОБСЛУЖИВАНИЕ КЛИЕНТОВ И ИНФОРМАЦИЯ О ВОЗВРАТЕ ТОВАРА

При наличии каких-либо проблем или вопросов об оборудовании компании Baylis Medical свяжитесь с нашим персоналом технической поддержки.

### ПРИМЕЧАНИЯ
1. Для возврата товара необходимо получить номер разрешения на возврат до отправки товара в Baylis Medical Company. При этом вам будут предоставлены инструкции по возврату товара.
2. Убедитесь, что любое изделие, возвращаемое компании Baylis Medical, было подвергнуто очистке, деконтаминации и стерилизации в соответствии с инструкцией пользователя перед отправкой для гарантийного обслуживания. Компания Baylis Medical не примет какое-либо бывшее в употреблении оборудование, не прошедшее надлежащую очистку и деконтаминацию в соответствии с инструкцией по возврату продукта.

## XIV.     МАРКИРОВКА И СИМВОЛЫ

| | | | |
|---|---|---|---|
| | Производитель | | Использовать до |
| **LOT** | Номер партии | | Не используйте, если упаковка повреждена |
| **REF** | Номер модели | ! | Внимание |
| | Не стерилизовать повторно | | Беречь от солнечного света |
| | Не использовать повторно | | Апирогенно: РЧ-проводник является апирогенным, если упаковка не вскрыта или не повреждена |
| **STERILE EO** | Стерилизовано этиленоксидом | | Следуйте инструкции по применению |
| **EC REP** | Уполномоченный представитель в ЕС | **Rx ONLY** | **Внимание!** Федеральный закон (США) ограничивает продажу этого устройства врачам или по назначению врача. |

**Только для стран — членов ЕС**

Использование этого символа указывает на то, что изделие необходимо утилизировать в соответствии с местными и национальными требованиями. Обратитесь к вашему дистрибьютору по вопросам утилизации данного устройства

## XV.     ОГРАНИЧЕННАЯ ГАРАНТИЯ — РАСХОДНЫЕ МАТЕРИАЛЫ И ПРИНАДЛЕЖНОСТИ

Компания Baylis Medical Company Inc. (BMC) гарантирует отсутствие дефектов материалов и изготовления в своих одноразовых изделиях и принадлежностях. Компания BMC гарантирует стерильность изделий в течение периода времени, указанного на этикетке, при условии что оригинальная упаковка не повреждена. В соответствии с настоящей ограниченной гарантией, если будет доказано, что какое-либо изделие, на который распространяется действие гарантии, имеет дефекты материалов или изготовления, компания BMC заменит или отремонтирует по своему абсолютному и единоличному усмотрению любое такое изделие, за вычетом любых затрат компании BMC на транспортировку и оплату труда в связи с проверкой, изъятием или возвратом изделия. Срок гарантии составляет: (i) для одноразовых изделий — срок годности изделия; и (ii) для принадлежностей — 90 дней с даты отгрузки.

Настоящая ограниченная гарантия распространяется только на новые оригинальные изделия, поставляемые с завода, которые использовались обычным образом в соответствии с предусмотренным применением. Ограниченная гарантия компании BMC не распространяется на изделия компании BMC, которые были повторно стерилизованы, отремонтированы, изменены или каким-либо образом модифицированы, и не распространяется на изделия компании BMC при неправильном хранении, очистке, установке, эксплуатации или обслуживании в нарушение инструкций компании BMC.

### ЗАЯВЛЕНИЕ ОБ ОГРАНИЧЕНИИ ОТВЕТСТВЕННОСТИ
**ПРИВЕДЕННАЯ ВЫШЕ ОГРАНИЧЕННАЯ ГАРАНТИЯ ЯВЛЯЕТСЯ ЕДИНСТВЕННОЙ ГАРАНТИЕЙ, ПРЕДОСТАВЛЯЕМОЙ ПРОДАВЦОМ. ПРОДАВЕЦ ОТКАЗЫВАЕТСЯ ОТ ВСЕХ ДРУГИХ ГАРАНТИЙ, ЯВНЫХ ИЛИ ПОДРАЗУМЕВАЕМЫХ, ВКЛЮЧАЯ ЛЮБЫЕ ГАРАНТИИ ТОВАРНОЙ ПРИГОДНОСТИ ИЛИ ПРИГОДНОСТИ ДЛЯ КОНКРЕТНОГО ИСПОЛЬЗОВАНИЯ ИЛИ ЦЕЛИ.**
**ГАРАНТИЙНЫЕ МЕРЫ, ИЗЛОЖЕННЫЕ В НАСТОЯЩЕМ ДОКУМЕНТЕ, ЯВЛЯЮТСЯ ИСКЛЮЧИТЕЛЬНЫМИ МЕРАМИ ПРИ ЛЮБЫХ ПРЕТЕНЗИЯХ ПО ГАРАНТИИ И НЕ**

**РАСПРОСТРАНЯЮТСЯ НА ДОПОЛНИТЕЛЬНЫЙ УЩЕРБ, ВКЛЮЧАЯ КОСВЕННЫЕ УБЫТКИ ИЛИ УЩЕРБ, СВЯЗАННЫЙ С ПРЕРЫВАНИЕМ ДЕЛОВОЙ АКТИВНОСТИ, ИЛИ ПОТЕРЕЙ ПРИБЫЛИ, ДОХОДА, МАТЕРИАЛОВ, ОЖИДАЕМОЙ ЭКОНОМИИ, ДАННЫХ, КОНТРАКТОВ, ДЕЛОВОЙ РЕПУТАЦИИ И Т. П. (ПРЯМОЙ ИЛИ КОСВЕННЫЙ ПО ХАРАКТЕРУ), ИЛИ ЛЮБЫЕ ДРУГИЕ ФОРМЫ СЛУЧАЙНОГО ИЛИ КОСВЕННОГО УЩЕРБА ЛЮБОГО РОДА. МАКСИМАЛЬНАЯ СОВОКУПНАЯ ОТВЕТСТВЕННОСТЬ ПРОДАВЦА ОТНОСИТЕЛЬНО ВСЕХ ДРУГИХ ПРЕТЕНЗИЙ И ОБЯЗАТЕЛЬСТВ, ВКЛЮЧАЯ ЛЮБЫЕ ОБЯЗАТЕЛЬСТВА ПО ВОЗМЕЩЕНИЮ, ПЕРЕД ЗАСТРАХОВАННЫМИ И НЕ ЗАСТРАХОВАННЫМИ ЛИЦАМИ, НЕ БУДЕТ ПРЕВЫШАТЬ СТОИМОСТЬ ИЗДЕЛИЙ, ЯВЛЯЮЩИХСЯ ПРИЧИНОЙ ПРЕТЕНЗИИ ИЛИ ОТВЕТСТВЕННОСТИ. ПРОДАВЕЦ ОТКАЗЫВАЕТСЯ ОТ ЛЮБОЙ ОТВЕТСТВЕННОСТИ В ОТНОШЕНИИ БЕСПЛАТНОЙ ИНФОРМАЦИИ ИЛИ ПОМОЩИ, ПРЕДОСТАВЛЯЕМОЙ ПРОДАВЦОМ, НО НЕ ТРЕБУЕМОЙ ОТ ПРОДАВЦА В ДАННОМ СЛУЧАЕ. ЛЮБОЙ ИСК В ОТНОШЕНИИ ПРОДАВЦА ДОЛЖЕН БЫТЬ ПРЕДЪЯВЛЕН В ТЕЧЕНИЕ ВОСЕМНАДЦАТИ (18) МЕСЯЦЕВ С ДАТЫ СОБЫТИЯ, ПОСЛУЖИВШЕГО ПРИЧИНОЙ ИСКА. НАСТОЯЩИЕ ОТКАЗЫ ОТ ОТВЕТСТВЕННОСТИ И ОГРАНИЧЕНИЯ ОТВЕТСТВЕННОСТИ ПРИМЕНЯЮТСЯ НЕЗАВИСИМО ОТ ЛЮБЫХ ДРУГИХ ПРОТИВОРЕЧИВЫХ ПОЛОЖЕНИЙ И НЕЗАВИСИМО ОТ ФОРМЫ ИСКА, ВКЛЮЧАЯ ИСКИ ПО ПОВОДУ КОНТРАКТОВ, ПРАВОНАРУШЕНИЙ (ВКЛЮЧАЯ НЕБРЕЖНОСТЬ И СТРОГУЮ ОТВЕТСТВЕННОСТЬ) ИЛИ ИНЫЕ ИСКИ, И ТАКЖЕ РАСПРОСТРАНЯЮТСЯ НА ПОСТАВЩИКОВ ПРОДАВЦА, НАЗНАЧЕННЫХ ДИСТРИБЬЮТОРОВ И ДРУГИХ УПОЛНОМОЧЕННЫХ ТОРГОВЫХ ПРЕДСТАВИТЕЛЕЙ КАК СТОРОННИХ БЕНЕФИЦИАРОВ. КАЖДОЕ ПОЛОЖЕНИЕ НАСТОЯЩЕГО ЗАЯВЛЕНИЯ ОБ ОГРАНИЧЕНИИ ОТВЕТСТВЕННОСТИ, ОТКАЗЕ ОТ ГАРАНТИЙ ИЛИ УСЛОВИЯХ ИЛИ ИСКЛЮЧЕНИЯХ ВОЗМЕЩЕНИЯ УБЫТКОВ, ЯВЛЯЕТСЯ ОТДЕЛИМЫМ И НЕЗАВИСИМЫМ ОТ ЛЮБЫХ ДРУГИХ ПОЛОЖЕНИЙ И ДОЛЖНО ПРИМЕНЯТЬСЯ В ДАННОМ КАЧЕСТВЕ.**
**ПРИ ЛЮБЫХ ПРЕТЕНЗИЯХ ИЛИ СУДЕБНЫХ ПРОЦЕССАХ О ВОЗМЕЩЕНИИ УЩЕРБА, СВЯЗАННЫХ С ПРЕДПОЛАГАЕМЫМ НАРУШЕНИЕМ ГАРАНТИИ, НАРУШЕНИЕМ ДОГОВОРА, НЕБРЕЖНОСТЬЮ, ОТВЕТСТВЕННОСТЬЮ ЗА КАЧЕСТВО ПРОДУКЦИИ ИЛИ ЛЮБОЙ ДРУГОЙ ПРАВОВОЙ ИЛИ ИМЕЮЩЕЙ ЗАКОННУЮ СИЛУ ТЕОРИЕЙ, ПОКУПАТЕЛЬ ПРЯМО СОГЛАШАЕТСЯ С ТЕМ, ЧТО КОМПАНИЯ BMC НЕ НЕСЕТ ОТВЕТСТВЕННОСТИ ЗА УЩЕРБ ИЛИ УПУЩЕННУЮ ВЫГОДУ ДЛЯ ПОКУПАТЕЛЯ ИЛИ КЛИЕНТОВ ПОКУПАТЕЛЯ. ОТВЕТСТВЕННОСТЬ КОМПАНИИ BMC ОГРАНИЧИВАЕТСЯ СТОИМОСТЬЮ ПРИОБРЕТЕНИЯ ПОКУПАТЕЛЕМ УКАЗАННЫХ ТОВАРОВ, ПРОДАННЫХ КОМПАНИЕЙ BMC ПОКУПАТЕЛЮ, В ОТНОШЕНИИ КОТОРЫХ ВОЗНИКАЕТ ТРЕБОВАНИЕ ОБ ОТВЕТСТВЕННОСТИ.**

Никакие агенты, сотрудники или представители компании Baylis Medical не имеют полномочий связывать Компанию какой-либо другой гарантией, подтверждением или представлением в отношении изделия.

Настоящая гарантия распространяется только на первоначального покупателя продукции компании Baylis Medical непосредственно у уполномоченного представителя компании Baylis Medical. Первоначальный покупатель не вправе передавать гарантию.

Использование любого изделия компании BMC считается принятием настоящих условий.

Гарантийные сроки на продукцию компании Baylis Medical следующие:

| | |
|---|---|
| Одноразовые изделия | В течение срока годности изделия |
| Принадлежности | 90 дней с даты отгрузки |

# EXHIBIT 21

11/7/25, 10:23 AM       Boston Scientific Announces Agreement to Acquire Baylis Medical Company, Inc.

Case 1:25-cv-01035-JLH     Document 18-1    Filed 11/10/25    Page 447 of 473 PageID #: 1297

Boston Scientific

# Boston Scientific Announces Agreement to Acquire Baylis Medical Company Inc.
**Acquisition to add new left heart access platforms to electrophysiology and structural heart portfolios**

MARLBOROUGH, Mass., Oct. 6, 2021 /PRNewswire/ -- Boston Scientific Corporation (NYSE: BSX) today announced that it has entered into a definitive agreement to acquire Baylis Medical Company Inc. for an upfront payment of $1.75 billion, subject to closing adjustments. The acquisition will expand the Boston Scientific electrophysiology and structural heart product portfolios to include the radiofrequency (RF) NRG® and VersaCross® Transseptal Platforms as well as a family of guidewires, sheaths and dilators used to support left heart access. These platforms have advanced transseptal puncture and are clinically proven to enhance safety, efficacy and efficiency when crossing the atrial septum to deliver therapies in the left side of the heart, such as atrial fibrillation ablation, left atrial appendage closure (LAAC) and mitral valve interventions.[i,ii,iii] Baylis Medical Company is expected to generate net sales approaching $200 million in 2022, having achieved double-digit year-over-year sales growth during each of the past five years.

"The talented and innovative Baylis Medical Company team, combined with these transseptal platforms, will enhance our efforts to improve procedural efficiencies with physician tools designed to make left atrial access safer and more predictable, with a focus on patient outcomes," said Mike Mahoney, chairman and chief executive officer, Boston Scientific. "A leader in many of the fastest growing markets in our industry, we believe that Baylis Medical Company will add meaningful revenue, operating income, and new research and development capabilities across multiple Boston Scientific businesses, while complementing existing offerings within our electrophysiology and structural heart portfolios."

Physicians have traditionally relied on a mechanical needle to pass through the septum and access the left side of the heart, which can present safety concerns and placement challenges based on varying patient anatomy. Rather than relying solely on mechanical force, the Baylis Medical Company platforms facilitate predictable and safe transseptal access by using RF energy – a method shown to increase efficiency, and improve the safety and efficacy of transseptal puncture during left heart procedures.[i,ii,iii] The new VersaCross platform further streamlines transseptal crossing procedures and therapy delivery by offering the same benefits while eliminating potential wire and sheath exchanges, which may help mitigate risks during procedures.

"As a leading innovator in left heart access solutions, we develop advancements that help physicians deliver critical, high-precision therapies, which raise the standard of care for patients," said Kris Shah, president, Baylis Medical Company. "We look forward to making these life-changing technologies available to more patients across the globe through the significant commercial reach of Boston Scientific."

Baylis Medical Company received U.S. Food and Drug Administration (FDA) 510(k) clearance for the NRG platform in 2008 and the technology has since been used in more than one million procedures. The company received FDA 510(k) clearance for the VersaCross platform in 2020. These platforms are complemented by the company's family of guidewires, sheaths and dilators, which are designed for use in left-sided diagnostic, ablation, mitral and LAAC procedures.

The transaction is anticipated to close in the first quarter of 2022, subject to customary closing conditions, and is expected to be approximately one cent accretive to adjusted earnings per share in 2022 and increasingly accretive thereafter. On a GAAP basis, the transaction is expected to be less accretive, or dilutive as the case may be, in 2022 and less dilutive or increasingly accretive thereafter, as the case may be, due to amortization expense and acquisition-related net charges.

Additional information about this transaction is available on the Events and Presentations section of the Boston Scientific investor relations website.

11/7/25, 10:22 AM    Boston Scientific Announces Agreement to Acquire Baylis Medical Company, Inc.

Case 1:25-cv-01035-JLH    Document 18-1    Filed 11/10/25    Page 448 of 473    PageID #: 1298

**About Boston Scientific**

Boston Scientific transforms lives through innovative medical solutions that improve the health of patients around the world. As a global medical technology leader for more than 40 years, we advance science for life by providing a broad range of high performance solutions that address unmet patient needs and reduce the cost of healthcare. For more information, visit www.bostonscientific.com and connect on Twitter and Facebook.

**Cautionary Statement Regarding Forward-Looking Statements**

This press release contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. Forward-looking statements may be identified by words like "anticipate," "expect," "project," "believe," "plan," "estimate," "intend" and similar words. These forward-looking statements are based on our beliefs, assumptions and estimates using information available to us at the time and are not intended to be guarantees of future events or performance. These forward-looking statements include, among other things, statements regarding the financial and business impact of the transaction, product launches and product performance and impact. If our underlying assumptions turn out to be incorrect, or if certain risks or uncertainties materialize, actual results could vary materially from the expectations and projections expressed or implied by our forward-looking statements. These factors, in some cases, have affected and in the future (together with other factors) could affect our ability to implement our business strategy and may cause actual results to differ materially from those contemplated by the statements expressed in this press release. As a result, readers are cautioned not to place undue reliance on any of our forward-looking statements.

Factors that may cause such differences include, among other things: future economic, competitive, reimbursement and regulatory conditions; new product introductions; demographic trends; the closing and integration of acquisitions; intellectual property; litigation; financial market conditions; and future business decisions made by us and our competitors. All of these factors are difficult or impossible to predict accurately and many of them are beyond our control. For a further list and description of these and other important risks and uncertainties that may affect our future operations, see Part I, Item 1A – *Risk Factors* in our most recent Annual Report on Form 10-K filed with the Securities and Exchange Commission, which we may update in Part II, Item 1A – *Risk Factors* in Quarterly Reports on Form 10-Q we have filed or will file hereafter. We disclaim any intention or obligation to publicly update or revise any forward-looking statements to reflect any change in our expectations or in events, conditions or circumstances on which those expectations may be based, or that may affect the likelihood that actual results will differ from those contained in the forward-looking statements. This cautionary statement is applicable to all forward-looking statements contained in this document.

CONTACTS:
Laura Aumann
Media Relations
(651) 582-4251
Laura.Aumann@bsci.com

Lauren Tengler
Investor Relations
(508) 683-4479
BSXInvestorRelations@bsci.com

[i] Journal of the American Heart Association, September 17, 2003. DOI: 10.1161/JAJA. 113000428

[ii] Winkle et al. Heart Rhythm, Volume 8, Issue 9, 2011. DOI 10.1016/j.hrthm.2011.04.032

[iii] Inohara et al. J Interv Card Electrophys, 2021; in press (DOI: 10.1007/s10840-020-00931-7)

11/7/25, 10:22 AM

Case 1:25-cv-01035-JLH     Document 18-1     Filed 11/10/25     Page 449 of 473 PageID #: 1299

Boston Scientific Announces Agreement to Acquire Baylis Medical Company, Inc.

SOURCE Boston Scientific Corporation

https://news.bostonscientific.com/2021-10-06-Boston-Scientific-Announces-Agreement-to-Acquire-Baylis-Medical-Company-Inc

# EXHIBIT 22

# Comparison of a guidewire with large uninsulated electrode tip vs. dedicated RF wire with discrete electrode for energy-based transseptal puncture: a pre-clinical study

**St David's HealthCare**

Amin Al-Ahmad, MD[1], Rodney Horton, MD[1], Christian Balkovec, PhD[2], Rhodaba Ebady, PhD[2], Saja Al-Dujaili, PhD[2], Andrea Natale, MD, FACC[1]

[1]Texas Cardiac Arrhythmia Institute, St. David's Medical Center, Austin, TX, USA; [2]Department of Scientific Affairs, Boston Scientific Corporation, Mississauga, ON, Canada

## BACKGROUND

- Transseptal puncture (TSP) is a critical step for left atrium (LA) catheterization for percutaneous left heart interventions and can often be challenging due to differences in patient anatomy, septa characteristics (fibrotic, thick, aneurysmal), and history of prior LA catheterization[1,2]
- Compared to mechanical TSP, radiofrequency (RF)-assisted TSP has been shown to be more effective with better safety profile[3,4,5], however, it is well documented that device selection (i.e. electrode design and RF generator) can impact TSP success, consistency, and safety[6]
- The use of non-dedicated RF energy and devices is associated with increased energy and power outputs that can result in tissue damage (charring, coagulation) and device damage (charring, melting), impacting patient safety and operator handling of the transseptal device[7,8]

## OBJECTIVE

To compare a 1) dedicated RF wire and its dedicated RF generator to a 2) guidewire with a large uninsulated electrode and standard electrosurgical generator, in terms of TSP success and consistency, septa and device damage, and energy output

## METHODS

### STUDY DESIGN



Figure 1. Study Design. A) Electrified guidewire using a standard electrosurgical generator. B) VersaCross RF wire and RFP-100A generator. *Representative of commercially available wires (e.g. HOTWIRE™ radiofrequency guidewire system). **electrode protrusion from dilator tip at the start of RF application.

### Transseptal Devices

VersaCross™ Transseptal Access Solution (VC):
- Wire: 0.035" J-tip wire with 0.7mm long atraumatic electrode
- Generator: RFP-100A; 1s constant or 1s pulse mode (300 ms)

Electrified guidewire with uninsulated end (EG):
- Wire: 0.025" EMERALD™ wire (Cordis); PTFE coating removed to expose 15-20 cm from distal end
- Generator: Standard electrosurgical generator (ValleyLab); 1s and 300 ms (programmed using a microcontroller); 30-50W CUT mode
- Both VC and EG wires were protruded up to 3 mm from dilator to represent clinical variability

### Experimental Models

*Ex vivo porcine interatrial septum model*

Figure 2. Ex vivo model. Porcine interatrial septa in egg-white medium was used to evaluate TSP endpoints. Puncture device was placed on fossa ovalis and RF energy was delivered from RFP-100A or ValleyLab generator.

*In vivo porcine interatrial septum model*
- TSP performed on live swine (n=2) under anesthesia
- Femoral vein access was used to access right atrium using intracardiac echocardiography and fluoroscopy guidance
- Heparin was administered at 100-150 IU/kg IV bolus hourly

### Endpoints

1. Transseptal puncture (TSP): % success rate, # of RF applications
2. Visual inspection of thermal damage using microscope
3. Energy output measured using oscilloscope during RF application

## RESULTS

### TRANSSEPTAL PUNCTURE





Figure 3. TSP success and consistency. A) Compared to VC, EG failed to puncture at low power and short RF duration, and B) required a greater number of RF applications with less consistency. VC was 100% successful at both 1s and 300 ms RF duration.

### SEPTUM AND DEVICE DAMAGE

Figure 4. EG displayed greater levels of thermal damage and larger septal defects compared to VC on both right (RA) and left atrial (LA) sides. *indicates failed puncture.

Figure 5. EG exhibited greater thermal damage (charring, coagulation) with higher power. Evidence of dilator melting was observed in 1 of 6 devices (red arrow).

Figure 6. Both VC and EG were 100% successful in TSP in vivo, however, EG puncture exhibited signs of coagulation along uninsulated length, even within the dilator

### ENERGY OUTPUT



Figure 7. Cumulative energy during RF application. VC system required less cumulative energy to achieve TSP compared to EG at all power settings at 1s (A) and 300 ms (B) in ex vivo model (n=18), and 1s (C) in vivo model (n=2).

## DISCUSSION AND CONCLUSIONS

- Guidewires with long non-insulated ends rely on manual wire tip protrusion from the dilator to define electrode length and current density. This can be difficult to control in a clinical setting, thus, introducing variability, excess energy needs and risk of thermal injury
- A discrete purpose-built electrode and dedicated generator are needed to optimize RF delivery for TSP with minimal damage to tissue and devices, which can impact the ease of workflow and patient outcomes

## REFERENCES

1. Russo, G. et al. *Eurointerventions* (2021)
2. Marcus, GM. et al. *Cardiovasc Electrophysiol* (2007)
3. Winkle 2011
4. Hsu 2013
5. Fromentin 2013
6. Kaplan, RM. et al. *J Cardiovasc Electrophysiol* (2022)
7. Wasserlauf, J. and Knight, BP. *J Cardiovasc Electrophysiol* (2022)
8. Knight, BP. et al. *J Cardiovasc Electrophysiol* (2024)

## DISCLOSURES

Amin Al-Ahmad (AA), Rodney Horton (RH), and Andrea Natale (AN) are paid consultants for Boston Scientific. AA, RH, and AN did not receive compensation related to this work. Christian Balkovec, Rhodaba Ebady, and Saja Al-Dujaili are employed by Boston Scientific.

The authors acknowledge R&D and research support from Boston Scientific – Access Solutions.

# EXHIBIT 23

US 20140188108A1

## (19) United States
## (12) Patent Application Publication
Goodine et al.

(10) Pub. No.: **US 2014/0188108 A1**
(43) Pub. Date:    **Jul. 3, 2014**

(54) **ENERGY ASSISTED TISSUE PIERCING DEVICE AND METHOD OF USE THEREOF**

(71) Applicant: **Mitralign, Inc.**, Tewksbury, MA (US)

(72) Inventors: **Dennis Goodine**, Dracut, MA (US); **George Purtell**, Westford, MA (US); **Steven D. Cahalane**, Pelham, NH (US); **Paul T. Modoono**, Chelmsford, MA (US); **John P. Brunelli**, North Attleboro, MA (US); **Edward I. McNamara**, Chelmsford, MA (US)

(73) Assignee: **Mitralign, Inc.**, Tewksbury, MA (US)

(21) Appl. No.: **14/138,926**

(22) Filed:    **Dec. 23, 2013**

### Related U.S. Application Data

(60) Provisional application No. 61/747,196, filed on Dec. 28, 2012.

### Publication Classification

(51) **Int. Cl.**
*A61B 18/14* (2006.01)
(52) **U.S. Cl.**
CPC ................................. *A61B 18/1492* (2013.01)
USPC .......................................................... **606/45**

(57) **ABSTRACT**

An energy assisted tissue piercing device that enables a tissue piercing wire to puncture heart tissue percutaneouly. The energy assisted tissue piercing device includes an outer delivery catheter, an inner tissue piercing wire, and an energy source. The inner tissue piercing wire is disposed longitudinally through the lumen of the outer delivery catheter during delivery. The inner needle has a flexible portion that allows the wire to bend when it is free from the constraint of the outer delivery catheter. The inner tissue piercing wire is conductive and connected to an energy source and the piercing of the heart tissue is done with the aid of the energy from the energy source.





FIG. 1



FIG. 2



FIG. 3a



FIG. 3b

Patent Application Publication    Jul. 3, 2014   Sheet 3 of 5    US 2014/0188108 A1



FIG. 4



FIG. 5



FIG. 6



FIG.7



FIG. 8a

FIG. 8b

US 2014/0188108 A1

Jul. 3, 2014

1

## ENERGY ASSISTED TISSUE PIERCING DEVICE AND METHOD OF USE THEREOF

### CROSS REFERENCE TO RELATED APPLICATION

[0001]    The present application claims the benefit of U.S. patent application Ser. No. 61/747,196, filed Dec. 28, 2012, which is hereby incorporated by reference in its entirety.

### TECHNICAL FIELD

[0002]    The present teachings generally relate to an energy assisted tissue piercing device, for example, for piecing heart valve tissue. The present teachings also relate to using a delivery system with such an energy assisted tissue penetration device to create an aperture percutaneously.

### BACKGROUND

[0003]    Transeptal puncture is a commonly performed procedure that allows access to the left atrium. The most common uses for transeptal catheterization include direct measurement of the left atrial pressure or providing access to the left ventricle in patients with prosthetic aortic or mitral valves or in patients who are undergoing percutaneous mitral valvuloplasty etc.

[0004]    Historically, conventional rigid, long needles, such as Brockenbrough or Ross needles, are used for this procedure to mechanically puncture the atrial septum. And a challenge for a successful transept puncture with a Brockenbrough needle is to position the Brockenbrough needle at the thinnest aspect of the atrial septum, the membranous fossa ovalis. Although the procedure is generally safe, serious complications, such as inadvertent puncture through tissues other than the septum, for example, the atrial free wall, pose a significant risk to the patient.

[0005]    Many companies are working to improve the drawback associated with the Brockenbrough needle. St. Jude Medical Inc.'s ACross™ Transeptal Access System, which consolidates a sheath, a dilator and a needle into a single interlocking handle, gives a clinician a greater control over precisely positioning the device and ensures that the puncture needle is only advanced for a predetermined distance. Baylis Medical's NRG™ RF Transeptal Needle uses radiofrequency energy emitted from the needle tip to assist the needle in transeptal access. NRG™ RF needle is insulated with a closed end that safely delivers radiofrequency energy to create a small hole in the atrial septum, allowing the needle to pass to the left atrium with increased efficacy and control. Pressure Product's SafeSept™ septal puncture system includes a delivery catheter and a sharp tipped wire. When supported by the delivery catheter, the sharp tip of the wire ensures an effortless penetration of the septal tissue. When unsupported by the delivery catheter, the tip of the wire assumes a 'J' shape, rendering it incapable of penetrating tissues.

[0006]    The left atrium is the most difficult chamber to access percutaneously. In addition, most septal puncture location is applied at the fossa ovalis, the thinnest part of the atrial septum. Thus there exists a need for a clinician to safely penetrate heart tissue percutaneously at any treatment location, whether it is the thickest or the thinnest, or intact or scarred tissue. In addition, an ideal transeptal puncture system should be able to precisely control the puncture location, avoid needle slippage and inadvertent puncturing, and is easy for a clinician to practice.

### SUMMARY

[0007]    One aspect of the present teachings provides a device for piercing heart tissue percutaneously. The device comprises a first outer catheter, a second inner tissue piercing wire, and an energy source connecting to the second inner tissue piercing wire. The first outer catheter has a proximal end, a distal end and a lumen longitudinally disposed therethrough. The second inner tissue piercing wire has a conductive inner wire and an insulation outer layer. The second inner tissue piercing wire slidably disposes within the lumen of the outer catheter. The conductive inner wire of the second inner tissue piercing wire has a proximal portion, a distal portion, and an intermediate portion. The intermediate portion is narrower than the proximal portion and distal portion of the conductive inner wire.

[0008]    Another aspect of the present teachings also provides a device for piercing heart tissue percutaneously. The device comprises a first outer catheter, a second inner tissue piercing wire, and an energy source connecting to the second inner tissue piercing wire. The first outer catheter has a proximal end, a distal end and a lumen longitudinally disposed therethrough. The second inner tissue piercing wire has a proximal portion, a distal portion and an intermediate portion between the proximal and distal portions. The second inner tissue piercing wire is configured to transition from a delivery profile to a deployed profile. In the delivery profile, the distal portion of the second inner tissue piercing wire is disposed within the lumen of the first outer catheter, and substantially aligns with the proximal portion of the second inner tissue piercing wire. In the deployed profile, the distal portion is exposed outside of the lumen of the first outer catheter, and pivots from the proximal portion of second inner tissue piercing wire.

### BRIEF DESCRIPTION OF THE DRAWINGS

[0009]    FIG. 1 is a perspective view of an exemplary energy assisted tissue piecing device in accordance with the present teachings;

[0010]    FIG. 2 is a perspective view of an exemplary energy assisted tissue piecing device in accordance with the present teachings;

[0011]    FIG. 3a is a perspective view of an exemplary tissue piercing wire in accordance with the present teachings;

[0012]    FIG. 3b is a perspective view of an exemplary tissue piercing wire in accordance with the present teachings;

[0013]    FIG. 4 is a perspective view of an exemplary conductive inner wire in accordance with the present teachings;

[0014]    FIG. 5 is a perspective view of an exemplary conductive inner wire in accordance with the present teachings;

[0015]    FIG. 6 is a perspective view of an exemplary conductive inner wire in accordance with the present teachings;

[0016]    FIG. 7 is a perspective view of an exemplary energy assisted tissue piecing device in accordance with the present teachings;

[0017]    FIG. 8a is a perspective view of an exemplary energy assisted tissue piecing device deploying across a tissue in accordance with the present teachings; and

[0018]    FIG. **8***b* is a perspective view of an exemplary energy assisted tissue piecing device deploying across a tissue in accordance with the present teachings.

### DETAILED DESCRIPTION OF CERTAIN EMBODIMENTS

[0019]    Certain specific details are set forth in the following description and Figures to provide an understanding of various embodiments of the present teachings. Those of ordinary skill in the relevant art will understand that they can practice other embodiments of the present teachings without one or more of the details described below. Thus, it is not the intention of the Applicants to restrict or in any way limit the scope of the appended claims to such details. While various processes are described with reference to steps and sequences in the following disclosure, the steps and sequences of steps should not be taken as required to practice all embodiments of the present teachings.

[0020]    As used herein, the term "lumen" means a canal, a duct, or a generally tubular space or cavity in the body of a subject, including a vein, an artery, a blood vessel, a capillary, an intestine, and the like.

[0021]    As used herein, the term "proximal" shall mean closest to the operator (less into the body) and "distal" shall mean furthest from the operator (further into the body). In positioning a medical device inside a patient, "distal" refers to the direction away from a catheter insertion location and "proximal" refers to the direction nearer the insertion location.

[0022]    As used herein, the term "wire" can be a strand, a cord, a fiber, a yarn, a filament, a cable, a thread, or the like, and these terms may be used interchangeably.

[0023]    The following description refers to FIGS. **1** to **8**. A person with ordinary skill in the art would understand that the figures and description thereto refer to various embodiments of the present teachings and, unless indicated otherwise by their contexts, do not limit the scope of the attached claims.

[0024]    Unless otherwise specified, all numbers expressing quantities, measurements, and other properties or parameters used in the specification and claims are to be understood as being modified in all instances by the term "about." Accordingly, unless otherwise indicated, it should be understood that the numerical parameters set forth in the following specification and attached claims are approximations. At the very least, and not as an attempt to limit the application of the doctrine of equivalents to the scope of the claims, numerical parameters should be read in light of the number of reported significant digits and the application of ordinary rounding techniques.

[0025]    The present teachings described herein relates to devices and methods for puncturing the mitral annulus via a percutaneous route. The devices and/or methods can be used to repair the mitral valve, for example, to treat the mitral regurgitation or other related mitral valve diseases. It, however, should be appreciated that the present teachings are also applicable for other parts of the anatomy or for other indications. For instance, a device such as one described in the present teachings can be used to puncture the atrial septum, the tricuspid annulus and etc.

[0026]    One aspect of the present teachings relates to an energy assisted tissue piercing device and methods of using such a device to percutaneously penetrate the mitral armulus. In some embodiments, the device creates a controlled perforation with the distal tip through the application of radio frequency (RF) energy. In some embodiments, the device has a generally straight profile before perforation. In some embodiments, the device has a curved profile upon entering the other side of the annulus tissue. The curved profile can direct the distal tip of the device away from the cardiac structures, thereby decreasing the likelihood of injury, including inadvertent cardiac perforation.

[0027]    According to some embodiments of the present teachings, the energy assisted tissue piecing device includes a delivery catheter, a tissue piercing wire, and an energy source connected to the tissue piercing wire. The delivery catheter has a proximal portion, a distal portion, and an elongated lumen extending from the proximal portion to the distal portion. The tissue piercing wire also has a proximal end, a distal end, and an elongated body in between. The tissue piercing wire includes an insulated body and an un-insulated distal tip. In some embodiments, the tissue piercing wire has a deflectable distal portion. In some embodiments, the ability of the piercing device to deflect is achieved by using a flexible material or a shape memory material connecting the distal portion to the rest of the wire. Alternatively, the ability to deflect is achieved with geometrical modifications of the wire.

[0028]    FIG. **1** is a plane view of the distal portion of an energy assisted tissue piecing device (**10**) according to an embodiment of the present teachings. The exemplary percutaneous device (**10**) includes a delivery catheter (**12**), a tissue piercing wire (**14**), and an energy source (not shown) connected to the proximal portion (not shown) tissue piercing wire (**14**). The delivery catheter (**12**) in the exemplary percutaneous device has a proximal end (not shown), a distal end (**22**), an elongated body (**24**) between the proximal and distal ends, and a lumen (**26**) axially disposed along the long axis of the delivery catheter (**12**). In certain embodiments, the delivery catheter (**12**) has a general diameter of 2-3 mm.

[0029]    The tissue piercing wire (**14**) of some embodiments is axially disposed within the lumen (**26**) of the delivery catheter (**12**) as illustrated in FIG. **1**. The tissue piercing wire (**14**) also includes a proximal end (not shown), a distal end (**32**), and an elongated body (**34**). The tissue piercing wire (**14**) is reciprocally and axially moveable in the lumen (**26**) of the delivery catheter (**12**). And the tissue piercing wire (**14**) can be rotated as well. The device has a delivery profile where a distal end portion (**36**) of the tissue piercing wire (**14**) resides inside the lumen (**26**) of the delivery catheter (**12**) as illustrated in FIG. **1**. According to some embodiments of the present teachings, when the distal end portion (**36**) of the tissue piercing wire (**14**) is enclosed within the lumen (**26**) of the delivery catheter (**12**), the entire length of the tissue piercing wire (**14**) is substantially straight and parallels the longitudinal axis of the delivery catheter (**12**). The device also has a deployed profiled where the distal end portion (**36**) of the tissue piercing wire extends distally outside the lumen (**26**) of the delivery catheter (**12**) as illustrated in FIG. **2**. According to some embodiments of the present teachings, when the distal end portion (**36**) of the tissue piercing wire (**14**) is free from the constrain of the delivery catheter (**12**), the distal end portion (**36**) of the tissue piercing wire (**14**) bends radially away from the longitudinal axis of the wire.

[0030]    FIG. **3***a* illustrates a detailed construction of an exemplary tissue piercing wire (**14**) according to one embodiment of the present teachings. The tissue piercing wire (**14**) includes a conductive inner wire (**40**), and an insulation outer layer (**50**). FIG. **3***a* illustrates a specific embodiment where the insulation outer layer (**50**) covers a portion (**44**) of the

conductive inner wire (**40**) proximal to the distal end (**42**) of the conductive inner wire (**40**) leaving the distal end (**42**) of the conductive inner wire (**40**) uninsulated. During deployment, the insulation outer layer (**50**) insulates the conductive inner wire (**40**) from heating up the blood when this portion of the conductive inner wire (**40**) slides outside of the delivery catheter (**12**) during deployment. One skilled in the art should understand that the insulation outer layer (**50**) can covers the entire length of the conductive inner wire (**40**) from its proximal end and leaving only its distal end (**42**) exposed. In one embodiment, the insulation outer layer (**50**) is made of material such as PTFE. In another embodiment, the insulation layer is in the form of a coating, a temporary sleeve, a permanent sleeve, or an extrusion over the inner wire (**40**). Optionally, other conventional methods can also be used to form the nonconductive layer.

[0031] According to another embodiment of the present teachings as illustrated in FIG. **3***b*, a tissue piercing wire (**140**) could also include a coil spring (**120**) covering a portion (**122**) of the conductive inner wire (**124**) from its distal end (**128**). In one embodiment, the coil spring (**120**) lays between the conductive inner wire (**124**) and the insulation outer layer (**126**). One skilled in the art should understand that the coil spring (**120**) could cover the entire length of the conductive inner wire (**124**). Additionally, the coil spring (**120**) could be attached to the conductive inner wire (**124**) with many means known in the field, such as welding, gluing, soldering, and etc.

[0032] Still referring to FIG. **3***a*, the inner wire (**40**) has an un-insulated distal tip (**42**). In some embodiments of the present teachings, the un-insulated distal tip is in the shape of a half-sphere. One ordinarily skilled in the art would understand that the distal tip (**42**) of the inner wire (**40**) can have other shapes and configurations.

[0033] In some embodiments of the present teachings, the conductive inner wire is made of a material conventionally used for guide wires. Examples of the material include a straight stainless steel wire, a coiled stainless steel wire, a glass fiber, a plastics material, nitinol, and etc. In other embodiments, the insulation layer is made of a non-conductive polymer, such as a polyimide, PEBAX®, a polyethylene, a polytetrafluoroethylene (PTFE), a poly(fluorinatedethyl-enepropylene) (FEP), and a polyurethane, and etc.

[0034] According to some embodiments, the proximal end of the tissue piercing wire (**14**) is connected to an energy source (**11**). The energy source (**11**) can provide one or more energy types, including, but not limited to, microwave, infrared, visible light, ultraviolet rays, x-rays, gamma rays, cosmic rays, acoustic energy, thermal energy, or radio frequency energy. In certain embodiments, the energy source (**11**) is radio frequency energy (RF). For example, the energy source (**11**) is connected directly to the tissue piercing wire (**14**) as illustrated in FIG. **3**(*a*). In certain other embodiments, the energy source (**11**) is connected to the delivery catheter (**12**) or a component of the delivery catheter (**12**) to which the tissue piercing wire (**14**) is connected. Alternative modes of coupling the energy source (**11**) to the tissue piercing wire (**14**) will be obvious to one of ordinary skill in the art and are within the scope of the invention.

[0035] According to some embodiments, the delivery catheter (**12**) provides structural support for the tissue piercing wire (**14**). In some embodiments, the delivery catheter (**12**) also functions as a dilator. In some embodiments, the inner diameter of the lumen of the delivery catheter (**12**) typically approximates the outer diameter of the tissue piercing wire (**14**) such that the delivery catheter (**12**) provide support to the wire during crossing.

[0036] In some embodiments, the device may further comprise a delivery sheath through which the device passes from outside the patient's body through a vessel. In some embodiments, the device comprises a control handle at the proximal end of the sheath. The sheath and/or other components of the delivery system may be steerable by using actuators (not shown) on the control handle to aid in delivering and deploying the device along the tortuous vascular path leading to the treatment site.

[0037] FIG. **4** is a longitudinal view of the conductive inner wire (**40**) of the tissue piercing wire (**14**) of an exemplary transeptal puncture device according to the present teachings. The exemplary inner wire (**40**) includes a proximal portion (**60**), an intermediate portion (**62**), and a distal portion (**64**). The intermediate portion of the inner wire (**40**) is narrower in diameter than the proximal (**60**) and distal portions (**64**) of the inner wire (**40**). In some embodiments, the inner wire (**40**) has graduate and/or tapered transitions (**66, 68**) between the intermediate (**62**) and distal (**64**) or proximal portions (**60**) as illustrated in FIG. **4**. Alternatively, the change in outer diameter from the distal or proximal portions (**60, 64**) to the intermediate portion (**62**) is abrupt.

[0038] According to some embodiments, the narrower intermediate portion (**62**) of the inner wire (**40**) allows the inner wire (**40**) to have a greater flexibility or bendability than the remaining portions of the wire. This narrower intermediate portion (**62**) can allow the distal portion (**64**) of the wire to bend when the distal portion (**64**) of the inner wire (**40**) extends outside the delivery catheter (**12**) (as described when referring to FIG. **7**) and prevent the distal end (**42**) of the conductive inner wire (**40**) from causing damage to the unintended places inside a heart.

[0039] According to some embodiments, the length of the distal portion (**64**) is from about 5 mm to about 30 mm. In some embodiments, the length of the intermediate portion (**62**) is from about 5-15 mm. Preferably, the distal portion (**64**) is 11-13 mm long and the intermediate portion (**62**) is 12-14 mm long. In other embodiments, the transitioning portions (**66, 68**) between the intermediate and the proximal (**60**) or distal (**64**) portion is 3-63 mm long.

[0040] According to some embodiments of the present teachings, the distal and proximal portions (**60, 64**) of the inner wire (**40**) have the same diameter as illustrated in FIG. **4**. In one embodiment, the inner wire (**40**) has an outer diameter of 0.2 mm to 1 mm, and the intermediate portion (**62**) has a general diameter of 0.1-0.5 mm. Alternatively, the intermediate portion (**62**) has a general diameter 20-80% smaller than the general diameter of the inner wire (**40**).

[0041] Alternatively, the distal and proximal portions (**60, 64**) of the inner wire (**40**) have different diameters. In some embodiments, the distal portion (**64**) is narrower than the proximal portion (**60**). In other embodiments, the proximal portion (**60**) is narrower than the distal portion (**64**). In certain embodiments, one of the proximal and distal portions (**60, 64**) has an outer diameter 40-60% smaller than the general diameter of the other portions.

[0042] FIG. **5** illustrates an exemplary embodiment of the inner wire (**40**) according to the present teachings. In this embodiment, the inner wire (**40**) has a distal portion (**74**), a distal tapered transition portion (**78**), an intermediate portion (**72**), a proximal tapered transition portion (**76**), and a proxi-

US 2014/0188108 A1

Jul. 3, 2014

4

mal portion (**70**). The distal portion (**74**) of the inner wire (**40**) can have a diameter of about 0.1-0.3 mm and a length of 11-13 mm. The diameter of the intermediate portion (**72**) can be 5-70% of the diameter of the distal portion (**74**). The length of the intermediate portion (**74**) can range from 11-13 mm. The proximal portion (**70**) of the inner wire (**40**) has a diameter of 0.25-0.45 mm. One skilled in the art should understand that the length of the proximal portion (**70**) is determined by the needs of the application.

[0043]  Continues referring to FIG. **5**, the distal tapered transition (**78**) portion has a length of 61-63 mm. The distal end (**80**) of the distal tapered transition portion (**78**) joins the distal portion (**74**) and has the same diameter of the distal portion (**74**) of the inner wire (**40**). The proximal end (**82**) of the distal tapered transition portion (**78**) joins the intermediate portion (**72**) and has the same diameter of the intermediate portion (**72**) of the inner wire (**40**). The proximal tapered transition portion (**76**) has a length of 2.8-3.1 mm. The proximal end (**86**) of the proximal tapered transition portion (**76**) joins the proximal portion (**70**) and has the same diameter of the proximal portion (**70**) of the inner wire (**40**). The distal end (**84**) of the proximal tapered transition portion (**76**) joins the intermediate portion (**72**) and has the same diameter of the intermediate portion (**72**) of the inner wire (**40**). According to some embodiments of the present teachings, the diameter of the distal and proximal tapered transition portions (**76**, **78**) reduces gradually from one end to the other.

[0044]  In some embodiments of the present teachings, the intermediate portion (**72**), and/or proximal portion (**70**) of the inner wire (**40**) is made by removing material from a typical guide wire known by those with ordinary skill in the field. Methods of removing material from the guide wire include grinding, milling, and etc.

[0045]  In some embodiments, the distal portion (**74**) of the inner wire (**40**) may be straight (e.g., 0 degrees) as illustrated in FIG. **4** or bent at an angle ranging from about >0 degree to about 270 degree as illustrated in FIG. **6**.

[0046]  Now referring to FIG. **7**, according to some embodiments, when the distal portion of the tissue piercing wire (**14**) is not constrained within the lumen (**26**) of the delivery catheter (**12**), the distal end portion (**36**) of the tissue piercing wire (**14**) turns radially away from the longitudinal axis of the wire (**14**) and provides an essentially non-traumatic conformation. In certain embodiments, the bending point(s) is at the intermediate portion (**62**) of the conductive inner wire (**40**) as illustrated in FIG. **7**. In certain other embodiments, the wire (**14**) can bend at the transition portion next to the intermediate portion (**62**).

[0047]  According to some embodiments, the device penetrates heart tissue with the use of radio frequency energy. Preferably, unipolar electrodes can be used for the inner conductive wire with grounding pads typically placed on the patient's thighs. Alternatively, a bipolar electrode system can be employed as well. The application of radio frequency energy to the inner wire (**40**) increases the tissue temperature around the distal tip of the inner wire (**40**) to over 100° C. Mechanical cohesion in the tissue is then diminished, allowing the distal portion of the inner wire (**40**) to advance as pressure is applied to the tissue by a clinician from the proximal end of the device. In an alternative embodiment, any other methods producing heat (e.g., such as electrical resistance, laser, or ultrasound) can also be used. In some embodiments, the incision is created slowly to reduce the risk of accidental puncture of tissue elsewhere.

[0048]  Now referring to FIGS. **8***a-b,* a tissue piercing device (**10**) is delivered and deployed to a mitral annulus (**2**) according to one embodiment of the present teachings. What is described below are certain exemplary percutaneous delivery methods of the tissue piercing device (**10**) of the present teachings. One ordinarily skilled in the art would understand that other ways of percutaneous delivery can also be used without departing from the spirit of the present teachings. Thus the disclosure below should not be viewed limiting. The tissue piercing device (**10**) described herein can also be used to pierce holes at other location in the heart. For example, the tissue piercing device (**10**) described herein can be used to create incision through the atrial septal wall, the ventricle wall, chronic total occlusion, mitral annulus, tricuspid annulus, and etc.

[0049]  According to one embodiment of the present teachings, a delivery sheath is directed into the aorta, through the aortic valve and into the left ventricle between the cordae tendonae. This delivery sheath is then used as a conduit for the tissue piercing device (**10**) to be delivered to the treatment site. One skilled in the art should understand, a delivery sheath may not be necessary, and thus the tissue piercing device (**10**) can be directly advanced to the treatment location.

[0050]  FIG. **8***a* illustrates a tissue piercing device (**10**) being delivered to the mitral annulus (**2**). According to certain embodiments of the present teachings, a tissue piercing device (**10**) is in its delivery profile where the distal end (**32**) of the tissue piercing wire (**14**) is constrained within the delivery catheter (**12**) and the distal end (**32**) of the tissue piercing wire (**14**) is inside the lumen of the delivery catheter (**12**). In one embodiment of the present teachings, the tissue piercing device (**10**) advances through the longitudinal lumen of the delivery sheath and aligns below the mitral annulus (**2**). In some embodiments, the tissue piercing device (**10**) has a deflectable tip to allow more accurate and easier manipulation and location of the tip of the device relative to the annulus (**2**). The tip of the tissue piercing device (**10**) can include a radiopaque marker so that the device may more easily be visualized by using radiographic imaging equipment such as with x-ray, magnetic resonance, ultrasound, or fluoroscopic techniques. FIG. **8***a* illustrates that the delivery catheter (**12**) of the tissue piercing device (**10**) advances distally, and is positioned adjacent, approximate to, or against the mitral annulus at the puncture site. The distal tip (**32**) of the tissue piercing wire (**14**) is then pushed against the annulus tissue. In some embodiments, a counter force from the distal tip (**32**) of the tissue piercing wire (**14**) is detected. Alternatively, visualization techniques such as, three-dimensional echocardiogram or magnetic resonance imaging, can be used.

[0051]  In various embodiments of the present teachings, a tissue piercing wire (**14**) is pre-loaded within the lumen (**26**) of a delivery catheter (**12**) during advancement of the delivery catheter (**12**) to the treatment site. In various other embodiments, the tissue piercing wire (**14**) is advanced separately after the delivery catheter (**12**) is placed at the treatment location.

[0052]  Referring to FIG. **8***b*, once a delivery catheter (**12**) is properly positioned, a tissue piercing wire (**14**) is advanced relative to the delivery catheter (**12**). According to one embodiment of the present teachings, radio frequency energy is then applied so that the distal tip of the tissue piercing wire (**14**) is advanced through the annuls (**2**) and reaches the left atrium. In some embodiments, about 10 mm of the tissue piercing wire (**14**) extends from the distal end of the delivery

US 2014/0188108 A1
Jul. 3, 2014

5

catheter (**12**). Alternatively, about 30 mm of the tissue piercing wire (**14**) extends from the distal end of the delivery catheter (**12**). As the distal portion (**36**) of the tissue piercing wire (**14**) extends further outside of the delivery catheter (**12**), the distal portion (**36**) of the wire transitions to a bended profile to prevent it from causing unnecessary tissue damage inside the left atrium.

[0053] In some embodiments, movement of a tissue piercing wire (**14**) is accomplished manually. Alternatively, movement of a tissue piercing wire (**14**) may be automated and therefore requires additional controls such as a spring-loaded mechanism, attached to the delivery. Such embodiments are easier for clinician to manipulate and safer for the patient.

[0054] The method for tissue piercing described herein is advantageous over the conventional methods. For example, when using the devices and methods of the present teachings, if the distal tip (**32**) of the wire (**14**) inadvertently contacts the left atrial free wall (not shown), the floppiness of the distal portion (**64**) of the conductive inner wire (**40**), caused by the bendability intermediate portion (**62**), would not result in damage to or perforation of the left atrial free wall. Another advantage of the transeptal puncture devices (**10**) described herein is the ability of the device to pierce through thick tissues.

[0055] Unless otherwise defined, all technical and scientific terms used herein have the same meaning as commonly understood by one of ordinary skill in the art to which this present teachings belong. Methods and materials similar or equivalent to those described herein can be used in the practice or testing of the present teachings. In case of conflict, the patent specification, including definitions, will control. In addition, the materials, methods, and examples are illustrative only and not intended to be limiting.

We claim:

1. A device for piercing heart tissue percutaneously, comprising:

an outer catheter with a proximal end, a distal end and a lumen longitudinally disposed therethrough;

an inner tissue piercing wire with a conductive inner wire and an insulation outer layer, the inner tissue piercing wire being slidably disposed within the lumen of the outer catheter;

an energy source operatively coupled to the second inner tissue piercing wire; and

wherein the conductive inner wire of the inner tissue piercing wire has a proximal portion, a distal portion, and an intermediate portion, and wherein the intermediate portion is narrower than the proximal portion and distal portion of the conductive inner wire.

2. The device of claim **1**, wherein the tissue piercing wire is rotatably movable within the lumen of the outer catheter.

3. The device of claim **1**, wherein the insulation outer layer has an open distal end through which the conductive inner wire passes such that that a distal end of the conductive inner wire extends distal to the open distal end of the insulation outer layer.

4. The device of claim **1**, wherein the insulation outer layer comprises a coating disposed over the conductive inner wire.

5. The device of claim **1**, wherein the insulation outer layer comprises a sleeve.

6. The device of claim **1**, further including a coil spring disposed between the conductive inner wire and the insulation outer layer.

7. The device of claim **6**, wherein the coil spring covers less than an entire length of the conductive inner wire and is at least disposed along a length of the conductive inner wire that is covered by the insulation outer layer.

8. The device of claim **1**, wherein the conductive inner wire is formed of a material selected from the group consisting of; a straight stainless steel wire, a coiled stainless steel wire, a glass fiber, a nitinol material and a polymeric material.

9. The device of claim **1**, wherein the energy source is selected from the group consisting of: microwave, infrared, visible light, ultraviolet rays, x-rays, gamma rays, cosmic rays, acoustic energy, thermal energy and radio frequency energy.

10. The device of claim **1**, wherein there is a first tapered region between intermediate portion and the proximal portion and there is a second tapered region between the intermediate portion and the distal portion.

11. The device of claim **1**, wherein the distal portion has a length between about 5 mm to about 30 mm and the intermediate portion has a length between about 5 mm to about 15 mm.

12. The device of claim **1**, wherein the distal portion has a diameter between about 0.1 mm to about 0.3 mm and a diameter of the intermediate portion is between 5-70% of the diameter of the distal portion.

13. The device of claim **1**, wherein the distal portion is bent at an angle up to 270 degrees relative to the intermediate portion.

14. The device of claim **13**, wherein the bent distal portion is disposed outside of a distal end of the insulation outer layer.

15. A device for piercing heart tissue percutaneously, comprising:

an energy source,

an outer catheter with a proximal end, a distal end and a lumen longitudinally disposed therethrough,

an inner tissue piercing wire with a proximal portion, a distal portion and a intermediate portion between the proximal and distal portions,

wherein the inner tissue piercing wire is configured to transition from a delivery profile, wherein the distal portion of the inner tissue piercing wire is disposed within the lumen of the outer catheter, and substantially aligns with the proximal portion of the inner tissue piercing wire, to a deployed profile, wherein the distal portion of the inner tissue piercing wire is exposed outside of the lumen of the outer catheter, and pivots from the proximal portion of inner tissue piercing wire, and

wherein the energy source is operative coupled to the inner tissue piercing wire.

16. A method for piercing heart valve tissue comprising the steps of:

delivering a delivery catheter to a tissue treatment site by passing the delivery catheter into an aorta through an aortic valve into a left ventricle between cordae tendonae;

delivering a tissue piercing device through a lumen of the delivery catheter to the tissue treatment site, wherein the tissue piercing device comprises:

an outer catheter with a proximal end, a distal end and a lumen longitudinally disposed therethrough;

an inner tissue piercing wire with a conductive inner wire and an insulation outer layer, the inner tissue piercing wire being slidably disposed within the lumen of the outer catheter;

US 2014/0188108 A1

Jul. 3, 2014

6

an energy source operatively coupled to the second inner tissue piercing wire; and

wherein the conductive inner wire of the inner tissue piercing wire has a proximal portion, a distal portion, and an intermediate portion, and wherein the intermediate portion is narrower than the proximal portion and distal portion of the conductive inner wire; and

activating the energy source and directing the distal portion against the tissue at the treatment site to cause a piercing thereof.

17. The method of claim 16, wherein the tissue treatment site comprises a mitral annulus.

18. The method of claim 17, wherein the energy source comprises radio frequency energy and a distal tip of the distal portion of the tissue piercing wire is advanced through the annuls and reaches a left atrium.

\* \* \* \* \*

# EXHIBIT 24



930
JACC April 1, 2025
Volume 85, Issue 12, Suppl A

 **Coronary, Peripheral and Structural Interventions**

## ADVERSE EVENTS ASSOCIATED WITH TRANSSEPTAL PUNCTURE: INSIGHTS FROM THE MAUDE DATABASE

Poster Contributions
South Hall
Saturday, March 29, 2025, 9:30 a.m.-10:30 a.m.

Session Title: Coronary, Peripheral and Structural Interventions 01
Abstract Category: 19. Coronary, Peripheral and Structural Interventions: Structural Valvular and Non-Valvular Interventions
Presentation Number: 1027-114

*Authors: AlleaBelle Bradshaw, Jessica Briscoe, Rachael Quinn, Hanghang Wang, James S. Gammie, Johns Hopkins University, Baltimore, MD, USA*

**Background:** Transseptal puncture (TSP) is the first step for many left heart procedures, including ablation and structural heart interventions. Assessing risks of TSP is needed for quality improvement efforts on this growing intervention. This study evaluates adverse events associated with TSP.

**Methods:** We queried the Manufacturer and User Facility Device Experience (MAUDE) database and analyzed events linked to TSP from 2014 to 2024. Devices included the Brockenbrough needle (BRK), radiofrequency needle (NRG), Versacross, and AcQcross. We analyzed deaths and injuries by year and device. We also reviewed descriptions of deaths to understand index procedures, complications, and treatments.

**Results:** There were 918 injuries and 58 deaths. Adverse events increased in 2023, attributable to a rise in the rate of events related to Versacross. Among deaths, atrial ablation (n=24) and left atrial appendage closure (LAAC) (n=22) were the most frequently attempted index procedures. More than 70% of deaths with Versacross were associated with LAAC. The most common cause of death was pericardial effusion or tamponade (n=32). Rescue efforts involved pericardiocentesis, surgery, and procedure abandonment.

**Conclusion:** Although uncommon, complications associated with TSP occur and can cause death. We report a large increase in deaths and injuries associated with the most used TSP system over the last 2 years. Advances in technology, training, procedural workflow, and imaging may serve to minimize risks.



# EXHIBIT 25

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 10-K

☑    ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934, or

**For the fiscal year ended December 31, 2022**

☐    TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

Commission File No. 1-11083

# BOSTON SCIENTIFIC CORPORATION

(Exact name of registrant as specified in its charter)

| **Delaware** | **04-2695240** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

| **300 Boston Scientific Way, Marlborough, Massachusetts** | **01752-1234** |
|---|---|
| (Address of Principal Executive Offices) | (Zip Code) |

**508 683-4000**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| **Title of each class** | **Trading Symbol(s)** | **Name of each exchange on which registered** |
|---|---|---|
| Common Stock, $0.01 par value | BSX | New York Stock Exchange |
| 0.625% Senior Notes due 2027 | BSX27 | New York Stock Exchange |
| 5.50% Mandatory Convertible Preferred Stock, Series A, par value $0.01 per share | BSX PR A | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act:
**NONE**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes: ☑ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes: ☐ No ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days. Yes: ☑ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorted period that the registrant was required to submit such files). Yes: ☑ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☑ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☑

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). Yes: ☐ No ☑

The aggregate market value of the registrant's common stock held by non-affiliates was approximately $53.2 billion based on the last reported sale price of $37.27 of the registrant's common stock on the New York Stock Exchange on June 30, 2022, the last business day of the registrant's most recently completed second fiscal quarter. (For this computation, the registrant has excluded the market value of all shares of common stock of the registrant reported as beneficially owned by executive officers, and directors of the registrant; such exclusion shall not be deemed to constitute an admission that any such person is an affiliate of the registrant.)

The number of shares outstanding of Common Stock, $0.01 par value per share, as of January 31, 2023 was 1,434,780,104.

Documents Incorporated by Reference

Portions of the registrant's definitive proxy statement to be filed within 120 days of December 31, 2022 with the Securities and Exchange Commission in connection with its 2023 Annual Meeting of Stockholders are incorporated by reference into Part III of this Form 10-K.

**TABLE OF CONTENTS**

PART I ........................................................................................... 3
ITEM 1. BUSINESS ................................................................. 3
ITEM 1A. RISK FACTORS ......................................................... 18
ITEM 1B. UNRESOLVED STAFF COMMENTS ........................ 32
ITEM 2. PROPERTIES ............................................................. 32
ITEM 3. LEGAL PROCEEDINGS ............................................. 32
ITEM 4. MINE SAFETY DISCLOSURES ................................... 32

PART II ......................................................................................... 33
ITEM 5. MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED STOCKHOLDER MATTERS AND ISSUER PURCHASES OF EQUITY SECURITIES ........ 33
ITEM 6. RESERVED ................................................................. 35
ITEM 7. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS ........ 36
ITEM 7A. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK ........ 62
ITEM 8. FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA ........ 65
ITEM 9. CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE ........ 123
ITEM 9A. CONTROLS AND PROCEDURES ............................... 123
ITEM 9B. OTHER INFORMATION ........................................... 123
ITEM 9C. DISCLOSURE REGARDING FOREIGN JURISDICTIONS THAT PREVENT INSPECTIONS ........ 124

PART III ........................................................................................ 125
ITEM 10. DIRECTORS, EXECUTIVE OFFICERS AND CORPORATE GOVERNANCE ........ 125
ITEM 11. EXECUTIVE COMPENSATION ................................. 125
ITEM 12. SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT AND RELATED STOCKHOLDER MATTERS ........ 125
ITEM 13. CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS, AND DIRECTOR INDEPENDENCE ........ 125
ITEM 14. PRINCIPAL ACCOUNTANT FEES AND SERVICES ........ 125

PART IV ........................................................................................ 126
ITEM 15. EXHIBITS AND FINANCIAL STATEMENT SCHEDULES ........ 126
ITEM 16. FORM 10-K SUMMARY ........................................... 135
SIGNATURES ................................................................................ 136

**ITEM 7. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

The following discussion and analysis provides information management believes to be relevant to understanding the financial condition and results of operations of Boston Scientific Corporation and its subsidiaries for the years ended December 31, 2022 and 2021. For a full understanding of our financial condition and results of operations, this discussion should be read in conjunction with our consolidated financial statements and accompanying notes included in Item 8. Financial Statements and Supplementary Data of this Annual Report on Form 10-K.

For additional information on our financial condition and results of operations for the year ended December 31, 2020, refer to our previously filed Annual Report on Form 10-K.

**Economic Trends**

Uncertainty around inflationary pressures, rising interest rates, monetary policy and changes in tax laws could potentially cause new, or exacerbate existing, economic challenges that we may face, including the impact of foreign currency fluctuations on our results of operations. These conditions could worsen, or others could arise, if the U.S. and global economies were to enter recessionary periods, triggered or exacerbated by monetary policy designed to curb inflation. Existing and future potential geopolitical dynamics, including matters related to the Russia/Ukraine war, as well as the tension between China/Taiwan, may create economic, supply chain, energy, and other challenges, which impact, and may in the future negatively impact our business. In particular, international conflicts may result in sanctions, tariffs, and other measures that restrict international trade and negatively affect our business operations and results. In 2022, we experienced increases in cost and limited availability of raw materials, components, and other inputs necessary to manufacture and distribute our products due to constraints and inflation within the global supply chain, as well as increases in wage costs and the cost and time to distribute our products. In 2023, we expect the impact of macroeconomic and supply chain conditions on our business to be similar to 2022.

**COVID-19 Pandemic**

In March 2020, the World Health Organization declared COVID-19, including all additional variations and strains thereof, a global pandemic (COVID-19 pandemic). Economic conditions created in part by the COVID-19 pandemic, have had, and may in the future have, a negative impact on our profitability. Further, the resurgence of COVID-19 infections and the emergence of new, more contagious variant strains of COVID-19, as well as staffing shortages within healthcare facilities, may negatively impact demand for our products, net sales, gross profit margin and operating expenses as a percentage of net sales. While the COVID-19 pandemic and related impacts may continue to negatively impact our performance to an extent, we continue to believe our long-term fundamentals remain strong and we intend to manage through these challenges with strategic focus and the winning spirit of our global team.

36

**Executive Summary**

<u>Financial Highlights and Trends</u>

In 2022, we generated net sales of $12.682 billion, compared to $11.888 billion in 2021. This increase of $794 million, or 6.7 percent, included operational[1] growth of 11.1 percent and the negative impact of 440 basis points from foreign currency fluctuations. Operational net sales growth included organic[2] net sales growth of 8.7 percent in 2022 and the positive impact of 240 basis points from our acquisitions of Preventice Solutions, Inc. (Preventice), Farapulse, Inc. (Farapulse), the global surgical business of Lumenis, LTD (Lumenis) and Baylis Medical Company Inc. (Baylis Medical) for which there is less than a full period of comparable net sales. The increase in our net sales was primarily driven by recent acquisitions as well as the strength and diversity of our product portfolio coupled with growth in the underlying markets in which we compete and strong commercial execution. Refer to the *Business and Market Overview* section for further discussion of our net sales by global business.

Our reported net income available to common stockholders in 2022 was $642 million, or $0.45 per diluted share. Our reported results for 2022 included certain charges and/or credits which are excluded by management for purposes of assessing operating performance, totaling $1.816 billion (after-tax), or $1.26 per diluted share. Excluding these items, adjusted net income available to common stockholders[1] for 2022 was $2.459 billion, or $1.71 per diluted share.

Our reported net income available to common stockholders in 2021 was $985 million, or $0.69 per diluted share. Our reported results for 2021 included certain charges and/or credits which are excluded by management for purposes of assessing operating performance, totaling $1.351 billion (after-tax), or $0.94 per diluted share. Excluding these items, adjusted net income available to common stockholders[1] for 2021 was $2.336 billion, or $1.63 per diluted share.

---

[1] Operational net sales growth rates, which exclude the impact of foreign currency fluctuations, and other adjusted measures, including organic net sales, which exclude certain items required by generally accepted accounting principles in the United States (U.S. GAAP), are not prepared in accordance with U.S. GAAP and should not be considered in isolation from, or as a replacement for, the most directly comparable GAAP measure. Refer to *Additional Information* for a discussion of management's use of these non-GAAP financial measures.
[2] Organic net sales growth excludes the impact of foreign currency fluctuations and net sales attributable to acquisitions and divestitures for which there are less than a full period of comparable net sales.

**Management's Annual Report on Internal Control over Financial Reporting**

As the management of Boston Scientific Corporation, we are responsible for establishing and maintaining adequate internal control over financial reporting. We designed our internal control process to provide reasonable assurance to management and the Board of Directors regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles.

We assessed the effectiveness of our internal control over financial reporting as of December 31, 2022. In making this assessment, we used the criteria set forth by the Committee of Sponsoring Organizations of the Treadway Commission in Internal Control–Integrated Framework (2013 framework). Based on our assessment, we believe that, as of December 31, 2022, our internal control over financial reporting is effective at a reasonable assurance level based on these criteria.

In accordance with the SEC Staff 's interpretive guidance for newly acquired businesses, we are permitted to omit an assessment of an acquired business's internal control over financial reporting from our assessment of internal control for up to one year from the acquisition date. As such, we have excluded Baylis Medical Company Inc., acquired on February 14, 2022, from our annual assessment of internal controls over financial reporting as of December 31, 2022. This business represented less than one percent of total assets as of December 31, 2022 and approximately one percent of net sales for the year then ended.

Ernst & Young LLP, an independent registered public accounting firm, has issued an audit report on the effectiveness of our internal control over financial reporting. This report, in which they expressed an unqualified opinion, is included below.

/s/ Michael F. Mahoney

Michael F. Mahoney
Chief Executive Officer

/s/ Daniel J. Brennan

Daniel J. Brennan
Executive Vice President and Chief
Financial Officer

59